Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Dylan Hughes (State Bar No. 209113)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel.: (415) 981-4800
aep@girardgibbs.com

Adam B. Wolf (Cal. Bar No. 215914)
Tracey B. Cowan (Cal. Bar No. 250053)
**PEIFFER WOLF CARR & KANE, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-3545
Facsimile: (415) 402-0058
awolf@prwlegal.com

Elizabeth Cabraser (Cal. Bar No. 83151)
Sarah R. London (Cal. Bar No. 267083)
Tiseme Zegeye (Cal. Bar No. 319927)
**LIEFF CABRASER HEIMANN & BERNSTEIN**
275 Battery Street, Fl. 29
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
slondon@lchb.com

*Counsel for Plaintiffs and the putative class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE PACIFIC FERTILITY CENTER LITIGATION* | Case No. 3:18-cv-01586-JSC<br><br>**DECLARATION OF ADAM B. WOLF IN SUPPORT OF JOINT STIPULATION FOR APPOINTMENT OF COUNSEL** |

I, Adam B. Wolf, declare,

1. I am a shareholder with the law firm of Peiffer Wolf Carr & Kane, A Professional Law Corporation. I am a member in good standing of the Bar of the State of California. I am counsel for Plaintiffs and the proposed class in the above-captioned matter (collectively "Plaintiffs"). I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to them.

2. This Declaration is submitted in support of the joint stipulation for the appointment of counsel in the above-captioned matter.

## QUALIFICATIONS AND PROFESSIONAL BACKGROUND

3. I graduated, *cum laude*, from Amherst College in 1998 and the University of Michigan Law School in 2001.

4. I have been a member in good standing of the California Bar since December 2001. In addition, I am a member in good standing of the bars of the following courts: United States Supreme Court, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Eighth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Eleventh Circuit, U.S. District Court for the Northern District of California, U.S. District Court for the Central District of California, U.S. District Court for the Eastern District of California, U.S. District Court for the Southern District of California, and U.S. District Court for the District of Colorado.

5. From 2001 through 2002, I served as a judicial law clerk to The Honorable Robert J. Timlin, of the United States District Court for the Central District of California. The following year, I was a judicial law clerk to The Honorable Ronald Lee Gilman, of the United States Court of Appeals for the Sixth Circuit.

6. Following my circuit clerkship, I was an attorney with Altshuler, Berzon, Nussbaum, Rubin & Demain (now Altshuler Berzon LLP) and the Natural Resources Defense Council (NRDC). After a brief stint on the faculty at the UCLA School of Law, I returned to litigation as a Staff Attorney with the national legal department of the American Civil Liberties Union (ACLU). I was with the

ACLU for approximately six years, until moving to private practice at the firm that is now known as Schneider Wallace Cottrell Konecky Wotkyns LLP.

7. I started my own law firm, which focused on complex civil litigation, in 2012. In 2014, I joined—as a shareholder—the law firm that is now known as Peiffer Wolf Carr & Kane, A Professional Law Corporation ("PW"). My focus at PW continues to be complex civil litigation.

8. I have argued cases in the United States Supreme Court and courts of appeals around the country. In 2009 I was named *California Lawyer* Attorney of the Year. I teach various seminars / continuing legal education classes around the country regarding civil litigation matters and class actions. I have appeared frequently on television shows and been quoted in hundreds of newspapers throughout the world on matters concerning class actions and other civil lawsuits.

9. During my seventeen years of practice I have had extensive experience in class actions and other complex litigation. Lawyers at my firm and I have served as class counsel in numerous class actions throughout the country.

10. Class actions and other complex civil litigation are the major practice areas of the firm, which employs approximately 15 attorneys. The firm has represented plaintiffs at all levels of the judiciary, including the U.S. Supreme Court, numerous federal courts of appeals, district courts throughout the country, state appellate courts, and state trial courts.

11. Moreover, we have extensive experience representing people against their fertility centers relating to lost or damaged eggs and embryos. We have represented more than 100 people in this specific area of practice.

## THIS ACTION IS SUITABLE FOR CLASS CERTIFICATION

12. I believe the class of Plaintiffs in this case is too numerous for joinder to be practicable. In this case I consider a class action superior to any other method because the risk of substantial prejudice from separate actions is high, and because numerous common questions of law and/or fact are presented. Without certification, Plaintiffs may only pursue numerous individual lawsuits, creating undue hardship on the various Plaintiffs, Defendants, and the Court. Certification, I believe, would avoid the prejudice present in separate actions by eliminating inconsistent decisions and affording all

class members relief through a single proceeding. Because of the efficiency of the class action mechanism in this regard, I believe that class certification would be in the best interests of Plaintiffs, Defendants, and the Court.

13. PW is committed to the full preparation of this case through the performance of any necessary and reasonable discovery, and is willing to take this case to trial should that become necessary. Our firm is committed to acting in the best interests of the class, and understands our duties in that regard under applicable federal law.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 10, 2018 in Los Angeles, California.

_____
Adam B. Wolf

DECLARATION OF ADAM B. WOLF IN SUPP. OF JOINT STIP. FOR APPT. OF COUNSEL
CASE NO. 3:18-cv-01586-JSC