1   ERIN M. BOSMAN (CA SBN 204987)
    EBosman@mofo.com
2   WILLIAM F. TARANTINO (CA SBN 215343)
    WTarantino@mofo.com
3   JULIE Y. PARK (CA SBN 259929)
    JuliePark@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105
    Telephone:   415.268.7000
6   Facsimile:   415.268.7522

7   DAVID F. McDOWELL (CA SBN 125806)
    DMcDowell@mofo.com
8   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard, Suite 6000
9   Los Angeles, California  90017
    Telephone:   213.892.5200
10  Facsimile:   213.892.5454

11  Attorneys for Defendant
    PRELUDE FERTILITY, INC

12

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15

16  IN RE PACIFIC FERTILITY CENTER          Case No. 3:18-cv-01586-JSC
    LITIGATION
17                                          **STIPULATION AND
                                            [PROPOSED] ORDER TO
18                                          CONTINUE DEADLINE FOR
                                            FILING ESI PROTOCOL AND
19                                          PROPOSED PROTECTIVE
                                            ORDER**
20

21

22

23

24

25

26

27

28

STIP. TO CONTINUE DEADLINE FOR FILING ESI PROTOCOL; PROPOSED PROTECTIVE ORDER
Case No. 3:18-cv-01586-JSC
  sd-724290

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs, Pacific Fertility Clinic

2  ("PFC"), Prelude Fertility, Inc ("Prelude"), and Chart Industries, Inc. ("Chart"), by and through

3  their respective counsel, respectfully submit this stipulation and Proposed Order to continue from

4  August 31, 2018 to September 7, 2018, the deadline for filing the parties' Electronically Stored

5  Information ("ESI") Protocol and Proposed Protective Order.

6  WHEREAS, on August 23, 2018, the parties attended the Case Management Conference

7  in this action before Judge Corley (ECF No. 87).  At the hearing, the parties represented to the

8  Court that they would file their joint ESI Protocol and Proposed Protective Order by August 31,

9  2018 (Declaration of William F. Tarantino ¶ 2).

10  WHEREAS, the parties have met and conferred on proposed drafts of the ESI Protocol

11  and the Proposed Protective Order (*id.* ¶ 3).  The parties believe that they will be able to reach an

12  agreement on the ESI Protocol and Proposed Protective Order but that additional time is needed

13  to do so (*id.*).

14  WHEREAS, the parties have agreed that the deadline to file the ESI Protocol and

15  Proposed Protective Order should be continued until September 7, 2018 (*id.* ¶ 4).

16  NOW THEREFORE, the parties stipulate and respectfully request that the Court issue an

17  Order as follows:

18  The deadline for filing the parties' ESI Protocol and Proposed Protective Order is hereby

19  continued until September 7, 2018.

20  **IT IS SO STIPULATED.**

21

22

23

24

25

26

27

28

STIP. TO CONTINUE DEADLINE FOR FILING ESI PROTOCOL; ~~PROPOSED~~ PROTECTIVE ORDER
Case No. 3:18-cv-01586-JSC
sd-724290

1   Dated: August 31, 2018

ERIN M. BOSMAN
WILLIAM F. TARANTINO
JULIE Y. PARK
DAVID F. McDOWELL
MORRISON & FOERSTER LLP


By:  /s/ Erin M. Bosman
          ERIN M. BOSMAN

Attorneys for Defendant
PRELUDE FERTILITY, INC

Dated: August 31, 2018

DENA C. SHARP
STEVEN M. TINDALL
JORDAN ELIAS
ADAM E. POLK


By:  /s/ Adam E. Polk
          ADAM E. POLK

GIRARD & GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94018
T:  (415) 981-4800
F:  (415) 981-4846
dcg@girardgibbs.com
je@girardgibbs.com
aep@girardgibbs.com
dsh@classlawgroup.com

Attorneys for Plaintiffs and Interim
Class Counsel

1    Dated: August 31, 2018        MOLLY MORIARTY LANE
                                              BENJAMIN P. SMITH
2                                                 MEGAN A. SUEHIRO

3

4                                      By:  /s/ Molly Moriarty Lane
5                                                 MOLLY MORIARTY LANE

6                                                 MORGAN LEWIS & BOCKIUS, LLP
                                              One Market, Spear Street Tower
7                                               San Francisco, California 94105
                                              T:  (415) 442-1000
8                                               Molly.lane@morganlewis.com

9                                               Attorneys for Defendant
                                              CHART INDUSTRIES, INC.

10

11    Dated: August 31, 2018        JOSEPH S. PICCHI
                                              AARON T. SCHULTZ
12

13

14                                      By:  /s/ Aaron T. Schultz
                                              AARON T. SCHULTZ

15                                               GALLOWAY, LUCCHESE,
                                              EVERSON & PICCHI
16                                               2300 Contra Costa Blvd., Suite 350
                                              Pleasant Hill, California 94523
17                                               T:  (925) 930-9090
                                              jpicchi@glattys.com
18                                               aschultz@glattys.com

19                                               Attorneys for Defendant
                                              PACIFIC FERTILITY CENTER
20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

Dated:  September 4, 2018                                    _____

5

HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

6

7

**FILER'S ATTESTATION**

8

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Erin M. Bosman attest that

9

concurrence in the filing of this document has been obtained.

10

11

Dated: August 31, 2018                        /s/ Erin M. Bosman

12

Erin M. Bosman

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO CONTINUE DEADLINE FOR FILING ESI PROTOCOL; PROPOSED PROTECTIVE ORDER
Case No. 3:18-cv-01586-JSC
sd-724290