1  ERIN M. BOSMAN (CA SBN 204987)
   EBosman@mofo.com
2  WILLIAM F. TARANTINO (CA SBN 215343)
   WTarantino@mofo.com
3  JULIE Y. PARK (CA SBN 259929)
   JuliePark@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105
   Telephone:   415.268.7000
6  Facsimile:   415.268.7522

7  DAVID F. McDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
8  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
9  Los Angeles, California  90017
   Telephone:   213.892.5200
10 Facsimile:   213.892.5454

11 Attorneys for Defendants
   PRELUDE FERTILITY, INC
12 PACIFIC MSO, LLC

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15

16
   IN RE PACIFIC FERTILITY CENTER              Case No. 3:18-cv-01586-JSC
17 LITIGATION
                                               **STIPULATION AND [PROPOSED]**
18                                             **ORDER AMENDING**
                                               **SUPPLEMENTAL ARBITRATION**
19                                             **BRIEFING SCHEDULE AND**
                                               **CONTINUING HEARING DATE**
20
                                               Current Hearing Date:  Feb. 21, 2019
21                                             Proposed Hearing Date:  Mar. 12, 2019

22

23

24

25

26

27

28

STIP. AND [PROP.] ORDER AM. SUPPL. ARB. BRIEFING SCHEDULE AND HEARING DATE
Case No. 3:18-cv-01586-JSC
 sd-730592

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs, Pacific Fertility Center, Pacific MSO, LLC, Prelude Fertility, Inc, and Chart, Inc., by and through their respective counsel, submit this Stipulation and Proposed Order amending the supplemental arbitration briefing schedule and continuing the hearing date from February 21, 2019 to March 12, 2019.

WHEREAS, on November 9, 2018, the Court held a hearing on Pacific Fertility Center's motion to compel arbitration and Prelude Fertility and Chart's joinders thereto at which the Court instructed the parties to propose a stipulated schedule for Plaintiffs to file an amended complaint and for the parties to file any supplemental arbitration briefing (ECF No. 133);

WHEREAS, on November, 20, 2018, the Court granted the parties' stipulation setting the deadline to file Plaintiffs' amended complaint and supplemental briefing schedule as follows:

| Event | Deadline |
|---|---|
| Plaintiffs to file amended consolidated class action complaint | November 30, 2018 |
| Defendants to file any supplemental arbitration briefing | December 21, 2018 |
| Plaintiffs to file any response to supplemental arbitration briefing | January 18, 2019 |
| Defendants to file any reply in support of supplemental arbitration briefing | February 1, 2019 |

(ECF No. 139);

WHEREAS, on November 20, 2018, the Court set a hearing date of February 21, 2019 for Pacific Fertility Center, Prelude Fertility, and Chart's motions;

WHEREAS, on November 30, 2018, Plaintiffs filed their First Amended Consolidated Class Action Complaint, naming Pacific MSO as an additional defendant (ECF No. 142);

WHEREAS, on December 20, 2018, the Court granted the parties' stipulation amending the supplemental briefing schedule as follows:

| Event | Deadline |
|---|---|
| Defendants Pacific Fertility Center, Prelude Fertility, and Chart to file any supplemental arbitration briefing<br><br>Defendant Pacific MSO to file original submission on arbitration | January 9, 2019 |
| Plaintiffs to file any response to arbitration briefing | January 29, 2019 |
| Defendants to file any reply in support of arbitration briefing | February 7, 2019 |
| Oral argument | February 21, 2019 |

(ECF No. 149);

WHEREAS, on January 9, 2019, Pacific Fertility Center filed its supplemental brief (ECF No. 155), Pacific MSO and Prelude filed their joinder and supplemental brief (ECF No. 160), and Chart filed its supplemental joinder (ECF No. 159);

WHEREAS, to accommodate all parties' schedules, the parties agreed to amend the supplemental arbitration briefing schedule and continue the hearing (Bosman Decl. ¶ 7);

WHEREAS, subject to the Court's approval, the parties have conferred and propose the following schedule:

| Event | Proposed Deadline |
|---|---|
| Plaintiffs to file any response to arbitration briefing | **February 8, 2019** |
| Defendants to file any reply in support of arbitration briefing | **February 26, 2019** |
| Oral argument | **March 12, 2019** |

WHEREAS, the requested time modification would not affect the schedule for the case (Bosman Decl. ¶ 10).

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate and respectfully request that the Court issue an Order as follows:

The following deadlines will be set:

| Event | Proposed Deadline |
|---|---|
| Plaintiffs to file any response to arbitration briefing | **February 8, 2019** |
| Defendants to file any reply in support of arbitration briefing | **February 26, 2019** |
| Oral argument | **March 12, 2019** |

**IT IS SO STIPULATED.**

Dated: January 15, 2019

By:  /s/ Erin M. Bosman
ERIN M. BOSMAN

MORRISON & FOERSTER LLP

Attorneys for Defendants
PRELUDE FERTILITY, INC
PACIFIC MSO, LLC

1    Dated: January 15, 2019

2

                                                     By:  /s/ Adam E. Polk
3                                                         DENA C. SHARP
                                                          JORDAN ELIAS
4                                                         ADAM E. POLK

5                                                         GIRARD SHARP LLP
                                                          601 California Street, 14th Floor
6                                                         San Francisco, California 94108
                                                          T:  (415) 981-4800
7                                                         F:  (415) 981-4846
                                                          dsharp@girardsharp.com
8                                                         jelias@girardsharp.com
                                                          apolk@girardsharp.com
9
                                                          ADAM B. WOLF
10                                                        TRACEY B. COWAN

11                                                        PEIFFER WOLF CARR & KANE,
                                                          A PROFESSIONAL LAW
12                                                        CORPORATION
                                                          4 Embarcadero Center, Suite 1400
13                                                        San Francisco, California 94111
                                                          T:  (415) 766-3545
14                                                        F:  (415) 402-0058
                                                          awolf@pwcklegal.com
15                                                        tcowan@pwcklegal.com

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2  ELIZABETH J. CABRASER
   LEXI J. HAZAM
   SARAH R. LONDON
3  TISEME ZEGEYE

4  LIEFF CABRASER HEIMANN &
   BERNSTEIN LLP
5  275 Battery Street, 29th Floor
   San Francisco, California 94111
6  T:  (415) 956-1000
   F:  (415) 956-1008
7  ecabraser@lchb.com
   lhazam@lchb.com
8  slondon@lchb.com
   tzegeye@lchb.com

9
   *Interim Class Counsel*
10
   Joseph G. Sauder (*pro hac vice*)
11 SAUDER SCHELKOPF LLC
   555 Lancaster Avenue
12 Berwyn, Pennsylvania 19312
   Tel:  (910) 200-0580
13 jgs@sstriallawyers.com

14 Attorneys for Plaintiffs

15 Dated: January 15, 2019

16
                                    By:  /s/ Joseph S. Picchi
17                                       JOSEPH S. PICCHI
                                         AARON T. SCHULTZ
18
                                    GALLOWAY, LUCCHESE,
19                                  EVERSON & PICCHI
                                    2300 Contra Costa Blvd., Suite 350
20                                  Pleasant Hill, California 94523
                                    T:  (925) 930-9090
21                                  jpicchi@glattys.com
                                    aschultz@glattys.com
22
                                    Attorneys for Defendant
23                                  PACIFIC FERTILITY CENTER

24

25

26

27

28

STIP. AND [PROP.] ORDER AM. SUPPL. ARB. BRIEFING SCHEDULE AND HEARING DATE
Case No. 3:18-cv-01586-JSC
 sd-730592

5

1  Dated: January 15, 2019

2

3                                    By:  /s/ Molly Moriarty Lane
                                          MOLLY MORIARTY LANE
                                          BENJAMIN P. SMITH
4                                         MEGAN A. SUEHIRO

5                                         MORGAN, LEWIS & BOCKIUS LLP
                                          One Market, Spear Street Tower
6                                         San Francisco, California 94105-1596
                                          Tel:  (415) 442-1000
7                                         Fax:  (415) 442-1001
                                          molly.lane@morganlewis.com
8                                         benjamin.smith@morganlewis.com
                                          megan.suehiro@morganlewis.com
9
                                          David L. Schrader
10                                        MORGAN, LEWIS & BOCKIUS LLP
                                          300 South Grand Avenue, 22nd Floor
11                                        Los Angeles, California 90071-3132
                                          Tel:  (213) 612-2500
12                                        Fax:  (213) 612-2501
                                          david.schrader@morganlewis.com
13

14                                        Attorneys for Defendant
                                          CHART, INC. (erroneously sued as
15                                        Chart Industries, Inc.)

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**FILER'S ATTESTATION**

2          Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Erin M. Bosman, attest that

3    concurrence in the filing of this document has been obtained.

4

5    Dated: January 15, 2019                        /s/ Erin M. Bosman
                                                     Erin M. Bosman
6

7

8

9                                      [~~PROPOSED~~] ORDER

10          PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12   Dated: January 16, 2019          _____
                                      HONORABLE JACQUELINE SCOTT CORLEY
13                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [~~PROP.~~] ORDER AM. SUPPL. ARB. BRIEFING SCHEDULE AND HEARING DATE
Case No. 3:18-cv-01586-JSC
sd-730592

7