Dena C. Sharp (State Bar No. 245869)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
jelias@girardsharp.com
apolk@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR & KANE, A**
**PROFESSIONAL LAW CORPORATION**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@pwcklegal.com
tcowan@pwcklegal.com

Elizabeth J. Cabraser (State Bar No. 083151)
Lexi J. Hazam (State Bar No. 224457)
Sarah R. London (State Bar No. 267083)
Tiseme G. Zegeye (State Bar No. 319927)
**LIEFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
lhazam@lchb.com
slondon@lchb.com
tzegeye@lchb.com

*Counsel for Plaintiffs and Interim Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

IN RE PACIFIC FERTILITY CENTER
LITIGATION

Case No. 3:18-cv-01586-JSC

**NOTICE OF VOLUNTARY DISMISSAL
BY PLAINTIFFS M.N. AND O.P.
PURSUANT TO FED. R. CIV.
P. 41(a)(1)(a)(i)**

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs M.N. and O.P.

2  hereby dismiss this action without prejudice.  This dismissal does not affect any other Plaintiffs or

3  class claims.

4

5  Dated: February 8, 2019                Respectfully submitted,

6                                         By: ___/s/ Sarah R. London_____
                                                Sarah R. London
7

8                                         Elizabeth J. Cabraser (State Bar No. 083151)
                                          Lexi J. Hazam (State Bar No. 224457)
9                                         Sarah R. London (State Bar No. 267083)
                                          Tiseme G. Zegeye (State Bar No. 319927)
10                                        **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                                          275 Battery Street, 29th Floor
11                                        San Francisco, CA 94111
                                          Tel: (415) 956-1000
12                                        Fax: (415) 956-1008
                                          ecabraser@lchb.com
13                                        lhazam@lchb.com
                                          slondon@lchb.com
14                                        tzegeye@lchb.com

15                                        Dena C. Sharp (State Bar No. 245869)
                                          Jordan Elias (State Bar No. 228731)
16                                        Adam E. Polk (State Bar No. 273000)
                                          **GIRARD SHARP LLP**
17                                        601 California Street, 14th Floor
                                          San Francisco, CA 94108
18                                        Tel: (415) 981-4800
                                          Fax: (415) 981-4846
19                                        dsharp@girardsharp.com
                                          jelias@girardsharp.com
20                                        apolk@girardsharp.com

21                                        Adam B. Wolf (State Bar No. 215914)
                                          Tracey B. Cowan (State Bar No. 250053)
22                                        **PEIFFER WOLF CARR & KANE, A**
                                          **PROFESSIONAL LAW CORPORATION**
23                                        4 Embarcadero Center, Suite 1400
                                          San Francisco, CA 94111
24                                        Tel: (415) 766-3545
                                          Fax: (415) 402-0058
25                                        awolf@pwcklegal.com
                                          tcowan@pwcklegal.com
26
                                          *Interim Class Counsel*
27

28

1693986.1                       - 1 -

1

**CERTIFICATE OF SERVICE**

2

     I, Tiseme Zegeye, declare that I am over the age of 18 years and not a party to this action,

3

and that I caused this **Notice of Voluntary Dismissal by Plaintiffs M.N. and O.P. Pursuant To**

4

**Fed. R. Civ. P. 41(a)(1)(a)(i)** to be served on all parties to this action, on February 8, 2019 via

5

the Court's ECF system.

6

                                            */s/ Tiseme G. Zegeye*

7

                                            Tiseme G. Zegeye

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -