

FILED

UNITED STATES COURT OF APPEALS

NOV 14 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: PACIFIC FERTILITY CENTER LITIGATION, | No.   19-15885, 19-15886, 19-15888 |
| _____ | |
| A. B.; C. D.; E. F.; G. H.; I. J.; K. L., individually and on behalf of all others similarly situated, | D.C. No. 3:18-cv-01586-JSC Northern District of California, San Francisco |
| Plaintiffs-Appellees, | ORDER |
| SHERLENE WONG; LAWRENCE WONG, | |
| Objectors-Appellees, | |
| v. | |
| CHART INDUSTRIES, INC.; PACIFIC MSO, LLC; and PRELUDE FERTILITY, INC., | |
| Defendants-Appellants, | |
| and | |
| PACIFIC FERTILITY CENTER, | |
| Defendant. | |

Before: Peter L. Shaw, Appellate Commissioner.

gml/Appellate Commissioner

Appellees' motion (Docket Entry No. 49) to file a redacted answering brief and a sealed unredacted answering brief is granted.  The Clerk shall publicly file the motion (Docket Entry No. 49-1), the redacted answering brief (Docket Entry No. 50), and the supplemental excerpts of record (Docket Entry No. 51), and shall file under seal the unredacted answering brief (Docket Entry No. 49-2).

Appellants' unopposed motion (Docket Entry No. 52) for an extension of time to file their reply brief is granted.  The optional reply brief is due January 27, 2020.

gml/Appellate Commissioner                    2