| | |
|---|---|
| 1 | ERIN M. BOSMAN (CA SBN 204987) |
| | EBosman@mofo.com |
| 2 | WILLIAM F. TARANTINO (CA SBN 215343) |
| | WTarantino@mofo.com |
| 3 | JULIE Y. PARK (CA SBN 259929) |
| | JuliePark@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | DAVID F. McDOWELL (CA SBN 125806) |
| | DMcDowell@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard, Suite 6000 |
| 9 | Los Angeles, California 90017 |
| | Telephone: 213.892.5200 |
| 10 | Facsimile: 213.892.5454 |
| 11 | Attorneys for Defendants |
| | PACIFIC MSO, LLC, |
| 12 | PRELUDE FERTILITY, INC and |
| | THIRD-PARTY DEFENDANT |
| 13 | JOSEPH CONAGHAN, PhD |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC<br><br>**NOTICE OF APPEARANCE OF PENELOPE A. PREOVOLOS** |

PLEASE TAKE NOTICE of the appearance of Penelope A. Preovolos of the firm of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants Pacific MSO, LLC and Prelude Fertility, Inc and Third-Party Defendant Joseph Conaghan, PhD in the above-captioned matter. Penelope A. Preovolos is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Northern District of California. Copies of all pleadings and notices pertaining to the above-entitled matter should be forwarded to counsel at the following address:

| | |
|---|---|
| Penelope A. Preovolos | |
| Morrison & Foerster LLP | |
| 425 Market Street | |
| San Francisco, California 94105 | |
| PPreovolos@mofo.com | |

Dated: February 24, 2020   MORRISON & FOERSTER LLP

By: /s/ *Penelope A. Preovolos*
　　Penelope A. Preovolos

Attorneys for Defendants
PACIFIC MSO, LLC,
PRELUDE FERTILITY, INC and
THIRD-PARTY DEFENDANT
JOSEPH CONAGHAN, PhD