# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT

## Northern District of California

### AMENDED CIVIL MINUTES

**Date:** February 27, 2020       **Time:** 9:03-10:39       **Judge:** JACQUELINE SCOTT CORLEY

**Case No.**: 18-cv-01586-JSC       **Case Name:** In Re Pacific Fertility Center Litigation

**Deputy Clerk:** Ada Means       **Court Reporter:** Marla Knox

**Attorneys for Plaintiffs**: Dena Sharp, Sarah London, Tracey Cowan, Adam Wolf, Adam Polk, Tiseme Zegeye, and Kara McBride.

**Attorney for Defendant Pacific Fertility Center and Third-party Defendants Philip E. Chenette, Carolyn R. Givens, Carl M. Herbert, Liyun Li, Isabelle P. Ryan, San Francisco Fertility Center, Eldon D. Schriock**: Aaron Schultz.

**Attorneys for Defendants Prelude Fertility, Inc., Pacific MSO, LLC, and Third-party defendant Joseph Conaghan**: Erin Boseman, Julie Park; William Tarantino, and Penelope Prevolos.

**Attorney for Defendant Chart Industries:** Molly Lane, Megan Suhiro, Phillip Wiese

### PROCEEDINGS:
1) Defendant Joseph Conaghan's Motion to Dismiss
2) Defendants Philip E. Chenette, Carolyn R. Givens, Carl M. Herbert, Liyun Li, Isabelle P. Ryan, San Francisco Fertility Center, Eldon D. Schriock's Motion to Dismiss
3) Plaintiffs' Motion to Certify Class
4) Defendant Chart Industries's Motion to Strike or Exclude the Expert Report of Nicholas P. Jewell, Ph.D. and Opinion of Christine Allen
5) Further case management conference

**Defendants' Motion to Dismiss is granted with leave to amend. Amended complaint is due within 21 days. The motion to seal the courtroom is moot. The Court to issue written order as to the motion to certify class and motion to strike. A further case management conference is set for April 9, 2020 at 1:30 p.m. and a joint case management conference statement shall be filed by April 2, 2020.**