FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 6 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  PACIFIC FERTILITY CENTER LITIGATION, _____ A. B.; et al.,          Plaintiffs-Appellees, SHERLENE WONG; LAWRENCE WONG,          Objectors-Appellees,  v. CHART INDUSTRIES, INC.,          Defendant-Appellant,  and PACIFIC FERTILITY CENTER; et al.,          Defendants. | No.    19-15885 D.C. No. 3:18-cv-01586-JSC Northern District of California, San Francisco   ORDER |
| In re:  PACIFIC FERTILITY CENTER LITIGATION, _____ A. B.; et al.,          Plaintiffs-Appellees, | No.    19-15886 D.C. No. 3:18-cv-01586-JSC Northern District of California, San Francisco |

SHERLENE WONG; LAWRENCE WONG,

        Objectors-Appellees,

 v.

PACIFIC MSO, LLC,

        Defendant-Appellant,

 and

CHART INDUSTRIES, INC.; et al.,

        Defendants.

---

In re:  PACIFIC FERTILITY CENTER LITIGATION,

_____

A. B.; et al.,

        Plaintiffs-Appellees,

SHERLENE WONG; LAWRENCE WONG,

        Objectors-Appellees,

 v.

PRELUDE FERTILITY, INC.,

        Defendant-Appellant,

No.   19-15888

D.C. No. 3:18-cv-01586-JSC
Northern District of California,
San Francisco

2

and

CHART INDUSTRIES, INC.; et al.,

      Defendants.

The Court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Therefore, these cases are ordered submitted on the briefs and record without oral argument on Thursday, April 16, 2020.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7