MORGAN, LEWIS & BOCKIUS LLP
Molly Moriarty Lane, Bar No. 149206
Benjamin P. Smith, Bar No. 197551
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000; Fax: +1.415.442.1001
molly.lane@morganlewis.com
benjamin.smith@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
Megan A. Suehiro, Bar No. 316104
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500; Fax: +1.213.612.2501
david.schrader@morganlewis.com
megan.suehiro@morganlewis.com

Attorneys for Defendant
CHART INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE PACIFIC FERTILITY CENTER LITIGATION* | Case No. 3:18-cv-01586-JSC<br><br>**DECLARATION OF MOLLY MORIARTY LANE IN SUPPORT OF STIPULATION EXTENDING DEADLINE TO FILE AMENDED THIRD-PARTY COMPLAINT**<br><br>Local Rules 6-1(b), 6-2, and 7-12 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL IN SUPP OF STIP EXTENDING DEADLINE
TO FILE AMENDED THIRD-PARTY COMPLAINT
CASE NO. 3:18-cv-01586-JSC

1    I, Molly Moriarty Lane, declare as follows:

2        1.    I am a partner at the law firm of Morgan, Lewis & Bockius LLP, which is counsel

3    of record for Chart Inc. ("Chart") herein.  I am an attorney admitted to practice in the State of

4    California and am admitted to practice before this Court.  I submit this declaration in support of

5    the Stipulation Extending Deadline to File Amended Third-Party Complaint, filed concurrently

6    herewith.  I have personal knowledge of the matters stated herein.

7        2.    On October 10, 2019, Chart filed a Third-Party Complaint against Third-Party

8    Defendants San Francisco Fertility Centers, d/b/a Pacific Fertility Center, Joseph Conaghan, PhD,

9    Eldon D. Schriock, M.D., Carolyn R. Givens, M.D., Philip E. Chenette, M.D., Carl M. Herbert,

10   M.D., Liyun Li, M.D., and Isabelle P. Ryan, M.D. (collectively, "Third-Party Defendants") (Dkt.

11   288).

12       3.    On December 10, 2019, the Third-Party Defendants (except for Dr. Conaghan)

13   filed a Motion to Dismiss the Third-Party Complaint (Dkt. 339) ("PFC's Motion to Dismiss").

14       4.    On January 16, 2020, Dr. Conaghan filed a Motion to Dismiss the Third-Party

15   Complaint (Dkt. 362) ("Conaghan's Motion to Dismiss").

16       5.    Chart filed oppositions to PFC's Motion to Dismiss and Conaghan's Motion to

17   Dismiss on January 14 and January 30, 2020, respectively (Dkts. 360, 378).

18       6.    On January 28, 2020, the Third-Party Defendants (except for Dr. Conaghan) filed

19   a reply in support of PFC's Motion to Dismiss (Dkt. 375).

20       7.    On February 6, 2020, Dr. Conaghan filed a reply in support of Conaghan's Motion

21   to Dismiss (Dkt. 382).

22       8.    At the February 27, 2020, hearing on the motions to dismiss, the Court dismissed

23   the Third-Party Complaint with leave to amend within 21 days.

24       9.    On March 18, 2020, Chart and the Third-Party Defendants stipulated to extend the

25   deadline to file the Amended Third-Party Complaint until April 9, 2020, and the Court so ordered

26   (Dkt. 425).

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL IN SUPP OF STIP EXTENDING DEADLINE
TO FILE AMENDED THIRD-PARTY COMPLAINT
CASE NO. 3:18-cv-01586-JSC

10.     On April 9, 2020, Chart and the Third-Party Defendants stipulated to extend the deadline to file the Amended Third-Party Complaint until April 23, 2020, and the Court so ordered (Dkt. 430).

11.     Given ongoing meet and confer efforts among Chart and the Third-Party Defendants, Chart and the Third-Party Defendants have stipulated and agreed to extend Chart's deadline to file its Amended Third-Party Complaint for thirty (30) days, through and including May 25, 2020.

12.     Previous modifications of the schedule in the case are as follows:

    a. The Court entered a stipulated briefing schedule extending Pacific Fertility Center ("PFC") and Prelude Fertility, Inc.'s ("Prelude") time to respond to the complaint (Dkt. 17);

    b. The Court continued the initial case management conference (Dkt. 48, 66);

    c. The Court extended the parties' respective deadlines related to PFC's motion to compel arbitration and related joinders (Dkt. 69);

    d. The Court continued the hearing date on PFC's motion to compel arbitration and related joinders from September 6, 2018, to November 8, 2018 (*id.*), and then again to November 9, 2018 (Dkt. 115);

    e. The Court extended the deadline for Plaintiffs, PFC, and Prelude to participate in private ADR from August 28, 2018, to November 5, 2018 (Dkt. 85).

    f. The Court extended the deadline for all parties to participate in private ADR from November 5, 2018, to February 8, 2019 (Dkt. 130).

    g. The parties stipulated to a 10-day extension of the deadline for Defendants to respond to the Amended Consolidated Complaint from April 8, 2019, to April 18, 2019 (Dkt. 197).

    h. The parties stipulated to suspend the deadline for Defendants to respond to the Amended Consolidated Complaint until the further Case Management Conference on April 25, 2019 (Dkt. 198).

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL IN SUPP OF STIP EXTENDING DEADLINE
TO FILE AMENDED THIRD-PARTY COMPLAINT
CASE NO. 3:18-cv-01586-JSC

1      i.  The parties stipulated to adjust the class certification schedule (Dkt. 264),

2          and the Court entered that stipulation (Dkt. 265).

3      j.  The parties stipulated that the deadline for Defendants to answer or

4          otherwise respond to the Second Amended Complaint be extended 14 days,

5          until September 26, 2019 (Dkt. 273).

6      k.  At the Case Management Conference on September 12, 2019, the Court

7          extended the deadline to move to amend pleadings until October 4, 2019

8          (Dkt. 276).

9      l.  The parties stipulated to extend the time to file declarations establishing

10     that designated material is sealable (Dkt. 305), and the Court entered that

11     stipulation (Dkt. 309).

12    m.  The Third-Party Defendants and Chart stipulated to a continuance of the

13     deadline to respond to the Third-Party Complaint to December 6, 2019

14     (Dkt. 314), and further stipulated to a continuance of the deadline to

15     respond to the Third-Party Complaint to December 20, 2019 (Dkt. 338).

16    n.  At the Case Management Conference on November 21, 2019, the Court

17     extended the deadline for Defendants to file oppositions to Plaintiffs' Class

18     Certification Motion to January 10, 2020, and extended the deadline for

19     Plaintiffs to file a reply to February 6, 2020 (Dkt. 330).

20    o.  The Third-Party Defendants (except for Dr. Conaghan) and Chart

21     stipulated to a continuance of the deadline to oppose PFC's Motion to

22     Dismiss to January 14, 2020, and to a continuance of the deadline to reply

23     in support of that motion to January 28, 2020 (Dkt. 343), and the Court

24     entered that stipulation (Dkt. 344).

25    p.  Third-Party Defendant Joseph Conaghan and Chart stipulated to a

26     continuance of the deadline to respond to the Third-Party Complaint to

27     January 16, 2020 (Dkt. 347).

28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

3

DECL IN SUPP OF STIP EXTENDING DEADLINE
TO FILE AMENDED THIRD-PARTY COMPLAINT
CASE NO. 3:18-cv-01586-JSC

q. The parties stipulated to continue the January 16, 2020 case management conference to February 27, 2020 (Dkt. 348), and the Court entered that stipulation (Dkt. 349).

r. The parties stipulated to extend the time to file declarations establishing that designated material is sealable from January 14, 2020, to January 24, 2020 (Dkt. 359), and the Court entered that stipulation (Dkt. 361).

s. The parties stipulated to enlarge the page limit for Plaintiffs' class certification reply and adjust the Daubert motion briefing schedule to allow for a supplemental submission following the deposition of Chart's statistician (Dkt. 364), and the Court entered that stipulation (Dkt. 365).

t. The parties stipulated to a ten (10) day extension of the time to file declarations establishing that designated material is sealable, until February 20, 2020 (Dkt. 388), and the Court entered that stipulation (Dkt. 390).

u. Chart and the Third-Party Defendants stipulated to extend the deadline to file the Amended Third-Party Complaint for twenty-one (21) days until April 9, 2020, and the Court so ordered (Dkt. 425).

v. Chart and the Third-Party Defendants stipulated to extend the deadline to file the Amended Third-Party Complaint for fourteen (14) days until April 23, 2020, and the Court so ordered (Dkt. 430).

13. The extension of time will not alter the date of any event or any deadline already fixed by Court order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of April 2020, in San Francisco, California.

/s/ *Molly Moriarty Lane*
Molly Moriarty Lane

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECL IN SUPP OF STIP EXTENDING DEADLINE
TO FILE AMENDED THIRD-PARTY COMPLAINT
CASE NO. 3:18-cv-01586-JSC