MORGAN, LEWIS & BOCKIUS LLP
Molly Moriarty Lane, Bar No. 149206
Benjamin P. Smith, Bar No. 197551
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000; Fax: +1.415.442.1001
molly.lane@morganlewis.com
benjamin.smith@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
Megan A. Suehiro, Bar No. 316104
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500; Fax: +1.213.612.2501
david.schrader@morganlewis.com
megan.suehiro@morganlewis.com

Attorneys for Defendant
CHART INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE PACIFIC FERTILITY CENTER LITIGATION* | Case No. 3:18-cv-01586-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE AMENDED THIRD-PARTY COMPLAINT**<br><br>Judge: Hon. Jacqueline S. Corley<br>Place: Courtroom E, 15th Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO FILE AMENDED
THIRD-PARTY COMPLAINT
CASE NO. 3:18-cv-01586-JSC

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Defendant and Third-Party Plaintiff Chart Inc. ("Chart"), and Third-Party Defendants San Francisco Fertility Centers, d/b/a Pacific Fertility Center, Joseph Conaghan, PhD, Eldon D. Schriock, M.D., Carolyn R. Givens, M.D., Philip E. Chenette, M.D., Carl M. Herbert, M.D., Liyun Li, M.D., and Isabelle P. Ryan, M.D. (collectively, "Third-Party Defendants"), by and through their respective counsel, respectfully submit this Stipulation and [Proposed] Order extending the deadline for Chart to file its Amended Third-Party Complaint.

WHEREAS, on October 10, 2019, Chart filed a Third-Party Complaint against the Third-Party Defendants (Dkt. 288).

WHEREAS, on December 10, 2019, the Third-Party Defendants (except for Dr. Conaghan) filed a Motion to Dismiss the Third-Party Complaint (Dkt. 339) ("PFC's Motion to Dismiss").

WHEREAS, on January 16, 2020, Dr. Conaghan filed a Motion to Dismiss the Third-Party Complaint (Dkt. 362) ("Conaghan's Motion to Dismiss").

WHEREAS, Chart filed oppositions to PFC's Motion to Dismiss and Conaghan's Motion to Dismiss on January 14 and January 30, 2020, respectively (Dkts. 360, 378).

WHEREAS, on January 28, 2020, the Third-Party Defendants (except for Dr. Conaghan) filed a reply in support of PFC's Motion to Dismiss (Dkt. 375).

WHEREAS, on February 6, 2020, Dr. Conaghan filed a reply in support of Conaghan's Motion to Dismiss (Dkt. 382).

WHEREAS, at the February 27, 2020, hearing on the motions to dismiss, the Court dismissed the Third-Party Complaint with leave to amend within 21 days.

WHEREAS, on March 18, 2020, Chart and the Third-Party Defendants stipulated to extend the deadline to file the Amended Third-Party Complaint until April 9, 2020, and the Court so ordered (Dkt. 425).

WHEREAS, on April 9, 2020, Chart and the Third-Party Defendants stipulated to extend the deadline to file the Amended Third-Party Complaint until April 23, 2020, and the Court so ordered (Dkt. 430).

1  WHEREAS, given ongoing meet and confer efforts among Chart and the Third-Party Defendants, Chart and the Third-Party Defendants have stipulated and agreed to extend Chart's deadline to file its Amended Third-Party Complaint for thirty (30) days, through and including May 25, 2020.

NOW, THEREFORE, Chart and the Third-Party Defendants, through their respective counsel, hereby stipulate that Chart's deadline to file its Amended Third-Party Complaint is extended until **May 25, 2020**.

**IT IS SO STIPULATED.**

Dated: April 23, 2020

By: */s/ Molly Moriarty Lane*
Molly Moriarty Lane (State Bar No. 149206)
Benjamin P. Smith (State Bar No. 197551)
Megan A. Suehiro (State Bar No. 316104)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1596
Tel: (415) 442-1000; Fax: (415) 442-1001
molly.lane@morganlewis.com
benjamin.smith@morganlewis.com
megan.suehiro@morganlewis.com

*Counsel for Defendant and Third-Party Plaintiff CHART INC.*

Dated: April 23, 2020

By: */s/ Aaron T. Schultz*
Joseph S. Picchi (State Bar No. 157102)
Aaron T. Schultz (State Bar No. 222949)
**GALLOWAY, LUCCHESE, EVERSON & PICCHI**
2300 Contra Costa Blvd., Suite 350
Pleasant Hill, California 94523-2398
Tel: (925) 930-9090; Fax: (925) 930-9035
aschultz@glattys.com

*Counsel for Third-Party Defendants SAN FRANCISCO FERTILITY CENTERS dba PACIFIC FERTILITY CENTER; ELDON D. SCHRIOCK, M.D.; CAROLYN R. GIVENS, M.D.; PHILIP E. CHENETTE, M.D.; CARL M. HERBERT, M.D.; LIYUN LI, M.D.; and ISABELLE P. RYAN, M.D.*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO FILE AMENDED
THIRD-PARTY COMPLAINT
CASE NO. 3:18-cv-01586-JSC

Dated: April 23, 2020

By:  /s/ Julie Y. Park
Erin M. Bosman (State Bar No. 204987)
William F. Tarantino (State Bar No. 215343)
Julie Y. Park (State Bar No. 259929)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105
Tel: (415) 268-7000; Fax: (415) 268-7522
EBosman@mofo.com
WTarantino@mofo.com
JuliePark@mofo.com

*Counsel for Third-Party Defendant
JOSEPH CONAGHAN, PhD*

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Molly Moriarty Lane, attest that concurrence in the filing of this document has been obtained.

Dated: April 23, 2020

/s/ *Molly Moriarty Lane*
Molly Moriarty Lane

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 24, 2020

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING DEADLINE TO FILE AMENDED
THIRD-PARTY COMPLAINT
CASE NO. 3:18-cv-01586-JSC