Marc G. Cowden SB No. 169391
Adam Stoddard SB No. 272691
SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN
A Professional Corporation
1033 Willow Street
San Jose, California 95125
(408) 288-9700
Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

MORGAN, LEWIS & BOCKIUS LLP
Molly Moriarty Lane, Bar No. 149206
Benjamin P. Smith, Bar No. 197551
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000; Fax: +1.415.442.1001
Molly.lane@morganlewis.com
Benjamin.smith@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
Megan A. Suehiro, Bar No. 316104
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500; Fax: +1.213.612.2501
David.schrader@morganlewis.com
Megan.suehiro@morganlewis.com

Attorneys for Defendant CHART INC.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE PACIFIC FERTILITY CENTER LITIGATION* | Case No.: 3:18-cv-01586-JSC<br><br>**CHART INC.'S MOTION FOR ORDER AND [~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL (CIV. L.R. 7-11 AND 11-5)**<br><br>Judge: Hon. Jacqueline S. Corley |

## MOTION

Pursuant to Civil L.R. 7-11 and 11-5, Defendant CHART INC. hereby moves the Court for an order permitting the withdrawal of its counsel of record, Molly Moriarty Lane, Benjamin P. Smith, David L. Schrader and Megan A. Suehiro of MORGAN, LEWIS & BOCKIUS LLP, and the appearance of substitute counsel, Marc G. Cowden and Adam M. Stoddard of SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN, on its behalf in this action. CHART INC. respectfully submits that said substitution of counsel is in the interest of justice.

CHART INC., MORGAN, LEWIS & BOCKIUS LLP, and SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN consent to such withdrawal and substitution of counsel.

Accordingly, CHART INC. respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

> Marc G. Cowden SB No. 169391
> Adam Stoddard SB No. 272691
> SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN
> A Professional Corporation
> 1033 Willow Street
> San Jose, California 95125
> (408) 288-9700
> Fax: (408) 295-9900
> mcowden@smtlaw.com
> astoddard@smtlaw.com

This motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, CHART INC. respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for CHART INC., and update the Court's ECF system for this case by removing Molly Moriarty Lane, Benjamin P. Smith, David L. Schrader and Megan A. Suehiro of MORGAN, LEWIS & BOCKIUS LLP as counsel of record and substituting in their place, Marc G. Cowden and Adam M. Stoddard of SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN as counsel of record for CHART INC.

| | | |
|---|---|---|
| Dated: 5/14/2020 | | SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN |

By:_____/s/ Marc Cowden_____
    MARC G. COWDEN
    ADAM M. STODDARD
    Attorneys for Defendant CHART INC.

Dated: 5/14/2020                         MORGAN, LEWIS & BOCKIUS LLP

By:_____/s/ Molly Lane_____
    MOLLY MORIARTY LANE
    BENJAMIN P. SMITH
    Attorneys for Defendant CHART INC.

Dated: 5/14/2020                         MORGAN, LEWIS & BOCKIUS LLP

By:_____/s/ David Schrader_____
    DAVID L. SCHRADER
    MEGAN A. SUEHIRO
    Attorneys for Defendant CHART INC.

Dated: May 12, 2020                      CHART INC.

By:____[signature]_____
    HERBERT G. HOTCHKISS

CHART INC.'S MOTION FOR ORDER AND [~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL (CIV. L.R. 7-11 AND 11-5) - 3