United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACIFIC FERTILITY CENTER LITIGATION | Case No. 18-cv-01586-JSC<br><br>**ORDER FOLLOWING JULY 23, 2020 CASE MANAGEMENT CONFERENCE** |

This Order confirms the matters discussed at the July 23, 2020 Case Management Conference.

Chart and Prelude/Pacific MSO shall meet and confer via video regarding the two outstanding discovery disputes on July 28, 2020 at 9:00 a.m. If the parties are unable to resolve the discovery disputes, Chart shall send Prelude/Pacific MSO its portion of the joint discovery letter brief(s) by the close of business on July 31, 2020. Prelude/Pacific MSO shall send Chart their responsive portion(s) of the brief(s) by August 5, 2020. Chart shall then add a reply if necessary and file the letter brief(s) by August 7, 2020. If necessary, the Court will hear the matters on August 13, 2020 at 1:30 p.m.

Plaintiffs and Chart shall meet and confer via video regarding Plaintiffs' request for a brief extension of the case management schedule. If the parties are able to agree, they shall file a stipulation regarding the amended case schedule by July 29, 2020. If the parties are unable to agree, they shall file a joint letter brief outlining their respective positions by July 31, 2020.

The Court sets a further video Case Management Conference for August 13, 2020 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: July 23, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge