1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    X.A., et al.,                          Case No.  20-cv-05004-DMR

                  Plaintiffs,
8
                                            **SUA SPONTE JUDICIAL REFERRAL**
9         v.                                **FOR PURPOSES OF DETERMINING**
                                            **RELATIONSHIP OF CASES**
10   CHART INC.,

                  Defendant.
11

12

13        On July 24, 2020, Plaintiff filed this action.  Pursuant to Civil Local Rule 3-12(c), the court

14   *sua sponte* refers this case to Judge Jacqueline Scott Corley to determine whether it is related to *In*

15   *re: Pacific Fertility Center Litigation*, 18-cv-01586 JSC.

16        **IT IS SO ORDERED.**

17   Dated: July 28, 2020

18   _____

19                                           DONNA M. RYU
                                             United States Magistrate Judge
20

21

22

23

24

25

26

27

28