UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.E., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CHART INC.,<br><br>　　　　　　Defendant. | Case No. 20-cv-05020-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

　　　On July 24, 2020, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jacqueline Scott Corley to determine whether it is related to *In re: Pacific Fertility Center Litigation*, 18-cv-01586 JSC.

　　　**IT IS SO ORDERED.**

Dated: July 28, 2020

_____
DONNA M. RYU
United States Magistrate Judge