UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.I., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHART INC.,<br><br>        Defendant. | Case No. 20-cv-05070-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On July 24, 2020, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jacqueline Scott Corley to determine whether it is related to *In re: Pacific Fertility Center Litigation*, 18-cv-01586 JSC.

**IT IS SO ORDERED.**

Dated: July 28, 2020

_____
DONNA M. RYU
United States Magistrate Judge