UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.G., <br>     Plaintiff, <br>   v. <br> CHART INC., <br>     Defendant. | Case No. 20-cv-05073-SK <br><br> **ORDER OF SUA SPONTE REFERRAL** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Corley for consideration of whether the case is related to *In re Pacific Fertility Litigation*, Case No. 18-cv-01586 JSC.

**IT IS SO ORDERED**.

Dated: July 29, 2020

                _____
                SALLIE KIM
                United States Magistrate Judge