UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.I., et al.,<br>    Plaintiffs,<br> v.<br>CHART INC.,<br>    Defendant. | Case No. 20-cv-05088-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Corley for consideration of whether the case is related to *In re Pacific Fertility Litigation*, Case No. 18-cv-01586 JSC.

  **IT IS SO ORDERED**.

Dated: July 29, 2020

_____
SALLIE KIM
United States Magistrate Judge