UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.A., et al., <br><br>   Plaintiffs, <br><br> v. <br><br> CHART INC., <br><br>   Defendant. | Case No. 20-cv-05014-SK <br><br> **ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Corley for consideration of whether the case is related to *In re Pacific Fertility Litigation*, Case No. 18-cv-01586 JSC.

**IT IS SO ORDERED**.

Dated: July 30, 2020

_____
SALLIE KIM
United States Magistrate Judge