Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE &
CONWAY, A PROFESSIONAL LAW
CORPORATION**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC |
| THIS DOCUMENT RELATES TO: Case No. 3:20-CV-05086 (Plaintiffs Q.I. and R.F.) | **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Q.I. and R.F. voluntarily dismiss their claims in this single case only (Case No. 3:20-cv-05086), without prejudice. This dismissal is not intended to affect Plaintiffs' claims in any other related action, and is limited to dismissal without prejudice of the claims in Case No. 3:20-cv-05086, which was filed in error.

Dated: October 6, 2020

Respectfully submitted,

By: */s/ Adam B. Wolf*

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY,
A PROFESSIONAL LAW CORPORATION**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111

Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com