| | |
|---|---|
| Eric H. Gibbs (State Bar No. 178658) | Dena C. Sharp (State Bar No. 245869) |
| Amy M. Zeman (State Bar No. 273100) | Adam E. Polk (State Bar No. 273000) |
| **GIBBS LAW GROUP LLP** | **GIRARD SHARP LLP** |
| 505 14th Street, Suite 1110 | 601 California Street, Suite 1400 |
| Oakland, CA 94612 | San Francisco, CA 94108 |
| Tel: (510) 350-9700 | Tel: (415) 981-4800 |
| Fax: (510) 350-9701 | Fax: (415) 981-4846 |
| ehg@classlawgroup.com | dsharp@girardsharp.com |
| amz@classlawgroup.com | apolk@girardsharp.com |

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>Case No. 3:18-cv-01586<br>(A.B., C.D., E.F., G.H., and I.J.) | Case No. 3:18-cv-01586-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

For good cause shown, the Court GRANTS Plaintiffs' Administrative Motion to File Under Seal these documents:

- Portions of Plaintiffs' Motion to Exclude Expert Testimony;
- Certain exhibits to the Declaration of Amy M. Zeman in Support of Plaintiffs' Motion to Exclude Expert Testimony, including
    - Exhibit 1 – Expert Report of Eldon Leaphart dated November 6, 2020;
    - Exhibit 2 – Excerpts from the November 18, 2020 deposition of Eldon Leaphart;
    - Exhibit 3 – Expert Report of John Cauthen dated November 6, 2020;
    - Exhibit 4 – Excerpts from the November 24, 2020 Deposition of John Cauthen
    - Exhibit 5 – Supplemental Report of Grace Centola dated November 20, 2020;
    - Exhibit 6 – Excerpts from the November 23, 2020 deposition of Grace Centola;
    - Exhibit 7 – Supplemental Report of Franklin Miller dated November 20, 2020;
    - Exhibit 8 – Excerpts from the December 1, 2020 Franklin Miller deposition;
    - Exhibit 9 – Second Rebuttal Report of Franklin Miller dated December 11, 2020;
    - Exhibit 10 – Expert Report of Angela Lawson dated December 4, 2020;
    - Exhibit 11 – Excerpts from the December 11, 2020 deposition of Angela Lawson;
    - Exhibit 13 – Bates-stamped document MSO005378 – MSO005380; and
    - Exhibit 14 – Pacific MSO, LLC's Response to Defendant Chart, Inc.'s Subpoena for 30(b)(6) Deposition by Written Questions, dated October 23, 2020; and
- Portions of Plaintiffs' Proposed Order to Exclude Expert Testimony.

The Court hereby ORDERS that the following portions of Plaintiffs' Motion to Exclude Expert Testimony are to be maintained under seal:

| Page | Line(s) |
|---|---|
| 1 | 8 – 21 |
| 1 | 23 |
| 2 | 7 – 13 |
| 2 | 16 – 25 |
| 3 | 1 – 4 |
| 3 | 6 |

| Page | Line(s) |
|---|---|
| 4 | 4 – 17 |
| 5 | 24 – 28 |
| 6 | 1 |
| 6 | 3 – 6 |
| 6 | 9 – 18 |
| 6 | 23 – 28 |
| 6 | 1 –2 |
| 7 | 6 – 13 |
| 7 | 15 – 27 |
| 8 | 3 – 15 |
| 8 | 18 – 28 |
| 9 | 1 – 18 |
| 10 | 4 – 11 |
| 10 | 17 – 27 |
| 11 | 1 – 2 |
| 11 | 10 – 25 |
| 12 | 4 – 6 |
| 12 | 10 – 18 |
| 12 | 21 – 22 |
| 13 | 1 – 10 |
| 13 | 18 - 28 |
| 14 | 4 – 6 |
| 14 | 11 – 16 |
| 14 | 23 – 28 |
| 15 | 2 – 9 |
| 15 | 13 – 14 |
| 15 | 17 |
| 15 | 22 – 26 |
| 16 | 2 – 7 |
| 16 | 9 - 12 |
| 16 | 14 – 15 |
| 16 | 20 – 24 |
| 17 | 4 – 17 |
| 17 | 19 |
| 17 | 24 – 28 |
| 18 | 1 – 2 |
| 18 | 4 – 5 |
| 18 | 7 – 11 |
| 18 | 17 – 25 |
| 19 | 1 – 4 |
| 19 | 20 – 26 |
| 20 | 1 – 10 |
| 20 | 16 |
| 20 | 20 – 21 |
| 21 | 4 – 6 |

| Page | Line(s) |
|---|---|
| 21 | 10 |
| 21 | 12 |
| 21 | 14 – 15 |
| 21 | 17 – 23 |
| 22 | 2 |
| 22 | 13 – 22 |
| 23 | 1 – 12 |
| 23 | 14 |

The Court hereby ORDERS that the following portions of the exhibits to the Declaration of Amy M. Zeman in Support of Plaintiffs' Motion to Exclude Expert Testimony are to be maintained under seal:

| Exhibit | Page | Line(s) |
|---|---|---|
| 1 | Under Seal in Full | Under Seal in Full |
| 2 | Under Seal in Full | Under Seal in Full |
| 3 | Under Seal in Full | Under Seal in Full |
| 4 | Under Seal in Full | Under Seal in Full |
| 5 | Under Seal in Full | Under Seal in Full |
| 6 | Under Seal in Full | Under Seal in Full |
| 7 | Under Seal in Full | Under Seal in Full |
| 8 | Under Seal in Full | Under Seal in Full |
| 9 | Under Seal in Full | Under Seal in Full |
| 10 | Under Seal in Full | Under Seal in Full |
| 11 | Under Seal in Full | Under Seal in Full |
| 13 | Under Seal in Full | Under Seal in Full |
| 14 | Under Seal in Full | Under Seal in Full |

The Court hereby ORDERS that the following portions of Plaintiffs' Proposed Motion to Exclude Expert Testimony are to be maintained under seal:

| Page | Line(s) |
|---|---|
| 1 | 7 – 22 |

**IT IS SO ORDERED.**

Dated: _____            _____
                                                                                                  The Honorable Jacqueline Scott Corley

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused an unredacted copy of the foregoing document to be served via email on counsel of record.

/s/ *Amy M. Zeman*