Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>No. 3:18-cv-01586<br>(A.B., C.D., E.F., G.H., and I.J.) | Master Case No. 3:18-cv-01586-JSC<br><br>**DECLARATION OF AMY M. ZEMAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY**<br><br>Date: March 4, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. Jacqueline S. Corley<br>Place: Courtroom F, 15th Floor |

**EXHIBITS 1-11, and 13-14**

**ARE FILED UNDER SEAL**

1. I am a partner at the law firm Gibbs Law Group LLP, counsel for Plaintiffs in the above-captioned action, and submit this declaration in support of Plaintiffs' Motion to Exclude Expert Testimony.

2. Attached as **Exhibit 1** is Eldon Leaphart's expert report, which was delivered to Plaintiffs' counsel on November 6, 2020.

3. Attached as **Exhibit 2** are excerpts from Eldon Leaphart's deposition taken on November 18, 2020.

4. Attached as **Exhibit 3** is John Cauthen's expert report, which was delivered to Plaintiffs' counsel on November 6, 2020.

5. Attached as **Exhibit 4** are excerpts from John Cauthen's deposition taken on November 24, 2020.

6. Attached as **Exhibit 5** is Grace Centola's supplemental expert report, which superseded her original November 6, 2020 report and was delivered to Plaintiffs' counsel on November 20, 2020.

7. Attached as **Exhibit 6** are excerpts from Grace Centola's deposition taken on November 23, 2020.

8. Attached as **Exhibit 7** is Franklin Miller's supplemental expert report, which superseded his original November 6, 2020 report and was delivered to Plaintiffs' counsel on November 20, 2020.

9. Attached as **Exhibit 8** are excerpts from Franklin Miller's deposition taken on December 1, 2020.

10. Attached as **Exhibit 9** is a second rebuttal report from Franklin Miller that was delivered to Plaintiffs' counsel on December 11, 2020. The deadline for expert disclosures was November 6, 2020, and the deadline for rebuttal expert disclosures was December 4, 2020.

11. Attached as **Exhibit 10** is Angela Lawson's expert report, which was delivered to Plaintiffs' counsel on December 4, 2020.

12. Attached as **Exhibit 11** are excerpts from Angela Lawson's deposition taken on December 11, 2020.

13. Attached as **Exhibit 12** are excerpts from Jean Popwell's deposition taken on September 2, 2020

14. Attached as **Exhibit 13** is a letter to PFC from the College of American Pathologists dated March 13, 2018, and produced in this action bearing the Bates stamp MSO005378.

15. Attached as **Exhibit 14** are excerpts from Pacific MSO's deposition by written questions dated October 23, 2020.

16. Attached as **Exhibit 15** are excerpts from Pacific MSO's deposition taken November 13, 2020.

17. Attached as **Exhibit 16** are excerpts from Hannah Lamb's deposition taken September 29, 2020.

18. Attached as **Exhibit 17** are excerpts from Erin Fischer's deposition taken August 27, 2020.

19. Attached as **Exhibit 18** are excerpts from Gina Ciremele's deposition taken November 10, 2020.

20. Attached as **Exhibit 19** are excerpts from Pacific MSO's deposition taken October 9, 2019.

21. Attached as **Exhibit 20** is a photograph of Tank 4's replacement tank after the contents of Tank 4 were moved into the replacement tank on March 4, 2018. The picture was produced by Pacific MSO during discovery bearing the Bates stamps MSO023987.

22. Attached as **Exhibit 21** is a screenshot of the "Design Failure Mode, Effects and Criticality Analysis" produced by Chart bearing the Bates number CHART001432. The spreadsheet identifies over 100 potential failure modes for Chart's cryogenic tanks; the failure modes shown in the screenshot identify the effect of a weld failure in the tank's inner vessel as well as the effect of a weld failure in the tank's outer vessel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 22, 2020                    _/s/ Amy M. Zeman_

2
PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY
MASTER CASE NO. 3:18-cv-01586-JSC

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused an unredacted copy of the foregoing document to be served via email on counsel of record.

/s/ *Amy Zeman*