EXHIBIT 12

```
 1            UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5   IN RE PACIFIC FERTILITY CENTER    )
     LITIGATION                        )No. 3:18-cv-01586-JSC
 6   _____ )

 7

 8

 9        REMOTE AND VIDEOTAPED DEPOSITION OF JEAN

10        POPWELL, Ph.D., taken in California, at 12:34,

11        p.m., Wednesday, September 2, 2020, before

12        Theresa JoAnn Phillips-Blackwell, CSR 12700.
```

BARKLEY
Court Reporters
barkley.com
SINCE 1972

(310) 207-8000 Los Angeles     (415) 433-5777 San Francisco   (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose        (760) 322-2240 Palm Springs   (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento      (800) 222-1231 Martinez        (702) 366-0500 Las Vegas      (800) 222-1231 Monterey
(951) 686-0606 Riverside       (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson      (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn        (518) 490-1910 Albany         (914) 510-9110 White Plains
(312) 379-5566 Chicago         00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai       001+1+800 222 1231 Hong Kong

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5   IN RE PACIFIC FERTILITY CENTER    )
     LITIGATION                        )No. 3:18-cv-01586-JSC
 6   _____   )

 7

 8

 9        REMOTE AND VIDEOTAPED DEPOSITION OF JEAN

10        POPWELL, Ph.D., taken in California, at 12:34,

11        p.m., Wednesday, September 2, 2020, before

12        Theresa JoAnn Phillips-Blackwell, CSR 12700.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2

JEAN POPWELL, Ph.D.

**BARKLEY** Court Reporters

```
 1   APPEARANCES OF COUNSEL:

 2

 3

 4   For Plaintiffs:

 5

 6                       ADAM POLK, ESQ.
                         (Appearing via Zoom)
 7                       GIRARD SHARP LLP
                         601 California Street
 8                       Suite 1400
                         San Francisco, California  94108
 9                       (415) 981-4800

10                       -and-

11                       AMY M. ZEMAN, ESQ.
                         (Appearing via Zoom)
12                       GIBBS LAW GROUP LLP
                         505 Fourteenth Street
13                       Suite 1110
                         Oakland, California  94162
14                       (510) 350-9700
                         amz@classlawgroup.com
15
     For Defendant:
16
                         SUE BAJWA, ESQ.
17                       (Appearing via Zoom)
                         GALLOWAY, LUCCHESE, EVERSON & PICCHI
18                       2300 Contra Costa Boulevard
                         Suite 350
19                       Pleasant Hill, California  94523
                         (925) 930-9090
20

21

22

23

24

25
```

JEAN POPWELL, Ph.D.

**BARKLEY**
Court Reporters

```
 1   APPEARANCES OF COUNSEL (Continued):

 2

 3

 4   For Defendants Prelude Fertility, Inc.; and Pacific MSO,
     LLC:
 5
                      ERIN M. BOSMAN, ESQ.
 6                    WILLIAM F. TARANTINO, ESQ.
                      (Both Appearing via Zoom)
 7                    MORRISON & FOERSTER LLP
                      425 Market Street
 8                    San Francisco, California  94105
                      (415) 268-7000
 9                    ebosman@mofo.com
                      wtarantino@mofo.com
10

11
     For Defendant Chart:
12
                      JOHN DUFFY, ESQ.
13                    KEVIN M. RINGEL, ESQ.
                      MARGARET REDSHAW, ESQ.
14                    (Both Appearing via Zoom)
                      SWANSON, MARTIN & BELL, LLP
15                    330 North Wabash
                      Suite 3300
16                    Chicago, Illinois  60611
                      (312) 321-9100
17                    jduffy@smbtrials.com
                      kringel@smbtrials.com
18

19
     Also Present:  Philip Knowles and Simon Knowles,
20                  videographers/technicians
                    (Both Appearing via Zoom)
21

22

23

24

25


                                4
```

JEAN POPWELL, Ph.D.

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 04:04 | 1 | Q. Do you -- do you have a memory of what it |
| 04:04 | 2 | sounds like when the fill cycle is complete? |
| 04:04 | 3 | MR. TARANTINO: Objection. Assumes facts. |
| 04:04 | 4 | THE WITNESS: There's silence. I mean... |
| 04:04 | 5 | BY MR. DUFFY: |
| 04:04 | 6 | Q. Okay. So you stop -- you stop hearing the flow |
| 04:04 | 7 | of liquid nitrogen and the bubbling inside Tank 4? |
| 04:04 | 8 | That's how you know? |
| 04:04 | 9 | MR. TARANTINO: Objection. Assumes facts. |
| 04:04 | 10 | Mischaracterizes testimony. Speculation. |
| 04:04 | 11 | THE WITNESS: There is no more sound being |
| 04:04 | 12 | emitted from the tank, so... |
| 04:04 | 13 | BY MR. DUFFY: |
| 04:04 | 14 | Q. So silence is how you know the fill cycle's |
| 04:05 | 15 | over? |
| 04:05 | 16 | A. Yes. |
| 04:05 | 17 | Q. Do you stand next to the freezer the whole time |
| 04:05 | 18 | a fill cycle is being completed? |
| 04:05 | 19 | A. No. |
| 04:05 | 20 | Q. Did you stand next to the freezer on March 2 |
| 04:05 | 21 | and observe and listen to the fill cycle for the entire |
| 04:05 | 22 | time? |
| 04:05 | 23 | A. No. |
| 04:05 | 24 | Q. On March 2 did you see moisture on the outside |
| 04:05 | 25 | of Tank 4? |

04:05  1        A.  No.
04:05  2        Q.  On March 2 did you see ice outside -- on the
04:05  3   outside of Tank 4?
04:05  4        A.  No.
04:05  5        Q.  On March 2 did you see moisture on the floor
04:05  6   adjacent to or under Tank 4?
04:05  7        A.  No.
04:05  8        Q.  On March 2 did you see any deformations inside
04:05  9   Tank 4?
04:05 10        A.  No.
04:05 11        Q.  The next measurement I have associated with --
04:06 12   with you is for March 3 of 2018.  Do you see that?
04:06 13        A.  Yes.
04:06 14        Q.  And what was the measurement that you had that
04:06 15   day?
04:06 16        A.  Fourteen.
04:06 17        Q.  And it's associated with your name here in
04:06 18   Exhibit 211; is that right?
04:06 19        A.  Yes.
04:06 20        Q.  Do you have a personal memory of making the
04:06 21   LN-2 measurement for Tank 4 on March 3, 2018?
04:06 22        A.  Yes.
04:06 23        Q.  Tell me what your personal memory is of
04:06 24   measuring the LN-2 in Tank 4 on March 3.
04:06 25        A.  Repeating the same thing I had done the

129

JEAN POPWELL, Ph.D.

| | | |
|---|---|---|
| 04:06 | 1 | previous day. |
| 04:06 | 2 | Q.  And please tell me, what you do remember of -- |
| 04:06 | 3 | of you measuring the LN-2 in Tank 4 on -- on Saturday, |
| 04:06 | 4 | March 3? |
| 04:07 | 5 | A.  Pressing the auto-fill button on the |
| 04:07 | 6 | controller, filling Tank 4, measuring it with the |
| 04:07 | 7 | dipstick, and then entering the value into Reflections. |
| 04:07 | 8 | Q.  And the -- the value that you entered was |
| 04:07 | 9 | 14 inches; correct? |
| 04:07 | 10 | A.  Yes. |
| 04:07 | 11 | Q.  So for all six of the measurements that you did |
| 04:07 | 12 | for Tank 4 in February and March, you have the exact |
| 04:07 | 13 | same measurement; correct? |
| 04:07 | 14 | A.  Correct. |
| 04:07 | 15 | Q.  Can you explain how it is that you got the |
| 04:07 | 16 | exact same measurement for all six days? |
| 04:07 | 17 | MR. TARANTINO:  Objection.  Lacks foundation. |
| 04:07 | 18 | Calls for speculation. |
| 04:07 | 19 | THE WITNESS:  I filled it to a part of the |
| 04:07 | 20 | yardstick that was -- I know was adequate level of |
| 04:07 | 21 | liquid nitrogen, and so that's just the target I chose. |
| 04:07 | 22 | BY MR. DUFFY: |
| 04:07 | 23 | Q.  Did you intend for it to hit the 14 inches? |
| 04:07 | 24 | A.  I intended to hit the 14 inches. |
| 04:08 | 25 | Q.  And so you brought it to that level by design? |

130

```
04:08   1          A.   Yes.
04:08   2          Q.   And then you measured it and got it to
04:08   3    14 inches all -- all 6 times; correct?
04:08   4          A.   That was my target for filling the tank.
04:08   5          Q.   Sure.  How would you know whether you filled it
04:08   6    to 14 inches without measuring it?
04:08   7          A.   Are you referring to any tank, or are you
04:08   8    referring to Tank 4 at the time of -- which time period
04:08   9    are you referring to?
04:08  10          Q.   Yeah.  Sure.  Let me -- let me try that
04:08  11    question again.
04:08  12               Your goal, obviously, for Tank 4 here in this
04:08  13    period of February and March was to get it to 14 inches;
04:08  14    correct?
04:08  15               THE WITNESS:  Yes.
04:08  16               MR. TARANTINO:  Objection.  Misstates
04:08  17    testimony.
04:08  18    BY MR. DUFFY:
04:08  19          Q.   And you -- sorry.
04:08  20               And you achieved that goal all six times that
04:08  21    you measured the freezer in February and March; correct?
04:09  22               MR. TARANTINO:  Objection.  Mischaracterizes
04:09  23    testimony.
04:09  24               Go ahead.
04:09  25               THE WITNESS:  That was my goal to reach.
```

131

JEAN POPWELL, Ph.D.

BARKLEY
Court Reporters

```
04:09  1   BY MR. DUFFY:
04:09  2       Q.  And -- and you met it all six times in February
04:09  3   and March; correct?
04:09  4       A.  According to this document, yes.
04:09  5       Q.  And if your goal was 14 inches, how did you go
04:09  6   about making sure that when you were initiating those
04:09  7   fill cycles that it would get to 14 inches?
04:09  8       A.  I would measure with a dipstick as it was
04:09  9   filling and continue to let it fill.
04:09 10       Q.  Okay.  So as it was filling, you would
04:09 11   occasionally come over and put the dipstick in and check
04:09 12   how -- how it was coming?
04:09 13       A.  Yes.  I measured as it was filling to make sure
04:09 14   that I got to a level in which I felt was appropriate.
04:10 15       Q.  On March 3 of 2018 do you recall how long it
04:10 16   took for the liquid nitrogen to reach 14 inches using
04:10 17   the controller fill cycle that you initiated?
04:10 18       A.  I do not recall.
04:10 19       Q.  If it was more than 30 minutes, would it
04:10 20   surprise you?
04:10 21       A.  I do not -- I do not know the fill time for
04:10 22   these tanks.  I do not recall.
04:10 23       Q.  I understand that.  But would it surprise you
04:10 24   if the fill time was longer than 30 minutes?
04:10 25           MR. TARANTINO:  Objection.  Incomplete
```

132

JEAN POPWELL, Ph.D.

**BARKLEY**
Court Reporters

```
04:10   1    hypothetical.
04:10   2            THE WITNESS:  The fill time should be less than
04:10   3    an hour.
04:10   4    BY MR. DUFFY:
04:10   5        Q.  Okay.  So -- so a fill time on March 3rd should
04:11   6    have been less than an hour; correct?
04:11   7        A.  Yes.
04:11   8        Q.  And if it was more than an hour, that would
04:11   9    surprise you; correct?
04:11  10            MR. TARANTINO:  Objection.  Incomplete
04:11  11    hypothetical.  Speculation.
04:11  12            THE WITNESS:  I would think a tank would fill
04:11  13    in less than an hour, yes.
04:11  14    BY MR. DUFFY:
04:11  15        Q.  Okay.  And it would surprise you if it took
04:11  16    longer; correct?
04:11  17            MR. TARANTINO:  Same objections.  Speculation.
04:11  18    Incomplete hypothetical.
04:11  19            DEPOSITION OFFICER:  I'm sorry.  Repeat your
04:11  20    objection.
04:11  21            THE WITNESS:  Yes.  Possibly.
04:11  22    BY MR. DUFFY:
04:11  23        Q.  And if it took as long as two hours to complete
04:11  24    that fill cycle on March 3rd, you would have done
04:11  25    something more than just close the freezer and leave it
```

133

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2
 3   STATE OF CALIFORNIA     }
                             }   ss.
 4   COUNTY OF LOS ANGELES   }
 5
 6           I, THERESA JOANN PHILLIPS-BLACKWELL, hereby
 7   certify:
 8           I am a duly qualified Certified Shorthand
 9   Reporter in the State of California, holder of
10   Certificate Number CSR 12700 issued by the Court
11   Reporters Board of California and which is in full force
12   and effect.  (Fed. R Civ. P. 28(a)).
13           I am authorized to administer oaths or
14   affirmations pursuant to California Code of Civil
15   Procedure, Section 2093(b) and prior to being examined,
16   the witness was first duly sworn by me.  (Fed. R. Civ.
17   P. 28(a), 30(f)(1)).
18           I am not a relative or employee or attorney or
19   counsel of any of the parties, nor am I a relative or of
20   such attorney or counsel, nor am I financially
21   interested in this action.  (Fed. R. Civ. P. 28).
22           I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                              ///
```

145

JEAN POPWELL, Ph.D.

BARKLEY
Court Reporters

```
 1  of the testimony given by the witness.  (Fed. R. Civ. P.
 2  30(f)(1)).
 3          Before Completion of the deposition, review of
 4  the transcript {  } was {xx} was not requested.  If
 5  requested, any changes made by the deponent (and
 6  provided to the reporter) during the period allowed, are
 7  appended hereto.  (Fed. R. Civ. P. 30(e)).
 8
 9  Dated: September 21, 2020
10
11
12                     *Theresa Phillips-Blackwell* (signature)
13  _____
14
15
16
17
18
19
20
21
22
23
24
25

                                146
```

JEAN POPWELL, Ph.D.

BARKLEY
Court Reporters