FILED UNDER SEAL

EXHIBIT 13

# FILED UNDER SEAL

# EXHIBIT 14