EXHIBIT 15

**CERTIFIED COPY**

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4

5

6

   IN RE PACIFIC FERTILITY    )
7  CENTER LITIGATION,          ) Case No. 3:18-cv-01586-JSC
                               )
8  _____)

9

10

11

12

13     VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of

14        PACIFIC MSO, LLC's 30(b)(6) designee

15            JOSEPH CONAGHAN, Ph.D.

16            November 13, 2020

17

18

19

20

21

22

23

24  CHERREE P. PETERSON, RPR, CRR, CSR No. 11108
    468470
25

SINCE 1972

**BARKLEY**
*Court Reporters*
barkley.com

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose         (760) 322-2240 Palm Springs    (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento      (800) 222-1231 Martinez         (702) 366-0500 Las Vegas       (800) 222-1231 Monterey
(951) 686-0606 Riverside       (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson       (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn         (518) 490-1910 Albany          (914) 510-9110 White Plains
(312) 379-5566 Chicago         00+1+800 222 1231 Paris         00+1+800 222 1231 Dubai        001+1+800 222 1231 Hong Kong

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    SAN FRANCISCO DIVISION

4

5

6

IN RE PACIFIC FERTILITY    )
7    CENTER LITIGATION,        ) Case No. 3:18-cv-01586-JSC
                              )
8    _____)

9

10

11

12

13    VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of

14    PACIFIC MSO, LLC's 30(b)(6) designee JOSEPH CONAGHAN,

15    Ph.D., taken on behalf of Defendant Chart, Inc.,

16    remotely beginning at 2:15 p.m., Friday, November 13,

17    2020, before CHERREE P. PETERSON, RPR, CRR, Certified

18    Shorthand Reporter No. 11108.

19

20

21

22

23

24

25

2

BARKLEY
Court Reporters

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4        GIRARD SHARP
          601 California Street, Suite 1400
 5        San Francisco, California 94108
          BY:  ADAM E. POLK, ESQ.
 6        (415) 981-4800
          apolk@girardsharp.com
 7
      FOR THE DEFENDANTS PRELUDE FERTILITY, INC., PACIFIC MSO,
 8    LLC:

 9        MORRISON & FOERSTER
          425 Market Street
10        San Francisco, California 94105
          BY:  WILLIAM TARANTINO, ESQ.
11             ERIN M. BOSMAN, ESQ.
          (415) 268-7000
12        wtarantino@mofo.com
          ebosman@mofo.com
13
      FOR THE DEFENDANT CHART INDUSTRIES, INC.:
14
          SWANSON, MARTIN & BELL, LLP
15        330 N Wabash, Suite 3300
          Chicago, Illinois 60611
16        BY:  JOHN J. DUFFY, ESQ.
               KEVIN M. RINGEL, ESQ.
17             MARGARET C. REDSHAW, ESQ.
          (312) 321-9100
18        jduffy@smbtrials.com
          kringel@smbtrials.com
19        mredshaw@smbtrials.com
      //(Cont.)
20    //

21

22

23

24

25
```

3

BARKLEY
Court Reporters

1               A P P E A R A N C E S  (Cont.)

2

3  FOR THE DEFENDANT SAN FRANCISCO FERTILITY CENTER dba
   PACIFIC FERTILITY CENTER:

4
        GALLOWAY LUCCHESE EVERSON & PICCHI
5       2300 Contra Costa Boulevard, Suite 350
        Pleasant Hill, California 94523
6       BY:  SUKHWINDER K. BAJWA, ESQ.
        (925) 930-9090
7       sbajwa@glattys.com

8  THE VIDEOGRAPHER:

9       RANDY A. YOUNG

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                               4

BARKLEY
Court Reporters

```
 1          MR. POLK:  Joined.

 2          THE WITNESS:  No.  We do not routinely conduct

 3   investigations into the adequacy of liquid nitrogen

 4   supplies.

 5      Q.   BY MR. DUFFY:  Would it -- would it surprise

 6   you to learn that employees of Pacific MSO have

 7   encountered supply tanks running dry?

 8          MR. TARANTINO:  Assumes facts.  Speculation.

 9   Incomplete hypothetical.  Vague.

10          MR. POLK:  Joined.

11          THE WITNESS:  Every supply tank runs dry.

12      Q.   BY MR. DUFFY:  Have you ever seen a situation

13   in your lab where you're running low on liquid nitrogen

14   for all of the tanks -- well, strike that.  Let me lay a

15   little foundation.

16          So Tank 4 was supplied with a 22 psi supply

17   tank; is that correct?

18      A.   That is correct.

19      Q.   And --

20      A.   Actually, Tank 4 is supplied with two 22 psi

21   supply tanks.

22      Q.   Okay.  Thank you.  So there -- as I understand

23   the setup of the lab, there are Tanks 1 through 6 and

24   they are all connected to the same two 22 psi supply

25   tanks; correct?
```

15:00 at line 5
15:01 at line 10
15:01 at line 15
15:01 at line 20
15:02 at line 25

JOSEPH CONAGHAN, Ph.D., 30(b)(6)

BARKLEY
Court Reporters

1         MR. TARANTINO:  Vague.

2         THE WITNESS:  There are two supply tanks

3    connected to the auto fill system for the tanks -- for

4    the tanks that store the tissue.

15:02  5    Q.   BY MR. DUFFY:  Right.  And that's Tanks 1

6    through 6; correct?

7    A.   Yes.

8    Q.   All right.  And have you ever seen your

9    employees when the supply tanks are running low and you

15:02  10   don't have any others where they're filling up buckets

11   of liquid nitrogen and then manually filling them into

12   the tops of Tanks 1 through 6?

13        MR. TARANTINO:  Vague.  Compound.  Assumes

14   facts.

15:02  15        MR. POLK:  Joined.

16        THE WITNESS:  Yeah, you're mixing up a lot of

17   facts there in your question.

18   Q.   BY MR. DUFFY:  Sure.  Okay.  Has it ever come

19   to your attention in your lab that LN2 supply tanks run

15:02  20   low when you don't have a backup tank to replace the one

21   that's running low?  Have you ever known that condition

22   to be exist in your lab?

23        MR. TARANTINO:  Assumes facts.  Foundation.

24        MR. POLK:  Joined.

15:03  25        THE WITNESS:  The two supply tanks that are

37

BARKLEY
Court Reporters

1    connected to the auto fill system always have nitrogen

2    in them.

3        Q.   BY MR. DUFFY:  So you wouldn't know of a

4    situation where both of them were running low and you

15:03  5    had no additional supply; is that correct?

6            MR. TARANTINO:  Speculation.  Compound.  Vague.

7            MR. POLK:  Joined.  Asked and answered.

8            THE WITNESS:  I'm not aware of such a

9    situation.

15:03  10        Q.   BY MR. DUFFY:  Did you review any testimony of

11    any of your colleagues at Pacific MSO to prepare for

12    your deposition today?

13        A.   No.

14        Q.   Have you spoken -- have you spoken with --

15:03  15    well, strike that.

16            Would it concern you that your colleagues would

17    not have an adequate supply of liquid nitrogen feeding

18    Tanks 1 through 6?  Would that --

19            MR. TARANTINO:  Vague.  Lacks foundation.  I'm

15:04  20    sorry.  Sorry.  Go ahead.

21            THE REPORTER:  Would you ask it again, please.

22        Q.   BY MR. DUFFY:  Sure.  Would it concern you if

23    you had insufficient LN2 supply for Tanks 1 through 6?

24            MR. TARANTINO:  Vague.  Incomplete

15:04  25    hypothetical.

38

JOSEPH CONAGHAN, Ph.D., 30(b)(6)

BARKLEY
Court Reporters

1              DEPOSITION OFFICER'S CERTIFICATE

2                  (Civ. Proc. § 2025.520(e))

3    STATE OF CALIFORNIA      )
                              )      ss
4    COUNTY OF CONTRA COSTA   )

5

6          I, CHERREE P. PETERSON, hereby certify:

7          I am a duly qualified Certified Shorthand

8    Reporter, in the State of California, holder of

9    Certificate Number CSR 11108 issued by the Court

10   Reporters Board of California and which is in full force

11   and effect.  (Fed. R. Civ. P. 28(a)).

12         I am authorized to administer oaths or

13   affirmations pursuant to California Code of Civil

14   Procedure, Section 2093(b) and prior to being examined,

15   the witness was first duly sworn by me.  (Fed. R. Civ.

16   P. 28(a), 30(f)(1)).

17         I am not a relative or employee of any attorney

18   or counsel of any of the parties, nor am I a relative or

19   employee of such attorney or counsel, nor am I

20   financially interested in this action.  (Fed. R. Civ. P.

21   28).

22         I am the deposition officer that

23   stenographically recorded the testimony in the foregoing

24   deposition and the foregoing transcript is a true record

25   of the testimony given by the witness.  (Fed. R. Civ. P.

                              71

BARKLEY
Court Reporters

1  30(f)(1)).

2          Before completion of the deposition, review of

3  the transcript (xx) was ( ) was not requested.  If

4  requested, any changes made by the deponent (and

5  provided to the reporter) during the period allowed, are

6  appended hereto.  (Fed. R. Civ. P. 30(e)).

7

8  Dated: November 16, 2020

9

10

11  _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

72

JOSEPH CONAGHAN, Ph.D., 30(b)(6)

BARKLEY
Court Reporters