EXHIBIT 16

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION
4
5
6
7  IN RE PACIFIC FERTILITY   )
   CENTER LITIGATION,        ) Case No. 3:18-cv-01586-JSC
                             )
8  _____)
9
10
11
12
13  VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of
14  HANA LAMB
15  September 29, 2020
16
17
18
19
20
21
22
23  CHERREE P. PETERSON, RPR, CRR, CSR No. 11108
24  467230
25

BARKLEY
Court Reporters
barkley.com
SINCE 1972

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco   (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City   (408) 885-0550 San Jose        (760) 322-2240 Palm Springs   (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento     (800) 222-1231 Martinez        (702) 366-0500 Las Vegas      (800) 222-1231 Monterey
(951) 686-0606 Riverside      (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson      (516) 277-9494 Garden City
(212) 808-8500 New York City  (347) 821-4611 Brooklyn        (518) 490-1910 Albany         (914) 510-9110 White Plains
(312) 379-5566 Chicago        00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai       001+1+800 222 1231 Hong Kong

```
 1                   UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN FRANCISCO DIVISION

 4

 5

 6
     IN RE PACIFIC FERTILITY    )
 7   CENTER LITIGATION,         ) Case No. 3:18-cv-01586-JSC
                                )
 8   _____)

 9

10

11

12

13           VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of

14   HANA LAMB, taken on behalf of Defendant Chart, Inc.,

15   remotely beginning at 7:32 a.m. Pacific Time, Tuesday,

16   September 29, 2020, before CHERREE P. PETERSON, RPR,

17   CRR, Certified Shorthand Reporter No. 11108.

18

19

20

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4       GIBBS LAW GROUP LLP
         505 14th Street, Suite 1110
 5       Oakland, California 94162
         BY:  AMY M. ZEMAN, ESQ.
 6       (510) 350-9700
         amz@classlawgroup.com
 7
     FOR THE DEFENDANTS PRELUDE FERTILITY, INC., PACIFIC MSO,
 8   LLC & JOSEPH CONAGHAN, PH.D.:

 9       MORRISON & FOERSTER
         425 Market Street
10       San Francisco, California 94105
         BY:  WILLIAM TARANTINO, ESQ.
11            ERIN M. BOSMAN, ESQ.
         (415) 268-7000
12       wtarantino@mofo.com
         ebosman@mofo.com
13
     FOR THE DEFENDANT CHART INDUSTRIES, INC.:
14
         SWANSON, MARTIN & BELL, LLP
15       330 N Wabash, Suite 3300
         Chicago, Illinois 60611
16       BY:  JOHN J. DUFFY, ESQ.
              KEVIN M. RINGEL, ESQ.
17            MARGARET C. REDSHAW, ESQ.
         (312) 321-9100
18       jduffy@smbtrials.com
         kringel@smbtrials.com
19       mredshaw@smbtrials.com

20   FOR THE DEFENDANT SAN FRANCISCO FERTILITY CENTER dba
     PACIFIC FERTILITY CENTER:
21
         GALLOWAY LUCCHESE EVERSON & PICCHI
22       2300 Contra Costa Boulevard, Suite 350
         Pleasant Hill, California 94523
23       BY:  AARON T. SCHULTZ, ESQ.
         (925) 930-9090
24       aschultz@glattys.com
     //(Cont.)
25   //
```

```
 1              A P P E A R A N C E S (Cont.)
 2
 3   THE VIDEOGRAPHER:
 4        PHILIP KNOWLES
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   and nothing comes out," where would it be coming out
 2   that you could visually see that?
 3       A.   Through a hose.
 4            MR. TARANTINO:  Objection.  Mischaracterizes
 5   testimony.
 6            THE WITNESS:  Through the hose.
 7       Q.   BY MR. DUFFY:  Oh, the manual fill hose?
 8       A.   Uh-huh.
 9       Q.   Is that a yes?
10       A.   Yes.  Sorry.
11       Q.   No, that's all right.  And have you had
12   occasions when you came to the tank room and tested the
13   supply can and initiated a manual fill into a bucket
14   where nothing came out?
15       A.   Yes.
16       Q.   Did that happen in February of 2018, to your
17   memory?
18       A.   I don't -- I don't know.
19       Q.   How about in March of 2018, did you ever go
20   into the tank room and initiate a manual fill into a
21   bucket and nothing came out of the supply can?
22       A.   I don't remember.  I don't remember any
23   specifics.  I know it happened, but I couldn't tell you
24   when.
25       Q.   In those instances where you tried -- where you
```

```
     1    initiated a fill manually into a bucket and nothing came
     2    out, was that supply can connected to the plumbing
     3    system feeding into the IVF lab?
     4            MR. TARANTINO:  Objection.  Lacks foundation.
08:20  5    Calls for speculation.  Assumes facts.
     6            THE WITNESS:  No.  They're different systems.
     7       Q.   BY MR. DUFFY:  Okay.  So the supply tank that
     8    you would test for the level by initiating a manual fill
     9    into a bucket was not a fill tank connected to the
08:20 10    plumbing system?
    11            MR. TARANTINO:  Objection.  Mischaracterizes
    12    testimony.  Lacks foundation.
    13            THE WITNESS:  So we had tanks for the plumbing
    14    system, as you call it, and then we had our manual fill
08:20 15    tank.
    16       Q.   BY MR. DUFFY:  Okay.  I see.  Had you ever
    17    checked the level of a LN2 supply tank that was
    18    connected to the plumbing system for the tanks in the
    19    IVF lab and had that -- have no LN2 in it?
08:21 20            MR. TARANTINO:  Objection.  Vague.
    21    Speculation.
    22            THE WITNESS:  Yes.
    23       Q.   BY MR. DUFFY:  When did that happen?
    24       A.   I don't know.
08:21 25       Q.   Was it a frequent occurrence?
```

47

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | MR. TARANTINO: Objection. Vague.                                     |
|       | 2  | THE WITNESS: No.                                                     |
|       | 3  | Q. BY MR. DUFFY: If you could provide me your                        |
|       | 4  | best estimate the number of times where you tested a                 |
| 08:21 | 5  | level of LN2 in a supply can connected to the plumbing               |
|       | 6  | and discovered that there was no LN2 in the supply can?              |
|       | 7  | MR. TARANTINO: Objection. Vague.                                     |
|       | 8  | Speculation.                                                         |
|       | 9  | THE WITNESS: Maybe, like, four or five times.                        |
| 08:21 | 10 | And also they were all after the Tank 4 incident.                    |
|       | 11 | Q. BY MR. DUFFY: Okay. So it's your memory,                          |
|       | 12 | then, that these incidents where there was no supply of              |
|       | 13 | liquid nitrogen in those supply tanks feeding into the               |
|       | 14 | plumbing system for the IVF lab all took place after the             |
| 08:21 | 15 | March 4 incident?                                                    |
|       | 16 | MR. TARANTINO: Objection. Mischaracterizes                           |
|       | 17 | testimony. Vague.                                                    |
|       | 18 | THE WITNESS: Yeah. I'm not sure, but yeah.                           |
|       | 19 | Q. BY MR. DUFFY: Is it -- is it possible that in                     |
| 08:22 | 20 | some of those instances where the supply cans supplying              |
|       | 21 | the tanks in the IVF lab went dry occurred before the                |
|       | 22 | incident?                                                            |
|       | 23 | MR. TARANTINO: Objection. Objection. Asked                           |
|       | 24 | and answered. Mischaracterizes testimony.                            |
| 08:22 | 25 | THE WITNESS: Maybe. I don't remember.                                |

48

HANA LAMB

BARKLEY
Court Reporters

```
        1       Q.   BY MR. DUFFY:  In those situations where you
        2  observed that a supply tank supplying the tanks in the
        3  IVF lab had gone dry, what did you do about that?
        4            MR. TARANTINO:  Objection.  Mischaracterizes
08:22   5  testimony.  Lacks foundation.  Speculation.  Assumes
        6  facts.
        7            THE WITNESS:  We'd switch out the empty with
        8  the full.
        9       Q.   BY MR. DUFFY:  Okay.  And that would allow,
08:22  10  then, a supply to feed the tanks in the IVF lab; is that
       11  right?
       12            MR. TARANTINO:  Objection.  Lacks foundation.
       13  Speculation.
       14            THE WITNESS:  Yes.
08:23  15       Q.   BY MR. DUFFY:  And did you inform anyone in the
       16  lab that one of the supply tanks supplying the tanks in
       17  the IVF lab had gone dry?
       18            MR. TARANTINO:  Objection.  Assumes facts.
       19  Speculation.
08:23  20            THE WITNESS:  Probably.  I don't remember
       21  specifically.  Yeah.
       22       Q.   BY MR. DUFFY:  Who would normally -- who would
       23  normally be the person you would report that condition
       24  to?
08:23  25       A.   Joe or Erin.
```

49

HANA LAMB

BARKLEY
Court Reporters

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA     )
                             ) ss.
 3   COUNTY OF CONTRA COSTA  )
 4
 5
 6            I, CHERREE P. PETERSON, hereby certify:
 7            I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 11108 issued by the Certified Court
10   Reporters' Board of California and which is in full
11   force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12            I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a)(a)).
17            I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22            I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                            / / /
```

57

HANA LAMB

BARKLEY
Court Reporters

```
 1  of the testimony given by the witness.  (Fed. R. Civ. P.
 2  30(f)(1)).
 3          Before completion of the deposition, review of
 4  the transcript [xx] was [  ] was not requested.  If
 5  requested, any changes made by the deponent (and
 6  provided to the reporter) during the period allowed, are
 7  appended hereto.  (Fed. R. Civ. P. 30(e)).
 8
 9  Dated: October 1, 2020
10
11                              _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```