EXHIBIT 17

|    |                                                    |
|----|----------------------------------------------------|
| 1  | UNITED STATES DISTRICT COURT                       |
| 2  | NORTHERN DISTRICT OF CALIFORNIA                    |
| 3  | SAN FRANCISCO DIVISION                             |
| 7  | IN RE PACIFIC FERTILITY ) CENTER LITIGATION, ) Case No. 3:18-cv-01586-JSC |
| 11 | CONFIDENTIAL                                       |
| 12 | VIDEOTAPED & VIDEOCONFERENCED                      |
| 13 | DEPOSITION of ERIN FISCHER                         |
| 14 | August 27, 2020                                    |
| 24 | CHERREE P. PETERSON, RPR, CRR, CSR                 |
| 25 | 466233                                             |

**BARKLEY**
Court Reporters
barkley.com

SINCE 1972

(310) 207-8000 Los Angeles      (415) 433-5777 San Francisco   (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City     (408) 885-0550 San Jose        (760) 322-2240 Palm Springs   (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento       (800) 222-1231 Martinez        (702) 366-0500 Las Vegas      (800) 222-1231 Monterey
(951) 686-0606 Riverside        (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson      (516) 277-9494 Garden City
(212) 808-8500 New York City    (347) 821-4611 Brooklyn        (518) 490-1910 Albany         (914) 510-9110 White Plains
(312) 379-5566 Chicago          00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai       001+1+800 222 1231 Hong Kong

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5
 6
    IN RE PACIFIC FERTILITY      )
 7  CENTER LITIGATION,            ) Case No. 3:18-cv-01586-JSC
                                  )
 8  _____)
 9
10
11                        CONFIDENTIAL
12
13         VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of
14  ERIN FISCHER, taken on behalf of Plaintiffs remotely
15  beginning at 9:36 a.m., Thursday, August 27, 2020,
16  before CHERREE P. PETERSON, RPR, CRR, Certified
17  Shorthand Reporter No. 11108.
18
19
20
21
22
23
24
25
```

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4       GIBBS LAW GROUP LLP
         505 14th Street, Suite 1110
 5       Oakland, California 94162
         BY:  AMY M. ZEMAN, ESQ.
 6            GEOFFREY MUNROE, ESQ.
         (510) 350-9700
 7       amz@classlawgroup.com
         gam@classlawgroup.com
 8
         GIRARD SHARP
 9       601 California Street, Suite 1400
         San Francisco, California 94108
10       BY:  ADAM E. POLK, ESQ.
         (415) 981-4800
11       apolk@girardsharp.com

12   FOR THE DEFENDANTS PRELUDE FERTILITY, INC., PACIFIC MSO,
     LLC & JOSEPH CONAGHAN, PH.D.:
13
         MORRISON & FOERSTER
14       425 Market Street
         San Francisco, California 94105
15       BY:  WILLIAM TARANTINO, ESQ.
              ERIN M. BOSMAN, ESQ.
16       (415) 268-7000.
         wtarantino@mofo.com
17       ebosman@mofo.com

18   FOR THE DEFENDANT CHART INDUSTRIES, INC.:

19       SWANSON, MARTIN & BELL, LLP
         330 N Wabash, Suite 3300
20       Chicago, Illinois 60611
         BY:  JOHN J. DUFFY, ESQ.
21            KEVIN M. RINGEL, ESQ.
         (312) 321-9100.
22       jduffy@smbtrials.com
         kringel@smbtrials.com
23   //(Cont.)
     //
24

25


                               3
```

```
 1            A P P E A R A N C E S (Cont.)
 2
    FOR THE DEFENDANT SAN FRANCISCO FERTILITY CENTER dba
 3  PACIFIC FERTILITY CENTER:

 4       GALLOWAY LUCCHESE EVERSON & PICCHI
         2300 Contra Costa Boulevard, Suite 350
 5       Pleasant Hill, California 94523
         BY:  AARON T. SCHULTZ, ESQ.
 6            CHRISTOPHER TANIMASA, ESQ.
         (925) 930-9090
 7       aschultz@glattys.com
         ctanimasa@glattys.com
 8
    THE VIDEOGRAPHER:
 9
         PHILIP KNOWLES
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                         4
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | A.   Yes.                                                    |
|       | 2  | Q.   What follows from here is a discussion about            |
|       | 3  | how to actually pour the LN2 into the neck of the            |
|       | 4  | storage tank; correct?  The subaddress A through D?          |
| 17:21 | 5  | A.   Yes.                                                    |
|       | 6  | Q.   And in B it says to -- or excuse me -- in A it          |
|       | 7  | says it's recommended to use one's legs rather than          |
|       | 8  | one's back to lift the tank; correct?                        |
|       | 9  | A.   Yes.                                                    |
| 17:21 | 10 | Q.   Now, when you are lifting -- when they're               |
|       | 11 | saying lifting the tank, are they referring to the dewar     |
|       | 12 | itself, the small dewar --                                   |
|       | 13 | A.   Yes.                                                    |
|       | 14 | Q.   -- or the tank?                                         |
| 17:21 | 15 | MR. TARANTINO:  Objection.  Calls for                        |
|       | 16 | speculation.  Foundation.  Vague.                            |
|       | 17 | THE WITNESS:  I don't know.  I don't think                   |
|       | 18 | they're lifting the actual tank with storage tissue off      |
|       | 19 | the ground.  But again, we wouldn't be using a portable      |
| 17:21 | 20 | tank.  We would have a bucket which is much lighter.         |
|       | 21 | Q.   BY MR. DUFFY:  Okay.  So when filling the small         |
|       | 22 | dewars, would you use a bucket sounds like?                  |
|       | 23 | A.   Yes.                                                    |
|       | 24 | Q.   And where do you fill that bucket before you            |
| 17:22 | 25 | fill the small dewar?                                        |

ERIN FISCHER, CONFIDENTIAL

BARKLEY
Court Reporters

1     A.    Where in the building or what?
2     Q.    Well, the small dewars are kept in the tank
3  room; is that right?
4     A.    There are some in the tank room, and there are
17:22  5  some in the IVF lab.
6     Q.    Okay.  Is there a liquid nitrogen supply tank,
7  a filler as you've been talking about today, in the IVF
8  lab?
9     A.    No.
17:22 10     Q.    So the filler tanks and the supply tanks are
11  only in the tank room; correct?
12     A.    Typically, yes.
13     Q.    So if you were going to go fill the small
14  dewars, you would have to go into the tank room with the
17:22 15  bucket and fill the bucket with liquid nitrogen;
16  correct?
17     A.    Yes.  We frequently get buckets of liquid
18  nitrogen from the supply room -- or the storage room.
19     Q.    And you go over to the small dewar and take off
17:22 20  the cap; correct?
21     A.    Yes.
22     Q.    And then you take the liquid nitrogen and you
23  just pour it into the neck; correct?
24     A.    Yes.
17:23 25     Q.    Okay.  In the tank room were there separate

225

```
 1   hoses that also allowed you to fill at least a certain
 2   distance of the hose, using the hose to do a fill on
 3   top -- inside the top of the tank?
 4          MR. TARANTINO:  Objection.  Vague and
 5   ambiguous.
 6          THE WITNESS:  Yes.  We have filler hoses in the
 7   tank room.
 8      Q.   BY MR. DUFFY:  How many are there?
 9      A.   It depends how many supply tanks are in there
10   at the time.  But hooked up to the system, I believe
11   there's one.  And then there could be two more hooked up
12   to tanks.
13      Q.   BY MR. DUFFY:  Okay.  And it just depends how
14   many supply tanks you have at the time?
15      A.   Yes.
16      Q.   So the plumbing, as I understand it, has a
17   connection between the supply tank and, for example, a
18   large tank.  But there's also another part of the
19   plumbing that comes off that you can use to do a manual
20   fill; correct?
21          MR. TARANTINO:  Objection.  Lacks foundation.
22          THE WITNESS:  Yes.
23          MR. TARANTINO:  Vague.
24          THE WITNESS:  There was at one point.  I'm not
25   sure that that hose is still attached actually.
```

226

```
          1       Q.   BY MR. DUFFY:  Okay.  But in March of 2018
          2   would you have had that feature still available?
          3            MR. TARANTINO:  Objection.  Vague.
          4            THE WITNESS:  I think so, yes.
17:24     5       Q.   BY MR. DUFFY:  Was Tank 4 close enough in March
          6   of 2018 to be able to use one of those hose from the
          7   supply tank to do a manual fill through the top?
          8            MR. TARANTINO:  Objection.  Vague.  Calls for
          9   speculation.
17:24    10            THE WITNESS:  No.  Tank 4 was in the IVF lab.
         11       Q.   BY MR. DUFFY:  Oh, that's right.  That's right.
         12   Thank you.  So you would -- if you wanted to do a manual
         13   fill for Tank 4, you would have had to go into the tank
         14   room and fill up a bucket with liquid nitrogen; correct?
17:24    15            MR. TARANTINO:  Objection.  Misstates
         16   testimony.  Vague.
         17            THE WITNESS:  That is one way.  You could also
         18   pull the entire tank into the lab and fill it with the
         19   hose.
17:25    20       Q.   BY MR. DUFFY:  Sure.  Did you ever see anybody
         21   wheel Tank 4 out of the IVF lab and into the tank room
         22   just to perform a fill?
         23       A.   No.  That's not what I said.  I said to pull
         24   the supply filler tank into the lab and fill the tank.
17:25    25       Q.   Okay.  Did you ever see anybody do that between
```

227

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       |  1 | February 15 and March 4 of 2018?                             |
|       |  2 | A.   No.                                                     |
|       |  3 | Q.   Would you -- as an experienced embryologist             |
|       |  4 | since 2005 in the lab, would you if you had to do a          |
| 17:25 |  5 | manual fill of Tank 4 in the IVF lab, would you use a        |
|       |  6 | bucket rather than wheeling in the supply tank?              |
|       |  7 |      MR. TARANTINO:  Objection.  Vague.                      |
|       |  8 |      THE WITNESS:  Yes.                                      |
|       |  9 |      MR. TARANTINO:  Foundation.  Incomplete                 |
| 17:25 | 10 | hypothetical.                                                |
|       | 11 | Q.   BY MR. DUFFY:  It's easier; right?                      |
|       | 12 | A.   Yes.                                                    |
|       | 13 |      MR. TARANTINO:  Objection.                              |
|       | 14 | Q.   BY MR. DUFFY:  When -- are there other                  |
| 17:25 | 15 | equipment in the IVF lab where in order to do a fill of      |
|       | 16 | liquid nitrogen you have to use the bucket?                  |
|       | 17 |      MR. TARANTINO:  Objection.  Lacks foundation.           |
|       | 18 |      THE WITNESS:  We use the bucket to fill                 |
|       | 19 | Styrofoam containers for day-to-day operations.              |
| 17:26 | 20 | Q.   BY MR. DUFFY:  I understand.  Other than those          |
|       | 21 | day-to-day operations for procedure-based work that          |
|       | 22 | you're doing, any other equipment that you would have to     |
|       | 23 | take a bucket, fill it with liquid nitrogen in the tank      |
|       | 24 | room, and then bring it back into the IVF lab?               |
| 17:26 | 25 |      MR. TARANTINO:  Objection.  Vague.                      |

228

```
 1            THE WITNESS:  No.
 2       Q.   BY MR. DUFFY:  So that I can get an
 3  understanding of the physical layout of the IVF lab and
 4  how it was that a supply tank was connected to Tank 4,
 5  can you describe for me how that was done?  If it's
 6  sitting in the IVF lab, how did it get a connection to a
 7  supply tank?
 8            MR. TARANTINO:  Objection.  Mischaracterizes
 9  testimony.  Vague.  Ambiguous.
10            THE WITNESS:  So there's piping that goes from
11  that room across the hall into the IVF lab and then
12  that's connected to all the tanks in the lab.
13       Q.   BY MR. DUFFY:  During the period between
14  February 15 and March 4 of 2018, did you have occasion
15  to plug in and power on the controller at Tank 4?
16       A.   I don't remember if I specifically plugged in
17  the controller during that time.
18       Q.   Do you have a personal memory of anybody else
19  doing it in that period of time?
20       A.   Yes, I do.
21       Q.   And who was that?
22       A.   I don't remember who specifically plugged it
23  in, but I remember it because it was a alarming.
24       Q.   And did you have a chance to then look at the
25  controller to see what alarm was displaying?
```

229

```
1              DEPOSITION OFFICER'S CERTIFICATE
2                   (Civ. Proc. § 2025.520(e))
3    STATE OF CALIFORNIA      )
                              )    ss
4    COUNTY OF CONTRA COSTA   )
5
6           I, CHERREE P. PETERSON, hereby certify:
7           I am a duly qualified Certified Shorthand
8    Reporter, in the State of California, holder of
9    Certificate Number CSR 11108 issued by the Court
10   Reporters Board of California and which is in full force
11   and effect.  (Fed. R. Civ. P. 28(a)).
12          I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a), 30(f)(1)).
17          I am not a relative or employee of any attorney
18   or counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22          I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25   of the testimony given by the witness.  (Fed. R. Civ. P.
```

316

```
 1   30(f)(1)).
 2           Before completion of the deposition, review of
 3   the transcript (xx) was ( ) was not requested.  If
 4   requested, any changes made by the deponent (and
 5   provided to the reporter) during the period allowed, are
 6   appended hereto.  (Fed. R. Civ. P. 30(e)).
 7
 8   Dated: September 10, 2020
 9
10
11
12                         _____
13
```

317