EXHIBIT 18

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4

 5

 6
    IN RE PACIFIC FERTILITY   )
 7  CENTER LITIGATION,        ) Case No. 3:18-cv-01586-JSC
                              )
 8  _____ )

 9

10

11

12

13        VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of

14  PACIFIC MSO, LLC's 30(b)(6) designee GINA CIRIMELE - Volume I

15                     November 10, 2020

16

17

18

19

20

21

22

23

24  CHERREE P. PETERSON, RPR, CRR, CSR No. 11108
    468276
25
```

BARKLEY
Court Reporters
barkley.com
SINCE 1972

(310) 207-8000 Los Angeles     (415) 433-5777 San Francisco   (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose        (760) 322-2240 Palm Springs   (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento      (800) 222-1231 Martinez        (702) 366-0500 Las Vegas      (800) 222-1231 Monterey
(951) 686-0606 Riverside       (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson      (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn        (518) 490-1910 Albany         (914) 510-9110 White Plains
(312) 379-5566 Chicago         00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai       001+1+800 222 1231 Hong Kong

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
 5
 6
    IN RE PACIFIC FERTILITY    )
 7  CENTER LITIGATION,         ) Case No. 3:18-cv-01586-JSC
                               )
 8  _____)
 9
10
11
12
13            VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of
14  PACIFIC MSO, LLC's 30(b)(6) designee GINA CIRIMELE -
15  Volume I, taken on behalf of Defendant Chart, Inc.,
16  remotely beginning at 9:02 a.m., Tuesday, November 10,
17  2020, before CHERREE P. PETERSON, RPR, CRR, Certified
18  Shorthand Reporter No. 11108.
19
20
21
22
23
24
25
```

```
 1                A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFFS:

 4       GIRARD SHARP
         601 California Street, Suite 1400
 5       San Francisco, California 94108
         BY:  DENA C. SHARP, ESQ.
 6            ADAM E. POLK, ESQ.
         (415) 981-4800.
 7       dsharp@girardsharp.com
         apolk@girardsharp.com
 8
     FOR THE DEFENDANTS PRELUDE FERTILITY, INC., PACIFIC MSO,
 9   LLC:

10       MORRISON & FOERSTER
         425 Market Street
11       San Francisco, California 94105
         BY:  WILLIAM TARANTINO, ESQ.
12            ERIN M. BOSMAN, ESQ.
         (415) 268-7000
13       wtarantino@mofo.com
         ebosman@mofo.com
14
     FOR THE DEFENDANT CHART INDUSTRIES, INC.:
15
         SWANSON, MARTIN & BELL, LLP
16       330 N Wabash, Suite 3300
         Chicago, Illinois 60611
17       BY:  JOHN J. DUFFY, ESQ.
              KEVIN M. RINGEL, ESQ.
18            MARGARET C. REDSHAW, ESQ.
         (312) 321-9100
19       jduffy@smbtrials.com
         kringel@smbtrials.com
20       mredshaw@smbtrials.com
     //(Cont.)
21   //

22

23

24

25

                              3
```

```
 1        A P P E A R A N C E S (Cont.)

 2

 3   FOR THE DEFENDANT SAN FRANCISCO FERTILITY CENTER dba
     PACIFIC FERTILITY CENTER:
 4
         GALLOWAY LUCCHESE EVERSON & PICCHI
 5       2300 Contra Costa Boulevard, Suite 350
         Pleasant Hill, California 94523
 6       BY:  CHRISTOPHER TANIMASA, ESQ.
         (925) 930-9090
 7       ctanimasa@glattys.com

 8   THE VIDEOGRAPHER:

 9       CHRIS BRANCACCIO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                         4
```

```
09:06

09:07

09:07


09:07


09:07
```

| | |
|---|---|
| 1 | entry "Fill tomorrow when restocked on LN2," did you |
| 2 | investigate the LN2 supply that was in the tank room on |
| 3 | February 8? |
| 4 |     MR. TARANTINO:  Vague. |
| 5 |     THE WITNESS:  I can't remember specifically if |
| 6 | I was the one to do that, but I generally remember |
| 7 | that's -- we were low on liquid nitrogen.  So I wanted |
| 8 | to clarify that we had low nitrogen stock. |
| 9 |   Q.   BY MR. DUFFY:  And who determined that you were |
| 10 | low on the stock supply of LN2 that day? |
| 11 |     MR. TARANTINO:  Foundation.  Speculation. |
| 12 |     THE WITNESS:  I can't remember if it was anyone |
| 13 | specific.  It could have just been everyone in general. |
| 14 | Typically we fill tanks together.  So it was probably |
| 15 | just communicated with everyone.  But again, I can't |
| 16 | remember specifically. |
| 17 |   Q.   BY MR. DUFFY:  So let me -- let me just back up |
| 18 | a little bit so I understand how the LN2 supply works. |
| 19 | There's a tank room, obviously, that I've seen through a |
| 20 | Zoom inspection that was set up for us.  And in there |
| 21 | there's 22 psi tanks that are connected to a plumbing |
| 22 | system; is that right? |
| 23 |   A.   Yes. |
| 24 |   Q.   And then those feed the tanks in the IVF lab; |
| 25 | is that right? |

|       |    |   |
|-------|----|---|
|       | 1  | A.   Yes. |
|       | 2  | Q.   And the 22 psi tanks serve Tanks 1 through 6; |
|       | 3  | is that right? |
|       | 4  | MR. TARANTINO:  Vague. |
| 09:07 | 5  | THE WITNESS:  Yes. |
|       | 6  | Q.   BY MR. DUFFY:  Okay.  And so when you're |
|       | 7  | writing the note "Fill tomorrow when restocked on LN2," |
|       | 8  | that was a note that went across all of the Tanks 1 |
|       | 9  | through 6; correct? |
| 09:08 | 10 | A.   Yes.  General stock of tanks. |
|       | 11 | Q.   When an LN2 supply runs low is it common for |
|       | 12 | the pressure to drop as well? |
|       | 13 | MR. TARANTINO:  Expert opinion.  Vague. |
|       | 14 | THE WITNESS:  I'm not too sure.  Sometimes if |
| 09:08 | 15 | we are low we won't use the auto fill function; so we |
|       | 16 | would manually fill since the auto fill does lose a lot |
|       | 17 | of nitrogen. |
|       | 18 | Q.   BY MR. DUFFY:  Was that something that was |
|       | 19 | being done in the period of February 8 and February 9? |
| 09:08 | 20 | MR. TARANTINO:  Speculation. |
|       | 21 | THE WITNESS:  I can't recall at this point. |
|       | 22 | Q.   BY MR. DUFFY:  But if you could help me |
|       | 23 | understand, if you're running low on liquid nitrogen in |
|       | 24 | the supply tanks, how would you be able to manually |
| 09:08 | 25 | fill? |

```
         1      A.   So we just use up the rest of the liquid
         2  nitrogen in the tanks, fill it into a bucket rather than
         3  running it through the whole lines.  You use a lot of
         4  nitrogen running through the lines.  So to try to
09:09    5  preserve as much as we could, then we possibly could
         6  have been filling with buckets to preserve as much
         7  nitrogen as we could.
         8      Q.   Before you made the entry on March 19 that you
         9  would fill tomorrow when restocked on LN2, did you
09:09   10  discuss that incident in February 8 with folks where the
        11  supply went down?
        12           MR. TARANTINO:  Assumes facts.
        13           THE WITNESS:  I can't specifically recall at
        14  this point.
09:09   15      Q.   BY MR. DUFFY:  How about general?
        16      A.   Possibly.  Again, it's too far back to
        17  remember; but I probably did talk to people in the lab
        18  about it.
        19      Q.   Do you recall who that might have been?
09:09   20      A.   I can't recall at this point.
        21      Q.   Did you speak to Dr. Conaghan about it?
        22      A.   Possibly.
        23      Q.   Do you have a recollection of your conversation
        24  with Dr. Conaghan about the insufficient supply of
09:10   25  liquid nitrogen on February 8?
```

12

```
 1              MR. TARANTINO:  Assumes facts.
 2              THE WITNESS:  I can't recall specifically.
 3         Q.   BY MR. DUFFY:  How about generally, ma'am?
 4              MR. TARANTINO:  Same objection.
 5              THE WITNESS:  No, I can't recall.
 6         Q.   BY MR. DUFFY:  But it's possible you discussed
 7    this with him?
 8              MR. TARANTINO:  Asked and answered.
 9              THE WITNESS:  Again, it's possible.
10         Q.   BY MR. DUFFY:  Okay.  Was that a common
11    occurrence in the lab for LN2 supply to run low?
12              MR. TARANTINO:  Speculation.  Foundation.
13              THE WITNESS:  No.  Not typically.
14         Q.   BY MR. DUFFY:  How many times would you
15    estimate it would happen in a month?
16              MR. TARANTINO:  Foundation.
17              THE WITNESS:  Hardly ever.  Probably just this
18    one time.  I don't really remember it happening other
19    times.
20         Q.   BY MR. DUFFY:  Well, you do recall this
21    procedure where you would manually fill buckets, right,
22    when LN2 supply would run low?
23         A.   Yes.
24         Q.   How many times would you estimate that would
25    happen in a quarter?
```

13

1          MR. TARANTINO:  Foundation.  Speculation.
2          THE WITNESS:  I don't know about that.  I mean,
3   it's -- again, it wouldn't be strictly just because we
4   were low on liquid nitrogen.  Sometimes that would just
09:11   5   be the way we would fill it because we would have an
6   extra bucket.  It's not necessarily because we were low
7   on liquid nitrogen.
8       Q.   BY MR. DUFFY:  I guess my question was a little
9   different.  Can you estimate for me how often in a
09:11  10   quarterly basis the clinic would run low on LN2 supply?
11          MR. TARANTINO:  Speculation.  Foundation.
12          THE WITNESS:  I'm not sure.  Very minimal, if
13   any.
14       Q.   BY MR. DUFFY:  And then how about on a yearly
09:11  15   basis, how often would PFC experience a low LN2 supply?
16          MR. TARANTINO:  Lacks foundation.  Speculation.
17          THE WITNESS:  Again, I'm not sure.  Same --
18   same answer.  Very minimally, if hardly ever.
19       Q.   BY MR. DUFFY:  What did you do to prepare for
09:12  20   your deposition today?
21       A.   I reviewed the metadata that was provided to
22   the deposition and just familiarized myself with more of
23   this Reflections data.
24       Q.   Anything else?
09:12  25       A.   No.

14

```
          1        Q.   Did you -- did you meet with your attorneys?  I
          2   don't want to know what you discussed.  Did you meet
          3   with your attorneys?
          4        A.   Yes.  I did have some deposition prep.
09:12     5        Q.   And then did you speak with anybody at PFC
          6   prior to your deposition today?
          7        A.   No.
          8        Q.   Did you speak with anybody at PFC about your
          9   deposition?
09:13    10        A.   No.
         11        Q.   In 2018 was there an employee at PFC by the
         12   name of Valerie?
         13        A.   Yes.
         14        Q.   And is she still an employee of PFC?
09:13    15        A.   Yes.
         16        Q.   What is her last name?
         17        A.   Hines.
         18        Q.   How do you spell that?
         19        A.   H-i-n-e-s.
09:13    20        Q.   And what is her title?
         21        A.   She is also an embryologist and andrologist.
         22        Q.   Was she in charge of ordering LN2 for the lab
         23   in 2018?
         24             MR. TARANTINO:  Foundation.
09:14    25             THE WITNESS:  I don't remember specifically.
```

15

```
 1           DEPOSITION OFFICER'S CERTIFICATE
 2  STATE OF CALIFORNIA    )
                           ) ss.
 3  COUNTY OF CONTRA COSTA )
 4
 5
 6         I, CHERREE P. PETERSON, hereby certify:
 7         I am a duly qualified Certified Shorthand
 8  Reporter in the State of California, holder of
 9  Certificate Number CSR 11108 issued by the Certified Court
10  Reporters' Board of California and which is in full
11  force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12         I am authorized to administer oaths or
13  affirmations pursuant to California Code of Civil
14  Procedure, Section 2093(b) and prior to being examined,
15  the witness was first duly sworn by me.  (Fed. R. Civ.
16  P. 28(a)(a)).
17         I am not a relative or employee or attorney or
18  counsel of any of the parties, nor am I a relative or
19  employee of such attorney or counsel, nor am I
20  financially interested in this action.  (Fed. R. Civ. P.
21  28).
22         I am the deposition officer that
23  stenographically recorded the testimony in the foregoing
24  deposition and the foregoing transcript is a true record
25                          / / /
```

33

GINA CIRIMELE - VOLUME I - 30(b)(6)

BARKLEY
Court Reporters

```
 1  of the testimony given by the witness.  (Fed. R. Civ. P.
 2  30(f)(1)).
 3          Before completion of the deposition, review of
 4  the transcript [xx] was [  ] was not requested.  If
 5  requested, any changes made by the deponent (and
 6  provided to the reporter) during the period allowed, are
 7  appended hereto.  (Fed. R. Civ. P. 30(e)).
 8
 9  Dated:  November 11, 2020
10
11                              _____
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

34