EXHIBIT 19

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN FRANCISCO DIVISION

 4

 5   IN RE PACIFIC FERTILITY CENTER    Case No.:
     LITIGATION                        3:18-cv-01586-JSC
 6   _____

 7

 8     HIGHLY CONFIDENTIAL VIDEOTAPED DEPOSITION OF

 9                  JOSEPH CONAGHAN, PhD

10

11

12                    October 9, 2019

13                       9:38 a.m.

14

15

16                    425 Market Street

17             San Francisco, California 94105

18

19

20

21   REPORTED BY:

22   Siew G. Ung

23   CSR No. 13994, RPR, CSR

24

25


                              1

            JOSEPH CONAGHAN, PhD-HIGHLY CONF.
```

```
 1   APPEARANCES:

 2

 3        For PLAINTIFFS AND INTERIM CLASS COUNSEL

 4             GIRARD SHARP LLP
               ADAM POLK, ESQ.
 5             MANI GOEHRING, ESQ.
               601 California Street, Suite 1400
 6             San Francisco, California 94108
               415.981.4800
 7             apolk@girardsharp.com
               mgoehring@girardsharp.com
 8
          For PRELUDE AND PACIFIC MSO
 9
               MORRISON & FOERSTER LLP
10             WILLIAM TARANTINO, ESQ.
               ERIN BOSMAN, ESQ.
11             425 Market Street
               San Francisco, California 94105
12             415.268.7000
               ebosman@mofo.com
13             wtarantino@mofo.com

14        For CHART INC.

15             MORGAN, LEWIS & BOCKIUS LLP
               MOLLY LANE, ESQ.
16             One Market Street, Spear Street Tower
               San Francisco, California 94105
17             415.442.1000
               molly.lane@morganlewis.com
18

19        For Pacific Fertility Center

20             GALLOWAY, LUCCHESE, EVERSON & PICCHI
               AARON SCHULTZ, ESQ.
21             2300 Contra Costa Boulevard, Suite 350
               Pleasant Hill, California 94523
22             jpicchi@glattys.com

23         Also Present:

24             Michael Barber, Videographer

25
```

2

```
 1  call?
 2       A.   I called Dr. Romney, not texted -- I
 3  called Alden Romney.  I did not text him, as far as
 4  I'm aware.  I may have texted him to alert him that
 5  I wanted to call him.  I did not talk to anyone else
 6  that day.
 7       Q.   Did you text-message anybody else?
 8       A.   No.
 9       Q.   Have you done work -- you, specific to
10  MSO -- since the incident to figure out what
11  happened?
12            MR. TARANTINO:  Objection.  Calls for
13  attorney work product, attorney-client privileged
14  communication.
15            THE WITNESS:  We were advised by counsel
16  that the tank would have to be assessed
17  independently, so the tank was taken away.
18  BY MR. POLK:
19       Q.   How soon after the incident was the tank
20  taken away?
21       A.   My recollection is that it was taken away
22  later that same week.
23       Q.   Within a few days?
24       A.   Yes.  I mean, the tank failure was on a
25  Sunday.  And I think -- I think it might have been,
```

118

```
 1  you know, the Wednesday, the Thursday, Friday after
 2  that.
 3       Q.  Okay.  So the backup tank is brought up
 4  into the IVF lab after you top off Tank 4, right?
 5       A.  Yes.  Once the tissue in Tank 4 was
 6  secure, we brought in the backup tank.
 7       Q.  Into the IVF lab?
 8       A.  Yes, correct.
 9       Q.  And then all the boxes, is what you have
10  been calling them, are transferred from Tank 4 into
11  the replacement tank?
12       A.  Yes.
13       Q.  What happened to Tank 4 after all the
14  boxes were transferred to the replacement tank?
15           MR. TARANTINO:  Objection.  Vague.
16           THE WITNESS:  So there's 80 of these boxes
17  in Tank 4, and each these boxes has 16 canes inside
18  holding eggs or embryos.
19           THE REPORTER:  Holding eggs or embryos?
20           THE WITNESS:  Eggs or embryos.
21  BY MR. POLK:
22       Q.  So there's the boxes.  There's the canes.
23  Are there straws that are inside the canes?
24       A.  The straws are inside goblets that are
25  attached to the canes.
```

119

1      Q.   So you have got a box.
2      A.   A cane.
3      Q.   A cane.  You have got a goblet.
4      A.   And then goblets on the canes holding one
5  or more straws.
6      Q.   How big are the straws?
7      A.   There are different types of devices that
8  are used for containing the eggs and embryos, and we
9  use straws in a sort of generic way to describe
10 them.
11          Tank 4 had at least two types of these
12 devices or containers.  Patients who had been frozen
13 three or four years before the incident, their eggs
14 and embryos would have been in a little device
15 called a cryotip.
16          A cryotip is perhaps 3 inches long and 2
17 or 3 millimeters in diameter.
18          More recent thaws would be on a device
19 called a cryolock.  A cryolock is perhaps 5 inches
20 long, and, again, 2 to 3 millimeters in diameter.
21     Q.   What proportion of the tissue were in
22 cryolocks as opposed to cryotips?
23     A.   Tips.  I can give you an estimate.  Maybe
24 80 percent on cryolocks and 20 percent on cryotips.
25 But that's just an estimate.

120

JOSEPH CONAGHAN, PhD-HIGHLY CONF.

**BARKLEY**
Court Reporters

```
 1        Q.   On the cryolock or tip, where is the
 2   tissue stored?  Is it just dispersed throughout the
 3   straw evenly?
 4        A.   The cryotip is more like what we think, in
 5   our minds, a straw is like.  It -- the eggs and
 6   embryos are contained inside the device, and the
 7   device is sealed shut.
 8             The eggs and embryos are typically within
 9   the first few millimeters from the bottom of the
10   device.
11        Q.   All the boxes were flush with the bottom
12   of the tank; is that right?
13        A.   All the boxes are sitting on the -- on the
14   plate that is in the bottom of the tank, yes.
15        Q.   They were not stacked?
16        A.   These tanks are designed to be stacked,
17   but we have chosen to operate them with only one
18   level of boxes.
19        Q.   When you transferred the boxes from Tank 4
20   to the replacement tank, did you concurrently
21   transfer the canes and goblets and cryotips and
22   cryolocks?  You just transferred the box as a unit
23   with everything in it?
24        A.   The box with its contents.
25             And the process would have been that we
```

```
 1   would take a box out of the replacement tank,
 2   creating a space in that tank, and then swap in the
 3   box from Tank 4.
 4        Q.  When you were transferring the boxes,
 5   there was already liquid nitrogen in the replacement
 6   tank or not?
 7        A.  Yes.  The replacement tank had been filled
 8   and stabilized before we attempted to transfer any
 9   tissue.
10        Q.  After you -- how long did it take you to
11   empty out Tank 4?
12        A.  Somewhere in the region of two to three
13   hours.
14        Q.  After you emptied out Tank 4, where did
15   you take the tank -- or did you just leave it where
16   it was?
17        A.  Tank 4 was left in position.  We did not
18   move it or do anything with the tank other than
19   leaving the lid off so that the nitrogen inside
20   could evaporate.
21        Q.  So you said people took Tank 4 away within
22   a few days.  Do you know who?
23        A.  I know that counsel contracted with a
24   third party.  I don't remember the name of the
25   company.
```

122

```
 1           DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA   )
                           ) ss.
 3
 4
 5
 6           I, Siew G. Ung, hereby certify:
 7           I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 13994 issued by the Certified Court
10   Reporters' Board of California and which is in full
11   force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12           I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a)(a)).
17           I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22           I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                            / / /
```

298

```
 1   of the testimony given by the witness.  (Fed. R. Civ. P.
 2   30(f)(1)).
 3           Before completion of the deposition, review of
 4   the transcript [ ] was [XX] was not requested.  If
 5   requested, any changes made by the deponent (and
 6   provided to the reporter) during the period allowed, are
 7   appended hereto.  (Fed. R. Civ. P. 30(e)).
 8   Dated: OCTOBER 11, 2019
 9
10                              _____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

299