EXHIBIT 20

