EXHIBIT 21

**Design Failure Mode, Effects and Criticality Analysis Rev L**
**CRYOGENIC FREEZERS: MVE, HECO, VARIO, CRYOSYSTEM FULL AUTO**

| ID# | Item | Item Function | Potential Design Failure Mode | Potential Cause of Design Failure Mode | Immed Effect of failure |
|---|---|---|---|---|---|
| DEW-0 | Dewar | Stores samples, holds cryogen | Any | See DEW-3 through DEW-20 | Dewar can not maintain temperature suitable for cryogenic storage |
| DEW-1 | Dewar- Annular lines | Fill line from the outer to inner vessel | Blockage | Ice build up in the line | Unit is unable to fill |
| DEW-2 | Dewar- Annular lines | Provides capability for level sensing through differential pressure | Blockage | Ice build up in the line | Level reading error. Possible overfill if level is read lower than actual. |
| DEW-3 | Dewar- Annular lines | Fill line from the outer to inner vessel | Crack or leak | Weld Line Failure | Liquid draws into vacuum space, expanding rapidly and causing an inner vessel implosion, total vacuum loss. Loss of function of the freezer |
| DEW-4 | Inner Vessel | Holds LN2 | Crack or leak | Weld Line Failure | Liquid draws into vacuum space, expanding rapidly and causing an inner vessel implosion, total vacuum loss. Loss of function of the freezer |
| DEW-5 | Dewar - Insulation | Insulates inner vessel | Compaction / Settling | Incorrectly Wrapped vessel | Loss of insulation resulting in high normal evaporation rate (NER) of liquid N2 |
| DEW-6 | Outer Vessel | Contains inner vessel and vacuum space | Crack | Weld Failure | Vacuum Loss leading to high normal evaporation rate (NER), possible inner collapse. Sieve attempts to compensate until capacity of sieve is reached |
| DEW-7 | Outer Vessel | Contains inner vessel and vacuum space | Outer shell collapse | Material flaw, too thin, discontinuities due to delamination, etc, Can be induced due to impact, or material stress | Overall structural failure, creating thermal short due to contact between outer and inner vessel, leading to high NER |