Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>No. 3:18-cv-01586<br>(A.B., C.D., E.F., G.H., and I.J.) | Master Case No. 3:18-cv-01586-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY** |

**REDACTED - FILED UNDER SEAL**

On December 22, 2020, Plaintiffs A.B., C.D., E.F, G.H., and I.J. filed a motion to exclude expert testimony pursuant to the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). The Court, having reviewed all argument and evidence presented in support of and in opposition to the motion, now rules as follows:

Plaintiffs' motion is GRANTED. The Court finds the following expert testimony does not meet the standards for admissibility and is hereby excluded:

A.  Eldon Leaphart's (i) opinion that ███████████████, and (ii) opinion that ███████████████.

B.  John Cauthen's opinion that ███████████████.

C.  Grace Centola's (i) opinion that ███████████████, (ii) opinion that ███████████████.

D.  Franklin Miller's (i) opinion that ███████████████, (ii) opinion that ███████████████, (iv) opinion that ███████████████, (v) ███████████████, (vi) opinion that ███████████████.

E.  Angela Lawson's ███████████████.

**IT IS SO ORDERED.**

Dated: _____         _____
                                                                                        JACQUELINE SCOTT CORLEY
                                                                                        United States Magistrate Judge