John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
Margaret C. Redshaw (SB No. 6327480)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100; Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com
mredshaw@smbtrials.com

Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN**
1033 Willow Street
San Jose, California 95125
Tel: (408) 288-9700; Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

*Counsel for Defendant Chart Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC<br><br>**DECLARATION OF KEVIN M. RINGEL IN SUPPORT OF DEFENDANT CHART INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  March 4, 2021<br>Time:  9:00 a.m.<br>Judge:  Hon. Jacqueline Scott Corley<br>Place:  Zoom |

I, Kevin M. Ringel, declare as follows:

1. I am a partner at the law firm of Swanson, Martin & Bell, LLP, which is counsel of record for Defendant Chart Inc. I am an attorney admitted to practice in the State of Illinois and am admitted pro *hac vice* before this Court. I submit this declaration in support of Chart's Motion for Summary Judgment (Motion). I have personal knowledge of the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Franklin Miller's Expert Report dated November 20, 2020.

3. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of the October 9, 2019 deposition of Joseph Conaghan, taken in this action with the court reporter's signed certification.

4. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the November 13, 2020 deposition of Joseph Conaghan, taken in this action with the court reporter's signed certification.

5. Attached hereto as **Exhibit D** is a true and correct copy of Anand Kasbekar's Expert Report dated November 6, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of the transcript of the November 30, 2020 deposition of David Wininger, taken in this action with the court reporter's signed certification.

7. Attached hereto as **Exhibit F** is a true and correct copy of David Wininger's Expert Report dated November 6, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing in true and correct, and that this declaration was executed this 22nd day of December, 2020, in Chicago, Illinois.

By: /s/ Kevin Ringel
NAME