John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
Margaret C. Redshaw (SB No. 6327480)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100; Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com
mredshaw@smbtrials.com

Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN**
1033 Willow Street
San Jose, California 95125
Tel: (408) 288-9700; Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

*Counsel for Defendant Chart Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC<br><br>**[PROPOSED] ORDER GRANTING CHART INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1
2
3
4

On December 22, 2020, Defendant Chart Inc. filed an Administrative Motion to File Under Seal pursuant to Northern District of California Civil Local Rules 7-11 and 79-5. The Court, having considered the record and the Administrative Motion, and for good cause appearing, hereby GRANTS Chart's Administrative Motion to File Under Seal.

**IT IS SO ORDERED.**

Dated: _____       By: _____
                                        United States Magistrate Judge