ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522

DAVID F. McDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Third Parties
PACIFIC MSO, LLC,
PRELUDE FERTILITY, INC, and
JOSEPH CONAGHAN, PhD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE DECLARATIONS AND RESPONSES TO MOTIONS TO SEAL** <br><br> Crtrm: E, 15th Floor <br> Judge: Honorable Jacqueline Scott Corley |

Pursuant to Local Rules 6-1(b), 6-2, and 7-12, Third-Party Pacific MSO, Plaintiffs, and Defendant Chart, Inc., by and through their respective counsel, respectfully submit this Stipulation and [Proposed] Order extending the time within which to file declarations and responses to Administrative Motions to File Under Seal.

WHEREAS, on December 22, 2020, Plaintiffs and Chart filed Administrative Motions to File Under Seal (ECF Nos. 630, 633) (collectively, "Administrative Motions");

WHEREAS, the Administrative Motions identify documents to be filed under seal ("Subject Materials"), in whole or in part, including:

- Plaintiffs' Motion to Exclude Expert Testimony;
- Exhibits 1-11 and 13-14 to the Declaration of Amy M. Zeman in Support of Plaintiffs' Motion to Exclude Expert Testimony;
- Plaintiffs' Proposed Order to Exclude Expert Testimony;
- Declaration of Kevin M. Ringel in Support of Chart's Notice of Motion and Motion to Exclude Plaintiffs' Expert Dr. Elizabeth Grill;
- Exhibits A-D to the Ringel Declaration in Support of Chart's Motion to Exclude Plaintiffs' Expert Dr. Elizabeth Grill;
- Declaration of Kevin M. Ringel in Support of Chart's Notice of Motion and Motion to Exclude Plaintiffs' Experts Anand Kasbekar and David Wininger;
- Exhibits A-K to the Ringel Declaration in Support of Chart's Motion to Exclude Plaintiffs' Experts Anand Kasbekar and David Wininger;
- Declaration of Kevin M. Ringel in Support of Chart's Notice of Motion and Motion for Summary Judgment;
- Exhibits A-F of the Ringel Declaration in Support of Chart's Motion for Summary Judgment.

(Declaration of Julie Y. Park ("Park Decl.") ¶ 3);

WHEREAS, the Subject Materials reference, report, copy, excerpt, summarize, or compile documents that the parties produced in this action as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" pursuant to the Second Amended Stipulated Protective Order for Highly

STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE DECLARATIONS AND RESPONSES TO MOTIONS TO SEAL
CASE NO. 3:18-CV-01586-JSC
sf-4400359

1

1  Sensitive Confidential Information (ECF No. 598) and that may bear on the confidentiality of the
2  Subject Materials (Park Decl. ¶ 4);
3      WHEREAS, the party that designated the material as confidential must file, within 4 days
4  of the filing of the Administrative Motions, declarations and responses to the Administrative
5  Motions, and the current deadline for any such declarations and responses is Monday,
6  December 28, 2020 (Park Decl. ¶ 5);
7      WHEREAS, the parties are currently analyzing the Subject Materials to determine which
8  portions are sealable (Park Decl. ¶ 6);
9      WHEREAS, many businesses, including the offices of undersigned counsel, are closed
10  December 24 and/or 25, 2020, and will be short-staffed over the next week because of the
11  holidays (Park Decl. ¶ 7);
12      WHEREAS, Plaintiffs, Defendants, and Third Party Pacific MSO have agreed to an
13  11-day extension of the deadline to file declarations and responses to the Administrative Motions
14  (Park Decl. ¶ 8);
15      WHEREAS, the extension of time will not alter the date of any event or any deadline
16  already fixed by Court order (Park Decl. ¶ 10);
17      NOW, THEREFORE, Plaintiffs, Defendant, and Third Party Pacific MSO, through their
18  respective counsel, hereby stipulate that the deadline for the parties to file declarations and
19  responses to the Administrative Motions is extended 11 days, until January 8, 2021.
20  **IT IS SO STIPULATED.**

Dated: December 23, 2020

By:   /s/ Julie Y. Park
Erin M. Bosman
William F. Tarantino
Julie Y. Park
**MORRISON & FOERSTER LLP**

*Attorneys for Third Parties Pacific MSO, LLC,
Prelude Fertility, Inc, and Joseph Conaghan*

STIP AND [PROPOSED] ORDER EXTENDING TIME TO FILE DECLARATIONS AND RESPONSES TO MOTIONS TO SEAL
CASE NO. 3:18-CV-01586-JSC
sf-4400359

2

| | | |
|---|---|---|
| 1 | Dated: December 23, 2020 | By:  /s/ Amy M. Zeman |

Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' Counsel*

STIP AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING TIME TO FILE DECLARATIONS AND RESPONSES TO MOTIONS TO SEAL
CASE NO. 3:18-CV-01586-JSC
sf-4400359

3

| | | |
|---|---|---|
| 1 | Dated: December 23, 2020 | By: /s/ Kevin M. Ringel |
| 2 | | John J. Duffy (SB No. 6224834) |
| | | Kevin M. Ringel (SB No. 6308106) |
| 3 | | Margaret C. Redshaw (SB No. 6327480) |
| | | **SWANSON, MARTIN & BELL, LLP** |
| 4 | | 330 N Wabash, Suite 3300 |
| | | Chicago, Illinois 60611 |
| 5 | | Tel: (312) 321-9100; Fax: (312) 321-0990 |
| | | jduffy@smbtrials.com |
| 6 | | kringel@smbtrials.com |
| 7 | | mredshaw@smbtrials.com |

Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN**
1033 Willow Street
San Jose, California 95125
Tel: (408) 288-9700; Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

*Attorneys for Defendant Chart Inc.*

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Julie Y. Park, attest that concurrence in the filing of this document has been obtained.

Dated: December 23, 2020          /s/ Julie Y. Park
                                                   Julie Y. Park

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 28, 2020

Hon. Jacqueline Scott Corley
UNITED STATES DISTRICT JUDGE

[GRANTED — Judge Jacqueline Scott Corley, United States District Court, Northern District of California]