John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
Margaret C. Redshaw (SB No. 6327480)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100; Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com
mredshaw@smbtrials.com

Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN**
1033 Willow Street
San Jose, California 95125
Tel: (408) 288-9700; Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

*Counsel for Defendant Chart Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| This Document Relates to: Case No. 3:18-cv-01586 (A.B., C.D., E.F., G.H., and I.J.) | |

For good cause shown, the Court GRANTS Plaintiffs' Administrative Motion to File Under Seal Motion with the modifications set forth in Chart's Response to Plaintiffs' Administrative Motion to File Under Seal seeking to file under seal:

- Portions of Plaintiffs' Motion to Exclude Expert Testimony;
- Certain exhibits to the Declaration of Amy M. Zeman in Support of Plaintiffs' Motion to Exclude Expert Testimony, including:
  - Exhibit 1 – Expert Report of Eldon Leaphart dated November 6, 2020;
  - Exhibit 2 – Excerpts from the November 18, 2020 deposition of Eldon Leaphart;
  - Exhibit 3 – Expert Report of John Cauthen dated November 6, 2020;
  - Exhibit 4 – Excerpts from the November 24, 2020 Deposition of John Cauthen;
  - Exhibit 7 – Supplemental Report of Franklin Miller dated November 20, 2020;
  - Exhibit 8 – Excerpts from the December 1, 2020 Franklin Miller deposition;
  - Exhibit 9 – Second Rebuttal Report of Franklin Miller dated December 11, 2020;
  - Exhibit 13 – Bates-stamped document MSO005378-MSO005380; and
  - Exhibit 14 – Pacific MSO, LLC's Response to Defendant Chart, Inc.'s Subpoena for 30(b)(6) Deposition by Written Questions, dated October 23, 2020; and
- Portions of Plaintiffs' Proposed Order to Exclude Expert Testimony.

The Court hereby ORDERS that the following portions of Plaintiffs' Motion to Exclude Expert Testimony are to be maintained under seal:

| Page | Lines | Designating Party |
|---|---|---|
| 1 | 19-20 (iv and v) | Chart, Inc. |
| 2 | 2:10-12. | Chart, Inc. |
| 3 | 3:1. | Chart, Inc. |
| 5 | 5:24-28a. | Chart, Inc. |
| 6 | 6:1. | Chart, Inc. |
| 6 | 6:3-6, 9. | Chart, Inc. |
| 6 | 6:18. | Chart, Inc. |
| 6 | 6:28. | Chart, Inc. |
| 7 | 7:1. | Chart, Inc. |
| 7 | 7:17-18, 23-25. | Chart, Inc. |
| 16 | 16:2-7. | Chart, Inc. |
| 17 | 17:8-15. | Chart, Inc. |
| 17 | 17:24-28. | Chart, Inc. |
| 18 | 18:1-2. | Chart, Inc. |
| 18 | 18:4-5. | Chart, Inc. |
| 18 | 18:18-25. | Chart, Inc. |
| 19 | 19:1-4. | Chart, Inc. |
| 19 | 19:20-26. | Chart, Inc. |
| 20 | 20:1-10. | Chart, Inc. |
| 20 | 20:11-21. | Chart, Inc. |
| 20 | 20:20-21. | Chart, Inc. |
| 21 | 21:4-6. | Chart, Inc. |
| 22 | 22:2 | Chart, Inc. |

The Court hereby ORDERS that the following portions of the exhibits to the Declaration of Amy M. Zeman in Support of Plaintiffs' Motion to Exclude Expert Testimony are to be maintained under seal:

| Exhibit | Designations | Designating Party |
|---|---|---|
| 1 | p. 1, Summary of Opinions, No. 1-4; p. 7 (excluding ¶1); p. 8, 4.1, ¶¶2-5; pp.10-32; p. 35, ¶¶ 6.1, 6.2; p. 36, ¶¶ 6.3, 6.4; and | Chart, Inc. |

|   |   |   |
|---|---|---|
|   | p. 38, ¶1. |   |
| 2 | (Page:Lines)<br>27:7-20;<br>73:13-23;<br>76:10-25;<br>pp. 77-83;<br>138:3-25<br>pp. 149-151;<br>152:17-25;<br>pp. 153-158; and<br>159:1-11. | Chart, Inc. |
| 3 | p. 4, "Findings," No. 1-4;<br>pp. 8-12, ¶III.A; and<br>p. 23, "Conclusion," No. 1-4. | Chart, Inc. |
| 4 | (Page:Lines)<br>58:21-25; and<br>59:1-24. | Chart, Inc. |
| 7 | p. 4, ¶III.E(3);<br>pp. 6-7, ¶IV.B;<br>p. 8, Section V;<br>pp. 12-22: ¶VI.B (incl. Figures 4-13); and<br>p. 23, Section VIII. | Chart, Inc. |
| 8 | (Page:Line)<br>107:9-25;<br>108:1-25;<br>109:19-25<br>pp. 110-114;<br>115:1-13;<br>122:19-25;<br>pp.123-141;<br>142:1-19;<br>143:10-25;<br>p. 144;<br>145:1-12;<br>149:19-25;<br>pp.150-152;<br>176:1-25;<br>177:1-2;<br>215:22-25;<br>p. 216; | Chart, Inc. |

| | | |
|---|---|---|
| | 217:1-18;<br>234:19-25;<br>p. 235;<br>236:1-16;<br>238:23-25; and<br>239:1-3. | |
| 9 | pp. 2-11 (incl. Figures 1-11). | Chart, Inc. |
| 13 | Under Seal in Full | Pacific MSO LLC |
| 14 | Under Seal in Full | Pacific MSO LLC |

The Court hereby ORDERS that the following portions of the Proposed Order to Exclude Expert Testimony are to be maintained under seal:

| Page | Line(s) |
|---|---|
| 1 | 7-10, 16-21 |

**IT IS SO ORDERED.**

Dated: _____      _____
                                  The Honorable Jacqueline Scott Corley