ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone:    415.268.7000
Facsimile:     415.268.7522

DAVID F. McDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017
Telephone:    213.892.5200
Facsimile:     213.892.5454

Attorneys for Third Party
PACIFIC MSO, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC<br><br>**DECLARATION OF ALDEN ROMNEY IN SUPPORT OF CHART'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:  Hon. Jacqueline S. Corley |

I, Alden Romney, declare as follows:

1. I am a consultant with, and previously Chief Executive Officer of, Pacific MSO, LLC. I submit this declaration in support of Chart's Administrative Motion to File Under Seal related to Chart's Motion for Summary Judgment. I make this declaration based on personal knowledge. If called as a witness, I would testify to the facts set forth below.

2. I have reviewed the following documents and confirmed that the portions identified below merit sealing:

| Document | Portions to Be Sealed |
|---|---|
| Exhibit B to Ringel Declaration in Support of Chart's Motion for Summary Judgment (Transcript of October 9, 2019 deposition of Joseph Conaghan) | Page 288, line 8<br>Last page of index, upper middle section of page referencing term on page 288, line 8 |

3. Exhibit B to Ringel's Declaration in Support of Chart's Motion for Summary Judgment (Page 288, line 8 and the section of the last page of the index referring to the term on page 288, line 8) contains the confidential patient identification number of one of PFC's patients. PFC and Pacific MSO assign patients identification numbers and this patient identification number is reflected in PFC's confidential patient records. This confidential patient identification number is not publicly known and its confidentiality is strictly maintained.

4. Chart's request to seal as it relates to this specific portion of this document is narrowly tailored and merits sealing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 7, 2021.

                                                         */s/ Alden Romney*
                                                         Alden Romney

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Erin M. Bosman, attest that concurrence in the filing of this document has been obtained.

Dated: January 8, 2021          */s/ Erin M. Bosman*
                                Erin M. Bosman