# FILED UNDER SEAL

# EXHIBIT A

# FILED UNDER SEAL

# EXHIBIT B

# FILED UNDER SEAL

# EXHIBIT C

# FILED UNDER SEAL

# EXHIBIT D

# FILED UNDER SEAL

# EXHIBIT E

# FILED UNDER SEAL

# EXHIBIT F

# FILED UNDER SEAL

# EXHIBIT G

# FILED UNDER SEAL

# EXHIBIT H

# FILED UNDER SEAL

# EXHIBIT I

# FILED UNDER SEAL

# EXHIBIT J

# FILED UNDER SEAL

# EXHIBIT K