John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
Margaret C. Redshaw (SB No. 6327480)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100; Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com
mredshaw@smbtrials.com

Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN**
1033 Willow Street
San Jose, California 95125
Tel: (408) 288-9700; Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

*Counsel for Defendant Chart Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>Case No. 3:18-cv-01586<br>(A.B., C.D., E.F., G.H., and I.J.) | Case No. 3:18-cv-01586-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S AMENDED ADMINISTRATIVE MOTION NO. 2 TO FILE UNDER SEAL MOTION TO EXCLUDE KASBEKAR AND WININGER** |

For good cause shown, the Court GRANTS Chart's Amended Administrative Motion No. 2 to File Under Seal Motion to Exclude Anand Kasbekar and David Wininger seeking to file under seal:

➢ Certain exhibits to the to the Declaration of Kevin M. Ringel in Support of Chart's Motion to Exclude Plaintiffs' Experts Anand Kasbekar and David Wininger, including:

- Exhibit A – Expert Report of Anand Kasbekar dated November 6, 2020;
- Exhibit B – Expert Rebuttal Report of Anand Kasbekar dated December 4, 2020;
- Exhibit C - Deposition Transcript of Anand Kasbekar dated December 13, 2019;
- Exhibit D - Deposition Transcript of Anand Kasbekar dated November 25, 2020;
- Exhibit E - Deposition Transcript of Anand Kasbekar dated December 15, 2020;
- Exhibit F – Amended Expert Report of David Wininger dated December 4, 2020;
- Exhibit G – Deposition Transcript of David Wininger dated November 30, 2020;
- Exhibit H – Expert Report of Franklin Miller dated November 20, 2020;
- Exhibit I – Expert Rebuttal Report of Franklin Miller dated December 11, 2020;
- Exhibit J - Deposition Transcript of Franklin Miller dated December 14, 2020; and

- Exhibit K – Expert Rebuttal Report of Ron Parrington dated December 8, 2020.

The Court hereby ORDERS that the following portions of the exhibits to the Declaration of Kevin M. Ringel in Support of Chart's Motion to Exclude Anand Kasbekar and David Wininger are to be maintained under seal:

| Exhibit | Paragraph(s) | Designating Party |
|---|---|---|
| A | Figures 1-74; <br> p. 4, ¶1, sentence 4; <br> p. 5 ¶¶ 1, 3; <br> p. 6 ¶2; <br> pp. 10 - 37; <br> p. 38 ¶¶ 2-3 <br> pp. 39– 58; <br> p. 60 No. 3-4; <br> pp. 61-62; and <br> p. 63 No. 10. | Chart |
| B | pp. 1-18; <br> Figures 1-7. | Chart |
| C | 23:3-24:8; <br> 39:2-40:6; <br> 53:24-54:15; <br> 60:16-62:14; <br> 67:24-69:16; <br> 77:17-78:7; <br> 88:3-111:23; <br> 112:6-113:1; <br> 114:4-129:13; <br> 130:4-150:5; <br> 164:5-169:14. | Chart |
| D | 18:12-25; <br> pp. 19-20; <br> 21:1-11; <br> 26:18-25; <br> pp. 27-31; <br> 32:1-10; <br> 37:8-12; <br> 51:22-25; <br> pp. 52-64; | Chart |

|   |   |   |
|---|---|---|
|   | 65:1-17;<br>80:23-25;<br>p. 84;<br>90:3-25;<br>p. 91;<br>92:1-10;<br>93:11-25;<br>pp. 94-95;<br>96:1-4;<br>97:15-25;<br>pp. 98-111;<br>112:24-25<br>pp. 113-123;<br>124:1-20;<br>129:2-25;<br>130:1-12;<br>130:14-25;<br>p. 131;<br>132:1-21. |   |
| E | 11:22-12:21;<br>13:20-25:24;<br>28:6-30:24;<br>33:21-42:13;<br>44:24-45:14;<br>52:10-55:19. | Chart |
| F | ¶35;<br>¶38-40;<br>¶44;<br>¶47;<br>¶49-57;<br>¶59-60;<br>¶64-67;<br>¶70;<br>Subheadings IV(B)(i)-(iv). | Plaintiffs |
| G | 37:1-4, 22-24; and<br>77:2-25;<br>78;<br>79:1-2. | Chart |

| | | |
|---|---|---|
| H | p. 4, ¶III.E(3);<br>pp. 6-7, ¶IV.B;<br>p. 8, Section V;<br>pp. 12-22: ¶VI.B (incl. Figures 4-13);<br>p. 23, Section VIII. | Chart |
| I | pp. 2-11 (incl. Figures 1-11). | Chart |
| J | 11:6-15:1;<br>17:10-24:9;<br>25:21-27:1;<br>31:2-33:6;<br>37:18-44:22;<br>53:11-25<br>54:1-57:25;<br>79:13-85:11. | Chart |
| K | pp. 1-9;<br>Appendix 3-20, including Table 1-5 and Figure 1-14. | Chart |

**IT IS SO ORDERED.**

Dated: _____          _____
                                  The Honorable Jacqueline Scott Corley

---

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL NO. 2
CASE NO. 3:18-CV-01586-JSC