# EXHIBIT C

1                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF COLORADO

2

3

      IN RE:  PACIFIC FERTILITY   Case No. 3:18-cv-01586-ISC

4     CENTER LITIGATION

5

6

         VIDEO DEPOSITION OF ANAND DAVID KASBEKAR, PH.D.

7                      December 13, 2019

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22     REPORTED BY: Sandra L. Bray

23

24

25

                                                Page  1

**Page 2**

1 APPEARANCES:
2 ON BEHALF OF THE PLAINTIFFS:
    AMY M. ZEMAN, ESQ.
3    Gibbs Law Group, LLP
    505 14th Street, Suite 1110
4    Oakland, California 94612
    Phone:  510-350-4721
5    Email:  amz@classlawgroup.com
6 ON BEHALF OF CHART, INC.:
    BENJAMIN P. SMITH, ESQ.
7    Morgan, Lewis & Bockius, LLP
    One Market, Spear Street Tower
8    San Francisco, California 94105
    Phone:  415-442-1000
9    Email:  benjamin.smith@morganlewis.com
10 ON BEHALF OF THE DEFENDANTS PRELUDE FERTILITY, INC.
    AND PACIFIC MSO, LLC:
11    WILLIAM F. TARANTINO, ESQ.
    Morrison & Foerster, LLP
12    425 Market Street
    San Francisco, California 94105
13    Phone:  415-268-7000
    Email:  wtarantino@mofo.com
14
    ON BEHALF OF THE THIRD-PARTY DEFENDANTS PACIFIC
15 FERTILITY CENTER, ELDON SCHRICK, CAROLYN GIVENS,
    PHILIP CHENETTE, CARL HERBERT, LIYUN LI, AND ISABELLE
16 RYAN:
    AARON SCHULTZ, ESQ. (via telephone)
17    Galloway Lucchese Everson & Picchi, P.C.
    2300 Contra Costa Boulevard
18    Pleasant Hill, California 94523
    Phone:  925-930-9090
19    Email:  aschultz@glattys.com
20 Also present:
21    Robert Reitan, Videographer
22
23
24
25

**Page 3**

1       PURSUANT TO WRITTEN NOTICE and the
2 appropriate rules of civil procedure, the deposition
3 OF ANAND DAVID KASBEKAR, PH.D., called for examination
4 by the Defendant Chart, Inc., was taken at Morrison &
5 Foerster, LLP, 370 17th Street, Suite 4200, Denver,
6 Colorado, commencing at 9:38 a.m. on December 13,
7 2019, before Sandra L. Bray, a Registered Diplomate
8 Reporter, Certified Realtime Reporter, and Notary
9 Public in and for the State of Colorado.
10
11        I N D E X
12 EXAMINATION:                    PAGE
13 By Mr. Smith                     6
14 By Mr. Tarantino               180
15 By Ms. Zeman                   183
16
17 EXHIBITS:                      PAGE
18 Exhibit 1  Failure Analysis of Chart MVE 808AF-GB  32
            Cryopreservation Tank, 10/15/19
19
    Exhibit 2  Photograph                 58
20
    Exhibit 3  Chart Important Recall Notice, 4/23/18  75
21
    Exhibit 4  Drawing I/O Assy            89
22
    Exhibit 5  Drawing Pumpout Port S/A   101
23
    Exhibit 6  Chart, Inc. 10/18/19 Maximum Event  153
24          Log
25 Exhibit 7  Chart/MVE Cryobiological Training  163

**Page 4**

1        P R O C E E D I N G S
2        THE VIDEOGRAPHER:  Good morning.  We are  09:38:34
3 on the record at 9:38 a.m. on December 13th, 2019.  09:38:42
4        Please note that microphones are  09:38:46
5 sensitive and may pick up whispering, private  09:38:46
6 conversations, and cellular interference.  Please turn  09:38:52
7 off all cell phones or place them away from  09:38:53
8 microphones as they can interfere with the deposition  09:38:55
9 audio.  Audio and video recording will continue to  09:38:58
10 take place until all parties have agreed to go off the  09:39:00
11 record.  09:39:04
12        This is Media Unit 1 of the video-  09:39:05
13 recorded deposition of Anand David Kasbekar, Ph.D.  09:39:09
14 taken by counsel for the Defendant in the matter of In  09:39:12
15 Re:  Pacific Fertility Center Litigation, filed in the  09:39:15
16 United States District Court, Northern District of  09:39:20
17 California, San Francisco Division, Case Number  09:39:22
18 3:18-cv-01586-JSC.  09:39:26
19        This deposition is being held at  09:39:31
20 Morrison & Foerster, LLP, located at 4200 Republic  09:39:36
21 Plaza, 370 17th Street, Denver, Colorado.  My name is  09:39:43
22 Robert Reitan, and I am the videographer.  The court  09:39:49
23 reporter is Sandra Bray.  09:39:49
24        I am not authorized to administer the  09:39:49
25 oath.  I am not related to any party in this action,  09:39:52

**Page 5**

1 nor am I financially interested in the outcome.  09:39:55
2        Counsel and all present in the room and  09:39:57
3 everyone attending remotely will now state their  09:39:59
4 appearances and affiliations for the record.  If there  09:40:02
5 are any objections to proceeding, please state them at  09:40:05
6 the time of your appearances, beginning with the  09:40:08
7 noticing attorney.  09:40:11
8        MR. SMITH:  Ben Smith on behalf of  09:40:11
9 Chart.  09:40:14
10        MR. TARANTINO:  Bill Tarantino on behalf  09:40:14
11 of Prelude Fertility, Inc. and Pacific MSO, LLC.  09:40:18
12        MS. ZEMAN:  Amy Zeman with Gibbs Law  09:40:20
13 Group on behalf of the class Plaintiffs.  09:40:23
14        THE VIDEOGRAPHER:  Will our court  09:40:26
15 reporter please swear in the witness?  09:40:27
16        MR. TARANTINO:  Aaron, did you want to  09:40:30
17 make an appearance?  09:40:32
18        MR. SCHULTZ:  Yes.  I was waiting to  09:40:34
19 make sure he was done.  This is Aaron Schultz on  09:40:36
20 behalf of Third-Party Defendants Pacific Fertility  09:40:39
21 Center, Eldon Schriock, Carolyn Givens, Philip  09:40:42
22 Chenette, Carl Herbert, Liyun Li, and Isabelle Ryan.  09:40:46
23        THE VIDEOGRAPHER:  Will our court  09:40:52
24 reporter please swear in the witness?  09:40:53
25        ANAND DAVID KASBEKAR, Ph.D.,  09:40:53

2 (Pages 2 - 5)

1  having been first duly sworn or affirmed to state the   09:40:53
2  whole truth, testified as follows:   09:40:53
3          EXAMINATION   09:40:53
4  BY MR. SMITH:   09:41:10
5     Q.  Good morning again, Dr. Kasbekar.  How   09:41:10
6  are you?   09:41:12
7     A.  I'm doing well.  How about you?   09:41:12
8     Q.  I'm good.  Can you state and spell your   09:41:15
9  name for the record?   09:41:17
10     A.  Yes, it's Anand David Kasbekar.  First   09:41:18
11  name is spelled A-n-a-n-d, middle name David, last   09:41:21
12  name K-a-s-b-e-k-a-r.   09:41:25
13     Q.  And you've been deposed many times   09:41:28
14  before, right?   09:41:31
15     A.  I have.   09:41:31
16     Q.  Is there any reason why you cannot   09:41:32
17  provide your most accurate, truthful testimony today?   09:41:34
18     A.  No.   09:41:36
19     Q.  Okay.  Who first contacted you about   09:41:37
20  potential work in this case?   09:41:39
21     A.  I believe it was Dylan Hughes.   09:41:40
22     Q.  And who is Dylan Hughes associated with?   09:41:44
23     A.  Dylan Hughes is associated with Amy   09:41:48
24  Zeman's firm, Girard Gibbs.   09:41:52
25     Q.  Now called the Gibbs Law Group?   09:41:54

Page 6

1     A.  I believe so.   09:41:58
2     Q.  And do you know how the Gibbs Law Group   09:41:58
3  came to identify you as a potential expert?   09:42:00
4     A.  I had worked with them on other failures   09:42:03
5  related cases in the past.   09:42:06
6     Q.  And what were those cases that you   09:42:07
7  worked on with them in the past?   09:42:09
8     A.  One involved a clutch flywheel defect   09:42:10
9  issue in automobiles.  I believe that they were -- I   09:42:21
10  don't know if they were the ones who hired me, but   09:42:25
11  they were involved in a case that involved cracking   09:42:27
12  manifolds in automobiles.   09:42:31
13     I was involved in evaluating a   09:42:36
14  manufacturing-related defect -- I don't think this was   09:42:40
15  a litigation -- or I don't know that it went to   09:42:44
16  litigation -- in Honda automobiles.   09:42:48
17     I was involved in a case where flat   09:42:58
18  screen TVs were failing and TVs were falling off the   09:43:01
19  wall, looking at the mount system.   09:43:06
20     I was involved in a case with failure   09:43:08
21  issues related to Ducati motorcycle tanks that Girard   09:43:12
22  Gibbs or the Gibbs law firm was involved in.  Those   09:43:19
23  are, I think, most if not all of them.   09:43:21
24     Q.  Okay.  So you looked at approximately   09:43:24
25  six cases.  Is that approximately the number of cases   09:43:26

Page 7

1  you previously worked on?   09:43:29
2     A.  I'd say give or take a couple.   09:43:31
3     Q.  Did you work with Dan Girard or Eric   09:43:33
4  Gibbs, if any of those two individuals, in those   09:43:36
5  cases?   09:43:38
6     A.  I primarily worked with Eric Gibbs and   09:43:39
7  Dylan Hughes, and I'm certain there were a few other   09:43:42
8  cases.  I know there were a couple cases that really   09:43:47
9  never went anywhere or I indicated that I wasn't the   09:43:51
10  appropriate expert for the case.   09:43:54
11     Q.  Did you testify at deposition or at   09:43:57
12  trial at any of the six cases that you mentioned?   09:44:02
13     A.  I'm certain in the flywheel case, I   09:44:07
14  provided deposition testimony.  In the manifold case,   09:44:09
15  I would have provided deposition testimony.   09:44:18
16     Q.  When did you first meet or have contact   09:44:24
17  with either Dylan Hughes or Eric Gibbs?   09:44:28
18     A.  I don't know the exact answer to that.   09:44:33
19  Probably on the order of ten years ago, some time ago.   09:44:35
20     Q.  And how did you come about meeting them?   09:44:40
21     A.  I think they were involved in a lawsuit   09:44:42
22  where I'd been hired by another firm.  I think it was   09:44:50
23  the manifold case, but I'm not positive, and I believe   09:44:53
24  that's how I met both Eric and Dylan Hughes.   09:44:56
25     Q.  Is your retention agreement with the   09:44:59

Page 8

1  Gibbs Law Group?   09:45:02
2     A.  That's my understanding.   09:45:03
3     Q.  You're not aware of any other retention   09:45:04
4  agreements with other Plaintiffs' firms who are   09:45:08
5  Plaintiffs in this case?   09:45:12
6     A.  You know, I really haven't paid much   09:45:12
7  attention to that.  My understanding is I was hired by   09:45:15
8  the Gibbs Law Group.  I know there was co-counsel I've   09:45:17
9  met throughout the course.  I don't know the financial   09:45:21
10  agreements or relations between the various firms.   09:45:23
11     Q.  Okay.  Were you retained as an   09:45:25
12  individual or were you retained through Visual   09:45:27
13  Sciences, your company?   09:45:30
14     A.  I think I was really retained as an   09:45:32
15  individual, but that's -- again, the retention was a   09:45:34
16  verbal retention by phone.  It was informal.   09:45:39
17     Q.  Do you recall approximately when your   09:45:43
18  retention was?   09:45:46
19     A.  I want to -- I don't.  I want to say it   09:45:46
20  may have been -- I'm trying to think in terms of the   09:45:56
21  timing.  It may have been in April of 2018, or at   09:46:00
22  least that was when the initial discussions took   09:46:05
23  place.   09:46:06
24     Q.  Okay.  Do you still own the company   09:46:06
25  Visual Sciences?   09:46:11

Page 9

3 (Pages 6 - 9)

```
 1    A.  I do.                      09:46:12
 2    Q.  You're the principal owner of that    09:46:12
 3 company?                          09:46:15
 4    A.  I am.                      09:46:15
 5    Q.  Has anybody within that company worked    09:46:16
 6 on this case with you?            09:46:17
 7    A.  No.                       09:46:19
 8    Q.  And Research Engineers, Inc. is a    09:46:19
 9 consulting group for whom you perform consulting?    09:46:24
10    A.  I was an employee for a long period of    09:46:24
11 time and then a consultant with them.    09:46:30
12    Q.  And have they played any role in --    09:46:30
13    A.  No.                       09:46:33
14    Q.  -- this case?  Okay.  Is it fair to say    09:46:33
15 that the majority of your work as a failure analysis    09:46:40
16 expert is in the automobile industry?    09:46:44
17    A.  No, that would not be a fair statement.    09:46:47
18    Q.  What is your emphasis as a failure    09:46:48
19 analysis expert?                  09:46:52
20    A.  I mean, my emphasis is on metal and    09:46:54
21 plastic components, and over almost a 35-year period,    09:46:57
22 I've looked at things ranging from bicycle components    09:47:02
23 to automotive components to boiler tanks.  I mean I    09:47:08
24 could go on for hours.            09:47:14
25    Q.  Okay.                      09:47:15
                                          Page 10
```

```
 1    A.  Various different mechanical components.    09:47:16
 2 When I was hired by Research Engineers in 1987, I was    09:47:22
 3 hired primarily to do their failure analysis work and    09:47:27
 4 also to help them develop their computer facilities.    09:47:30
 5    Q.  If I added up all the times you've    09:47:34
 6 testified, would it be fair to say that you've    09:47:38
 7 testified most often in cases involving automobile    09:47:40
 8 accidents?                        09:47:43
 9    A.  No, I don't know if that would be    09:47:47
10 necessarily true.                 09:47:50
11    Q.  Okay.                      09:47:52
12    A.  I mean, I do minimal accident    09:47:53
13 reconstruction work from automobile accidents.    09:47:57
14 Research Engineers does that.  My role normally was --    09:48:01
15 we have a broken axle, so one of the other individuals    09:48:06
16 at Research Engineers would have evaluated the vehicle    09:48:09
17 dynamics, done the accident reconstruction, and I    09:48:15
18 would have been looking at the failed axle or the    09:48:16
19 failed lug nut or the failed wheel.    09:48:18
20    Q.  Have you ever before conducted a failure    09:48:21
21 analysis of a cryogenic tank?     09:48:25
22    A.  I don't believe so.         09:48:27
23    Q.  You are charging the Gibbs Group law    09:48:29
24 firm, I think, between $445 and $495 per hour for the    09:48:34
25 time you spent on this case, with an extra $50 per    09:48:39
                                          Page 11
```

```
 1 hour for testimony; is that right?    09:48:43
 2    A.  I think the $50 is built into the 495.    09:48:44
 3    Q.  Right.  Your testifying rate is $50    09:48:48
 4 more --                           09:48:53
 5    A.  Right.                     09:48:53
 6    Q.  -- than your nontestifying rate --    09:48:53
 7    A.  Correct.                   09:48:55
 8    Q.  -- is that right?           09:48:55
 9    A.  Yes.                       09:48:56
10    Q.  And why is that?            09:48:57
11    A.  Well, in the past, it was mainly    09:48:58
12 required me to leave the office.  And for a long    09:49:00
13 period of time, we had a number of government    09:49:03
14 contracts, and when I left the office, it was    09:49:06
15 detrimental to the efficiency of what was going on;    09:49:08
16 and it just has remained that way ever since.    09:49:11
17    Q.  Okay.  Are the rates that you're    09:49:15
18 charging the Gibbs Law Group the same rates that you    09:49:15
19 charge other clients?             09:49:16
20    A.  Yes.                       09:49:18
21    Q.  And how many hours, approximately, have    09:49:18
22 you devoted to date to your work on this case?    09:49:22
23    A.  I don't know the answer to that.  I can    09:49:24
24 kind of approximate it.           09:49:27
25    Q.  Can you give me an approximation?    09:49:29
                                          Page 12
```

```
 1    A.  I'm going to say on the order of maybe    09:49:31
 2 100 hours, give or take 20 hours.    09:49:34
 3    Q.  Is it your estimation that you've billed    09:49:38
 4 the Gibbs Law Group approximately $45,000 for your    09:49:48
 5 work to date?                     09:49:52
 6    A.  I don't know the answer to that, but I    09:49:52
 7 think it would be somewhere in that range.    09:49:54
 8    Q.  Okay.  Do you work as an expert witness    09:49:55
 9 almost full time?                 09:49:58
10    A.  No.                       09:49:59
11    Q.  What else do you do?         09:49:59
12    A.  In fact, I work very little as an expert    09:50:00
13 witness these days.  I have started trying to enter    09:50:03
14 early retirement.                 09:50:09
15    Q.  And when did you start to enter early    09:50:10
16 retirement?                      09:50:15
17    A.  I started the process in 2016, winding    09:50:15
18 down my company and moved out to here part time.    09:50:20
19    Q.  Prior to 2016, did you work as an expert    09:50:25
20 witness almost full time?         09:50:30
21    A.  No.  For the first seven years of my    09:50:32
22 career, I was a graduate student in the engineering    09:50:37
23 department at Duke University while working for    09:50:41
24 Research Engineers.  I was a teaching assistant and    09:50:44
25 research assistant during those times.    09:50:50
                                          Page 13
```

4 (Pages 10 - 13)

1          And then shortly after receiving my          09:50:52
2  graduate degree or my Ph.D. in '94, I was awarded          09:50:54
3  various research contracts with the Department of          09:51:01
4  Defense that occupied probably anywhere from 50 to          09:51:05
5  80 percent of my time.  I don't remember when we --          09:51:09
6  our last contract expired, but after that expired, I          09:51:14
7  would say for a period of -- I don't know -- probably          09:51:17
8  four or five, six years, the majority of my work was          09:51:21
9  litigation-related, probably 80 percent.          09:51:24
10      Q.  And in that regard, you've testified at          09:51:28
11  deposition or at trial well over a hundred times,          09:51:30
12  right?          09:51:33
13      A.  Well, certainly not well over a hundred          09:51:34
14  trials, but depositions, yes, I'd say over a hundred          09:51:36
15  depositions.          09:51:39
16      Q.  And is it correct that the vast majority          09:51:39
17  of the time you testify on behalf of plaintiffs?          09:51:41
18      A.  I would probably say the majority of          09:51:44
19  cases that have gone to trial are plaintiffs.  My          09:51:47
20  workload is pretty well-balanced, especially in the          09:51:50
21  past -- over the past probably ten, fifteen years          09:51:53
22  between defense and plaintiffs.          09:51:56
23      Q.  And why is it that the vast majority of          09:51:58
24  the cases that you've testified in, either at          09:52:01
25  deposition or trial, are plaintiff -- for the          09:52:03

Page 14

1  plaintiff?          09:52:06
2      A.  So --          09:52:07
3          MS. ZEMAN:  Objection, misstates          09:52:08
4  testimony.          09:52:09
5      A.  My interpretation of that is a lot of          09:52:09
6  times I'll get hired by defense firms where the          09:52:14
7  defendant, quite frankly, just may have a big problem,          09:52:19
8  and I'll help out where I can, but oftentimes those          09:52:22
9  cases are better resolved by settling them, I mean, if          09:52:26
10  there's a defect and there's not much that can be done          09:52:30
11  to help.  Normally most defendants will attempt to          09:52:33
12  settle those cases, sometimes prior to deposition and          09:52:38
13  prior to trial; whereas based on my experience,          09:52:40
14  plaintiffs -- and I guess this is because maybe          09:52:45
15  they're funding their own cases -- are a little bit          09:52:47
16  more careful about making sure they have a case that          09:52:50
17  has merit.  That's kind of my take on it.  That's not          09:52:52
18  an expert opinion, but my observations.          09:52:55
19      Q.  (BY MR. SMITH)  Okay.  Do you do any          09:52:58
20  advertising?          09:53:00
21      A.  I do not.          09:53:01
22      Q.  Is all of the work that you do as a          09:53:01
23  consulting and testifying expert referral work?          09:53:04
24      A.  It is.          09:53:06
25      Q.  Okay.  What did you do to prepare for          09:53:06

Page 15

1  today's deposition, if anything?          09:53:09
2      A.  I reviewed my report.  I printed out and          09:53:10
3  reviewed the references to my report.  I reread          09:53:15
4  Dr. Conaghan's deposition, went through various          09:53:24
5  documents, met with Ms. Zeman for about 45 minutes or          09:53:28
6  so last night.          09:53:36
7      Q.  Anything else?          09:53:37
8      A.  Mainly document review.          09:53:41
9      Q.  Have you had any conversations with          09:53:47
10  anyone other than Ms. Zeman about your deposition?          09:53:48
11      A.  Dylan Hughes briefly.          09:53:51
12      Q.  Anyone other Ms. Zeman or Dylan Hughes?          09:53:55
13      A.  No, not regarding my deposition.          09:53:59
14      Q.  Okay.  How about regarding this case?          09:54:00
15      A.  I spoke with a machinist back in North          09:54:02
16  Carolina early on when we were talking about          09:54:07
17  destructive testing of the subject tank and trying to          09:54:10
18  gain access to the bottom of the tank, removing the          09:54:16
19  panel, mainly with regard to trying to get ideas on          09:54:19
20  how to efficiently and with minimal destruction get          09:54:23
21  the panel out of there.          09:54:29
22      Q.  You're talking about the false bottom in          09:54:30
23  the tank?          09:54:33
24      A.  The false bottom.  Exactly.          09:54:33
25      Q.  And what was the name of the machinist          09:54:44

Page 16

1  in North Carolina that you spoke with about removal of          09:54:46
2  the false bottom?          09:54:49
3      A.  Don Chesson.          09:54:50
4      Q.  And is he affiliated with any of your          09:54:53
5  companies?          09:54:57
6      A.  No.          09:54:57
7      Q.  How do you know him?          09:54:57
8      A.  He has worked with me on various          09:55:03
9  projects where I've had to design and build test          09:55:04
10  fixtures throughout the years.          09:55:08
11      Q.  Did you pay him for his consultation?          09:55:09
12      A.  I did not.          09:55:12
13      Q.  Okay.          09:55:12
14      A.  It was a two-minute -- five-minute phone          09:55:13
15  call.          09:55:16
16      Q.  Did you review the TEC 3000 controller          09:55:18
17  data that was obtained after you wrote your report in          09:55:23
18  preparation for your deposition?          09:55:27
19      A.  Very briefly when I initially got it,          09:55:30
20  but it's not something that I have really focused on.          09:55:33
21      Q.  Okay.  And why not?          09:55:36
22      A.  It's -- in my mind, there's some          09:55:37
23  questions right now that require some interpretation          09:55:44
24  that might be outside of my area of expertise.  In          09:55:48
25  addition, the finding of the crack in the inner weld          09:55:51

Page 17

5 (Pages 14 - 17)

**Page 18**

1  of the fill line has really been the focus of where I   09:56:00
2  thought my efforts were best expended.   09:56:05
3      Q.  What questions did you have about the   09:56:08
4  data that you thought might be outside your area of   09:56:08
5  expertise?   09:56:10
6      A.  Well, one question, I think there's   09:56:10
7  issues with regarding to the time on the controller,   09:56:12
8  the time stamp and what it refers to, and I know   09:56:16
9  discovery is ongoing; and I'm hoping or assuming that   09:56:18
10 we might have a little bit more insight with regard to   09:56:23
11 that.  I think that's one of the areas.   09:56:26
12         And then just not being the person who   09:56:30
13 would go in and determine do we have a firmware issue,   09:56:35
14 do we have a circuit issue.  Those are the main things   09:56:39
15 that I feel would -- I would rely upon somebody else   09:56:46
16 to evaluate.   09:56:51
17     Q.  And you're referring to a firmware issue   09:56:51
18 or a circuit issue within the controller itself --   09:56:54
19     A.  Correct.   09:57:00
20     Q.  -- is that right?   09:57:00
21     A.  Correct.   09:57:01
22     Q.  And does that issue have anything to do   09:57:01
23 with the data that was obtained from the controller,   09:57:02
24 in your mind?   09:57:04
25     A.  It certainly is a possibility.   09:57:05

**Page 19**

1      Q.  Did your review of the controller data,   09:57:07
2  even though brief, did it change any of your opinions   09:57:16
3  or influence any of your opinions that are contained   09:57:19
4  in your report?   09:57:21
5      A.  It has not, but as I said, I've also not   09:57:22
6  thoroughly analyzed the controller data.   09:57:26
7      Q.  You're a mechanical engineer, right?   09:57:29
8      A.  Correct.   09:57:36
9      Q.  You're not an electrical engineer?   09:57:36
10     A.  I am not.   09:57:38
11     Q.  You're not a cryogenic engineer?   09:57:41
12     A.  I am not.   09:57:45
13     Q.  Have you ever designed or developed a   09:57:46
14 cryogenic freezer?   09:57:49
15     A.  The only thing close to it that I've   09:57:51
16 done is in graduate school, the samples I was working   09:57:51
17 on were cryogenically cooled and heated for some of   09:57:53
18 the work that was done by myself and to support some   09:57:59
19 professors, but it was on a much smaller scale than a   09:58:03
20 tank.   09:58:07
21     Q.  And what were the samples that you were   09:58:07
22 working with?   09:58:09
23     A.  They were various plastic stuff for most   09:58:09
24 of the samples that would involve colder temperatures.   09:58:13
25     Q.  So you were applying cold and heat   09:58:16

**Page 20**

1  stress to plastic samples?   09:58:18
2      A.  Basically thermal cycling them.   09:58:18
3      Q.  And that wasn't the design or   09:58:21
4  development of the cryogenic freezer, right?   09:58:22
5      A.  No.  It was really nitrogen cooling and   09:58:25
6  electrical heating to control sample temperature.   09:58:29
7      Q.  Prior to your retention in this case,   09:58:31
8  had you ever seen a cryogenic freezer?   09:58:37
9      A.  Yes.   09:58:38
10     Q.  Where?   09:58:38
11     A.  Throughout Duke University, in medical   09:58:39
12 facilities, in biomedical facilities.   09:58:45
13     Q.  And Duke uses Chart tanks, right?   09:58:48
14     A.  You may know the answer better than me.   09:58:53
15 I haven't paid attention to whose name is on the   09:58:55
16 tanks.  It was normally, as a graduate student,   09:59:00
17 filling up small dewars and taking the nitrogen to   09:59:04
18 places, but air gas is what I'm used to seeing.   09:59:08
19     Q.  You don't remember the label on the   09:59:12
20 tanks?   09:59:13
21     A.  I certainly don't.   09:59:14
22     Q.  Once you were retained in this case,   09:59:15
23 what did you do to familiarize yourself with cryogenic   09:59:16
24 tanks, generally?   09:59:20
25     A.  I think early on, I was looking for   09:59:23

**Page 21**

1  examples of implosions.  Honestly, I've seen tank   09:59:29
2  explosions in some of the cases I've been involved in,   09:59:36
3  but I haven't seen an implosion similar to the one   09:59:40
4  that we had here.  So I was looking for information   09:59:42
5  about that.  I had a theory as to how I thought it   09:59:45
6  happened, but I hadn't looked at the tank closely at   09:59:50
7  that point.  I think that was the main thing that I   09:59:56
8  was looking at.   09:59:58
9      Q.  Is it your view -- not your view.  Is   10:00:02
10 the word that you used to describe what happened to   10:00:08
11 Tank 4 an implosion or an explosion?   10:00:11
12     A.  So my opinion really is I would call it   10:00:13
13 an explosion of the vacuum space, but I think it's   10:00:17
14 fair to also call it an implosion of the inner wall of   10:00:20
15 the tank.  It's -- normally when I think of an   10:00:23
16 implosion, I think of -- and in cryogenic tanks and   10:00:27
17 failure analysis, it's normally when you've sucked a   10:00:30
18 vacuum on the internal tank space, and where you often   10:00:33
19 see it is in tankers and -- where there's been an   10:00:36
20 issue, and it's pretty dramatic when you have the loss   10:00:41
21 of pressure inside the tank and atmospheric pressure   10:00:45
22 bearing down on the outside of the tank.   10:00:48
23     Q.  I totally agree because the words are   10:00:48
24 funky.   10:00:50
25     A.  But your client uses, to the best of my   10:00:51

6 (Pages 18 - 21)

1 knowledge, the word "implosion," which I think -- I   10:00:55
2 don't know if it's technically incorrect or not. It's  10:00:58
3 kind of tomato, tomato.                10:01:01
4      Q.  I think the reference might be implosion   10:01:04
5 towards the midline of the tank. I think that might   10:01:04
6 be it, but just so we're clear, when we say       10:01:08
7 "implosion" or "explosion," we're referring to      10:01:09
8 pressure being exerted against both the inside and    10:01:11
9 outside of the tank walls with the thinner tank walls  10:01:14
10 buckling. Is that fair?              10:01:18
11      A.  Well, I don't know if I'd phrase it that  10:01:21
12 way. If you're going to argue it's an implosion, you  10:01:23
13 have a lower pressure on the interior of the tank than 10:01:26
14 you do on the exterior of the interior tank wall.   10:01:29
15 Does that make sense?                10:01:32
16      Q.  That makes sense.           10:01:33
17      A.  So that would -- the lack of pressure on  10:01:35
18 the inside or the imbalance, you could argue, would be 10:01:36
19 an implosion. I really look at it more as if the     10:01:39
20 vacuum space becomes a balloon and nitrogen gas    10:01:44
21 expands within that vacuum space or balloon, you're   10:01:48
22 exploding that vacuum space. The outside wall is more 10:01:51
23 robust than the inside wall, so the damage occurs to  10:01:57
24 the inside wall.              10:02:00
25      Q.  All right. Let's use the word       10:02:00

Page 22

9      Q.  Well, we have an estimate, don't we,     10:03:42
10 because according to Dr. Conaghan's testimony, the    10:03:44
11 tank was filled to 14 inches, right?        10:03:47
12      A.  Right.               10:03:50
13      Q.  And your calculations are that there's  10:03:50
14 approximately 10 liters per inch, correct?      10:03:53
15      A.  Well, that's not my calculation -- well,  10:03:55
16 initially, it kind of was, but Chart publishes that   10:03:57
17 number of a 10 point something liters per inch. The  10:04:01
18 only thing I can tell you is since the contents end   10:04:06
19 at, I believe, 11 inches and it was reportedly filled  10:04:11
20 to 14, we have 3 inches at about 10 liters per inch,  10:04:13
21 so that's going to give us at least 30 liters above   10:04:17
22 the contents plus whatever you have down there. So   10:04:20
23 there was sufficient nitrogen at the end of the fill  10:04:24
24 in my opinion to fill up the vacuum space likely up to 10:04:28
25 the point and perhaps beyond the point of the crack.  10:04:33

Page 24

1 "explosion."                10:02:02
2      A.  Fair enough.            10:02:03
3



03

Page 23

1      Q.  All right. We'll get into that in more  10:04:37
2 detail in a bit. When you said that you -- well,   10:04:42
3 strike that. Did you say that you did some research   10:04:54
4 on explosions of tanks after you were retained in this 10:04:56
5 case?                  10:05:00
6      A.  I was looking for a -- any case studies  10:05:00
7 that would have shown similar damage to what we were   10:05:07
8 seeing on the subject tank.          10:05:11
9      Q.  And did you find any?         10:05:13
10      A.  I don't know that I found any that     10:05:14
11 were -- had pictures or sufficient information really  10:05:17
12 to be similar. Certainly there are cases where in   10:05:20
13 storage tanks there have been issues and explosions   10:05:27
14 because nitrogen has gotten into the vacuum space and  10:05:30
15 for other reasons, but I didn't find a dewar -- a   10:05:34
16 written-up case with a dewar similar to this freezer  10:05:39
17 that had a similar failure mode.        10:05:45
18      Q.  Do you have any education in cryogenic   10:05:48
19 engineering?                10:05:52
20      A.  No, my real experience with cryogenics,  10:05:53
21 again, is using equipment that had nitrogen-cooled   10:05:57
22 detectors and dealing with replenishing that     10:06:00
23 equipment.                10:06:04
24      Q.  Do you consider yourself an expert on   10:06:04
25 the design of cryogenic storage tanks?       10:06:06

Page 25

7 (Pages 22 - 25)

1    A.  I think I have materials and mechanical   10:06:09
2 engineering skills that pertain to the design of   10:06:11
3 cryogenic storage tanks.  Am I an expert designer of   10:06:14
4 cryogenic storage tanks?  No, but I certainly think I   10:06:23
5 have the skills to evaluate a failure of a cryogenic   10:06:26
6 storage tank, and if I felt I was lacking in one area,   10:06:26
7 I would seek expertise in that area.   10:06:28
8    Q.  Has any company ever hired you to serve   10:06:32
9 as a consultant regarding the design of a cryogenic   10:06:34
10 storage tank?   10:06:37
11    A.  I've had failures of cryogenic tanks   10:06:39
12 where I've been hired as a consultant to evaluate the   10:06:45
13 failure, but not as a consultant to design or redesign   10:06:48
14 the tank.   10:06:54
15    Q.  And in what matters were you hired as a   10:06:54
16 consultant to assess the failure of a cryogenic   10:06:57
17 storage tank?   10:07:00
18    A.  It was a liquid oxygen tank belonging to   10:07:01
19 Air Liquide is the one that comes to mind.   10:07:06
20    Q.  And what happened?  Was that a storage   10:07:11
21 tank?   10:07:15
22    A.  It was a transport storage tank, and   10:07:15
23 there was an explosion during the attempt to offload   10:07:17
24 liquid oxygen, and I don't know if there's a lawsuit   10:07:21
25 involved, but it is ongoing.  So beyond that, I'd   10:07:27

Page 26

1 probably be -- I really shouldn't answer any other   10:07:29
2 questions pertaining to my findings or work done.   10:07:35
3    Q.  Was the explosion caused by an external   10:07:37
4 ignition source?   10:07:41
5    A.  I believe so.  I mean, there was --   10:07:42
6 individuals working on a valve that was stuck, and   10:07:47
7 that was -- something went wrong.   10:07:49
8    Q.  Are you aware of any major changes to   10:07:51
9 the basic design of cryogenic storage tanks over the   10:07:56
10 past 40 years?   10:08:05
11    A.  I mean, I certainly know that there's   10:08:06
12 much more computer monitoring, computer controls that   10:08:09
13 are on these tanks than 25 years ago when I was   10:08:13
14 working with them.   10:08:16
15    Q.  How about just with regard to the tank   10:08:16
16 itself?   10:08:18
17    A.  Not particularly, no.   10:08:18
18    Q.  Have you published any papers on   10:08:19
19 cryogenic engineering or cryogenic storage tanks?   10:08:26
20    A.  I have not.   10:08:30
21    Q.  Is it correct that your publications   10:08:31
22 concern computer visualizations and animations and   10:08:34
23 then protective gear?   10:08:35
24    A.  Yeah, my main publications were related   10:08:36
25 to protective gear for the military and then the work   10:08:40

Page 27

1 that came up in my Ph.D. thesis.   10:08:44
2    Q.  Do you have any publications on   10:08:45
3 electronic controllers?   10:08:46
4    A.  Do not.   10:08:48
5    Q.  Do you consider yourself an expert on   10:08:48
6 electronic controllers?   10:08:51
7    A.  Not -- my expertise was limited to the   10:08:53
8 electronic controls I implemented either as part of   10:08:56
9 the work I did for the military, part of my graduate   10:09:00
10 studies, or developing test fixtures for projects   10:09:03
11 throughout the years.  I am not at this point holding   10:09:08
12 myself out as an expert in electronic controllers as   10:09:11
13 it applies to the TEC 3000.   10:09:14
14    Q.  Okay.  What were the electronic   10:09:17
15 controllers that you worked on in your graduate days?   10:09:19
16    A.  So when I was -- first started my   10:09:22
17 graduate program, my main job was to deal with   10:09:24
18 computer control of data collection from the   10:09:27
19 instrumentation that was being used in my advisor's   10:09:33
20 lab.  Because of the timing, I was one of the first   10:09:36
21 generations of engineering students to get exposed to   10:09:40
22 the PCs and actually got involved with LabVIEW and   10:09:44
23 building some applications in LabVIEW to control other   10:09:47
24 pieces of equipment.  Then one of the major contracts   10:09:52
25 I had with the Department of Defense involved wiring   10:09:54

Page 28

1 hundreds of sensors to a data acquisition and control   10:09:58
2 system.  So I do have expertise with temperature   10:10:01
3 sensors, with data acquisition and display, but,   10:10:04
4 again, this is a different -- my expertise are [sic]   10:10:13
5 more on the computer side, the wiring side, and not on   10:10:16
6 the firmware, the circuit board level.  I mean, I've   10:10:20
7 done some circuit board failure analysis, but it's   10:10:24
8 looking at solder joints, not at the behavior of the   10:10:27
9 firmware itself.   10:10:30
10    Q.  You had some role, I think, at Duke with   10:10:31
11 regard to their computer systems, their network,   10:10:35
12 right?   10:10:37
13    A.  Well, again, I was kind of the   10:10:37
14 mechanical engineering department expert for a while   10:10:40
15 on anything PC-related, ranging from data acquisition   10:10:44
16 to setting up our network, to helping in the office if   10:10:51
17 there was a networking issue.  Just was, for better or   10:10:55
18 worse, the timing.   10:11:00
19    Q.  It fell upon you?   10:11:01
20    A.  It did.  It was probably for the worse.   10:11:02
21    Q.  You're not a metallurgist, right?   10:11:04
22    A.  I consider myself to be a materials   10:11:12
23 engineer.  That was kind of the program I went   10:11:13
24 through.  I've had experience in metals and plastics,   10:11:17
25 but I would not call myself a metallurgist, per se.   10:11:20

Page 29

8 (Pages 26 - 29)

1    Q.   What in your mind is the difference    10:11:24
2  between a materials engineer and metallurgist?    10:11:28
3    A.   I got training in metals, some in    10:11:32
4  ceramics, in plastics also, and I didn't focus simply    10:11:35
5  on metals, and I think it was partly, again, the    10:11:40
6  timing of my generation. Semiconductor materials,    10:11:42
7  plastics, ceramics were part of the materials    10:11:46
8  curriculum, where maybe in the '50s through the '70s,    10:11:53
9  it was more focused on metals, but I had quite an    10:11:57
10  amount of training and experience with metallurgy and    10:12:01
11  failure analysis of metals while in graduate school in    10:12:04
12  the 30-some years past.    10:12:08
13    Q.   Were you the Graduate generation, "It's    10:12:10
14  all about plastics, Benjamin"?    10:12:13
15    A.   The funding was certainly in plastics.    10:12:16
16  My interest was more in metals. So my graduate    10:12:19
17  research was funded thanks to plastics, but my real    10:12:22
18  interest was in metals.    10:12:25
19    Q.   You've not written any papers regarding    10:12:28
20  metal failure or metallurgy; is that correct?    10:12:32
21    A.   No, I have not.    10:12:35
22    Q.   In your C.V., you list a number of areas    10:12:36
23  of relevant experience and postgraduate training,    10:12:38
24  correct?    10:12:42
25    A.   Correct.    10:12:42

Page 30

1    Q.   Is it fair to say that you have more    10:12:44
2  relevant experience and postgraduate training with    10:12:44
3  regard to plastics, rubbers, and polymers rather than    10:12:44
4  metals?    10:12:48
5    A.   If we're talking about post-    10:12:49
6  undergraduate training, I would say probably more, but    10:12:54
7  not by much. A lot of classes I took were actually in    10:12:56
8  mechanical metallurgy and failure analysis of metals.    10:13:00
9  I took classes also in polymers but not so much the    10:13:03
10  organic chemistry of things, more fractography of    10:13:08
11  polymers. Postgraduate of graduate school, I would    10:13:13
12  say it's a mix of both metals and plastics. I    10:13:16
13  actually after -- I guess this was shortly after    10:13:20
14  receiving my Ph.D., did some work for ASM, which is    10:13:25
15  now called The Materials Society -- it used to be    10:13:29
16  primarily a metal society -- where they hired us -- I    10:13:34
17  proposed to them taking the metals handbooks, which is    10:13:41
18  a multivolume set, and transferring them onto CD in a    10:13:44
19  manner in which you could search them more efficiently    10:13:48
20  and bring up relevant contents. So we had a contract    10:13:51
21  with them to do that.    10:13:54
22    MR. SMITH:   Okay. Let me just take a    10:13:55
23  quick break and grab the exhibits that are outside    10:13:57
24  here.    10:13:59
25    THE VIDEOGRAPHER:   The time is 10:13,    10:14:00

Page 31

1  and we are off the record.    10:14:02
2    (Recess taken.)    10:14:04
3    (Deposition Exhibit 1 was marked.)    10:18:45
4    THE VIDEOGRAPHER:   The time is 10:18,    10:18:45
5  and we are back on the record.    10:18:49
6    Q.   (BY MR. SMITH)   Dr. Kasbekar, I've    10:18:50
7  marked as Exhibit 1 a copy of your report. Do you    10:18:52
8  recognize it?    10:18:56
9    A.   I do.    10:18:56
10    Q.   Did you write your report?    10:18:57
11    A.   I did.    10:18:59
12    Q.   Were you assisted by anyone in the    10:19:00
13  preparation of your report?    10:19:03
14    A.   The only assistance I really got was    10:19:05
15  with regard to the transition of some of the citations    10:19:08
16  from -- I may mess this up -- but documents that were    10:19:11
17  part of the 408, if that's the correct number, the    10:19:17
18  initial disclosure to documents that have been    10:19:20
19  remarked.    10:19:23
20    Q.   Okay. So documents that have been    10:19:24
21  exchanged, I think, on a confidential basis for    10:19:25
22  settlement purposes and then reproduced once we got    10:19:28
23  into litigation?    10:19:31
24    A.   Correct. I think I had cited a lot of    10:19:32
25  those documents, and the goal was to cite to the    10:19:34

Page 32

1  officially-produced documents, and from that, I got    10:19:37
2  help from Ms. Zeman.    10:19:43
3    Q.   Is there anything in your report that    10:19:44
4  you have found to be incorrect since it was submitted    10:19:46
5  that you would like to correct?    10:19:49
6    A.   Nothing major, but there is some small    10:19:50
7  typos that I noticed after reviewing it more recently.    10:19:53
8  Do you want me just to go through those?    10:19:57
9    Q.   Sure.    10:19:59
10    A.   On Page 3, about the sixth line down,    10:20:00
11  where I quoted Dr. Conaghan, and I quoted, "Had    10:20:08
12  difficulty removing the tank from the lid." It should    10:20:13
13  be "lid from the tank," and that's a byproduct of me    10:20:18
14  typing my own report.    10:20:23
15    On Page 6, for footnote number 25, I    10:20:32
16  added Page 148, lines 21 through 24 of Conaghan's    10:20:44
17  deposition to that cite.    10:20:50
18    On Page 20, about the ninth line down,    10:20:52
19  the sentence that starts with, "Given a fill level of    10:21:29
20  14 inches as documented and a height to volume    10:21:31
21  relationship," I just switched "volume" and "height"    10:21:35
22  for clarity. It really should have read "a volume to    10:21:40
23  height relationship of 10.3." And I had "inches." It    10:21:44
24  should be "liters of LN2," not inches of LN2. And at    10:21:40
25  the bottom of that page for footnote 34, I also    10:21:56

Page 33

9 (Pages 30 - 33)

**Page 34**

1 referenced MSO021238, which I think is the original   10:21:59
2 document where I found the 10.3 liters per inch. I   10:22:09
3 think it's redundant with the CHART 001838 document.   10:22:13
4 I think they're two separate documents, but they say   10:22:19
5 the same thing.   10:22:24
6     On Page 22, Opinion Number 4, I added to   10:22:30
7 reference to the one, two -- third line down, where it   10:22:41
8 says, "Documents produced by charge state. That loss   10:22:47
9 of controller may or may not lead to an unacceptable   10:22:50
10 risk," I added reference -- the existing reference 43   10:22:57
11 to cite that sentence.   10:23:00
12    Q.  And you added the space between "may"   10:23:06
13 and "or," right?   10:23:08
14    A.  Where is that?   10:23:11
15    Q.  It's on the third line.  You say,   10:23:12
16 "Controller mayor," as in person, as opposed to "may,"   10:21:40
17 space, "or."   10:21:40
18    A.  Not on my copy.   10:23:15
19    Q.  Oh, really?   10:23:16
20    MS. ZEMAN:  Same here.   10:23:17
21    (BY MR. SMITH)  Okay.   10:23:20
22    A.  So now I've got to look back at your   10:23:21
23 copy and determine whether it really is inaccurate.   10:23:23
24    Q.  It looked like there's no space in my   10:23:25
25 copy.   10:23:29

**Page 35**

1    A.  The one you provided to me is fine.   10:23:36
2    Q.  I don't know if you can see that.  I put   10:23:43
3 a slash through it because it was so close together.   10:23:45
4    MS. ZEMAN:  Weird.   10:23:47
5    A.  That's weird.  Maybe it's the way the   10:23:48
6 PDF printed out.   10:23:52
7     There should be a space between "may"   10:23:58
8 and "or," and it looks to be that way on the copy you   10:24:01
9 provided me as well as the copy I brought with me, so   10:24:05
10 I don't know what's happening there.   10:24:08
11     Item 5, I added the word "or" on the   10:24:09
12 front -- I'm sorry, on the first line, where it says   10:24:14
13 "fabricated and instrumented."  I said "fabricated   10:24:17
14 and/or instrumented." I think that's the only, you   10:24:25
15 know, small typos I've seen.   10:24:29
16    Q.  (BY MR. SMITH)  Are all of the opinions   10:24:32
17 that you've generated to date in this case contained   10:24:33
18 within this report?   10:24:35
19    A.  I believe so.   10:24:39
20    Q.  Is it correct that your opinions are   10:24:40
21 preliminary in nature?   10:24:44
22    A.  Yes.   10:24:45
23    Q.  Is it possible that your opinions will   10:24:45
24 need to be revised or changed?   10:24:48
25    A.  It is.   10:24:50

**Page 36**

1    Q.  And is that because the destructive   10:24:50
2 testing of Tank 4 has not been completed?   10:24:55
3    A.  It's because of that, and also because,   10:24:58
4 my understanding, discovery is still ongoing, and   10:25:00
5 until I've had a chance to read the remainder of the   10:25:03
6 discovery documents that might pertain to my areas of   10:25:07
7 analysis, I would consider it to be preliminary.   10:25:12
8    Q.  Pages 7 and 8 of your report lists the   10:25:22
9 materials that you reviewed in connection with the   10:25:25
10 preparation of your report; is that right?   10:25:27
11    A.  Correct.   10:25:28
12    Q.  Did counsel select all of the documents   10:25:29
13 and depositions for your review?   10:25:34
14    A.  Counsel provided them to me, so I would   10:25:38
15 say yes.  I mean, these are -- this is the information   10:25:40
16 I was provided with.   10:25:44
17    Q.  Did you search for any documents on your   10:25:45
18 own in connection with the preparation of your report?   10:25:48
19    A.  I looked at Chart's website.  I looked   10:25:51
20 at the recall that Chart had issued.  I think prior to   10:25:58
21 it being provided in the documents, I had found it   10:26:04
22 online at some point.  Maybe some catalogs.  Just   10:26:06
23 information generally related to Chart tanks is the   10:26:13
24 main thing I may have sought out on my own.   10:26:16
25    Q.  Did you look at PFC's website?   10:26:18

**Page 37**

1    A.  I think I did at one point, yes.   10:26:21
2    Q.  Did you review any scientific literature   10:26:23
3 in connection with the preparation of your report?   10:26:25
4    A.  I may have read a little bit about   10:26:33
5 fertility clinics, mainly just for my personal   10:26:36
6 edification to become more comfortable with the   10:26:40
7 subject matter, but nothing that I think that really   10:26:43
8 was relevant to my analysis of this.   10:26:46
9    Q.  Did you conduct any interviews of anyone   10:26:48
10 regarding cryogenic tanks?   10:26:50
11    A.  No.   10:26:53
12    Q.  Did you perform any independent testing   10:26:53
13 other than that that was conducted under the   10:27:03
14 agreed-upon protocol for purposes of a failure   10:27:06
15 analysis of Tank 4?   10:27:10
16    A.  No, only what was done at Menlo Park at   10:27:11
17 Exponent's facility.   10:27:16
18    Q.  Do you have any plans to conduct any   10:27:18
19 independent testing?   10:27:21
20    A.  Possibly, yes.   10:27:22
21    Q.  And what are the possible -- strike   10:27:23
22 that.  What is the possible testing that you have in   10:27:24
23 mind?   10:27:26
24    A.  I've discussed with counsel --   10:27:27
25    MS. ZEMAN:  I warn the witness not to   10:27:30

10 (Pages 34 - 37)

1 divulge work product.                    10:27:33
2      A.  Let me just say this.  Any testing that  10:27:38
3 I have given consideration to, I have discussed with  10:27:40
4 counsel, so I'm not sure whether I'm --   10:27:44
5      Q.  (BY MR. SMITH)  Can you tell me what   10:27:47
6 testing you've considered in your own mind without   10:27:49
7 regard to any conversation you've had with counsel?   10:27:51
8      A.  Well, all of the testing has been stuff   10:27:54
9 I've suggested, not something that they suggested to   10:27:58
10 me.  The issue is that I have talked with them about   10:28:00
11 it.  So I need clarification as to --        10:28:02
12      MS. ZEMAN:  I think you can tell him   10:28:07
13 what you have considered, just not disclose our   10:28:09
14 conversations regarding it.               10:28:12
15      A.  Essentially, obtaining an exemplar tank,  10:28:14
16 looking at the behavior of that tank under similar   10:28:23
17 circumstances to what has happened here.  We've talked  10:28:26
18 about x-raying other tanks.               10:28:33
19      Q.  (BY MR. SMITH)  Anything else?      10:28:45
20      A.  That's essentially been the nature of   10:28:48
21 the conversation.  We've talked about further   10:28:50
22 destructive --                          10:28:52
23      MS. ZEMAN:  AGAIN, I warn the witness --  10:28:53
24      THE DEPONENT:  Sorry.               10:28:56
25      MS. ZEMAN:  -- to discuss only what   10:28:56
                                         Page 38

1 you've considered.                       10:28:58
2      A.  ███████████████████████

[redacted]

                                         Page 39

7      Q.  With regard to your idea of obtaining an  10:30:49
8 exemplar tank and placing it under similar   10:31:00
9 circumstances as what happened here, what similar   10:31:05
10 circumstances would you place an exemplar tank   10:31:09
11 under --                                10:31:12
12      A.  I haven't --                  10:31:13
13      Q.  -- for purposes of this potential   10:31:14
14 testing?                               10:31:15
15      A.  I haven't completely outlined a test   10:31:15
16 protocol at this point, but essentially evaluating --  10:31:16
17 so I had asked counsel to request from Chart   10:31:21
18 information regarding consumption rates of nitrogen in  10:31:23
19 the event of a loss of vacuum, not a loss of   10:31:28
20 containment of the liquid nitrogen.  And my   10:31:33
21 understanding is that has not been produced, isn't   10:31:37
22 available, or for whatever reason, I don't have it.   10:31:39
23 So that would be one area that we'd look at.  I think  10:31:43
24 there's a question -- a question you supposed earlier  10:31:47
25 in the deposition as to how much nitrogen may have   10:31:49
                                         Page 40

1 been in the tank, and I think I answered that at least  10:31:51
2 from the top of the box is 11 inches on up, 3 times   10:31:54
3 10.3, around 30-some liters, and then the boxes take   10:31:59
4 up a certain amount of volume.  So below that I don't  10:32:04
5 have even enough information about what was in there   10:32:09
6 to do calculations to determine how much the contents  10:32:10
7 have occupied.  So, you know, one of the areas I   10:32:13
8 propose that we should probably take a look at is what  10:32:17
9 exactly was in there and roughly what amount of volume  10:32:20
10 below 11 inches was consumed by structure and samples  10:32:25
11 and therefore what volume would be left of nitrogen.   10:32:28
12      And I think the other question, again,   10:32:34
13 is not knowing in detail the sieve contents, the   10:32:37
14 insulation issue, what the exact volume of the vacuum  10:32:40
15 space is in an absence of a number provided by Chart,  10:32:46
16 which I also had asked for from counsel, using the   10:32:49
17 exemplar tank to evaluate that volume so we have an   10:32:53
18 idea of how much of the nitrogen may have been sucked  10:32:56
19 down and at what rate.                    10:32:59
20      Q.  What do you know, if anything, about the  10:33:01
21 space taken up by the contents within Tank 4?   10:33:04
22      A.  What I can glean from pictures and   10:33:10
23 descriptions and catalog, you know, I would say at   10:33:14
24 this point quantitatively not much more than the   10:33:19
25 height of the rack or the boxes is approximately 11   10:33:24
                                         Page 41

11 (Pages 38 - 41)

| | |
|---|---|
| 1 inches.                                      10:33:30 | 1      MR. TARANTINO:  For whom?          10:36:32 |
| 2      Q.   And so you don't know at present what   10:33:37 | 2      THE DEPONENT:  Conaghan.           10:36:34 |
| 3 the volume of space is that was taken up by the   10:33:42 | 3      MR. TARANTINO:  Doctor.            10:36:37 |
| 4 cannisters or the racks as well as the samples; is   10:33:46 | 4      Q.   (BY MR. SMITH)  So in your opinion,   10:36:38 |
| 5 that right?                                  10:33:49 | 5 Dr. Kasbekar, is 1 inch of liquid nitrogen an unsafe   10:36:41 |
| 6      A.   I do not.  I would point out that I did   10:33:49 | 6 level?                                    10:36:44 |
| 7 request exemplar components to be present at the last   10:34:02 | 7      A.   You're going outside of my direct area   10:36:45 |
| 8 inspection, but for whatever reason, that did not   10:34:06 | 8 of expertise, but I would say given that the intention   10:36:50 |
| 9 happen.                                     10:34:10 | 9 is to keep the racks covered, it would seem to be an   10:36:56 |
| 10      Q.   What type of exemplar components?     10:34:10 | 10 unsafe level, but again in terms of what level of   10:37:00 |
| 11      A.   The racks or something similar to what   10:34:15 | 11 cooling beyond what I've read in other experts'   10:37:04 |
| 12 was in Tank Number 4 at the time of failure.     10:34:19 | 12 reports, without -- if you take the number of 150 C as   10:37:06 |
| 13      Q.   You visited and photographed the PFC   10:34:22 | 13 you get warmer than that, or negative 150 C, that   10:37:11 |
| 14 laboratory in San Francisco in September of 2018,   10:34:25 | 14 there's an issue, I would have to look at what 1 inch   10:37:15 |
| 15 right?                                      10:34:28 | 15 would do and where the exact tissue was located.  So   10:37:19 |
| 16      A.   I did.                           10:34:28 | 16 this is more intended to characterize what I gleaned   10:37:22 |
| 17      Q.   And in the second sentence of your     10:34:28 | 17 from the deposition testimony and conversations with   10:37:26 |
| 18 report --                                    10:34:30 | 18 other experts.                              10:37:29 |
| 19      A.   What page are you on?              10:34:31 | 19      Q.   Okay.  So your writing that the liquid   10:37:30 |
| 20      Q.   It's on Page 2.  In the second sentence   10:34:32 | 20 level -- strike that.  So your writing in this report   10:37:34 |
| 21 of your report in the Background section on Page 2   10:34:48 | 21 that the level of liquid nitrogen reaching below a   10:37:37 |
| 22 reads, quote, "The PFC laboratory is operated by     10:34:51 | 22 safe level is based upon your understanding from other   10:37:40 |
| 23 Prelude Fertility, Inc. and its subsidiary Pacific MSO   10:34:55 | 23 documents?                                 10:37:42 |
| 24 LLC."  Do you see that?                      10:34:57 | 24      A.   Yes, and it's also based upon my       10:37:45 |
| 25      A.   I do.                            10:34:59 | 25 understanding that the desired level was in the 10 to   10:37:47 |
|                                          Page 42 |                                          Page 44 |

| | |
|---|---|
| 1      Q.   And is it your understanding that       10:35:00 | 1 11-inch range and that you're well below it.  So if   10:37:49 |
| 2 Prelude Fertility and its subsidiary, Pacific MSO,   10:35:02 | 2 that's the range that is deemed reasonably safe for   10:37:54 |
| 3 LLC, operated the laboratory at all relevant times?   10:35:08 | 3 the storage of those contents and you're at 10 percent   10:37:58 |
| 4      A.   That's my general understanding.  I'm   10:35:20 | 4 or less of that level, I would consider that to be   10:38:01 |
| 5 not sure what you consider to be all relevant times,   10:35:22 | 5 unsafe, but in terms of the effect on the tissue, I   10:38:05 |
| 6 but that was my understanding from what was expressed   10:35:24 | 6 would leave that to somebody else to render an opinion   10:38:10 |
| 7 to me from counsel as well as reading some of the   10:35:26 | 7 on.                                       10:38:12 |
| 8 documents, but, again, it is put in there for       10:35:28 | 8      Q.   Is it your assumption that if the liquid   10:38:12 |
| 9 informational purposes.  I don't know that it's     10:35:31 | 9 level reaches 1 inch or below that the eggs and     10:38:16 |
| 10 something that I relied upon for my engineering    10:35:33 | 10 embryos within the tank would be exposed to unsafe   10:38:21 |
| 11 opinions.                                   10:35:35 | 11 temperatures?                              10:38:24 |
| 12      Q.   On the top of Page 3, you write that on   10:35:35 | 12      MS. ZEMAN:  Objection, outside his area   10:38:25 |
| 13 March 4th of 2018, the level of liquid nitrogen in   10:35:49 | 13 of expertise.                               10:38:27 |
| 14 Tank 4, quote, had been below a safe level for an   10:35:55 | 14      A.   I don't know that it's an assumption.   10:38:30 |
| 15 undetermined period, end quote.  Do you see that?   10:36:01 | 15 My understanding is that the samples contained within   10:38:32 |
| 16      A.   Yes.                            10:36:03 | 16 this tank have yielded below normal results, and that   10:38:36 |
| 17      Q.   And you go on in this paragraph to      10:36:04 | 17 more likely than not is due to result of this       10:38:45 |
| 18 indicate that according to Dr. Conaghan -- or      10:36:06 | 18 incident.  So assuming that that is accurate, then   10:38:48 |
| 19 Mr. Conaghan, the liquid nitrogen level was found to   10:36:10 | 19 that would imply that the level that it was found out   10:38:55 |
| 20 be approximately 1 inch; is that right?          10:36:14 | 20 would have been an unsafe level for protecting the   10:38:57 |
| 21      A.   I think that -- well, that was the       10:36:18 | 21 contents.  That's essentially the essence of my     10:39:01 |
| 22 measurement of the dip stick that they ultimately   10:36:21 | 22 analysis and opinion in that regard.           10:39:03 |
| 23 took, so that was the level when they took that     10:36:24 | 23      Q.   (BY MR. SMITH)  Okay.  So your         10:39:05 |
| 24 measurement.  Is it doctor or mister?          10:36:27 | 24 understanding is that to the extent outcomes of     10:39:06 |
| 25      Q.   I don't know.                     10:36:30 | 25 samples that were in Tank 4 at the time of the     10:39:10 |
|                                          Page 43 |                                          Page 45 |

12 (Pages 42 - 45)

1 incident are below normal, that is a reflection of the   10:39:14
2 fact that the liquid level -- the liquid nitrogen   10:39:18
3 level in Tank 4 reached an unsafe level; is that   10:39:22
4 right?   10:39:25
5      A.   Yeah.  Maybe I can make it even simpler.   10:39:25
6      Q.   Yes.   10:39:28
7      A.   If, in fact, the issue that was stored   10:39:28
8 in that tank was damaged as a result of this incident,   10:39:34
9 that the level that the tank was in when it was found   10:39:36
10 would have been an unsafe level.  I mean, I think   10:39:40
11 that's commonsense logic.  If for some reason it's   10:39:43
12 established that the tissue was the way it would have   10:39:47
13 been had nothing happened, then, obviously, that can   10:39:51
14 be re-evaluated.   10:39:54
15      Q.   Okay.  You write on Page 4 at the very   10:39:54
16 top, quote, "As a result of the failure of the subject   10:40:03
17 tank, stored eggs and embryos were more likely than   10:40:07
18 not exposed to elevated temperatures."  Do you see   10:40:13
19 that?   10:40:16
20      A.   Yes.   10:40:16
21      Q.   And that's your opinion, right?   10:40:16
22      A.   It's my opinion based upon the materials   10:40:18
23 that I reviewed and my understanding of the   10:40:20
24 characteristics of the tank.   10:40:24
25      Q.   And do you have any estimate as to how   10:40:25

Page 46

1 warm the temperatures got within the tank?   10:40:28
2      A.   No.   10:40:30
3      Q.   You mentioned the 150 degrees a moment   10:40:31
4 ago.  Why did you mention that number?   10:40:34
5      A.   In some of the materials that were filed   10:40:37
6 with the class certification brief, other expert   10:40:40
7 reports, I think, primarily from Plaintiff's expert   10:40:46
8 Christin -- and I'm sorry.  I'm blocking her last   10:40:51
9 name.   10:40:54
10      MS. ZEMAN:  Allen.   10:40:54
11      THE DEPONENT:  What is it?   10:40:55
12      MS. ZEMAN:  Allen.   10:40:56
13      A.   Christin Allen, I think there was --   10:40:58
14 reference to the temperature range in the neighborhood   10:41:00
15 of 150 is kind of based on memory as a -- there was a   10:41:03
16 window she provided.  So before I go on the record and   10:41:08
17 say 150 C is some critical number, I'm just trying to   10:41:11
18 give you an approximation based upon the review of her   10:41:12
19 report.  It really is outside of my area of expertise.   10:41:14
20      Q.   (BY MR. SMITH)  Why in your opinion is   10:41:21
21 exposure to elevated temperatures important?   10:41:23
22      A.   Because the whole purpose of the Chart   10:41:26
23 tank at issue here is to maintain liquid nitrogen   10:41:30
24 temperatures in order to safely store the embryos and   10:41:33
25 other materials that were in that tank.   10:41:37

Page 47

1      Q.   Do different temperatures exist within a   10:41:41
2 cryogenic storage tank?   10:41:47
3      A.   Yes.   10:41:47
4      Q.   And is there a degradation -- is there a   10:41:47
5 gradation of temperatures within the tank?   10:41:50
6      A.   A gradation?   10:41:53
7      Q.   Yes.   10:41:55
8      A.   Yes.   10:41:56
9      Q.   And what is that gradation?   10:41:56
10      A.   I don't know for that -- it would vary   10:41:58
11 from tank to tank, and perhaps it would vary along   10:42:00
12 with the operation of the tank, the ambient   10:42:03
13 temperature of the room.  I don't know a hard answer   10:42:07
14 to that, but what I will tell you is it goes from the   10:42:09
15 temperature of the liquid nitrogen itself up to   10:42:12
16 whatever the warmest temperature might be closer to   10:42:16
17 the lid, where there's going to be vapor.   10:42:19
18      Q.   And so the temperature of liquid   10:42:20
19 nitrogen is minus 196 degrees Celsius, right?   10:42:23
20      A.   Correct.   10:42:27
21      Q.   And if you're -- at the bottom of the   10:42:27
22 tank, there's liquid nitrogen, and that would be the   10:42:30
23 temperature there; is that right?   10:42:32
24      A.   Correct.   10:42:36
25      Q.   And then at the top, is it true that the   10:42:37

Page 48

1 greatest amount of heat transfer occurs through the   10:42:38
2 lid of the tank because there's no vacuum insulation   10:42:41
3 there?   10:42:44
4      MS. ZEMAN:  Objection to form.   10:42:45
5      A.   That would be my expectation.  You have   10:42:46
6 a very thick layer of Styrofoam, but then you also   10:42:48
7 have an unsealed perimeter, so I would expect along   10:42:51
8 that perimeter would be where the warmest temperatures   10:42:56
9 would be.   10:42:59
10      Q.   (BY MR. SMITH)  And do you have an   10:42:59
11 understanding as to what the temperatures are in a   10:43:00
12 normal operating cryogenic tank at the top?   10:43:09
13      A.   I may have read something along the way   10:43:12
14 in the documents, but no, I don't know exactly what   10:43:14
15 that temperature is.  Again, I would say it would   10:43:16
16 depend on the ambient conditions in the room also and   10:43:18
17 when the top was last replaced and probably, to some   10:43:21
18 extent, on the level of nitrogen in the tank also.   10:43:27
19      Q.   But it's fair to say that the   10:43:31
20 temperatures at the bottom of the tank are typically   10:43:32
21 colder than the temperatures at the top of the tank?   10:43:35
22      A.   I would agree with that, absent some   10:43:37
23 unusual circumstances.   10:43:39
24      Q.   And is it because of temperature   10:43:40
25 differentials within a tank that Chart recommends   10:43:43

Page 49

13 (Pages 46 - 49)

1 placing thermocouples at two locations within the   10:43:46
2 tank?   10:43:51
3    A.  That's my understanding.   10:43:51
4    Q.  And is it your understanding that   10:43:52
5 thermocouples are supposed to be located, one, at the   10:43:54
6 bottom of the tank and, then, two, at the top of the   10:43:57
7 boxes or within the samples of the tank?   10:44:02
8    A.  That's my understanding.  I'm not sure   10:44:05
9 if they're thermocouples or RTDs, but either way,   10:44:07
10 temperature measurement probes.   10:44:12
11    Q.  Do you agree if only 1 inch of liquid   10:44:16
12 nitrogen existed within Tank 4 as of March 4th of   10:44:21
13 2018, the eggs and embryos closer to the top of the   10:44:25
14 tank would be exposed to higher temperatures than the   10:44:29
15 eggs and embryos near the bottom?   10:44:33
16    A.  I think the answer is yes, but I didn't   10:44:36
17 hear the very first of your question.  You said if?   10:44:40
18    Q.  Do you agree that if there was only 1   10:44:43
19 inch of liquid nitrogen at the bottom of Tank 4 as of   10:44:43
20 March 4th, 2018, that the eggs and embryos near the   10:44:46
21 top of the tank would be exposed to higher   10:44:50
22 temperatures than the eggs and embryos near the bottom   10:44:53
23 of the tank?   10:44:57
24    A.  I think in principle, yes, but not   10:44:59
25 knowing the spacing between those, I have no idea   10:45:02

Page 50

1 whether that's a significant difference at all.  I   10:45:04
2 mean, if they're close together, it may be a couple   10:45:07
3 degrees.  If they're farther apart, it could be more,   10:45:13
4 but I really, beyond the commonsense part of it . . .   10:45:13
5    Q.  Do you know whether or not Chart   10:45:19
6 recommends that the maximum temperature for biological   10:45:21
7 samples be minus 150 degrees Celsius?   10:45:24
8    A.  I don't know.   10:45:28
9    Q.  Can elevated temperatures within a   10:45:28
10 cryogenic tank cause stress to the tank itself?   10:45:35
11    A.  It's possible, yes.   10:45:41
12    Q.  If there was a sequence of warming and   10:45:42
13 cooling events in a cryogenic tank, would that cause   10:45:46
14 stress to the tank?   10:45:51
15    A.  So you asked me earlier about my   10:45:52
16 expertise in thermal expansion/contraction which   10:45:55
17 applies to cryogenic tanks, is exactly relevant to   10:45:59
18 your question.  So the answer is if you've got   10:46:05
19 temperature cycling of any sort, then that cycling is   10:46:05
20 going to result in additional stresses on parts of the   10:46:08
21 tank.  It's foreseeable stress that can be and should   10:46:11
22 be accounted for in the design and fabrication of the   10:46:17
23 tank, but yes, if you have a tank that is in a   10:46:19
24 complete steady-state condition versus a tank where   10:46:21
25 there's a variation in temperature, then the thermal   10:46:25

Page 51

1 expansion/contraction is going to affect parts of the   10:46:29
2 tank.   10:46:33
3    Q.  And how does it affect parts of the   10:46:33
4 tank, generally?   10:46:36
5    A.  Well, in metals, when you heat a metal,   10:46:36
6 it tends to expand, and when you cool a metal, it   10:46:39
7 tends to contract.  If you've got different metals,   10:46:43
8 they have different coefficients of thermal expansion   10:46:46
9 and contraction, and even if they don't, based upon   10:46:50
10 geometry, you can generate stresses from temperature   10:46:55
11 changes.   10:46:58
12    Q.  Do you know whether or not temperature   10:46:58
13 cycling can have an effect on the gettering system of   10:47:03
14 a cryogenic tank?   10:47:08
15    A.  I would expect that it could because   10:47:15
16 depending on -- lower temperatures are going to tend   10:47:18
17 to result in gases condensing.  Higher temperatures   10:47:21
18 are going to have the effect of anything that can   10:47:26
19 outgas, outgassing and taking up some of the   10:47:30
20 capability of the gettering system.   10:47:38
21    Q.  What is your understanding of what the   10:47:43
22 gettering system is within a Chart tank?   10:47:44
23    A.  It's a -- I don't know what the exact   10:47:48
24 material that is used is in the Chart tank, but the   10:47:51
25 purpose of it is to absorb any contaminants, gases   10:47:54

Page 52

1 that may form within the vacuum space to keep those   10:48:00
2 gases from expanding and destroying the vacuum.  And I   10:48:04
3 actually have experience with that from some of the   10:48:09
4 research I did as an undergrad and graduate from some   10:48:12
5 of the systems I built.  You know, it's difficult to   10:48:16
6 maintain a high vacuum.  And if you suck a vacuum on   10:48:17
7 something and say there's some contaminant, maybe some   10:48:21
8 oil from the machining process that's within the   10:48:24
9 vacuum space, as you suck the vacuum, that oil is   10:48:26
10 going to turn to vapor, take up more volume.  So   10:48:30
11 anything that has potential to outgas as solid with   10:48:31
12 something that's got a lower boiling point within it,   10:48:38
13 it may outgas.  If you can somehow gather or get that   10:48:40
14 contaminant, then that will help to preserve a lower   10:48:45
15 vacuum.   10:48:50
16    Q.  Is a gettering system sometimes called a   10:48:51
17 molecular sieve?   10:48:55
18    A.  I've heard that term before, yes.   10:48:56
19    Q.  And is that because it absorbs   10:48:57
20 molecules?   10:49:00
21    A.  Yes.  So the molecule itself will either   10:49:01
22 absorb or perhaps even bond with something in the   10:49:03
23 gettering agent.   10:49:06
24    Q.  ███████████████████████████████████████

Page 53

14 (Pages 50 - 53)

1 of liquid nitrogen with respect to Tank 4 would be          10:52:10
2 some level above and beyond what would cover the           10:52:15
3 samples within the tank?          10:52:18
4     A.   That's correct.          10:52:25
5     Q.   You indicated you read and reread the          10:52:26
6 deposition of Dr. Joe Conaghan, right?          10:52:29
7     A.   Correct.          10:52:33
8     Q.   And he testified in his deposition that          10:52:33
9 11-inch cannisters were used to store tissue in,          10:52:36
10 right?          10:52:39
11     A.   That's my understanding.          10:52:40
12     Q.   Do you know how samples are stored          10:52:41
13 within the cannisters?          10:52:43
14     A.   I don't have a complete-enough          10:52:44
15 understanding at this point to tell you at what level          10:52:45
16 the biological tissue exists in.          10:52:49
17     Q.   I -- go ahead.          10:52:55
18     A.   I have a general understanding that          10:52:56
19 they're in straws that I think are in canes that are          10:52:57
20 in the box, but beyond that general understanding, I          10:53:01
21 don't know.          10:53:05
22     Q.   And what's your understanding of the          10:53:05
23 straws within the canes within the box, if you have          10:53:08
24 one?          10:53:11
25     A.   I think I've really given you the limit.          10:53:11

Page 56

16     Q.   Do you have any opinion as to what a          10:50:12
17 safe level of liquid nitrogen is in an MVE 808          10:50:21
18 cryogenic tank?          10:50:30
19     A.   My only opinion would be dependent on          10:50:31
20 the contents of the tank and the manner of storage and          10:50:33
21 the requirements to maintain the integrity of the          10:50:36
22 contents of the tank.          10:50:38
23     Q.   Is --          10:50:39
24     A.   I don't think that question can be          10:50:41
25 answered.  That's too general.          10:50:42

Page 54

1 I don't know how high up the tissue goes.  Again, that          10:53:15
2 was one of the reasons I wanted to see for that          10:53:18
3 particular tank what exactly was in there or what --          10:53:20
4 something similar to what was in there so I could get          10:53:27
5 a better understanding of it for that particular          10:53:29
6 setup.          10:53:32
7     Q.   Is it your understanding that different          10:53:33
8 stacks of samples may be higher than other stacks of          10:53:35
9 samples within a tank?          10:53:39
10     A.   That's my general understanding.          10:53:40
11     Q.   And what's that based upon?          10:53:42
12     A.   Conversations, I think, with Christin          10:53:44
13 Allen early on in the case, looking at some of the          10:53:48
14 rack designs for various tanks online, what type of          10:53:56
15 thing.          10:53:59
16     Q.   And you mentioned conversations with          10:53:59
17 Christin Allen.  Were those in connection with our          10:54:02
18 visits to the multiple facilities or were those          10:54:08
19 separate?          10:54:11
20     A.   It was in connection with the visit to          10:54:11
21 PFC primarily.          10:54:13
22     Q.   And do you recall what she said about          10:54:14
23 the stacking of samples within cannisters?          10:54:16
24     A.   I think she was generally explaining it          10:54:19
25 to counsel, and I was nearby, but it was more with          10:54:21

Page 57

1     Q.   Assuming the contents of Tank 4 were a          10:50:44
2 series of cannisters that were 11 inches tall, do you          10:50:48
3 have an opinion as to what a safe level of liquid          10:50:52
4 nitrogen would be within that tank?          10:50:55
5     A.   Well, I think the minimum required level          10:50:57
6 would be, from what I understand -- and you're getting          10:51:02
7 outside of my area of expertise into the          10:51:05
8 embryologist's area of expertise -- would be to          10:51:09
9 submerse the contents in liquid nitrogen.  That's my          10:51:12
10 understanding from this case.  Now, I wouldn't call          10:51:15
11 that minimum level a safe level because you need to          10:51:17
12 have an additional buffer to account for consumption          10:51:20
13 of the nitrogen due to the inefficiency of the tank to          10:51:25
14 be a sufficient insulator, due to the foreseeable use          10:51:32
15 of the tank lid and you're going to lose nitrogen, so          10:51:36
16 there would be some buffer in there.          10:51:39
17         My understanding is that PFC considered          10:51:41
18 that level at the end of the day to be 2 to 3 inches          10:51:45
19 above the top of the ranks.          10:51:49
20     Q.   You understand that the Tank 4 Chart          10:51:52
21 tank was a tank that was designed to submerge samples          10:51:58
22 in liquid nitrogen as opposed to have samples exist in          10:52:03
23 vapor, right?          10:52:06
24     A.   That's my understanding.          10:52:07
25     Q.   So is it your opinion that a safe level          10:52:08

Page 55

1 regard to the glass straws, breakage. It was          10:54:28
2 explained to me that some breakage -- because I          10:54:33
3 noticed in photos there were fragments of glass in the   10:54:36
4 bottom, and she said that wasn't atypical to have        10:54:39
5 something like that.          10:54:42
6        MR. SMITH: Okay. Let me mark as          10:54:55
7 this -- let me mark this as Exhibit 2.          10:55:00
8        (Deposition Exhibit 2 was marked.)          10:55:01
9        MR. SMITH: And so for the record, I          10:55:21
10 marked as Exhibit 2 a document that is Bates-stamped,   10:55:23
11 even though it's very difficult to see, MSO 023987      10:55:27
12 and --          10:55:35
13    A. I'll take your word for it because it's    10:55:35
14 impossible to see on mine.          10:55:37
15    Q. (BY MR. SMITH) And, Dr. Kasbekar, is    10:55:39
16 this the exemplar tank photo that you reference in      10:55:43
17 your report?          10:55:47
18    A. I believe that it is. Without comparing    10:55:48
19 it, I'm not positive.          10:55:52
20    Q. I'll represent to you that it is Item 26    10:55:53
21 as referenced in your report on Page 8.          10:55:56
22    A. Okay. I have no reason to disagree with    10:56:00
23 that, but I'm not looking at my particular one, but it   10:56:10
24 seems reasonable.          10:56:14
25    Q. One of the documents that you reviewed    10:56:15
Page 58

1 and I guess relied upon in connection with your report   10:56:18
2 was a photograph of an exemplar tank, right?          10:56:20
3    A. Correct.          10:56:24
4    Q. And I've represented to you that this is    10:56:25
5 the photo that was cited in your report. What is your   10:56:29
6 understanding of what these squares are or the general   10:56:33
7 square shapes?          10:56:39
8    A. I think that's the rack or the boxes    10:56:41
9 that have been referred to in depositions.          10:56:43
10    Q. And does it appear to you that in this    10:56:44
11 exemplar tank at least, certain of the boxes are    10:56:49
12 taller than other boxes?          10:56:51
13    A. It does.          10:56:53
14    Q. And do you know why that is?          10:56:53
15    A. Beyond an assumption that they're    10:56:56
16 stacked or the canes are different sizes, no, I really   10:56:59
17 don't.          10:57:02
18    Q. And when you say "cane," what does that    10:57:03
19 mean?          10:57:05
20    A. Well, my understanding is that a straw,    10:57:05
21 which is something similar to a capillary tube, is    10:57:10
22 placed inside a cane, which is placed inside a box.    10:57:14
23 That's my general understanding. It's not an area    10:57:17
24 that I focused a lot of attention on. Again, my hopes   10:57:20
25 was or are that at some point we will get sufficient    10:57:24
Page 59

1 documentation or exemplar to say, hey, this most    10:57:27
2 probably was inside that space at the time.          10:57:32
3    Q. Okay. I actually don't know. So is it    10:57:33
4 your understanding that a cane is like a test tube?    10:57:36
5    A. I think a test tube but more maybe a    10:57:39
6 metal -- metal or glass.          10:57:45
7    Q. You said capillary; is that like a blood    10:57:48
8 draw tube?          10:57:51
9    A. Yes, something like that. You're really    10:57:52
10 pushing me on my expertise, so your understanding is    10:57:53
11 probably not a whole lot worse than mine.          10:57:59
12    Q. In your report on Page 3, going back to    10:58:01
13 Page 3, you summarized Dr. Conaghan's testimony that    10:58:05
14 he did not find any ice buildup around the lid?          10:58:18
15    A. Correct.          10:58:26
16
Page 60

**Page 62**

1 [REDACTED]

15  Q.  And you just said if you emptied a        11:01:02
16 storage tank, you would have frost.            11:01:07
17  A.  Yes.                                      11:01:10
18  Q.  Can you explain what you mean by that?    11:01:10
19  A.  When you have expansion of gas, you have  11:01:12
20 a cooling effect.  So when I used to fill dewars up,  11:01:15
21 and you open up and the gas is flowing out, you're   11:01:19
22 generally going to cause cooling to the outer tank,  11:01:22
23 and then the humidity in the room will condense on   11:01:26
24 that cold surface relatively quickly and form frost.  11:01:29
25  Q.  The existence of ice on the outside of a  11:01:33

**Page 63**

1 tank would indicate a failure of the vacuum in the   11:01:37
2 tank, right?                                   11:01:39
3  A.  Say that one more time.  I was looking    11:01:42
4 at my report.                                  11:01:44
5  Q.  Yes.  The existence of ice on the         11:01:46
6 outside of a tank would indicate a failure of the    11:01:48
7 vacuum in the tank, right?                     11:01:52
8  A.  It certainly could, yes.  Are we talking  11:01:54
9 about -- so tanks are generally sealed.  Dewars are  11:01:58
10 generally more -- they're open to atmospheric  11:02:02
11 pressure, even with the lid on, really, unless  11:02:06
12 something has gone wrong, the internal part is not -- 11:02:08
13 so, yes, in a dewar, that would be the case.   11:02:14
14  Q.  And Tank 4 is a dewar?                    11:02:17
15  A.  Tank 4 is absolutely a dewar.             11:02:19
16  Q.  So would you expect if there was a        11:02:21
17 vacuum failure in Tank 4 that the outside of the  11:02:24
18 vacuum would be covered in ice?                11:02:27
19  A.  Eventually, yes.  After some period of    11:02:28
20 time, yes, not necessarily the instant that the vacuum  11:02:30
21 fails.                                         11:02:32
22  Q.  And to your knowledge, is there any       11:02:34
23 evidence that indicates that Tank 4 was at any time  11:02:35
24 covered in ice?                                11:02:39
25  A.  I don't know that there's -- there's      11:02:40

**Page 64**

1 certainly not from the testimony evidence prior to  11:02:42
2 this event that that was the case, and then there's a  11:02:45
3 20-some-hour period where nobody is observing the  11:02:49
4 tank.  So we don't know the answer to that.  And then  11:02:53
5 there's the period where they get to it, and my  11:02:57
6 understanding of the testimony -- of Dr. Conaghan's  11:02:59
7 testimony is that there was no visible ice buildup,  11:03:03
8 but he makes a point of he did not look underneath the  11:03:08
9 tank where I would expect the initial frost to build  11:03:12
10 up.                                            11:03:15
11  Q.  Why would you expect the frost to build   11:03:19
12 up at the bottom of the tank at first?         11:03:22
13  A.  Because based on what we found thus far,  11:03:23
14 the only positive leak site that we've identified is  11:03:34
15 in the annular weld at the bottom of the tank, and  11:03:38
16 that's literally, you know, right at the false  11:03:43
17 level -- close to the level of the false bottom, give  11:03:46
18 or take a centimeter or so.  That crack would have  11:03:48
19 allowed nitrogen to enter into the vacuum space,  11:03:54
20 liquid nitrogen, which is heavier than air.  Would  11:03:58
21 have migrated to the lowest point, which would have  11:04:04
22 been the bottom, until it got to the point where it  11:04:06
23 filled at least to the level of the crack, you know,  11:04:10
24 if there was sufficient nitrogen in the tank to do  11:04:13
25 that at the time.  So therefore, you've got liquid  11:04:17

**Page 65**

1 nitrogen at 196 in direct contact with the stainless  11:04:21
2 steel bottom of the tank.  Stainless isn't an ideal  11:04:25
3 conductor, but it's still a much better conductor than  11:04:28
4 air or vacuum space.  You're going to have a very cold  11:04:31
5 bottom of that tank within, you know, probably  11:04:35
6 seconds, and any humidity in the air is going to tend  11:04:38
7 to condense out on that cold surface, so the surface  11:04:41
8 is going to be, you know, close to the temperature of  11:04:44
9 the liquid nitrogen, you know, warmer, but certainly  11:04:47
10 below freezing.  It's going to develop frost at that  11:04:50
11 point until the nitrogen is consumed and it starts to  11:04:53
12 warm and that frost melts and drips down onto the  11:04:56
13 floor.                                         11:05:00
14  Q.  Wouldn't you expect that if 20 to 30      11:05:03
15 liters of liquid nitrogen entered the interstitial  11:05:06
16 space that there would be a thick layer of ice near  11:05:13
17 the bottom of Tank 4?                          11:05:19
18  A.  Depending on when that happens, yes.  I   11:05:22
19 mean, if -- so let's say that this happened 20 hours  11:05:27
20 ago.  That layer of ice may have melted over time.  If  11:05:31
21 it happened 10 seconds ago or 2 minutes ago, no, I  11:05:38
22 wouldn't necessarily expect it all to condense out and  11:05:43
23 freeze and to form a thick layer of ice.  But  11:05:45
24 regardless, I don't know how visible -- if it's on the  11:05:49
25 bottom of the tank, you know, I don't think we're  11:05:52

17 (Pages 62 - 65)



1  talking 6 inches of ice necessarily, but if it's,    11:05:56
2  let's say, a half inch or so of frost on there, I    11:06:00
3  don't know how visible that would be without making a  11:06:04
4  concerted effort to look underneath or at the bottom   11:06:06
5  of the tank.                                          11:06:10
6      Q.  Okay.  You also indicate in your report      11:06:10
7  that the liquid nitrogen when it entered into the     11:06:12
8  interstitial space flashed into a gas, right?        11:06:17
9      A.  Initially, if -- so assuming that            11:06:19
10 there's vacuum in there and there's a crack and      11:06:21
11 nitrogen enters into that space where there's --      11:06:25
12 you're sucking it in, there's still a lower pressure,  11:06:28
13 and that outer wall is warmer, I think there's a good  11:06:32
14 chance that it would very quickly vaporize, but then   11:06:36
15 at some point, sufficient liquid would be entering the  11:06:40
16 vacuum space to maintain liquid in the vacuum space.   11:06:42
17     Q.  To the extent it did turn into a gas,         11:06:44
18 that gas would be able to permeate the interstitial   11:06:47
19 space around the tank, right?                         11:06:53
20     A.  I think it would -- I think, without         11:06:55
21 having dissected the tank, my answer is probably yes.  11:06:57
22 That could change, but I don't know what the          11:07:00
23 insulation is doing, but I would suspect that would be  11:07:02
24 the case.                                             11:07:06
25     Q.  And if a liquid nitrogen vapor was           11:07:07

Page 66

1  allowed to permeate the entire interstitial space,    11:07:08
2  wouldn't you expect to see condensation or frost      11:07:12
3  around the entire tank?                               11:07:15
4      A.  Eventually, yes, but that vapor is           11:07:16
5  competing with the ambient room temperature, which is  11:07:19
6  warming the outside.  So what I would expect and kind  11:07:23
7  of my experience handling liquid nitrogen is the lower  11:07:27
8  part of the tank would be the coldest, you would see  11:07:31
9  frost develop there first, and as the liquid nitrogen  11:07:34
10 cooled that metal to a sufficient temperature, you    11:07:40
11 would start to see frost develop higher and higher up  11:07:43
12 with time.  And then as time went on and the nitrogen  11:07:46
13 depleted, you would tend to see that frost line come   11:07:51
14 down and melt and drip onto the floor.                11:07:53
15     Q.  I think it's your opinion that the tank      11:07:56
16 floor failure was catastrophic and sudden at some     11:08:01
17 point between 7:30 a.m. and 12:20 p.m. on March 4th;  11:08:07
18 is that right?                                        11:08:15
19     A.  I would probably broaden it a little bit     11:08:15
20 more.  I would say there was a catastrophic failure   11:08:19
21 that likely occurred between the time that the staff  11:08:22
22 left on Saturday and shortly prior to the point that  11:08:26
23 the issue was discovered with Tank 4.                 11:08:32
24     Q. ███████████████████████
███████████████████████████████████████  11:08:49

Page 67

17     Can I interrupt for one second?                  11:11:01
18     Q.  Sure.                                        11:11:01
19     A.  Because earlier on, you asked me if this     11:11:01
20 is an accurate copy of my report.  You brought up the  11:11:04
21 spacing issue, was it consistent.  I don't have any   11:11:04
22 reason to believe that the language isn't accurate,   11:11:08
23 but certainly there's differences between the report  11:11:11
24 that I submitted and what you're providing to me.  So,  11:11:12
25 for example, if you go to Page 3, my figure caption   11:11:17

Page 69

Page 68

18 (Pages 66 - 69)

1 that was on Page 2 is at the top of Page 3. So   11:11:22
2 somehow likely -- I'm going to guess during the   11:11:27
3 printing process, something with spacing. It's an   11:11:32
4 Adobe issue probably.   11:11:37
5      Q.   Just so we're clear, you're saying in   11:11:39
6 your copy of the report your figure 1 caption is at   11:11:43
7 the bottom of Page 2?   11:11:45
8      A.   Let me check. Yep. It's at the bottom   11:11:47
9 of Page 2 right underneath the figure.   11:11:57
10      Q.   And in the Exhibit 1 that I've given   11:11:59
11 you, the caption is at the top of Page 3?   11:12:02
12      A.   Maybe we can actually even get the -- if   11:12:04
13 you want, have the camera zoom in on the two.   11:12:06
14      MS. ZEMAN: I think you're on different   11:12:10
15 pages.   11:12:11
16      A.   I'm sorry.   11:12:12
17      MS. ZEMAN: This is Figure 1, right?   11:12:13
18      A.   I'm sorry. This is a figure caption   11:12:15
19 that appears in your copy, in defense counsel's copy   11:12:19
20 of the report. So it's there. Appears at the top of   11:12:23
21 Page 2 for some reason. And then it's missing from   11:12:27
22 the figure at the bottom and the spacing is different,   11:12:37
23 which I take exception to because it's very difficult   11:12:42
24 to get those figure captions to be accurate. So now   11:12:45
25 you've undone it, but beyond that, I'm not disputing   11:12:48

Page 70

1 the accuracy of the language in the report.   11:12:51
2      Q.   (BY MR. SMITH) Okay.   11:12:53
3      A.   I think that's it.   11:12:54
4      MS. ZEMAN: Ben, could we get a break   11:12:56
5 sometime in the near future?   11:12:58
6      MR. SMITH: Sure. Let me ask one more   11:13:00
7 question.   11:13:02
8      Q.   (BY MR. SMITH) Assuming liquid nitrogen   11:13:02
9 escaped into the interstitial space in a liquid form   11:13:12
10 at minute 1, how long would it take for condensation   11:13:19
11 or ice to form on the outside of the tank?   11:13:22
12      A.   I don't know the answer to that because   11:13:26
13 I don't know what -- at this point in time at what   11:13:28
14 rate that nitrogen would be entering into interstitial   11:13:33
15 space.   11:13:36
16      Q.   And that would be the factor that would   11:13:36
17 limit -- or that would determine the timing?   11:13:39
18      A.   That certainly would have to do with the   11:13:41
19 extent of any condensation and ice formation on the   11:13:43
20 other side. You know, we have limited examination of   11:13:47
21 the crack, some potential other leak sites that may or   11:13:53
22 may not pan out to be leak sites. So without   11:13:58
23 additional work, getting an exact rate of nitrogen --   11:14:01
24 liquid nitrogen seepage into the vacuum space would be   11:14:07
25 a total guess at this point.   11:14:11

Page 71

1      Q.   You may not know this. What's the   11:14:13
2 thickness of the stainless steel at the bottom of the   11:14:17
3 tank?   11:14:21
4      A.   I don't know it off the top of my head.   11:14:21
5 I'd have to look at your drawings.   11:14:23
6      Q.   Assuming we just poured liquid nitrogen   11:14:25
7 on the top of a stainless steel plate at the same   11:14:28
8 thickness as the bottom of the Chart tank, how long   11:14:32
9 would it take for frost or condensation to develop on   11:14:33
10 the bottom of that plate?   11:14:35
11      A.   I think it would be fairly quickly,   11:14:36
12 within minutes, maybe a little quicker than that   11:14:39
13 depending on -- in North Carolina during the summer,   11:14:39
14 it could be seconds.   11:14:42
15      MR. SMITH: All right. We can take a   11:14:43
16 break.   11:14:44
17      MS. ZEMAN: Thank you.   11:14:45
18      THE VIDEOGRAPHER: The time is 11:14,   11:14:46
19 and we are off the record.   11:14:48
20      (Recess taken.)   11:14:54
21      THE VIDEOGRAPHER: The time is 11:24,   11:25:05
22 and we are back on the record.   11:25:15
23      Q.   (BY MR. SMITH) Dr. Kasbekar, in   11:25:16
24 Exhibit 1, your report, at the bottom of Page 6, you   11:25:20
25 make reference to a recall notice issued by Chart in   11:25:24

Page 72

1 late April of 2018 regarding aluminum tanks, right?   11:25:28
2      A.   Yes.   11:25:32
3      Q.   Why do you make that reference?   11:25:32
4      A.   I think -- as I state in the report, is   11:25:37
5 that reference is in there because it shows that Chart   11:25:39
6 is aware of the fact that if you have a loss of   11:25:46
7 vacuum, it's a significant event that requires   11:25:49
8 immediate attention. And when I say a "loss of   11:25:52
9 vacuum," I'm thinking more along the lines of an   11:25:56
10 immediate loss of vacuum.   11:25:59
11      Q.   Isn't that contained in the Chart manual   11:26:00
12 for MVE tanks?   11:26:03
13      A.   I didn't see anything -- and perhaps I   11:26:04
14 missed it -- that talks about what I would consider a   11:26:06
15 catastrophic loss of vacuum. Vacuum degradation, I   11:26:10
16 know, is addressed throughout the Chart documents, but   11:26:15
17 not something that addresses a crack on the inside of   11:26:18
18 the tank that can lead to not only the loss of vacuum   11:26:22
19 but the infiltration of liquid nitrogen into what was   11:26:24
20 the vacuum space.   11:26:27
21      Q.   Okay. So you agree that Chart discusses   11:26:29
22 loss of vacuum in general, but it doesn't discuss --   11:26:32
23 but you don't recall seeing anything about a   11:26:35
24 catastrophic loss of vacuum?   11:26:37
25      A.   I don't recall seeing anything about a   11:26:39

Page 73

19 (Pages 70 - 73)

**Page 74**

1 catastrophic or sudden loss of vacuum or anything that  11:26:42
2 discusses the introduction of nitrogen into the vacuum  11:26:48
3 space in any of the Chart documents that would have  11:26:52
4 been produced to the end user.  I think in their  11:26:53
5 DFMECA, there's some discussion of that, but not in  11:26:59
6 anything that the clinic would have had access to or a  11:27:03
7 consumer of Chart products would have had access to.  11:27:05
8     Q.   Chart's recall notice only concerned  11:27:09
9 aluminum tanks, right?  11:27:13
10     A.   Correct.  11:27:13
11     Q.   And Tank 4 is not an aluminum tank?  11:27:13
12     A.   No, it's not.  11:27:13
13     Q.   Chart's recall notice involved tanks  11:27:17
14 with a composite neck that used a binding agent?  11:27:17
15     A.   Correct.  11:27:21
16     Q.   And Chart's MVE 808 does not have a  11:27:22
17 composite neck and it doesn't use a binding agent,  11:27:25
18 right?  11:27:27
19     A.   That's correct, unless you call a weld a  11:27:28
20 binding agent.  11:27:31
21     Q.   And the recall notice actually doesn't  11:27:31
22 discuss anything about catastrophic vacuum failures,  11:27:36
23 does it?  11:27:39
24     A.   I don't know if it uses the word  11:27:41
25 "catastrophic," but I think the failure mode is  11:27:42

**Page 75**

1 basically a detachment at the area that's glued, which  11:27:48
2 would lead to a very sudden loss of vacuum.  It  11:27:52
3 doesn't take much of a hole to lose vacuum.  11:27:55
4     Q.   And the recall notice applied only to  11:28:01
5 tanks that were manufactured in New Prague, Minnesota,  11:28:05
6 right?  11:28:15
7     MS. ZEMAN:  Objection, document speaks  11:28:15
8 for itself.  11:28:17
9     A.   Let me get one second to get the  11:28:17
10 document in front of me.  11:28:19
11     MR. SMITH:  I can mark it if you want,  11:28:21
12 and he'll speed things up.  11:28:23
13     (Deposition Exhibit 3 was marked.)  11:28:37
14     Q.   (BY MR. SMITH)  So I've marked as  11:28:37
15 Exhibit 3 a document entitled Important Recall Notice,  11:28:38
16 dated April 23rd, 2018.  Dr. Kasbekar, is this the  11:28:42
17 recall notice that you referenced in your report?  11:28:46
18     A.   It is.  11:28:50
19     Q.   And you see under serial numbers  11:28:51
20 affected, the last paragraph, it states, "This recall  11:28:54
21 does not pertain to Chart products manufactured  11:28:56
22 anywhere other than New Prague, Minnesota, U.S.A."  Do  11:29:00
23 you see that?  11:29:04
24     A.   I do see that.  11:29:04
25     Q.   And do you know where Chart's Tank 4 was  11:29:05

**Page 76**

1 manufactured?  11:29:07
2     A.   I don't recall off the top of my head.  11:29:08
3     Q.   Do you know for a fact that it wasn't  11:29:09
4 manufactured in New Prague, Minnesota?  11:29:13
5     A.   I don't know that for a fact, but it's  11:29:15
6 irrelevant to me because I do concede that is a  11:29:17
7 different type of tank than what's in this recall.  11:29:21
8 Again, the point of my bringing the recall into my  11:29:23
9 report is statements such as immediately remove unit  11:29:25
10 from service, which is an acknowledgment that whether  11:29:30
11 you argue this is a catastrophic loss of vacuum or a  11:29:33
12 more gradual loss of vacuum, if you don't have vacuum,  11:29:36
13 Chart's instructions to customers is to immediately  11:29:41
14 remove the unit from service.  11:29:45
15     Q.   And that would be true any time you have  11:29:48
16 a vacuum dewar, right?  If you lose vacuum, the dewar  11:29:50
17 is not going to work?  11:29:54
18     A.   Well, I think there's a difference  11:29:56
19 between immediately remove it from service and the  11:29:57
20 dewar doesn't work properly, but because you have a  11:30:00
21 loss of vacuum, that's a lot different than having a  11:30:04
22 loss of vacuum where you suck nitrogen into the vacuum  11:30:09
23 space and then structurally compromise the tank.  And  11:30:14
24 then I also think, at least from my review of the  11:30:17
25 Chart documents, the end user is -- to the extent that  11:30:20

**Page 77**

1 they're advised about vacuum space, it's more vacuum  11:30:26
2 degradation, not so much that one minute you could  11:30:30
3 have a functional dewar, and then the next minute you  11:30:34
4 have a dewar that has no vacuum and might, in fact, be  11:30:37
5 draining the cooling medium, the liquid nitrogen, into  11:30:40
6 the vacuum space away from the samples you're trying  11:30:44
7 to protect.  11:30:48
8     Q.   And it is your theory and your  11:30:49
9 assumption that there was a catastrophic vacuum loss  11:30:50
10 in Tank 4, right?  11:30:54
11     A.   I wouldn't call it an assumption.  You  11:30:56
12 can call it a theory, but I think there's pretty good  11:31:00
13 evidence that there was a sudden vacuum loss.  I  11:31:02
14 can't -- and I've tried to envision another way that  11:31:06
15 you have that type of explosion, as we're calling it,  11:31:11
16 that results in that type of deformation of the tank.  11:31:16
17 ███████████████████████████████████
████████████████████████████████████████
███████████████████████
████████████████████████████████████
███████████████████████████████████████
██████████████████████████
25 █████████████████████████████

1 ████████████████████████

████████████████████████

████████████████████████

████████████████████████

████████████████████████

████████████████████████

8      Q.  In your summary of opinions which begins   11:32:23
9  on Page 20 and 21, I'm going to direct your attention   11:32:34
10  to Paragraph 1 on Page 21.  And you note that Tank 4   11:32:41
11  was approximately six years old as of March 4th, 2018,   11:32:49
12  right?                                    11:32:53
13      A.  Correct.                          11:32:54
14      Q.  And as a general matter, do you agree   11:32:54
15  that the expected useful life of a product depends   11:32:56
16  upon how and whether the product is maintained?   11:32:59
17      A.  That's certainly a possibility, but I   11:33:04
18  would expect as a manufacturer and designer that the   11:33:06
19  expected useful life would also account for   11:33:11
20  foreseeable use, foreseeable misuse, and maybe to some   11:33:15
21  extent with certain products foreseeable abuse.   11:33:20
22      Q.  Okay.  What in your opinion is   11:33:24
23  foreseeable misuse and/or abuse of a Chart MVE 808   11:33:26
24  tank?                                     11:33:33
25      A.  Unrelated to anything that occurred to   11:33:33

Page 78

1  equipment, it's got shock monitors on the box.  So if   11:35:03
2  it gets to wherever it's going and those monitors   11:35:06
3  indicate a shock above a certain level, even though   11:35:10
4  there may not be physical damage, I've got a shock   11:35:13
5  indicator that I'm talking to FedEx about and say   11:35:16
6  whatever, this may have damaged our equipment.  Those   11:35:20
7  are --                                    11:35:23
8      Q.  Let me go back to the first one you   11:35:23
9  said.                                     11:35:25
10      A.  Sure.                             11:35:26
11      Q.  Is it in your opinion a foreseeable   11:35:26
12  misuse that someone would allow a cryogenic MVE 808   11:35:28
13  tank to come to room temperature by not filling it   11:35:35
14  with liquid nitrogen and then filling it back up with   11:35:40
15  liquid nitrogen?  I think that's what you said.   11:35:46
16      A.  I mean, I could see that being a   11:35:48
17  foreseeable use.  Unless there are instructions -- and   11:35:54
18  quite frankly, if Chart considers that to be a misuse   11:35:58
19  or abuse, then I would expect there to be an   11:36:00
20  on-product warning saying, "Do not take a room   11:36:04
21  temperature in an MVE 800 tank and place X number of   11:36:07
22  liters of nitrogen into it."  So absent that warning,   11:36:13
23  I think it's a foreseeable use.               11:36:17
24          I'll also tell you that over the years   11:36:19
25  of my experience with dewars is that I take a dewar   11:36:22

Page 80

1  this tank, I could probably sit here for hours and   11:33:38
2  come up with foreseeable misuse.  You could have a   11:33:42
3  situation where somebody is draining the tank to room   11:33:47
4  temperature and then dumping in large amounts of   11:33:51
5  nitrogen quickly.  I think that's a -- you know, maybe   11:33:53
6  a foreseeable misuse, but it depends upon the   11:33:58
7  instructions and warnings that come with the tank.  If   11:34:01
8  there's an instruction or warning that says you need   11:34:03
9  to equilibrate the tank by dumping in a small   11:34:06
10  amount -- a small volume of nitrogen, letting it   11:34:12
11  equilibrate, and adding more, then if somebody were to   11:34:15
12  shock it by not following the instructions, that could   11:34:19
13  be a foreseeable misuse.                     11:34:21
14          If someone were to beat it with a bat to   11:34:23
15  get the lid loose because there's frost on it, that   11:34:26
16  would in my mind be a foreseeable misuse or abuse.   11:34:30
17  You know, handling in transport, if things are not   11:34:35
18  packaged properly or dropped, those are all things   11:34:40
19  that a product manufacturer, designer needs to kind of   11:34:43
20  take into account.  If he's shipping something that's   11:34:46
21  susceptible to especially undetectable damage from   11:34:49
22  shock, then there's packaging and shipping instruments   11:34:52
23  to ensure that that doesn't happen, or if it did   11:34:55
24  happen, that there's some notice.               11:34:58
25          Like, for example, if I ship sensitive   11:35:00

Page 79

1  that's empty and go to a nitrogen tank and fill it and   11:36:26
2  then go to another device and then put nitrogen into   11:36:31
3  that device.  So I wouldn't expect when I go to the   11:36:34
4  nitrogen tank to fill my dewar that because I filled   11:36:39
5  an empty dewar that's going to cause a dewar to   11:36:42
6  fail prematurely.                          11:36:46
7      Q.  I'm sorry.  I misunderstood what you   11:36:49
8  said.  Let me ask you this.  Would it be a foreseeable   11:36:50
9  misuse to use a Chart tank to store biological samples   11:36:54
10  and allow the liquid nitrogen level to drop to zero?   11:36:59
11      A.  I would agree that would be -- I don't   11:37:04
12  know if it's misuse of the Chart -- I won't agree   11:37:05
13  that's necessarily misuse of the Chart product, but I   11:37:08
14  would consider that to be -- even though I'm not an   11:37:11
15  expert in biological tissues, I would consider that to   11:37:14
16  be an improper way of storing biological tissues, to   11:37:18
17  let them -- let the nitrogen deplete completely and   11:37:21
18  then reintroduce it into the tank.             11:37:25
19      Q.  Right.  So in your opinion, Chart   11:37:29
20  couldn't foresee the fact that a sophisticated user   11:37:31
21  would allow the liquid nitrogen level of a tank   11:37:34
22  containing biological specimens to drop to zero; is   11:37:38
23  that right?                                11:37:41
24          MS. ZEMAN:  Objection to form.        11:37:41
25      A.  I certainly think Chart could foresee a   11:37:42

Page 81

21 (Pages 78 - 81)

Page 82

1  liquid nitrogen tank dropping to zero level and it    11:37:49
2  being refilled.  That's definitely foreseeable.    11:37:52
3  Whether or not Chart could foresee a fertility clinic    11:37:55
4  allowing that to happen or not is a completely    11:38:02
5  different item.  I don't know the answer to that.  I    11:38:08
6  don't see any evidence that that happened here, but    11:38:10
7  you're pushing me outside of my area of expertise.  I    11:38:12
8  as a scientist, I would think if Chart let the level    11:38:15
9  go down to zero -- I'm sorry, not Chart.  If the    11:38:18
10  clinic allowed the level to go down to zero and then    11:38:21
11  dumped nitrogen back in there that you probably would    11:38:24
12  have a total loss of tissue viability, which, my    11:38:29
13  understanding, did not occur here, but, again, you're    11:38:32
14  pushing me outside my area of expertise.  But with no    11:38:36
15  nitrogen in that tank and minus 150 C being the    11:38:39
16  temperature that I'm familiar with as a temperature at    11:38:43
17  which these samples would likely be unusable, I would    11:38:46
18  think no nitrogen in the tank, there's -- nothing is    11:38:51
19  going to be minus 150 C.    11:38:54
20  Q.  (BY MR. SMITH)  Okay.  Do you agree that    11:38:56
21  the expected useful life of a product depends upon how    11:39:02
22  it's used?    11:39:04
23  A.  I think I answered that earlier by    11:39:07
24  saying that the expected useful life should take into    11:39:09
25  account foreseeable use and foreseeable misuse.    11:39:14

Page 83

1  Q.  Do you know whether or not Chart    11:39:21
2  recommends any maintenance regarding its MVE freezers    11:39:24
3  on a periodic basis?    11:39:27
4  A.  I don't know about the periodic basis    11:39:29
5  part, but I am aware that Chart does, for example,    11:39:34
6  suggest a complete defrost under certain conditions.    11:39:41
7  Q.  And what are those conditions?    11:39:44
8  A.  I don't know all of them, but one of the    11:39:45
9  conditions involves -- well, excessive frost buildup    11:39:48
10  certainly would be one, but fill issues would be    11:39:53
11  another.    11:39:57
12  Q.  In other words, after there is a problem    11:39:59
13  filling the tank adequately with liquid nitrogen,    11:40:01
14  Chart recommends a defrost?    11:40:04
15  A.  That's correct.    11:40:06
16  Q.  And what's the purpose of a defrost?    11:40:06
17  A.  Well, under that condition, the purpose    11:40:09
18  of the defrost could be that you could have ice    11:40:13
19  blockage in the fill port.    11:40:17
20  Q.  Do you know whether or not Chart makes    11:40:19
21  any recommendations regarding the vacuum?    11:40:21
22  A.  With regard to maintenance?    11:40:26
23  Q.  Yes.    11:40:27
24  A.  If they do, I have not found it.  I    11:40:28
25  understand that Chart does anticipate some vacuum    11:40:36

Page 84

1  degradation, and if my memory is correct, I think the    11:40:39
2  warranty in general on the tanks, I think at least on    11:40:44
3  the 800, is somewhere around five years for vacuum.  I    11:40:47
4  could be wrong about that, but there is a vacuum    11:40:51
5  warranty on the tank that I'm familiar with, but I did    11:40:53
6  not see anything that -- and I may have missed it;    11:40:58
7  there was a fair number of documents -- that Chart    11:41:05
8  provides to the end user that says you should    11:41:10
9  periodically have the vacuum checked, and I looked for    11:41:14
10  that.  I also looked for something to indicate whether    11:41:17
11  or not Chart somehow refurbishes tanks by re --    11:41:20
12  Q.  Revacuuming?    11:41:26
13  A.  Revacuuming it, yes, yes.    11:41:28
14  Q.  And you couldn't find anything in that    11:41:30
15  regard?    11:41:32
16  A.  I didn't find it in the documents.    11:41:32
17  Again, I may have missed it, but I did not see it.    11:41:34
18  Q.  Do you know whether or not PFC performed    11:41:37
19  any preventive maintenance of any type on Tank 4?    11:41:39
20  A.  To the best of my knowledge, other than    11:41:42
21  daily checks of nitrogen levels and operation of the    11:41:47
22  tank, I have not read anything where that tank had    11:41:54
23  been defrosted.    11:41:58
24  Q.  And you have no personal knowledge of    11:41:58
25  any daily checks of nitrogen levels?  You're just    11:42:01

Page 85

1  relaying testimony that's been given in this case,    11:42:05
2  right?    11:42:08
3  A.  Well, testimony, and I think there are    11:42:08
4  logs that have indicated the time and the level that    11:42:10
5  it was filled to.    11:42:13
6  Q.  I thought you indicated that you hadn't    11:42:13
7  reviewed the TEC 3000 controller data very carefully?    11:42:16
8  A.  I reviewed the log data that indicates    11:42:20
9  the time of day and the fill to 14 inches.  So that's    11:42:26
10  what I'm referring to.    11:42:31
11  Q.  You're referring to the handwritten    11:42:32
12  notes?    11:42:34
13  A.  Yes.  Well, the part I reviewed I think    11:42:34
14  was typed up at that point, but . . .    11:42:37
15  Q.  With regard to Paragraph 2, you state in    11:42:40
16  your first sentence of Paragraph 2 -- or Opinion    11:42:46
17  Number 2, quote, "Chart knew or should have known that    11:42:49
18  its MVE cryogenic freezer, such as the subject MVE 808    11:42:54
19  tank, are used primarily for highly sensitive biotech    11:42:59
20  applications including biological storage of human    11:43:04
21  eggs and embryos."  Do you see that?    11:43:07
22  A.  I do, and I think I should probably    11:43:10
23  change "are" to "is."    11:43:12
24  Q.  It's okay.  And what is the basis for    11:43:15
25  your opinion that Chart knew or should have known that    11:43:17

22 (Pages 82 - 85)



Page 86

1 its MVE freezers would be used primarily for sensitive 11:43:19
2 biotech applications?                                    11:43:21
3     A.  So from information that Chart provided    11:43:22
4 as well as what I saw online -- and it's really pretty 11:43:25
5 much spelled out in that paragraph -- some of the 11:43:30
6 materials Chart provides says, "Cryogenic freezers are 11:43:32
7 used primarily for biological storage of human tissue, 11:43:38
8 cord blood, bone marrow, stem cell, and other highly 11:43:40
9 sensitive pharmaceutical applications." I mean, I 11:43:44
10 think that really is the basis.  And I also think that 11:43:48
11 a company as sophisticated as Chart knows what most of 11:43:50
12 their customers, maybe not all of them, do with these 11:43:55
13 tanks, and it appears to me that the MVE series tanks 11:43:57
14 are commonly used in environments such as the PFC 11:44:02
15 clinic.                                        11:44:06
16     Q.  The sentence that you have in your      11:44:06
17 report that is tied to footnote 38, that quotation you 11:44:08
18 provide doesn't state eggs or embryos, right?     11:44:16
19     A.  It does not.                           11:44:19
20     Q.  And then you go on with regard to the    11:44:20
21 next sentence to talk about the product literature 11:44:24
22 associated with the MVE 808 states that the tanks are, 11:44:28
23 quote, the ultimate in security for the breeding 11:44:33
24 industry and are primarily used to store semen and 11:44:35
25 embryos, right?                                11:44:38

Page 87

1     A.  Correct.                               11:44:41
2     Q.  And isn't it true that one of Chart's    11:44:42
3 primary markets for the MVE 808 is the breeding 11:44:45
4 industry as opposed to human reproductive industry? 11:44:49
5     A.  If you say "breeding" is pertaining to   11:44:52
6 nonhuman uses, I'm sure that it is.             11:44:56
7     Q.  Do you agree that breeding is referring  11:44:57
8 to nonhuman uses?                              11:44:58
9     A.  I don't know.  You have to tell me.     11:44:58
10 You're Chart's counsel. I think it could be either 11:45:01
11 way, but if you're asking me, I would say my guess is 11:45:03
12 that was the intention of the use of the word 11:45:07
13 "breeding." But I'd also say the reason I say highly 11:45:08
14 sensitive biotech applications is Chart does say cord 11:45:10
15 blood, bone marrow.  I mean, while we've been working 11:45:15
16 on this case, there was a freezer failure that 11:45:17
17 involved loss of bone marrow from -- that adversely 11:45:20
18 affected a young child.  So whether it's embryo or 11:45:24
19 bone marrow, it's something that there's severe 11:45:26
20 consequences to losing it.                     11:45:29
21     Q.  Understood.  But you agree with me that 11:45:30
22 fertility clinics and the breeding industry are 11:45:33
23 different things, right?                       11:45:36
24     A.  I think that's -- it wasn't my intention 11:45:37
25 to say that breeding necessarily applied to human 11:45:40

Page 88

1 breeding.  So they could be different.  I don't know 11:45:43
2 what Chart's intention was with that.           11:45:46
3

Page 89



Page 90

Page 92

Page 91

Page 93

24 (Pages 90 - 93)



Page 94

Page 95

Page 96

Page 97

Veritext Legal Solutions
866 299-5127



Page 98

Page 99

Page 100

Page 101

Veritext Legal Solutions
866 299-5127



Page 102

Page 104

Page 103

Page 105

Veritext Legal Solutions
866 299-5127



Page 106

Page 108

Page 107

Page 109

Veritext Legal Solutions
866 299-5127



Page 110

1    A.  No.  I don't know that there is     12:21:05
2  literature that exists that would specifically talk     12:21:17
3  about crack in the annular weld of a nitrogen dewar,     12:21:20
4  but again, I've looked for that.  I haven't found     12:21:26
5  that.     12:21:28
6

Page 112

Page 111

24    Q.  Did you consult any literature in that     12:20:59
25  regard?     12:21:03

1     12:22:57
2    Q.  All right.     12:23:02
3    A.  So I'm not sure which is right, and I'm     12:23:03
4  not sure how those captions got there.  I don't know     12:23:05
5  whether it's a typo or whether it's actually -- I     12:23:07
6  haven't seen anything that gives me some metadata or     12:23:11
7  something to confirm that, so just something I'm     12:23:14
8  questioning.     12:23:17
9    Q.  All right.  Do you agree with me that     12:23:17
10  those photos themselves have those time stamps on     12:23:20
11  them?     12:23:23
12    A.  Yes, but I don't know -- again, I just     12:23:25
13  want to point out, I don't know that this is a hard     12:23:28
14  time stamp from data associated with the photo or     12:23:30
15  somebody typing something on there where they hit the     12:23:33
16  6 instead of the 5.     12:23:36
17    Q.  Fair enough, but the versions of these     12:23:37
18  exhibits which were produced by MSO have a footer in     12:23:41
19  the bottom providing these times?     12:23:45
20    A.  Yes, I agree with that.     12:23:47
21    Q.  And it's your -- and I'm sorry.  I     12:23:48
22  missed the thing about Dr. Conaghan.  Did Dr. Conaghan  12:23:52
23  testify that the pictures showing the significant     12:23:55
24  deformation were taken the next morning?     12:23:58
25    A.  That's what seems -- I don't know if he     12:23:59

Page 113

29 (Pages 110 - 113)



1  says it in so many words, but my read and reread of     12:24:01
2  his deposition suggests that that's what he's          12:24:04
3  indicating.                          12:24:07
4

Page 114

Page 116

1

Page 115

Page 117

30 (Pages 114 - 117)



Page 118

Page 119

Page 120

Page 121

Veritext Legal Solutions
866 299-5127



Page 122



Page 126

14      Q.   With regard to Paragraph 4 of your        12:46:25
15   report on Page 22, is there an opinion that you're     12:46:28
16   offering in this Paragraph 4 or are you simply         12:46:31
17   summarizing evidence?                          12:46:33
18      A.   The opinion that I'm offering is that     12:46:49
19   if, in fact, Chart views the temperature controller as  12:46:53
20   an integral component of that tank to protect the      12:46:57
21   contents from elevated temperatures, that, especially  12:47:02
22   coupled with what appears to be the problematic nature  12:47:10
23   of that controller in the absence of, as far as I      12:47:13
24   know, any instruction or warning not to utilize a tank  12:47:18
25   without a properly functioning controller is, in fact,  12:47:24

33 (Pages 126 - 129)

1  a defect.                              12:47:29
2      Q.   What is the nature of the controller     12:47:30
3  malfunction that you're discussing in this paragraph?   12:47:32
4      A.

Page 130



Page 134

Veritext Legal Solutions
866 299-5127



Page 138

Veritext Legal Solutions
866 299-5127



Page 142



Page 146

Veritext Legal Solutions
866 299-5127

6    Q.  Paragraph 7, we've talked about already?   13:44:32

7    A.  Yes.                          13:44:34

8    Q.  Let me ask you a few more questions   13:44:34

9  about your report.  On Page 9 in the middle, you talk   13:44:36

10  about the destructive testing that took place in   13:44:50

11  September and October of this year.   13:44:54

12    A.  Yes.                         13:45:02

13    Q.  And you note that to pressurize the   13:45:02

14  vacuum space, helium was put into the vacuum space at   13:45:05

15  a pressure of 20 inches of water.   13:45:10

16    A.  Uh-huh.                      13:45:13

17    Q.  Is that right?               13:45:13

18    A.  Yes.                         13:45:14

19    Q.  And that took a number of hours, didn't   13:45:14

20  it?                               13:45:17

21    A.  It did.                     13:45:17

22    Q.  And can you estimate what number of   13:45:18

23  liters of helium were put into the tank to achieve 20   13:45:22

24  inches of water?                 13:45:27

25    A.  I can't sitting here today.  I may be   13:45:28

Page 150

1  able to go back to photographs to determine that based   13:45:31

2  upon the time, but that's -- I can't tell you the   13:45:39

3  amount of helium that was put in there.   13:45:42

4    Q.  Can you estimate it?  If you can't,   13:45:44

5  that's fine.                      13:45:46

6    A.  No, not sitting here today, I can't.   13:45:47

7    Q.  If you go to Page 25, this lists   13:45:48

8  relevant experience and postgraduate training.   13:46:09

9    A.  Uh-huh.                      13:46:13

10    Q.  And I think I asked you this question at   13:46:13

11  the beginning of the deposition, but isn't it correct   13:46:15

12  that with regard to this listing of relevant   13:46:19

13  experience and postgraduate training, you have more   13:46:22

14  experience and training in plastics and polymers than   13:46:24

15  you do metals?                   13:46:27

16    MS. ZEMAN:  Objection, asked and   13:46:28

17  answered.                        13:46:29

18    A.  Yeah, I don't know that that's   13:46:29

19  necessarily true.  I mean, the very first thing on   13:46:30

20  this, failure analysis of metals and plastics, and I   13:46:34

21  consistently will participate in online training   13:46:42

22  sessions, most of them -- a lot of them from Struers,   13:46:44

23  which are exclusively metal failure type seminars.  I   13:46:49

24  would say that it's well-balanced.  I do think that I   13:46:55

25  have a little bit of a unique capability due to my   13:46:59

Page 151

1  dissertation topic with regard to plastics, but the   13:47:02

2  majority of hands-on work I've done both as a graduate   13:47:06

3  student and postgrad have been with metal parts.   13:47:12

4    Q.  (BY MR. SMITH)  Okay.  If you go to   13:47:19

5  Page 27, it lists the professional societies that you   13:47:20

6  are a member of.                 13:47:22

7    A.  Yes.                         13:47:24

8    Q.  And you're a member of the Society of   13:47:24

9  Plastics Engineers, right?       13:47:27

10    A.  Correct.                    13:47:28

11    Q.  Is there a set of metal engineers?   13:47:28

12    A.  Well, that would have been ASM, which is   13:47:31

13  Materials Information Society, that publishes the   13:47:34

14  metals handbook.                 13:47:38

15    Q.  Okay.                        13:47:39

16    A.  I don't know if I have -- yeah, I have   13:47:39

17  TMS, which is The Metallurgy Society.  Past member,   13:47:43

18  one of the reasons I just discontinued that, it was   13:47:47

19  really basically redundant with the information and   13:47:50

20  the benefits I got from ASM, which is a bigger   13:47:52

21  society.                         13:47:55

22    Q.  When you say TSM, did you mean TMS?   13:47:55

23    A.  Yes, TMS, TMS, second to last.   13:48:00

24    Q.  And then I have to ask you this   13:48:08

25  question.                        13:48:10

Page 152

1    A.  Sure.                        13:48:11

2    Q.  On the top of Page 28, you list as a   13:48:11

3  seminar or a publication, "Seeing is Believing:   13:48:13

4  Winning Your Case Through the Use of Computer   13:48:18

5  Simulation," which you provided to the Stark County   13:48:21

6  Academy of Trial Lawyers in the fall of 20- -- or   13:48:25

7  1994.  Is that right?            13:48:30

8    A.  Yes.                         13:48:34

9    Q.  And what is the nature of that   13:48:34

10  publication?                     13:48:36

11    A.  Well, first of all, the Seeing is   13:48:37

12  Believing is their title, not mine.  I was invited to   13:48:39

13  speak up there basically on the use of computer   13:48:43

14  simulation, and I discussed its application ranging   13:48:48

15  from automobile vehicle simulation to finite element   13:48:51

16  analysis to evaluate stresses in parts.  It was back   13:48:53

17  in the '90s.  It was much more cutting-edge   13:48:56

18  technology, and we were kind of one of the people at   13:49:01

19  the forefront.                   13:49:07

20    Q.  Are you -- strike that.  Have you   13:49:07

21  undertaken any work to develop any animations for this   13:49:10

22  case?                            13:49:13

23    A.  No.                          13:49:13

24    MR. SMITH:  Sorry.  And I don't know if   13:49:35

25  we actually need to -- it's in a binder, but let's   13:49:36

Page 153

39 (Pages 150 - 153)

1  just mark the documents inside it, the pages inside   13:49:40
2  it.                                         13:49:42
3       (Deposition Exhibit 6 was marked.)     13:49:53
4       Q.  (BY MR. SMITH)  So, Dr. Kasbekar, I've   13:49:58
5  marked as Exhibit 6 a printout of the controller log   13:50:02
6  from the controller attached to Tank 4, and I'll   13:50:08
7  represent to you and for the record that the native   13:50:13
8  file of this document is Bates-stamped CHART 070093.   13:50:17
9  And we've placed it in a binder called 10/18/19   13:50:29
10  Maximum Event Log.                          13:50:35
11       And I take it based upon your prior   13:50:40
12  testimony today you've reviewed this data briefly, but   13:50:42
13  not considered it deeply.  Is that fair to say?   13:50:45
14       A.  I haven't, yeah, gone through it   13:50:48
15  probably with as much vigor as I may need to.   13:50:50
16       Q.  Okay.  And would you agree with me that   13:50:52
17  if you look on these sheets, there's record numbers   13:50:57
18  which also correspond to line numbers --   13:51:10
19       A.  Yes.                              13:51:14
20       Q.  -- on the left-hand column?        13:51:14
21       A.  Yes.                              13:51:19
22       Q.  And two columns over, they provide a   13:51:19
23  date for the event, a time, Temperature A, Temperature   13:51:21
24  B, LN2 level, LN2 usage, and then event codes?   13:51:24
25       A.  Yes.                              13:51:29

Page 154

1       Q.  If you could turn -- well, do you agree   13:51:29
2  with me to the extent you've already reviewed this   13:51:35
3  portion of the data that in December of 2013 and over   13:51:38
4  the Christmas holiday the liquid nitrogen level in   13:51:44
5  Tank 4 went to zero?                        13:51:49
6       A.  December of 2013?                   13:51:50
7       Q.  '13.                              13:51:53
8       A.  Do you have a page number by chance?   13:51:55
9       Q.  Yes, turn to Pages 260 to 261.     13:51:56
10       A.  And what was the date again?  Or what   13:52:14
11  record number?                             13:52:17
12       Q.  It was over -- it's Record Numbers   13:52:18
13  18282 --                                   13:52:25
14       A.  18282.  Okay.                     13:52:30
15       Q.  -- and you can go up to 8 -- you can go   13:52:31
16  down to 18355.                             13:52:37
17       A.  18355?                           13:52:51
18       Q.  Yeah.  So if you look at Record Number   13:52:53
19  18355, it shows that on December 23rd of 2013, the   13:52:57
20  liquid nitrogen level in the tank was 9 inches, right?   13:53:03
21       A.  At 355?                          13:53:12
22       Q.  Yes.                             13:53:14
23       A.  Yes.  Hold on one sec.            13:53:24
24       Q.  And then --                       13:53:29
25       A.  Yes, I do see it.                  13:53:30

Page 155

1       Q.  And then would you agree with me that at   13:53:31
2  line 18324, which is on Christmas Day of 2013 --   13:53:35
3       A.  18324, okay.                      13:53:44
4       Q.  -- that the liquid nitrogen level was 8   13:53:49
5  inches?                                    13:53:52
6       A.  I do see that.                    13:53:53
7       Q.  Okay.  And would you agree with me that   13:53:53
8  between December 25th of 2013 and December 30th of   13:53:55
9  2013 the liquid nitrogen level decreased from 8 inches   13:54:02
10  to a level of zero?                         13:54:07
11       A.  I agree that that's what the controller   13:54:10
12  is indicating.                             13:54:14
13       Q.  Okay.  And you don't have any basis to   13:54:16
14  believe at this point that this controller data is   13:54:20
15  inaccurate, right?                          13:54:22
16       A.  I don't have sufficient information to   13:54:24
17  tell you one way or the other.              13:54:26
18       Q.  Okay.  And do you know what the   13:54:28
19  notations LL and US mean?                   13:54:32
20       A.  Low level, and I can't remember what the   13:54:37
21  US is.  I looked it up at one point, but I don't   13:54:41
22  remember.                                  13:54:45
23       Q.  Okay.  And do you know what the notation   13:54:45
24  F means?                                   13:54:49
25       A.  I think fill, but again, when I first   13:54:51

Page 156

1  got this, I looked up the codes in the chart   13:54:54
2  documents.  I did not commit them to memory.   13:54:57
3       Q.  And can you confirm for me that based   13:54:59
4  upon this data the last fill that occurred during this   13:55:03
5  time frame was on December 23rd, 2013 until   13:55:08
6  December 30th, 2013?                        13:55:14
7       A.  Let me take a look.                13:55:16
8       I do see that.  December -- what was the   13:55:37
9  other cut-off date?  Was it the 30th?       13:55:40
10       Q.  Yes.                             13:55:42
11       A.  I do not see an F, which I believe to be   13:55:43
12  a fill indicator, in that interim period.   13:55:46
13       Q.  So at least according this data, between   13:55:49
14  December 23rd, 2013 and December 30th, 2013, the tank   13:55:52
15  was not filled?                             13:55:55
16       A.  Correct.                         13:55:56
17       Q.  I think we've already established that   13:56:00
18  it's your belief that a liquid nitrogen level of zero   13:56:03
19  is an unsafe level, right?                  13:56:06
20       A.  If zero means zero inches above the   13:56:10
21  false bottom -- then, again, you're a little bit   13:56:15
22  outside my area of expertise, but it certainly I would   13:56:21
23  think would be an unwanted level, and depending upon   13:56:25
24  the amount of time that it's at that level, I suspect   13:56:28
25  it could cause damage the samples that are being   13:56:30

Page 157

40 (Pages 154 - 157)

1 stored.                                      13:56:32
2    Q.   According to this data, even as of     13:56:36
3 December 23rd, 2013, to the extent 11-inch racks were  13:56:43
4 being used, the liquid nitrogen level was below the   13:56:49
5 level of 11-inch racks, right?              13:56:53
6    A.   I can't agree that it was below that,   13:56:55
7 but I could agree that that's what the controller is   13:56:58
8 indicating.                                 13:57:01
9    Q.   Right.                             13:57:03
10    A.   So absent any sort of malfunction, it's   13:57:04
11 properly calibrated and working correctly, then that   13:57:06
12 would be the case.  The interesting part of this,   13:57:09
13 though, is I don't see much -- sitting here today,   13:57:19
14 much variation in the temperature.          13:57:25
15    Q.   Yeah.  Did you -- do you have any     13:57:28
16 information as to why both thermocouples in the case   13:57:30
17 were registering approximately the temperature of   13:57:36
18 liquid nitrogen?  And I'll represent to you that that   13:57:39
19 occurred only on and after December 12th of 2013.   13:57:42
20    A.   I mean, either they're -- I would say   13:57:49
21 either they're both --                     13:57:54
22         MR. TARANTINO:  Object to form.      13:57:56
23    A.   They're either both placed very, very   13:57:57
24 low in the tank and there is some nitrogen in there or  13:58:00
25 perhaps, more likely, the level is giving erroneous   13:58:06
                                            Page 158

1 results.                                    13:58:10
2    Q.   (BY MR. SMITH)  Okay.  So take a look,   13:58:10
3 for example, on Page 367.  And if you look at line   13:58:13
4 number 25849.                              13:58:32
5    A.   25849.  Okay.                       13:58:39
6    Q.   Do you see that at least at this point   13:58:42
7 in time, November 20th of 2012, there was a   13:58:45
8 differential in the Temperature A and Temperature B   13:58:48
9 readings?                                  13:58:53
10    A.   I do.                             13:58:54
11    Q.   And the Temperature A reading in this   13:58:55
12 instance is minus 20.6, right?             13:58:57
13    A.   Yes, but it's surrounded by open circuit  13:59:00
14 indicators on either side of that, that date.   13:59:07
15    Q.   And what does the open circuit indicator  13:59:11
16 mean?                                      13:59:15
17    A.   Again, this is not something I've   13:59:15
18 thoroughly analyzed, but I would suspect it could mean  13:59:17
19 that either the sensor is busted or that it's been   13:59:21
20 unplugged.                                 13:59:25
21    Q.   Okay.  And when you say the sensor is   13:59:26
22 busted, what do you mean by that?           13:59:28
23    A.   "Busted" is not an engineering term.  I   13:59:29
24 mean that there's -- for some reason, there's a break   13:59:32
25 in the connection of the sensor to the controller.   13:59:35
                                            Page 159

1    Q.   Okay.  Take a look at Pages 370 to 371   13:59:39
2 as one example of continuous temperature measurement   13:59:44
3 differentials between Temperature A and Temperature B.   13:59:48
4    A.   370 to 371?                         13:59:52
5    Q.   Yes.                              13:59:54
6    A.   Okay.                             13:59:55
7         Okay.                             14:00:02
8    Q.   And do you agree with me the the       14:00:03
9 Temperature A in many instances, according to this   14:00:05
10 data, was between minus 125 and minus 128?   14:00:10
11    A.   And what's the range that you're giving   14:00:25
12 me from?                                   14:00:27
13    Q.   I'm giving you the range from record   14:00:28
14 26003 on 11/13/2012.                        14:00:31
15    A.   26003?                            14:00:34
16    Q.   Which is at the very top of Page 370.   14:00:36
17    A.   No, it's not.                       14:00:46
18    Q.   Oh, it's not?                       14:00:47
19    A.   It's at the bottom of 369.  To 26003.   14:00:51
20    Q.   To 26114.                          14:01:02
21    A.   And your question is the range is   14:01:10
22 between roughly what and what?              14:01:12
23    Q.   Let me ask you this question, another   14:01:13
24 question.  Between that range, do you agree with me   14:01:16
25 that the Temperature A, which corresponds to the top   14:01:18
                                            Page 160

1 part of the tank, in several instances went below 130   14:01:21
2 degrees Celsius?                           14:01:25
3    A.   Yes, I'm seeing readings below 130   14:01:28
4 degrees Celsius.                           14:01:31
5    Q.   Now --                            14:01:33
6    A.   Not by much, but by a couple of degrees.   14:01:33
7    Q.   -- if you go to record number 18018.   14:01:36
8    A.   Page?                             14:01:50
9    Q.   I have it on Pages 252 and 256.      14:01:52
10    A.   18108?                            14:01:58
11    A.   I'm sorry.  I'm sorry.  Yes.  18108.   14:02:01
12    A.   Okay.                             14:02:21
13    Q.   Sorry.  I'm dyslexic.  18018.       14:02:22
14    A.   18018.  Okay.                       14:02:25
15    Q.   All right.  And do you agree with me   14:02:32
16 that at least according to this data, this showed a   14:02:34
17 liquid nitrogen level as of January 15th of 2014 as   14:02:39
18 12.5 inches?                               14:02:42
19    A.   Yes.                             14:02:43
20    Q.   And do you agree with me that according   14:02:43
21 to this data the liquid nitrogen level dropped over   14:02:48
22 the next several days to a level of zero on   14:02:51
23 January 20th of 2014?                       14:02:54
24    A.   I see that it is indicating -- again,   14:03:12
25 I'm going to hesitate to answer that the nitrogen   14:03:16
                                            Page 161

41 (Pages 158 - 161)



1 level dropped to that level, but I will agree that the  14:03:19
2 controller is showing a level of zero.  14:03:23
3    Q.  And why do you hesitate to say that the  14:03:25
4 liquid nitrogen level dropped to that level?  14:03:29
5    A.  Because it assumes that the controller  14:03:32
6 is functioning and has been calibrated properly, and  14:03:35
7 as I sit here today, those are unknowns; and we have  14:03:38
8 issues with controller malfunctions and specifically  14:03:43
9 related to the nitrogen level.  So I would -- you  14:03:46
10 know, I'm not being argumentative.  I agree if  14:03:49
11 everything is working properly and calibrated, that's  14:03:51
12 what it reflects, but if not, who knows.  14:03:54
13    Q.  Understood.  Are you aware of any  14:03:57
14 evidence indicating there was any controller  14:04:01
15 malfunction at or prior to -- sorry, or -- are you  14:04:03
16 aware of any evidence showing any controller  14:04:08
17 malfunction prior to February 15th of 2018?  14:04:10
18    A.  Only that if the autofiller is operating  14:04:15
19 properly and the storage tank has nitrogen supply in  14:04:21
20 it, adequate, I would not expect to see zero levels.  14:04:26
21 So I mean, that could be argued as that's evidence of  14:04:29
22 it potentially malfunctioning.  I'm not saying more  14:04:33
23 probably than not, but that's one of the ways I would  14:04:36
24 go about evaluating it.  14:04:39
25    Q.  Right.  But you're not aware of any  14:04:40

Page 162

1 evidence that actually shows that there was a  14:04:42
2 controller malfunction prior to February 15th of 2018,  14:04:44
3 right?  14:04:47
4    A.  Well, I know in the testimony and  14:04:51
5 perhaps responses from PFC there have been controller  14:04:52
6 failures prior to that date, but I don't know that  14:04:55
7 it's necessarily -- it's not -- my understanding, it's  14:05:00
8 not this tank.  14:05:08
9    Q.  Have you analyzed the filling data for  14:05:09
10 Tank 4 in the days leading up to March 4th?  14:05:18
11    A.  I looked at it.  I did not thoroughly  14:05:22
12 analyze it.  14:05:28
13    Q.  Did you notice anything?  14:05:29
14    A.  It's been a while since I looked at it,  14:05:30
15 so I don't recall.  I mean, the main thing I noticed  14:05:34
16 there was some discrepancies in time that made sense  14:05:40
17 with regard to clinic hours.  14:05:44
18    Q.  There were discrepancies with respect to  14:05:45
19 time that made sense --  14:05:48
20    A.  I'm sorry, that did not make sense.  14:05:49
21    Q.  That did not make sense with regard to  14:05:51
22 clinic hours?  14:05:53
23    A.  Operating hours, that was kind of the  14:05:54
24 first thing I noticed, but I did not -- and it's not  14:05:56
25 addressed in my report -- go through and completely  14:05:59

Page 163

1 analyze this data.  I was not there also for the  14:06:02
2 downloading of it either.  14:06:04
3    Q.  Yeah, okay.  14:06:06
4       (Deposition Exhibit 7 was marked.)  14:06:40
5

Page 164

42 (Pages 162 - 165)



Page 166

14:14:18
15    Q.  Okay.  That's it for that document.  Are  14:14:19
16  you still an adjunct assistant professor at Duke?   14:14:41
17    A.  I can't remember when my appointment    14:14:44
18  runs out or ran out, but for the past two years, I   14:14:49
19  have not actively been involved in doing that because  14:14:52
20  I've pretty much relocated out to this area.     14:14:57
21    Q.  Do you live in Colorado most of the     14:15:00
22  year?                      14:15:04
23    A.  I'm back and forth.  I'm kind of      14:15:04
24  cherry-picking a little bit, so I'd say not      14:15:07
25  necessarily most of the year, but a good portion of  14:15:11

43 (Pages 166 - 169)

1 the year.                          14:15:13
2    Q.  Most people in Colorado go to warmer   14:15:13
3 weather in the winter rather than stay here in the   14:15:16
4 winter.                            14:15:18
5    A.  I like the cold.                 14:15:19
6    Q.  You do not consider yourself to be an   14:15:20
7 expert in the area of product warnings, right?   14:15:26
8    A.  I have some expertise in product   14:15:28
9 warnings, but my answer to that is I believe that to   14:15:30
10 develop a proper warning requires more than just an   14:15:35
11 engineer to do that.  My training is really more along   14:15:39
12 the lines of determining when a warning is necessary   14:15:43
13 and what the basic ingredients of that warning are,   14:15:46
14 and then whether or not it meets ANSI requirements in   14:15:50
15 terms of the presentation of the warning, but not so   14:15:53
16 much the precise language in the warning.   14:15:55
17    Q.  Haven't you been quoted in opinions as   14:15:57
18 saying, "I wouldn't go out and say I'm a warnings   14:16:03
19 expert"?                           14:16:07
20    A.  I may have.  I mean, as I said, I think   14:16:08
21 my expertise -- I would not write a warning by myself   14:16:11
22 to be put onto a product.  I may say, "Hey, I think   14:16:15
23 this is a situation where a warning is relevant, and   14:16:20
24 it should include these features," but I believe that   14:16:23
25 human factors and English majors are required to   14:16:28

Page 170

1 really put together a complete warning.   14:16:30
2    Q.  Have you had warning testimony or   14:16:33
3 opinions excluded in the past?        14:16:36
4    A.  Yes, I have.                   14:16:37
5    Q.  How many times?                14:16:38
6    A.  To the best of my knowledge, it's only   14:16:39
7 been in a Jet Ski case involving a Kawasaki -- I'm   14:16:42
8 sorry.  It may not have been a Kawasaki.  I cannot   14:16:50
9 remember the manufacturer.  It was either Yamaha or   14:16:55
10 Kawasaki.                          14:16:58
11    Q.  Was your warning testimony excluded in   14:17:00
12 the case of Hickerson versus Yamaha Corporation?   14:17:03
13    A.  Portions of it.                14:17:09
14    Q.  And that was a warning case, right?   14:17:11
15    A.  Yeah, portions of it were.        14:17:12
16    Q.  And your opinion was recently excluded   14:17:14
17 by the District of Utah in a case involving Kawasaki,   14:17:16
18 right?                            14:17:20
19    A.  Yeah, same attorney and all of   14:17:21
20 plaintiffs' experts' opinions were thrown out, to the   14:17:25
21 extent that means anything.          14:17:28
22    Q.  When you say "same attorney," what do   14:17:30
23 you mean?                          14:17:34
24    A.  Same defense attorney as in the prior   14:17:34
25 Jet Ski case.                       14:17:36

Page 171

1    Q.  Okay.  So the same defense attorney   14:17:38
2 in -- well, strike that.  Was the South Carolina case   14:17:40
3 a Jet Ski case?                     14:17:45
4    A.  Yes.                          14:17:46
5    Q.  So the attorney representing the   14:17:46
6 defendant in that case moved to exclude your testimony   14:17:48
7 there and in the Utah case?          14:17:52
8    A.  That's correct.                14:17:55
9    Q.  And both times, those were successful?   14:17:55
10    A.  Yeah.  I know the current one is under   14:17:57
11 appeal right now.                    14:17:58
12    Q.  Have you had any of your -- strike that.   14:17:59
13 Have you had any other testimony or opinions excluded   14:18:03
14 in whole or part?                   14:18:06
15    A.  Those are the only two cases in thirty-   14:18:07
16 some years that I'm aware of.         14:18:12
17    Q.  Were you precluded from testifying to   14:18:19
18 some extent in the case of Royace versus Mercedes   14:18:22
19 Benz?                             14:18:25
20    A.  I think the only preclusion in that case   14:18:25
21 was for me not to use the word "recall," and then the   14:18:28
22 only thing that the judge would not allow us to do is   14:18:32
23 we had an exhibit that showed a stress analysis of a   14:18:37
24 heater core component that had fractured; and we,   14:18:40
25 consistent with the practice by most all engineers,   14:18:46

Page 172

1 had scaled the deflections up to show the deformed   14:18:49
2 mode of the heater cord because when something moves a   14:18:55
3 few 10/1000 of an inch showed it to the jury.  And I   14:18:59
4 think the judge in that case said it wasn't to a real   14:19:06
5 scale, that part of exhibit would not be allowed.   14:19:10
6 That's it.                          14:19:12
7    Q.  And is it correct the two times your   14:19:13
8 opinions were excluded --            14:19:16
9    A.  That wasn't an opinion.  So in Royace,   14:19:17
10 there were no opinions I'm aware of that were   14:19:21
11 excluded.  There was an exhibit that we were not --   14:19:24
12    Q.  I understand.  I'm going back to the   14:19:27
13 Utah --                           14:19:28
14    A.  Okay.                         14:19:29
15    Q.  -- the Utah and the South Carolina   14:19:29
16 thing.  With respect to the two times where your   14:19:32
17 opinions have been excluded, were those opinions both   14:19:33
18 related to warning opinions?         14:19:36
19    A.  So, I'll tell you.  Honestly, the Utah   14:19:37
20 case, you probably know more about it than I do.  The   14:19:40
21 only thing I know is a phone call from my client said   14:19:43
22 the judge made a very unusual ruling and all of our   14:19:47
23 expert testimony has been excluded.  The Hickerson   14:19:50
24 case, I'm more familiar with, and the majority of my   14:19:54
25 design opinions and my mechanical engineering opinions   14:19:57

Page 173

44 (Pages 170 - 173)

1 were allowed in. The issue with the warnings, 14:20:01
2 consistent with the opinion I just gave you a second 14:20:03
3 ago about what I believe needs to be done to develop a 14:20:05
4 proper warning, was that we had not tested our 14:20:09
5 warning, and in addition to that, I'll go so far as to 14:20:15
6 say is my client, against my recommendation, failed to 14:20:18
7 bring in a human factors expert to help in the warning 14:20:21
8 development. 14:20:25
9    Q. So -- 14:20:26
10   A. Let me add one other thing to that too 14:20:27
11 while we're on it because I'm a little sensitive to 14:20:29
12 it. The same attorney who had the warnings excluded 14:20:32
13 was representing the manufacturer who put almost the 14:20:34
14 exact same warning in the exact location on future 14:20:37
15 products that we proposed in our opinions. So it's a 14:20:39
16 little bit ironic that in the Hickerson case clients 14:20:43
17 are putting warnings on a seat right where we said to 14:20:50
18 put it with almost exactly the same language, yet he 14:20:52
19 feels that our opinions don't carry merit. So to the 14:20:55
20 extent that that helps. 14:20:58
21   Q. Yeah. 14:21:02
22   A. That's venting a frustration. 14:21:02
23   Q. That's okay. So with regard to the -- 14:21:04
24 is it the Henderson case? 14:21:10
25   A. Hickerson. 14:21:11

Page 174

1   Q. Hickerson. So with regard to the 14:21:13
2 Hickerson case in South Carolina, were you offering an 14:21:15
3 affirmative opinion as to what a warning should be or 14:21:18
4 consist of? 14:21:21
5   A. I was -- so in the Hickerson case, my 14:21:21
6 main opinions had to do with the design of a seat and 14:21:26
7 testing that we had done that -- along -- the 14:21:30
8 executive summary is on Jet Skis. Some Jet Skis, the 14:21:35
9 seat has a substantial lip on it like a bolster. 14:21:41
10 Others are perfectly flat. 14:21:44
11       In both cases that you're referencing, 14:21:46
12 the injured plaintiff slid off the back of the seat, 14:21:48
13 and my opinion was essentially that a lip on the back 14:21:52
14 of the seat would have reduced the likelihood of 14:21:55
15 someone sliding off the back of the seat based on 14:22:01
16 physics and common sense. 14:22:03
17       In addition to that, some of these Jet 14:22:04
18 Skis have a strap to hold onto, and the warning for 14:22:08
19 using that strap and wearing a wet suit bottom is 14:22:12
20 placed primarily at the front of the Jet Ski between 14:22:15
21 the operator's legs. And my opinion was that warning 14:22:19
22 really should be placed on the rear seat where the 14:22:22
23 person who 's likely to slide off would see it as 14:22:26
24 opposed to hoping that person can see around the 14:22:30
25 operator, perhaps a second passenger, to the warning 14:22:33

Page 175

1 that's displayed under the handlebars of it. So that 14:22:35
2 was my opinion. 14:22:38
3       My recollection of the -- I need to 14:22:39
4 reread it, but I think parts of it, the judge 14:22:46
5 accepted, but ultimately I think the conclusion was, 14:22:50
6 without having tested the efficacy of that warning, 14:22:53
7 that we couldn't testify that the warning would have 14:22:58
8 done anything. 14:23:01
9   Q. And is that testing efficacy of the 14:23:01
10 warning, is that the human factors piece that you 14:23:05
11 testified? 14:23:09
12   A. My recommendation to my client was to 14:23:09
13 hire a human factors person, which ultimately he did, 14:23:12
14 but not as a testifying expert. So the development of 14:23:15
15 the language on the warning that was contained in my 14:23:18
16 report was in conjunction with the human factors 14:23:21
17 expert. 14:23:24
18       My other recommendation was to have a 14:23:24
19 panel to review the warning and to basically check off 14:23:26
20 whether or not -- how it would influence their 14:23:31
21 behavior, a small study to establish that the wording 14:23:33
22 was reasonable, and if they read that, they may have 14:23:36
23 changed their behavior. That was something that was 14:23:39
24 never done and agreed to. 14:23:41
25   Q. Okay. 14:23:44

Page 176

1   A. So it was a source of frustration, and 14:23:44
2 I'm sure for the client too. And ultimately, I feel 14:23:47
3 bad for the plaintiffs because the nature of the 14:23:51
4 injury is basically equivalent to having someone stick 14:23:53
5 a fire hose between your legs. 14:23:57
6   Q. When you say human factors expert, is 14:23:59
7 that someone who tests whether or not a warning will 14:24:02
8 be effective? 14:24:04
9   A. Well, different -- so you asked whether 14:24:06
10 I hold myself out as a warnings expert, and I've kind 14:24:09
11 of explained that I don't think by myself I could be 14:24:12
12 an expert to justify, without support and testing, a 14:24:14
13 warning. There are people in the industry, generally 14:24:17
14 human factors people, who consider themselves warnings 14:24:19
15 experts. 14:24:24
16       I would still argue that even if you 14:24:24
17 have a human factors person, you need an engineer, and 14:24:26
18 you need somebody with expertise in technical writing; 14:24:29
19 and the human factors expert is generally somebody 14:24:33
20 with a stronger psychology background than, for 14:24:37
21 example, I have. How will someone perceive this 14:24:39
22 language? Is it likely to cause them to change their 14:24:43
23 behavior? 14:24:46
24       I've got formal training in hazard 14:24:47
25 detection, failure modes and effects analysis, and 14:24:49

Page 177

45 (Pages 174 - 177)

**Page 178**

1 determining whether the hazard may justify a warning   14:24:53
2 and whether that warning should be a warning, a danger   14:24:56
3 or a caution.  That's all within my area of expertise,   14:24:59
4 but for me to go out and say if we put this warning on a   14:25:03
5 this tank, it's going to prevent this accident, all   14:25:06
6 I'm willing to say, like I said earlier in this   14:25:10
7 deposition, I certainly think if we put a warning on a   14:25:13
8 tank not to use a tank with a malfunctioning   14:25:16
9 controller, it's more likely to prevent the use of a   14:25:19
10 malfunctioning controller, but I'm not prepared to say   14:25:24
11 that more likely than not that person would have   14:25:26
12 changed his behavior.  That's where the human factors   14:25:30
13 person comes in.   14:25:33
14    Q.  Okay.  And to your knowledge, have any   14:25:33
15 human factors experts considered any of the warnings   14:25:37
16 that you propose for the Chart tank or for the Chart   14:25:42
17 controller?   14:25:45
18    A.  No, but I'll also be clear.  I really   14:25:45
19 don't see this as primarily a warnings issue.  We have   14:25:48
20 a crack that resulted in a catastrophic failure and   14:25:50
21 event here.  A warning is -- so the way we're trained   14:25:57
22 is design it out, guard against it, and the last   14:26:02
23 resort is warnings and instructions to users because   14:26:04
24 they're less effective than obviously designing out   14:26:07
25 the hazard or putting in an effective guard.   14:26:10

**Page 179**

1        In this case, what I'm really saying is   14:26:13
2 the tank is defective because we've got a breach of   14:26:17
3 the interior wall and a rapid loss of vacuum and   14:26:21
4 introduction of nitrogen into the vacuum space.   14:26:25
5    Q.  Are you making a claim that there was   14:26:27
6 a -- strike that.  Are you offering an opinion in this   14:26:33
7 case that Chart failed to warn users regarding either   14:26:35
8 the tank or the controller?   14:26:39
9    A.  Well, from what I -- Chart really hasn't   14:26:41
10 been deposed yet, so I don't know really what their   14:26:47
11 intention were.  From what I gleaned from the   14:26:50
12 documents -- and this is me trying to interpret   14:26:54
13 Chart's documents -- is they assign low risk to the   14:26:59
14 very event -- the crack in the weld and the loss of   14:27:04
15 vacuum.  And it appears that perhaps -- and this is me   14:27:08
16 speculating -- that the reason they assign that low   14:27:10
17 risk is because they think the controller may mitigate   14:27:13
18 that.  It's not said in so many words, but it's a   14:27:16
19 possibility.   14:27:19
20        So if Chart's position is the controller   14:27:19
21 would have prevented this loss, then my opinion is   14:27:24
22 that if that's the case, then there ought to be   14:27:30
23 significant instructions and warnings not to operate   14:27:36
24 the tank without a controller.   14:27:38
25    Q.  Okay.  So is it correct to say that it   14:27:41

**Page 180**

1 depends upon Chart's testimony and further discovery   14:27:43
2 as to whether or not you're offering an opinion on a   14:27:46
3 failure to warn?   14:27:49
4    A.  Well, I'll say in retrospect given   14:27:50
5 what's happened here, I think there should be a   14:27:53
6 warning and instruction that you should not operate   14:27:56
7 this tank in critical areas without the controller   14:27:58
8 functioning properly.   14:28:03
9        MR. SMITH:  Okay.  I think that's it.   14:28:07
10 Give me two seconds or two minutes and I'll make sure   14:28:08
11 I don't have any other questions.  And then I think   14:28:11
12 Bill will have some questions for you or may have some   14:28:14
13 questions for you.   14:28:17
14        THE VIDEOGRAPHER:  The time is 2:27, and   14:28:18
15 we are off the record.   14:28:20
16        (Recess taken.)   14:28:21
17        THE VIDEOGRAPHER:  The time is 2:35, and   14:32:28
18 we are back on the record.   14:36:05
19        EXAMINATION   14:36:07
20 BY MR. TARANTINO:   14:36:07
21    Q.  Good morning, Dr. Kasbekar.  My name is   14:36:08
22 Bill Tarantino.  I'm going to ask you a few very short   14:36:11
23 questions.   14:36:15
24    A.  Okay.   14:36:16
25    Q.  Do you have any education or training in   14:36:16

**Page 181**

1 the fields of cryobiology?   14:36:18
2    A.  No.   14:36:20
3    Q.  And are you an expert in any way on the   14:36:20
4 appropriate lab practices for in vitro fertilization?   14:36:23
5    A.  No.   14:36:27
6    Q.  Are you an expert for the practices that   14:36:27
7 are required to ensure the viability of human embryos?   14:36:31
8    A.  No.   14:36:36
9    Q.  Same question with respect to human   14:36:36
10 eggs.   14:36:39
11    A.  No.   14:36:39
12    Q.  Do you have any knowledge or foundation   14:36:40
13 as to which particular temperature may impair the   14:36:47
14 viability of cryopreserved eggs or embryos?   14:36:51
15    A.  Only to the extent of what I have read   14:36:57
16 in Christin Allen's report.   14:36:59
17    Q.  Beyond Christin Allen's report, did you   14:37:02
18 read anything else?   14:37:05
19    A.  No, and if I did, it was casual reading.   14:37:07
20 I have no intention of offering opinions in those   14:37:10
21 areas.   14:37:13
22    Q.  Are you familiar with cryogenic tanks   14:37:13
23 that use vapor to maintain their temperature?   14:37:18
24    A.  I'm familiar with the existence of such   14:37:23
25 tanks.   14:37:25

46 (Pages 178 - 181)

1    Q.  What do you know about them?        14:37:25
2    A.  That they're tanks that provide liquid    14:37:28
3  and vapor storage and perhaps some that only provide    14:37:30
4  vapor, but that's the extent of it.        14:37:34
5    Q.  Can you explain what you understand    14:37:36
6  vapor storage to mean?            14:37:38
7    A.  Storage where the samples are not    14:37:39
8  submerged in liquid nitrogen, but instead are stored    14:37:45
9  in a vapor space directly above the liquid nitrogen.    14:37:47
10    Q.  So there are mechanisms to maintain very    14:37:52
11  low temperatures without being submerged in liquid    14:37:58
12  nitrogen?                14:38:02
13    A.  I -- yes.  I mean, I understand that    14:38:02
14  that's possible to do.  I know little to nothing about    14:38:06
15  its use and functions --            14:38:11
16    Q.  Do you --            14:38:15
17    A.  -- with regard to biological materials.    14:38:16
18    Q.  Okay.  In the course of your        14:38:17
19  investigation, have you uncovered any information    14:38:19
20  other than the absence of the controller to suggest    14:38:26
21  that the physicians or staff at PFC misused this tank?    14:38:31
22    A.  No, and I have looked at the tank itself    14:38:39
23  for any evidence of misuse or abuse and have not seen    14:38:42
24  that.                14:38:47
25    MR. TARANTINO:  Okay.  I have nothing    14:38:51

Page 182

1  further.  Thanks.            14:38:52
2    MS. ZEMAN:  I think I have just a few    14:38:54
3  questions.                14:38:55
4    EXAMINATION        14:38:56
5  BY MS. ZEMAN:            14:38:56
6    Q.  Dr. Kasbekar, Chart's counsel had asked    14:38:57
7  you some questions regarding the log data pulled off    14:39:02
8  of the subject controller, correct?        14:39:05
9    A.  Yes.            14:39:08
10    Q.  For the dates that he had referenced    14:39:08
11  where the log indicated a zero level, do you know what    14:39:11
12  tank the controller was attached to on those dates?    14:39:15
13    MR. SMITH:  Leading.        14:39:18
14    A.  I do not.            14:39:19
15    Q.  (BY MS. ZEMAN)  Assuming it was attached    14:39:20
16  to a tank, do you know whether the tank contained any    14:39:24
17  samples on those dates?            14:39:27
18    A.  I do not.            14:39:28
19    MS. ZEMAN:  Thank you.  That's all I    14:39:30
20  have.                14:39:32
21    THE VIDEOGRAPHER:  This concludes the    14:39:34
22  deposition of Anand David Kasbekar, Ph.D.        14:39:35
23    THE DEPONENT:  Perfect.        14:39:44
24    THE VIDEOGRAPHER:  Total number of media    14:39:46
25  units used is one.  The time is 2:39, and we are off    14:39:48

Page 183

1  the record.                14:39:57
2    WHEREUPON, the foregoing deposition was
3  concluded at the hour of 2:39 p.m.  Total time on the
4  record was 4 hours and 10 minutes.
5    *    *    *    *    *
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 184

1    I, ANAND DAVID KASBEKAR, PH.D., the
2  deponent in the above deposition, do hereby
3  acknowledge that I have read the foregoing transcript
4  of my testimony, and state under oath that it,
5  together with any attached Amendment to Deposition
6  pages, constitutes my sworn testimony.
7
8  _____ I have made changes to my deposition
9  _____ I have NOT made any changes to my deposition
10
11
            _____
12        ANAND DAVID KASBEKAR, PH.D.
13
14    Subscribed and sworn to before me this
15  ____ day of _____, 20____.
16
17    My Commission expires: _____
18
19
        _____
20    Notary Public
21
22        _____
23    Address
24
25

Page 185

47 (Pages 182 - 185)

```
1              REPORTER'S CERTIFICATE
2
3        I, Sandra L. Bray, Registered Diplomate
4  Reporter, Certified Realtime Reporter, and Notary
5  Public within and for the State of Colorado,
6  commissioned to administer oaths, do hereby certify
7  that previous to the commencement of the examination,
8  the witness was duly sworn by me to testify the truth
9  in relation to matters in controversy between the said
10 parties; that the said deposition was taken in
11 stenotype by me at the time and place aforesaid and
12 was thereafter reduced to typewritten form by me; and
13 that the foregoing is a true and correct transcript of
14 my stenotype notes thereof.
15       That I am not an attorney nor counsel
16 nor in any way connected with any attorney or counsel
17 for any of the parties to said action nor otherwise
18 interested in the outcome of this action.
19       DATED:  December 27, 2019
20
21
22       _Sandra L. Bray_
         Sandra L. Bray
23       Registered Diplomate Reporter
         Certified Realtime Reporter
24       and Notary Public
25 My commission expires:  January 16, 2020.
```
                                            Page 186

48 (Page 186)

**[& - 367]**

| & |
|---|
| **&**   2:7,11,17 3:4 4:20 |

| 0 |
|---|
| **001838**   34:3 |
| **01586**   1:3 4:18 |
| **023987**   58:11 |
| **070093**   154:8 |

| 1 |
|---|
| **1**   3:18 4:12 32:3,7 43:20 44:5,14 45:9 50:11,18 70:6,10,17 71:10 72:24 78:10 112:13 131:25 |
| **1/4**   117:7 |
| **1/8**   117:2 |
| **10**   24:14,17,20 44:25 45:3 65:21 107:11,11 146:19 146:20 184:4 |
| **10,000**   138:19 |
| **10.3**   34:2 41:3 |
| **10.3.**   33:23 |
| **10/1000**   173:3 |
| **10/15/19**   3:18 |
| **10/18/19**   3:23 154:9 |
| **100**   13:2 126:16,18 |
| **101**   3:22 |
| **10:13**   31:25 |
| **10:18**   32:4 |
| **11**   24:19 41:2,10 41:25 45:1 55:2 56:9 158:3,5 |
| **11/13/2012**   160:14 |
| **1110**   2:3 |
| **115**   90:9 |
| **11:14**   72:18 |

**11:24**   72:21
**12.5**   161:18
**125**   160:10
**128**   160:10
**12:20**   67:17
**12:30**   68:5,21 69:4 117:21 118:2
**12th**   158:19
**13**   1:7 3:6 155:7
**130**   161:1,3
**13th**   4:3
**14**   24:11,20 33:20 85:9 118:7 131:24
**148**   33:16
**14th**   2:3
**150**   44:12,13 47:3 47:15,17 51:7 82:15,19
**153**   3:23
**15th**   161:17 162:17 163:2
**16**   186:25
**163**   3:25
**16303**   164:8
**16312**   165:6,7
**16449**   165:15,16
**16471**   165:23
**16510**   166:7,8
**16512**   168:10
**17th**   3:5 4:21
**180**   3:14
**18018**   161:7,13,14
**18108**   161:10,11
**18282**   155:13,14
**183**   3:15
**18324**   156:2,3
**18355**   155:16,17 155:19
**196**   48:19 65:1
**1987**   11:2

**1994**   153:7
**1:05**   143:5
**1:34**   143:8

| 2 |
|---|
| **2**   3:19 42:20,21 55:18 58:7,8,10 65:21 70:1,7,9,21 85:15,16,17 106:4 112:13 |
| **20**   13:2 24:3 33:18 64:3 65:14,19 78:9 93:15 114:11 150:15,23 153:6 185:15 |
| **20.6**   159:12 |
| **2012**   159:7 |
| **2013**   155:3,6,19 156:2,8,9 157:5,6 157:14,14 158:3 158:19 |
| **2014**   161:17,23 |
| **2016**   13:17,19 |
| **2018**   9:21 42:14 43:13 50:13,20 73:1 75:16 78:11 112:14 117:21 162:17 163:2 |
| **2019**   1:7 3:7 4:3 186:19 |
| **2020**   186:25 |
| **20th**   159:7 161:23 |
| **21**   33:16 78:9,10 119:21 |
| **22**   34:6 67:25 129:15 |
| **22392**   186:22 |
| **23**   67:25 |
| **2300**   2:17 |
| **23rd**   75:16 155:19 157:5,14 158:3 |

**24**   33:16 131:24
**25**   27:13 33:15 151:7
**252**   161:9
**256**   161:9
**25849**   159:4,5
**25th**   156:8
**26**   58:20
**260**   155:9
**26003**   160:14,15 160:19
**261**   155:9
**26114**   160:20
**27**   152:5 186:19
**28**   153:2
**2:27**   180:14
**2:35**   180:17
**2:39**   183:25 184:3

| 3 |
|---|
| **3**   3:20 24:20 33:10 41:2 43:12 55:18 60:12,13 69:25 70:1,11 75:13,15 88:3 90:4 105:15 105:16 112:19 119:22 127:8 |
| **30**   24:3,21 30:12 41:3 65:14 91:1 107:2 |
| **3000**   17:16 28:13 85:7 134:19 168:17 |
| **304**   97:9 |
| **30th**   156:8 157:6,9 157:14 |
| **32**   3:18 |
| **34**   33:25 |
| **35**   10:21 |
| **355**   155:21 |
| **367**   159:3 |

**[369 - adding]**

| | | | |
|---|---|---|---|
| **369** 160:19 | **5** | **8:00** 68:2 69:8 | **access** 16:18 74:6 |
| **370** 3:5 4:21 160:1 | | **9** | 74:7 |
| 160:4,16 | **5** 3:22 35:11 | | **accident** 11:12,17 |
| **371** 160:1,4 | 102:22,23,25 | **9** 134:2 150:9 | 178:5 |
| **38** 86:17 | 105:22 106:12,19 | 155:20 | **accidents** 11:8,13 |
| **3:18** 1:3 4:18 | 106:24 107:6,10 | **90s** 153:17 | **accommodate** |
| **4** | 107:20 109:1,1 | **925-930-9090** 2:18 | 95:8,19 142:21 |
| | 113:16 144:2 | **94** 14:2 | **account** 55:12 |
| **4** 3:21 21:11 34:6 | **50** 11:25 12:2,3 | **94105** 2:8,12 | 78:19 79:20 82:25 |
| 36:2 37:15 41:21 | 14:4 | **94523** 2:18 | **accounted** 51:22 |
| 42:12 43:14 45:25 | **500** 107:12 | **94612** 2:4 | 95:2,4 |
| 46:3,15 50:12,19 | **505** 2:3 | **9:38** 3:6 4:3 | **accumulated** |
| 55:1,20 56:1 | **50s** 30:8 | **a** | 119:2 |
| 61:14 63:14,15,17 | **510-350-4721** 2:4 | | **accumulating** |
| 63:23 65:17 67:23 | **58** 3:19 | **a.m.** 3:6 4:3 67:17 | 110:20 |
| 68:4 74:11 75:25 | **6** | 68:2,21 | **accuracy** 71:1 |
| 77:10 78:10 84:19 | | **aaron** 2:16 5:16,19 | **accurate** 6:17 |
| 88:23 90:7,8 94:2 | **6** 3:13,23 33:15 | **ability** 61:5 127:4 | 45:18 69:20,22 |
| 106:23 112:7,13 | 66:1 72:24 113:16 | 136:22 140:9 | 70:24 114:17 |
| 112:14 118:6 | 148:20 154:3,5 | **able** 66:18 96:16 | 117:18 118:3,5,11 |
| 129:14,16 134:6 | **60** 166:19 | 100:14 104:4 | **achieve** 150:23 |
| 136:10 154:6 | **7** | 148:11,15 151:1 | **acknowledge** |
| 155:5 163:10 | | **absence** 41:15 | 185:3 |
| 184:4 | **7** 3:25 36:8 102:6 | 116:3 129:23 | **acknowledgment** |
| **4/23/18** 3:20 | 134:2 150:6 164:4 | 142:12 143:2 | 76:10 |
| **40** 27:10 | 164:5 | 182:20 | **acquisition** 29:1,3 |
| **408** 32:17 | **700:1** 122:24 | **absent** 49:22 61:1 | 29:15 |
| **415-442-1000** 2:8 | **70s** 30:8 | 80:22 105:4 | **acted** 104:21 |
| 2:13 | **75** 3:20 | 109:24 111:1 | **action** 4:25 186:17 |
| **4200** 3:5 4:20 | **79** 102:24 105:13 | 158:10 | 186:18 |
| **425** 2:12 | **7:00** 68:2,21 69:8 | **absolutely** 54:11 | **actively** 169:19 |
| **43** 34:10 134:3 | **7:30** 67:17 | 61:24 63:15 168:9 | **acts** 103:4 |
| **445** 11:24 | **8** | **absorb** 52:25 | **actual** 99:3 145:20 |
| **45** 16:5 | | 53:22 | **add** 104:7 111:4 |
| **45,000** 13:4 | **8** 36:8 58:21 117:2 | **absorbed** 125:19 | 142:4 145:4 149:9 |
| **48** 112:18 | 155:15 156:4,9 | **absorbs** 53:19 | 174:10 |
| **495** 11:24 12:2 | **80** 14:5,9 | **abuse** 78:21,23 | **added** 11:5 33:16 |
| **4:44** 112:15 118:2 | **800** 80:21 84:3 | 79:16 80:19 | 34:6,10,12 35:11 |
| **4th** 43:13 50:12,20 | **808** 54:17 74:16 | 182:23 | 92:13 120:11 |
| 67:17 68:21 78:11 | 78:23 80:12 85:18 | **academy** 153:6 | **adding** 79:11 |
| 112:14 117:21 | 86:22 87:3 96:21 | **accepted** 176:5 | |
| 163:10 | **808af** 3:18 | | |
| | **89** 3:21 | | |

[addition - applies]

addition  17:25
  110:17 128:14
  174:5 175:17
additional  51:20
  55:12 71:23 103:7
  116:11
additions  147:24
  147:25
address  133:12
  185:22
addressed  73:16
  163:25
addresses  73:17
adequate  102:20
  122:11 148:22
  162:20 166:14
  168:14
adequately  83:13
  108:9
adjunct  169:16
administer  4:24
  186:6
adobe  70:4
adversely  87:17
advertising  15:20
advised  77:1
  146:20
advisor's  28:19
affect  52:1,3
affiliated  17:4
affiliations  5:4
affirmative  175:3
affirmed  6:1
aforesaid  186:11
agent  53:23 54:7
  74:14,17,20
aging  97:9
ago  8:19,19 27:13
  47:4 65:20,21,21
  174:3

agree  21:23 49:22
  50:11,18 73:21
  77:21 78:14 81:11
  81:12 82:20 87:7
  87:21 89:24
  105:15,21 106:1,4
  112:6 113:9,20
  115:22 116:12,16
  117:12,13,19
  118:10 125:3
  139:23 144:9
  148:14 154:16
  155:1 156:1,7,11
  158:6,7 160:8,24
  161:15,20 162:1
  162:10 165:25
agreed  4:10 37:14
  176:24
agreement  8:25
agreements  9:4,10
ahead  56:17
air  20:18 26:19
  64:20 65:4,6
  68:18 97:23 98:20
  98:24 101:1
  126:15
alarm  169:10
alarms  135:9
  148:19 168:17
  169:6
alert  134:22
  148:22 149:14
allen  47:10,12,13
  57:13,17 137:10
allen's  181:16,17
allow  80:12 81:10
  81:21 98:20
  118:22 172:22
allowed  64:19
  67:1 82:10 94:20
  133:9 173:5 174:1

allowing  82:4
  110:23
alternative  135:4
aluminum  73:1
  74:9,11
ambient  48:12
  49:16 62:7,13
  67:5 119:10
amendment  185:5
amount  30:10
  41:4,9 49:1 79:10
  97:2 114:22
  122:22 125:24
  151:3 157:24
amounts  69:11
  79:4 94:9
amy  2:2 5:12 6:23
amz  2:5
analysis  3:18
  10:15,19 11:3,21
  21:17 29:7 30:11
  31:8 36:7 37:8,15
  45:22 96:10 104:8
  132:4,7,16 142:19
  147:7 151:20
  153:16 172:23
  177:25
analyze  163:12
  164:1
analyzed  19:6
  159:18 163:9
anand  1:6 3:3 4:13
  5:25 6:10 183:22
  185:1,12
animations  27:22
  153:21
annular  64:15
  78:1 88:18 89:12
  91:13 100:13
  103:3 110:4
  111:21 112:3

116:7 118:14
  123:16,18 132:5
  132:17 139:4
ansi  134:21 170:14
answer  8:18 12:23
  13:6 20:14 27:1
  48:13 50:16 51:18
  64:4 66:21 69:5
  71:12 82:5 103:18
  112:11,21 114:20
  118:2 124:20
  142:4 145:4,7
  149:10 161:25
  170:9
answered  41:1
  54:25 82:23 96:4
  125:16 145:13
  151:17
anticipate  83:25
anticipated  97:13
anybody  10:5
  131:22
apart  51:3 123:4
apparently  122:9
appeal  172:11
appear  59:10
appearance  5:17
appearances  2:1
  5:4,6
appears  70:19,20
  86:13 88:6 106:10
  129:22 139:12,15
  139:18 179:15
applicable  169:11
application  153:14
applications  28:23
  85:20 86:2,9
  87:14 134:23
applied  75:4 87:25
applies  28:13
  51:17

Veritext Legal Solutions
866 299-5127

[applying - basis]

**applying**  19:25
**appointment**
 169:17
**appropriate**  3:2
 8:10 181:4
**approximate**
 12:24
**approximately**
 7:24,25 9:17
 12:21 13:4 24:14
 41:25 43:20 78:11
 158:17
**approximation**
 12:25 47:18
**april**  9:21 73:1
 75:16
**area**  17:24 18:4
 26:6,7 39:19 40:5
 40:23 44:7 45:12
 47:19 55:7,8
 59:23 61:10 75:1
 82:7,14 89:7,16
 91:10 92:3 98:8
 105:23 123:7
 137:14 139:19
 140:2,4 157:22
 166:2 169:20
 170:7 178:3
**areas**  18:11 30:22
 36:6 41:7 89:8
 109:5 180:7
 181:21
**argue**  22:12,18
 76:11 103:16
 177:16
**argued**  162:21
**argumentative**
 162:10
**arriving**  68:1,10
**arrow**  105:16
 106:5

**aschultz**  2:19
**asked**  40:17 41:16
 51:15 69:19 94:10
 96:3,25 103:6
 109:19 118:3
 125:15 151:10,16
 177:9 183:6
**asking**  87:11
 124:4 138:11
**asm**  31:14 152:12
 152:20
**assembly**  101:6
**assess**  26:16
**assessment**  125:24
**assign**  179:13,16
**assistance**  32:14
**assistant**  13:24,25
 169:16
**assisted**  32:12
**associated**  6:22,23
 40:6 86:22 113:14
 130:20 145:23
**assume**  108:3
 130:8 164:13,23
 164:25 167:1
**assumes**  162:5
**assuming**  18:9
 45:18 55:1 66:9
 71:8 72:6 117:17
 118:2 124:12
 183:15
**assumption**  45:8
 45:14 59:15 69:7
 77:9,11,18 104:14
 104:16 108:12
 122:25
**assy**  3:21
**atmospheric**  21:21
 63:10 122:12,18
 122:20

**atoms**  54:10
**attached**  154:6
 183:12,15 185:5
**attempt**  15:11
 26:23 128:16
 129:5
**attempted**  143:25
**attending**  5:3
**attention**  9:7
 20:15 59:24 73:8
 78:9
**attorney**  5:7
 171:19,22,24
 172:1,5 174:12
 186:15,16
**atypical**  58:4
**audio**  4:9,9
**authorized**  4:24
**auto**  119:3
**autofiller**  162:18
**automobile**  10:16
 11:7,13 153:15
**automobiles**  7:9
 7:12,16
**automotive**  10:23
**available**  40:22
 68:23 88:5 148:21
**awarded**  14:2
**aware**  9:3 27:8
 73:6 83:5 90:5
 96:20 97:15,25
 98:9 135:8 162:13
 162:16,25 172:16
 173:10
**axle**  11:15,18

**b**

**b**  6:12 154:24
 159:8 160:3
**back**  16:15 32:5
 34:22 60:12 72:22
 80:8,14 82:11

110:2,11 124:18
 125:2 133:22
 134:4 139:25
 143:9,10 151:1
 153:16 168:5
 169:23 173:12
 175:12,13,15
 180:18
**background**  42:21
 177:20
**bad**  169:1 177:3
**balance**  124:9
**balanced**  14:20
 129:11 151:24
**balloon**  22:20,21
**based**  15:13 24:5
 44:22,24 46:22
 47:15,18 52:9
 57:11 61:6 62:8
 64:13 68:10,22
 69:6,13 77:22
 78:5 88:4,22 89:4
 94:6 100:1 105:19
 106:7,10 108:11
 110:21 112:21
 122:9 127:23
 135:15 137:16
 142:16,25 146:14
 151:1 154:11
 157:3 175:15
**basic**  27:9 125:9
 170:13
**basically**  20:2 75:1
 105:22 110:9
 119:17 135:1
 136:3 138:12
 152:19 153:13
 176:19 177:4
**basis**  32:21 83:3,4
 85:24 86:10 89:2
 137:22 156:13

[bat - bulk]

bat  79:14
bates  58:10 102:24
  154:8 164:7
bearing  21:22
beat  79:14
beef  165:12
beginning  5:6
  145:9 151:11
begins  78:8 164:7
behalf  2:2,6,10,14
  5:8,10,13,20 14:17
behavior  29:8
  38:16 176:21,23
  177:23 178:12
belief  157:18
believe  6:21 7:1,9
  8:23 11:22 24:19
  27:5 35:19 39:3
  58:18 69:22 91:24
  93:17 95:7 101:23
  102:16 119:2
  121:10 144:17
  148:4,4,7 156:14
  157:11 170:9,24
  174:3
believed  136:17
believing  100:22
  104:25 153:3,12
belonging  26:18
ben  5:8 71:4
bend  142:21
bending  145:24
bends  95:7 142:8
beneath  68:4
benefit  115:11
  130:10 131:8
  139:16
benefits  152:20
benjamin  2:6
  30:14

benjamin.smith
  2:9
benz  172:19
best  18:2 21:25
  68:19,22 69:6
  84:20 140:9 171:6
better  15:9 20:14
  29:17 57:5 65:3
  77:17,21 140:25
  141:20
beyond  24:25
  26:25 44:11 51:4
  56:2,20 59:15
  70:25 97:23 98:5
  130:11 137:6,8,14
  148:5 181:17
bicycle  10:22
big  15:7 104:3
  105:5 142:14
  146:17
bigger  152:20
bill  5:10 180:12,22
billed  13:3
binder  153:25
  154:9
binding  74:14,17
  74:20
biological  51:6
  56:16 81:9,15,16
  81:22 85:20 86:7
  182:17
biomedical  20:12
biotech  85:19 86:2
  87:14
bit  15:15 18:10
  23:23 25:2 37:4
  40:3 61:15 67:19
  88:14 104:12
  107:9 112:23
  122:24 125:4
  133:11 151:25

157:21 169:24
  174:16
blockage  83:19
blocking  47:8
blood  60:7 86:8
  87:15
blowing  168:18,23
  169:4
blown  107:22
board  29:6,7
bockius  2:7
boil  115:10 124:24
boiler  10:23
boiling  53:12
  119:12,15 120:13
bolster  175:9
bolt  105:23
bond  53:22
bone  86:8 87:15
  87:17,19 138:20
bottom  16:18,22
  16:24 17:2 33:25
  48:21 49:20 50:6
  50:15,19,22 58:4
  64:12,15,17,22
  65:2,5,17,25 66:4
  67:24 70:7,8,22
  72:2,8,10,24 90:22
  91:20,21,25 92:8
  92:17 100:5
  112:25 113:19
  114:25 115:1
  119:6,7,8,22
  157:21 160:19
  166:17 175:19
boulevard  2:17
bow  142:15
box  41:2 56:20,23
  59:22 80:1 148:3
boxes  41:3,25 50:7
  59:8,11,12

bray  1:22 3:7 4:23
  186:3,22
breach  68:1 88:7
  88:21,23,24 89:25
  96:22 97:16
  100:10 110:13,14
  121:10 127:9
  131:15 136:21
  138:4 144:6
  148:13,16,18
  149:18,21 179:2
break  31:23 71:4
  72:16 140:19
  143:4 159:24
breakage  58:1,2
breeding  86:23
  87:3,5,7,13,22,25
  88:1 149:5 165:10
brett  109:20
brief  19:2 47:6
briefly  16:11
  17:19 154:12
bring  31:20 174:7
bringing  76:8
broaden  67:19
broken  11:15
brought  35:9
  69:20 95:14
buckle  23:11
buckling  22:10
buffer  55:12,16
build  17:9 60:17
  64:9,11 136:3
building  28:23
  125:1
buildup  60:14
  64:7 69:12 83:9
  127:21,22
built  12:2 53:5
bulk  118:5

Page 5

[bulletin - certification]

**bulletin** 130:18
131:1 134:7,13
135:8
**burst** 103:20
**busted** 159:19,22
159:23
**byproduct** 33:13

**c**

**c** 4:1 44:12,13
47:17 82:15,19
**c.v.** 30:22
**calculated** 107:17
142:18
**calculation** 24:15
142:20
**calculations** 24:13
41:6
**calibrated** 158:11
162:6,11
**california** 2:4,8,12
2:18 4:17
**call** 17:15 21:12,14
29:25 55:10 74:19
77:11,12 90:16
92:24 93:4 104:23
108:12 115:20
122:15 130:7
131:4 142:7
173:21
**called** 3:3 6:25
31:15 53:16 89:14
105:18 154:9
**calling** 77:15
135:18
**calls** 108:14
**camera** 70:13
**camp** 101:8
**cane** 59:18,22 60:4
**canes** 56:19,23
59:16

**cannisters** 42:4
55:2 56:9,13
57:23
**capability** 52:20
151:25
**capacity** 93:18
124:23 147:5
**capillary** 59:21
60:7
**caption** 69:25 70:6
70:11,18
**captions** 70:24
112:17,22 113:4
**captured** 54:1
**care** 92:4
**career** 13:22
**careful** 15:16
**carefully** 85:7
**carl** 2:15 5:22
**carolina** 16:16
17:1 72:13 172:2
173:15 175:2
**carolyn** 2:15 5:21
**carries** 99:22
**carry** 174:19
**case** 1:3 4:17 6:20
7:11,17,20 8:10,13
8:14,23 9:5 10:6
10:14 11:25 12:22
15:16 16:14 20:7
20:22 25:5,6,16
35:17 55:10 57:13
62:9,10 63:13
64:2 66:24 68:11
85:1 87:16 91:18
92:19 93:1 94:23
95:9 100:25
103:25 128:11
137:11,12,19
141:14,16 143:18
146:15 147:11

153:4,22 158:12
158:16 171:7,12
171:14,17,25
172:2,3,6,7,18,20
173:4,20,24
174:16,24 175:2,5
179:1,7,22
**cases** 7:5,6,25,25
8:5,8,8,12 11:7
14:19,24 15:9,12
15:15 21:2 25:12
172:15 175:11
**casual** 181:19
**catalog** 41:23
**catalogs** 36:22
**catastrophic** 67:16
67:20 68:20 73:15
73:24 74:1,22,25
76:11 77:9 93:22
94:1 101:14 131:4
131:10 132:21
133:3 135:18,21
137:25 138:17
144:6 148:8,12,16
148:24 149:15
178:20
**cause** 23:9,11
51:10,13 62:22
77:19,23 78:6
81:5 88:6,10
93:17 94:25 97:22
98:12 99:5,23
100:24 105:2
106:13 107:16
110:4 111:21
115:16 120:21
121:2 126:6
127:10 157:25
177:22
**caused** 27:3 60:19
94:2,18 100:10

101:3 105:7 108:1
111:1,13 120:1
122:14 128:21
139:24 140:2
**causes** 90:4 169:12
**causing** 100:6
**caution** 178:3
**caveat** 111:4,17
141:5
**cd** 31:18
**cell** 4:7 86:8
**cellular** 4:6
**celsius** 48:19 51:7
161:2,4
**center** 1:4 2:15
4:15 5:21 90:15
**centimeter** 64:18
**ceramics** 30:4,7
**certain** 8:7,13 41:4
59:11 78:21 80:3
83:6 109:4 115:25
120:19 126:1
143:19
**certainly** 14:13
18:25 20:21 25:12
26:4 27:11 30:15
63:8 64:1 65:9
69:23 71:18 78:17
81:25 83:10 93:2
94:16 96:12 99:10
102:4 109:23
114:24 127:2
128:5 129:12
132:19 135:25
137:11 139:3
144:13 145:20
149:22,25 157:22
178:7
**certificate** 186:1
**certification** 47:6

Veritext Legal Solutions
866 299-5127

[certified - companies]

**certified**  3:8 186:4
  186:23
**certify**  186:6
**chance**  36:5 66:14
  155:8
**change**  19:2 66:22
  69:4 85:23 94:17
  100:13 105:4
  108:7 109:6,7
  177:22
**changed**  35:24
  176:23 178:12
**changes**  27:8
  52:11 185:8,9
**characteristics**
  39:4 46:24
**characterize**  44:16
**charge**  12:19 34:8
**charging**  11:23
  12:18
**chart**  2:6 3:4,18
  3:20,23,25 5:9
  20:13 24:16 34:3
  36:20,23 39:7,11
  39:23 40:17 41:15
  47:22 49:25 51:5
  52:22,24 55:20
  62:1 72:8,25 73:5
  73:11,16,21 74:3,7
  75:21 76:25 78:23
  80:18 81:9,12,13
  81:19,25 82:3,8,9
  83:1,5,14,20,25
  84:7,11 85:17,25
  86:3,6,11 87:14
  90:9 95:7 96:21
  97:3 99:2 102:24
  108:5,25 129:19
  130:17,25 131:13
  132:1 133:1,2,17
  133:20 134:18

135:4,5,13 136:12
  136:17 137:17
  138:7,14 143:12
  144:4,10,17 145:2
  145:10,11 146:12
  148:8,22 149:3
  154:8 157:1 164:6
  164:8,20,25 165:2
  165:9,9 167:19
  178:16,16 179:7,9
**chart's**  36:19 74:8
  74:13,16 75:25
  76:13 87:2,10
  88:2 104:10 105:8
  133:8 135:18
  136:9,13 137:19
  139:1 150:2
  166:10 179:13,20
  180:1 183:6
**check**  70:8 146:21
  147:13 176:19
**checked**  84:9
**checks**  84:21,25
**chemistry**  31:10
**chenette**  2:15 5:22
**cherry**  169:24
**chesson**  17:3
**child**  87:18
**christin**  47:8,13
  57:12,17 137:10
  181:16,17
**christmas**  105:22
  155:4 156:2
**chronology**  92:18
**circled**  90:25
**circuit**  18:14,18
  29:6,7 159:13,15
**circumstances**
  38:17 40:9,10
  49:23

**citations**  32:15
**cite**  32:25 33:17
  34:11
**cited**  32:24 59:5
  164:6
**civil**  3:2
**claim**  179:5
**clarification**  38:11
**clarify**  118:1
**clarity**  33:22
**class**  5:13 47:6
**classes**  31:7,9
**classlawgroup.c...**
  2:5
**clear**  22:6 70:5
  126:4 143:21
  167:25 178:18
**clearly**  118:4
**client**  21:25 103:6
  116:9 146:20
  173:21 174:6
  176:12 177:2
**clients**  12:19
  130:18 134:7
  174:16
**climate**  99:17
  101:1
**clinic**  74:6 82:3,10
  86:15 95:15
  126:14 163:17,22
**clinics**  37:5 87:22
**close**  19:15 35:3
  51:2 62:4 64:17
  65:8 93:10 122:24
  139:14 141:2
**closely**  21:6
**closer**  48:16 50:13
  123:6
**clutch**  7:8
**codes**  154:24
  157:1

**coefficients**  52:8
**cold**  19:25 62:24
  65:4,7 170:5
**colder**  19:24 49:21
  119:9
**coldest**  67:8
**collapse**  23:11
**collapsed**  104:5,6
**collection**  28:18
**colorado**  1:1 3:6,9
  4:21 169:21 170:2
  186:5
**column**  154:20
**columns**  154:22
**come**  8:20 67:13
  79:2,7 80:13
  98:20 147:13
  168:17
**comes**  26:19
  141:11,17,17
  178:13
**comfortable**  37:6
**coming**  89:9
  123:17 139:13
**commencement**
  186:7
**commencing**  3:6
**comments**  89:4
  142:25
**commission**
  185:17 186:25
**commissioned**
  186:6
**commit**  157:2
**committee**  134:18
**common**  175:16
**commonly**  86:14
**commonsense**
  46:11 51:4
**companies**  17:5

[company - contraction]

company  9:13,24
  10:3,5 13:18 26:8
  86:11
comparing  58:18
compartment
  123:14
competing  67:5
complete  51:24
  56:14 83:6 166:18
  171:1
completed  36:2
completely  39:6
  40:15 78:4 81:17
  82:4 88:15 163:25
compliant  134:21
component  126:12
  129:20 172:24
components  10:21
  10:22,23 11:1
  39:19 42:7,10
composite  74:14
  74:17
compromise  76:23
computer  11:4
  27:12,12,22 28:18
  29:5,11 69:3
  153:4,13
conaghan  33:11
  43:18,19 44:2
  56:6 113:22,22
  127:24 129:7,8
  131:21 143:22
conaghan's  16:4
  24:10 33:16 60:13
  64:6 112:23
concede  76:6
concept  140:8
concern  27:22
  146:7
concerned  74:8
  145:18 165:9

concerted  66:4
conclude  114:14
  132:4
concluded  184:3
concludes  183:21
conclusion  133:7
  176:5
condensation
  61:14,22 67:2
  68:3 71:10,19
  72:9
condense  62:23
  65:7,22 68:18
condensing  52:17
condition  39:15
  51:24 61:8 83:17
  94:24 95:20,23
conditioned  101:1
conditioning
  126:15
conditions  49:16
  62:2 83:6,7,9
  99:15 101:10
  128:6
conduct  37:9,18
  111:18
conducted  11:20
  37:13 88:20,23
conductor  65:3,3
confidential  32:21
configuration
  39:24
configured  39:22
confirm  110:3
  111:20 113:7
  157:3
confirmation  90:2
  92:11
confirmed  89:12
  110:15 128:11

conjunction
  176:16
connected  91:8
  186:16
connection  36:9
  36:18 37:3 57:17
  57:20 59:1 159:25
consequence
  138:17
consequences
  87:20 133:10
  134:11
consider  25:24
  28:5 29:22 36:7
  43:5 45:4 73:14
  81:14,15 89:5
  94:24 133:23
  170:6 177:14
consideration  38:3
considered  38:6
  38:13 39:1,2
  55:17 103:20
  116:10 127:18
  154:13 178:15
considers  80:18
consist  175:4
consistent  61:18
  69:21 89:6 128:12
  142:6,22 172:25
  174:2
consistently
  151:21
constantly  147:12
constitutes  185:6
constructed  54:4
  54:15
construction
  107:10
consult  111:19,24
consultant  10:11
  26:9,12,13,16

consultation  17:11
consulting  10:9,9
  15:23
consumed  41:10
  65:11
consumer  74:7
consumption
  40:18 54:6 55:12
  144:15
contact  8:16 65:1
  135:4
contacted  6:19
contained  19:3
  35:17 45:15 73:11
  130:12 146:15
  176:15 183:16
containing  81:22
containment
  40:20
contains  112:13
contaminant  53:7
  53:14
contaminants
  52:25 97:20
contemporaneous
  128:16 129:4
contents  24:8,18
  24:22 31:20 39:14
  41:6,13,21 45:3,21
  54:20,22 55:1,9
  95:20 129:21
  131:10 135:21
  138:17 140:17
continue  4:9
  124:20 136:15
continuous  160:2
contra  2:17
contract  14:6
  31:20 52:7
contraction  51:16
  52:1,9 95:1,6

[contraction - cryogenically]

138:13
**contracts** 12:14
14:3 28:24
**contradicts** 69:16
**contribute** 125:21
**contributing**
128:4
**control** 20:6 28:18
28:23 29:1 102:9
**controlled** 99:17
101:1,15 109:5
140:14
**controller** 17:16
18:7,18,23 19:1,6
34:9,16 85:7
129:19,23,25
130:2,4,14,19
131:2,9,19,23
133:23 134:8,10
134:12,14,24
135:3,13,20,22
136:9,21 137:16
137:23,24 140:10
140:10 143:11,13
144:13,24 145:17
147:4,10 148:14
149:10,20 154:5,6
156:11,14 158:7
159:25 162:2,5,8
162:14,16 163:2,5
178:9,10,17 179:8
179:17,20,24
180:7 182:20
183:8,12
**controllers** 28:3,6
28:12,15 134:19
137:5,18
**controls** 27:12
28:8
**controversy** 186:9

**conversation** 38:7
38:21 109:13
**conversations** 4:6
16:9 38:14 44:17
57:12,16 137:10
**conversion** 120:25
**cool** 52:6 68:16
95:19 98:21,22
120:14 128:7
**cooled** 19:17 25:21
67:10
**cooler** 138:12
**cooling** 20:5 44:11
51:13 62:20,22
77:5 93:18 115:3
119:18 120:23
**cools** 119:16
**copy** 32:7 34:18
34:23,25 35:8,9
69:20 70:6,19,19
**cord** 86:8 87:14
173:2
**core** 172:24
**corporation**
171:12
**correct** 12:7 14:16
18:19,21 19:8
24:14 27:21 30:20
30:24,25 32:17,24
33:5 35:20 36:11
48:20,24 56:4,7
59:3 60:15 61:24
74:10,15,19 78:13
83:15 84:1 87:1
88:9,25 89:18,20
91:7,12 92:9
102:12 105:20
109:9 130:22
143:3 151:11
152:10 157:16
172:8 173:7

179:25 183:8
186:13
**corrected** 101:24
**correction** 144:3
**correctly** 158:11
**correlates** 115:23
**correspond**
154:18
**corresponds**
160:25
**costa** 2:17
**counsel** 4:14 5:2
9:8 36:12,14
37:24 38:4,7
40:17 41:16 43:7
57:25 87:10
109:19 183:6
186:15,16
**counsel's** 70:19
**county** 153:5
**couple** 8:2,8 51:2
161:6
**coupled** 129:22
**course** 9:9 120:20
182:18
**court** 1:1 4:16,22
5:14,23
**cover** 56:2
**covered** 44:9
63:18,24 144:25
**covering** 141:15
**crack** 17:25 24:25
39:5 40:5 64:18
64:23 66:10 71:21
73:17 77:18 78:1
88:11,17 89:10
91:4,13,15 92:11
92:13,15,21 93:4,9
93:16,17,22,25
94:4,7,7,8,12,18
94:19,22,25 96:1

96:10,17 99:24
100:6,12 101:5
110:4,10,16,23
111:7,14,20 112:3
115:18 116:7
118:14,19 121:11
123:2,2,3,6,10
124:14,23 125:3
128:2 132:4 139:4
139:15,25 141:8
142:14 178:20
179:14
**cracked** 146:3
**cracking** 7:11
**cracks** 92:25
93:14 132:18
**crafted** 142:9
**create** 98:23
**creates** 147:4
169:11
**critical** 47:17
134:23 180:7
**criticality** 104:8
132:16
**cross** 90:16,23
**cryobiological**
3:25 164:7
**cryobiology** 181:1
**cryogenic** 11:21
19:11,14 20:4,8,23
21:16 25:18,25
26:3,4,5,9,11,16
27:9,19,19 37:10
48:2 49:12 51:10
51:13,17 52:14
54:18 62:1 80:12
85:18 86:6 111:19
125:13 137:4,24
181:22
**cryogenically**
19:17

[cryogenics - deposition]

cryogenics 25:20
cryopreservation
  3:18 148:23 149:3
cryopreserved
  181:14
culminated 117:24
current 172:10
currently 144:9
curriculum 30:8
customers 76:13
  86:12 164:24
cut 91:24 92:17
  157:9
cutting 116:11
  153:17
cv 1:3 4:18
cycles 96:18 97:22
cycling 20:2 51:19
  51:19 52:13

**d**

d 3:11 4:1 6:11
daily 84:21,25
dairy 165:12
damage 22:23
  25:7 79:21 80:4
  120:21 140:16
  157:25
damaged 46:8
  80:6
dan 8:3
danger 178:2
data 17:17 18:4,23
  19:1,6 28:18 29:1
  29:3,15 85:7,8
  113:14 154:12
  155:3 156:14
  157:4,13 158:2
  160:10 161:16,21
  163:9 164:1 183:7
date 12:22 13:5
  35:17 39:7,11

68:23,24 88:5,19
  88:21 96:7,8
  110:15,22 112:25
  148:21 154:23
  155:10 157:9
  159:14 163:6
dated 75:16
  186:19
dates 183:10,12,17
david 1:6 3:3 4:13
  5:25 6:10,11
  183:22 185:1,12
davis 109:20
day 55:18 61:9,10
  85:9 94:20 113:1
  156:2 185:15
days 13:13 28:15
  112:18 136:25
  161:22 163:10
deal 28:17
dealing 25:22 97:2
  118:19
december 1:7 3:6
  4:3 155:3,6,19
  156:8,8 157:5,6,8
  157:14,14 158:3
  158:19 186:19
decide 95:13
decreased 156:9
deemed 45:2
  94:13
deeply 154:13
defect 7:8,14
  15:10 40:5 93:18
  98:8 102:15,19
  110:22 118:18
  126:8 130:1
defective 101:5,6
  179:2
defectively 108:5

defendant 3:4
  4:14 15:7 172:6
defendants 2:10
  2:14 5:20 15:11
defense 14:4,22
  15:6 28:25 70:19
  171:24 172:1
definitely 69:16
  82:2
deflections 173:1
deform 101:12
  102:21
deformation 60:25
  61:10 77:16 78:2
  99:21 100:4,11,12
  100:24 102:10,17
  104:18,24 105:2,7
  105:10 107:16,19
  107:22 108:2,9
  111:1,14 112:6,20
  113:24 114:5,12
  114:18,21 115:17
  115:23 117:14,19
  117:24,25 118:5
  118:11 121:3,6
  123:5 127:10,13
  128:13 131:11,16
  132:5,12 140:2,15
deformed 118:16
  121:19 173:1
defrost 83:6,14,16
  83:18
defrosted 84:23
defrosting 143:20
degradation 48:4
  73:15 77:2 84:1
  97:5 131:7 144:11
  146:17,18
degrade 98:19
degrading 97:21

degree 14:2 53:25
  100:18
degrees 47:3 48:19
  51:3,7 126:16,18
  161:2,4,6
deliver 145:25
  165:5
delivers 91:10
denver 3:5 4:21
department 13:23
  14:3 28:25 29:14
depend 49:16
dependent 54:19
  95:12
depending 52:16
  65:18 72:13 99:11
  111:10 124:22
  125:19 126:20
  157:23
depends 78:15
  79:6 82:21 116:20
  116:21 180:1
deplete 81:17
depleted 67:13
  122:4,6
depletion 116:24
depo 166:5
deponent 38:24
  44:2 47:11 106:20
  183:23 185:2
deposed 6:13
  69:15 179:10
deposition 1:6 3:2
  4:8,13,19 8:11,14
  8:15 14:11,25
  15:12 16:1,4,10,13
  17:18 32:3 33:17
  40:25 44:17 56:6
  56:8 58:8 75:13
  90:7 102:22 114:2
  114:9 151:11

Page 10

[deposition - disk]

154:3 164:4 178:7
183:22 184:2
185:2,5,8,9 186:10
**depositions**  14:14
14:15 36:13 59:9
**describe**  21:10
**described**  118:15
133:14 150:2
**description**  130:13
134:20
**descriptions**  41:23
**desert**  99:16
**design**  17:9 20:3
25:25 26:2,9,13
27:9 51:22 101:5
101:13 102:14,19
104:7 105:7
106:17 126:9
132:15 138:7,16
138:24,25 139:1,6
140:8,24 142:5,23
145:5 146:10
173:25 175:6
178:22
**designed**  19:13
55:21 99:18
107:21 108:5
131:3 138:2 144:4
144:9,17,19
145:12
**designer**  26:3
78:18 79:19
**designers**  97:6
**designing**  178:24
**designs**  57:14
**desirable**  169:5
**desired**  44:25
**destroying**  53:2
**destruction**  16:20
101:14

**destructive**  16:17
36:1 38:22 39:2
88:20,22 91:14,17
91:19 103:12,17
111:18 139:16,17
144:23 150:10
**detachment**  75:1
**detail**  25:2 39:17
41:13 139:11
164:22
**detect**  144:11
148:15 149:10
**detected**  68:5,14
**detection**  89:7,9
136:4 149:11
177:25
**detectors**  25:22
**determine**  18:13
34:23 41:6 71:17
116:6 151:1
**determining**
170:12 178:1
**detrimental**  12:15
**develop**  11:4
65:10 67:9,11
72:9 109:3 110:13
124:17 153:21
170:10 174:3
**developed**  19:13
93:22 94:1,13
96:1 121:5
**developing**  28:10
**development**  20:4
174:8 176:14
**device**  81:2,3
108:8,23 145:19
**devoted**  12:22
**dewar**  25:15,16
63:13,14,15 76:16
76:16,20 77:3,4
80:25 81:4,5,5

99:18 112:3 115:2
115:5
**dewars**  20:17 62:9
62:20 63:9 80:25
**dfmeca**  74:5
**diagnosing**  135:6
**diagnosis**  144:1
**dialing**  147:12
**diameter**  118:21
139:19 141:8
**difference**  30:1
51:1 76:18 149:16
**differences**  69:23
**different**  11:1 29:4
48:1 52:7,8 57:7
59:16 70:14,22
76:7,21 82:5
87:23 88:1 94:11
99:17 101:9
126:13 177:9
**differential**  23:9
62:12 122:12,14
159:8 169:12
**differentials**  49:25
160:3
**differently**  144:18
144:20 145:2,12
146:7,13 149:24
149:25
**difficult**  53:5
58:11 61:11 70:23
93:7 104:25
133:11
**difficulty**  33:12
60:18,20,24
**dip**  43:22
**diplomate**  3:7
186:3,23
**direct**  44:7 65:1
78:9 133:5

**directly**  144:14
146:18 182:9
**disagree**  58:22
**disassemble**  102:1
**disassembled**
103:10 104:20
111:5
**disassembly**
103:11
**disclose**  38:13
**disclosure**  32:18
**disconnect**  124:3
**disconnection**
143:23
**discontinued**
152:18
**discovered**  67:23
88:24 110:15
117:20
**discovery**  18:9
36:4,6 180:1
**discrepancies**
163:16,18
**discuss**  38:25
73:22 74:22
**discussed**  37:24
38:3 39:3,16
96:16 143:20
144:21 153:14
**discusses**  73:21
74:2
**discussing**  130:3
**discussion**  39:13
39:20,23 74:5
**discussions**  9:22
142:17
**disk**  101:18
102:10,14 103:20
104:23 107:24
108:13,15 109:3

[display - embryos]

display   29:3
displayed   176:1
disputing   70:25
dissected   66:21
dissertation   152:1
distinction   144:18
  165:20
distorted   102:5
distributors
  164:23 165:1,3
district   1:1,1 4:16
  4:16 171:17
division   4:17
divulge   38:1
doctor   43:24 44:3
document   16:8
  34:2,3 58:10 61:7
  75:7,10,15 102:23
  130:18 133:12,15
  134:1 154:8 164:5
  164:10,12,16
  165:4 166:1
  169:15
documentation
  60:1
documented   33:20
  39:6
documenting
  103:11
documents   16:5
  32:16,18,20,25
  33:1 34:4,8 36:6
  36:12,17,21 43:8
  44:23 49:14 58:25
  73:16 74:3 76:25
  84:7,16 95:10
  106:16 107:14
  128:9 131:17
  146:15 148:21
  154:1 157:2 168:2
  179:12,13

doing   6:7 66:23
  93:10 169:19
don   17:3
dots   130:9
double   150:3
downloading
  164:2
downstairs   95:15
dr   6:5 16:4 24:10
  32:6 33:11 43:18
  44:5 56:6 58:15
  60:13 64:6 72:23
  75:16 90:10
  112:23 113:22,22
  127:24 129:7
  143:11,22 154:4
  180:21 183:6
draining   77:5 79:3
dramatic   21:20
draw   60:8
drawing   3:21,22
  39:23 90:8,10,12
  90:13 105:19
  106:7,11
drawings   72:5
  143:3
drawn   114:22
draws   105:16
  106:5
dried   167:5
drilled   117:2,7
drip   67:14
drips   65:12
drop   81:10,22
  123:9,12,13
dropped   79:18
  161:21 162:1,4
dropping   82:1
dubai   99:16
ducati   7:21

due   45:17 55:13
  55:14 96:18,19
  111:12 131:10
  132:25 151:25
duke   13:23 20:11
  20:13 29:10
  169:16
duly   6:1 186:8
dumped   82:11
dumping   79:4,9
dwindle   115:8
dye   92:1
dylan   6:21,22,23
  8:7,17,24 16:11,12
dynamics   11:17
dyslexic   161:13

**e**

e   3:11 4:1,1 6:12
earlier   40:24
  51:15 69:19 82:23
  96:25 125:17
  166:5,22 178:6
early   13:14,15
  16:16 20:25 57:13
  131:3 136:4
  137:10 138:24
edge   139:18 141:2
  141:2,17 153:17
edges   166:6
edification   37:6
education   25:18
  180:25
effect   45:5 52:13
  52:18 62:20 77:20
  77:24 78:2,7 99:1
  110:5 111:22
  123:4 132:15
  134:18
effective   108:22
  177:8 178:24,25

effects   104:8 147:7
  177:25
efficacy   176:6,9
efficiency   12:15
efficiently   16:20
  31:19
effort   61:3 66:4
efforts   18:2
eggs   45:9 46:17
  50:13,15,20,22
  85:21 86:18
  181:10,14
eight   60:16
either   8:17 14:24
  28:8 50:9 53:21
  87:10 92:20
  115:18 135:16
  136:3 158:20,21
  158:23 159:14,19
  164:2 167:5 171:9
  179:7
ejection   106:14
elastomer   97:8
eldon   2:15 5:21
electrical   19:9
  20:6
electronic   28:3,6,8
  28:12,14
element   142:19
  153:15
elevated   46:18
  47:21 51:9 129:21
  134:25
email   2:5,9,13,19
  130:12
emails   130:5,11
embryo   87:18
embryologist's
  55:8
embryos   45:10
  46:17 47:24 50:13

Veritext Legal Solutions
866 299-5127

[embryos - existed]

50:15,20,22 85:21
86:18,25 138:19
181:7,14
emphasis  10:18,20
employee  10:10
emptied  62:10,15
empty  81:1,5
168:18
ended  93:9
engineer  19:7,9,11
29:23 30:2 95:7
132:24 145:21
170:11 177:17
engineered  107:21
engineering  13:22
25:19 26:2 27:19
28:21 29:14 43:10
159:23 173:25
engineers  10:8
11:2,14,16 13:24
89:3 111:19 132:6
152:9,11 172:25
english  170:25
ensure  79:23
135:23 140:9
181:7
ensures  140:14
enter  13:13,15
64:19 118:23
133:9
entered  23:8,16,18
23:21 61:23 65:15
66:7 107:3 120:8
123:10,13
entering  66:15
71:14 111:2
120:23
enters  66:11
128:23
entire  67:1,3 124:8

entitled  75:15
164:6
environment
100:25
environments
86:14
envision  54:5
77:14
equalized  121:25
equilibrate  79:9
79:11 122:16
123:25
equipment  25:21
25:23 28:24 80:1
80:6
equipped  102:9
equivalent  177:4
eric  8:3,6,17,24
erroneous  158:25
169:14
escape  105:6
108:1 116:6 117:3
123:1
escaped  71:9
especially  14:20
79:21 99:11
129:21
esq  2:2,6,11,16
essence  45:21
essentially  38:15
38:20 40:16 45:21
122:17 146:4,24
175:13
establish  176:21
established  46:12
157:17
estimate  24:9
46:25 68:19,22
69:6 150:22 151:4
estimation  13:3

evaluate  18:16
26:5,12 41:17
96:16 153:16
evaluated  11:16
46:14 110:9
evaluating  7:13
39:4 40:16 162:24
evaporated  167:5
evaporation  116:2
event  3:23 23:4
40:19 64:2 73:7
96:19 104:1 131:3
135:2 136:19,20
147:8 154:10,23
154:24 169:7
178:21 179:14
events  51:13
eventually  63:19
67:4 122:3 123:25
everson  2:17
evidence  63:23
64:1 77:13 82:6
89:2 112:9 122:9
126:15 129:17
130:17 132:13
138:6 140:1
162:14,16,21
163:1 182:23
evidenced  68:4
exact  8:18 23:25
39:24 41:14 44:15
52:23 71:23
112:11 174:14,14
exactly  16:24 24:6
41:9 49:14 51:17
57:3 142:14 166:4
174:18
examination  3:3
3:12 6:3 71:20
180:19 183:4
186:7

example  39:12
69:25 79:25 83:5
94:19 106:5
112:12 159:3
160:2 166:13
177:21
examples  21:1
exception  70:23
excessive  68:3
83:9
exchanged  32:21
exclude  172:6
excluded  171:3,11
171:16 172:13
173:8,11,17,23
174:12
exclusively  151:23
executive  175:8
exemplar  38:15
40:8,10 41:17
42:7,10 58:16
59:2,11 60:1
exerted  22:8 99:21
121:16
exhausted  88:15
exhibit  3:18,19,20
3:21,22,23,25 32:3
32:7 58:7,8,10
70:10 72:24 75:13
75:15 90:7,8
102:22,23,25
112:13 154:3,5
164:4,5 172:23
173:5,11
exhibits  3:17
31:23 113:18
exist  48:1 55:22
107:14
existed  50:12
115:19

Page 13

[existence - failure]

existence  62:25
63:5 181:24
existing  34:10
exists  56:16 112:2
expand  52:6 105:1
115:14
expanded  23:8
expanding  53:2
104:18 122:23
expands  22:21
expansion  51:16
52:1,8 62:19 95:1
95:6 119:19 120:1
122:10 129:10
138:13
expect  49:7 52:15
63:16 64:9,11
65:14,22 67:2,6
68:13 78:18 80:19
81:3 95:17,21
98:14 99:4,13
101:10 107:2
123:9 126:10,13
126:22 127:2
135:5 142:13,15
145:21,22 162:20
167:20
expectation  49:5
expectations  97:3
expected  53:25
78:15,19 82:21,24
123:12
expelled  109:10
expended  18:2
expense  146:22
experience  15:13
25:20 29:24 30:10
30:23 31:2 53:3
62:8 67:7 80:25
97:1,2 151:8,13,14

experienced
134:19
expert  7:3 8:10
10:16,19 13:8,12
13:19 15:18,23
25:24 26:3 28:5
28:12 29:14 47:6
47:7 81:15 143:1
170:7,19 173:23
174:7 176:14,17
177:6,10,12,19
181:3,6
expertise  17:24
18:5 26:7 28:7
29:2,4 44:8 45:13
47:19 51:16 55:7
55:8 60:10 82:7
82:14 137:7,8
157:22 170:8,21
177:18 178:3
experts  44:11,18
111:19 171:20
177:15 178:15
expired  14:6,6
expires  185:17
186:25
explain  60:18
62:18 182:5
explained  58:2
119:1 126:19
177:11
explaining  57:24
130:7
explanation  60:23
104:17 127:14
129:13
explode  139:24
exploding  22:22
exploration  40:4
explored  148:6

explosion  21:11,13
22:7 23:1 26:23
27:3 77:15 120:18
122:14
explosions  21:2
25:4,13
exponent  109:16
143:1
exponent's  37:17
exposed  28:21
45:10 46:18 50:14
50:21 125:13
exposure  47:21
expressed  43:6
extensive  114:21
117:25
extent  45:24 49:18
66:17 71:19 76:25
78:21 103:18
114:16 124:17
137:13 144:21,23
146:1 155:2 158:3
171:21 172:18
174:20 181:15
182:4
exterior  22:14
102:8
external  27:3
extra  11:25
extremely  136:23
eye  93:2

f

f  2:11 156:24
157:11
fab  146:5
fabricated  35:13
35:13 138:3 144:5
144:10,20 146:6
fabrication  51:22
face  93:20 141:7

facilities  11:4
20:12,12 57:18
facility  37:17
fact  13:12 46:2,7
61:7 73:6 76:3,5
77:4 81:20 92:9
108:20 111:6,9
118:14 123:5
128:14 129:19,25
140:25 149:20
factor  71:16 128:4
133:13,21,22
factors  170:25
174:7 176:10,13
176:16 177:6,14
177:17,19 178:12
178:15
fail  81:6 95:18,21
135:17 140:8
failed  11:18,19,19
88:5 142:4 174:6
179:7
failing  7:18
fails  63:21
failsafe  136:4
failure  3:18 7:20
10:15,18 11:3,20
21:17 25:17 26:5
26:13,16 29:7
30:11,20 31:8
37:14 40:4 42:12
46:16 61:19 63:1
63:6,17 67:16,20
68:20 74:25 87:16
88:6 90:4 93:23
94:1 96:2,17
101:15 104:8
110:5,6,11 111:21
111:22 128:16
132:15 133:24
137:25 147:3,7

[failure - found]

148:24 149:15
151:20,23 177:25
178:20 180:3
**failures**   7:4 26:11
74:22 133:3 163:6
**fair**   10:14,17 11:6
21:14 22:10 23:2
31:1 49:19 84:7
90:16 93:21 97:1
113:17 154:13
**fairly**   72:11 94:8
120:15 122:20
**fall**   153:6
**falling**   7:18
**false**   16:22,24 17:2
64:16,17 89:10
91:21,25 92:7,17
100:5 114:25
115:1 119:5
157:21 168:17
169:6,10
**familiar**   82:16
84:5 90:10 102:25
125:6 166:20
173:24 181:22,24
**familiarize**   20:23
**far**   64:13 129:23
165:9 174:5
**farther**   51:3
**fast**   123:8
**faster**   117:13,14
**fatigue**   138:13
**fault**   136:9,13
**faulty**   134:23
**feasible**   98:16
**feature**   115:21
131:2 133:20
**features**   170:24
**february**   162:17
163:2

**fedex**   80:5
**feed**   95:8
**feel**   18:15 103:17
177:2
**feels**   174:19
**feet**   93:15
**fell**   29:19
**felt**   26:6
**fertility**   1:3 2:10
2:15 4:15 5:11,20
37:5 42:23 43:2
82:3 87:22 126:14
149:7
**fertilization**   181:4
**fields**   181:1
**fifteen**   14:21
**figure**   39:17 69:25
70:6,9,17,18,22,24
100:14 112:13,19
**file**   154:8
**filed**   4:15 47:5
**fill**   18:1 24:23,24
33:19 39:21,22
62:20 77:18 81:1
81:4 83:10,19
85:9 95:12 111:7
111:12 124:12,13
131:23,24 156:25
157:4,12 169:13
**filled**   24:4,11,19
64:23 81:4 85:5
119:13 157:15
**filler**   119:3
**filling**   20:17 80:13
80:14 83:13 163:9
**financial**   9:9
**financially**   5:1
**find**   25:9,15 60:14
84:14,16 111:9,10
**finding**   17:25

**findings**   27:2
**fine**   35:1 151:5
**finite**   142:19
153:15
**fire**   126:12 177:5
**firm**   6:24 7:22
8:22 11:24
**firms**   9:4,10 15:6
**firmware**   18:13,17
29:6,9
**first**   6:1,10,19
8:16 13:21 23:3
28:16,20 35:12
50:17 64:12 67:9
80:8 85:16 88:4
90:3 92:8 119:14
144:3 145:19
149:17 151:19
153:11 156:25
163:24 165:10
**fitting**   139:13,19
141:1,9,10,13,16
141:21,23,25
142:12 146:11
**five**   14:8 17:14
84:3
**fixtures**   17:10
28:10
**flash**   120:6
**flashed**   66:8
119:24 120:17,19
**flashing**   120:10
**flat**   7:17 175:10
**flexible**   143:24
**floor**   65:13 67:14
67:16 69:12
**flow**   124:1,5
**flowing**   62:21
**fluctuate**   98:18
**flywheel**   7:8 8:13

**fmea**   138:16
**focus**   18:1 30:4
114:9
**focused**   17:20 30:9
59:24
**foerster**   2:11 3:5
4:20
**folks**   95:22
**following**   79:12
141:8
**follows**   6:2
**footer**   113:18
**footnote**   33:15,25
86:17 134:3
**force**   125:2
**forefront**   153:19
**foregoing**   184:2
185:3 186:13
**foresee**   81:20,25
82:3
**foreseeable**   51:21
55:14 78:20,20,21
78:23 79:2,6,13,16
80:11,17,23 81:8
82:2,25,25 94:24
95:9,17 99:14
101:6 126:5,11
127:3 137:15,18
137:19
**form**   49:4 53:1
62:24 65:23 68:18
71:9,11 81:24
98:4 158:22 167:2
168:8 186:12
**formal**   177:24
**formation**   71:19
**formed**   142:14
**forms**   124:24,24
**forth**   169:23
**found**   25:10 33:4
34:2 36:21 39:5

**[found - going]**

43:19 45:19 46:9
60:18 64:13 68:4
83:24 91:4,14,17
100:9 109:22
112:4
**foundation**   181:12
**four**   14:8
**fractography**
31:10
**fractured**   172:24
**fragments**   58:3
**frame**   112:11
157:5
**francisco**   2:8,12
4:17 42:14
**frankly**   15:7 80:18
95:22
**freeze**   65:23
**freezer**   19:14 20:4
20:8 25:16 85:18
87:16 166:18
168:18,24
**freezers**   83:2 86:1
86:6
**freezing**   65:10
**front**   35:12 75:10
175:20
**frost**   62:11,16,24
64:9,11 65:10,12
66:2 67:2,9,11,13
68:13 69:12 72:9
79:15 83:9 110:19
127:22
**frustration**   174:22
177:1
**full**   13:9,20
**fully**   39:10 145:17
**function**   104:13
105:9 108:9
145:21,22

**functional**   77:3
135:23 145:17
**functioned**   105:9
**functioning**   125:9
129:25 131:8
148:15 162:6
180:8
**functions**   182:15
**funded**   30:17
**funding**   15:15
30:15
**funky**   21:24
**further**   38:21 39:2
39:9 61:15 109:25
111:17 135:5
139:16 149:14
180:1 183:1
**future**   71:5 174:14

**g**

**g**   4:1
**gain**   16:18
**galloway**   2:17
**gaping**   123:2
**gas**   20:18 22:20
62:19,21 66:8,17
66:18 98:4 99:8
100:19,24 121:1
124:24 125:2,24
125:25 128:19,24
129:10 168:18
**gaseous**   168:24
**gases**   52:17,25
53:2
**gassing**   126:25
**gather**   53:13
131:17
**gathered**   142:16
**gauge**   98:15
146:21
**gb**   3:18

**gear**   27:23,25
**general**   43:4 54:25
56:18,20 57:10
59:6,23 73:22
78:14 84:2 88:14
134:16 146:2
**generally**   20:24
36:23 52:4 57:24
62:9,11,22 63:9,10
90:12 99:4 109:4
165:4 177:13,19
**generate**   52:10
**generated**   35:17
**generation**   30:6
30:13
**generations**   28:21
**geometry**   24:1
39:5,10,15,25 40:1
52:10
**getter**   125:12,20
125:20,23 126:2,6
148:7,11
**gettering**   52:13,20
52:22 53:16,23
54:2,7,8 99:2,5,8
99:11 100:18
101:3 125:5,10,18
126:20
**getting**   55:6 71:23
89:24 119:17
124:2 141:7
**gibbs**   2:3 5:12
6:24,25 7:2,22,22
8:4,6,17 9:1,8
11:23 12:18 13:4
**girard**   6:24 7:21
8:3
**give**   8:2 12:25 13:2
24:21 47:18 64:17
99:8 100:18,23
131:3 139:11

146:23 169:9,13
180:10
**given**   33:19 38:3
40:4 44:8 56:25
70:10 85:1 96:6
118:13 180:4
**givens**   2:15 5:21
**gives**   113:6
**giving**   89:10
158:25 160:11,13
**glass**   58:1,3 60:6
**glattys.com**   2:19
**glean**   41:22
**gleaned**   44:16
179:11
**glued**   75:1
**go**   4:10 10:24
18:13 33:8 43:17
47:16 56:17 69:3
69:25 80:8 81:1,2
81:3 82:9,10
86:20 97:22
101:17 102:6
105:12 110:2,11
128:7 132:22
147:9 148:19
151:1,7 152:4
155:15,15 161:7
162:24 163:25
165:15 170:2,18
174:5 178:4
**goal**   32:25
**goes**   48:14 57:1
124:16 125:17
126:20
**going**   12:15 13:1
22:12 24:21 44:7
48:17 51:20 52:1
52:16,18 53:10
55:15 60:12 62:11
62:12,22 65:4,6,8

**[going - hour]**

65:10 70:2 76:17
78:9 80:2 81:5
82:19 93:11 94:11
95:5 97:7 98:1,3,3
98:17 107:18
109:6 112:21
115:10,13,14,20
116:1,23 118:22
119:11,12,19
120:13 126:6
131:4 132:11
136:13 138:3
140:18 142:7
145:6 146:19,23
161:25 167:3,7
173:12 178:5
180:22
**good**  4:2 6:5,8
62:13 66:13 77:12
93:2,9 101:13
114:22 116:8
118:19 141:24
169:25 180:21
**gotten**  25:14 92:12
115:7 122:17
**government**  12:13
**grab**  31:23
**gradation**  48:5,6,9
**gradual**  76:12
**graduate**  13:22
14:2 19:16 20:16
28:9,15,17 30:11
30:13,16 31:11
53:4 152:2
**grease**  54:14 97:11
**great**  164:22
**greater**  104:19
126:25
**greatest**  49:1
**group**  2:3 5:13
6:25 7:2 9:1,8

10:9 11:23 12:18
13:4
**guard**  178:22,25
**guess**  15:14 31:13
54:5 59:1 70:2
71:25 87:11 91:24
97:25 98:19
118:13 123:15
164:14 169:9
**guesstimate**  23:24
**guys**  95:18

**h**

**half**  66:2
**hand**  93:12 142:9
154:20
**handbook**  152:14
**handbooks**  31:17
**handlebars**  176:1
**handling**  67:7
79:17
**hands**  152:2
**handwritten**
85:11
**happen**  42:9 79:23
79:24 82:4 122:15
126:11 128:5,23
138:18
**happened**  21:6,10
23:5 26:20 38:17
40:9 46:13 65:19
65:21 82:6 101:9
112:9 115:6 123:7
129:2,8 146:14
180:5
**happening**  35:10
108:23 122:13
124:21
**happens**  65:18
68:14 94:22
125:12 135:19

**happy**  119:1
**hard**  48:13 100:22
113:13 139:17
141:18
**hardening**  109:2
**hazard**  177:24
178:1,25
**he'll**  75:12
**head**  72:4 76:2
**hear**  50:17
**heard**  53:18
109:23 128:10
**heat**  19:25 49:1
52:5 97:25 98:19
99:1,4 166:1
**heated**  19:17
**heater**  172:24
173:2
**heating**  20:6 98:4
98:10,11 105:4
119:10 126:12
**heavier**  64:20
**heck**  105:5
**height**  33:20,21,23
41:25 124:13
**held**  4:19 93:12
**helium**  89:9
150:14,23 151:3
**help**  11:4 15:8,11
33:2 53:14 174:7
**helping**  29:16
**helps**  140:10 148:8
174:20
**henderson**  174:24
**herbert**  2:15 5:22
**hesitate**  161:25
162:3
**hey**  60:1 136:18
170:22
**hickerson**  171:12
173:23 174:16,25

175:1,2,5
**high**  53:6 57:1
125:13,20 133:24
136:1,2
**higher**  50:14,21
52:17 57:8 67:11
67:11 106:24
116:24 120:12
126:24 142:13
**highly**  85:19 86:8
87:13
**hill**  2:18
**hire**  176:13
**hired**  7:10 8:22
9:7 11:2,3 15:6
26:8,12,15 31:16
**hit**  113:15
**hold**  155:23
175:18 177:10
**holding**  28:11
**holds**  125:25
**hole**  75:3 117:2,4
117:7 123:2 141:9
141:10,11
**holiday**  155:4
**honda**  7:16
**honestly**  21:1
136:16 173:19
**hope**  54:6,13
99:18 107:20
138:8 165:2
**hopes**  59:24
**hoping**  18:9
175:24
**horizontal**  130:9
**horse**  165:12
**hose**  177:5
**hot**  168:18
**hour**  11:24 12:1
64:3 184:3

[hours - inner]

**hours** 10:24 12:21 13:2,2 65:19 79:1 112:7,10,19 114:5 114:8 118:4,4,6,7 118:12 131:24 137:1 150:19 163:17,22,23 184:4
**huge** 62:12
**hughes** 6:21,22,23 8:7,17,24 16:11,12
**huh** 150:16 151:9 168:15
**human** 85:20 86:7 87:4,25 170:25 174:7 176:10,13 176:16 177:6,14 177:17,19 178:12 178:15 181:7,9
**humans** 165:13
**humidity** 62:23 65:6
**hundred** 14:11,13 14:14
**hundreds** 29:1

**i**

**ice** 60:14,17,19 61:1 62:25 63:5 63:18,24 64:7 65:16,20,23 66:1 71:11,19 83:18 127:21 167:7,8 168:8
**idea** 40:7 41:18 50:25 116:8 146:23
**ideal** 65:2
**ideas** 16:19
**identified** 64:14
**identify** 7:3 90:19

**ignition** 27:4
**imagine** 117:5 132:24 133:16 148:10
**imbalance** 22:18
**immediate** 73:8,10
**immediately** 61:8 76:9,13,19 114:21 120:25,25 131:5
**impact** 127:4
**impair** 181:13
**implemented** 28:8 164:17,18
**implied** 109:13
**implode** 133:17
**implosion** 21:3,11 21:14,16 22:1,4,7 22:12,19 104:10 104:11 122:15 132:23 133:7,12 133:16 146:16
**implosions** 21:1
**imply** 45:19
**implying** 105:9
**important** 3:20 47:21 75:15 147:2
**impossible** 58:14 93:8
**impression** 131:22
**improper** 81:16
**inability** 111:16
**inaccurate** 34:23 156:15
**inadequate** 104:2 115:17 145:16
**inch** 24:14,17,20 34:2 43:20 44:5 44:14 45:1,9 50:11,19 56:9 66:2 106:13 107:11,11 114:24

117:2,2,7 119:4,6 131:25 158:3,5 173:3
**inches** 24:11,19,20 33:20,23,24 41:2 41:10 42:1 55:2 55:18 66:1 85:9 131:24 150:15,24 155:20 156:5,9 157:20 161:18
**incident** 45:18 46:1,8 136:10 147:20,21,23,24
**include** 136:5 140:5 170:24
**including** 85:20
**incorrect** 22:2 33:4 143:14
**increase** 101:3 119:11 128:25
**increased** 125:21
**independent** 37:12 37:19
**indicate** 43:18 63:1,6 66:6 80:3 84:10 88:3 135:2 167:20
**indicated** 8:9 56:5 85:4,6 116:9 131:2 183:11
**indicates** 63:23 85:8 110:18 166:13 168:16
**indicating** 114:3 133:19 156:12 158:8 161:24 162:14
**indication** 89:6 128:9
**indications** 89:10

**indicator** 80:5 157:12 159:15
**indicators** 159:14
**indirectly** 144:14
**individual** 9:12,15
**individuals** 8:4 11:15 27:6 61:2 109:14
**inducing** 145:24
**industry** 10:16 86:24 87:4,4,22 137:3 149:6,7,7 177:13
**inefficiency** 55:13
**infiltration** 73:19
**influence** 19:3 176:20
**informal** 9:16
**information** 21:4 24:7 25:11 36:15 36:23 40:18 41:5 68:23 86:3 88:6 96:7 103:7 108:24 114:13,15 132:1 142:24 152:13,19 156:16 158:16 182:19
**informational** 43:9
**ingredients** 170:13
**initial** 9:22 32:18 64:9
**initially** 17:19 24:16 66:9
**injured** 175:12
**injury** 177:4
**inner** 17:25 21:14 60:25 61:19 88:21 88:23 107:10 110:14 115:2 117:2 119:7

Veritext Legal Solutions
866 299-5127

123:25 127:22
**inside** 21:21 22:8
22:18,23,24 59:22
59:22 60:2 73:17
99:17 102:17
106:23 111:7
115:15 121:16,18
154:1,1
**insight** 18:10
**inspection** 42:8
88:4 89:4
**install** 165:5
**installation** 95:21
**installed** 97:12
**instance** 159:12
**instances** 160:9
161:1
**instant** 63:20
**instantaneous**
120:15 129:4
149:12
**instruct** 95:10
135:22
**instruction** 79:8
129:24 145:16
180:6
**instructions** 76:13
79:7,12 80:17
135:6 136:18
148:22 149:14,20
149:22 178:23
179:23
**instrumentation**
28:19 146:25
**instrumented**
35:13,14 144:5,10
145:2 146:13
**instruments** 79:22
**insufficient** 39:17
119:20

**insulated** 127:5
150:3
**insulating** 132:9
**insulation** 24:2
39:16 41:14 49:2
66:23 126:8
131:15 166:3
**insulator** 55:14
**intake** 88:12,25
90:20 91:6,14
92:22 97:18 100:7
141:1
**integral** 129:20
**integrity** 54:21
95:11 102:11
126:7 132:9
135:17,24 136:22
146:9
**intend** 137:13
**intended** 44:16
108:8 138:2
141:12 149:21
**intends** 167:19
**intent** 138:6,9
**intention** 44:8
87:12,24 88:2
179:11 181:20
**interest** 30:16,18
**interested** 5:1
108:19 186:18
**interesting** 158:12
**interfere** 4:8
140:15
**interference** 4:6
**interfering** 61:5
**interim** 157:12
**interior** 22:13,14
88:7 91:5 102:5
105:11,21 108:10
112:14 115:9
117:7,9,15,25

121:7,25 124:8,11
124:18 128:3,19
128:22 129:1
131:14 132:6
149:18 167:15
179:3
**internal** 21:18
23:10 63:12 121:5
127:9,10,13
136:21 138:4
144:5
**interpret** 179:12
**interpretation**
15:5 17:23
**interrupt** 69:17
**interstitial** 23:16
23:22 54:10 65:15
66:8,18 67:1
68:16 71:9,14
91:9 99:9,23
101:4 106:2,23
107:3 110:24
111:2 117:4 121:8
121:15,24 123:17
129:11
**interviews** 37:9
**introduce** 95:5,16
98:24 119:4 167:6
169:3
**introduced** 111:8
111:12
**introduction** 74:2
123:23 131:6
179:4
**intrusion** 54:9
**investigation**
89:25 182:19
**invited** 153:12
**involve** 19:24
**involved** 7:8,11,11
7:13,17,20,22 8:21

21:2 26:25 28:22
28:25 74:13 87:17
96:7 164:19
169:19
**involves** 83:9
**involving** 11:7
171:7,17
**ironic** 174:16
**irrelevant** 76:6
**irreplaceable**
138:20
**isabelle** 2:15 5:22
**isc** 1:3
**issue** 7:9 18:13,14
18:17,18,22 21:20
29:17 38:10 41:14
44:14 46:7 47:23
67:23 69:21 70:4
88:18 99:19 122:8
135:6 174:1
178:19
**issued** 36:20 72:25
130:17,25
**issues** 7:21 18:7
25:13 83:10
143:11 145:14,23
162:8
**item** 35:11 58:20
82:5

**j**

**jacket** 120:1 121:6
**jammed** 127:11,15
**jamming** 100:4
**january** 161:17,23
186:25
**jean** 129:5,12
**jeopardize** 137:2
**jet** 171:7,25 172:3
175:8,8,17,20
**job** 28:17

Veritext Legal Solutions
866 299-5127

[joe - level]

| | | | |
|---|---|---|---|
| **joe** 56:6 | 23:24,25 24:5,6 | 156:18,23 162:10 | 12:18 13:4 |
| **join** 141:12 | 25:10 26:24 27:11 | 163:4,6 164:12,15 | **lawsuit** 8:21 26:24 |
| **joint** 95:3 | 35:2,10,15 41:7,20 | 164:16,19,20,22 | **lawyers** 153:6 |
| **joints** 29:8 | 41:23 42:2 43:9 | 164:24 165:19,20 | **layer** 49:6 65:16 |
| **jsc** 4:18 | 43:25 45:14 48:10 | 167:20 169:6 | 65:20,23 68:18 |
| **judge** 172:22 | 48:13 49:14 51:5 | 172:10 173:20,21 | **lead** 34:9 73:18 |
| 173:4,22 176:4 | 51:8 52:12,23 | 179:10 182:1,14 | 75:2 137:24 |
| **jury** 173:3 | 53:5 56:12,21 | 183:11,16 | **leading** 163:10 |
| **justify** 177:12 | 57:1 59:14 60:3 | **knowing** 41:13 | 183:13 |
| 178:1 | 62:5 63:25 64:4 | 50:25 107:8 | **leak** 64:14 71:21 |
| **k** | 64:16,23 65:5,8,9 | **knowledge** 22:1 | 71:22 88:15 89:4 |
| **k** 6:12,12 | 65:24,25 66:3,22 | 63:22 84:20,24 | 89:7,9,12 111:12 |
| **kasbekar** 1:6 3:3 | 68:10 69:5,10 | 133:1,2,3,6 171:6 | 149:11 166:1 |
| 4:13 5:25 6:5,10 | 71:12,13,20 72:1,4 | 178:14 181:12 | **learned** 145:19 |
| 32:6 44:5 58:15 | 73:16 74:24 75:25 | **known** 85:17,25 | **leave** 12:12 45:6 |
| 72:23 75:16 90:10 | 76:3,5 77:22 79:5 | **knows** 86:11 | 131:23 |
| 143:11 154:4 | 79:17 81:12 82:5 | 131:13 138:14 | **leaving** 136:24 |
| 180:21 183:6,22 | 83:1,4,8,20 84:18 | 162:12 | **led** 93:18 |
| 185:1,12 | 87:9 88:1 91:18 | **l** | **left** 12:14 41:11 |
| **kawasaki** 171:7,8 | 91:18 93:7 94:6 | **l** 1:22 3:7 186:3,22 | 67:22 115:9 |
| 171:10,17 | 95:4 99:1,3 103:2 | **lab** 28:20 147:13 | 154:20 |
| **keep** 44:9 53:1 | 105:18 106:12,15 | 148:3 181:4 | **legs** 175:21 177:5 |
| 108:23 110:11 | 107:10 108:18 | **label** 20:19 | **letting** 79:10 94:8 |
| **keeping** 106:8 | 109:9,20,21 | **laboratory** 42:14 | **level** 29:6 33:19 |
| **kind** 12:24 15:17 | 110:10,21 111:6 | 42:22 43:3 68:1 | 43:13,14,19,23 |
| 22:3 24:16 29:13 | 112:1,8,10 113:4 | 101:1,2 | 44:6,10,10,20,21 |
| 29:23 40:1 47:15 | 113:12,13,25 | **labview** 28:22,23 | 44:22,25 45:4,9,19 |
| 67:6 79:19 107:23 | 114:7,10 116:19 | **lack** 22:17 102:13 | 45:20 46:2,3,3,9 |
| 110:11 119:8 | 118:6,7,20,24 | 108:6 148:21 | 46:10 49:18 54:17 |
| 130:8 133:22 | 119:13 124:2 | **lacking** 26:6 | 55:3,5,11,11,18,25 |
| 140:8 141:17 | 125:12 128:5 | **language** 69:22 | 56:2,15 61:3 |
| 142:17 153:18 | 129:4,24 130:6 | 71:1 134:16 | 64:17,17,23 80:3 |
| 163:23 169:23 | 131:14 133:5,6 | 170:16 174:18 | 81:10,21 82:1,8,10 |
| 177:10 | 134:3 136:19 | 176:15 177:22 | 85:4 98:5,18 |
| **knew** 85:17,25 | 137:18 138:23 | **large** 79:4 91:15 | 102:17 104:18,24 |
| 132:1 | 139:11,16,17 | 92:22 93:14,16 | 106:24 107:15 |
| **know** 7:2,10,15 | 140:16 142:18 | 123:7 | 108:1 115:3 121:2 |
| 8:8,18 9:6,8,9 | 143:12,16,19,21 | **largest** 166:1 | 124:11,22,25 |
| 11:9 12:23 13:6 | 143:23,25,25 | **late** 73:1 | 130:6 131:20,23 |
| 14:7 17:7 18:8 | 148:2 151:18 | **law** 2:3 5:12 6:25 | 131:25 135:9 |
| 20:14 22:2,11 | 152:16 153:24 | 7:2,22 9:1,8 11:23 | 143:14 147:9 |

[level - loss]

154:24 155:4,20
156:4,9,10,20
157:18,19,23,24
158:4,5,25 161:17
161:21,22 162:1,1
162:2,4,4,9 166:14
169:13 183:11
**levels** 84:21,25
124:9 126:22
132:10 135:25
162:20
**lewis** 2:7
**li** 2:15 5:22
**lid** 33:12,13 48:17
49:2 55:15 60:14
60:17,24 61:5,8,9
61:11 63:11 79:15
116:3 118:8 119:5
127:11,14,22,25
128:17 129:5
140:15 166:2,6
**lids** 61:2
**life** 78:15,19 82:21
82:24 95:11
**lift** 61:12 129:12
**light** 96:10
**lighting** 93:3
**likelihood** 175:14
**limit** 56:25 71:17
**limited** 28:7 71:20
130:11 141:6
**line** 18:1 33:10,18
34:7,15 35:12
39:21,25 40:6
67:13 68:12 91:5
95:8 111:12,13
154:18 156:2
159:3
**lines** 33:16 39:21
60:16 73:9 119:22
138:11 170:12

**lip** 175:9,13
**liquid** 23:8,15,17
23:19,20,21 26:18
26:24 40:20 43:13
43:19 44:5,19,21
45:8 46:2,2 47:23
48:15,18,22 50:11
50:19 53:24 54:17
55:3,9,22 56:1
61:22 64:20,25
65:9,15 66:7,15,16
66:25 67:7,9 71:8
71:9,24 72:6
73:19 77:5 80:14
80:15 81:10,21
82:1 83:13 88:11
88:25 90:20 91:6
91:10 92:22 97:18
99:22 100:6 107:3
115:2 116:6 117:3
117:20 119:23,24
119:25 120:5,6,23
120:25 122:23
123:10,12,16,24
124:1,5,9,10,10,12
124:16,17,25
125:2 135:9,25
141:1 155:4,20
156:4,9 157:18
158:4,18 161:17
161:21 162:4
166:14 168:6,25
169:3 182:2,8,9,11
**liquide** 26:19
**list** 30:22 134:2,4
136:1,3 153:2
165:12
**listed** 135:8
165:10
**listing** 151:12

**lists** 36:8 151:7
152:5
**literally** 64:16
**literature** 37:2
86:21 111:24
112:2
**liters** 24:4,14,17
24:20,21 33:24
34:2 41:3 65:15
80:22 107:2
150:23
**litigation** 1:4 4:15
7:15,16 14:9
32:23
**little** 13:12 15:15
18:10 37:4 40:3
61:15 67:19 72:12
88:14 93:3 104:11
107:9 112:23
117:20 122:24
125:4 133:11
151:25 157:21
169:24 174:11,16
182:14
**live** 169:21
**liyun** 2:15 5:22
**llc** 2:10 5:11 42:24
43:3
**llp** 2:3,7,11 3:5
4:20
**ln2** 33:24,24
154:24,24
**loads** 139:20
142:11,13,15
**located** 4:20 44:15
50:5 90:21
**location** 174:14
**locations** 50:1
**log** 3:24 85:8
154:5,10 183:7,11

**logic** 46:11
**logs** 85:4
**long** 10:10 12:12
71:10 72:8 91:8
114:4,18,19
118:15 131:7
144:11
**longer** 147:5
**look** 22:19 34:22
36:25 40:23 41:8
44:14 64:8 66:4
69:3 72:5 90:15
101:25,25 132:22
135:15 142:19
154:17 155:18
157:7 159:2,3
160:1 165:6,23
166:7,17 168:10
**looked** 7:24 10:22
21:6 23:5 34:24
36:19,19 60:17
69:7,10 84:9,10
92:12 108:15
112:4 148:2
156:21 157:1
163:11,14 182:22
**looking** 7:19 11:18
20:25 21:4,8 25:6
29:8 38:16 57:13
58:23 63:3 90:23
93:11,12 97:3
108:22,24 118:6
142:3
**looks** 35:8 141:7
**loose** 79:15
**lose** 55:15 75:3
76:16 138:19
**losing** 87:20
**loss** 21:20 34:8
40:19,19 61:19
73:6,8,10,15,18,22

**[loss - mechanical]**

73:24 74:1 75:2
76:11,12,21,22
77:9,13,19,23 78:2
78:7,7 82:12
87:17 93:18,23
94:2 116:12,16
117:6 126:6,7
131:4,10,15 132:9
132:21,25 133:25
134:25 135:21
136:22 138:17
140:11 148:9,12
148:23 149:15
179:3,14,21
**lost** 94:14 96:21
97:16 131:5
**lot** 15:5 31:7 32:24
59:24 60:11 76:21
151:22
**low** 89:23 156:20
158:24 179:13,16
182:11
**lower** 22:13 24:4
52:16 53:12,14
66:12 67:7 98:17
115:1 120:12
**lowest** 64:21
**lucchese** 2:17
**lug** 11:19
**lunch** 143:7

**m**

**m** 2:2
**machining** 53:8
**machinist** 16:15
16:25
**magnification**
93:3
**main** 18:14 21:7
27:24 28:17 36:24
163:15 175:6

**maintain** 47:23
53:6 54:21 66:16
108:4 115:3 127:5
136:23 147:10
181:23 182:10
**maintained** 78:16
99:23
**maintaining** 119:8
**maintenance** 83:2
83:22 84:19
166:10
**major** 27:8 28:24
33:6
**majority** 10:15
14:8,16,18,23
114:11 152:2
168:16 173:24
**majors** 170:25
**making** 15:16
61:11 66:3 91:23
179:5
**malfunction** 130:3
130:4,12,13 134:9
134:10,14 144:24
158:10 162:15,17
163:2
**malfunctioning**
134:24 135:3
162:22 178:8,10
**malfunctions**
130:20 162:8
**manifold** 8:14,23
**manifolds** 7:12
**manner** 31:19
39:20 54:20 104:5
135:18 136:16
146:3
**manual** 40:1 73:11
**manually** 131:20
**manufactured**
75:5,21 76:1,4

**manufacturer**
78:18 79:19 171:9
174:13
**manufacturing**
7:14 146:10
**march** 43:13
50:12,20 67:17
68:21 78:11
112:14 117:21
163:10
**mark** 58:6,7 75:11
154:1
**marked** 32:3,7
58:8,10 75:13,14
90:7,8,9 91:1
102:22,23 103:8
154:3,5 164:4,5
**market** 2:7,12
165:10,10
**markets** 87:3
165:9
**marking** 90:19
**marrow** 86:8
87:15,17,19
138:20
**material** 52:24
99:3 125:6 141:24
**materials** 26:1
29:22 30:2,6,7
31:15 36:9 39:7
39:11 46:22 47:5
47:25 86:6 134:2
152:13 182:17
**matter** 4:14 37:7
78:14
**matters** 26:15
186:9
**maximum** 3:23
51:6 154:10
**mayor** 34:16

**mean** 10:20,23
11:12 15:9 27:5
27:11 29:6 36:15
39:9 46:10 51:2
59:19 62:5,18
65:19 80:16 86:9
87:15 94:16 95:1
95:4,15 98:14
99:15 101:6,13
103:16 116:20
118:17,23 122:3
123:3,11,19 124:8
126:1,10 129:3
133:14 140:23
141:4 142:12
146:1,25 149:17
151:19 152:22
156:19 158:20
159:16,18,22,24
162:21 163:15
167:15 169:9
170:20 171:23
182:6,13
**meaningfully**
116:24
**means** 97:15
111:16 120:17
125:22 130:16,23
140:24 156:24
157:20 167:22
168:22,23 171:21
**measure** 54:9
104:9 146:18
149:19
**measured** 125:23
**measurement**
43:22,24 50:10
160:2
**measuring** 126:2
**mechanical** 11:1
19:7 26:1 29:14

Veritext Legal Solutions
866 299-5127

[mechanical - mve]

31:8 173:25
**mechanically**
140:16
**mechanism** 142:8
**mechanisms**
182:10
**media** 4:12 183:24
**medical** 20:11
149:6
**medium** 77:5
**meet** 8:16
**meeting** 8:20
**meetings** 39:3
**meets** 170:14
**melt** 67:14
**melted** 65:20
**melts** 65:12
**member** 152:6,8
152:17
**members** 69:1
**memory** 47:15
84:1 157:2
**menlo** 37:16 39:13
**mention** 47:4
104:9
**mentioned** 8:12
47:3 57:16 111:17
130:15 134:7
**mercedes** 172:18
**merit** 15:17
174:19
**mess** 32:16
**messed** 92:18
**met** 8:24 9:9 16:5
**metadata** 113:6
**metal** 10:20 30:20
31:16 52:5,6 60:6
60:6 67:10 109:4
151:23 152:3,11
**metallurgical** 96:9
96:15 111:10

**metallurgist** 29:21
29:25 30:2
**metallurgy** 30:10
30:20 31:8 152:17
**metals** 29:24 30:3
30:5,9,11,16,18
31:4,8,12,17 52:5
52:7 151:15,20
152:14
**micro** 98:8
**microphones** 4:4,8
**microscope** 91:25
93:12
**middle** 6:11 99:15
150:9
**midline** 22:5
**migrated** 64:21
**migration** 97:23
98:6
**military** 27:25
28:9
**mind** 17:22 18:24
26:19 30:1 37:23
38:6 79:16 96:1
99:20 105:4
127:14 144:19
**mine** 58:14 60:11
153:12
**minimal** 11:12
16:20 54:4
**minimize** 130:16
130:21,24 142:21
**minimum** 55:5,11
145:18
**minnesota** 75:5,22
76:4
**minus** 48:19 51:7
82:15,19 159:12
160:10,10
**minute** 17:14,14
71:10 77:2,3

91:16 129:10
**minutes** 16:5
65:21 72:12 114:7
114:11 118:4,7
137:1 180:10
184:4
**miscommunicati...**
109:22
**mislead** 120:16
**missed** 73:14 84:6
84:17 113:22
**missing** 70:21
**misstates** 15:3
100:20
**mister** 43:24
**misunderstood**
81:7
**misuse** 78:20,23
79:2,6,13,16 80:12
80:18 81:9,12,13
82:25 137:19
182:23
**misused** 182:21
**mitigate** 102:10
104:10 138:22,23
140:11 149:21
179:17
**mitigating** 133:13
133:21,22
**mix** 31:12
**mode** 25:17 74:25
173:2
**model** 90:14
**modes** 104:8
132:15 147:7
177:25
**mofo.com** 2:13
**moisture** 68:17
166:18,24 167:4,5
167:10,10,11,14
167:21 168:3,5

**molecular** 53:17
**molecule** 53:21
**molecules** 53:20
54:9
**moment** 47:3
**monitor** 131:20
147:9
**monitoring** 27:12
136:5 140:5
147:16
**monitors** 80:1,2
169:13
**months** 166:19
**morgan** 2:7
**morganlewis.com**
2:9
**morning** 4:2 6:5
69:9 112:24 113:1
113:24 180:21
**morrison** 2:11 3:4
4:20
**motorcycle** 7:21
**mount** 7:19
**mouth** 136:8
**move** 128:17
**moved** 13:18
123:3 172:6
**moves** 173:2
**moving** 126:23
**mso** 2:10 5:11
42:23 43:2 58:11
113:18
**mso021238** 34:1
**multiple** 57:18
**multivolume**
31:18
**mve** 3:18,25 54:17
73:12 74:16 78:23
80:12,21 83:2
85:18,18 86:1,13
86:22 87:3 96:21

Veritext Legal Solutions
866 299-5127

[mve - objection]

| | | | |
|---|---|---|---|
| 99:2 102:15 108:4 125:5 164:6 | **network** 29:11,16 **networking** 29:17 **never** 8:9 126:10 138:3 176:24 | 120:6,8 122:4,5,10 122:16,23 123:10 123:12,17,24 124:1,16,18,23 | **noticed** 33:7 58:3 69:1,11 163:15,24 **noticing** 5:7 **notify** 130:18 |
| **n** | **new** 75:5,22 76:4 **night** 16:6 101:7 | 128:23 130:6 131:6 132:10,11 | 134:7 **november** 159:7 |
| **n** 3:11 4:1 6:11,11 **naked** 93:2 **name** 4:21 6:9,11 6:11,12 16:25 20:15 47:9 129:6 180:21 **native** 154:7 **nature** 35:21 38:20 40:2 129:22 130:2,4 134:20 147:3 153:9 177:3 **near** 50:15,20,22 65:16 71:5 91:1 **nearby** 57:25 **necessarily** 11:10 63:20 65:22 66:1 69:10 81:13 87:25 94:4 107:19 116:19 120:21 122:1 142:9 148:18 149:12 151:19 163:7 169:25 **necessary** 170:12 **neck** 74:14,17 **need** 35:24 38:11 55:11 79:8 126:17 135:16,22 136:20 145:17 149:9 153:25 154:15 167:4 176:3 177:17,18 **needs** 79:19 135:23 174:3 **negative** 44:13 127:4 128:3 129:9 **neighborhood** 24:3 47:14 | **ninth** 33:18 **nitrogen** 20:5,17 22:20 23:7,16 24:23 25:14,21 40:18,20,25 41:11 41:18 43:13,19 44:5,21 46:2 47:23 48:15,19,22 49:18 50:12,19 53:25 54:17 55:4 55:9,13,15,22 56:1 61:19,23 64:19,20 64:24 65:1,9,11,15 66:7,11,25 67:7,9 67:12 68:15 71:8 71:14,23,24 72:6 73:19 74:2 76:22 77:5,18 79:5,10 80:14,15,22 81:1,2 81:4,10,17,21 82:1 82:11,15,18 83:13 84:21,25 88:12,25 90:20 91:6,10 92:22 94:9,21 95:5,16 97:18 98:22 99:22 100:7 104:18 105:1,6 107:3 110:23 111:1,8,11 112:3 114:22,24,25 115:3,8,9,12,25 116:3,6,20,24 117:3,21 118:22 119:2,4,5,6,12,14 119:16,18,23,24 | 141:1 144:14 145:25 147:9 155:4,20 156:4,9 157:18 158:4,18 158:24 161:17,21 161:25 162:4,9,19 166:15 167:6 168:6,6,24,25 169:3,4 179:4 182:8,9,12 **nonfunctioning** 136:21 **nonhuman** 87:6,8 **nontestifying** 12:6 **normal** 45:16 46:1 49:12 62:2,2,5 **normally** 11:14 15:11 20:16 21:15 21:17 **north** 16:15 17:1 72:13 **northern** 4:16 **notary** 3:8 185:20 186:4,24 **notation** 156:23 **notations** 156:19 **note** 4:4 78:10 150:13 **notes** 85:12 186:14 **notice** 3:1,20 72:25 74:8,13,21 75:4,15,17 79:24 163:13 | **number** 4:17 7:25 12:13 24:17 30:22 32:17 33:15 34:6 41:15 42:12 44:12 47:4,17 61:14 68:4 80:21 84:7 85:17 97:4 105:15 105:22 106:4 114:5 134:2 150:19,22 155:8 155:11,18 159:4 161:7 183:24 **numbers** 75:19 107:8 154:17,18 155:12 **numerous** 96:18 **nut** 11:19 |
| | | | **o** |
| | | | **o** 3:21 4:1 54:14 97:7,11,17 98:20 98:21,22,23 103:23 106:5,9 107:25 108:21 109:2,6 133:14 **oakland** 2:4 **oath** 4:25 185:4 **oaths** 186:6 **object** 158:22 167:2 **objection** 15:3 45:12 49:4 75:7 81:24 96:3 100:20 125:15 137:6 151:16 |

[objections - outside]

| | | | |
|---|---|---|---|
| **objections** 5:5 | **okay** 6:19 7:24 | **ongoing** 18:9 | 145:1,3,10,11,16 |
| **observations** | 9:11,24 10:14,25 | 26:25 36:4 | 146:2,6,12 149:2,4 |
| 15:18 | 11:11 12:17 13:8 | **online** 36:22 57:14 | 149:17 171:16 |
| **observed** 40:5 | 15:19,25 16:14 | 86:4 151:21 | 173:9 174:2 175:3 |
| 61:6 127:24 | 17:13,21 28:14 | **open** 62:21 63:10 | 175:13,21 176:2 |
| **observing** 64:3 | 31:22 32:20 34:21 | 105:2 119:5 | 179:6,21 180:2 |
| **obtained** 17:17 | 44:19 45:23 46:15 | 159:13,15 | **opinions** 19:2,3 |
| 18:23 | 58:6,22 60:3 66:6 | **opened** 23:25 | 35:16,20,23 43:11 |
| **obtaining** 38:15 | 71:2 73:21 78:22 | **opening** 104:3 | 78:8 170:17 171:3 |
| 40:7 | 82:20 85:24 88:19 | 105:6 | 171:20 172:13 |
| **obviously** 46:13 | 89:21 92:6,18 | **operate** 179:23 | 173:8,10,17,17,18 |
| 147:1 178:24 | 102:7 103:23 | 180:6 | 173:25,25 174:15 |
| **occupied** 14:4 | 105:14 108:17 | **operated** 42:22 | 174:19 175:6 |
| 39:18 41:7 | 110:2 111:3,15 | 43:3 | 181:20 |
| **occur** 82:13 97:7 | 114:4,16 115:22 | **operating** 49:12 | **opposed** 34:16 |
| 97:14 98:13 | 117:1 118:9 121:4 | 99:14 110:19 | 55:22 77:23 87:4 |
| 100:25 114:6 | 121:14 124:15,15 | 131:7 134:11,22 | 110:5,24 131:7 |
| 136:23 138:15 | 127:7 130:15 | 162:18 163:23 | 142:18 167:11 |
| 144:7 166:15 | 133:16 136:7 | **operation** 40:1 | 168:24 175:24 |
| **occurred** 61:20 | 140:6,18 141:20 | 48:12 84:21 | **optimal** 169:2 |
| 67:21 68:1,8,20 | 142:1 145:1 146:5 | **operator** 175:25 | **order** 8:19 13:1 |
| 78:25 110:10,23 | 149:8 152:4,15 | **operator's** 175:21 | 47:24 135:23 |
| 118:6,12 120:18 | 154:16 155:14 | **opine** 123:23 | **organic** 31:10 |
| 120:22 128:2 | 156:3,7,13,18,23 | **opinion** 15:18 | **original** 34:1 |
| 148:17 157:4 | 159:2,5,21 160:1,6 | 21:12 24:24 34:6 | **ought** 142:6 147:9 |
| 158:19 | 160:7 161:12,14 | 44:4 45:6,22 | 179:22 |
| **occurs** 22:23 49:1 | 164:3,14,20 165:7 | 46:21,22 47:20 | **outcome** 5:1 |
| **october** 150:11 | 165:18,18,23,24 | 54:16,19 55:3,25 | 186:18 |
| **offer** 137:14 | 166:8 167:24 | 67:15 69:5 78:22 | **outcomes** 45:24 |
| **offering** 129:16,18 | 168:1,12 169:15 | 80:11 81:19 85:16 | **outer** 54:1 62:22 |
| 175:2 179:6 180:2 | 172:1 173:14 | 85:25 89:11 93:21 | 66:13 141:17 |
| 181:20 | 174:23 176:25 | 93:25 94:12 97:13 | **outgas** 52:19 |
| **office** 12:12,14 | 178:14 179:25 | 100:13 101:18 | 53:11,13 |
| 29:16 | 180:9,24 182:18 | 102:13,18 103:25 | **outgassing** 52:19 |
| **officially** 33:1 | 182:25 | 106:8,22,25 108:5 | 99:5 |
| **offload** 26:23 | **old** 78:11 | 108:7 110:3 | **outlined** 40:15 |
| **oftentimes** 15:8 | **once** 20:22 32:22 | 111:11,20 115:18 | 68:11 |
| **oh** 34:19 147:2 | 115:7 119:1,16 | 120:5 126:5 | **outside** 17:24 18:4 |
| 160:18 | 120:8 122:3 128:1 | 129:15,18 136:9 | 21:22 22:9,22 |
| **oil** 53:8,9 | **ones** 7:10 143:19 | 137:14,22 139:1 | 31:23 44:7 45:12 |
| | 165:4 | 140:1 141:21 | 47:19 55:7 62:2 |

[outside - physical]

62:13,25 63:6,17
67:6 71:11 82:7
82:14 121:17,19
139:18 141:8
157:22 167:11
**overnight**  114:13
**owner**  10:2
**owners**  131:1
**oxygen**  26:18,24

**p**

**p**  2:6 4:1
**p.c.**  2:17
**p.m.**  67:17 68:5,21
112:15 117:21
184:3
**pacific**  1:3 2:10,14
4:15 5:11,20
42:23 43:2
**packaged**  79:18
**packaging**  79:22
**page**  3:12,17 33:10
33:15,16,18,25
34:6 42:19,20,21
43:12 46:15 58:21
60:12,13 67:25,25
69:25 70:1,1,7,9
70:11,21 72:24
78:9,10 90:16
105:13 112:13
119:21 129:15
134:2 150:9 151:7
152:5 153:2 155:8
159:3 160:16
161:8 165:6,15,23
166:7,9 168:10,12
**pages**  36:8 70:15
154:1 155:9 160:1
161:9 185:6
**paid**  9:6 20:15
**painfully**  138:20

**pan**  71:22
**panel**  16:19,21
176:19
**pans**  128:6
**papers**  27:18
30:19
**paragraph**  43:17
75:20 78:10 85:15
85:16 86:5 88:3
90:4 102:6 119:22
127:8 129:14,16
130:3,15 134:6
144:2 148:20
150:6
**park**  37:16
**part**  13:18 24:4
28:8,9 30:7 32:17
51:4 63:12 67:8
83:5 85:13 92:5
93:22 94:1 104:14
126:4 138:15
140:7 141:15
146:25 148:21
158:12 161:1
172:14 173:5
**partially**  109:21
**participate**  151:21
**particular**  57:3,5
58:23 92:25
101:25 133:12
181:13
**particularly**  27:17
**parties**  4:10
186:10,17
**partly**  30:5
**parts**  51:20 52:1,3
105:12 152:3
153:16 176:4
**party**  2:14 4:25
5:20

**passenger**  175:25
**path**  54:12 118:22
**paths**  98:7
**pay**  17:11
**pc**  29:15
**pcs**  28:22
**pdf**  35:6
**pending**  144:22
**penetrant**  92:1
**penetration**
141:24
**people**  109:16
149:5 153:18
164:19 170:2
177:13,14
**perceive**  177:21
**percent**  14:5,9
45:3
**percentage**  39:17
**perfect**  98:3
183:23
**perfectly**  142:13
175:10
**perform**  10:9
37:12
**performed**  84:18
**perimeter**  49:7,8
**period**  10:10,21
12:13 14:7 43:15
63:19 64:3,5
97:12 108:25
110:18 132:8
135:1 140:12
157:12
**periodic**  83:3,4
**periodically**  84:9
**permeate**  66:18
67:1
**person**  18:12
34:16 175:23,24
176:13 177:17

178:11,13
**personal**  37:5
84:24
**pertain**  26:2 36:6
75:21
**pertaining**  27:2
87:5 103:7
**pfc**  42:13,22 55:17
57:21 69:14 84:18
86:14 101:7
130:13 131:18
136:15 163:5
182:21
**pfc's**  36:25 89:3
131:17
**ph.d.**  1:6 3:3 4:13
5:25 14:2 28:1
31:14 183:22
185:1,12
**pharmaceutical**
86:9
**philip**  2:15 5:21
**phone**  2:4,8,13,18
9:16 17:14 173:21
**phones**  4:7
**photo**  58:16 59:5
112:17,22 113:14
**photograph**  3:19
59:2 106:2
**photographed**
42:13
**photographs**  61:7
112:13,19 114:17
117:17 121:2
151:1
**photos**  58:3
112:24,25 113:10
118:11 141:7
**phrase**  22:11
**physical**  80:4
122:9 148:13

[physicians - preliminary]

physicians  182:21
physics  175:16
picchi  2:17
pick  4:5
picked  147:6
picking  169:24
picture  92:10
  143:21
pictures  25:11
  41:22 93:10,11
  113:23
piece  176:10
pieces  28:24
piping  146:21
place  4:7,10 9:23
  40:10 80:21 95:14
  110:1 112:7
  114:12,12 145:18
  147:16,20,23
  150:10 186:11
placed  59:22,22
  95:7 137:23
  142:11 154:9
  158:23 175:20,22
places  20:18 167:7
placing  40:8 50:1
plaintiff  14:25
  15:1 175:12
plaintiff's  47:7
plaintiffs  2:2 5:13
  9:4,5 14:17,19,22
  15:14 171:20
  177:3
plans  37:18
plastic  10:21
  19:23 20:1 103:21
plastics  29:24 30:4
  30:7,14,15,17 31:3
  31:12 151:14,20
  152:1,9

plate  72:7,10
played  10:12
  100:6
plaza  4:21
pleasant  2:18
please  4:4,6 5:5,15
  5:24 116:15
plug  97:17 103:2
  103:13 105:13,17
  105:20,22,24
  106:8,14 107:5,5
  107:22 108:1,4
  145:20
plumbed  98:15
plumbing  101:22
plus  24:22 120:13
  146:1,17
point  21:7 23:9,19
  23:24 24:17,25,25
  28:11 36:22 37:1
  40:16 41:24 42:6
  53:12 54:8 56:15
  59:25 60:24 64:8
  64:21,22 65:11
  66:15 67:17,22
  68:20 71:13,25
  76:8 77:22 85:14
  91:19 92:10,12
  93:6 100:1,9
  101:4,15 107:18
  109:12,20 113:13
  115:4,15 119:9,18
  120:19 121:23
  122:17 124:9
  125:2 133:8
  139:12 142:3
  147:2 156:14,21
  159:6
pointed  115:20
  149:6 166:5

polymers  31:3,9
  31:11 151:14
popwell  129:6
port  3:22 39:21,22
  54:13 77:18 83:19
  88:12,25 90:20
  91:6,8,14 92:22
  97:17,19,25 100:7
  101:10,19 102:1
  102:25 103:10,12
  104:9,22,22 105:2
  105:17 108:16
  109:10,17 111:7
  122:25 133:14,19
  141:1 145:20
  146:8
portion  105:16
  138:16 155:3
  169:25
portions  171:13
  171:15
ports  145:6
position  131:9
  135:19 137:20
  138:2 179:20
positive  8:23
  58:19 64:14 89:6
  92:11 121:9,14
possession  109:14
possibilities
  127:17
possibility  18:25
  54:5 77:25 78:17
  89:22 99:10,25
  128:1 138:14,15
  179:19
possible  35:23
  37:21,22 51:11
  90:1 94:12,16
  95:19,25 96:5,6,14
  98:19 99:12,20

100:3 101:2 102:2
  123:4 127:14
  128:5 129:1
  182:14
possibly  23:19
  37:20
post  31:5
postgrad  152:3
postgraduate
  30:23 31:2,11
  151:8,13
potential  6:20 7:3
  40:13 53:11 71:21
  88:15 89:3 130:19
  134:8,10,11
  138:19 146:7,16
  148:23 149:14
potentially  140:16
  145:14 149:17
  162:22
pots  128:6
pounds  106:13
  107:12
pour  98:22
poured  72:6
practical  147:5,12
practically  138:10
practice  101:13
  172:25
practices  181:4,6
prague  75:5,22
  76:4
praxair  164:23
precise  170:16
precisely  112:8
precluded  172:17
preclusion  172:20
predicate  91:22
preliminary  35:21
  36:7 144:22

Veritext Legal Solutions
866 299-5127

[prelude - provided]

**prelude** 2:10 5:11 42:23 43:2
**prematurely** 81:6
**preparation** 17:18 32:13 36:10,18 37:3
**prepare** 15:25
**prepared** 178:10
**present** 2:20 5:2 39:4,13 42:2,7 103:9 104:21 116:23 135:23
**presentation** 170:15
**preserve** 53:14
**pressure** 21:21,21 22:8,13,17 23:9 63:11 66:12 97:22 99:21 101:4,11,12 101:19 102:9,14 102:17,20 103:23 104:22 106:13,23 107:4,15 108:4,8 108:20,24 109:6 110:12 111:13 115:15 120:12,13 120:20 121:5,9,14 121:16 122:12,12 122:14,18,20 123:9,11,13,24,25 124:7,17 125:1,21 126:22,23,24 128:3,25 129:9 133:13 140:14 145:18 150:15 169:12
**pressures** 89:23 121:24
**pressurize** 150:13
**pressurized** 120:2 123:16,23

**pretty** 14:20 21:20 62:4 77:12 86:4 92:19 104:3 105:5 118:19 119:13 128:16 139:14 169:20
**prevent** 108:9 122:11 130:16,20 130:24 133:18 148:8 178:5,9
**prevented** 179:21
**preventive** 54:9 84:19
**previous** 186:7
**previously** 8:1
**primarily** 8:6 11:3 31:16 47:7 57:21 85:19 86:1,7,24 149:4 175:20 178:19
**primary** 87:3
**principal** 10:2
**principle** 50:24
**printed** 16:2 35:6
**printing** 70:3
**printout** 154:5
**prior** 13:19 15:12 15:13 20:7 36:20 64:1 67:22 68:1,5 68:8,9 95:24 108:1 116:10 118:1 136:10 149:9 154:11 162:15,17 163:2,6 171:24
**priority** 136:1,2
**private** 4:5
**probability** 100:2 133:24
**probable** 100:8

**probably** 8:19 14:4,7,9,18,21 27:1 29:20 31:6 41:8 49:17 60:2 60:11 65:5 66:21 67:19 69:4 70:4 78:6 79:1 82:11 85:22 88:17 98:24 154:15 162:23 169:12 173:20
**probe** 147:8
**probes** 50:10 136:2
**problem** 15:7 83:12 99:14 135:7
**problematic** 129:22
**problems** 134:19 134:20 135:11
**procedure** 3:2 95:23
**procedures** 143:13 143:17,24
**proceeding** 5:5
**process** 13:17 53:8 70:3 168:3
**produced** 33:1 34:8 39:7,11 40:21 74:4 107:15 113:18
**product** 38:1 78:15,16 79:19 80:20 81:13 82:21 86:21 95:22 170:7 170:8,22
**products** 74:7 75:21 78:21 150:2 174:15
**professional** 152:5
**professor** 169:16

**professors** 19:19
**program** 28:17 29:23
**progress** 94:18
**progressive** 96:17 115:23,24
**projects** 17:9 28:10
**proper** 170:10 174:4
**properly** 54:4,15 76:20 79:18 104:13 107:20 129:25 131:8 158:11 162:6,11 162:19 180:8
**properties** 127:5 132:10
**proponents** 89:3
**propose** 41:8 178:16
**proposed** 31:17 174:15
**protect** 77:7 102:5 102:10 129:20 135:20
**protecting** 45:20
**protective** 27:23 27:25
**protocol** 37:14 40:16
**proven** 142:6
**provide** 6:17 86:18 125:23 135:5 154:22 182:2,3
**provided** 8:14,15 35:1,9 36:14,16,21 41:15 47:16 86:3 96:8 130:13 136:18 153:5

Page 28

[provides - really]

provides  84:8 86:6
143:12 164:21
165:1,2
providing  69:24
113:19
provision  149:13
proximity  89:8
psi  106:19,24
107:6,10,20 109:1
109:1
psychology  177:20
public  3:9 185:20
186:5,24
publication  153:3
153:10
publications  27:21
27:24 28:2
published  27:18
publishes  24:16
152:13
pull  105:23 138:10
pulled  183:7
pulling  128:12
pump  103:3
109:10
pumpout  3:22
102:24
purpose  47:22
52:25 83:16,17
purposes  32:22
37:14 40:13 43:9
pursuant  3:1
push  104:4 107:5
pushed  107:6
109:21 123:5
124:18
pushing  60:10
82:7,14
put  35:2 43:8 81:2
89:16 91:25 92:1
101:8 105:23

117:1 119:14
136:8 147:20
148:5 150:14,23
151:3 170:22
171:1 174:13,18
178:4,7
puts  131:9
putting  95:24
142:7 174:17
178:25

q

quantify  116:21
141:19
quantifying
114:19
quantitative
125:24
quantitatively
41:24
quarter  118:20
question  18:6
40:24,24 41:12
50:17 51:18 54:24
71:7 77:17,21
92:16,21 93:24
95:25 96:11
103:19 118:13
123:15 130:23
140:22 142:5
145:7 151:10
152:25 160:21,23
160:24 181:9
questioning  68:12
112:22 113:8
114:8
questions  17:23
18:3 27:2 138:11
138:12 150:8
180:11,12,13,23
183:3,7

quick  31:23
101:18
quicker  72:12
quickly  62:24
66:14 72:11 79:5
95:19 105:1,5
112:8 116:6
122:21 128:23
136:24
quite  15:7 30:9
80:18 95:22
quotation  86:17
quote  42:22 43:14
43:15 46:16 60:16
67:25 85:17 86:23
88:4 119:22 121:5
144:3 166:1
quoted  33:11,11
170:17

r

r  4:1 6:12
rack  41:25 57:14
59:8
racks  42:4,11 44:9
158:3,5
railroad  130:8
raise  98:16
ran  169:18
random  40:2
range  13:7 45:1,2
47:14 160:11,13
160:21,24
ranging  10:22
29:15 153:14
ranks  55:19
rapid  116:12,13
116:16,17 119:19
179:3
rapidly  115:13,14
119:13

rate  12:3,6 41:19
71:14,23 104:19
116:24 122:11
rates  12:17,18
40:18
ratio  122:24
raying  38:18
rays  111:5
reach  126:18
reached  46:3
106:24 122:20
126:16 133:6
reaches  45:9
reaching  44:21
read  33:22 36:5
37:4 44:11 49:13
56:5 84:22 114:1
137:9,17 149:5
168:3 176:22
181:15,18 185:3
reading  43:7
159:11 181:19
readings  89:7
159:9 161:3
reads  42:22 144:3
real  25:20 30:17
173:4
realize  132:25
168:11
realized  131:19,22
really  8:8 9:6,14
17:20 18:1 20:5
21:12 22:19 25:11
27:1 32:14 33:22
34:19,23 37:7
47:19 51:4 56:25
59:16 60:9 63:11
86:4,10 91:19
101:17 102:18
105:4 114:12
130:11 131:13

[really - relieve]

132:2 134:21
139:17 141:15
142:18 147:11
152:19 170:11
171:1 175:22
178:18 179:1,9,10
**realtime**  3:8 186:4
186:23
**rear**  175:22
**reask**  145:7
**reason**  6:16 40:22
42:8 46:11 58:22
69:22 70:21 87:13
96:20 97:8 114:20
114:20 118:25
139:20 159:24
169:11 179:16
**reasonable**  24:2
58:24 60:23 98:9
110:25 132:24
136:17 145:21
176:22
**reasonably**  45:2
99:14 126:5,11
127:3
**reasons**  25:15 57:2
68:11 94:15,20
104:2 152:18
169:9
**recall**  3:20 9:17
36:20 57:22 61:14
72:25 73:23,25
74:8,13,21 75:4,15
75:17,20 76:2,7,8
163:15 172:21
**receiving**  14:1
31:14
**recess**  32:2 72:20
143:7 180:16
**recite**  61:13

**recognize**  32:8
164:10
**recollection**  39:22
105:19 176:3
**recommend**  116:5
**recommendation**
92:2,2 174:6
176:12,18
**recommendations**
83:21
**recommended**
166:10
**recommends**
49:25 51:6 83:2
83:14
**reconstruction**
11:13,17
**record**  4:3,11 5:4
6:9 32:1,5 47:16
58:9 72:19,22
143:6,9 154:7,17
155:11,12,18
160:13 161:7
180:15,18 184:1,4
**recorded**  4:13
**recording**  4:9
**recreate**  24:7
**redesign**  26:13
**reduce**  98:1,5
**reduced**  126:22
175:14 186:12
**reduction**  97:14
98:12 132:10
**redundant**  34:3
152:19
**reference**  22:4
34:7,10,10 47:14
58:16 72:25 73:3
73:5 88:11 166:18
**referenced**  34:1
58:21 75:17 97:18

166:25 183:10
**references**  16:3
167:10
**referencing**  88:10
130:24 132:13
175:11
**referral**  15:23
**referred**  59:9
**referring**  18:17
22:7 85:10,11
87:7 134:1
**refers**  18:8
**refilled**  82:2
**reflect**  114:17
166:9
**reflected**  117:18
**reflection**  46:1
**reflects**  162:12
**refurbishes**  84:11
**regard**  14:10
16:19 18:10 27:15
29:11 31:3 32:15
38:7 40:7 45:22
58:1 83:22 84:15
85:15 86:20 90:3
107:1 111:25
127:8 129:14
130:14 146:24
151:12 152:1
163:17,21 164:18
174:23 175:1
182:17
**regarding**  16:13
16:14 18:7 26:9
30:19 37:10 38:14
39:9,14 40:18
73:1 83:2,21
130:19 134:8
144:24 145:16
146:15 164:21
179:7 183:7

**regardless**  65:24
114:4
**registered**  3:7
186:3,23
**registering**  158:17
**reintroduce**  81:18
**reintroducing**
167:23
**reitan**  2:21 4:22
**related**  4:25 7:5,14
7:21 14:9 27:24
29:15 36:23
138:12 162:9
169:10 173:18
**relates**  140:25
**relation**  186:9
**relations**  9:10
**relationship**  33:21
33:23
**relative**  92:23
116:22
**relatively**  62:24
128:23 132:8
**relayed**  109:14
112:16
**relaying**  85:1
**release**  101:11,11
125:18 142:7
**relevant**  30:23
31:2,20 37:8 43:3
43:5 51:17 151:8
151:12 170:23
**relied**  43:10 59:1
**relief**  101:19 102:9
102:14 103:4,23
104:22,22 108:4,8
108:20,24 109:5
115:21 133:13
140:14 145:19,24
**relieve**  102:20

Veritext Legal Solutions
866 299-5127

[relocated - right]

**relocated**  169:20
**rely**  18:15
**relying**  135:20
**remainder**  36:5
**remained**  12:16
  122:25
**remains**  109:1
**remarked**  32:19
**remember**  14:5
  20:19 129:6
  156:20,22 168:2
  169:17 171:9
**remote**  138:15
**remotely**  5:3
**removal**  17:1
  118:8 140:16
  166:19,24 167:10
  167:11 168:4
**remove**  76:9,14,19
  91:20 103:8 129:5
  167:14,21
**removed**  61:5,9
  109:15,17 110:1
  115:7 127:25
  136:10
**removing**  16:18
  33:12 60:18,24
  61:2
**render**  45:6
**repeat**  93:24
  116:15
**repeated**  96:19
**replaceable**
  138:21
**replaced**  49:17
**replenishing**  25:22
**report**  16:2,3
  17:17 19:4 32:7
  32:10,13 33:3,14
  35:18 36:8,10,18
  37:3 42:18,21

44:20 47:19 58:17
58:21 59:1,5
60:12 63:4 66:6
67:24 69:20,23
70:6,20 71:1
72:24 73:4 75:17
76:9 86:17 93:4
94:13 112:12
117:18,23 119:21
121:4 129:15
134:6 148:20
150:9 163:25
164:6 176:16
181:16,17
**reported**  1:22
118:8
**reportedly**  24:19
**reporter**  3:8,8
4:23 5:15,24
186:4,4,23,23
**reporter's**  186:1
**reports**  44:12 47:7
143:13
**represent**  58:20
154:7 158:18
**represented**  59:4
**representing**
172:5 174:13
**reproduced**  32:22
**reproductive**  87:4
**republic**  4:20
**request**  40:17 42:7
**require**  17:23
122:5
**required**  12:12
55:5 61:4 170:25
181:7
**requirements**
54:21 170:14
**requires**  73:7
170:10

**reread**  16:3 56:5
93:24 114:1 145:8
176:4
**rereleased**  99:13
**research**  10:8 11:2
11:14,16 13:24,25
14:3 25:3 30:17
53:4
**residual**  168:4
**resolved**  15:9
**resort**  178:23
**respect**  56:1 88:19
138:25 143:11
163:18 173:16
181:9
**responses**  163:5
**responsibility**
136:12
**result**  45:17 46:8
46:16 51:20 52:17
89:9 96:1 110:10
111:14 116:13,17
126:6 132:5
134:24 139:25
169:6
**resultant**  100:4
**resulted**  121:6
178:20
**resulting**  117:5,6
**results**  45:16
77:16 126:7
149:11 159:1
169:14
**retained**  9:11,12
9:14 20:22 23:4
25:4
**retention**  8:25 9:3
9:15,16,18 20:7
**retirement**  13:14
13:16

**retrospect**  180:4
**revacuuming**
84:12,13
**reverse**  119:17
**review**  16:8 17:16
19:1 36:13 37:2
47:18 76:24
176:19
**reviewed**  16:2,3
36:9 46:23 58:25
85:7,8,13 134:2
154:12 155:2
**reviewing**  33:7
**revise**  69:16
103:25 111:11
**revised**  35:24
**right**  6:14 12:1,3,5
12:8 14:12 17:23
18:20 19:7 20:4
20:13 22:25 23:13
24:11,12 25:1
29:12,21 34:13
36:10 42:5,15
43:20 46:4,21
48:19,23 55:23
56:6,10 59:2 63:2
63:7 64:16 66:8
66:19 67:18 69:5
70:9,17 72:15
73:1 74:9,18 75:6
76:16 77:10 78:3
78:12 81:19,23
85:2 86:18,25
87:23 88:8,12
89:19,24 91:2,6,11
91:15 92:16,22
93:5,23 101:19
102:11,15 103:13
103:15 104:15
106:1 112:7,10,15
112:20 113:2,3,9

Veritext Legal Solutions
866 299-5127

[right - see]

114:6 117:25
118:9 120:18
123:21 125:7
127:1 133:15
134:9 136:11
139:23 141:21
143:1 144:2
147:17 148:25
150:4,17 152:9
153:7 155:20
156:15 157:19
158:5,9 159:12
161:15 162:25
163:3 165:6,10,13
166:15 168:8,14
170:7 171:14,18
172:11 174:17
**ring** 54:14 97:7,11
97:17 98:20,21,22
98:23 103:23
106:5 107:25
108:21 109:7
**rings** 106:9 109:2
133:14
**risk** 34:10 179:13
179:17
**risks** 130:16,20,21
130:24
**road** 69:2
**robert** 2:21 4:22
**robust** 22:23
138:23 139:2,8,20
140:3,25 142:5,23
145:15
**role** 10:12 11:14
29:10 100:6
**room** 5:2 48:13
49:16 62:7,23
67:5 79:3 80:13
80:20 94:21 95:13
95:16 109:23

119:10,15
**roughly** 41:9
160:22
**route** 123:1
**routinely** 61:2
**royace** 172:18
173:9
**rtds** 50:9
**rubbers** 31:3
**rule** 89:8
**ruled** 77:25 78:4
127:23 128:4
**rules** 3:2
**ruling** 173:22
**run** 134:17
**running** 107:8
**runs** 169:18
**rupture** 101:18
102:10,14 104:23
107:24 108:12,15
109:3,17
**ryan** 2:16 5:22

**s**

**s** 3:22 4:1 6:12
175:23
**safe** 43:14 44:22
45:2 54:17 55:3
55:11,25 136:17
140:8
**safely** 47:24
**safety** 104:12,22
108:23 115:20
133:19 134:22
**sample** 20:6
136:23 166:2
**samples** 19:16,21
19:24 20:1 41:10
42:4 45:15,25
50:7 51:7 55:21
55:22 56:3,12
57:8,9,23 77:6

81:9 82:17 114:9
133:25 135:3
137:2 157:25
182:7 183:17
**san** 2:8,12 4:17
42:14
**sandra** 1:22 3:7
4:23 186:3,22
**saturday** 67:22
**saw** 86:4 130:5
139:21
**saying** 61:21 70:5
80:20 82:24 94:3
94:5 108:19
110:12 118:21
120:17 121:7
133:13 136:18
137:23 162:22
170:18 179:1
**says** 34:8 35:12
79:8 84:8 86:6
97:4 114:1 134:22
143:22 166:1
**scale** 19:19 173:5
**scaled** 173:1
**schedule** 166:11
**school** 19:16 30:11
31:11
**schriock** 2:15 5:21
**schultz** 2:16 5:18
5:19
**sciences** 9:13,25
**scientific** 37:2
104:17
**scientist** 82:8
132:24
**screen** 7:18 130:9
**se** 29:25
**seal** 54:13,14 97:8
97:17 98:20,21,23
103:9,19,20,23

104:4 106:9
141:12
**sealed** 63:9 122:25
**seals** 103:3 107:25
109:7
**seams** 98:7
**search** 31:19
36:17
**seat** 174:17 175:6
175:9,12,14,15,22
**sec** 155:23
**second** 42:17,20
69:17 75:9 91:24
152:23 174:2
175:25
**secondary** 149:19
**seconds** 65:6,21
72:14 118:23
180:10
**section** 42:21
90:16,23 107:12
139:7,10 141:18
**sectioned** 141:6
**security** 86:23
**see** 21:19 35:2
42:24 43:15 46:18
57:2 58:11,14
61:15 67:2,8,11,13
68:6,7 73:13
75:19,23,24 80:16
82:6 84:6,17
85:21 92:13 93:7
93:16 95:9 98:18
103:8 105:10
107:21 108:14
110:12 120:3,22
121:3 133:10,20
140:1 141:6
155:25 156:6
157:8,11 158:13
159:6 161:24

Veritext Legal Solutions
866 299-5127

**[see - smith]**

162:20 168:19
175:23,24 178:19
**seeing** 20:18 25:8
61:14 73:23,25
153:3,11 161:3
**seek** 26:7
**seen** 20:8 21:1,3
35:15 92:25 93:14
101:23 102:16
103:10,24 106:16
107:13 110:17
113:6 128:5
182:23
**seep** 53:25
**seepage** 54:3
71:24
**select** 36:12
**sells** 137:17
**semen** 86:24
**semiconductor**
30:6
**seminar** 153:3
**seminars** 151:23
**sensaphone** 148:3
**sense** 22:15,16
116:1 163:16,19
163:20,21 175:16
**sensing** 111:13
**sensitive** 4:5 79:25
85:19 86:1,9
87:14 174:11
**sensor** 140:5
159:19,21,25
**sensors** 29:1,3
**sentence** 33:19
34:11 42:17,20
85:16 86:16,21
88:4,13 90:3
144:3
**separate** 34:4
57:19

**september** 42:14
150:11
**sequence** 51:12
**serial** 75:19
**series** 55:2 86:13
**serve** 26:8
**service** 76:10,14
76:19 130:17,25
134:7,13 146:11
**serviced** 146:20
**sessions** 151:22
**set** 31:18 152:11
**setting** 29:16
**settle** 15:12
**settlement** 32:22
**settling** 15:9
**setup** 57:6
**seven** 13:21
**severe** 87:19 108:9
133:24
**shapes** 59:7
**shed** 96:10
**sheet** 90:20 165:8
**sheets** 154:17
**shell** 115:2
**ship** 79:25
**shipping** 79:20,22
**shock** 79:12,22
80:1,3,4
**shocked** 97:10
**short** 132:8 135:1
180:22
**shortly** 14:1 31:13
61:8 67:22
**show** 61:10 108:25
112:19 173:1
**showed** 89:19
92:14 161:16
172:23 173:3
**showing** 113:23
162:2,16

**shown** 25:7 39:10
**shows** 39:24,24
73:5 105:3 155:19
163:1 165:8
**shut** 126:15
**sic** 29:4
**side** 29:5,5 71:20
90:17 91:5 93:8
100:5 109:23
117:8 159:14
**sieve** 23:25 39:14
39:14 41:13 53:17
**sign** 61:22 134:17
**signature** 186:22
**significance** 127:4
**significant** 51:1
54:6 60:21 61:17
68:25 69:11,12
73:7 92:24 93:6
93:16 94:9 100:18
112:20 113:23
118:11 119:25
123:1 140:11
179:23
**significantly** 68:9
**similar** 21:3 25:7
25:12,16,17 38:16
40:8,9 42:11 57:4
59:21 130:18
**simple** 107:17
**simpler** 46:5
**simply** 30:4
108:20 129:16
**simulation** 153:5
153:14,15
**sit** 78:5 79:1 88:16
89:11 162:7
**site** 64:14 89:4
97:13 100:10
**sites** 71:21,22
88:16

**sitting** 90:5 93:19
150:25 151:6
158:13
**situation** 79:3
98:24 122:10
147:4 170:23
**six** 7:25 8:12 14:8
78:11 119:22
**sixth** 33:10
**size** 93:5
**sized** 118:19
**sizes** 59:16
**ski** 171:7,25 172:3
175:20
**skills** 26:2,5
**skis** 175:8,8,18
**slash** 35:3
**slid** 175:12
**slide** 168:13
175:23
**sliding** 175:15
**slower** 117:6
**small** 20:17 33:6
35:15 79:9,10
98:7 176:21
**smaller** 19:19
**smith** 2:6 3:13 5:8
5:8 6:4 15:19
31:22 32:6 34:21
35:16 38:5,19
39:8 44:4 45:23
47:20 49:10 58:6
58:9,15 71:2,6,8
72:15,23 75:11,14
82:20 96:9 101:17
106:22 125:22
137:21 140:21,22
143:4,10 152:4
153:24 154:4
159:2 167:9 180:9
183:13

[snoop - storage]

**snoop**  89:14,16
92:2,7,14,14
**societies**  152:5
**society**  31:15,16
152:8,13,17,21
**solder**  29:8
**solid**  53:11
**solution**  133:18
**somebody**  18:15
45:6 68:14 79:3
79:11 105:3
113:15 137:15
177:18,19
**somewhat**  98:18
103:17 139:12
**sooner**  140:19
**sophisticated**
81:20 86:11
**sorry**  35:12 38:24
47:8 70:16,18
81:7 82:9 98:11
113:21 119:23
153:24 161:11,11
161:13 162:15
163:20 168:11
171:8
**sort**  51:19 54:3
96:18 97:20 98:6
98:8 111:12
126:12 127:21
136:4 142:19
147:16 158:10
**sought**  36:24
**sound**  107:11
128:10
**sounds**  124:4
**source**  27:4 177:1
**south**  172:2
173:15 175:2
**space**  21:13,18
22:20,21,22 23:8

23:10,16,22 24:1,5
24:24 25:14 34:12
34:17,24 35:7
39:18 41:15,21
42:3 53:1,9 54:10
60:2 61:20,23
64:19 65:4,16
66:8,11,16,16,19
67:1 68:16 71:9
71:15,24 73:20
74:3 76:23 77:1,6
91:9 94:9 98:25
99:9,17,23 101:4
101:20,23 102:18
103:3 106:2,23
107:3,9 110:13,24
111:2,8 114:23
115:1,11,13,16
117:4 118:23
119:3,12 120:9,11
120:24 121:8,15
121:24 122:13,17
122:19 123:10,13
123:16,17,19,19
123:20,22 124:5
124:10,13,13,16
124:19,25 125:1
128:18,24 129:11
131:6 132:11
133:9 136:6 140:5
148:13 150:14,14
167:12,14,17
179:4 182:9
**spacing**  50:25
69:21 70:3,22
**speak**  153:13
**speaking**  99:4
**speaks**  75:7
**spear**  2:7
**spec**  39:24 106:17

**specifically**  112:2
162:8 166:5
**specification**
142:10
**specimens**  81:22
**specs**  145:5
**speculating**  142:2
179:16
**speculative**  139:12
**speed**  75:12
**spell**  6:8 136:20
**spelled**  6:11 86:5
**spent**  11:25
**spoke**  16:15 17:1
**square**  59:7
106:13
**squares**  59:6
**squeezed**  61:11
**stacked**  59:16
**stacking**  57:23
**stacks**  57:8,8
**staff**  67:21 68:1,9
68:9 69:1,14
147:13 182:21
**stainless**  65:1,2
68:17 72:2,7 97:9
98:6,8 105:16
107:12 150:3
**stamp**  18:8 113:14
164:8
**stamped**  58:10
102:24 154:8
**stamps**  113:10
**stand**  68:7 101:24
**standard**  142:10
**standpoint**  105:8
105:8 118:18
**staring**  93:20
**stark**  153:5
**start**  13:15 39:8
67:11 119:11,12

120:13 128:25
145:9 164:14
**started**  13:13,17
28:16 120:9,10
123:5
**starts**  33:19 65:11
115:8 124:24
**state**  3:9 5:3,5 6:1
6:8 34:8 51:24
60:16 67:24 73:4
85:15 86:18 102:8
117:23 119:21,25
119:25 120:6,7
127:9 130:16
148:20 185:4
186:5
**statement**  10:17
165:25
**statements**  76:9
**states**  1:1 4:16
75:20 86:22
**stay**  170:3
**steady**  51:24
**steel**  65:2 68:17
72:2,7 97:9
105:16 107:12
150:3
**stem**  86:8
**stenotype**  186:11
186:14
**steps**  131:20
**stick**  43:22 177:4
**stop**  119:17
123:18 124:1,5
138:5
**storage**  25:13,25
26:3,4,6,10,17,20
26:22 27:9,19
45:3 48:2 54:20
62:8,10,16 85:20
86:7 162:19

Veritext Legal Solutions
866 299-5127

**[storage - take]**

165:20 166:2
182:3,6,7
**store** 47:24 56:9
81:9 86:24
**stored** 46:7,17
56:12 158:1 182:8
**storing** 81:16
**story** 101:9 126:13
138:10
**stove** 101:8
**straight** 69:3
142:13
**strap** 175:18,19
**straw** 59:20
165:21
**straws** 56:19,23
58:1
**street** 2:3,7,12 3:5
4:21
**strength** 95:3
**stress** 20:1 51:10
51:14,21 142:7,21
145:24 172:23
**stresses** 51:20
52:10 96:19
142:20 153:16
**strike** 25:3 37:21
44:20 88:21 98:11
111:15 119:23
121:22 133:2
145:10 153:20
172:2,12 179:6
**stronger** 129:7
177:20
**structural** 102:11
**structurally** 76:23
101:12
**structure** 41:10
101:14,16
**structures** 93:15

**struers** 151:22
**stuck** 27:6
**student** 13:22
20:16 152:3
**students** 28:21
**studies** 25:6 28:10
**study** 176:21
**stuff** 19:23 38:8
89:13
**styrofoam** 49:6
115:4
**subassembly**
102:25
**subject** 16:17 25:8
37:7 46:16 85:18
88:5 90:14,14
130:14 144:4
164:18,19 183:8
**submerge** 55:21
**submerged** 182:8
182:11
**submerse** 55:9
**submitted** 33:4
69:24
**subscribed** 185:14
**subsidiary** 42:23
43:2
**substantial** 93:5
94:13 105:10
118:15,17,18,22
141:15 175:9
**successful** 172:9
**suck** 53:6,9 76:22
**sucked** 21:17
41:18 128:2,19
**sucking** 66:12
128:10
**sudden** 67:16 74:1
75:2 77:13 93:22
94:1,22 131:10
132:20

**suddenly** 94:5,8
**sufficient** 23:9,11
24:23 25:11 55:14
59:25 64:24 66:15
67:10 100:10
107:5 115:16
156:16
**sufficiently** 98:1
100:23
**suggest** 83:6
128:15 182:20
**suggested** 38:9,9
**suggests** 89:25
112:10,23,25
114:2
**suit** 175:19
**suite** 2:3 3:5
**summarized** 60:13
**summarizing**
129:17
**summary** 78:8
175:8
**summer** 72:13
**sunday** 68:2
**supply** 162:19
166:15 168:14,18
**support** 19:18
97:7 177:12
**supposed** 40:24
50:5
**supposedly** 142:8
**sure** 5:19 15:16
23:18 33:9 38:4
43:5 50:8 69:18
71:6 80:10 87:6
92:19 101:21
113:3,4 123:11
126:4 135:12
145:9 153:1 167:5
177:2 180:10

**surface** 62:24 65:7
65:7 139:14
141:12
**surfaces** 123:3,6
**surprise** 106:12,15
106:17
**surprised** 107:24
**surprising** 104:12
**surrounded**
159:13
**susceptible** 79:21
97:9
**suspect** 66:23
114:22 157:24
159:18
**suspected** 103:5
**suspicious** 89:17
**swear** 5:15,24
**switched** 33:21
**sworn** 6:1 185:6
185:14 186:8
**symbol** 134:22
**system** 7:19 29:2
52:13,20,22 53:16
54:2,8 99:2,6,8,11
100:18 101:3
103:23 104:20
125:5,10,13,18,23
126:3,15,21
135:20 136:5
138:24 147:16
148:7,11 165:5
**systems** 29:11
53:5 97:2

**t**

**take** 4:10 8:2 13:2
15:17 31:22 41:3
41:8 44:12 53:10
58:13 64:18 70:23
71:10 72:9,15
75:3 79:20 80:20

[take - tell]

| | | | |
|---|---|---|---|
| 80:25 82:24 | 48:11,11,12,22 | 106:9,23 107:16 | 180:7 182:21,22 |
| 118:15 136:7,8 | 49:2,12,18,20,21 | 107:21 108:10 | 183:12,16,16 |
| 154:11 157:7 | 49:25 50:2,6,7,12 | 109:11,11,15,17 | **tank's**  121:7 |
| 159:2 160:1 168:5 | 50:14,19,21,23 | 110:14,20,20 | **tankers**  21:19 |
| **taken**   3:4 4:14 | 51:10,10,13,14,21 | 111:1,6 112:7,14 | **tanks**  7:21 10:23 |
| 24:8 32:2 41:21 | 51:23,23,24 52:2,4 | 112:20 114:10 | 20:13,16,20,24 |
| 42:3 72:20 103:13 | 52:14,22,24 54:1,2 | 115:7,9,21,23,24 | 21:16 25:4,13,25 |
| 112:24 113:1,24 | 54:4,15,18,20,22 | 116:1,3,4,11,14,18 | 26:3,4,11 27:9,13 |
| 143:7 180:16 | 55:1,4,13,15,20,21 | 116:21 117:3,8,10 | 27:19 36:23 37:10 |
| 186:10 | 55:21 56:1,3 57:3 | 117:14,15,19,20 | 38:18 40:2 51:17 |
| **takes**   24:1,2 68:15 | 57:9 58:16 59:2 | 117:25 118:16 | 57:14 62:1,9 63:9 |
| 68:16,17 107:15 | 59:11 60:25 61:3 | 119:7,8,10 121:3 | 69:3,8,11 73:1,12 |
| **talk**   86:21 112:2 | 61:14 62:10,14,16 | 121:15,16,17,18 | 74:9,13 75:5 84:2 |
| 132:23 150:9 | 62:22 63:1,2,6,7 | 121:19,25 122:8 | 84:11 86:13,13,22 |
| **talked**   38:10,17,21 | 63:14,15,17,23 | 123:25 124:8,11 | 108:4,5 111:20 |
| 125:4 135:14 | 64:4,9,12,15,24 | 124:13,19 125:13 | 125:5 131:1,8 |
| 144:7 145:23 | 65:2,5,17,25 66:5 | 126:9 127:5,10,11 | 137:4,17 138:7,19 |
| 150:6 166:21 | 66:19,21 67:3,8,15 | 127:13,23 128:3 | 148:8 149:3 150:3 |
| **talking**   16:16,22 | 67:23 68:4 71:11 | 128:20,22 129:1 | 164:21 181:22,25 |
| 31:5 63:8 66:1 | 72:3,8 73:18 | 129:10,20,24 | 182:2 |
| 80:5 103:22 | 74:11,11 75:25 | 131:11,17,21,23 | **tarantino**   2:11 |
| 136:24,25 139:5 | 76:7,23 77:10,16 | 132:6,8,12,23 | 3:14 5:10,10,16 |
| 148:12 | 78:3,10,24 79:1,3 | 133:3,17 134:23 | 44:1,3 158:22 |
| **talks**   73:14 | 79:7,9 80:13,21 | 135:4,16,24 136:3 | 167:2 180:20,22 |
| **tall**   55:2 | 81:1,4,9,18,21 | 136:10,15,22,24 | 182:25 |
| **taller**   59:12 | 82:1,15,18 83:13 | 137:2,15,24 138:2 | **targeted**   168:4 |
| **tank**   3:18 11:21 | 84:5,19,22,22 | 138:24,25 139:1 | **teaching**   13:24 |
| 16:17,18,23 19:20 | 85:19 88:5,8,23 | 140:15,17,24 | **tec**   17:16 28:13 |
| 21:1,6,11,15,18,21 | 90:13,14,14,17,22 | 143:21 144:4,10 | 85:7 134:19 |
| 21:22 22:5,9,9,13 | 91:5,9,11 93:8,19 | 144:12,17,19,24 | 168:17 |
| 22:14 23:5,10,11 | 94:2,14,17,20,25 | 145:2,6,10,11 | **tech**   135:8 |
| 24:6,8,11 25:8 | 95:5,12,14,15,17 | 146:2,6,13,16 | **technical**   167:22 |
| 26:6,10,14,17,18 | 95:18,24 96:21,22 | 148:23,24 150:23 | 177:18 |
| 26:21,22 27:15 | 97:3,17,24 98:1,12 | 154:6 155:5,20 | **technically**   22:2 |
| 33:12,13 36:2 | 98:15,17,19,21,21 | 157:14 158:24 | **technician**   167:22 |
| 37:15 38:15,16 | 98:23 99:2,7,21,22 | 161:1 162:19 | **technicians**   147:13 |
| 39:6,10 40:8,10 | 100:4,5,17,23,24 | 163:8,10 164:18 | **technology**   153:18 |
| 41:1,17,21 42:12 | 101:12,19 102:5,8 | 164:19 167:3,4,11 | **telephone**   2:16 |
| 43:14 45:10,16,25 | 102:10,11,15,21 | 167:15 168:5,8 | 147:16 |
| 46:3,8,9,17,24 | 103:13 104:5,11 | 169:3,4 178:5,8,8 | **tell**   24:18 38:5,12 |
| 47:1,23,25 48:2,5 | 104:20,25 105:5 | 178:16 179:2,8,24 | 48:14 56:15 80:24 |

Veritext Legal Solutions
866 299-5127

[tell - think]

87:9 88:16 100:11
101:7 141:4 151:2
156:17 164:13
173:19
**telling**  103:19
**temperature**  20:6
29:2 47:14 48:13
48:15,16,18,23
49:15,24 50:10
51:6,19,25 52:10
52:12 62:3,5,7
65:8 67:5,10 79:4
80:13,21 82:16,16
94:17 95:13,16
97:21 98:17
119:11,16 125:17
126:20 128:7,8
129:19 136:2
140:11 147:8
154:23,23 158:14
158:17 159:8,8,11
160:2,3,3,9,25
169:10 181:13,23
**temperatures**
19:24 45:11 46:18
47:1,21,24 48:1,5
49:8,11,20,21
50:14,22 51:9
52:16,17 94:21
101:2 119:9,10
120:14,14 125:14
125:20 126:5,11
127:3 129:21
134:25 136:23
137:1 168:6,6
182:11
**ten**  8:19 14:21
108:25
**tend**  52:16 65:6
67:13 89:24 109:7
125:18

**tends**  52:6,7
**term**  53:18 131:7
144:11 159:23
**terms**  9:20 44:10
45:5 117:9 132:9
135:6 142:5
144:16 146:22
170:15
**test**  17:9 28:10
40:15 60:4,5
**tested**  174:4 176:6
**testified**  6:2 11:6,7
14:10,24 56:8
100:16 176:11
**testify**  8:11 14:17
113:23 176:7
186:8
**testifying**  12:3
15:23 172:17
176:14
**testimony**  6:17
8:14,15 12:1 15:4
24:5,10 44:17
60:13,21 61:13
64:1,6,7 69:2 85:1
85:3 100:21
109:25 110:18
112:23 127:24
131:18 144:16
154:12 163:4
171:2,11 172:6,13
173:23 180:1
185:4,6
**testing**  16:17 36:2
37:12,19,22 38:2,6
38:8 39:3,9 40:14
88:20,22 91:15,17
96:10,15 103:12
111:18 116:5
139:16,17 144:23
150:10 175:7

176:9 177:12
**tests**  177:7
**thank**  72:17
183:19
**thanks**  30:17
183:1
**thaw**  166:18 167:1
167:3 168:3
**theory**  21:5 23:4,6
23:7,13,14,15 77:8
77:12 124:15
**thereof**  186:14
**thermal**  20:2
51:16,25 52:8
95:1,6 138:13
**thermocouples**
50:1,5,9 158:16
**thesis**  28:1
**thick**  49:6 65:16
65:23 68:18
**thickness**  72:2,8
**thin**  109:4
**thing**  19:15 21:7
24:18 34:5 36:24
57:15 97:11 98:16
99:16 101:25
106:8 107:17
109:7 110:19
112:22 113:22
120:23 140:13
142:4 145:5 149:9
151:19 163:15,24
169:1,2,5 172:22
173:16,21 174:10
**things**  10:22 18:14
31:10 75:12 79:17
79:18 87:23 97:1
107:23 147:1
**think**  7:14,23 8:21
8:22 9:14,20
11:24 12:2 13:7

18:6,11 20:25
21:7,13,15,16 22:1
22:4,5 23:20,21
24:2 26:1,4 29:10
30:5 32:21,24
34:1,3,4 35:14
36:20 37:1,7
38:12 40:3,23
41:1,12 43:21
46:10 47:7,13
50:16,24 54:3,12
54:24 55:5 56:19
56:25 57:12,24
59:8 60:5 65:25
66:13,20,20 67:15
68:8 69:14 70:14
71:3 72:11 73:4
74:4,25 76:18,24
77:12,22 79:5
80:15,23 81:25
82:8,18,23 84:1,2
85:3,13,22 86:10
86:10 87:10,24
89:2 91:16 92:7
94:3,18,22 96:6
97:6,6 99:10,25
100:1,3,8,16
102:19 103:5
104:16,17 105:4
105:20 107:7
109:19 110:25
111:16 114:8,14
116:2,8 118:25
120:8,15,18,24
122:19 124:2,3
126:14,17 128:8
128:10,13,22
130:5 131:18
132:7 133:7
134:15,17 135:10
135:21 136:12,16

Veritext Legal Solutions
866 299-5127

[think - type]

137:11,17 138:8
139:3 142:3,6,16
142:25 143:20
144:18,25 145:13
145:25 146:2,22
146:24 147:3
148:3 149:10,13
149:22 151:10,24
156:25 157:17,23
166:4,5 167:16
169:10 170:20,22
172:20 173:4
176:4,5 177:11
178:7 179:17
180:5,9,11 183:2
**thinking** 73:9
141:14
**thinks** 60:19
**thinner** 22:9
121:19
**third** 2:14 5:20
34:7,15 118:20
**thirty** 172:15
**thoroughly** 19:6
159:18 163:11
**thought** 18:2,4
21:5 85:6 91:20
107:25
**thoughts** 144:22
**thousand** 138:19
**throw** 145:5
**thrown** 171:20
**tied** 86:17
**time** 5:6 8:19
10:11 11:25 12:13
13:9,18,20 14:5,17
18:7,8 31:25 32:4
42:12 45:25 60:2
61:15 63:3,20,23
64:25 65:20 67:12
67:12,21 68:15,16

68:17 71:13 72:18
72:21 76:15 77:22
85:4,9 96:19
97:12,21 100:22
104:25 109:3,6,8
109:12 110:18
112:11 113:10,14
115:19 117:18,24
118:25 120:22
121:23 122:16
132:8 135:1
137:11 140:12
143:4,5,8 145:19
146:17 147:20,23
148:4 151:2
154:23 157:5,24
159:7 163:16,19
180:14,17 183:25
184:3 186:11
**times** 6:13 11:5
13:25 14:11 15:6
41:2 43:3,5
113:19 114:17
118:3,5 171:5
172:9 173:7,16
**timing** 9:21 28:20
29:18 30:6 71:17
**tissue** 44:15 45:5
46:12 56:9,16
57:1 82:12 86:7
138:21
**tissues** 81:15,16
**title** 102:24 153:12
168:13
**tms** 152:17,22,23
152:23
**today** 6:17 78:5
88:16 89:11 90:5
94:6 150:25 151:6
154:12 158:13
162:7

**today's** 16:1
**told** 100:17 109:16
**tomato** 22:3,3
**top** 41:2 43:12
46:16 48:25 49:12
49:17,21 50:6,13
50:21 55:19 67:25
70:1,11,20 72:4,7
76:2 91:10 115:5
115:7 122:7,7
146:22 153:2
160:16,25
**topic** 152:1
**total** 71:25 82:12
132:8 183:24
184:3
**totally** 21:23
**touch** 62:1
**tower** 2:7
**tracks** 130:8
**trained** 178:21
**training** 3:25 30:3
30:10,23 31:2,6
95:22 135:16
151:8,13,14,21
164:7,16,21 165:1
165:3 170:11
177:24 180:25
**transcript** 185:3
186:13
**transducer** 169:13
**transfer** 49:1
135:3
**transferring** 31:18
**transition** 32:15
**transport** 26:22
79:17
**trapped** 99:12
115:11 126:3,21
**tree** 105:22

**trial** 8:12 14:11,19
14:25 15:13 153:6
**trials** 14:14
**tried** 77:14 129:8
**troubleshooting**
143:12,17,22
**true** 11:10 48:25
76:15 87:2 109:3
151:19 186:13
**truth** 6:2 186:8
**truthful** 6:17
**try** 111:20 125:2
**trying** 9:20 13:13
16:17,19 47:17
77:6 88:13 91:23
95:18 137:21
169:3 179:12
**tsm** 152:22
**tube** 59:21 60:4,5
60:8 91:9 99:21
142:8,12,15
**tubes** 145:6,25
146:10
**tubing** 143:23,24
**tupperware** 128:6
**turn** 4:6 53:10
66:17 128:24
155:1,9
**turns** 139:22,23
**tvs** 7:18,18
**two** 8:4 17:14 34:4
34:7 50:1,6 70:13
112:13,18 128:8
129:10 138:22
154:22 169:8,18
172:15 173:7,16
180:10,10
**tygon** 143:23
**type** 42:10 57:14
76:7 77:15,16
84:19 105:2,22

Page 38

**[type - vacuum]**

109:7 149:21
151:23
**typed** 85:14
**typewritten**
186:12
**typically** 49:20
61:4
**typing** 33:14
113:15
**typo** 113:5 144:3
**typos** 33:7 35:15

**u**

**u.s.a.** 75:22
**uh** 150:16 151:9
168:15
**ultimate** 86:23
**ultimately** 43:22
107:4 121:3 126:7
131:16 176:5,13
177:2
**unacceptable** 34:9
**unchecked** 136:25
**uncovered** 182:19
**undergrad** 53:4
**undergraduate**
31:6
**underneath** 64:8
66:4 70:9
**understand** 55:6
55:20 83:25 125:9
127:6 133:11
139:5 140:23
166:10 167:13
173:12 182:5,13
**understanding** 9:2
9:7 36:4 40:21
43:1,4,6 44:22,25
45:15,24 46:23
49:11 50:3,4,8
52:21 53:24 54:12
55:10,17,24 56:11

56:15,18,20,22
57:5,7,10 59:6,20
59:23 60:4,10
61:1,3,25 64:6
68:24,24 69:13
82:13 109:12,18
109:24 137:3,9,13
137:16 143:15
147:11,15,19,22
163:7 165:3 167:9
168:21
**understood** 87:21
162:13
**undertaken**
153:21
**undetectable**
79:21
**undetected** 134:24
144:6
**undetermined**
43:15
**undone** 70:25
**unexpected**
134:25
**unique** 151:25
**unit** 4:12 76:9,14
147:14
**united** 1:1 4:16
**units** 183:25
**university** 13:23
20:11
**unknown** 126:8
**unknowns** 162:7
**unplugged** 159:20
**unpredictable**
135:17
**unrelated** 78:25
**unsafe** 44:5,10
45:5,10,20 46:3,10
157:19

**unsealed** 49:7
**unusable** 82:17
**unusual** 49:23
173:22
**unwanted** 157:23
**usage** 154:24
**use** 22:25 55:14
74:17 78:20 80:17
80:23 81:9 82:25
87:12 95:17,24
137:15,18,23
144:12 147:5,10
148:15 153:4,13
172:21 178:8,9
181:23 182:15
**useful** 78:15,19
82:21,24
**user** 74:4 76:25
81:20 84:8 95:11
126:9 131:14
135:22 148:22
167:13,21
**users** 130:19 134:8
140:9 149:2,14
178:23 179:7
**uses** 20:13 21:25
74:24 87:6,8
**utah** 171:17 172:7
173:13,15,19
**utilize** 129:24
**utilizing** 140:10

**v**

**vacuum** 21:13,18
22:20,21,22 23:8
23:10,16 24:4,24
25:14 39:18 40:19
41:14 49:2 53:1,2
53:6,6,9,9,15
54:13,14 61:20,23
62:13 63:1,7,17,18
63:20 64:19 65:4

66:10,16,16 71:24
73:7,9,10,15,15,18
73:20,22,24 74:1,2
74:22 75:2,3
76:11,12,12,16,16
76:21,22,22 77:1,1
77:4,6,9,13,19,23
78:2,7,7 83:21,25
84:3,4,9 93:23
94:2,9,14 96:2,21
97:2,4,5,10,14,16
97:22,24 98:2,3,5
98:11,12,15,18,25
101:10,20,23
102:1,18 103:8,10
103:12,22 106:2,9
107:9 108:15
110:5,5,13 114:23
115:11,12,16
116:13,17,22,25
117:6 119:3,12
120:10,24 121:6,8
122:13,17,19,25
123:10,13,19,20
123:22 124:10,12
124:16,19,25
125:1 126:7,22,23
126:25 127:9
128:2,12,15,18,21
128:24 131:5,5,6
131:15,16 132:11
132:21,25 133:9
133:19 134:25
136:6 140:5 144:6
144:11 145:20
146:16,18,19,21
146:21,24 148:8
148:12,13,16,18
148:24 149:11,15
150:3,14,14 166:3
167:12,14,17,23

Veritext Legal Solutions
866 299-5127

[vacuum - website]

179:3,4,15
**value** 102:14
  109:1
**valve** 27:6 102:9
  103:3,4 108:6
**vapor** 23:19 48:17
  53:10 55:23 66:25
  67:4 119:25 120:6
  124:24 168:23
  181:23 182:3,4,6,9
**vaporize** 66:14
**vaporized** 107:4
**variation** 51:25
  158:14
**various** 9:10 11:1
  14:3 16:4 17:8
  19:23 57:14
**vary** 48:10,11
**vast** 14:16,23
**vehicle** 11:16
  153:15
**vented** 104:19
  122:11
**venting** 115:17,19
  119:20 122:8
  123:7 124:23
  174:22
**verbal** 9:16
**verification**
  166:14,14
**verify** 168:14
**versions** 113:17
**versus** 51:24
  171:12 172:18
**vessel** 119:15
**viability** 82:12
  181:7,14
**vial** 165:21
**video** 1:6 4:9,12
  103:10

**videographer** 2:21
  4:2,22 5:14,23
  31:25 32:4 72:18
  72:21 143:5,8
  180:14,17 183:21
  183:24
**view** 21:9,9 107:24
**views** 129:19
**vigor** 154:15
**visible** 64:7 65:24
  66:3 93:1,1,2
**visit** 57:20
**visited** 42:13
**visits** 57:18
**visual** 9:12,25 93:9
**visualizations**
  27:22
**vitro** 181:4
**volume** 24:7 33:20
  33:21,22 39:18
  41:4,9,11,14,17
  42:3 53:10 79:10
  107:8 120:1,1
  125:25

**w**

**waiting** 5:18 111:5
**wall** 7:19 21:14
  22:14,22,23,24
  60:25 61:19 66:13
  88:7,21,23 92:15
  94:7,8,25 102:21
  105:11 107:10
  110:14 115:17
  117:2,15 119:7
  121:7,16,17,18,20
  141:9,10 149:19
  179:3
**walled** 150:3
**walls** 22:9,9 54:1
  96:22 97:16,24
  127:23 131:12

**want** 5:16 9:19,19
  33:8 70:13 75:11
  92:6 101:14
  104:23 113:13
  118:10 120:16
  122:15 126:4
  136:7 140:23
  167:8,20
**wanted** 57:2
**wants** 133:17
**warm** 47:1 65:12
  94:21 99:8 100:17
  120:14 128:7
**warmed** 94:14
  100:23
**warmer** 44:13
  65:9 66:13 115:13
  120:9 128:24
  138:12 169:4
  170:2
**warmest** 48:16
  49:8
**warming** 51:12
  67:6 115:24,25
  116:1,13,17,22,23
  117:5,9,14 131:11
**warn** 37:25 38:23
  135:22 179:7
  180:3
**warning** 79:8
  80:20,22 129:24
  131:3 134:21,21
  134:22 135:2
  137:22 138:1,24
  144:24 145:16
  170:10,12,13,15
  170:16,21,23
  171:1,2,11,14
  173:18 174:4,5,7
  174:14 175:3,18
  175:21,25 176:6,7

176:10,15,19
  177:7,13 178:1,2,2
  178:4,7,21 180:6
**warnings** 79:7
  95:23 136:18
  170:7,9,18 174:1
  174:12,17 177:10
  177:14 178:15,19
  178:23 179:23
**warrants** 40:3
**warranty** 84:2,5
  97:4 103:9
**water** 68:4,13
  69:12 110:20
  150:15,24
**way** 12:16 22:12
  35:5,8 46:12
  49:13 50:9 77:14
  81:16 87:11 92:20
  94:11 102:20
  105:9 106:10
  110:12,25 114:11
  114:20 115:8
  117:1 126:2
  138:23 142:6
  146:18 147:9
  156:17 178:21
  181:3 186:16
**ways** 98:9 138:22
  162:23 167:6
**we've** 38:17,21
  40:4 61:6 64:14
  87:15 110:15,15
  110:21 144:7,21
  144:25 150:6
  154:9 157:17
  179:2
**wearing** 175:19
**weather** 170:3
**website** 36:19,25

[weekly - zoom]

**weekly** 166:15
**weight** 126:2
**weights** 126:3
**weird** 35:4,5
**welcome** 143:10
**weld** 17:25 40:5
   64:15 74:19 77:19
   78:1 88:11,18,24
   89:12 90:1 91:5
   91:13 95:3 99:24
   100:13 101:5
   110:4 111:21
   112:3 116:7
   118:14,21 132:5
   132:18 139:4,10
   139:13,14 141:2,2
   141:11,15,16,21
   141:24 142:20
   144:22 145:14
   146:7,9 179:14
**welded** 98:7
   146:11
**went** 7:15 8:9 16:4
   27:7 29:23 67:12
   94:4,7 101:7
   121:8 131:1 155:5
   161:1
**wet** 175:19
**wheel** 11:19
**whispering** 4:5
**william** 2:11
**willing** 103:18
   178:6
**winding** 13:17
**window** 47:16
**winged** 142:17
**winning** 153:4
**winter** 170:3,4
**wireless** 93:12
**wiring** 28:25 29:5

**withstand** 139:20
**witness** 5:15,24
   13:8,13,20 37:25
   38:23 186:8
**word** 21:10 22:1
   22:25 35:11 58:13
   74:24 87:12
   172:21
**wording** 176:21
**words** 21:23 83:12
   99:7 104:11 114:1
   135:11 136:8
   179:18
**work** 6:20 8:3
   10:15 11:3,13
   12:22 13:5,8,12,19
   14:8 15:22,23
   19:18 27:2,25
   28:9 31:14 38:1
   68:23 71:23 76:17
   76:20 78:5 96:7
   100:1 152:2
   153:21
**worked** 7:4,7 8:1,6
   10:5 17:8 28:15
**working** 13:23
   19:16,22 27:6,14
   87:15 131:19
   158:11 162:11
**workload** 14:20
**worry** 91:21 92:4
**worse** 29:18,20
   60:11
**worsened** 117:19
   117:24
**worst** 137:19
**worth** 142:3
**write** 32:10 43:12
   46:15 106:20
   170:21

**writing** 44:19,20
   177:18
**written** 3:1 25:16
   30:19 103:24
**wrong** 27:7 63:12
   84:4 92:6
**wrote** 17:17
**wtarantino** 2:13

**x**

**x** 3:11 38:18 80:21
   97:4 111:5

**y**

**yamaha** 171:9,12
**yeah** 27:24 46:5
   54:11 90:24
   103:15 108:21
   112:8 125:3 146:9
   151:18 152:16
   154:14 155:18
   158:15 164:3
   165:17 168:23
   171:15,19 172:10
   174:21
**year** 10:21 150:11
   169:22,25 170:1
**years** 8:19 13:21
   14:8,21 17:10
   27:10,13 28:11
   30:12 78:11 80:24
   84:3 97:4 108:25
   146:19,21 169:18
   172:16
**yep** 70:8
**yielded** 45:16
**young** 87:18

**z**

**zeman** 2:2 3:15
   5:12,12 15:3 16:5
   16:10,12 33:2
   34:20 35:4 37:25

38:12,23,25 45:12
   47:10,12 49:4
   70:14,17 71:4
   72:17 75:7 81:24
   96:3 100:20
   125:15 137:6
   140:19 151:16
   183:2,5,15,19
**zeman's** 6:24
**zero** 81:10,22 82:1
   82:9,10 155:5
   156:10 157:18,20
   157:20 161:22
   162:2,20 183:11
**zoom** 70:13

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.