EXHIBIT D

## Page 1

1          UNITED STATES DISTRICT COURT

2        NORTHERN DIVISION OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5  IN RE PACIFIC FERTILITY    )
   CENTER LITIGATION,         ) Case No. 3:18-cv-01586-JSC
6  _____    )
7  _____    )

8

9

10       DEPOSITION OF ANAND KASBEKAR, Ph.D., VOLUME 2,

11  taken on behalf of Defendant, via Zoom video conference,

12  beginning at 9:03 a.m., Wednesday, November 25, 2020,

13  before WENDY L. GRAVES, RPR, Certified Shorthand

14  Reporter No. 6138.

15

16

17

18

19

20

21

22

23

24

25

## Page 2

1          A P P E A R A N C E S

2   (ALL PARTIES APPEARING VIA ZOOM VIDEO CONFERENCE)

3      FOR THE PLAINTIFF:

4         GIBBS LAW GROUP LLP
          BY:  AMY M. ZEMAN, ESQ.
5         505 14th Street, Suite 110
          Oakland, California 94612
6         (510) 350-9721
          Amz@classlawgroup.com
7

8      FOR THE DEFENDANT CHART INDUSTRIES, INC.:

9         SWANSON, MARTIN & BELL, LLP
          BY:  JOHN DUFFY, ESQ.
10            KEVIN M. RINGEL, ESQ.
          330 N. Wabash, Suite 3300
11        Chicago, Illinois 60611
          (312) 321-9100
12        Jduffy@smbtrials.com

13  Also Present:  Philip Knowles, Videographer

14

15              -o0o-

16

17

18

19

20

21

22

23

24

25

## Page 3

1                I N D E X

2  EXAMINATION BY:                              PAGE

3     MR. DUFFY................................    5

4     MS. ZEMAN................................  125

5  FURTHER EXAMINATION BY:

6     MR. DUFFY................................  130

7              -o0o-

8          E X H I B I T S

9  DEFENDANTS'        DESCRIPTION              PAGE

10  Exhibit 221     Report by Anand David Kasbekar,    4
                    Ph.D. Dated 11/6/2020
11

12  PLAINTIFF'S        DESCRIPTION             PAGE

13  Exhibit 409     Email string, top one dated  128
                    9/3/2020 from Kevin Gilliland
14                  to Ramon Gonzalez.
                    CHART070706 to 070733
15

16              -o0o-

17

18

19

20

21

22

23

24

25

## Page 4

1          ZOOM VIDEO CONFERENCE

2          November 25, 2020

3              -o0o-

4       Pursuant to Notice of Deposition and on

5  Wednesday, November 25, 2020, commencing at the hour of

6  9:03 a.m. via Zoom video conference, before me, WENDY L.

7  GRAVES, a Certified Shorthand Reporter and Deposition

8  Officer of the State of California, there personally

9  appeared

10          ANAND KASBEKAR, Ph.D.,

11  called as a witness by the Defendants, who, having been

12  first duly sworn by me to tell the truth, the whole

13  truth, and nothing but the truth, was examined and

14  testified as follows:

15              -o0o-

16          (DEFENDANT'S EXHIBIT 221

17          MARKED FOR IDENTIFICATION.)

18       THE VIDEOGRAPHER:  Good morning, Counsel.  My

19  name is Philip Knowles.  I am the host and videographer

20  associated with Barkley Court Reporters located at 201

21  California Street, Suite 375, in San Francisco,

22  California 94111.

23       The date today is Wednesday, November 25th,

24  2020, and the time is approximately 9:03 a.m. Pacific

25  standard time.

IN RE PACIFIC FERTILITY
CENTER LITIGATION

ANAND KASBEKAR, Ph.D., VOLUME II
November 25, 2020

Page 5

1    This deposition is taking place remotely via
2  zoom in the matter of Pacific Fertility Center
3  litigation, with Case No. 3:18-CV-01586-JSC.
4        This is the videotaped deposition of Dr. Anand
5  D. Kasbekar, Ph.D., being taken on behalf of counsel for
6  Chart defendants.
7        Will counsels for the parties please voice
8  identify themselves now?
9        MS. ZEMAN: This is Amy Zeman on behalf
10  plaintiffs.
11       MR. DUFFY: John Duffy on behalf of Chart.
12       MR. RINGEL: Kevin Ringel also for Chart.
13       THE VIDEOGRAPHER: Thank you, Counsel.
14       The court reporter may now swear in the witness
15  and make a statement for the record.
16             ANAND D. KASBEKAR, Ph.D.,
17  being first duly sworn, was examined and testified as is
18  hereinafter set forth.
19        EXAMINATION BY MR. DUFFY (resumed)
20       MR. DUFFY: Q.  Good morning.  Dr. Kasbekar, my
21  name is John Duffy and I represent Chart in this case,
22  and I will be taking your deposition this morning.  I
23  understand you have given quite a few depositions, so I
24  will dispense with the ground rules.
25        The only thing I would ask you to do today is

Page 6

1  just try to wait for me to finish my question before you
2  give your answer, because it makes it easier for Wendy,
3  our court reporter, to take down the testimony.  Okay?
4       **A.  I understand.  I will do my best.  And Wendy,**
5  **please let me know if I am not doing well enough.**
6       Q.  Thank you.  I wanted to ask you a little bit
7  about your background.  I know you have been deposed
8  once before so I won't plow that same ground.  My
9  understand is for a period of time you were a professor
10  at Duke University; is that right?
11       **A.  I had an adjunct professorship there that**
12  **started back in 1995.**
13       Q.  And are you still an adjunct professor at Duke?
14       **A.  It's the same answer I think I may have given**
15  **previously.  I don't know when -- I had a multi-year**
16  **appointment letter.  I suspect it may have run out a**
17  **year or two ago.  I can check.  But pretty much between**
18  **about '95 and, you know, late 2010, '15, I was active**
19  **there.**
20       **Then starting in about 2016 I began to slow down**
21  **my business and relocate to Colorado.  And for all**
22  **practical purposes, even if the appointment is still**
23  **theoretically valid on paper I have not been giving**
24  **lectures or anything since 2016.**
25       Q.  Okay.  So let me just break that down.  You have

Page 7

1  not been serving as an adjunct professor at Duke's
2  Engineering School since about 2016.  Does that sound
3  right?
4       **A.  That's correct.**
5       Q.  And then would you describe what the roles of an
6  adjunct professor at Duke's Engineering School would be
7  for the time that you were serving in that capacity?
8       **A.  Sure.  My particular role, I think I break it**
9  **down in to three things.  Early on back in the early to**
10  **mid, late nineties, I would be an advisor to students**
11  **doing independent studies related to failure analysis**
12  **and prevention.**
13       **I took on three students who did that, all**
14  **senior level students.  In fact, I think one of them**
15  **went to work for Exponent for a brief period of time.**
16       **My regular duty was essentially providing**
17  **lectures to the -- it was the ME 115 class, and now it's**
18  **a 400 level class, but it's called failure analysis and**
19  **prevention.**
20       **And then I would occasionally give lectures.**
21  **They brought in some time after 2000 they started doing**
22  **kind of an introductory course for all engineers that**
23  **tried to touch on all the different facets of**
24  **mechanical, electrical, civil, materials engineering,**
25  **and I would generally lecture to the students with**

Page 8

1  **regard to materials and mechanical engineering and give**
2  **them a taste of what the failure analysis and prevention**
3  **forensic engineer career was like.**
4       Q.  Okay.  So between the period of 2005 to about
5  2016, what percentage of your income came for serving in
6  your role as an adjunct professor?
7       **A.  Close to none.  The majority of my income during**
8  **that time was either consulting or through the army**
9  **research contracts which I had, and some industry**
10  **contracts.**
11       Q.  Are you practicing full-time now as a forensic
12  engineer?
13       **A.  I am not.**
14       Q.  You said you just moved to Colorado relatively
15  recently?
16       **A.  That's correct.**
17       Q.  Are you in the process of potentially retiring?
18       **A.  I absolutely am.**
19       Q.  Okay.  Congratulations.
20       **A.  Thank you.**
21       Q.  Have you had a chance to review your first
22  deposition in the case?
23       **A.  I did review it since my -- since it was taken,**
24  **yes.**
25       Q.  Is there anything that you want to change about

Page 9

1  your testimony from your first deposition?
2      A.  I don't believe so.  I mean, I know there are
3  some typos and a few things in there.  I think at times
4  temperatures are referred to both by counsel and by me
5  that should be negative that might be positive, but I
6  don't believe there is anything major that I wish to
7  change that I recall.
8      Q.  Okay.  So there is nothing major about your
9  testimony in your first deposition that you want to
10  change, correct?
11      A.  Not that I recall.  I do know that after reading
12  Mr. Miller's report he did take some of my deposition
13  testimony regarding really what was the amount of
14  nitrogen that could possibly fit into the vacuum space I
15  think a little bit out of context.
16          I started off that answer as this is a bit of a
17  guesstimate at this point.  We hadn't opened it up.  But
18  the intention of that answer was to basically say there
19  is significant volume beneath the fill port in the
20  vacuum space.  But I don't know that I would need to
21  change it.  I just think it's being taken out of
22  context, and that could probably -- more clearly.
23          (Simultaneous talking.)
24      Q.  I guess my only question, is there anything that
25  is important from your first deposition that you want to

Page 10

1  change today?
2      A.  Not that I recall.
3      Q.  Okay.  I want to ask you a little bit about your
4  practice today.  Do you have your own laboratory?
5      A.  I no longer do.
6      Q.  When did you stop having your own laboratory?
7      A.  2016, thereabouts, give or take a year.
8      Q.  Do you personally perform hands-on optical
9  microscopy and scanning electron microscopy of fracture
10  surfaces?
11      A.  I did for 30 some years.  I do not, as
12  (indiscernible) -- yes, I do.  I don't go into another
13  person's lab and run their SEM.  I have access to both
14  labs at Duke, North Carolina State University.
15          I have a good working relationship with a lab in
16  Sanford as well as a lab in Marieta, and I do use their
17  optical microscopes there.  I normally no longer -- I
18  wouldn't walk into another lab and use their SEM, but I
19  did for a number of years, 30 some years operate an SEM
20  optical and metallurgical mounting polishing equipment.
21          In fact, the first seven years of my grad school
22  career I was a lab assistant, teaching assistant for the
23  course in failure analysis and prevention and also for
24  the interim (ph.) materials course.
25          And the primary job for the failure analysis

Page 11

1  course that I was a teaching assistant for was to
2  operate the SEM for every student who went through that
3  class to help them evaluate their semester project,
4  which they each had to come up with a failure, and part
5  of that process would be to take their failed part and
6  examine it in the scanning electron microscope.
7      Q.  For your work in this case, did you personally
8  do the optical microscopy?
9      A.  I did do some optical microscopy while at
10  Exponent, but all the samples have been in Exponent's
11  possession.  But while I was there there was a stereo
12  zoom microphone adjacent to the Keyence microscope, and
13  I did operate that and examine the fracture surfaces
14  there.
15      Q.  So you used Exponent's equipment to do that,
16  correct?
17      A.  That's correct.  Excuse me.  I should also say
18  that I did bring the digital hand-held microscope, which
19  was mine, and inspected the parts with that, also.
20      Q.  Did you perform the scanning and electron
21  microscopy yourself for your work in this case?
22      A.  No.  Again, all the parts that were examined
23  with the SEM in this case were done jointly with a
24  technician from Exponent operating the SEM.
25      Q.  How many fractured components do you personally

Page 12

1  analyze each year?
2      A.  Gosh, I would say it varies, but I probably
3  would say anywhere from as little as 30 to as many as 50
4  projects a year for 35 years plus, as I said, for seven
5  years while I was in graduate school and also working
6  for research engineers.  My role as a teaching assistant
7  was basically to run the SEM.
8      Q.  Since 2016, how many fractured components had
9  you personally analyzed hands-on each year?
10      A.  Since 2016, I would probably say maybe on the
11  order six to 10 per year.  I really started winding down
12  and retiring in 2016.
13      Q.  Let's say from 2018, could you tell me how many
14  fractured components you personally analyzed each --
15  during the year of 2018?
16      A.  I can tell you in 2018 I think one of the bigger
17  projects I was involved in was a fatigue failure of a
18  weld pressure vessel, and it was about -- it's a large
19  vessel.  That was one of the major cases I had, and we
20  spent days analyzing that, both optically and with SEM.
21          Beyond that, beside this case, and I can
22  tell you right now I probably have three or four active
23  cases left, and I'm not taking new cases.
24      Q.  Okay.  So in 2018 then you had the pressure
25  vessel fractured component work and also the work in

Page 13

1 this case; is that correct?
2    A.  That's correct.  I may have had a fractured
3 component on a bicycle that I was looking at, and then I
4 have one other active case that's been going on.  It's a
5 defense case that relates to a number of the same
6 product, but that's basically a 6061 aluminum tool
7 that's been fracturing.
8    Q.  Okay.  So if I understand then in 2018 you had
9 three projects that you were personally doing hands-on
10 analysis of fractured components, that would be the
11 Pacific Fertility litigation; is that right?
12    A.  That's correct.
13    Q.  And then the pressure vessel case?
14    A.  Correct.
15    Q.  A bicycle case?
16    A.  Correct.
17    Q.  And then another case in which you are working
18 with defense?
19    A.  Yeah.  I kind of hesitate to name the product,
20 but let's just call it the aluminum rod fatigue failure.
21    Q.  Okay.  So just in 2018 you had four active
22 projects, correct?
23    A.  That's correct.  Yeah, and my goal is to get
24 down to zero.  So I'm looking forward to that.
25    Q.  And in 2019, how many active cases did you have

Page 14

1 where you were personally analyzing fractured
2 components?
3    A.  I would say in 2019 I really have -- I mean, I
4 have got, I think -- I have got this and really two or
5 three other cases.  In 2019, I worked on this case.  I'm
6 trying to think if there is anything else where I was
7 actually in the lab in 2019.  I don't recall any right
8 now.
9    Q.  Okay.  So the work that you did in a lab looking
10 at fractured components in 2019 would just consist of
11 your work in this case.  Is that fair?
12    A.  I think that's probably fair.  I mean, I may
13 have -- so I have, as I said, a good relationship with a
14 laboratory in Sanford, North Carolina.  I probably may
15 have been in that lab helping with some things looking
16 at components under the microscope on this bicycle case,
17 and actually that would have been relatively recently.
18    Q.  So how about 2020, just to round it off.  I know
19 it's a very unusual year, but how many fractured
20 components you've evaluated in 2020?
21    A.  2020, I think the only fractured component would
22 have been this.
23    Q.  Okay.  When you perform a failure analysis on a
24 fractured component, isn't it proper procedure to
25 perform a macro scale and micro scale analysis?

Page 15

1    A.  Absolutely.
2    Q.  Isn't one of the first steps to identify if the
3 fracture is ductile or brittle on the macro scale?
4    A.  Yes, it is.
5    Q.  If the fracture is accompanied by gross plastic
6 deformation, doesn't that make it a ductile fracture?
7    A.  Not necessarily.
8    Q.  Why is that?
9    A.  Well, it depends on what part of the fracture
10 surface you are talking about.  First of all, let me
11 tell you that I do agree that in general this is a
12 ductile fracture, in the case that we're here to talk
13 about today.
14       But you can -- in looking in this particular
15 instance, you can have something that starts off in more
16 brittle fashion and then ends up finishing in a ductile
17 fracture.
18    Q.  Is that what you think happened here?
19    A.  I don't know that this is necessarily a brittle
20 fracture.  I just think that this is a progressive
21 fracture that occurred over a number of cycles.
22    Q.  What are the possible failure mechanisms for a
23 macro scale ductile fracture?
24    A.  You are going to have to define what you mean by
25 "failure mechanisms."

Page 16

1    Q.  Well, is one failure mechanism for a macro scale
2 ductile fracture a monotonic ductile overload?
3    A.  Sure.  So you can have monotonic ductile
4 overload.  You can have -- let me ask you to repeat your
5 question.  Was ductile in your question?
6    Q.  It was, yes.
7    A.  So possibilities for -- definitely you can have
8 a sheer fracture.  You can have ductile tearing in a
9 fatigue fracture.
10    Q.  Could you have very low cycle fatigue, as well?
11    A.  You could.  Absolutely.
12    Q.  All right.  I have gone ahead and premarked the
13 two reports, the one from Mr. Parrington and yours.  I
14 am going to ask you a few questions about that, if I
15 can, so you can help me understand something.
16    A.  Absolutely.
17    Q.  If you would open on the chat feature,
18 Dr. Kasbekar, it would be your report, which we have
19 marked as Chart Defendant 221.  Let me know when you
20 have had a chance to open that document.
21    A.  You guys are going to have to help me with the
22 chat feature.
23       THE VIDEOGRAPHER: John, he may not have been
24 signed in when you sent it, so you may have to resend
25 it.

Page 17

1        MS. ZEMAN: Is the version in the chat stamped?
2        THE VIDEOGRAPHER: Mine is.
3        MR. DUFFY: Can you share it in the chat then,
4    Philip?
5        THE VIDEOGRAPHER: Yes, give me a minute,
6    because I will have to save it and then send it back.
7    Bear with me, yes.
8        MR. DUFFY: It's actually in the Parrington
9    report.  I'm sorry.
10        THE WITNESS: I think I'm seeing it.  It wants
11    me to download it.  Is that kind of the next step?
12        MR. DUFFY: That's right.
13        THE WITNESS: Okay.  Bear with me one sec.
14        MS. ZEMAN: John, do you want him to look at the
15    Parrington report now?
16        MR. DUFFY: Yeah, the Parrington report.  I'm
17    sorry.  I misspoke.
18        THE VIDEOGRAPHER: Sorry for all this
19    unnecessary commentary, Wendy.
20        John, I have now saved that.  Do you want me to
21    load it in to the chat room?
22        MR. DUFFY: Sure, that would be great.
23    Q.  Dr. Kasbekar, let us know (inaudible).
24    A.  Yeah, I'm trying to get it to open.  I have a
25    copy of it.  I don't know if I have your copy is the

Page 18

1    only issue.
2    Q.  Okay.  Maybe let's have it on the same --
3    A.  There we go.  I have got it with the exhibit
4    sticker on it.  Okay.
5    Q.  Perfect.  Could you please turn to page 25 of
6    the Parrington report at Figure 28?
7    A.  Okay.
8    Q.  Just to help me lay a little foundation here,
9    Dr. Kasbekar.  Did you have an opportunity to read
10    Mr. Parrington's report before today?
11    A.  I did.
12

Page 21

1 ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮
▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
▮▮▮▮

12   Q.   At the Zoom inspection of the exemplar tank and
13   welds that you were using, you showed seven weld
14   mock-ups labeled 1 through 7; is that right?
15   A.   That's correct.
16   Q.   They were the single and double sided welds, as
17   well as the fittings with and without the chamfers?
18   A.   That's correct.
19   Q.   Who performed the welding?
20   A.   That was done by an individual by the last name
21   of, um, I think it's Reans, first name Thomas.
22   Q.   How do you spell Mr. Reans' last name?
23   A.   I believe it's R-E-A-N-S, but I am not sure
24   about that.  I can check that and get back to you.
25   Q.   And who is Mr. Reans?

Page 22

1    A.   He was a welder that works for a local machine
2    shop that I have been working with for years that had
3    experience welding stainless steel.
4    Q.   And where is Mr. Reans located?
5    A.   In North Carolina.
6    Q.   Where in North Carolina?
7    A.   I don't know his home address, or his business
8    address.
9    Q.   What's the shop that you -- the shop that you
10   have been working with where Mr. Reans is?
11   A.   Chesson Machine is where I met with Mr. Reans to
12   do the welding.
13   Q.   How do you spell Chesson?
14   A.   C-H-E-S-S-O-N.
15   Q.   What town is that located in?
16   A.   That's in Raleigh, I believe.
17   Q.   And what does Chesson do, what type of business?
18   A.   Chesson is a machine shop that's been around for
19   quite some time.  I have had other projects where they
20   have built test fixtures for me, helped me with
21   sectioning components that needed precision cutting,
22   building different devices for me over the years.
23   Q.   What are Mr. Reans' qualifications as a welder,
24   do you know?
25   A.   I know some general background that he provided

Page 23

1    to me.  I think he was in the navy for some period of
2    time.  He did some work I think in nuclear plants, if my
3    memory is correct.  And does work for the pharmaceutical
4    industry as a freelance welder, and I think for a number
5    of other industries.
6         He's an individual that I only met briefly for
7    the purpose of assisting me with these welds.
8    Q.   When did you first meet Mr. Reans?
9    A.   It was on the date that I did the welding.  I'd
10   have to go look back at my photographs to give you the
11   exact date.
12        But that was the first time I met him.  He
13   showed up, I showed up with the components, and went to
14   work.
15   Q.   Was that in 2020 was the first time --
16   A.   Yes, yes, 2020.
17   Q.   Did you investigate whether he was certified in
18   any way as a welder?
19   A.   I did not.
20   Q.   Are you aware that welders often can be
21   certified?
22   A.   Yes.  And I suspect that he was, given his
23   background.  But I did not ask for his certifications.
24   Q.   How would you think he was certified?
25   A.   Again, I didn't get into that with him, so I'd

Page 24

1    be speculating.  I just know from prior working careers
2    I have had if he, in fact, was doing work in nuclear
3    plants then he would have been certified.
4    Q.   Okay.
5         THE VIDEOGRAPHER:  Can I have a sec?  I'm
6    hearing an echo.  Is anyone else hearing that?
7         (Discussion off the record.)
8         THE VIDEOGRAPHER:  We are going off the record
9    at 9:31 a.m., Pacific standard time.
10        (Discussion off the record.)
11        THE VIDEOGRAPHER:  We are now going back on the
12   record.  The time is 9:34 a.m. Pacific standard time.
13        MR. DUFFY:  Wendy, would you read back my last
14   question just so I can orient where I was?
15        (Record read by the reporter.)
16        MR. DUFFY:  Q.   Okay.  Would you agree that
17   welders can be experienced enough through their training
18   at their employer to be reasonably capable welders?
19   A.   I think that's certainly a possibility.
20   Q.   And Mr. Reans was in the navy; is that right?
21   A.   Again, I talked very briefly with him when I met
22   him.  Because, quite frankly, I was very impressed.  I
23   have seen a lot of welding.  I have welded myself.  What
24   he did on his first attempt at this, I was very
25   impressed.  So I asked him a little bit more about his

Page 25

1   work and his background.  He came highly recommended
2   from an individual I have a great deal of respect for.
3           He was probably 10, 15 years our senior, and he
4   explained to me that he had been in the navy for some
5   period of time and gave me just a general rundown of his
6   welding experience, and he came very prepared to tackle
7   what we had asked him to do.
8       Q.  Did he weld in the navy?
9       A.  That's my understanding, yes.  That was his
10  explanation to me.
11      Q.  And then at some later point he worked for a
12  nuclear power plant as a welder?
13      A.  I think that's correct, and then more recently I
14  know that he does work for the pharmaceutical area in
15  North Carolina.  There is a lot of pharmaceutical
16  plants.  There is also a lot of microbreweries that have
17  popped up, and I think he does work in those areas.
18          And, as I said, he came highly recommended.  He
19  was the individual that the machine shop goes to when
20  they need, I think, more precision welding of especially
21  stainless and aluminum materials than they are
22  comfortable doing.
23      Q.  In the navy, do they weld stainless steel?
24      A.  I would assume that they do, but -- I know, in
25  fact, that's part of my -- I had a job for a consulting

Page 26

1   firm in DC where we basically did failure analysis for
2   power plants and for the navy.  They do, in fact, weld
3   stainless steel in the navy.
4       Q.  Were there any problems with melt-through for
5   the weld made from the second weld that comes from the
6   vacuum space side?
7       A.  I don't have the numbers of each weld memorized
8   in my head, but I will say that, yes, doing a -- when
9   you said the second weld, you don't mean the second
10  sample but the pass on the back side, the vacuum space
11  side?
12      Q.  On the vacuum space side, correct.
13      A.  Yes.  It's definitely difficult to do that on
14  that thin material, and there are some spots where you
15  do get some burn-through.  One sample there was --
16  actually, the first sample there was significantly less
17
18

Page 27

IN RE PACIFIC FERTILITY
CENTER LITIGATION

ANAND KASBEKAR, Ph.D., VOLUME II
November 25, 2020

Page 29



11    Q.   When you wrote your first report in this case,
12  did you have an exemplar freezer available to you?
13    A.  I did not.
14    Q.   You were provided with an exemplar freezer in
15  approximately October of 2020; correct?
16    A.  That's correct.
17    Q.   Then based upon your analysis of the exemplar
18  freezer you added some additional opinions to your
19  second report in this case; is that fair?
20    A.  That's correct.
21    Q.   At the time that you wrote your first report,
22  did you have access -- strike that.
23         At the time that you wrote your first report,
24  did you have a lab associated with your work for which
25  you could conduct this testing that we're talking about?

IN RE PACIFIC FERTILITY
CENTER LITIGATION

ANAND KASBEKAR, Ph.D., VOLUME II
November 25, 2020

Page 33

1      MS. ZEMAN: Objection.  I think this goes into
2  discovery that's blocked by the expert discovery
3  stipulation we have in place.
4      MR. DUFFY: Help me understand, Amy.
5      MS. ZEMAN: I don't think that that discovery
6  stipulation allows you to delve into work done, other
7  than what was relied upon for the report.  Perhaps
8  rephrasing your question might solve the problem.
9      MR. DUFFY: Q.  When was the last time you
10  maintained a lab associated with your forensic
11  engineering practice?
12      A.  My own lab?
13      Q.  Correct.
14      A.  I pretty much moved out of my lab and offices, I
15  don't remember the exact month, it occurred over several
16  months, but in 2016.  I actively started retiring and
17  pretty much stopped taking cases in 2016.
18      Q.  Can you explain to me why you didn't test your
19  theory that the crack in the weld caused the loss of the
20  vacuum seal?
21      A.  Well, I feel like I have tested my theory for
22  the reasons I just explained to you.  But --
23      (Simultaneous talking.)
24      MS. ZEMAN: I would like to put an objection,
25  misstates testimony, in there.

Page 34

1      THE WITNESS: What I will say is that I looked
2  at the possible failure modes that would explain the
3  nature of the fracture that we have and the damage that
4  we have.
5      And that's based upon days and weeks of testing
6  conducted by joint testing by multiple parties.  And
7  based upon that testing, what became clear to me is that
8  we had a fatigue crack.  And in a structure like this, a
9  small opening will result in loss of vacuum.
10      We have a system that is subjected to cyclic
11  loading, and we have no other potential leak sites or
12  reasonable explanations for nitrogen getting into the
13  vacuum space.
14      So like as in many failure analyses, some things
15  are done through process of elimination.
16      MR. DUFFY: Q.  But that's analysis by an
17  expert, correct?
18      A.  It's analysis based on testing by an expert,
19  yes, which is the way the majority of failure analyses
20  are conducted.
21      Q.  And you can come to a conclusion about a
22  potential failure based upon testing of components,
23  correct?
24      A.  Yes, sometimes you can.  I mean, if you want to
25  give me a specific hypothetical, I will answer it.

Page 35

1      Q.  There is a crack in a weld in a cryogenic
2  freezer and someone comes to the conclusion that that's
3  what caused the vacuum seal loss.
4      A.  So what I would do is try to see if there is any
5  other evidence of vacuum seal loss anywhere else on the
6  tank, if there are any other leak sites.  And that is
7  the testing that I did.
8      And in the absence of any other leak sites and a
9  crack that, in my opinion, took place over some period
10  of time, it is, I think, a very reasonable, logical
11  scientifically sound conclusion that that crack is most
12  probably the breach that led to loss of vacuum.
13      Q.  Let's say you have an exemplar MVE 808, and you
14  through your analysis recreate the crack in the weld at
15  issue, and you filled up the freezer with 14 inches of
16  liquid nitrogen.  What would you expect that test to
17  show?
18      MS. ZEMAN: Objection.  Incomplete hypothetical.
19      THE WITNESS: I would expect it to show an
20  increase evaporation rate of the nitrogen.  I would
21  expect it to eventually show, because of a loss of
22  vacuum, condensation and frost build-up on the exterior
23  of the tank.
24      And then I would expect over some period of time
25  that if sufficient nitrogen were to enter into the

Page 36

1  vacuum space and you were to allow the remaining
2  nitrogen in the tank to evaporate off that you would
3  have a buckling of the tank.
4      MR. DUFFY: Q.  Do you have any plans to run
5  that type of an experiment on the exemplar that you
6  currently have access to?
7      A.  I do not.
8      Q.  Would doing that kind of testing on an exemplar
9  be a good practice for a forensic engineer?
10      A.  Well, we're kind of going around in a circle a
11  little bit, Mr. Duffy.  I think the issue with what you
12  are getting back is reproducing that exact crack would
13  be -- it would be difficult for me to prove to you or
14  your experts that whatever crack I put in there was the
15  same crack as the crack that occurred in service in this
16  clinic.
17      And for multiple reasons.  One, recreating the
18  loading, the environment, the usage of the tank.  But
19  the hardest part to do would be to recreate that weld.
20  I mean, your own expert indicates that we have a
21  solidification crack right in the area where I believe
22  the crack originated.
23      I don't think anyone could recreate that same
24  solidification crack.  But yet we've got the same degree
25  of penetration.

Page 37

1   I mean, that would be -- you are tasking me with
2   doing things that are unreasonable to do. I mean, sure,
3   given 20 years and an infinite budget, CT scanning
4   hundreds of welds, maybe we could do that. But I don't
5   think there is any need to do that in this case. To me
6   the evidence clearly explains the nature of the crank
7   and the eventual implosion of the tank.
8   ███████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████
    ██████████████████████████████ I basically
13   looked at the evidence. I formed a theory. I conducted
14   testing. I looked at the usage of the piece of
15   equipment.
16   Unlike Mr. Parrington, I looked at the loads
17   that the area in question would have been subjected to.
18   In my mind, and this is where I differ with him -- in
19   many ways I don't differ with him, but this way I do.
20   There is cyclic loading, and thermal stresses in
21   cryogenic vessels is not something that's unheard of.
22   Q. Can you think of any peer-reviewed publications
23   that would support your methodology for coming to the
24   conclusion that the crack in the weld caused the loss of
25   vacuum seal in the dewar?

Page 38

1   A. Yes. I mean, I believe that the methodology for
2   failure analysis that ASM has in their handbooks and the
3   procedures that I followed are fairly parallel.
4   Q. Can you tell me what the error rate or potential
5   error rate of the methodology that you used to reach
6   this conclusion would be?
7   A. Well, I can tell you that I think the error rate
8   for the methodology in this particular case is going to
9   be low. I can't give you a numerical value, because
10   we'd have to analyze this failure over and over again
11   with known causes to see how many times we get it right
12   and how many times we get it wrong.
13   But I feel like, I mean, the scientific method
14   that I went through to arrive at my conclusions is the
15   methodology that engineers and failure analysis around
16   the world use on a routine basis.
17   Q. So it's fair you don't know the error of the
18   potential --
19   A. I can't give you a numerical error rate. I'm
20   very confident in my findings.
21   Q. Is the technique that you use to reach the
22   conclusion that the crack in the weld was the cause of
23   the vacuum seal loss, is that generally accepted in the
24   scientific community?
25   A. Yes, it is, in my opinion, and if you read

Page 39

1   through the case studies in Volume 11 of the ASM
2   handbook or other failure analysis case studies, it's
3   that same methodology. We do background research to
4   learn about the device in question, how it was used,
5   service conditions.
6   We look at the nature of the mechanism or the
7   structure. We do fractography of the failed component,
8   if there is, in fact, a fracture. We look at the types
9   of loading that the component would be subjected to.
10   We look at other possibilities to explain the
11   damage, in this case, the incursion of nitrogen into the
12   vacuum space. We rule out, just like your expert did or
13   attempted to do -- I don't agree with his findings --
14   but to rule out other possibilities. And then we come
15   to a conclusion. I have been doing it for three and a
16   half decades or more.
17   Q. In reviewing your two reports and your
18   deposition, is it fair to say you came to the conclusion
19   that the LN2 in tank 4 evaporated between 7:00 a.m. and
20   12:30 p.m. on March 4, 2018?
21   A. After the lid was removed is what we're talking
22   about?
23   Q. Let me ask that question again.
24   A. Okay.
25   Q. After reviewing your deposition and both of your

Page 40

1   reports, have you come to the conclusion that the LN2 in
2   tank 4 evaporated between 7:00 a.m. on March 4, and
3   12:30 p.m., when Dr. Conaghan opened the lid?
4   A. I'm not sure I completely understand the
5   question, because when you say evaporated between
6   7:00 a.m. and 12 -- I mean, what do you mean by
7   evaporated?
8   There is testimony that indicates that there was
9   some level of nitrogen in the tank when Dr. Conaghan and
10   the other embryologist were able to get the lid off the
11   tank.
12   Q. Right. So let me back up and lay a little
13   foundation. Hopefully, we can all be on the same page.
14   A. Sure.
15   Q. So the measurement that was taken on March 3rd
16   by Jean Popwell was 14 inches. Do you recall that?
17   A. I do.
18   Q. And then on Sunday, March 4, at approximately
19   12:30 p.m., Dr. Conaghan, with the help of Miss Popwell,
20   was able to take off the lid, and he testified that he
21   took a dip stick, put it inside tank 4, pulled it out,
22   waved it around and got a one-inch frost line. Do you
23   recall that testimony?
24   A. I do recall. I think he may have said at most
25   one inch, but yes, I recall that testimony.

IN RE PACIFIC FERTILITY
CENTER LITIGATION

ANAND KASBEKAR, Ph.D., VOLUME II
November 25, 2020

Page 41

1     Q.  All right.  So based upon that testimony, is it
2  your opinion that the LN2 in tank 4 evaporated between
3  7:00 a.m. on March 4 and 12:30 p.m. on March 4, when
4  Dr. Conaghan was able to open the lid?
5     A.  I'm going to go back to, when you say evaporate,
6  what's -- I'm certain that there was some evaporation
7  that went on between 7:00 a.m. and 12:00.
8     Q.  Okay.  How much --
9     A.  Am I prepared to quantify that?  No, I am not.
10  I don't have a -- I can't quantify exactly how many
11  nitrogen may have evaporated during that time period.
12     Q.  What was the average daily evaporation rate for
13  tank 4, do you recall?
14     A.  I don't recall.  If you had asked me this
15  earlier, I would have, but I don't recall off the top of
16  my head.
17     Q.  Does about an inch to an inch and a half per day
18  sound about right?
19     A.  You know, I know in my report, I have to go back
20  and look at that, that I have a number associated with
21  what the normal net evaporation rate is.  But for tank 4
22  at this point in time I don't have a -- I can't answer
23  off the top of my head what the average evaporation rate
24  is.
25     Q.  Okay.  If the evaporation rate was an inch to an

Page 42

1  inch and a half per day and Miss Popwell measures 14
2  inches on Saturday, the 3rd, you would expect about 12
3  and a half inches in that tank by mid-day on March 4,
4  correct?
5     A.  I would agree with something in that range, yes.
6     Q.  And when Dr. Conaghan opens the lid and conducts
7  a manual measurement he gets an inch, maybe less,
8  correct?
9     A.  Correct.
10     Q.  So we see about 11 and a half inches of LN2
11  missing on March 4, correct?
12     A.  That's correct.
13     Q.  And is it your opinion that that evaporation of
14  about 11 and a half inches occurred between 7:00 a.m.
15  to and 12:30 p.m. on March 4?
16     A.  Well, my opinion is that elim -- assuming that
17  the 14 inch number is accurate, my opinion is that
18  nitrogen went somewhere.  How much of it went to
19  evaporate, how much of it could have entered into the
20  vacuum space and perhaps be trapped between the
21  insulation and the inner tank wall is something that I
22  don't have a firm number on.  But it went somewhere.
23        My opinion is that the crack is the cause of
24  that nitrogen level changing so quickly in that
25  relatively short period of time.

Page 43

1     Q.  So that 11 and a half inches of LN2 goes through
2  that crack, correct?
3     MS. ZEMAN:  Objection.  Misstates testimony.
4     THE WITNESS:  Some of it can evaporate.  Some of
5  it may go through the crack, assuming that the 14 inches
6  is accurate.
7     MR. DUFFY:  Q.  Do you doubt the 14 inch
8  measurement that Jean Popwell took on Saturday, March 3?
9     A.  I can tell you from what I have seen, I don't
10  know that it would be off, but it could be off by an
11  inch or so or something, it's possible, or half an inch.
12  Again, my assumption is that it was reasonably accurate.
13     Q.  So your assumption is the measurement taken on
14  Saturday, March 3 by Jean Popwell was reasonably
15  accurate.  Is that fair?
16     A.  That's correct.  I have no reason to believe
17  that it wasn't.
18     Q.  So is my reading of your first and second report
19  and your first deposition fair in that you came to the
20  conclusion the loss of liquid nitrogen occurred between
21  7:00 a.m. on March 4 and 12:30 p.m. on March 4?
22     MS. ZEMAN:  Objection.  Misstates testimony.
23     THE WITNESS:  No.  I mean, we could have had a
24  loss -- you are going to have some loss of liquid
25  nitrogen.  From the time you fill it, it's going to

Page 44

1  immediately -- it's evaporating at some rate.  We've
2  discussed that.
3        So it was last filled, I don't remember the
4  exact time right now, but the evening or late in the day
5  before the incident.  And I believe it evaporated
6  overnight.
7        At some point I think this crack got to the
8  point where it made it through the entire wall, allowing
9  a loss of vacuum, increasing the vacuum rate, and likely
10  sucking nitrogen, some nitrogen into the tank.
11     Q.  How long did that take?
12     A.  I don't have a -- how long did it take?  It
13  happened sometime between when the tank was filled and
14  the time the incident was discovered.  It could have
15  been happening over some period of time, too.
16     Q.  You would agree with me it would have had to
17  evaporate between the time it was filled by Ms. Popwell
18  until it was measured by Dr. Conaghan, correct?
19     A.  Again, I am just going to say when you say it
20  would evaporate, you are talking about the change in
21  level from near 14 inches to near one inch.
22     Q.  True.
23     A.  I agree that, assuming those two numbers are
24  correct, that had to happen between the time it was last
25  filled and the time that the one-inch measurement was

Page 45

1    taken.
2        Q.  And then, to be clear then, you don't hold the
3    opinion that the LN2 evaporated between the hours of
4    7:00 a.m. on March 4 and 12:30 p.m. on March 4?
5        MS. ZEMAN:  Objection.  Misstates testimony.
6        THE WITNESS:  I'm not trying to be difficult,
7    Mr. Duffy.  It's just a hard question to answer, because
8    as I told you, it's evaporating all the time.
9        MR. DUFFY:  Q.  I understand that.
10       A.  I don't agree that it went from 14 inches to one
11   inch between 7 a.m. and 12:00.
12       Q.  Okay.  And I understand that, because we have a
13   natural evaporation rate.  We agree upon that, right?
14       A.  Correct.
15       Q.  And if we back out the natural evaporation rate,
16   it leaves us with about 11 and a half inches of liquid
17   nitrogen, correct?
18       A.  Something in that ballpark, yes.
19       Q.  Do you believe that the 11 and a half inches of
20   liquid nitrogen was lost between the hours of 7:00 a.m.
21   on March 4 and 12:30 p.m. on March 4?
22       A.  No, not necessarily.  I mean, that could have
23   started happening at a greater rate than the normal
24   evaporation rate at any time after the tank was filled.
25       MS. ZEMAN:  John, we've been going for about an

Page 46

1    hour.  When we have and opportunity, could we have a
2    five-minute break?
3        MR. DUFFY:  Yeah, let's do it now, if that's
4    good.  Dr. Kasbekar, do you need to take a break now?
5        THE WITNESS:  Yeah, that would be great.
6        MR. DUFFY:  Okay.  Thank you.
7        THE VIDEOGRAPHER:  We are going off the record
8    at 10:06 a.m.
9        (Recess taken.)
10       THE VIDEOGRAPHER:  We are now going back on the
11   record, and the time is 10:20 a.m. Pacific standard
12   time.
13       MR. DUFFY:  Q.  Dr. Kasbekar, do you have an
14   opinion as to how long it took for the liquid nitrogen
15   to evaporate 11 and a half inches between March 3 and
16   March 4?
17       A.  I think that evaporate occurred between the time
18   it was filled and the time that the one inch,
19   approximately one inch or less measurement was made by
20   Dr. Conaghan, that's my opinion.
21       Q.  Did you have a chance to review the data
22   download that came from the controller on tank 4?
23       A.  I did a long time ago.
24       Q.  Okay.  If I told you that there is some evidence
25   in the data download that someone was working on tank 4

Page 47

1    on March 3rd at approximately 2:30 p.m., and we then
2    accept that Dr. Conaghan's estimate is he discovers the
3    incident at 12:30 the next day, would you agree that's
4    about a 22 hour period of time?
5        A.  I would.
6        Q.  And is it your opinion that in that 22 hour
7    period of time 11 and a half inches of liquid nitrogen
8    was lost?
9        A.  Again, assuming that the reported measurements
10   are reason reply accurate, yes.  That's what it implies
11   to me.
12       Q.  Have you seen evidence that questions whether
13   Miss Popwell actually measured on March 3rd?
14       A.  I recall some discussion about that on reading
15   something, but I am not intimately familiar with it.
16       Q.  That would be an important fact to calculate the
17   evaporation rate; would that be true?
18       A.  As to whether or not that measurement was
19   accurate?
20       Q.  Correct.
21       A.  Well, yes.  I mean, that's the reason I have
22   answered all your questions by saying assuming that it's
23   accurate.
24       Q.  If we were to assume that she didn't measure on
25   Saturday, March 3rd, how would that impact your

Page 48

1    opinions?
2        A.  I don't know that it would impact it
3    significantly.  I mean, my opinion is essentially
4    related to the physical evidence that we've seen.  I
5    mean, that's a primary driving force is the testing,
6    inspection and physical evidence, and understanding of
7    the manner in which it works and the documents reviewed
8    by Chart that we discussed earlier regarding failure
9    mechanisms.
10       I'd also add to that, in addition to the emails
11   that indicate nitrogen entering into the vacuum space
12   from the inner tank being the cause of prior failures in
13   Chart's documents, Chart's own failure modes and affects
14   criticality analysis that the DFMECA specifically
15   addresses exactly what we happening here, which is
16   a crack in the annular weld allowing nitrogen into the
17   vacuum space and an implosion of the tank.
18       Q.  But just to be clear, though, if Miss Popwell
19   did not measure liquid nitrogen at all on March 3rd, it
20   would not impact your opinions, correct?
21       A.  Not with regard to the failure mode, and --
22       Q.  But what would --
23       A.  Well, quite frankly, I don't know that I have
24   very many opinions regarding evaporation rate and
25   specific rates of flow of nitrogen into the vacuum

IN RE PACIFIC FERTILITY
CENTER LITIGATION

ANAND KASBEKAR, Ph.D., VOLUME II
November 25, 2020

Page 49

1  space.
2      My opinion really is that there was a
3  progressive failure of the weld in question that led to
4  a breach between the inner tank and the vacuum space
5  that allowed nitrogen to get into the vacuum space.
6      Q. But you don't have any opinions on at what rate
7  the liquid nitrogen evaporated, correct?
8      A. Nothing beyond what we've really discussed and
9  what's documented in the testimony.
10     Q. Could you have tested your theory that the
11  liquid nitrogen evaporated between 2:30 on March 3rd and
12  12:30 on March 4?
13     A. Number one, I have no reason to do that and no
14  real need to do that. And it's based upon assumptions
15  of measurements taken by two people. That would be the
16  error in any testing that was done.
17     But the assumption I relied upon is that there
18  was a reasonable supply of nitrogen in the tank the day
19  before.
20     Q. I guess my --
21     A. But honestly, the evaporation rates are not
22  critical to my role in this case, which is to determine
23  the cause of the failure.
24     Q. I guess my question was a little different,
25  Dr. Kasbekar. Let me try again. Could you have tested

Page 50

1  the LN2 evaporation rate between March 3 and March 4 to
2  support your opinions?
3      A. For that particular tank, no. For a new
4  exemplar tank, I guess that would be feasible to do.
5  But this is a six year old tank that nobody knows what
6  exactly the vacuum level was at that time. The
7  condition of the lid would have to be replicated. So
8  no, I could not do it for that tank.
9      Q. It's not possible?
10     A. Not for that specific -- for tank number 4, no.
11     Q. But an exemplar you could have done that for,
12  correct?
13     A. An exemplar that could be done for, and I think
14  that data already exists in Chart's own literature.
15     Q. Well, I guess I'm not talking about the known
16  literature. I'm talking about testing your conclusion
17  that the LN2 evaporated between 2:30 on Saturday, March
18  3rd and Sunday, March 4 at about 12:30.
19     MS. ZEMAN: Objection. Misstates testimony.
20     THE WITNESS: Mr. Duffy, I'm not sure that that
21  is what I have testified to. I do agree that there was
22  evaporation that occurred between that time, and we've
23  talked about it extensively. It depends on the
24  measurements that were made.
25     But if, in fact, it was filled to 14 inches and

Page 51

1  if, in fact, it was one inch or less, that nitrogen went
2  somewhere. How much of it went to being evaporated, how
3  much of it could have been introduced into the vacuum
4  space I don't have an opinion on.
5      MR. DUFFY: Q. Couldn't the testing of the
6  evaporation rate help you determine whether the
7  measurement that was done by Miss Popwell on March 3 was
8  accurate?
9      A. I'm going to answer the same way I did before.
10  We don't have a way of quantifying on the day before,
11  when this tank was filled, what the vacuum level was in
12  tank number 4, and that's going to have an effect on the
13  evaporation rate. That's something that I don't know a
14  way to reproduce, because there is no way to measure
15  that vacuum level.
16     And then we're dealing with a tank that's
17  several years old.
18     Q. Um.
19     A. So doing it with a new tank, in my opinion,
20  would not be a reliable way of reproducing what may have
21  happened with the subject tank.
22  ████████████████████████████████████
   ████████████████████████████████████
   ████████████████████████████████████

████████████

████████████████
████████████████████
████████████████████████
████████████████████
████████████████████████████
████████████
████████████████████████
████████████████
████████████████████████
████████████
█████████████████
█████████████████████
████████████████
████████████████████████
█████████████████████
████████████
█████████████
█████████████████████
██████████████████████







Page 65

18   Q.   In the two that you have actually examined, you
19   found what you perceived to be an issue with both, which
20   is the sharp weld artifact at the weld root, correct?
21   A.   In differing degrees.
22   MS. ZEMAN: Wendy, did you get my objection to
23   that prior question?
24   THE REPORTER: No, I didn't.
25   MS. ZEMAN: I have an asked and answered

Page 66

1   objection.
2   THE REPORTER: Thank you.
3   MR. DUFFY: Q.  In your report, I saw that you
4   had come to the conclusion that an MVE should have a 10
5   year life cycle; is that right?
6   A.   I don't know that I came to that conclusion.  I
7   know Chart has documents, and I believe I have
8   referenced in my report, that suggested that that was a
9   reasonable life span.
10   Q.   But do you hold the opinion that the MVE has a
11   10 year life cycle?
12   A.   The term "life cycle" is something I have not
13   seen.  I'd have to go back to the document.  It's been
14   awhile since I reviewed it, but I think that was the
15   intended design life.  Does that sound correct to you?
16   I don't remember the word "life cycle."  If I'm wrong, I
17   apologize.
18   Q.   Sure.  No, I will use the word design life.
19   Have you come to the opinion that the MVE has a 10 year
20   design life?
21   A.   Again, that's my understanding of what Chart has
22   indicated in documents provided to me.
23   Q.   But do you hold that opinion, or are you just
24   relying on documents that you --
25   A.   Well, I certainly think that would be a

Page 67

1   reasonable life span.  I mean, you have a structure
2   that's made out of three or four stainless steel, and
3   certainly could be built robustly enough that you
4   shouldn't have a failure like what we have here in that
5   period of time.  I think it's certainly feasible to
6   design something to last at least that long.
7   Q.   Well, I understand that.  But do you have an
8   opinion that the MVE 808 has a design life of ten years?
9   A.   Based on the documents, my opinion is that seems
10   to have been the intended span.
11   Q.   Have you ever observed a cryogenic dewar like
12   tank 4 lose its vacuum seal?
13   A.   I mean, I have never observed the process of
14   that happening, but I am aware that that does happen,
15   and I understand why.
16   Q.   But you have never seen it yourself, correct?
17   A.   I mean, I haven't seen it actually in the
18   process, but I have seen cryogenic vessels, not
19   necessarily NVE808s, but other tanks that have lost
20   their vacuum seal.
21   Q.   I guess my question is just a little bit
22   different, Dr. Kasbekar.
23   (Beginning of question cut out.)
24   THE REPORTER: I missed the first part of your
25   question.

Page 68

1   MR. DUFFY: I'm sorry.  No problem.
2   Q.   Dr. Kasbekar, my question is a little different.
3   Have you personally ever witnessed a cryogenic
4   dewar-like tank 4 lose vacuum seal in front of you?
5   A.   Actually, yes, I have.
6   Q.   Where did that happen?
7   A.   It happened at ATS on the exemplar when I
8   drilled a hole into the side of the tank in order to
9   basically deconstruct the tank.
10   Q.   When did you do that?
11   A.   In October of this year.
12   Q.   And when you drilled a hole in the side of the
13   tank, did you do so -- well, strike that.
14   Did you use a drill bit to do that?
15   A.   I did.
16   Q.   What was the diameter of the drill bit?
17   A.   Oh, I am going to say it was on the order of
18   3/16ths of an inch plus or minus a 16th.  It may have
19   been a quarter inch drill.  I just don't remember.  I
20   can determine that, but I don't remember.
21   Q.   At what height inside the dewar did you drill
22   the hole?
23   A.   It's documented in my photos, but it was drilled
24   in the outside, and it was close -- it was just below, I
25   believe, the upper circumference or upper seam weld.

IN RE PACIFIC FERTILITY
CENTER LITIGATION

ANAND KASBEKAR, Ph.D., VOLUME II
November 25, 2020

Page 69

1    Q.  Upper what weld?  I'm sorry.  I didn't hear you.
2    A.  Seam weld.  I'm sorry.  Not seam weld.  It's the
3  circumferential weld that joins the outer tank walls to
4  the outer tank head.
5    Q.  And when you did that drilling did you spoil the
6  vacuum in the dewar?
7    A.  I did.
8    Q.  How much liquid nitrogen did you have in the
9  dewar of the exemplar at that time?
10    A.  I didn't have any, and it wouldn't have mattered
11  because I was drilling into the outside of the tank.
12    Q.  Okay.  But I guess my question was, what I was
13  asking, have you ever seen a cryogenic dewar lose its
14  vacuum seal in front of you, you said yes, and it was
15  only by virtue of this drill, correct?
16    A.  That's correct.  I interpreted your question
17  have I actually seen one just degrade right in front of
18  me.  And then when you repeatedly asked I realized that
19  I actually had intentionally induced the leak.
20    Q.  Now the way you did it was by drilling a
21  hole through the exterior of the dewar; is that right?
22    A.  That's correct.
23    Q.  And you had no liquid nitrogen in it when you
24  did that, correct?
25    A.  Right.

Page 70

1    Q.  Did you ever fill it with liquid nitrogen so you
2  could test the evaporation of the LN2?
3    A.  Did not.
4    Q.  Why didn't you do that?
5    A.  Because I was interested in the condition of the
6  weld as it left the factory without putting any other
7  service conditions on the tank prior to looking at the
8  weld.
9    Q.  Are you aware of any testing that's been done in
10  published papers on drills into cryogenic dewars when
11  they have liquid nitrogen in them?
12    A.  Early on in the case I may have read some papers
13  where they were looking at vacuum loss, but I'm not sure
14  that it -- again, the reason I drilled the hole in the
15  outside of this tank was not to study vacuum loss or
16  anything else.  It was to allow a hole saw to be used to
17  allow access to cut the top of the tank off.
18    Q.  Before you did that, though, could you have
19  filled it with liquid nitrogen just to test the
20  evaporation rate before you cut the top of?
21    A.  I could have if wanted to, but that would have
22  caused additional stresses in the area of the weld, and
23  I wanted to look at the weld prior to doing that.  I
24  would have had to buy two tanks to avoid that situation.
25    Q.  Did you research any literature in conjunction

Page 71

1  with your opinions?
2    A.  I did.
3    Q.  What type of research did you conduct?
4    MS. ZEMAN:  Objection.  Again, this goes beyond
5  the scope of the expert discovery.  His report indicates
6  what materials he's relied on.
7    MR. DUFFY:  And the materials that you have
8  relied on for your opinions are in your report, correct?
9    A.  That's correct, and I also have done general
10  reading at the beginning of this case related to
11  cryogenic vessels such as this, and learned a little bit
12  more about the fertility clinic industry just as part of
13  the background process that I think is important to
14  conducting this type of investigation.
15    Q.  So aside from the incident where you drilled the
16  hole on the exemplar from the outside, have you
17  personally ever witnessed a cryogenic dewar like tank 4
18  lose vacuum seal with liquid nitrogen inside?
19    MS. ZEMAN:  Objection.  Misstates testimony.
20    THE WITNESS:  I am going to answer it this way.
21  As a graduate student, I have seen cryogenic storage
22  vessels that have lost vacuum with nitrogen inside.  But
23  whether that happened over minutes or hours, I don't
24  know.  I have just seen the net effect of that
25  happening, and we've had to replace those vessels and

Page 72

1  get new vessels in.
2    MR. DUFFY:  Q.  Would this would have been when
3  you were with Duke University?
4    A.  That's correct.
5    Q.  And there was a cryogenic dewar there?
6    A.  Well, we had cryogenic dewars.  We also had
7  liquid nitrogen tanks in our laboratories there.
8    Q.  How many cryogenic dewars did they have at Duke
9  when you were there?
10    A.  Well, at all of Duke University I don't know,
11  probably thousands.  I have no idea.
12    (Simultaneous talking.)
13    THE WITNESS:  In our immediate lab, we probably
14  had, I don't know, a half a dozen dewars.
15    MR. DUFFY:  Q.  And were they cryogenic dewars?
16    A.  When you say a cryogenic dewar, I mean, how does
17  that differ from a dewar?  They were liquid nitrogen
18  dewars.
19    Q.  Okay.  So the half a dozen or so dewars at Duke
20  in the lab that you are familiar with were able to hold
21  liquid nitrogen?
22    A.  That's correct.
23    Q.  And --
24    A.  That's what they were used for.
25    Q.  And what was your experience in working with

Page 73

1    those dewars?
2        A.  Um, I'm not sure how to answer the question.
3    What do you mean what was my experience?  Over the
4    course of really both as a -- you know, undergrad and
5    graduate student I had the opportunity to use dewars in
6    the line of work that we were doing.  You are asking me
7    what I did with them?
8        Q.  Yes.
9        A.  Oh.  So the routine thing that I did is we had a
10   -- God, I'm trying to remember the brand.  We had an
11   EDAX unit on our SEM that required liquid nitrogen to be
12   maintained in it, and one of my responsibilities for my
13   time period starting really as a senior undergrad and
14   lasting another seven or eight years was to maintain
15   that.
16          That involved taking a, I think at times of what
17   I will call a medium size dewar, filling it from a
18   supply tank located at a different part of the building.
19   Taking it, and then a medium size dewar, I'd empty a
20   portion of the nitrogen into a smaller dewar, which
21   would then go into the SEM EDAX unit.
22          I also utilized dewars in my research, because I
23   have a temperature control chamber that I built, and it
24   was controlled by -- the cooling was controlled with
25   nitrogen as well as a temperature bath, depending on

Page 74

1    what temperatures we were trying to get to.  That's the
2    majority of my experience.
3        Q.  Did the cryogenic dewars in the lab that you
4    were familiar with at Duke, did they have computer
5    controllers on them?
6        A.  No, they did not.
7        Q.  In what years were you at Duke working with
8    these cryogenic dewars?
9        A.  I would say probably between about 1984 all the
10   way through to 1994.  Probably less in 1993 and '94.
11       Q.  One of those dewars lost its vacuum seal?
12       A.  One of the supply tanks I know lost its vacuum
13   seal, and we had to replace some of the medium size
14   dewars because they were not able to maintain
15   insulation.  So I assume that it was due to the vacuum
16   seal loss.
17       Q.  Let me break that down.  There was a supply tank
18   when you were at Duke that lost vacuum seal, correct?
19       A.  Correct.
20       Q.  And then there was one or two dewars that had to
21   be replaced because they weren't holding temperature?
22       A.  I know that we had a supply tank that we took
23   down to service at one point.  And then we had a larger
24   dewar, not as large as the 808, but it was a portable
25   dewar that we used to supply.  It was kind of an

Page 75

1    intermediary between the big supply tank and the small
2    vessel dewar that we used to fill the EDAX unit.
3        Q.  And that --
4        A.  The medium size tank at one point went bad.  The
5    reason we knew it went bad is we would come back and
6    there would be almost no nitrogen in there after filling
7    it, and there would be frost all over the outside of the
8    tank.
9        Q.  Okay.  That's one of the things I just wanted to
10   make sure I could ask you about what you observed.  So
11   when you were at Duke there was a supply tank that lost
12   vacuum seal, correct?
13       A.  Right.
14       Q.  When it lost vacuum seal it exhibited signs and
15   symptoms of that on the exterior of the supply tank; is
16   that fair?
17       A.  It did, yes.
18       Q.  Would you describe for us, please, what signs
19   and symptoms were exhibiting on that supply tank?
20       A.  There was massive amounts of frost on the supply
21   tank.  This was awhile back, but I seem to recall there
22   was a lot of nitrogen vapor that was also coming out of
23   the plumbing for the supply tank.
24       Q.  Okay.  And then did you see condensation on the
25   exterior of the supply tank, as well?

Page 76

1        A.  The image I have in the back of my mind was it
2    was really mostly iced up more so than condensation.
3    Obviously, at some point there was likely condensation,
4    too, but it was really a large -- it was obvious.
5        Q.  Was there water on the floor underneath the
6    supply tank?
7        A.  I think that there probably was.  I don't --
8    we're talking decades ago.  I don't specifically
9    remember, but I can't imagine how there wouldn't be.
10       Q.  Do you have a memory of how long it took for
11   that failure to occur?
12       A.  I have no idea.  I remember us coming across it
13   one day, and it was remarkable.
14       Q.  And then there was a dewar, as well, at Duke
15   that held liquid nitrogen that also lost vacuum seal?
16       A.  That's correct.
17       Q.  Did that exhibit signs and symptoms of vacuum
18   seal loss?
19       A.  In my opinion, it did.  Basically, we were
20   losing nitrogen at a rate that was significantly more
21   than we were used to, and the outside of the tank was
22   covered with frost.
23       Q.  And was the floor underneath that dewar wet?
24       A.  Again, I don't specifically -- that's not the
25   image that stuck in my mind.  I can't imagine how it

Page 77

1   would not have been.  I just -- I should know, because I
2   was the one who probably cleaned that up, so.
3       Q.  Do you --
4       A.  I suspect that there was moisture but, honestly,
5   I have an image of the tank and the frost on the
6   outside, and I don't have an image of what was happening
7   on the floor.
8       Q.  Where were you in your studies at the time that
9   you saw the dewar lose its vacuum seal?
10      A.  I would have been, I think this was in the
11  beginning of my doctoral studies.
12      Q.  What year would this have been approximately
13  then?
14      A.  It would have probably been, so I completed my
15  Masters in '87, so it probably would have been in the
16  late eighties.
17      Q.  Okay.  When you say you would have been the one
18  to clean it up, why was that?
19      A.  I was -- so I was in charge of the SEM.  I
20  basically from running the students through it to
21  cleaning the column to making sure that there was -- my
22  responsibility was to make sure there was nitrogen in
23  the EDAX unit or the SEM.
24      Q.  And so when there was this dewar failure, did
25  you have anything to do with addressing it?

Page 78

1       A.  Yes.  You know, I went to my advisor and I told
2   him we needed a new one, and that created a chain of
3   events, and we eventually got a new one.  We dealt with
4   what we had to work with in the interim.
5       Q.  When you were at Duke during this time, did they
6   maintain a schedule of LN2 measurements of that dewar?
7       A.  Measurements?
8       Q.  Yes.
9       A.  No.  So it's -- the process is a little bit
10  different in nature as to what happens at the clinic.
11  Obviously, a little bit less critical, too.  We're
12  dealing with some instrumentation but not anything as
13  critical as this.
14      Q.  Okay.  But just to be sure, the only thing the
15  dewar did was hold liquid nitrogen, correct?
16      A.  That's correct.  My concern with nitrogen level
17  was more on the supply tank.
18      Q.  Sure.  Okay.  So you would agree if you have a
19  vacuum seal loss on a cryogenic dewar you would expect
20  to see ice formation on the outside, correct?
21      A.  Correct.
22      Q.  And you would expect to see water on the floor,
23  as well, underneath it, correct?
24      A.  I think that would also be a reasonable
25  expectation.

Page 79

1       Q.  And then between the ice and the water on the
2   floor, would you expect the condensation on the outside
3   of the tank?
4       A.  Yes.
5       Q.  And in your review of the testimony, have you
6   seen any witnesses who say they saw either ice
7   condensation or water on the floor associated with
8   tank 4?
9       A.  Not until the morning of the incident.
10      Q.  And that's about 12:30 on March 4, correct?
11      A.  That's correct.
12      Q.  And that's in Dr. Conaghan's testimony; is that
13  right?
14      A.  That's correct.
15      Q.  Your report was sent to us on November 6th.
16  Have you done any further testing of your opinions since
17  that time?
18      A.  No.
19      Q.  Have you done any testing of any kind since
20  November 6?
21      A.  The only --
22      MS. ZEMAN:  Object.  It goes beyond the scope of
23  the expert discovery stipulation.  Nothing done post
24  service of this report would go to what he relied upon
25  for it.

Page 80

1       MR. DUFFY:  We've been going for almost an hour.
2   Do you guys mind if we take a five-minute break?
3       THE WITNESS:  That would be great.
4       THE VIDEOGRAPHER:  We are going off the record
5   at 11:09 a.m. Pacific standard time.
6       (Recess taken.)
7       THE VIDEOGRAPHER:  We are now going back on the
8   record, and the time is 11:22 a.m. Pacific standard
9   time.
10      MR. DUFFY:  Q.  Dr. Kasbekar, are you familiar
11  with finite element testing?
12      MS. ZEMAN:  (Inaudible.)
13      THE WITNESS:  Yes, Mr. Duffy, I am familiar with
14  finite element analysis.
15      MR. ZEMAN:  Q.  How are you familiar with finite
16  element testing?
17      A.  I'm sorry.  Did you say how?
18      Q.  Yes.
19      A.  So I got some exposure to it as a graduate
20  student, but in my career part of the work that I did
21  for the Department of Defense involved some pretty
22  extensive finite element modeling.
23  ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████

Case 3:18-cv-01586-JSC  Document 647-9  Filed 01/08/21  Page 22 of 35

IN RE PACIFIC FERTILITY
CENTER LITIGATION

ANAND KASBEKAR, Ph.D., VOLUME II
November 25, 2020

Page 81



Page 85

1    first in your deposition here today you cannot give me
2    an estimated stress level on the weld at issue; isn't
3    that a fair statement?
4        MS. ZEMAN: Objection. Vague and ambiguous.
5        THE WITNESS: I am going to answer by saying
6    that I am in the process of doing some work in response
7    to things that came up in one of your expert's
8    depositions, and whether or not this is a time to talk
9    about draft work that I have done or not, I'm not sure.
10   If I am told by counsel that I can, then I will.
11       MR. DUFFY: Q. Okay. Your counsel has already
12   objected, and so I will let that objection stand. I
13   will wait to see the coding (ph.) of your work.
14       To do finite element analyses, what tools would
15   you need to do that?
16       A. Well, you need to basically model and mesh the
17   portion of the structure that you are modeling. It
18   requires certain software packages, and those software
19   packages will bend based upon boundary conditions that
20   are established. We will do calculations to provide
21   stresses and strains.
22       Q. Do you have a license to any of the softwares
23   that would allow you to run a finite element test
24   yourself?
25       A. I own licenses to software that would allow me

Page 86

1    to do that. I no longer have current version licenses,
2    and I also no longer have up-to-date licenses for all
3    the modeling software.
4        Q. So at the time of your first report, did you
5    have software available to you for which you had a
6    license to conduct finite element testing on the
7    estimated stress on the weld at issue?
8        A. I own a license, but again I didn't have
9    licenses to all of the different parts of the software
10   that were really needed to go from start to finish.
11       Q. So you couldn't have conducted the finite
12   element testing?
13       MS. ZEMAN: Objection. Misstates testimony.
14       THE WITNESS: No, that's not true. I mean, I
15   could always go out and buy or renew licenses. It's a
16   financial matter more than anything else.
17       But again, it was a decision that I made based
18   upon my understanding of thermal stresses in these
19   materials at these temperatures and with this geometry
20   that I thought that this was something that would have
21   been fairly obvious to most, if not materials engineers
22   certainly mechanical engineers.
23       MR. DUFFY: Q. So would it be fair to say
24   before your first report you could have bought
25   up-to-date software to conduct a finite analysis,

Page 87

1    correct?
2        A. Finite element analysis, I could have done that.
3        Q. And you did not, correct?
4        A. I did not.
5        Q. Now, before your second report you did not have
6    a software license for a fine element testing that was
7    up-to-date at that point, correct?
8        A. That's correct.
9        MS. ZEMAN: Misstates testimony.
10       MR. DUFFY: Q. So you would need to buy a
11   license to have an up-to-date version of the finite
12   element software, correct?
13       A. Well, as I say, I actually own two licenses,
14   from the work I was doing for the army. But I have not
15   kept them on maintenance recently, so I would have to
16   incur an expense to do that, and I'd also have to
17   resurrect a license for other parts of the software
18   involved for the modeling and meshing process.
19       Q. And you didn't do that before writing the second
20   report, correct?
21       A. I did not. Did not see a need.
22       Q. The finite element software that you have was
23   from when you were doing work for the army; is that
24   correct?
25       A. That's correct.

Page 88

1        Q. When did you stop doing that work for the army,
2    what year?
3        A. I don't remember the exact year, but it was
4    prior to 2016.
5        Q. Did you do any finite -- strike that.
6        Did you do any -- did you do any finite element
7    testing on the double weld that you recommend to be done
8    for the annular fill line?
9        A. I did not.
10       Q. Did you do any finite element testing on the
11   exemplar weld at the annular fill line?
12       A. I did not.
13       Q. If you would just turn to your report,
14   Dr. Kasbekar, at page 6. Let me know when you are
15   there.
16       A. Okay. I'm on page 6.
17       Q. In the paragraph beginning October 28, 2020, do
18   you see that?
19       A. I do.
20       Q. You were provided 29 pages of documents; is that
21   right?
22       A. Correct.
23       Q. You reviewed those documents; is that right?
24       A. I did.
25       Q. And you came to the conclusion that it revealed

Page 89

1   knowledge of other failed and deformed tanks by Chart;
2   is that right?
3       A.  Correct.
4       Q.  There were only two tanks involved in those 29
5   pages; is that correct?
6       A.  That's correct.
7       Q.  And there was no failure analysis performed on
8   either one, correct?
9       A.  Not to my knowledge based upon what I reviewed.
10  I don't know whether Chart has done something beyond
11  that.
12      Q.  And one of the specialties that you hold is
13  failure analysis, correct?
14      A.  That's correct.
15      Q.  And in the 29 pages of documents there was no
16  evidence that weld cracks were reported; isn't that
17  right?
18      A.  Not that I could determine from those documents
19  either way.
20      Q.  And do you know if -- well, strike that.
21          Would you please turn to page 10 of your report,
22  Dr. Kasbekar?
23      A.  I'm on page 10.
24      Q.  In the last sentence of the second paragraph it
25  starts, "This location was directly above."  Do you see

Page 90

1   that?
2       A.  Yes.
3

11      A.  Of any significance, at least.
12      Q.  This is probably structural, but it is a little
13  confusing to me when I read your report, and I was
14  trying to figure out the figure numbering.  It's okay.
15  I just -- is there anything missing at all that --
16      A.  No.  So let me -- so I was as confused as you
17  when I went to review my report in the PDF form, and the
18  best I can tell is that some very carefully numbered
19  figures in Microsoft Word, when it got written out as a
20  PDF got juggled.
21      Q.  Okay.
22      A.  And it needs to be corrected.  I apologize for
23  it.
24      Q.  I just wanted to make sure I wasn't missing
25  something.



Page 93

1      A.  No, I actually put quite a bit of effort into
2   checking that the figure I got for the captions, because
3   when I read it last night in preparation for the depo I
4   was like what has happened here.  So I apologize for
5   that.
6          It's something that needs to be corrected,
7   because it makes the report difficult to read without
8   doing some of your own investigation.  So it's a
9   technical issue between -- I think between Word and
10   Adobe Acrobat.
11



5      Q.  Did representatives of Pacific Fertility Center
6   or representatives of their engineering experts at
7   Exponent invite you to an inspection in March of 2018?
8      A.  No.
9      Q.  To your knowledge, based on everything you have
10   reviewed in this case, was a representative of the
11   patients in this case or Chart at the inspection at
12   Exponent in March of 2018?
13      A.  I don't know the answer to that.
14      Q.  Have you seen any evidence that anybody other
15   than the Exponent engineers were testing tank 4?
16      A.  I haven't seen any evidence either way.  I know
17   that, to the best of my knowledge, I was not nor were my
18   clients aware of that testing.
19      Q.  You have done failure analysis for over 30
20   years, correct?
21      A.  Over 35 years.
22      Q.  You have worked with Exponent before?
23      A.  Well, when you say with, they generally -- maybe
24   with one or two exceptions on the opposite side of
25   cases.

Page 97

1    Q.  You have had the opportunity to be in cases

2   where Exponent was your opponent; is that fair?

3    A.  I absolutely haven't.  In fact, Exponent's

4   founder is my advisor's advisor.

5    Q.  Did you find it unusual that Exponent would

6   conduct testing of tank 4 without inviting the patients

7   of Chart?

8    A.  I would not have done that.  Given the level of

9   experience that that firm has or should have, I would

10   not have done it.  I will leave it at that.

11    Q.  Is it pretty extraordinary?

12    A.  I wouldn't call it extraordinary.  I have seen

13   much, much worse from many other people, but it's not

14   something that I would have done.

15



Page 101





Page 109

Page 112

1        Again, I think it's a sophomore level
2    engineering problem to at least realize that this is a
3    significant loading factor that needs to be considered,
4    and I did consider it.  Can we beat it to death some
5    more?  Sure, we can beat it to death some more.
6        Mr. Duffy, when you get a chance, it doesn't
7    need to be immediate, I might need to take a restroom
8    break.
9        MR. DUFFY:  Yeah, let's take a five minute
10   break, if that's okay with everybody.  Thank you.
11       THE VIDEOGRAPHER:  We are now going off the
12   record at 12:13 p.m. Pacific standard time.
13       (Recess taken.)
14       THE VIDEOGRAPHER:  We are now going back on the
15   record.  The time is 12:24 p.m. Pacific standard time.
16       MR. DUFFY:  Q.  Okay.  Dr. Kasbekar, would you
17   turn to page 45 of your report?
18       A.  Okay.  I am looking at 45.
19       Q.  In the middle of the page, because the page has
20   one paragraph, do you see the sentence "ratchet marks
21   are commonly seen"?
22       A.  About how many lines down are you?  I'm with
23   you.  Ratchet marks are commonly seen in fractures, yes.
24





IN RE PACIFIC FERTILITY
CENTER LITIGATION

ANAND KASBEKAR, Ph.D., VOLUME II
November 25, 2020



Page 121

21        **MR. DUFFY:** Why don't we just take five more
22    minutes and see if I can get organized and see if I have
23    any other questions for you.
24        **THE WITNESS:** Okay.  Mr. Duffy, not just for me
25    but for my family, do you think we're close to a hour or

Page 125

1    so from being done?
2         MR. DUFFY: Yes, I do.
3         THE WITNESS: Okay.  I'm just going to let them
4    know that.
5         MR. DUFFY: All right.  Thank you.
6    THE WITNESS: Thank you.
7         THE VIDEOGRAPHER: We are now going off the
8    record at 12:49 p.m. Pacific standard time.
9         (Recess taken.)
10        THE VIDEOGRAPHER: We are now going back on the
11   record, and the time is 12:59 p.m. Pacific standard
12   time.
13        MR. DUFFY: Dr. Kasbekar, I looked at my notes
14   and I don't have any further questions for you.  Thank
15   very much for your time.
16        THE WITNESS: Thank you, Mr. Duffy.
17        MS. ZEMAN: I do have a few questions.
18        EXAMINATION BY MS. ZEMAN
19        MS. ZEMAN: Q.  Dr. Kasbekar, your testimony
20   earlier referenced some degree of burn-through on your
21   sample weld pieces.  Could that burn-through be reduced
22   or wholly avoided by refining the welding technique?
23        A.  Yes, I believe so.
24        Q.  Your testimony earlier referred to various
25   materials that served as the basis for your opinions.

Page 126

1    Does Chart's DFMECA documentation also serve as a basis
2    for your opinions?
3         A.  It was part of the materials I considered.  Yes,
4    it does.
5         Q.  Do you have any corrections you'd like to make
6    to your report?
7         A.  The figure caption something happened clearly
8    between the version I proofed in Word and the version
9    that was submitted in Adobe.  I apologize to everybody
10   who has had to read through those.  So those need to be
11   corrected.  I don't know if it's every single one, but
12   it's close to it.  Something got scrambled.
13        Beyond that, the only two things I noticed is on
14   page 5 of my report, which I'm trying to get to.  I
15   believe it's page 5.  Yeah, under the image of the
16   Sensaphone, that paragraph, the date on that for the
17   controller inspection, which was October 13th, 2020,
18   should have been, I believe, September 28th, 2020.  I
19   wasn't at that inspection.  I just had that date wrong.
20        And then the other, I believe, is on page 40.
21   And on page 40 it's the citation at the bottom that --
22   the first citation, Footnote 53, says 1-3 comma 97.  I
23   think that's a typo on my end.  It should be 187 instead
24   of 97.
25        And the only other thing I noticed, I think, and

Page 127

1    I agree with Mr. Parrington on this is I may have used
2    the word stress riser instead of raiser.  In our lab,
3    anyway, we had conversations about that in particular,
4    and it's usually raiser, but in conversation it's
5    generally riser.
6         Q.  On page 45, there is a reference to figure 62
7    and 63.  I think this was discussed in your prior
8    testimony.  Should one of those references actually be
9    to Figure 58?
10        A.  You are on page 45?
11        Q.  Correct.
12        A.  And 62 through 63.  I'm just reading it.
13        Q.  It may have been the reference to Figure 2 in
14   the sentence "additional ratchet marks are visible on
15   several locations along the edge of the fractured
16   surface."
17        A.  So with regard to ratchet marks, Figure 58,
18   Figure 60, Figure 61 I think are relevant.
19        With regard to secondary cracks, I may not get
20   all of them, but certainly Figure 59 is one of them.
21   There may be others.
22        Q.  Anything else you wanted to comment on, or any
23   corrections you wanted to make to your report?
24        A.  I don't believe so.  Secondary cracks, also,
25   Figure 58 is relevant.

Page 128

1         Q.  Okay.  And in your roughly 37 years of failure
2    analysis experience, how many times have you needed to
3    attempt to recreate the exact failure to determine the
4    cause of the failure to a reasonable degree of
5    scientific certainty?
6         A.  First of all, I'm not quite sure I'm at 37 years
7    yet.  It might be close.  To answer your question, the
8    majority of times you are unable to perfectly recreate
9    the failure.
10        There are times where you can recreate portions
11   of it, but especially when you have something where
12   there is a field service history or if there is
13   something being in use for several years, recreating it
14   perfectly is not often something that happens.
15        MS. ZEMAN: Yeah, I'd like to enter one document
16   as an exhibit.  I will drop that into the chat feature.
17   Just a second.
18        This should be entered as Plaintiffs' Exhibit
19   409.
20        (PLAINTIFFS' EXHIBIT 409 WAS
21        MARKED FOR IDENTIFICATION.)
22        THE VIDEOGRAPHER: I'm assuming you'd like me to
23   stamp that, Amy?
24        MS. ZEMAN: Please.
25        Q.  Once you have that, if you could open that up.

Page 129

1    A.  Okay.  I'm looking at it.

2

22        MR. DUFFY: That's all I have.  Thank you.

23        THE WITNESS: Thank you, sir.

24        MS. ZEMAN: No further questions.

25        THE WITNESS: Thank you.

IN RE PACIFIC FERTILITY
CENTER LITIGATION

ANAND KASBEKAR, Ph.D., VOLUME II
November 25, 2020

Page 133

1    THE VIDEOGRAPHER:  This marks the end to the
2  remote deposition.  We are going off the record at
3  1:10 p.m. Pacific standard time.  Thank you, Counsel.
4    MS. ZEMAN:  Thank you all.  Thank you, Anand.
5    (Deposition concluded at 1:10 p.m.)
6    -oOo-
7
8
9    I have read the foregoing deposition
10  transcript and by signing hereafter, subject to
11  any changes I have made, approve same.
12
13  Dated_____.
14
15
16    _____
17    (Signature of Deponent)
18
19
20
21
22
23
24
25

Page 134

1    DEPOSITION OFFICER'S CERTIFICATE
2  STATE OF CALIFORNIA      )
3  COUNTY OF SAN FRANCISCO  ) ss.
4
5
6    I, Wendy L. Graves, hereby certify:
7    I am a duly qualified Certified Shorthand
8  Reporter in the State of California, holder of
9  Certificate Number CSR 6138 issued by the Certified Court
10  Reporters' Board of California and which is in full
11  force and effect.  (Fed. R. Civ. P. 28(a)(1)).
12    I am authorized to administer oaths or
13  affirmations pursuant to California Code of Civil
14  Procedure, Section 2093(b) and prior to being examined,
15  the witness was first duly sworn by me.  (Fed. R. Civ.
16  P. 28(a)(a)).
17    I am not a relative or employee or attorney or
18  counsel of any of the parties, nor am I a relative or
19  employee of such attorney or counsel, nor am I
20  financially interested in this action.  (Fed. R. Civ. P.
21  28).
22    I am the deposition officer that
23  stenographically recorded the testimony in the foregoing
24  deposition and the foregoing transcript is a true record
25    / / /

Page 135

1  of the testimony given by the witness.  (Fed. R. Civ. P.
2  30(f)(1)).
3    Before completion of the deposition, review of
4  the transcript [xx] was [ ] was not requested.  If
5  requested, any changes made by the deponent (and
6  provided to the reporter) during the period allowed, are
7  appended hereto.  (Fed. R. Civ. P. 30(e)).
8
9  Dated: December 1, 2020
10
11
12
13
14    _____
15
16
17
18
19
20
21
22
23
24
25