ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
WILLIAM F. TARANTINO (CA SBN 215343)
WTarantino@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone:   415.268.7000
Facsimile:    415.268.7522

DAVID F. McDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017
Telephone:   213.892.5200
Facsimile:    213.892.5454

Attorneys for Third Party
PACIFIC MSO, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC<br><br>**DECLARATION OF ERIN M. BOSMAN IN SUPPORT OF CHART INC.'S AMENDED ADMINISTRATIVE MOTION TO FILE UNDER SEAL NO. 3**<br><br>Judge:  Honorable Jacqueline Scott Corley |

I, Erin M. Bosman, declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP and counsel of record for Third Party Pacific MSO, LLC. I am an attorney admitted to practice in the State of California and am admitted to practice before this Court. I submit this declaration in support of Chart's Amended Administrative Motion to File Under Seal No. 3. (ECF No. 646.) I have personal knowledge of the matters stated below.

2. On January 8, 2021, Pacific MSO filed the Declaration of Alden Romney in Support of Chart's Administrative Motion to File Under Seal. (ECF No. 642.) Pacific MSO filed the declaration to support the sealing of a select portion of an exhibit submitted by Chart in support of its Motion for Summary Judgment.

3. Romney's declaration included support for the sealing of page 288, line 8 and the section of the last page of the index referring to the term on page 288, line 8 of Exhibit B to the Ringel Declaration in Support of Chart's Motion for Summary Judgment, which contains the transcript of the October 9, 2019 deposition of Joseph Conaghan ("Conaghan Deposition"), on the grounds that select portions of the Conaghan Deposition contain the confidential patient identification number of one of PFC's patients. Romney testified in his declaration that this confidential patient identification number is reflected in PFC's confidential patient records, is not publicly known, and its confidentiality is strictly maintained. (*See* ECF No. 642 ¶ 3.)

4. Later that same day, Chart filed an Amended Administrative Motion to File Under Seal No. 3 requesting an administrative order to file under seal, among other things, select portions of the Conaghan Deposition—page 288, line 8 and the section of the last page of the index referring to the term on page 288, line 8.

5. Because Pacific MSO already submitted a declaration in support of the sealing of page 288, line 8 and the section of the last page of the index referring to the term on page 288, line 8 of the Conaghan Deposition, Pacific MSO will not be submitting an additional declaration in support of Chart's Amended Motion No. 3 and instead refers the Court to ECF No. 642 ¶ 3.

/ / /

/ / /

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 12, 2021, in San Diego, California.

                                                */s/ Erin M. Bosman*
                                                Erin M. Bosman