UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACIFIC FERTILITY CENTER LITIGATION | Case No. 18-cv-01586-JSC <br><br> **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

As discussed at the video Case Management Conference held on January 20, 2021:

1. The second trial will be with five embryo plaintiffs: three selected by Chart and two selected by Plaintiffs.

2. The Court will hold a further case management conference with the parties on February 24, 2021 at 9:30 a.m. via video. By that date the parties shall have agreed on an ADR process to take place following the first trial (if not before).

3. Plaintiffs have leave to file a 40-page omnibus *Daubert* opposition.

**IT IS SO ORDERED.**

Dated: January 20, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge