EXHIBIT 73

CERTIFIED COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE PACIFIC FERTILITY        )
CENTER LITIGATION,             ) Case No. 3:18-cv-01586-JSC
                               )
_____)

VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of

PACIFIC MSO, LLC's 30(b)(6) designee

JOSEPH CONAGHAN, Ph.D.

November 13, 2020

CHERREE P. PETERSON, RPR, CRR, CSR No. 11108
468470

BARKLEY
Court Reporters
barkley.com
SINCE 1972

(310) 207-8000 Los Angeles     (415) 433-5777 San Francisco   (949) 955-0400 Irvine         (858) 455-5444 San Diego
(310) 207-8000 Century City    (408) 885-0550 San Jose        (760) 322-2240 Palm Springs   (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento      (800) 222-1231 Martinez        (702) 366-0500 Las Vegas      (800) 222-1231 Monterey
(951) 686-0606 Riverside       (818) 702-0202 Woodland Hills  (702) 366-0500 Henderson      (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn        (518) 490-1910 Albany         (914) 510-9110 White Plains
(312) 379-5566 Chicago         00+1+800 222 1231 Paris        00+1+800 222 1231 Dubai       001+1+800 222 1231 Hong Kong

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5
 6
 7   IN RE PACIFIC FERTILITY    )
     CENTER LITIGATION,         ) Case No. 3:18-cv-01586-JSC
                                )
 8   _____)
 9
10
11
12
13           VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of
14   PACIFIC MSO, LLC's 30(b)(6) designee JOSEPH CONAGHAN,
15   Ph.D., taken on behalf of Defendant Chart, Inc.,
16   remotely beginning at 2:15 p.m., Friday, November 13,
17   2020, before CHERREE P. PETERSON, RPR, CRR, Certified
18   Shorthand Reporter No. 11108.
19
20
21
22
23
24
25
```

                                  2

```
 1   those lines the controller displays the level in inches
 2   of liquid nitrogen in the tank.  And that's a permanent
 3   display on the TEC 3000 controller.  It's always
 4   present.  It's always there.  It's always lit up.
 5           And on February 15th, 2018, in the afternoon
 6   the controller went into an alarm condition.  And when I
 7   looked at it, it said on the display that the level of
 8   liquid nitrogen in the tank was zero inches.  And that
 9   seemed very unlikely.  And on checking the tank, the
10   tank had a normal level of liquid nitrogen inside.  And
11   the controller was for some reason not capable of doing
12   its normal measurement of the level that was in there.
13       Q.   BY MR. POLK:  And do you believe that those
14   symptoms that you've just described made using the
15   controller dangerous?
16       A.   Yes.
17           MR. DUFFY:  Objection.  Beyond the Rule
18   30(b)(6) notice.  Move to strike.  Foundation.
19   Speculation.
20           THE WITNESS:  Yes.  Those symptoms made the
21   controller unusable.
22       Q.   BY MR. POLK:  Did Chart ever warn you about the
23   problems with its controller?
24           MR. DUFFY:  Objection.  Beyond the scope of the
25   Rule 30(b)(6).  Move to strike.
```

```
 1              THE WITNESS:  They did not.
 2        Q.    BY MR. POLK:  Did you ever receive a recall
 3    notice --
 4              MR. DUFFY:  Objection --
 5              MR. POLK:  I'll get my question out, and then
 6    you get your objection out.
 7              THE REPORTER:  Yeah.  Can you ask it again,
 8    please.
 9        Q.    BY MR. POLK:  Did Chart ever issue -- or did
10    you ever receive a recall notice from Chart concerning
11    the defective controller?
12              MR. DUFFY:  Objection.  Beyond the Rule
13    30(b)(6).  Objection.  Speculation.  Objection.
14    Foundation.
15              THE WITNESS:  I have never received a recall
16    letter from Chart on TEC 3000 controllers or tanks like
17    the kind we use here.
18        Q.    BY MR. POLK:  Had you received a warning or
19    recall notice concerning the defective controller, would
20    you have done anything differently?
21              MR. DUFFY:  Objection.  Beyond the scope of the
22    Rule 30(b)(6).  Objection.  Argumentative.  Objection
23    calls for a legal conclusion.  And objection.  Calls for
24    speculation.  Move to strike.
25              THE WITNESS:  Yes.  We would have had to deal
```

```
 1   with the recall.
 2            MR. POLK:  I don't have anything further.
 3                   EXAMINATION BY MR. DUFFY
 4       Q.   Dr. Conaghan, I just want to follow up on one
 5   aspect of the testimony that Mr. Polk asked you about
 6   about LN2 usage in March.  You indicated that you bought
 7   backup freezers in March after the incident.  Do you
 8   recall that testimony?
 9       A.   Yes.
10       Q.   How many did you purchase?
11       A.   We purchased a large series 800 freezer to
12   replace the backup freezer that got consumed with Tank
13   4's contents.  And then we purchased six small -- we
14   call them dewars.  They're much smaller than the typical
15   tanks that we have, but we purchased those as additional
16   backup capacity.
17       Q.   And when you purchased the backup tanks --
18   well, let me break that down.  So it sounds like you got
19   another MVE 808; is that right?
20       A.   Yes, we got another MVE 800 series freezer.
21       Q.   And then you got six smaller dewars; correct?
22       A.   That's correct.
23       Q.   And were these just to be dedicated as backup
24   freezers?
25       A.   Yes.
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Q.   Okay.  So after purchasing them in March, were          |
|       | 2  | they stored on the first floor of the building where         |
|       | 3  | Pacific Fertility's lab is?                                  |
|       | 4  | A.   Yes, they were.                                         |
| 15:49 | 5  | Q.   And were they stored there the entire month of          |
|       | 6  | March?                                                       |
|       | 7  | A.   I can't testify to that because I don't                 |
|       | 8  | remember when the tanks arrived.                             |
|       | 9  | Q.   Okay.  But if they were backup freezers --              |
| 15:49 | 10 | well, strike that.  Let me -- let me ask the question        |
|       | 11 | again.                                                       |
|       | 12 |      The 800 series freezer and the six dewars were          |
|       | 13 | left empty ready to be used as backups in March if           |
|       | 14 | needed; correct?                                             |
| 15:50 | 15 | A.   The new 800 series dewar and the six backup             |
|       | 16 | dewars were ready to be used as backup freezers, yes.        |
|       | 17 | Q.   But -- yeah, but they weren't filled with               |
|       | 18 | liquid nitrogen on the first floor; right?  You wouldn't     |
|       | 19 | do that; right?                                              |
| 15:50 | 20 |      MR. TARANTINO:  Objection.  Vague.                      |
|       | 21 |      THE WITNESS:  So when they arrived, they were           |
|       | 22 | filled with liquid nitrogen for validation.                  |
|       | 23 | Q.   BY MR. DUFFY:  Okay.  And who did that?                 |
|       | 24 | A.   I did some or all of it.                                |
| 15:50 | 25 | Q.   Okay.  And then after you validated them, did           |

66

JOSEPH CONAGHAN, Ph.D., 30(b)(6)



```
 1            DEPOSITION OFFICER'S CERTIFICATE
 2                 (Civ. Proc. § 2025.520(e))
 3   STATE OF CALIFORNIA      )
                              )   ss
 4   COUNTY OF CONTRA COSTA   )
 5
 6          I, CHERREE P. PETERSON, hereby certify:
 7          I am a duly qualified Certified Shorthand
 8   Reporter, in the State of California, holder of
 9   Certificate Number CSR 11108 issued by the Court
10   Reporters Board of California and which is in full force
11   and effect.  (Fed. R. Civ. P. 28(a)).
12          I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a), 30(f)(1)).
17          I am not a relative or employee of any attorney
18   or counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22          I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25   of the testimony given by the witness.  (Fed. R. Civ. P.
```

```
 1   30(f)(1)).
 2           Before completion of the deposition, review of
 3   the transcript (xx) was ( ) was not requested.  If
 4   requested, any changes made by the deponent (and
 5   provided to the reporter) during the period allowed, are
 6   appended hereto.  (Fed. R. Civ. P. 30(e)).
 7
 8   Dated: November 16, 2020
 9
10
11                          _____
```