# FILED UNDER SEAL

Redacted in Part

EXHIBIT 74

CERTIFIED COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE PACIFIC FERTILITY CENTER LITIGATION, ) Case No. 3:18-cv-01586-JSC
______________________________)

Volume I

VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of

ELDON G. LEAPHART

November 18, 2020

CHERREE P. PETERSON, RPR, CRR, CRS No. 11108
468391

SINCE 1972
BARKLEY Court Reporters
barkley.com

(310) 207-8000 Los Angeles
(310) 207-8000 Century City
(916) 922-5777 Sacramento
(951) 686-0606 Riverside
(212) 808-8500 New York City
(312) 379-5566 Chicago
(415) 433-5777 San Francisco
(408) 885-0550 San Jose
(800) 222-1231 Martinez
(818) 702-0202 Woodland Hills
(347) 821-4611 Brooklyn
00+1+800 222 1231 Paris
(949) 955-0400 Irvine
(760) 322-2240 Palm Springs
(702) 366-0500 Las Vegas
(702) 366-0500 Henderson
(518) 490-1910 Albany
00+1+800 222 1231 Dubai
(858) 455-5444 San Diego
(800) 222-1231 Carlsbad
(800) 222-1231 Monterey
(516) 277-9494 Garden City
(914) 510-9110 White Plains
001+1+800 222 1231 Hong Kong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE PACIFIC FERTILITY )
CENTER LITIGATION, ) Case No. 3:18-cv-01586-JSC
)
_____________________________)

VIDEOTAPED & VIDEOCONFERENCED DEPOSITION of ELDON G. LEAPHART - Volume I, taken on behalf of Plaintiffs remotely beginning at 8:01 a.m., Wednesday, November 18, 2020, before CHERREE P. PETERSON, RPR, CRR, Certified Shorthand Reporter No. 11108.

I am not defining what is dangerous in an embryology setting because the material received already has done that for me. The material received has identified what the system is and what harm is. I can see that as evidence, and now I can opine about the failsafe process and the failsafe design.

Q. And, you know, I don't want to belabor it, but we established you've never set foot in an embryology lab; right?

A. That is correct.

Q. So I'm going to ask again, is it your view that you are qualified as an expert to provide opinion to the jury as to what would be or would not be dangerous in an embryology lab?

A. As it relates to failsafe design of the controller, yes.

Q. That's not the question. Do you -- do you have any training in embryology?

A. I do not have training in embryology.

Q. Have you ever read a paper about embryology?

A. I have never read a paper on embryology.

Q. Is it within the scope of your expertise to provide opinion as to what would and would not be dangerous in an embryology lab?

A. It is not my position to define -- to define

what that -- what is dangerous and what is not dangerous in an embryology lab.

Q. Are you relying on any peer-reviewed papers to support your opinion that the TEC 3000 is not unreasonably dangerous in its design and manufacturing?

10:42

A. I'm not relying on peer-reviewed papers.

Q. Have you ever heard of the serial number equals zero issue?

A. From reviewing materials received, yes.

[redacted]

DEPOSITION OFFICER'S CERTIFICATE

(Civ. Proc. § 2025.520(e))

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF CONTRA COSTA )

I, CHERREE P. PETERSON, hereby certify:

I am a duly qualified Certified Shorthand Reporter, in the State of California, holder of Certificate Number CSR 11108 issued by the Court Reporters Board of California and which is in full force and effect. (Fed. R. Civ. P. 28(a)).

I am authorized to administer oaths or affirmations pursuant to California Code of Civil Procedure, Section 2093(b) and prior to being examined, the witness was first duly sworn by me. (Fed. R. Civ. P. 28(a), 30(f)(1)).

I am not a relative or employee of any attorney or counsel of any of the parties, nor am I a relative or employee of such attorney or counsel, nor am I financially interested in this action. (Fed. R. Civ. P. 28).

I am the deposition officer that stenographically recorded the testimony in the foregoing deposition and the foregoing transcript is a true record of the testimony given by the witness. (Fed. R. Civ. P.

BARKLEY Court Reporters

30(f)(1)).

Before completion of the deposition, review of the transcript (xx) was ( ) was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed, are appended hereto. (Fed. R. Civ. P. 30(e)).

Dated: November 20, 2020

____________________________