# FILED UNDER SEAL

Redacted in Full

# EXHIBIT 75