EXHIBIT 77

| Issue or Improvement | Immediate Correction / Description | Action Items | Owner | Target Date | % Complete | Completion Date | Status / Comments |
|---|---|---|---|---|---|---|---|
| Serial Number = 0 | → To address SN=0: Chart and Extron together could develop updated wiring harnesses for the TEC 3000 that would filter possible noise from all input electrical connections (valves, temp probes, serial cables, etc.). This was identified as a need to address the existing controllers in the field that are repeatedly experiencing the issue. Solution should be able to be installed in the field by a distributor technician. | o **Extron** will begin replacing affected microchips that are returned for repairs vs re-flashing the firmware. Chip is already compromised once issue has occurred once. | Michael | Michael | Michael | Michael | Brendon: Extron – the valves have no back EMF protection on them. Suspect this is causing issues with the controller. No diode on the coils, this should solve that issue. Put the diode in parallel across the valve (1 A **diode**). A penny part that could be incorporated into the wire harness.<br>3/12/18 (Extron): We currently replaced a micro on a failed unit, and it passed. However, this is a very slow process, and is probably going to only be 50% successful. A new board may be the more effective way to go. (If the micro is replaced, you will get the serial number back once re-programmed) |
| | | • **Chart** Tech Service will continue to replace warranty controllers that experience this issue and have the controller sent back to Ball Ground engineering for evaluation. From there forwarded to Extron as needed. | Brendon | 3/31/2018 | | | • Effective date - 1/30/18<br>• Traceability process- 3/1/18: **RES** code (Category 5 in Case related items)- unintended reset/SN=0<br>-Reports-can be generated as requested |
| | | All TEC3000/Touchscreen failures in production and RMA (BP 3012) report to Ben Carey. Set failed parts aside, so Engineering can evaluate | Kyle Eubanks | 3/31/2018 | | | 3/1/18: Kyle reported a touchscreen failure and will send Ben the information and faulty part for testing. |
| | | • **Chart** will begin sending event downloads to Extron at the time we return each controller to them. – Brendon will guide Teresa, Kyle, and the QA team on how to accomplish this. | Mfg Quality (Leigh/Kip?) | 5/15/2018 | | | • Start date - process is in place, Kyle is familiar and will start assigning someone to take these reports. Teresa McCoy has been requested to add these to the NCR emails she sends.<br>• Traceability plan and reports-downloads can be stored and archived<br><br>3/1/18-Eng is evaluating controllers and will communicate when to return the controllers to Extron after testing is complete. |
| Issue: (1) SN reading=0 & lose traceability of data; (2) Tank is filling & does not know when to stop | Investigation still in process | Engineering is collecting faulty equipment and conducting testing. | Ben/Richard | 3/15/2018 | | | 3/12/18 (Extron): Just to note we are currently working with your engineering department to resolve the uptick in the serial number and data history loss more recently. Should be noted as it does tie into the quality discussions we are having. |
| Returns from EU | NA | • **Chart** - 30 units coming back from Europe? If so, don't reset to default and lose the codes. We need to get those in here "as is" so we can determine what is going on with them. | Jose? | Jose? | Jose? | Jose? | Teresa and Brendon are not aware of these 30. Jose to provide more information on this task |
| Richard – TEC3000 microchip and some factory data released in reference to recall on timer | Michael | o **Extron** will look into this to see if this could be causing the serial numbers to disappear. | Michael | Michael | Michael | Michael | |
| Ramon – TEC3000 loss of Data upon restore settings? He thinks that prior to 2009 this didn't happen? | Michael | o **Extron** will be comparing the code from the different versions to see if there was any change that could have caused this to no longer be available | Michael | Michael | Michael | Michael | |
| Transducer Problem | NA | o **Extron** will send a root cause analysis to Chart on the transducer problem | Michael | Michael | Michael | Michael | 3/12/18 (Extron): We have not had any failures besides the 4-5 we sent in to Lakeland that you sent in to Honeywell. Those barbs were out of spec, however Honeywell wouldn't warranty them, because one of each ports were cut off for Extron Engineering/Quality to get a good caliper reading. Which I think is a little BS. |
| Serial Number Traceability | NA | o **Extron** will look into changing the serial numbers when they come in and resell as referb. Maybe -1, -2, -3, etc. | Michael | Michael | Michael | Michael | 3/12/18 (Extron): Yes, we have adding a -1 |

| Training Chart Team | NA | o **Extron** It was agreed upon with the Chart group including Kyle that we will make trip to Atlanta to train and see how manufacturing tests the controllers in 2nd week of April. | Michael | Michael | Michael | Michael | |
| MVETS Tester | NA | o **Extron** will send Chart a timeline on when the new tester for the MVETS will be available | Michael | Michael | Michael | Michael | |
| Multiple languages that we have proposed for the MVETS. | → **Richard also brought up the multiple languages that we have proposed for the MVETS.** | • **Chart** Richart - Generate PO? | Ben/Richard | 3/9/2018 | | | |