# FILED UNDER SEAL

Redacted in Full

EXHIBIT 78