Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>Case No. 3:18-cv-01586<br>(A.B., C.D., E.F., G.H., and I.J.) | Case No. 3:18-cv-01586-JSC<br><br>**DECLARATION OF AMY M. ZEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Amy M. Zeman, declare as follows:

1. I am a partner at the law firm Gibbs Law Group LLP, counsel for plaintiffs in the above-captioned action. I submit this declaration in accordance with Civil Local Rule 79-5 in support of Plaintiffs' Administrative Motion to Seal the following documents or portions thereof:

- ➢ Portions of Plaintiffs' Opposition to Chart's Motions to Exclude Kasbekar, Wininger and Grill;
- ➢ Portions of Plaintiffs' Opposition to Chart's Motion for Summary Judgment; and
- ➢ Certain exhibits to the Declaration of Amy M. Zeman in Support of Plaintiffs' Opposition to Motions to Exclude Kasbekar, Wininger and Grill and to Motion for Summary Judgment, including those listed after paragraph 5 below.

2. On November 5, 2020, the Court entered the Parties' second Amended Stipulated Protective Order, under which a party or non-party may designate information or items that it produces or discloses in response to discovery as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." (ECF No. 598, ¶ 5.2.) Paragraph 12.3 of the Stipulated Protective Order prohibits a party from filing in the public record any Protected Material without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons. (*Id.* ¶ 12.3).

3. The following portions of **Plaintiffs' Opposition to Chart's Motions to Exclude Kasbekar, Wininger and Grill** quote, reference, or otherwise rely on documents designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Second Amended Stipulated Protective Order.

| Page | Line(s) | Designating Entity |
|---|---|---|
| 3 | 14 - 19 | Chart |
| 5 | 2 - 3 | Chart |
| 5 | 7 - 17 | Chart |
| 5 | Image | Chart |
| 6 | 1 - 11 | Chart |
| 6 | 20 - 28 | Chart |
| 7 | 1 - 2 | Chart |
| 7 | 12 - 16 | Chart |
| 7 | Images | Chart |

| Page | Line(s) | Designating Entity |
|---|---|---|
| 8 | 4 - 18 | Chart |
| 8 | 28 | Chart |
| 9 | 1 - 15 | Chart |
| 9 | 25 - 28 | Chart |
| 9 | Image | Chart |
| 12 | 14 - 15 | Chart |
| 16 | 1 | Chart |
| 16 | 3 - 4 | Chart |
| 16 | 26 - 28 | Chart |
| 17 | 1 - 8 | Chart |
| 17 | 18 - 24 | Chart |
| 18 | 1 - 3 | Chart |
| 18 | 20 - 25 | Chart |
| 19 | 4 - 5 | Chart |
| 19 | 14 - 28 | Chart |
| 21 | 11 - 25 | Chart |
| 21 | 27 - 28 | Chart |
| 22 | 1 - 12 | Chart |
| 22 | 15 - 19 | Chart |
| 23 | 9 - 18 | Chart |
| 26 | 2 - 4 | Chart |

4. The following portions of **Plaintiffs' Opposition to Chart's Motions for Summary Judgment** quote, reference, or otherwise rely on documents designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Second Amended Stipulated Protective Order.

| Page | Line(s) | Designating Entity |
|---|---|---|
| 2 | 10-14 | Chart |
| 2 | 21-25 | Chart |
| 2 | 27-28 | Chart |
| 4 | 13-16 | Chart |
| 6 | 15-20 | Chart |
| 6 | 25-28 | Chart |
| 7 | 5-12 | Chart |
| 8 | 18-19 | Chart |
| 8 | Image at bottom right | Chart |
| 10 | 1-10 | Chart |
| 10 | 14-26 | Chart |
| 11 | 11-20 | Chart |
| 11 | 28 | Chart |

| Page | Line(s) | Designating Entity |
|---|---|---|
| 11 | Image | Chart |
| 12 | 1-23 | Chart |
| 12 | 27-28 | Chart |
| 12 | Image | Chart |
| 13 | 1 | Chart |
| 14 | 9-11 | Chart |
| 14 | 13-18 | Chart |
| 14 | 21-27 | Chart |
| 15 | 1-14 | Chart |
| 15 | 18 | Chart |
| 15 | 26-27 | Chart |
| 16 | 1-2 | Chart |
| 16 | 8-12 | Chart |
| 21 | 16-18 | Chart |
| 21 | 25-26 | Chart |
| 24 | 7-8 | Chart |
| 24 | 10 | Chart |
| 26 | 11-13 | Chart |
| 27 | 5-7 | Chart |
| 28 | 13-15 | Chart |
| 30 | 25-28 | Chart |
| 31 | 1-3 | Chart |
| 31 | 6-7 | Chart |
| 31 | 25-28 | Chart |
| 32 | 1-2 | Chart |
| 32 | 4-10 | Chart |

5. The following **exhibits to the Declaration of Amy M. Zeman in Support of Plaintiffs' Opposition to Motions to Exclude Kasbekar, Wininger and Grill and to Motion for Summary Judgment** quote, reference, or otherwise rely on documents designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Second Amended Stipulated Protective Order.

| Exhibit | Document Description | Portions to be Sealed | Designating Entity |
|---|---|---|---|
| 1 | 11/06/20 Report of A. Kasbekar, as amended on 11/30/20 | Figures 1-74<br>p.5, sentence 4<br>p.6, first 4 lines<br>p.6-7, full ¶ spanning pages<br>p.6, first full ¶<br>pp.10-35 | Chart |

| Exhibit | Document Description | Portions to be Sealed | Designating Entity |
|---|---|---|---|
|  |  | p.36, all but last two lines<br>p.37, first full ¶<br>p.37-38, ¶ spanning pages<br>pp.38-57<br>pp.59-61<br>p.62, first two lines |  |
| 2 | 11/06/20 Report of E. Leaphart | p.1, Summary of Opinions, No. 1-4<br>p.7 (excluding ¶1)<br>p.8, 4.1, ¶¶2-5<br>pp.10-32<br>p.35, ¶¶6.1, 6.2<br>p.36, ¶¶ 6.3, 6.4<br>p.38, ¶1 | Chart |
| 3 | 11/24/20 J. Cauthen Deposition Excerpts | In full | Chart |
| 5 | 11/20/20 Supplemental Report of F. Miller | p.4, ¶III.E(3)<br>pp.6-7, ¶IV.B<br>p.8, section V<br>pp.12-22, ¶VI.B (incl. Figures 4-13)<br>p.23, section VIII | Chart |
| 6 | 11/06/20 Report of R. Parrington | In full | Chart |
| 7 | 11/25/20 A. Kasbekar Deposition Excerpts | 26:18 – 32:10<br>37:8-12<br>51:22 – 55:25 | Chart |
| 8 | 12/13/2019 A. Kasbekar Deposition Excerpts | 67:24-25<br>93:1 – 94:25 | Chart |
| 9 | 11/16/20 R. Parrington Deposition Excerpts | 82:21 – 83:6<br>83:10 – 85:3<br>91:1-4<br>92:4-9<br>97:23-24<br>102:24 – 103:1<br>111:12-23<br>114:23-25<br>140:4-19<br>140:23-24 | Chart |
| 10 | CHART070444 | In full | Chart |
| 12 | 12/04/20 Rebuttal Report of R. Parrington | In full | Chart |
| 13 | 12/04/20 Rebuttal Report of A. Kasbekar | pp.1-18<br>Figures 1-7 | Chart |
| 15 | 11/30/20 D. Wininger Deposition Excerpts | 37:1-4<br>37:22-24 | Chart |
| 16 | 11/23/20 G. Centola Deposition Excerpts | In full | Chart |

| Exhibit | Document Description | Portions to be Sealed | Designating Entity |
|---|---|---|---|
| 17 | 11/06/20 Report of E. Grill, as amended on 11/19/20 | Plf. names at pp.1-3, 20-54, Exhibit A | Plaintiffs |
| 18 | 12/11/20 A. Lawson Deposition Excerpts | 115:14 (Plf. Name) | Plaintiffs |
| 22 | 12/01/20 F. Miller Deposition Excerpts | In full | Chart |
| 23 | 12/15/20 A. Kasbekar Deposition Excerpts | In full | Chart |
| 27 | CHART050770 | In full | Chart |
| 28 | 12/04/20 Report of A. Lawson | Plf. names at pp. 3, 8-9, 11, and 18 | Plaintiffs |
| 35 | 01/23/20 J. Brooks Deposition Excerpts | In full | Chart |
| 41 | 01/14/20 J. Junnier Deposition Excerpts | In full | Chart |
| 42 | CHART034331-33 | In full | Chart |
| 43 | CHART051322-30 | In full | Chart |
| 44 | CHART062204-13 | In full | Chart |
| 45 | CHART070695-701 | In full | Chart |
| 46 | CHART008310-20 | In full | Chart |
| 48 | 02/06/20 K. Gustafson Deposition Excerpts | In full | Chart |
| 50 | 02/18/20 R. Gonzalez Deposition Excerpts | In full | Chart |
| 51 | CHART004576-79 | In full | Chart |
| 53 | CHART070093 | In full | Chart |
| 54 | EXTRON000225-30 | In full | Extron |
| 55 | CHART033664-65 | In full | Chart |
| 56 | CHART08978-79 | In full | Chart |
| 57 | EXTRON004150-51 | In full | Extron |
| 58 | CHART017944-47 | In full | Chart |
| 59 | CHART038721-25 | In full | Chart |
| 60 | CHART002854-55 | In full | Chart |
| 61 | 02/20/20 B. Wade Deposition Excerpts | 104:21 – 105:25<br>127:4-12 | Chart |
| 62 | CHART028403-05 | In full | Chart |
| 63 | CHART020048-53 | In full | Chart |
| 64 | CHART007923-25 | In full | Chart |
| 65 | 11/06/20 Report of N. Jewell | Tables at pp.9, 13, 14, 19, 23, 27, 28, 33, 38, 40, 42-43, 45-46, 48-49, 51, 54, 58, 61, 63, 66<br>¶¶ 31-44, 46-55, 57-69, 71-78, 80-84, 86-89, 91-111, 113-139<br>Fns. 6, 11-13, 15, 18-21, 23-25, 27-28, 30-34, 36-40, 42-45, 47, 49-50, 52-53, 55-56, 58-62, 64-77, 79-88 | Pacific MSO |
| 68 | 11/06/20 Report of S. Somkuti, as amended on 11/16/20 | p.2, V (Plf. Names)<br>p.3, ¶1 (Plf. Names)<br>pp.12-13, ¶29 | Plaintiffs (for names) |

DECLARATION OF AMY M. ZEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:18-cv-01586-JSC

| Exhibit | Document Description | Portions to be Sealed | Designating Entity |
|---|---|---|---|
| | | p.14-22 and ii-iii (Plf. Names, initials, and delivery dates) | Pacific MSO (pp.12-13, ¶29 |
| 69 | 11/06/20 J. Cauthen Deposition Excerpts | p.4, "Findings," No. 1-4<br>pp.8-12, ¶II.A<br>p.23, "Conclusion," No. 1-4 | Chart |
| 70 | 10/05/20 B. Ingram Deposition Excerpts | 65:16 - 67:25 | Chart |
| 74 | 11/18/20 E. Leaphart Deposition Excerpts | 76:10-25 | Chart |
| 75 | CHART015541-43 | In full | Chart |
| 76 | CHART058287-93 | In full | Chart |
| 78 | CHART031817 | In full | Chart |
| 79 | PFC_000027-36 | In full | PFC |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of January 2021, in San Rafael, California.

_/s/Amy M. Zeman_____
Amy M. Zeman

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2021, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

Dated: January 29, 2021

>> */s/Amy M. Zeman*
>> Amy M. Zeman

DECLARATION OF AMY M. ZEMAN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 3:18-cv-01586-JSC