Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>Case No. 3:18-cv-01586<br>(A.B., C.D., E.F., G.H., and I.J.) | Case No. 3:18-cv-01586-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

For good cause shown, the Court GRANTS Plaintiffs' Administrative Motion to file Under Seal these documents:

- ➢ Portions of Plaintiffs' Opposition to Chart's Motions to Exclude Kasbekar, Wininger and Grill;
- ➢ Portions of Plaintiffs' Opposition to Chart's Motion for Summary Judgment; and
- ➢ Certain exhibits to the Declaration of Amy M. Zeman in Support of Plaintiffs' Opposition to Motions to Exclude Kasbekar, Wininger and Grill and to Motion for Summary Judgment, including those listed in the third table below.

The Court hereby ORDERS that the following portions of Plaintiffs' Opposition to Chart's Motions to Exclude Kasbekar, Wininger and Grill are to be maintained under seal:

| Page | Line(s) | Designating Entity |
|---|---|---|
| 3 | 14 - 19 | Chart |
| 5 | 2 - 3 | Chart |
| 5 | 7 - 17 | Chart |
| 5 | Image | Chart |
| 6 | 1 - 11 | Chart |
| 6 | 20 - 28 | Chart |
| 7 | 1 - 2 | Chart |
| 7 | 12 - 16 | Chart |
| 7 | Images | Chart |
| 8 | 4 - 18 | Chart |
| 8 | 28 | Chart |
| 9 | 1 - 15 | Chart |
| 9 | 25 - 28 | Chart |
| 9 | Image | Chart |
| 12 | 14 - 15 | Chart |
| 16 | 1 | Chart |
| 16 | 3 - 4 | Chart |
| 16 | 26 - 28 | Chart |
| 17 | 1 - 8 | Chart |
| 17 | 18 - 24 | Chart |
| 18 | 1 - 3 | Chart |
| 18 | 20 - 25 | Chart |
| 19 | 4 - 5 | Chart |
| 19 | 14 - 28 | Chart |
| 21 | 11 - 25 | Chart |
| 21 | 27 - 28 | Chart |
| 22 | 1 - 12 | Chart |
| 22 | 15 - 19 | Chart |

| Page | Line(s) | Designating Entity |
|---|---|---|
| 23 | 9 - 18 | Chart |
| 26 | 2 - 4 | Chart |

The Court hereby ORDERS that the following portions of Plaintiffs' Opposition to Chart's Motions for Summary Judgment are to be maintained under seal:

| Page | Line(s) | Designating Entity |
|---|---|---|
| 2 | 10-14 | Chart |
| 2 | 21-25 | Chart |
| 2 | 27-28 | Chart |
| 4 | 13-16 | Chart |
| 6 | 15-20 | Chart |
| 6 | 25-28 | Chart |
| 7 | 5-12 | Chart |
| 8 | 18-19 | Chart |
| 8 | Image at bottom right | Chart |
| 10 | 1-10 | Chart |
| 10 | 14-26 | Chart |
| 11 | 11-20 | Chart |
| 11 | 28 | Chart |
| 11 | Image | Chart |
| 12 | 1-23 | Chart |
| 12 | 27-28 | Chart |
| 12 | Image | Chart |
| 13 | 1 | Chart |
| 14 | 9-11 | Chart |
| 14 | 13-18 | Chart |
| 14 | 21-27 | Chart |
| 15 | 1-14 | Chart |
| 15 | 18 | Chart |
| 15 | 26-27 | Chart |
| 16 | 1-2 | Chart |
| 16 | 8-12 | Chart |
| 21 | 16-18 | Chart |
| 21 | 25-26 | Chart |
| 24 | 7-8 | Chart |
| 24 | 10 | Chart |
| 26 | 11-13 | Chart |
| 27 | 5-7 | Chart |
| 28 | 13-15 | Chart |
| 30 | 25-28 | Chart |
| 31 | 1-3 | Chart |
| 31 | 6-7 | Chart |
| 31 | 25-28 | Chart |

| Page | Line(s) | Designating Entity |
|---|---|---|
| 32 | 1-2 | Chart |
| 32 | 4-10 | Chart |

The Court hereby ORDERS that the following portions of the exhibits to the Declaration of Amy M. Zeman in Support of Plaintiffs' Opposition to Motions to Exclude Kasbekar, Wininger and Grill and to Motion for Summary Judgment are to be maintained under seal:

| Exhibit | Document Description | Portions to be Sealed | Designating Entity |
|---|---|---|---|
| 1 | 11/06/20 Report of A. Kasbekar, as amended on 11/30/20 | Figures 1-74<br>p.5, sentence 4<br>p.6, first 4 lines<br>p.6-7, full ¶ spanning pages<br>p.6, first full ¶<br>pp.10-35<br>p.36, all but last two lines<br>p.37, first full ¶<br>p.37-38, ¶ spanning pages<br>pp.38-57<br>pp.59-61<br>p.62, first two lines | Chart |
| 2 | 11/06/20 Report of E. Leaphart | p.1, Summary of Opinions, No. 1-4<br>p.7 (excluding ¶1)<br>p.8, 4.1, ¶¶2-5<br>pp.10-32<br>p.35, ¶¶6.1, 6.2<br>p.36, ¶¶ 6.3, 6.4<br>p.38, ¶1 | Chart |
| 3 | 11/24/20 J. Cauthen Deposition Excerpts | In full | Chart |
| 5 | 11/20/20 Supplemental Report of F. Miller | p.4, ¶III.E(3)<br>pp.6-7, ¶IV.B<br>p.8, section V<br>pp.12-22, ¶VI.B (incl. Figures 4-13)<br>p.23, section VIII | Chart |
| 6 | 11/06/20 Report of R. Parrington | In full | Chart |
| 7 | 11/25/20 A. Kasbekar Deposition Excerpts | 26:18 – 32:10<br>37:8-12<br>51:22 – 55:25 | Chart |
| 8 | 12/13/2019 A. Kasbekar Deposition Excerpts | 67:24-25<br>93:1 – 94:25 | Chart |
| 9 | 11/16/20 R. Parrington Deposition Excerpts | 82:21 – 83:6 | Chart |

| Exhibit | Document Description | Portions to be Sealed | Designating Entity |
|---|---|---|---|
|  |  | 83:10 – 85:3<br>91:1-4<br>92:4-9<br>97:23-24<br>102:24 – 103:1<br>111:12-23<br>114:23-25<br>140:4-19<br>140:23-24 |  |
| 10 | CHART070444 | In full | Chart |
| 12 | 12/04/20 Rebuttal Report of R. Parrington | In full | Chart |
| 13 | 12/04/20 Rebuttal Report of A. Kasbekar | pp.1-18<br>Figures 1-7 | Chart |
| 15 | 11/30/20 D. Wininger Deposition Excerpts | 37:1-4<br>37:22-24 | Chart |
| 16 | 11/23/20 G. Centola Deposition Excerpts | In full | Chart |
| 17 | 11/06/20 Report of E. Grill, as amended on 11/19/20 | Plf. names at pp.1-3, 20-54, Exhibit A | Plaintiffs |
| 18 | 12/11/20 A. Lawson Deposition Excerpts | 115:14 (Plf. Name) | Plaintiffs |
| 22 | 12/01/20 F. Miller Deposition Excerpts | In full | Chart |
| 23 | 12/15/20 A. Kasbekar Deposition Excerpts | In full | Chart |
| 27 | CHART050770 | In full | Chart |
| 28 | 12/04/20 Report of A. Lawson | Plf. names at pp. 3, 8-9, 11, and 18 | Plaintiffs |
| 35 | 01/23/20 J. Brooks Deposition Excerpts | In full | Chart |
| 41 | 01/14/20 J. Junnier Deposition Excerpts | In full | Chart |
| 42 | CHART034331-33 | In full | Chart |
| 43 | CHART051322-30 | In full | Chart |
| 44 | CHART062204-213 | In full | Chart |
| 45 | CHART070695-701 | In full | Chart |
| 46 | CHART008310-320 | In full | Chart |
| 48 | 02/06/20 K. Gustafson Deposition Excerpts | In full | Chart |
| 50 | 02/18/20 R. Gonzalez Deposition Excerpts | In full | Chart |
| 51 | CHART004576-79 | In full | Chart |
| 53 | CHART070093 | In full | Chart |
| 54 | EXTRON000225-30 | In full | Extron |
| 55 | CHART033664-65 | In full | Chart |
| 56 | CHART08978-79 | In full | Chart |
| 57 | EXTRON004150-51 | In full | Extron |
| 58 | CHART017944-47 | In full | Chart |
| 59 | CHART038721-25 | In full | Chart |
| 60 | CHART002854-55 | In full | Chart |
| 61 | 02/20/20 B. Wade Deposition Excerpts | 104:21 – 105:25<br>127:4-12 | Chart |
| 62 | CHART028403-05 | In full | Chart |

| Exhibit | Document Description | Portions to be Sealed | Designating Entity |
|---|---|---|---|
| 63 | CHART020048-53 | In full | Chart |
| 64 | CHART007923-25 | In full | Chart |
| 65 | 11/06/20 Report of N. Jewell | Tables at pp.9, 13, 14, 19, 23, 27, 28, 33, 38, 40, 42-43, 45-46, 48-49, 51, 54, 58, 61, 63, 66<br>¶¶ 31-44, 46-55, 57-69, 71-78, 80-84, 86-89, 91-111, 113-139<br>Fns. 6, 11-13, 15, 18-21, 23-25, 27-28, 30-34, 36-40, 42-45, 47, 49-50, 52-53, 55-56, 58-62, 64-77, 79-88 | Pacific MSO |
| 68 | 11/06/20 Report of S. Somkuti, as amended on 11/16/20 | p.2, V (Plf. Names)<br>p.3, ¶1 (Plf. Names)<br>pp.12-13, ¶29<br>p.14-22 and ii-iii (Plf. Names, initials, and delivery dates) | Plaintiffs (for names)<br>Pacific MSO (pp.12-13, ¶29 |
| 69 | 11/06/20 J. Cauthen Deposition Excerpts | p.4, "Findings," No. 1-4<br>pp.8-12, ¶II.A<br>p.23, "Conclusion," No. 1-4 | Chart |
| 70 | 10/05/20 B. Ingram Deposition Excerpts | 65:16 - 67:25 | Chart |
| 74 | 11/18/20 E. Leaphart Deposition Excerpts | 76:10-25 | Chart |
| 75 | CHART015541-43 | In full | Chart |
| 76 | CHART058287-93 | In full | Chart |
| 78 | CHART031817 | In full | Chart |
| 79 | PFC_000027-36 | In full | PFC |

**IT IS SO ORDERED.**


Dated: _____        _____
                                    The Honorable Jacqueline Scott Corley

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2021, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

Dated: January 29, 2021

>   */s/Amy M. Zeman*
>   Amy M. Zeman