# FILED UNDER SEAL

## Redacted in Full

EXHIBIT 1