# EXHIBIT 2

| specific_data_stats | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Embryo Tank 4 data entries** | | | | | | | | | | |
| **Log date** | **Latest Entry** | **Original Entry (if different from latest)** | **Latest Entry By** | **Date and time of last entr** | **Last Comment** | **Last Comment entered b** | **Last Comment Update** | **Original Comment Created** | **Original Commenter** | **Original Comment** |
| 2018-02-20 | 14 | | Jean | 2018-02-20 19:13:13 -0500 | | | | | | |
| 2018-02-21 | 13.4 | | Anya Sokolova | 2018-02-21 18:16:17 -0500 | | | | | | |
| 2018-02-23 | 14 | | Hana Lamb | 2018-02-23 17:54:19 -0500 | | | | | | |
| 2018-02-24 | 13 | | Erin | 2018-02-24 14:34:26 -0500 | | | | | | |