Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

John J. Duffy
Kevin M. Ringel
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100
Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com

Marc G. Cowden
Adam Stoddard
**SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN**
A Professional Corporation
1033 Willow Street
San Jose, California 95125
Tel: (408) 288-9700
Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

*Counsel for Defendant Chart Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to: All Cases | Master Case No. 3:18-cv-01586-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL TRIALS** |

WHEREAS, there are currently 137 cases consolidated before this Court as In Re Pacific Fertility Center Litigation;

WHEREAS, the first case is scheduled to begin trial on May 3, 2021;

WHEREAS, this Court entered the parties' December 4, 2020 Joint Stipulation Regarding Additional Trials (Dkt. No. 620) which, among other things, set the first Additional Trial to begin on November 8, 2021;

NOW THEREFORE, pursuant to the Joint Stipulation Regarding Additional Trials, the parties through their respective counsel and subject to the Court's approval, hereby stipulate that:

1.    The second Additional Trial (April 11, 2022) will be comprised of the cases identified below.

| Case Name | Case Number |
|---|---|
| A.I. v. Chart Inc. | 3:20-cv-05046 |
| F.B. v. Chart Inc. | 3:20-cv-05059 |
| J.A. v. Chart Inc. | 3:20-cv-04986 |
| U.B. v. Chart Inc. | 3:20-cv-05093 |
| X.C. v. Chart Inc. | 3:20-cv-05009 |

//

//

//

//

//

//

//

1

2.      The second Additional Trial will begin on April 11, 2022, with these preceding

deadlines:

| | |
|---|---|
| Fact Discovery Cut-Off | September 3, 2021 |
| Deadline to serve expert reports | September 16, 2021 |
| Deadline to serve rebuttal expert reports | November 18, 2021 |
| Expert Discovery Cut-Off | December 2, 2021 |
| Deadline to file summary judgment and Daubert motions | December 17, 2021 |
| Deadline to file oppositions to summary judgment and Daubert motions | January 21, 2022 |
| Deadline to file replies to summary judgment and Daubert motions | February 4, 2022 |
| Hearing on summary judgment and Daubert motions | February 24, 2022 |
| Parties to serve, but not file, motions in limine and exchange proposed jury instructions | March 10, 2022 |
| Parties to serve, but not file, oppositions to motions in limine | March 17, 2022 |
| Deadline for Parties to meet and confer regarding motions in limine and proposed jury instructions | March 22, 2022 |
| In lieu of preparing a Joint Pretrial Conference Statement, the parties shall meet and confer in person or via videoconference, and then prepare and file: (1) a jointly signed Proposed Final Pretrial Order; (2) a joint set of proposed instructions on substantive issues of law arranged in a logical sequence; (3) a separate memorandum of law in support of each party's disputed instructions; (4) proposed voir dire questions; (5) trial briefs on controlling issues of law; (6) proposed verdict forms; (7) objections to exhibits; and (8) a joint simplified Statement of the Case | March 24, 2022 |
| Parties to file motions in limine and oppositions together, back-to-back, in properly identified separate memoranda | March 24, 2022 |
| Pretrial Conference | March 31, 2022 |
| Trial of Second Additional Case | April 11, 2022 |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL TRIALS
MASTER CASE NO. 3:18-cv-01586-JSC

3.	The third Additional Trial will begin on September 12, 2022, with these preceding deadlines:

| | |
|---|---|
| Exchange and random selection of Additional Cases to be included in trial | September 3, 2021 |
| Fact Discovery Cut-Off | February 4, 2022 |
| Deadline to serve expert reports | February 18, 2022 |
| Deadline to serve rebuttal expert reports | April 22, 2022 |
| Expert Discovery Cut-Off | May 6, 2022 |
| Deadline to file summary judgment and Daubert motions | May 20, 2022 |
| Deadline to file oppositions to summary judgment and Daubert motions | June 24, 2022 |
| Deadline to file replies to summary judgment and Daubert motions | July 8, 2022 |
| Hearing on summary judgment and Daubert motions | August 4, 2022 |
| Parties to serve, but not file, motions in limine and exchange proposed jury instructions | August 11, 2022 |
| Parties to serve, but not file, oppositions to motions in limine | August 18, 2022 |
| Deadline for Parties to meet and confer regarding motions in limine and proposed jury instructions | August 23, 2022 |
| In lieu of preparing a Joint Pretrial Conference Statement, the parties shall meet and confer in person or via videoconference, and then prepare and file: (1) a jointly signed Proposed Final Pretrial Order; (2) a joint set of proposed instructions on substantive issues of law arranged in a logical sequence; (3) a separate memorandum of law in support of each party's disputed instructions; (4) proposed voir dire questions; (5) trial briefs on controlling issues of law; (6) proposed verdict forms; (7) objections to exhibits; and (8) a joint simplified Statement of the Case | August 25, 2022 |
| Parties to file motions in limine and oppositions together, back-to-back, in properly identified separate memoranda | August 25, 2022 |
| Pretrial Conference | September 1, 2022 |
| Trial of Third Additional Case | September 12, 2022 |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL TRIALS
MASTER CASE NO. 3:18-cv-01586-JSC

4.      The fourth Additional Trial will begin on February 20, 2023, with these preceding deadlines:

| | |
|---|---|
| Exchange and random selection of Additional Cases to be included in trial | February 11, 2022 |
| Fact Discovery Cut-Off | July 12, 2022 |
| Deadline to serve expert reports | July 26, 2022 |
| Deadline to serve rebuttal expert reports | September 2, 2022 |
| Expert Discovery Cut-Off | October 6, 2022 |
| Deadline to file summary judgment and Daubert motions | October 21, 2022 |
| Deadline to file oppositions to summary judgment and Daubert motions | November 23, 2022 |
| Deadline to file replies to summary judgment and Daubert motions | December 9, 2022 |
| Hearing on summary judgment and Daubert motions | January 5, 2023 |
| Parties to serve, but not file, motions in limine and exchange proposed jury instructions | January 19, 2023 |
| Parties to serve, but not file, oppositions to motions in limine | January 26, 2023 |
| Deadline for Parties to meet and confer regarding motions in limine and proposed jury instructions | January 31, 2023 |
| In lieu of preparing a Joint Pretrial Conference Statement, the parties shall meet and confer in person or via videoconference, and then prepare and file: (1) a jointly signed Proposed Final Pretrial Order; (2) a joint set of proposed instructions on substantive issues of law arranged in a logical sequence; (3) a separate memorandum of law in support of each party's disputed instructions; (4) proposed voir dire questions; (5) trial briefs on controlling issues of law; (6) proposed verdict forms; (7) objections to exhibits; and (8) a joint simplified Statement of the Case | February 2, 2023 |
| Parties to file motions in limine and oppositions together, back-to-back, in properly identified separate memoranda | February 2, 2023 |
| Pretrial Conference | February 9, 2023 |
| Trial of Fourth Additional Case | February 20, 2023 |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL TRIALS
MASTER CASE NO. 3:18-cv-01586-JSC

5.      The fifth Additional Trial will begin on July 17, 2023, with these preceding deadlines:

| | |
|---|---|
| Exchange and random selection of Additional Cases to be included in trial | July 8, 2022 |
| Fact Discovery Cut-Off | December 9, 2022 |
| Deadline to serve expert reports | December 22, 2022 |
| Deadline to serve rebuttal expert reports | February 23, 2023 |
| Expert Discovery Cut-Off | March 9, 2023 |
| Deadline to file summary judgment and Daubert motions | March 24, 2023 |
| Deadline to file oppositions to summary judgment and Daubert motions | April 28, 2023 |
| Deadline to file replies to summary judgment and Daubert motions | May 12, 2023 |
| Hearing on summary judgment and Daubert motions | June 1, 2023 |
| Parties to serve, but not file, motions in limine and exchange proposed jury instructions | June 15, 2023 |
| Parties to serve, but not file, oppositions to motions in limine | June 22, 2023 |
| Deadline for Parties to meet and confer regarding motions in limine and proposed jury instructions | June 27, 2023 |
| In lieu of preparing a Joint Pretrial Conference Statement, the parties shall meet and confer in person or via videoconference, and then prepare and file: (1) a jointly signed Proposed Final Pretrial Order; (2) a joint set of proposed instructions on substantive issues of law arranged in a logical sequence; (3) a separate memorandum of law in support of each party's disputed instructions; (4) proposed voir dire questions; (5) trial briefs on controlling issues of law; (6) proposed verdict forms; (7) objections to exhibits; and (8) a joint simplified Statement of the Case | June 29, 2023 |
| Parties to file motions in limine and oppositions together, back-to-back, in properly identified separate memoranda | June 29, 2023 |
| Pretrial Conference | July 6, 2023 |
| Trial of Fifth Additional Case | July 17, 2023 |

**IT IS SO STIPULATED.**

Dated: February 22, 2021

By: ___/s/ Dena C. Sharp_____          By: ___/s/ Amy M. Zeman_____
Dena C. Sharp (State Bar No. 245869)       Eric H. Gibbs (State Bar No. 178658)
Adam E. Polk (State Bar No. 273000)        Amy M. Zeman (State Bar No. 273100)
**GIRARD SHARP LLP**                       **GIBBS LAW GROUP LLP**
601 California Street, 14th Floor           505 14th Street, Suite 1110
San Francisco, CA 94108                    Oakland, CA 94612
Tel: (415) 981-4800                        Tel: (510) 350-9700
Fax: (415) 981-4846                        Fax: (510) 350-9701

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL TRIALS
MASTER CASE NO. 3:18-cv-01586-JSC

dsharp@girardsharp.com                ehg@classlawgroup.com
apolk@girardsharp.com                 amz@classlawgroup.com

By: ___/s/ Adam B. Wolf_____
Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR & KANE, A
PROFESSIONAL LAW
CORPORATION**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@pwcklegal.com

*Counsel for Plaintiffs*


By: ___/s/ Kevin M. Ringel_____
John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100
Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com

Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**SHEUERMAN, MARTINI, TABARI,
ZENERE & GARVIN**
1033 Willow Street
San Jose, California 95125
Tel: (408) 288-9700
Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

*Counsel for Defendant Chart Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ADDITIONAL TRIALS
MASTER CASE NO. 3:18-cv-01586-JSC

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Dena C. Sharp attest that concurrence in the filing of this document has been obtained by all counsel.

Dated: February 22, 2021 _____ */s/ Dena C. Sharp* _____

**IT IS SO ORDERED that the foregoing Stipulation is approved.**

Dated:  February 23, 2021  _____

Hon.

GRANTED

Jacqueline Scott Corley

Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7