Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>Case No. 3:18-cv-01586-JSC<br>(A.B., C.D., E.F., G.H., and I.J.) | Case No. 3:18-cv-01586-JSC<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND FILE ADDITIONAL MOTIONS IN LIMINE**<br><br>**N.D. Cal. Local Rules 7-11**<br><br>Judge: Hon. Jacqueline Scott Corley<br><br>No Hearing Date Set Pursuant to L.R. 7-11(c) |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs will and hereby do move the Court, pursuant to Civil Local Rule 7-11, for an administrative order enlarging the page limit for Plaintiffs' Opposition to Chart's Motion in Limine No. 1: Other Occurrence Evidence and allowing Plaintiffs to bring two additional Motions in Limine regarding evidentiary issues. Pursuant to Civil Local Rule 7-11(c), no hearing date has been set.

On April 2, 2021 Chart Inc. and Plaintiffs exchanged their respective Motions in Limine. Pursuant to the Court's Pretrial Order No. 1, "[e]ach party is limited to bringing five motions in limine." Dkt. No. 206. Although Chart served only four, its Motion in Limine No. 1: Other Occurrence Evidence includes 19 pages of briefing. As its length is 12 pages in excess of the parameters set by the Court's Pretrial Order, Plaintiffs may need more than seven pages to fully oppose it. Plaintiffs respectfully request that the Court allow them to submit an Opposition up to 10 pages in length to Chart's Motion in Limine No. 1: Other Occurrence Evidence.

Separately, at the Case Management Conference held March 24, 2021, the Court stated that the Pretrial Order limiting each side to five motions in limine only applies to evidentiary, not procedural, issues. Given the number of parties and third parties involved and the overall complexity of this litigation, Plaintiffs have identified more than five separate evidentiary topics they believe warrant an individual motion in limine. Plaintiffs have kept the additional motions as concise as possible to minimize any inconvenience caused to the Court. Plaintiff's proposed Motion in Limine No. 6: Non-Party Finances and Ownership and Motion in Limine No. 7: Insurance Coverage include only two pages of briefing a piece. In addition, Plaintiffs intend to file two short procedural motions in limine, one regarding the remote appearance of some witnesses and one regarding the confidentiality of Plaintiffs' identifying information.

For the above reasons, Plaintiffs respectfully request the Court: (1) permit them to file an Opposition to Chart's Motion in Limine No. 1: Other Occurrence Evidence of no more than ten pages; and (2) grant them leave to file two additional Motions in Limine regarding evidentiary issues.

Dated: April 9, 2021

Respectfully submitted,

By:    */s/ Amy M. Zeman*

Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' Counsel*

---

PLAINTIFFS' ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND
FILE ADDITIONAL MOTIONS IN LIMINE
CASE NO. 3:18-cv-01586-JSC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

　　　　　　　　　　　　　　　*/s/ Amy M. Zeman*