| | |
|---|---|
| Eric H. Gibbs (State Bar No. 178658) | Dena C. Sharp (State Bar No. 245869) |
| Amy M. Zeman (State Bar No. 273100) | Adam E. Polk (State Bar No. 273000) |
| **GIBBS LAW GROUP LLP** | Nina R. Gliozzo (State Bar No. 333569) |
| 505 14th Street, Suite 1110 | **GIRARD SHARP LLP** |
| Oakland, CA 94612 | 601 California Street, Suite 1400 |
| Tel: (510) 350-9700 | San Francisco, CA 94108 |
| Fax: (510) 350-9701 | Tel: (415) 981-4800 |
| ehg@classlawgroup.com | Fax: (415) 981-4846 |
| amz@classlawgroup.com | dsharp@girardsharp.com |
| | apolk@girardsharp.com |
| | ngliozzo@giarardsharp.com |

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>Case No. 3:18-cv-01586-JSC<br>(A.B., C.D., E.F., G.H., and I.J.) | Case No. 3:18-cv-01586-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING OPPOSITION MEMORANDUM PAGE LIMITS AND ADDITIONAL MOTIONS IN LIMINE**<br><br>Judge: Hon. Jacqueline Scott Corley |

1  Pursuant to Local Rule 7-12, Plaintiffs and Defendant Chart Inc., by and through their respective counsel, respectfully submit this Stipulation and [Proposed] Order Enlarging the Page Limit for Plaintiffs' Opposition to Chart's Motion in Limine No. 1: Other Occurrence Evidence and allowing Plaintiffs to bring two additional motions in limine regarding evidentiary issues.

WHEREAS, on April 2, 2021, Plaintiffs and Chart exchanged their respective motions in limine and then discussed on April 7, 2021 the total number each proposes to file;

WHEREAS, pursuant to the Court's Pretrial Order No. 1, each party is limited to bringing five motions in limine (Dkt. No. 206);

WHEREAS, at the Case Management Conference held March 24, 2021, the Court stated that the Pretrial Order limiting each side to five motions in limine only applies to evidentiary, not procedural, issues;

WHEREAS, Chart's Motion in Limine No. 1: Other Occurrence Evidence includes 19 pages of briefing;

WHEREAS, Plaintiffs may require additional pages to fully oppose Chart's Motion in Limine No. 1: Other Occurrence Evidence and propose to submit an opposition brief of up to 10 pages, to which Defendant has agreed;

WHEREAS, Plaintiffs propose filing two motions in limine regarding procedural issues and Defendant has agreed to Plaintiffs' proposal;

WHEREAS, Plaintiffs propose filing seven motions in limine regarding evidentiary issues and Defendant has agreed to Plaintiffs' proposal;

NOW, THEREFORE, the parties, through their respective counsel, hereby stipulate that Plaintiffs be permitted to submit a 10-page opposition to Chart's Motion in Limine No. 1: Other Occurrence Evidence and be permitted to file seven motions in limine regarding evidentiary issues.

**IT IS SO STIPULATED.**

Dated: April 9, 2021                    By:   /s/ Amy M. Zeman
                                        Eric H. Gibbs (State Bar No. 178658)
                                        Amy M. Zeman (State Bar No. 273100)
                                        **GIBBS LAW GROUP LLP**
                                        505 14th Street, Suite 1110
                                        Oakland, CA 94612

|   |   |
|---|---|
|   | Tel: (510) 350-9700 |
|   | Fax: (510) 350-9701 |
|   | ehg@classlawgroup.com |
|   | amz@classlawgroup.com |
|   |   |
|   | Dena C. Sharp (State Bar No. 245869) |
|   | Adam E. Polk (State Bar No. 273000) |
|   | Nina R. Gliozzo (State Bar No. 333569) |
|   | **GIRARD SHARP LLP** |
|   | 601 California Street, Suite 1400 |
|   | San Francisco, CA 94108 |
|   | Tel: (415) 981-4800 |
|   | Fax: (415) 981-4846 |
|   | dsharp@girardsharp.com |
|   | apolk@girardsharp.com |
|   | ngliozzo@girardsharp.com |
|   |   |
|   | Adam B. Wolf (State Bar No. 215914) |
|   | Tracey B. Cowan (State Bar No. 250053) |
|   | **PEIFFER WOLF CARR KANE & CONWAY, APLC** |
|   | 4 Embarcadero Center, Suite 1400 |
|   | San Francisco, CA 94111 |
|   | Tel: (415) 766-3545 |
|   | Fax: (415) 402-0058 |
|   | awolf@peifferwolf.com |
|   | tcowan@peifferwolf.com |
|   |   |
|   | *Plaintiff's Counsel* |
| Dated: April 9, 2021 | By:     */s/ Kevin M. Ringel*             |
|   | John J. Duffy (SB No. 6224834) |
|   | Kevin M. Ringel (SB No. 6308106) |
|   | **SWANSON, MARTIN & BELL, LLP** |
|   | 330 N Wabash, Suite 3300 |
|   | Chicago, Illinois 60611 |
|   | Tel: (312) 321-9100 |
|   | Fax: (312) 321-0990 |
|   | jduffy@smbtrials.com |
|   | kringel@smbtrials.com |
|   |   |
|   | Marc G. Cowden (SB No. 169391) |
|   | Adam Stoddard (SB No. 272691) |
|   | **SHEUERMAN, MARTINI, TABARI, SENERE & GARVIN** |
|   | 1033 Willow Street |
|   | San Jose, California 95125 |
|   | Tel: (408) 288-9700 |

STIPULATION AND [PROPOSED] ORDER REGARDING
OPPOSITION MEMORANDUM PAGE LIMITS AND ADDITIONAL MOTIONS IN LIMINE
CASE NO. 3:18-cv-01586-JSC

Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

*Counsel for Defendant Chart Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                     _____
                                           Hon. Jacqueline S. Corley
                                           UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Amy M. Zeman, attest that concurrence in the filing of this document has been obtained.

Dated: April 9, 2021     /s/ *Amy M. Zeman*
                          Amy M. Zeman