Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>No. 3:18-cv-01586<br>(A.B., C.D., E.F., G.H., and I.J.) | Case No. 3:18-cv-01586-JSC<br><br>**PLAINTIFFS' AND DEFENDANT CHART INC.'S SEPARATE PROPOSED SPECIAL VERDICT FORMS**<br><br>Pretrial Hearing: April 29, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Jacqueline Scott Corley<br>Place: Courtroom F, 15th Floor<br><br>Trial Date: May 20, 2021 |

Pursuant to the Court's Pretrial Order, the parties hereby submit the following separate proposed verdict forms:

- Plaintiffs' Proposed Special Verdict Form, attached as Exhibit 1;
- Chart's Proposed Special Verdict Form (for A.B. and C.D.), attached as Exhibit 2;
- Chart's Proposed Special Verdict Form (for E.F.), attached as Exhibit 3;
- Chart's Proposed Special Verdict Form (for G.H.), attached as Exhibit 4; and
- Chart's Proposed Special Verdict Form (I.J.), attached as Exhibit 5.

Dated: April 15, 2021

**GIRARD SHARP LLP**

By: */s/ Amy M. Zeman*
Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
ehg@classlawgroup.com
amz@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545

| | | |
|---|---|---|
| 1 | | Fax: (415) 402-0058 |
| 2 | | awolf@peifferwolf.com |
| | | tcowan@peifferwolf.com |
| 3 | | *Plaintiffs' Counsel* |
| 4 | | |
| 5 | | |
| 6 | Dated: April 15, 2021 | By:   /s/ Kevin M. Ringel   |
| | | John J. Duffy (SB No. 6224834) |
| 7 | | Kevin M. Ringel (SB No. 6308106) |
| 8 | | **SWANSON, MARTIN & BELL, LLP** |
| | | 330 N Wabash, Suite 3300 |
| 9 | | Chicago, Illinois 60611 |
| 10 | | Tel: (312) 321-9100 |
| | | Fax: (312) 321-0990 |
| 11 | | jduffy@smbtrials.com |
| | | kringel@smbtrials.com |
| 12 | | |
| 13 | | Marc G. Cowden (SB No. 169391) |
| | | Adam Stoddard (SB No. 272691) |
| 14 | | **SHEUERMAN, MARTINI, TABARI,** |
| | | **ZENERE & GARVIN** |
| 15 | | 1033 Willow Street |
| 16 | | San Jose, California 95125 |
| | | Tel: (408) 288-9700 |
| 17 | | Fax: (408) 295-9900 |
| | | mcowden@smtlaw.com |
| 18 | | astoddard@smtlaw.com |
| 19 | | |
| 20 | | *Counsel for Defendant Chart Inc.* |

PLAINTIFFS' AND DEFENDANT CHART INC.'S
SEPARATE PROPOSED SPECIAL VERDICT FORMS
CASE NO. 3:18-CV-01586-JSC

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Amy M. Zeman, attest that concurrence in the filing of this document has been obtained.

Dated: April 15, 2021

*/s/ Amy M. Zeman*
Amy M. Zeman