1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC<br><br>**STATEMENT REGARDING ISSUES PLAINTIFFS WISH TO HAVE DECIDED PRIOR TO START OF TRIAL**<br><br>Trial Date: May 20, 2021 |

STATEMENT REGARDING ISSUES PLAINTIFFS WISH TO HAVE DECIDED PRIOR TO START
OF TRIAL
CASE NO. 3:18-CV-01586-JSC

In accordance with the Court's April 30, 2021 order (ECF No. 777), Plaintiffs identify the following issues pertaining to the verdict form and jury instructions that they wish to have decided before the start of trial.

**I.      Verdict Form**

Plaintiffs submitted a single proposed special verdict form (attached as Exhibit 1 to ECF No. 759). Chart submitted four proposed special verdict forms, with a separate verdict form for each plaintiff and plaintiff couple (attached as Exhibits 2-5 to ECF No. 759).

Plaintiffs believe a single verdict form would be more efficient, and less likely to confuse the jury than Chart's proposal to require the jury to fill out multiple verdict forms on overlapping topics.

**II.     Jury Instructions**

Of the disputed issues set out in the parties' jointly submitted proposed jury instructions and accompanying memoranda (ECF Nos. 757, 762, 764), Plaintiffs identify the following subset of issues they seek to have resolved before trial starts:

1) Disputed Instruction No. 14 Re Damage to Eggs or Embryos Offered by Plaintiffs, and Chart's Alternative Disputed Instruction No. 14;

2) Disputed Instruction No. 15 Re Past Medical Expenses Offered by Plaintiffs;

3) Disputed Instruction No. 16 Re Loss of Use of Personal Property Offered by Chart;

4) Disputed Instruction No. 19 Re Damages on Multiple Legal Theories Offered by Chart;

5) Disputed Instruction No. 24 Re Superseding Cause Offered by Chart; and

6) Disputed Instruction No. 25 Re Sophisticated User Defense Offered by Chart.

**III.    Trial Exhibits**

Plaintiffs objections to Trial Exhibit 360 includes an authenticity objection under Federal Rule of Evidence 901. They request a ruling on this exhibit in advance of trial.

Dated: May 6, 2021                                          **GIRARD SHARP LLP**

                                                            By:    _/s/ Nina R. Gliozzo_
                                                            Dena C. Sharp (State Bar No. 245869)
                                                            Adam E. Polk (State Bar No. 273000)
                                                            Nina R. Gliozzo (State Bar No. 333569)

1

STATEMENT REGARDING ISSUES PLAINTIFFS WISH TO HAVE DECIDED PRIOR TO START OF TRIAL
CASE NO. 3:18-CV-01586-JSC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
ehg@classlawgroup.com
amz@classlawgroup.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE &
CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' Counsel*

STATEMENT REGARDING ISSUES PLAINTIFFS WISH TO HAVE DECIDED PRIOR TO START
OF TRIAL
CASE NO. 3:18-CV-01586-JSC

1

**FILER'S ATTESTATION**

2          Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Nina R. Gliozzo, attest that concurrence

3   in the filing of this document has been obtained.

4

5   Dated: May 6, 2021                                      */s/ Nina R. Gliozzo*
                                                               Nina R. Gliozzo
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT REGARDING ISSUES PLAINTIFFS WISH TO HAVE DECIDED PRIOR TO START
OF TRIAL
CASE NO. 3:18-CV-01586-JSC