UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACIFIC FERTILITY CENTER LITIGATION | Case No. 18-cv-01586-JSC   (JSC)<br><br>**REFRESHMENT ORDER** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish morning refreshments and lunch for the members of the jury in the above entitled matter beginning May 24, 2021, for each day the jury is in trial and deliberations due to the pandemic and local conditions.

**IT IS SO ORDERED.**

Dated: May 12, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge