# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>Case No. 3:18-cv-01586-JSC<br>(A.B., C.D., E.F., G.H., and I.J.) | Case No. 3:18-cv-01586-JSC<br><br>[PROPOSED] ORDER GRANTING SECURITY CLEARANCE FOR SELECT ITEMS |

IT IS HEREBY ORDERED that the parties, technology consultant Willow Ashlynn of Hyde & Co, LLC, white glove delivery service C5 Logistics, LLC (Transport Express, LLC), and Brett Davis of Exponent, Inc. and/or representatives of Craters & Freighters, who have possession of certain items listed below, shall be granted security clearance and authorization to bring the following items into Courtroom 2, 17th Floor of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 beginning on May 18, 2021 until the conclusion of the trial:

1. Printer and toner;
2. Multiple laptop computers and tablets with accompanying power supplies, external hard drives, connection cables, extension cords, and power strips;
3. Multiple cell phones;
4. Mobile internet hot spots;
5. Multiple laser pointers;
6. Tripod easel and 3' x 4' photographs mounted on foam board;
7. MVE cryogenic tank, in the form of an inner vessel detached from but sitting in an outer vessel, and its shipping crate;
8. Computer/controller for cryogenic tank;
9. Styrofoam lid for cryogenic tank and its shipping crate;
10. 2 metal tubes, approximately 26 inches long, associated with cryogenic tank;
11. Sectioned pieces of components of cryogenic tank and their shipping containers;
12. Sectioned pieces of vacuum insulated thermos;
13. 4 measuring sticks for a cryogenic tank;
14. IVF storage equipment, including 11" x 2.5" x 2.5" aluminum box containing sleeves, canes, goblets and cryodevice;
15. Exemplar weld pieces;
16. Styrofoam storage buckets;
17. MVE cryogenic tank (exemplar);
18. Anatomical models;

19. Wall mock-up demonstrative with CryoSave and Sensaphone equipment mounted; and

20. Tripod easel with large paper notepad.

**IT IS SO ORDERED.**

DATED: May __14__, 2021

_____
THE HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge