# EXHIBIT A

# Adams, Seth

**Volume 1 - 09/11/2020**

## Summary Proceeding with Highlighted Clips
## Printed 05/23/2021 01:30AM CDT

## CONFIDENTIAL

- P counter-counters (Runtime - 00h:00m:01s)
- Plaintiffs Designation (Runtime - 00h:20m:00s)
- Plaintiffs Objections (Runtime - 01h:26m:15s)
- Defense Counters (Runtime - 01h:34m:27s)
- Defense Objections (Runtime - 00h:06m:11s)

**Page 00006**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

01:                      SEPTEMBER 11, 2020

02:                       ---oOo---

03:            BE IT REMEMBERED that set on Friday, the 11th

04:       day of September, 2020, commencing at the hour of 8:01

05:       a.m., taken remotely before me, Cherree P. Peterson,

06:       RPR, CRR, CSR No. 11108, a Certified Shorthand Reporter,

07:       personally appeared

08:                      SETH ADAMS,

09:       having been called as a witness by the plaintiffs, who

10:       having been duly sworn by me to tell the truth, the

11:       whole truth, and nothing but the truth, was thereupon

12:       examined and testified as hereinafter set forth.

13:                       ---oOo---

14:            THE VIDEOGRAPHER:  Good morning.  My name is

15:       Rob Chang.  I am a videographer associated with Barkley

16:       Court Reporters located at 10350 Santa Monica Boulevard,

17:       Suite 200, Los Angeles, California 90025.

18:            The date is September 11th, 2020.  The time is

19:       8:01 a.m.

20:            This deposition is taking place via remote

21:       method in regards Pacific Fraternity (sic) Center

22:       litigation, case number 3:18-cv-0186-JSC (sic).  This is

23:       the videoed deposition of Seth Adams.

**Page 00007**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

12:            Q.   Good morning, Mr. Adams.  As you heard, my name

13:       is Amy Zeman, and I'm an attorney representing the

14:       plaintiffs in this action.  I'll be asking you some

15:       questions today.  Do you -- have you been deposed

16:       before?

17:                    A.   No, I have not.

**Page 00010**

06:                    Q.   Mr. Adams, what's the highest educational

07:          degree that you have?

08:                    A.   A Bachelor's.

09:                    Q.   Okay.  In what subject?

10:                    A.   Industrial engineering.

11:                    Q.   Okay.  Is that a Bachelor's of Science?

12:                    A.   Yes.

13:                    Q.   And when did you receive that?

14:                    A.   December 2005.

15:                    Q.   And did you focus in any particular area of

16:          engineering for that degree?

17:                    A.   Just -- it's an industrial engineering.  So

18:          just a general focus in industrial engineering.

19:                    Q.   Okay.  What does industrial engineering mean?

20:                    A.   It's more process and business based.  So

21:          there's a lot more accounting and economics more so than

22:          drafting and design like in mechanical.

**Page 00011**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

12:                    Q.   Do you hold any certification related to Lean

13:          Six Sigma?

14:                    A.   I have a certificate -- well, I've completed a

15:          certification class.  I don't have the certificate in

16:          Six Sigma.

17:                    Q.   What is that?  What is Six Sigma?

18:                    A.   Basically it's looking at your manufacturing

19:          processes and the business as a whole basically driving

20:          out any type of inefficiencies, waste, and then trying

21:          to get your internal quality to a Six Sigma.  That's

22:        where the terminology comes from.  So if you were to

23:        look at a bell curve, it would basically be 99.999ish

24:        percent quality.

**Page 00012**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

08:            Q.   Okay.  What organization did you take that

09:        class through?

10:            A.   That was through Villanova University.

11:            Q.   Do you hold any other certifications related to

12:        your profession?

13:            A.   No.

14:            Q.   What was the first professional position you

15:        held as an industrial engineer?

16:            A.   A manufacturing engineer.

17:            Q.   Where was that?

18:            A.   That was here at Chart.

19:            Q.   Is it accurate to say your first employment

20:        after receiving your industrial engineering degree was

21:        as a manufacturing engineer with Chart?

22:            A.   Yes.

23:            Q.   Okay.  And when did you begin in that position

24:        at Chart?

25:            A.   Around Mayish of 2005.

**Page 00013**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

01:            Q.   And at what location did you begin working at

02:        in May of 2005?

03:            A.   That was here in Ball Ground, Georgia.

04:            Q.   And what was the -- what were your

05:        responsibilities as a manufacturing engineer?

06:            A.   Primarily looking at the process.  We --

07:        reviewing assembly operations for liquid oxygen dewars

08:        just trying to decide if there were opportunities to

09:        improve or document what was going on, looking at

10:        fixture design and also floor layouts just for floor

11:        space utilization.

12:            Q.   Does Chart have a single facility in Ball

13:        Ground, Georgia?

14:            A.   No.

15:            Q.   How many facilities do they have in Ball

16:        Ground?

17:            A.   We currently have two facilities.

18:            Q.   What are the two facilities?

19:            A.   One is 1300 Airport Drive and the other is 3055

20:        Torrington Drive.

21:            Q.   And what type of products are handled at 1300

22:        Airport Drive?

23:            A.   1300 is what we call our packaged gas.  So CO2

24:        tanks, nitrogen, argon, basically smaller bulk tanks as

25:        we call them.

**(continued page 00014)**

0014

01:            Q.   And what products are handled at 3055

02:        Torrington?

03:            A.   Those would be -- yeah, Torrington.  Sorry.

04:        Those are the freezers.  The cryogenic freezers.

05:            Q.   And what is a cryogenic freezer?

06:            A.   It's just a large tank with an opening for

07:        customers to store whatever product needs to be stored

08:        at a cold temperature but not actually immersed into the

09:        liquid itself.

10:            Q.   Are the MVE 800 series tanks cryogenic

11:        freezers?

12:          A.   Yes.

13:          Q.   And are the MVE 800 series tanks produced at

14:     the 3055 Torrington location?

15:          A.   Yes.

16:          Q.   Are they produced anywhere else?

17:          A.   No.

18:          Q.   Which of the two facilities did you start

19:     working at in May of 2005?

20:          A.   That was the 1300 facility.

21:          Q.   All right.  And are you still a manufacturing

22:     engineer?

23:          A.   No.

24:          Q.   When did you cease to have that role?

25:          A.   In 2010 I took a production manager role.

**Page 00015**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

01:          Q.   While you were a manufacturing engineer at

02:     Chart, were you located at the 1300 Airport Road

03:     facility for the duration?

04:          A.   Yes.

05:          Q.   Did you work with the cryogenic freezers at any

06:     time as a manufacturing engineer?

07:          A.   No.

**Page 00015**

10:               What was the next position you held at Chart?

11:          A.   I was a process engineering and CI manager.

12:          Q.   Is that essentially two positions that you held

13:     at once or a single position?

14:          A.   Basically it's two positions kind of rolled

15:     into one.

16:          Q.   Okay.  What is a process engineer?

17:        A.   So we look at the process, again, sort of what

18:        I was doing as a manufacturing engineer just trying to

19:        streamline the process, make our throughput more

20:        efficient, you know, reduce delivery times and improve

21:        the process through fixturing or ordering new equipment

22:        or whatever the necessity is to keep production going.

23:            Q.   And what does the CI manager do?

24:            A.   So the CI is what we call continuous

25:        improvement.  So we looked at leveraging newer

**(continued page 00016)**

0016

01:        technologies.  Me personally, I was involved in looking

02:        at other facilities as well and standardizing processes

03:        between multiple facilities.

*Plaintiffs Objections 402/403 - relevance, wastes time:*

04:            Q.   And were you in -- working in Ball Ground,

05:        Georgia, as a process engineer and CI manager?

06:            A.   Yes.

07:            Q.   Which of the two facilities were you at?

08:            A.   Primarily at that time I was in a facility that

09:        Chart no longer owns.  It's the -- it was the 2205

10:        building.  It was CAIRE Respiratory.

11:            Q.   How long have the -- has cryogenic freezer

12:        production occurred at the 3055 location?

13:            A.   Approximately two and a half years maybe.

14:            Q.   Where did that production occur prior to that?

15:            A.   That was in the 2205 building.

16:            Q.   And so did the cryogenic freezer production

17:        move from the 2205 location to the 3055 location in

18:        approximately early 2018?

19:            A.   It would have been the end of 2016.

20:            Q.   All right.  Do you know what month you started

```
21:          as a process engineer and CI manager?

22:                A.   I don't recall that.

23:                Q.   Do you recall what time of year roughly?

24:                A.   Winter.

25:                Q.   Okay.  And when -- are you still a process
```

**(continued page 00017)**

```
     0017

01:          engineer and CI manager at Chart?

02:                A.   No.

03:                Q.   When did you last hold the position of process

04:          engineer and CI manager?

05:                A.   February of 2019.
```

*Plaintiffs Objections 402/403 - relevance, wastes time:*

```
06:                Q.   And from 2010 through February of 2019 you were

07:          primarily working at the 2205 location?

08:                A.   Correct.

09:                Q.   Did you switch to the 3055 location in late

10:          2016?

11:                A.   I did not.

12:                Q.   Where did you work from the end of 2016 until

13:          February of 2019?

14:                A.   I was in the 2205 building.

15:                Q.   Oh, I see.  And does -- did you say Chart no

16:          longer has the 2205 location?

17:                A.   Correct.

18:                Q.   When did they cease to control that facility?

19:                A.   In 2018.

20:                Q.   And where did you work from that time until

21:          February 2019?

22:                A.   That would be the 3055 building.

23:                Q.   So you switched to the 3055 location sometime

24:          in 2018?

25:                A.   Yeah.  The fall of 2018 I came up to the 3055
```

**(continued page 00018)**

0018

01:             building.

**Page 00018**

24:             Q.   What were your general responsibilities as a

25:             process engineer and CI manager?

**(continued page 00019)**

0019

01:             A.   Day to day basically monitoring multiple

02:             projects.  We had a lot of different products that were

03:             being moved from various facilities, again kind of

04:             project management tasks, and then making sure that my

05:             own team of engineers were executing those tasks.

06:             Q.   Were your -- was the members of your team of

07:             engineers, were those mechanical engineers?

08:             A.   Yes.

09:             Q.   Were they -- were there any other types of

10:             engineers on your team?

11:             A.   No.

12:             Q.   And were the mechanical engineers working

13:             directly with the products?

14:             A.   Yes.

**Page 00019**

22:             Q.   And what position did you hold after process

23:             engineer and CI manager?

24:             A.   That's operations manager.

25:             Q.   Is that your current position?

**(continued page 00020)**

0020

01:             A.   Yes.

*Plaintiffs Objections 402/403 - relevance, wastes time:*

02:          Q.   And what are your responsibilities as an

03:     operations manager?

04:          A.   Basically to monitor daily production, staffing

05:     requirements, scheduling, ensuring that we're hitting

06:     particular metrics such as on-time delivery, efficiency,

07:     and in watching to keep our costs, our operating income

08:     at an optimal level.

09:          Q.   Do you oversee one of the two facilities in

10:     Ball Ground?

11:          A.   Yes.  Just the 3055.

12:          Q.   And do you oversee the entire facility?

13:          A.   Yes.

14:          Q.   Are you responsible for the production of

15:     cryogenic freezers?

16:          A.   Yes.

*Plaintiffs Objections 402/403 - relevance, wastes time:*

17:          Q.   What does that mean to you?

18:          A.   I'm responsible to ensure that they are built

19:     in a timely manner with the highest level of quality.

20:          Q.   How do you ensure they have the highest level

21:     of quality?

22:          A.   So we have various internal quality checkpoints

23:     that the freezers have to pass through and be accepted.

24:          Q.   Do you monitor those checkpoints?

25:          A.   Yes, we do.

**(continued page 00021)**

0021

01:          Q.   Do you personally?

02:          A.   I get a report daily telling me the

03:     performance.

04:          Q.   Does that report indicate performance on

05:     particular factors?

06:          A.   What kind of factor?

07:          Q.   I'll ask a different way.  Could you describe

08:     what the daily report looks like?

09:          A.   Yeah.  It has basically -- it's based on NCRs

10:     and nonconforming reports.  So if a piece of material

11:     needs to get scrapped, that would go on our NC -- NCR

12:     log.  That would show up on that report.

13:               And then we also have a helium leak detection

14:     check that would show up on the report if it had an

15:     issue at any point during helium leak detection.

16:               And then the final checkpoint is a physical QC

17:     inspection which is more of a visual inspection.  And

18:     there are some slight measurements taken like on a

19:     Brooks Automation, for instance.

20:          Q.   Does the 3055 facility produce anything other

21:     than cryogenic freezers?

22:          A.   No.

23:          Q.   What are some of the features that are looked

24:     for during the physical QC inspection?

25:          A.   Those would be visual defects such as any

**(continued page 00022)**

0022

01:     blemishes on the outside of the freezer, a dent or a

02:     scratch, any alignment of any of the plumbing features

03:     that may be mounted on the top or in the back cabinetry

04:     section, labeling, even into crating just to ensure that

05:     all the spare components went into the crate as

06:     expected.

07:          Q.   What is the helium leak detection that's done

08:     during the QC process?

09:          A.   So what the helium leak detection does is

10:     verify that all of the weld joints are leak tight, and

11:           basically that ensures that we're going to have a

12:           sufficient vacuum.

13:               Q.   Is that done on every cryogenic freezer that

14:           comes out of that facility?

15:               A.   Yes.  100 percent.

16:               Q.   At what stage of production does the helium

17:           test occur?

18:               A.   What we would call a semi-final stage.

19:               Q.   Is the helium introduced into the vacuum space

20:           of the tank?

21:               A.   No.  The vacuum is pulled on the vacuum space

22:           of the tank and helium is introduced around the outside

23:           of the vessel as well as into the interior where, like,

24:           the customer would be storing product.

25:               Q.   And how do you go about searching for a leak?

**(continued page 00023)**

0023

01:               A.   The basics are they use the equipment to pull a

02:           soft vacuum.  And then they -- the operator will use a

03:           tiny hose spraying the helium around every single weld

04:           joint or anywhere we think there could possibly be a

05:           leak, and then the detector will alarm if it senses any

06:           helium coming through.

07:               Q.   Where is the detector located during the test?

08:               A.   It's attached to a manifold that's physically

09:           pulling the soft vacuum on the freezer.

10:               Q.   Is the vacuum pulled again during the process

11:           to finalize the tank production?

12:               A.   Yes.

13:               Q.   Is it fair to say the detector is essentially

14:           in the vacuum space?

15:          A.   I don't know.

16:          Q.   Okay.  Can you walk me through the general

17:    order of production for a cryogenic freezer?

18:          A.   Sure.  First we take in raw sheet.  We'll roll

19:    that sheet into cylindrical shapes, place what we call a

20:    long seam weld on that.  It is then introduced into head

21:    fabrication.  There's a top head and bottom head both

22:    for an inner and an outer.  We will make the inner, wrap

23:    that with insulation and drop that into an outer vessel.

24:    Upon that time we'll then put a outer top head on, and

25:    that sort of basically built -- completes the dewar.  At

**(continued page 00024)**

0024

01:    that point that's welded into location.  Then we'll send

02:    it through what we call our polishing operation.  That's

03:    what puts the pretty finish on it.  Then we'll go into

04:    the helium leak detection.  From there we'll do any

05:    final welding that needs to be done external, like a

06:    bracket or a handle that could not go through the

07:    polishing process.  After that it will go into our

08:    evacuation, the vacuum process.

09:          Once it comes out of evacuation, they'll go

10:    ahead and start plumbing the unit, attaching the

11:    electronics that need to go on it, place any labeling.

12:    There's one model that gets a different caster.  And

13:    then from that point we go through the QC inspection

14:    again visually.  And then it goes into the crating.  And

15:    once it's crated, it goes into the warehouse.

16:          Q.   What do you mean by plumbing the unit?

17:          A.   So there's external plumbing that is used where

18:    the customer will actually fill the unit with liquid

19:         nitrogen.  So there's some copper tubes, fittings, and

20:         whatnot that actually connect into the freezer, if you

21:         will.

22:             Q.   And what electronics are attached to the tanks?

23:             A.   There is a few valves and a controller.  The

24:         valves basically open and close and are driven by the

25:         controller.

**(continued page 00025)**

        0025

01:             Q.   Does Chart equip tanks with a TEC 3000

02:         controller?

03:             A.   Some models, yes.

04:             Q.   Is that TEC 3000 controller still used today at

05:         Chart?

06:             A.   Yes.

07:             Q.   Is there a touch screen version of the

08:         controller?

09:             A.   Yes.

10:             Q.   What's the name of that model?

11:             A.   Touch screen.

12:             Q.   Okay.  Is it sometimes referred to as the TS

13:         controller?

14:             A.   Yes.

*Plaintiffs Objections 402/403 - relevance, prejudicial (see Chart's Response to RFA Set 5 Nos. 1 and 2 - TS kit was available as of 1/1/18):*

*Defense Counters Contingent on whether evidence about Touch Screen controller admissible as it was not yet available to Chart customers in March 2018:*

15:             Q.   How long has the touch screen controller been

16:         on the market?

17:             A.   I don't know.

18:             Q.   I'm sorry.  I didn't hear your answer.

19:             A.   I don't know.

20:             Q.   Do you have an approximation?

21:             A.   No, I don't.

22:             Q.   But some tank models are currently equipped

```
23:              with the touch screen controller?
24:                   A.   Yes.
```

*Defense Objections Objection -- Touch Screen controller irrelevant to the case; not yet available for Chart customers as of March 2018:*

```
25:                   Q.   Are there annular lines including on the MVE
```

**(continued page 00026)**

```
     0026
01:              800 series tanks?
02:                   A.   Yes.
03:                   Q.   When are those annular lines added to the tank
04:              within the production process you outlined?
05:                   A.   Right after -- it's part of the inner vessel
06:              fabrication.
```

*Plaintiffs Objections 402/403 - relevance, wastes time:*

```
07:                   Q.   And are the annular lines attached to the inner
08:              vessel?
09:                   A.   Yes.
10:                   Q.   Are they attached via a fitting?
11:                   A.   No.
12:                   Q.   What are they attached via?
13:                   A.   With a weld.
14:                   Q.   What is welded to attach the annular lines to
15:              the inner vessel?
16:                   A.   I'm sorry.  Can you repeat that?
17:                   Q.   What is welded to attach the annular lines to
18:              the inner vessel?
19:                   A.   There is a fitting that gets welded to the
20:              inner shell.
21:                   Q.   Is that fitting located at the bottom of the
22:              annular lines?
23:                   A.   Yes.
24:                   Q.   And there's a sensor line and a fill line;
25:              correct?
```

**(continued page 00027)**

0027

01:                    A.   I believe so, yes.

*Plaintiffs Objections 402/403 - relevance, wastes time:*

02:                    Q.   And are those the only two annular lines on the

03:                    MVE 800 series?

04:                    A.   I'm not sure, but I believe so.

05:                    Q.   Okay.  For the fill line, is the fitting that

06:                    attaches that line to the inner vessel located at the

07:                    bottom of the fill line?

08:                    A.   Yes.

09:                    Q.   And at what point in the production is the

10:                    fitting attached to the fill line?

11:                    A.   It would be during the inner vessel fab that's

12:                    kind of all done at the same time.

13:                    Q.   What's the order of production though as far as

14:                    the fitting being attached to the tube and then the

15:                    fitting being attached to the inner vessel?

16:                    A.   The fitting would be attached to the tube

17:                    first, then the fitting and tube would be attached to

18:                    the vessel.

19:                    Q.   And is there a single weld that attaches the

20:                    fitting to the inner vessel?

21:                    A.   Yes.

22:                    Q.   Is there anything else that attaches the

23:                    fitting to the inner vessel?

24:                    A.   No.

25:                    Q.   Is it important that that fitting remain

**(continued page 00028)**

0028

01:                    attached to the inner vessel?

02:                    A.   Yes.

03:     Q.   Why is it important?

04:     A.   It's the fill line.  If that weren't attached,

05:     you wouldn't be able to fill.  You wouldn't have a

06:     vacuum.

07:     Q.   So if the fitting became detached from the

08:     inner vessel, you would not have a vacuum?

09:     A.   Well, I would assume you probably lost your

10:     vacuum, and that's why the fitting would come loose.  It

11:     shouldn't just come loose.

12:     Q.   What keeps the fitting from coming loose?

13:     A.   The weld.

*Plaintiffs Objections 402/403 - relevance, wastes time:*

14:     Q.   How long does it take to manufacture a

15:     cryogenic tank?

16:     A.   It varies from model to model.

17:     Q.   How long does it take to manufacture an MVE 800

18:     series tank?

19:     A.   I don't know the exact time that that takes.

20:     Q.   What's the approximate time?

21:     A.   It probably takes about a day to manufacture

22:     the vessel prior to going into buffing.

23:     Q.   And is buffing the polishing stage?

24:     A.   Yeah, the polishing.  Yeah.  Sorry.

25:     Q.   No problem.  And then would it be perhaps

**(continued page 00029)**

0029

01:     another day to finish the helium leak testing and any

02:     other steps of the production process?

03:     A.   You have a few days.  The vacuum process takes

04:     a few days to do.  The helium leak detection is only --

05:     it takes approximately a half an hour to do that.

06:     Q.   Is it fair to say a MVE 800 series tank could

```
07:          be manufactured within a week?

08:               A.   That's pretty fast.  So no.

09:               Q.   Could it be done within two weeks?

10:               A.   Yes.

11:               Q.   How many MVE 800 tanks does Chart manufacture

12:          each month?

13:               A.   I don't know.

14:               Q.   Do you have an approximation?

15:               A.   I would have to research that to tell you.  We

16:          have a lot of different models.

17:               Q.   How many cryogenic freezers does Chart

18:          manufacture in a month?

19:               A.   Usually around about 100 a month.

20:               Q.   And approximately how many models does Chart

21:          manufacture out of the 3055 facility?

22:               A.   There is -- do you want, like, part number

23:          count or just general?

24:               Q.   General tank models.

25:               A.   General tank models is probably 20 models.
```

**(continued page 00030)**

```
     0030

01:               Q.   Are there different stations for the production

02:          process?

03:               A.   Yes.

04:               Q.   How many stations are there?

05:               A.   I don't know offhand.

06:               Q.   Do you know an approximation?

07:               A.   It would -- it would take me a few minutes to

08:          come up with that number.

09:               Q.   Okay.  So as a tank is being produced, does it

10:          move between different stations?
```

```
11:              A.   Yes.

12:              Q.   Does each station have a different team working

13:         it?

14:              A.   It's different personnel, yes.

15:              Q.   How many individuals touch a tank from the

16:         start of production to completion?

17:              A.   That varies by the model.

18:              Q.   How many people touch the MVE 800 series during

19:         production?

20:              A.   We probably have approximately five people.

21:              Q.   What are the roles of the approximate five

22:         people that would be involved in producing a MVE 800

23:         series tank?

24:              A.   Primarily they would be a welder, we have one

25:         person that does the helium leak detection, and then we
```

**(continued page 00031)**

```
     0031

01:         have the final crew which are not welders.  They're just

02:         generalists.

03:              Q.   Is it generally a single welder working on an

04:         individual tank?

05:              A.   It depends on the operation and the model.

06:              Q.   What about for the MVE 800 series?

07:              A.   It's probably two to three welders that would

08:         be working on that one.

09:              Q.   Does the MVE 800 series include the MVE 808?

10:              A.   I would consider the 808 an open top and an 800

11:         series an HE model.  And those are not the same freezer.

12:              Q.   Okay.  Is the 808 -- is the MVE 808 part of the

13:         MVE stock series?

14:              A.   I'm not familiar with the term "stock series."
```

15:          Q.   Okay.  Is open top a series of freezers at

16:     Chart?

17:          A.   Yes.

18:          Q.   What models does that include?

19:          A.   The 808 you speak of and there's a handful of

20:     other models as well.

21:          Q.   Do you remember any of the others?

22:          A.   Yes.

23:          Q.   Can you name those?

24:          A.   Sure.  1426, a 205, 1839.

25:          Q.   Any others?

**(continued page 00032)**

     0032

01:          A.   I think that's probably most of them.

**Page 00032**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

06:          Q.   How many welders would be involved in the

07:     production of an open top tank?

08:          A.   That would be the three I mentioned earlier.

09:          Q.   And earlier when we were discussing the annular

10:     lines, I think we may have been talking about those in

11:     terms of the MVE 800 series.  Would everything you

12:     described about the order of production for the annular

13:     lines earlier apply to the open top tanks?

14:          A.   The 800 series, what I would refer to as an HE

15:     freezer, would actually have annular lines welded

16:     slightly differently than an open top series.

17:          Q.   Okay.  So what you described earlier is the

18:     process for connecting the annular lines in an open top

19:     freezer?

20:          A.   Yes.

```
21:            Q.   And for an open top freezer is it approximately

22:        five people that would touch that tank during the

23:        production process?

24:            A.   Approximately, yes.

25:            Q.   Are the production stations located in the same
```

**(continued page 00033)**

```
        0033

01:        space?

02:            A.   The same facility general floor space, yes.

03:            Q.   Is all of the production on a single floor?

04:            A.   Yes.

05:            Q.   Are there multiple welding stations?

06:            A.   Yes.

07:            Q.   How many?

08:            A.   I would have to go out and count that to tell

09:        you.

10:            Q.   Is it more than ten?

11:            A.   For just the open top or for everything?

12:            Q.   For the open top.

13:            A.   It is not more than ten, no.

14:            Q.   How many is it for the open top?

15:            A.   Again, I'd have -- I'd have to count.  It's

16:        less than ten, but I couldn't tell you an exact number.

17:            Q.   Okay.  Do you think it's less than five?

18:            A.   It's probably close to five.

19:            Q.   How are the welding stations equipped?

20:            A.   How do you mean "equipped"?

21:            Q.   Is there a single welding machine at each

22:        welding station?

23:            A.   Depending on the operation, yes, typically one

24:        welding machine per each station.
```

25:             Q.   What operations would have more than one

**(continued page 00034)**

0034

01:         welding machine in the station?

02:             A.   For some of our freezers that get lazy Susans

03:         we actually have aluminum welders and stainless welders.

04:             Q.   Does the -- do the welding stations for the

05:         open top freezers have more than one welding machine?

06:             A.   No.   Probably not.

07:             Q.   And is the one welding machine for the open top

08:         freezer a stainless steel welder?

09:             A.   Yes.

10:             Q.   Is the same type of welding machine used

11:         throughout the production of a single open top freezer?

12:             A.   Yes.

13:             Q.   What type of welding machine is currently used

14:         for the open top freezer?

15:             A.   We typically use Miller welders.

16:             Q.   Because you say typical or "typically," are

17:         there instances where you would not use a Miller welder

18:         on an open top tank?

19:             A.   If a welder were to go down, we would take one

20:         out of our spare rotation.   And there are other -- we

21:         have another one, but that's only been in recent time.

22:         Typically we are Miller only.

23:             Q.   How long has that been the case?

24:             A.   That we are Miller only or that we have others?

25:             Q.   That you are generally Miller only.

**(continued page 00035)**

0035

01:             A.   For as long as I can recall.

02:        Q.    And how long have you had other non-Miller

03:    welders available?

04:        A.    Probably only in the last six to eight months.

05:        Q.    And Miller is the manufacturer of the welding

06:    machine; correct?

07:        A.    Correct.

08:        Q.    Are there any other distinctions among the

09:    different welding machines other than the manufacturer?

10:        A.    The size, the amperage.  That's about it.

11:        Q.    Do they all use the same welding material?

12:        A.    Yes.

13:        Q.    Why are there different size welding machines?

14:        A.    Basically it's for duty cycle.  So you're using

15:    amperage volts to create electrical current when you're

16:    welding.  So the longer your weld, the more duty cycle

17:    that you need.  Or basically it's an electronic device

18:    that will burn itself out.  You can't weld.

19:        Q.    Got it.  The individuals who operate the

20:    welding machines, are those referred to as welders?

21:        A.    Yes.

22:        Q.    How many welders does Chart employ at the 3055

23:    location?

24:        A.    Approximately 20.

25:        Q.    Do all of those welders work on the open top

**(continued page 00036)**

0036

01:    freezers?

02:        A.    No.

03:        Q.    Approximately how many work on the open top

04:    freezers?

05:        A.    They're -- again, there's three in the process

```
06:          and maybe five in the facility that we would put there.

07:               Q.    Okay.  So three who regularly work on them and

08:          then another two who might work on it occasionally?

09:               A.    Yes.  We have floaters since we run lean.

10:               Q.    What's the official title for the welders?

11:               A.    They are either a Welder I or a Welder II.

12:               Q.    What does it mean to be a Welder I?

13:               A.    The welder is -- it's really just based on

14:          tenure, how long you've been here.

15:               Q.    And is I more or less tenure?

16:               A.    Less.

17:               Q.    How much tenure would a welder need before they

18:          became a Welder II?

19:               A.    I don't know the exact time.  It's based on a

20:          pay scale and a schedule.

21:               Q.    And are those the only two titles that welders

22:          would hold at the 3055 facility?

23:               A.    Yes.

24:               Q.    Who are the three welders that currently work

25:          on the open tops -- open top freezers?
```

**(continued page 00037)**

```
     0037

01:               A.    Like, you mean, you want their names of the

02:          actual operators?

03:               Q.    Correct.

04:               A.    There would be a Mark Ingram and a Tiffany

05:          Shuller.  I'm not sure who our third floater is

06:          currently.  We just -- we just lost a guy two weeks ago

07:          that was our other person.

08:               Q.    What was the second name that you said?  I

09:          heard the last name that I think Shuller, but I didn't
```

10:          catch the first name.

11:               A.   Tiffany Shuller.

12:               Q.   And do Mark and Tiffany work predominantly on

13:          the open tops or are they floaters?

14:               A.   Predominantly open top.

15:               Q.   And then the third person whose name you don't

16:          recall, was that worst -- person working predominantly

17:          on open top or was that person a floater?

18:               A.   He was primarily a floater.  He was just

19:          backfilling for us.

20:               Q.   And then you had mentioned there might be

21:          another two individuals who were floaters who might

22:          sometimes work on open tops.  Who are those individuals?

23:               A.   One is Cole Anderson.  And the other one just

24:          left last Friday.  Brian Millsap.

25:               Q.   How long has Mark Ingram been with Chart?

**(continued page 00038)**

0038

01:               A.   I don't know.

02:               Q.   Is it a long time?

03:               A.   It's a while.  I honestly don't know.

04:               Q.   Sure.  Has he been there as long as you've been

05:          at the 3055 facility?

06:               A.   Yes.

07:               Q.   Has he been there as long as you've been with

08:          Chart?

09:               A.   That I don't know.

10:               Q.   And how long has Tiffany been with Chart?

11:               A.   I don't know the exact time for her either.

12:               Q.   Has it been as long as you've been with Chart?

13:               A.   No.

14:          Q.   Has it been at least as long as you've been at

15:          the 3055 location?

16:          A.   Yes.

**Page 00040**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

10:          Q.   BY MS. ZEMAN:  Mr. Adams, who determines the

11:          assignments for the different welders at the 3055

12:          facility?

13:          A.   That would be the supervisor.

14:          Q.   Who's the supervisor?

15:          A.   Currently that is Kyle Eubanks.

16:          Q.   How long has Kyle Eubanks been the supervisor?

17:          A.   I don't know.

18:          Q.   Has it been a few years?

19:          A.   Yes, a few years.

20:          Q.   Has it been more than a decade?

21:          A.   No.

22:          Q.   What is Kyle's full title?

23:          A.   I believe it's production supervisor.

24:          Q.   And what are the responsibilities of the

25:          production supervisor?

**(continued page 00041)**

0041

01:          A.   Basically to monitor day-to-day activities,

02:          employee assignment, just ensuring the product continues

03:          to move on schedule.

04:          Q.   Does Kyle report to you?

05:          A.   Currently, yes.

06:          Q.   Did he previously report to someone else?

07:          A.   Yes.

08:          Q.   Was that before you became the operations

09:          manager?

10:              A.   No.

11:              Q.   When did he start reporting to you?

12:              A.   Approximately March this year.

13:              Q.   Who did he report to before that?

14:              A.   Timothy Logan.

15:              Q.   Why did that reporting structure change?

16:              A.   We had a reduction in force, and Timothy

17:          Logan's role of production manager was eliminated.

18:              Q.   What were the responsibilities of the

19:          production manager?

20:              A.   A hybrid of both mine and the production

21:          supervisor more or less to support the supervisor, work

22:          with HR for staffing needs.  Again, keeping product

23:          moving down the line to meet on-time delivery and also

24:          monitoring any day-to-day safety needs or activities and

25:          also any CI opportunities.

**(continued page 00042)**

0042

01:              Q.   And would the production supervisor determine

02:          who works predominantly on open tops versus some other

03:          projects?

04:              A.   Yeah, he probably would.  Yes.

05:              Q.   And would the production supervisor determine

06:          what specific tasks a floater would be assigned to?

07:              A.   He and the production manager together, yes.

08:              Q.   Do the welders report to the production

09:          supervisor?

10:              A.   Yes.

11:              Q.   Do they report to anyone else?

12:              A.   No.

```
13:          Q.   Does Chart require any particular

14:     qualifications for its welders?

15:          A.   They do have to pass a weld test.

16:          Q.   Is that a weld test administered by Chart?

17:          A.   Yes.

18:          Q.   Where is that test administered?

19:          A.   Typically in the 1300 building.

20:          Q.   Can you describe the test generally?

21:          A.   Not very well.  I'm not 100 percent familiar

22:     with how they do that.

23:          Q.   Okay.  Is it something that takes place over

24:     several days?

25:          A.   Typically the test takes a few hours.
```

**(continued page 00043)**

```
     0043

01:          Q.   Is it a practical test in the sense that the

02:     welders have to actually weld material?

03:          A.   Yes.

04:          Q.   Are there any other requirements for the

05:     welders employed by Chart at the 3055 location?

06:          A.   Other than the test, no.

07:          Q.   Are there any educational requirements?

08:          A.   Yes.

09:          Q.   What's the education required for the welders?

10:          A.   They have to have a high school diploma or a

11:     GED.

12:          Q.   Anything higher than that?

13:          A.   No.

14:          Q.   Are they required to have any welding

15:     certifications other than passing Chart's test?

16:          A.   No.
```

17:          Q.   Does Chart issue some sort of certification if

18:          a welder passes the Chart test?

19:               A.   Not an official certificate, no.

20:               Q.   Is a welder considered certified if they pass

21:          the Chart weld test?

22:               A.   I believe so, yes.

23:               Q.   Are there any continuing training obligations

24:          once a welder passes the Chart weld test?

25:               A.   For our product, no.

**Page 00047**

*Plaintiffs Objections 106 - incomplete excerpt; 402/403 - relevance, wastes time:*

13:          Q.   Okay.  Who create -- who generates work orders?

14:               A.   That would be our scheduler.

15:               Q.   Who is that?

16:               A.   For us that's Teresa Parmer.

17:               Q.   Have you seen work orders for open top tanks?

18:               A.   Not directly.  I'm sure I have on the floor

19:          though, yes.

20:               Q.   You're confident that there are work orders in

21:          existence for open top tanks?

22:               A.   Yes.

23:               Q.   Have you seen work orders for the MVE 808?

24:               A.   Not the 808 specifically.

25:               Q.   Would there be work orders for the MVE 808

**(continued page 00048)**

     0048

01:          specifically?

02:               A.   Yes.

03:               Q.   In order for any tanks to have been produced as

04:          MVE 808s, they would have had to have work orders

05:          generated; correct?

06:          A.    Correct.

07:          Q.    How would you locate past work orders for MVE

08:     808s?

09:          A.    I would have to ask our scheduler how to do

10:     that.

11:          Q.    Have you asked the scheduler in the past to

12:     provide work orders to you for past orders?

13:          A.    For past orders, no.

14:          Q.    Okay.  For current orders?

15:          A.    Typically if we want to see what's on the

16:     schedule, yes.

17:          Q.    Are orders saved within Chart's electronic

18:     systems after issuance?

19:          A.    I don't know.

20:          Q.    Do you think they are?

21:          A.    I think they are.

22:          Q.    Is a work order utilized in the production

23:     process of open top tanks?

24:          A.    Yes.

25:          Q.    Are work orders utilized in the production of

**(continued page 00049)**

       0049

01:          the MVE 808 tanks?

02:          A.    Yes.

03:          Q.    Are work orders utilized in the manufacture of

04:     MVE 808 tanks?

05:          A.    Yes.

06:          Q.    Is a work order another term for a bill of

07:     material?

08:          A.    No.

09:          Q.    What's a bill of material?

```
10:            A.   A bill of material is a long list of parts, but

11:       it is a complete list of parts.  So it would also have

12:       those MRO items that I mentioned earlier.  It also has

13:       structure.

14:            Q.   What is structure?

15:            A.   The work order part list you have shown is just

16:       all of the parts, but it doesn't tell you where the

17:       parts go.  The structure tells you if certain parts go

18:       together to make a subassembly within the entire

19:       construction of the freezer.

20:            Q.   Is there a bill of material for the MVE 808?

21:            A.   Yes.

22:            Q.   Is there a single bill of material for the MVE

23:       808?

24:            A.   No.  There's multiple.

25:            Q.   Why are there multiple?
```

**(continued page 00050)**

```
     0050

01:            A.   I'm sure there's multiple finished part numbers

02:       of 808s.

03:            Q.   Would there be a bill of material for each

04:       finished part number?

05:            A.   Yes.

06:            Q.   Would there be more than one bill of material

07:       for each finished part number?

08:            A.   No.

09:            Q.   How would you go about locating the bill of

10:       material -- all of the bill of materials for the MVE

11:       808?

12:            A.   I would -- excuse me.  I would need all of the

13:       final part numbers.  And I would put them in our E1
```

14:        system and search the bill of material.

15:            Q.   And what's the format for a bill of material?

16:            A.   How do you mean "format"?

17:            Q.   Is it a Word document?

18:            A.   No.  This E1 is -- it's a module of its own.

19:        And it basically looks like an Excel table, but it's not

20:        a document that gets produced, no.

21:            Q.   Can you download a bill of material from the E1

22:        system?

23:            A.   Yes.

24:            Q.   If you did so, what format would the document

25:        be in?

**(continued page 00051)**

0051

01:            A.   An Excel spreadsheet.

02:            Q.   And is the title of that document bill of

03:        material?

04:            A.   It won't have a title.  That's for you to

05:        establish when you save it if you download to Excel.

06:            Q.   Within the document that you download would

07:        there be any title in the header or at the top of the

08:        document?

09:            A.   Yes.  There would be a description.  And that

10:        would be based off the final part number and how that's

11:        identified in E1.

12:            Q.   Would the description include the term bill of

13:        material?

14:            A.   No, it would not.

15:            Q.   What do you mean when you say the description

16:        would be based off the final part number?

17:            A.   So the -- it would be -- however we name the

18:        product.  So if we call it a Final 808 MVE Series,

19:        that's what the description would be and that's what

20:        would tie to that part number.

21:            Q.  Would the term "bill of materials" show up

22:        anywhere in the downloaded document?

23:            A.  No.

24:            Q.  Would BOM appear anywhere in the document?

25:            A.  No.

**(continued page 00052)**

0052

01:            Q.  If you were looking at a document, how would

02:        you know whether it was a bill of material or not?

03:            A.  For me, I would see a level.  So that structure

04:        I had mentioned earlier would tell me if it's a level

05:        one or level two.  And when I see levels, I know that's

06:        a bill of material.

07:            Q.  What do you mean by "level"?

08:            A.  Level one would be a final assembly.  Level two

09:        would be the major subassemblies that create that.

10:        Level three would be smaller pieces that make those

11:        subassemblies.  So....

12:            Q.  And would, for instance, level one appear

13:        within the document?

14:            A.  Yes.

15:            Q.  What are bill of materials used for?

16:            A.  Many, many things.

17:            Q.  What are some examples?

18:            A.  One good example of a bill of material is just

19:        to make sure that our quantity, our usage is correct so

20:        that balances our inventory properly.

21:            Q.  What's another example?

```
22:          A.   Just to make sure that we have all of the

23:     correct parts called out for that particular product and

24:     to ensure that it gets built as designed or as the

25:     customer wants.
```

**(continued page 00053)**

```
     0053

01:               Q.   Do any other examples come to mind?

02:               A.   Not offhand, no.

03:               Q.   Are -- how often is a bill of material updated?

04:               A.   It's on a as-needed basis.

05:               Q.   In general how often is a bill of material

06:     updated?

07:               A.   That varies on the product.

08:               Q.   Could it be as often as once a year?

09:               A.   It could be, yes.

10:               Q.   Could it be more frequent?

11:               A.   It could be, yes.

12:               Q.   Is it usually more frequent?

13:               A.   Probably not, no.

14:               Q.   Is a bill of material a design document?

15:               A.   I don't know that I would call it that.

16:               Q.   How would you characterize it?

17:               A.   A parts list.  It's a bill of material.  I

18:     don't know how else I would characterize it.

19:               Q.   Did you say it's a parts list?

20:               A.   Basically, yes.

21:               Q.   Is a bill of material utilized in the

22:     manufacture of open top tanks?

23:               A.   Do you -- how do you mean?

24:               Q.   Is it utilized in any part of the manufacture

25:     of open top tanks?
```

**(continued page 00054)**

0054

01:                    A.   It can be referenced.  It's not used day to

02:          day.

03:                    Q.   But it can be referenced in the manufacturing

04:          process?

05:                    A.   Absolutely.

06:                    Q.   Are bills of materials sometimes referenced in

07:          the manufacturing process of open top tanks?

08:                    A.   I don't know.

09:                    Q.   Would you expect it to be?

10:                    A.   Yes.

11:                    Q.   Does Chart keep any other documents that you

12:          would characterize as a parts list?

13:                    A.   Just that bill of material or the work order

14:          that you displayed.

15:                    Q.   Anything else?

16:                    A.   Not that I can think of, no.

**Page 00061**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

23:                    Q.   Do you know what welding machine is currently

24:          used in the production of the MVE 808?

25:                    A.   No.  I would -- I would have to go look at it

**(continued page 00062)**

0062

01:          to see.

02:                    Q.   Would you need to look at the actual production

03:          stations?

04:                    A.   Yes.

05:                    Q.   Would the welders know which machines are used

06:          on the MVE 808?

```
07:              A.   Well, they would look at their station.  They
08:         would be at the welder.  But they wouldn't know offhand.
09:              Q.   Does -- let me rephrase that.  Are T-I-G
10:         welders used in production of the MVE 808 currently?
11:              A.   Yes.
12:              Q.   Is that typically referred to as a TIG welder?
13:              A.   Yes.
14:              Q.   What does T-I-G stand for?
15:              A.   I believe it's tungsten inert gas.
16:              Q.   Can you explain how a TIG welder works?
17:              A.   Real crudely, you have a tungsten tip and
18:         you're shooting electricity through that tip into the
19:         metal and the electricity is melting the metal.
20:              Q.   And is the goal of that TIG welding to fuse
21:         together two metal surfaces?
22:              A.   Yes.
23:              Q.   Are the TIG welders used by hand?
24:              A.   Yes.
25:              Q.   And are all of the welds on the MVE 808
```

**(continued page 00063)**

```
     0063
01:         completed by hand?
02:              A.   I believe so, yes.  With exception of one.
03:              Q.   What's the one exception?
04:              A.   The long seam.
05:              Q.   Is that on the outside of the outer vessel?
06:              A.   Both the inner vessel and the outer vessel
07:         where the shell rolls around to make a cylinder, where
08:         that joint is, that's what we call the long seam.
09:              Q.   Does Chart also use M-I-G welders?
10:              A.   Yes.
```

11:          Q.   Is that called a MIG welder?

12:          A.   Yes.

13:          Q.   Are MIG welders used to manufacture the MVE

14:     808?

15:          A.   I don't believe so.

**Page 00064**

*Plaintiffs Objections 602 - speculation; 402/403 - relevance, wastes time:*

01:               Is there a procedure at Chart for how to apply

02:     a weld on the MVE 808?

03:          A.   There's procedures for how to assemble the

04:     tanks, yes.

05:          Q.   Would those procedures include welding

06:     instructions?

07:          A.   They may.

08:          Q.   Are you not sure whether they do?

09:          A.   I'm not sure.

10:          Q.   Are there procedures for how to apply a weld to

11:     open top tanks?

12:          A.   I don't -- I don't -- I don't know.

13:          Q.   Are there general welding procedures at Chart?

14:          A.   General as in -- what do you mean general?

15:     Like overall how to weld or?

16:          Q.   Correct.

17:          A.   I don't know if there's a general how to weld

18:     procedure.

19:          Q.   Are there any procedures effective at the 3055

20:     facility regarding what types of welds should be used on

21:     Chart products?

22:          A.   I don't know that the procedures tell you which

23:     weld to use, whether MIG or TIG.

24:          Q.   Are there different types of -- sorry.  Let me

25:          back up.

**(continued page 00065)**

0065

01:                Are there different types of weld styles?

02:          A.   Styles as in application or as in the welder

03:          itself?

04:          Q.   Application.

05:          A.   I mean, between automated or by man, those are

06:          the only two.

07:          Q.   Are there written procedures for how to

08:          assemble an MVE 808?

09:          A.   I don't know for the 808 specifically, but we

10:          do have written procedures, yes.

11:          Q.   Are there written procedures for how to

12:          assemble an open top tank?

13:          A.   There should be some, yes.

14:          Q.   How would you go about finding such a document?

15:          A.   I would go into MasterControl and search the

16:          vault for cryo and look for the active work

17:          instructions.

18:          Q.   How would the procedures for how to assemble an

19:          open top tank be titled?

20:          A.   It would be titled by a general name for the

21:          operation it's speaking to.

22:          Q.   Would it be categorized as production

23:          procedures?

24:          A.   For us to find it in MasterControl, yes, when I

25:          use that term "vaults," that would be the categories

**(continued page 00066)**

0066

01:          that we would chase.

02:          Q.   What are vaults within the E1 system?

03:          A.   It's basically an organizer like a network to

04:     help navigate to help find the work instruction you

05:     need.

06:               MR. DUFFY:  Amy, I think you may have misspoke.

07:     You said E1.  He's talking about MasterControl.

08:               THE WITNESS:  Oh, I'm sorry.  Yes.  Master --

09:               MR. DUFFY:  I just want to make sure we're

10:     talking about the same thing.

11:               MS. ZEMAN:  Yep.  I appreciate that

12:     clarification.

13:          Q.   So within MasterControl there are vaults?

14:          A.   Yes.

15:          Q.   And the vaults are ways of organizing the

16:     documents?

17:          A.   Yes.  Folders.

18:          Q.   I was going to say, to a layperson they're

19:     effectively folders?

20:          A.   Yes.

21:          Q.   Okay.  And the vault where the procedures for

22:     how to assemble an open top tank would be located would

23:     be the -- I forgot my own language here -- the

24:     production procedures vault?

25:          A.   It would be production, yes.

**(continued page 00067)**

0067

01:          Q.   Would there be a subvault within production?

02:          A.   Yes.  It would be cryo.

03:          Q.   And any subfolder within cryo?

04:          A.   This one in particular would be inner outer.

05:          Q.   What do you mean by "this one in particular"?

06:          A.   For a open top freezer.

07:          Q.   And would there be procedures for each

08:     different model of open top or a single procedure for

09:     all open tops?

10:          A.   Mostly a single procedure, unless there was

11:     something drastically different on a model.

12:          Q.   Are you aware of any procedures other than the

13:     general open top for open top freezers?

14:          A.   No.

15:          Q.   If there are welding procedures for open top

16:     tanks, would those be included in this inner outer

17:     subvault?

18:          A.   Yes.

19:          Q.   Is it possible they would be located anywhere

20:     else?

21:          A.   I don't think so.

22:          Q.   Have you seen any written welding procedures

23:     for Chart?

24:          A.   Yes.

25:          Q.   Can you describe those?

**(continued page 00068)**

     0068

01:          A.   It would be generally, you know, if it's tack

02:     weld two pieces together to hold or whatever the

03:     assembly stage may be before, you know, welding a

04:     component on or two pieces together.

05:          Q.   When have you seen those?

06:          A.   At different times.

07:          Q.   What was the context for seeing them?

08:          A.   Most recently reviewing one for accuracy due to

09:     a customer change.

10:          Q.    The one that you looked at most recently, was

11:          that related to open top tanks?

12:          A.    No, it was not.

13:          Q.    Did it apply to open top tanks?

14:          A.    No, it did not.

15:          Q.    Have you ever looked for welding procedures at

16:          Chart?

17:          A.    Yes.

18:          Q.    Have you looked for welding procedures for open

19:          top tanks?

20:          A.    Yes.

21:          Q.    When?

22:          A.    It's been a while since I've looked.

23:          Q.    Was it within the last year?

24:          A.    Oh, yeah.

25:          Q.    Why were you looking for them?

**(continued page 00069)**

0069

01:          A.    The most recent one would have been for I think

02:          we had a co-op working on some just to make sure he had

03:          everything in that cell documented correctly.  That the

04:          numbers were right.

05:          Q.    What's a co-op?

06:          A.    A co-op is an intern.

07:          Q.    And what does it mean to have everything in

08:          that cell documented correctly?

09:          A.    We had noticed that the shell rolling procedure

10:          was in a procedure for our HE models.  So we wanted to

11:          break that out and make the open top one specifically

12:          stand alone.

13:          Q.    Any other instances where you searched for

```
14:            welding procedures for open top tanks?
15:                A.    Earlier this year Jeff Brooks had requested I
16:            try to find some for him as well.
17:                Q.   Where did you look to find those for Jeff
18:            Brooks?
19:                A.   MasterControl.
20:                Q.   Where within MasterControl?
21:                A.   The vaults that I mentioned to you earlier.
22:                Q.   Did you find any?
23:                A.   I don't recall being able to find what he -- we
24:            found the current active revisions.
25:                Q.   You did find the current.  What are the current
```

**(continued page 00070)**

```
    0070
01:            active revisions?
02:                A.   I don't recall offhand.
03:                Q.   Does current active revisions refer to the
04:            currently applicable procedure?
05:                A.   Oh.  Yes.  In that case, yes, they are the
06:            active today versions.
```

**Page 00070**

*Plaintiffs Objections 602 - speculation; 402/403 - relevance, wastes time:*

```
22:                Q.   Did the procedures you found apply to the MVE
23:            808?
24:                A.   They probably would have, yes.
25:                Q.   If they applied to open top tanks, they would
```

**(continued page 00071)**

```
    0071
01:            have applied to the MVE 808; correct?
02:                A.   Most likely.
03:                Q.   Do you remember the titles of those documents?
```

04:        A.   That I do not, no.

05:        Q.   Did you look anywhere other than MasterControl

06:   for those documents?

07:        A.   I don't believe so, no.

08:        Q.   Did you tell Jeff Brooks that you had found

09:   procedures for welding?

10:        A.   I don't recall.

11:        Q.   Does Chart have specifications for the welds on

12:   its cryogenic freezers?

13:        A.   I believe they do, yes.

14:        Q.   Are those documented somewhere?

15:        A.   Yes.

16:        Q.   Where?

17:        A.   I would think MasterControl.

**Page 00072**

*Plaintiffs Objections 602 - speculation; 402/403 - relevance, wastes time:*

15:        Q.   And you found instructions for manufacturing

16:   open top tanks; correct?

17:        A.   I found ones that were active today, yes.

18:        Q.   Did those instructions include welding

19:   procedures?

20:        A.   The instructions are the procedures.  Are you

21:   asking something more specific?

22:        Q.   Yes.  I was asking specifically whether the

23:   instructions include welding procedures?

24:        A.   That I don't recall.  I'd have to go back and

25:   look at those.

**(continued page 00073)**

     0073

01:        Q.   Returning to welding specifications, what

02:   documents would those be contained in?

03:          A.   I believe we call those WPSs.

04:          Q.   What does that stand for?

05:          A.   I'm not entirely sure.   I think it's weld

06:     parameter specifications, I think.

**Page 00073**

24:          Q.   When Chart hires a new welder, what documents

25:     are provided to the new welder regarding welding?

**(continued page 00074)**

     0074

01:          A.   That I don't know.

02:          Q.   Would a new welder receive training at Chart?

03:          A.   They would -- if they were a new welder hired

04:     as a welder, they would pass the weld test.   There

05:     wouldn't be any weld training, no.

06:          Q.   Would they receive any training at all though?

07:          A.   They would receive on-the-job training.   So

08:     whatever the assignment, the position they were put

09:     into, they would receive training on how to do that or

10:     what the expectation may be.

11:          Q.   Is there -- is there a formal training process

12:     for new welders?

13:          A.   There is not to my knowledge, no.

14:          Q.   Would a new welder be assigned to shadow a

15:     current welder?

16:          A.   Typically that -- that's what we do.   We have

17:     them shadow for approximately a week.

18:          Q.   Is a new welder given any welding procedure

19:     documents?

20:          A.   That I don't know.

21:          Q.   Are -- is a new welder informed about any

22:     welding standards or specifications required at Chart?

| | | | |
|---|---|---|---|
| 23: | | A. | I don't know. |
| 24: | | Q. | Who would know that? |
| 25: | | A. | I don't know. |

**Page 00075**

| | | | |
|---|---|---|---|
| 01: | | Q. | Who would you ask to find that out? |
| 02: | | A. | I would probably start with my supervisor. |
| 03: | | Q. | Who is that? |
| 04: | | A. | That was Kyle Eubanks. |
| 05: | | Q. | Would you ask the welders? |
| 06: | | A. | No.  I would typically go to my supervisor |
| 07: | first. | | |
| 08: | | Q. | Do you think the welders would know? |
| 09: | | A. | Maybe. |
| 10: | | Q. | Do you think the production supervisor would |
| 11: | know? | | |
| 12: | | A. | He would know if he used any documents like |
| 13: | that in training, yes. | | |
| 14: | | Q. | Does the production supervisor train new |
| 15: | welders? | | |
| 16: | | A. | He is the one that puts them in assignment and |
| 17: | pairs them with whoever he shadows.  So ultimately I | | |
| 18: | hold him responsible. | | |

**Page 00076**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

| | | | |
|---|---|---|---|
| 25: | | Q. | Do you think that Chart has documentation for |

**(continued page 00077)**

| | | |
|---|---|---|
| 0077 | | |
| 01: | the settings to be used on its welding machines? | |
| 02: | | A. | We do, yes. |

**Page 00078**

*Plaintiffs Objections 602 - speculation:*

| | | | |
|---|---|---|---|
| 20: | | Q. | What is Buster Ingram's role? |

| 21: | | A. | Currently he is a CI technician. |
|---|---|---|---|
| 22: | | Q. | Was he something previous to being a CI? |
| 23: | | A. | He would have been a welder previous to that. |
| 24: | | Q. | How long has Buster been with Chart? |
| 25: | | A. | I don't know. |

**(continued page 00079)**

0079

| 01: | | Q. | Is it a long time? |
|---|---|---|---|
| 02: | | A. | Yeah, it's a long time. |
| 03: | | Q. | Decades? |
| 04: | | A. | Yes, decades. |

**Page 00079**

*Plaintiffs Objections 602 - speculation; 402/403 - relevance, wastes time:*

| 23: | | Q. | What do you understand settings for the welder |
|---|---|---|---|
| 24: | to mean? | | |
| 25: | | A. | Settings for the welder would be basically |

**(continued page 00080)**

0080

| 01: | voltage and amp control, I believe.  I think that's all |
|---|---|
| 02: | you can set on them. |
| 03: | Q.   And would there be a single set of settings for |
| 04: | a particular tank? |
| 05: | A.   No.  It would probably be a general range. |
| 06: | Q.   Okay.  Would the settings vary by the |
| 07: | particular weld? |
| 08: | A.   Possibly.  Or the welder.  The person. |

*Defense Counters Adams Deposition Ex. 665 is Trial Exhibit 185:*

| 09: | MS. ZEMAN:  Okay.  Rob, if you could enter as |
|---|---|
| 10: | exhibit -- are we on Plaintiffs' 665 I think -- the |
| 11: | document with the Bates stamp of CHART000088. |
| 12: | THE VIDEOGRAPHER:  One moment, please. |
| 13: | MS. ZEMAN:  Sure. |
| 14: | (Plaintiffs' Exhibit 665 marked for |

```
15:                          identification.)
```

**Page 00080**

*Plaintiffs Objections 402/403 - relevance, wastes time (subsequent testimony identifies CHART070444 as assembly drawing used in production):*

```
21:              Q.   Mr. Adams, do you recognize this document?

22:              A.   Yes.

23:              Q.   What is this?

24:              A.   It appears to be a drawing of the MVE 808.

25:              Q.   And how do you know that?
```

**(continued page 00081)**

```
     0081

01:              A.   By looking in the title block.

02:              Q.   Is that down at the bottom right of the

03:         document?

04:              A.   Yes.  Lower right-hand corner.

05:              Q.   Is this essentially a design drawing for the

06:         MVE 808 tank model?

07:              A.   Yes.  This would be a final.  Final level

08:         design.

09:              Q.   Is this document utilized in the production

10:         process for the MVE 808?

11:              A.   By the production team?

12:              Q.   Anywhere within the production process.

13:              A.   I don't think we would use it on a daily basis,

14:         no.

15:              Q.   Would the production team on the -- essentially

16:         the manufacturing floor use this document?

17:              A.   Not daily.  The QC inspection team would maybe

18:         reference it for some of these height dimensions that

19:         you see called out.

20:              Q.   Would the document be used for anything else at

21:         Chart?

22:              A.   Engineering would maybe look at it
```

23:        periodically, you know, if there's -- if there's a

24:        discrepancy in production or quality.

25:             Q.   Would a design document like this serve as the

**(continued page 00082)**

    0082

01:        foundation for assembly instructions?

02:             A.   At this level only final assembly.

**Page 00082**

*Plaintiffs Objections 402/403 - relevance, wastes time, confusing (subsequent testimony identified CHART070444 as assembly drawing used at production):*

09:             MR. DUFFY:   What's the exhibit number again,

10:        Amy?

11:             MS. ZEMAN:   This is Exhibit 665.   And the Bates

12:        number is CHART000088.

13:             MR. DUFFY:   Got it.   Thank you.

14:             MS. ZEMAN:   And I also just dropped it into the

15:        chat for everyone.

16:             THE WITNESS:   I do not see the annular lines in

17:        this drawing.

18:             MS. ZEMAN:   Rob, if you could scroll up to the

19:        top again.

20:             Q.   In the image at the top left, can you see the

21:        top of where the annular lines are?

22:             A.   The image in the up left, I can see the --

23:        where they would come out of the freezer, yes.

24:             Q.   And where is that?

25:             A.   That would be in that top ring, what we would

**(continued page 00083)**

    0083

01:        call the top head.   And that's in the upper left-hand

02:        corner, in the upper left-hand corner of the drawing as

03:        well.

04:             MS. ZEMAN:   Okay.   If we could close that and

05:                    enter as Exhibit 666 CHART070444.

**Page 00083**

*Defense Counters Adams Deposition Ex. 666 is Trial Exhibit 272:*

15:              Q.   Mr. Adams, do you recognize this document?

16:              A.   Yes.

17:              Q.   What is this?

18:              A.   This would be a drawing of the inner outer

19:        assembly.

20:              Q.   Does it illustrate one or more of the annular

21:        lines?

22:              A.   Yes, it does.

23:              Q.   Where does it show that?

24:              A.   Essentially the top middle of the drawing, the

25:        section -- the center section with the tank.

**Page 00084**

07:              Q.   So within the document there are two large

08:        depictions of the tank; correct?

09:              A.   Yes.

10:              Q.   One on the left appears to be looking down from

11:        above the tank; is that right?

12:              A.   Correct.

13:              Q.   And the one on the right appears to be a

14:        cutaway with a tank laying on its side; is that correct?

15:              A.   Correct.

16:              Q.   Which of those two images shows the annular

17:        line?

18:              A.   The side view that you mentioned last.

19:              Q.   Okay.  So the one that's a cutaway with the

20:        tank laying on its side?

21:              A.   Yes.

22:              Q.   And is the annular line what we see running

23:        across the top of that image horizontally?

24:          A.   Yes.  Between the two walls.

25:          Q.   Okay.  It looks like it's marked with a 26 and

**(continued page 00085)**

0085

01:          a circle with an arrow extending with the circle to the

02:          annular line?

03:          A.   Yes.

04:          Q.   Okay.  And do you know if that's the fill line

05:          or the sensor line?

06:          A.   That I don't know.

07:          Q.   Are they constructed identically?

08:          A.   I'm not sure, but they should be.

09:          Q.   Okay.  The intention is that they would be

10:          assembled and constructed identically?

11:          A.   At least very similar, yes.

12:          Q.   Okay.  And at the far right of the annular

13:          line, which would be the bottom of the annular line if

14:          the tank were upright, is the number 30 pointing at the

15:          fitting that attaches the annular line to the inner

16:          vessel?

17:          A.   Yes.

**Page 00089**

13:          Does the fitting need to be attached to the

14:          inner vessel in order for it to operate as intended?

15:          A.   I would think so, yes.

16:          Q.   If the fitting broke away from the inner

17:          vessel, would the tank operate as intended?

18:          A.   No.

**Page 00090**

09:          Q.   One of the annular lines on the MVE 808 is used

10:          to fill the tank with liquid nitrogen; correct?

11:          A.   I believe so, yes.

12:          Q.   Is that annular line that's used for filling

13:     the tank straight?

14:          A.   Once in the annular space, it is straight.  I

15:     think so.

16:          Q.   Would you expect it to be curved in any way?

17:          A.   No.

**Page 00091**

06:          Q.   Do you know what a full penetration weld is?

07:          A.   I'm familiar with the term, yes.

08:          Q.   What does it mean?

09:          A.   It means when the weld fully penetrates the

10:     base material.

**Page 00091**

*Plaintiffs Objections 402/403 - relevance, wastes time, confusing:*
*Defense Counters Begin with "Under what circumstances…":*

17:     your discussions with counsel.  Under what circumstances

18:     is a full penetration weld required?

19:          A.   To my knowledge, typically it's a code

20:     requirement.

21:          Q.   What code?

22:          A.   What comes to mind is in our industrial

23:     division down the street like an ASME code or a PED

24:     code, a pressure vessel code would typically require

25:     that.

**Page 00092**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

10:          Q.   How can you verify that a full penetration weld

11:     has been applied?

12:          A.   To my knowledge using an x-ray.

**Page 00100**

16:          Q.   Are there quality assurance measures in place

17:     at the 3055 facility to ensure welds are applied

18:       properly?

19:              A.   Yes.

20:              Q.   What are those measures?

21:              A.   I would say our helium leak detection.

22:              Q.   Anything else?

23:              A.   Other than a visual quality, no.

24:              Q.   What visual quality inspection would be done of

25:       the welds?

**(continued page 00101)**

   0101

01:              A.   They would -- we would look at the weld for

02:       either a pinhole or a gap, a missed section, or any type

03:       of inclusions that are very obvious and don't belong.

04:              Q.   And would each weld be inspected as it was

05:       completed, or would there just be an inspection once the

06:       tank was generally complete?

07:              A.   Typically the welds are inspected by the person

08:       applying the weld.

09:              Q.   So essentially the welder would apply a weld

10:       and then inspect it after finishing the process to

11:       confirm it was done correctly?

12:              A.   Correct.

13:              Q.   And then would the welds that are visible be

14:       visually inspected when the tank was completed in full?

15:              A.   Those that are easily accessible, yes.

16:       Typically around the outside we always give one final

17:       visual inspection more so for aesthetics so it's

18:       visually pleasing to the customer.

19:              Q.   So that inspection would not necessarily be

20:       looking for gaps, pinholes, or inclusions?

21:              A.   It would, but from an aesthetics standpoint.

```
22:              If there was a black mark that was stuck in the weld

23:              that needed to be, you know, buffed out by hand, for

24:              example.
```

**Plaintiffs Objections 402/403 - relevance, wastes time:**

```
25:          Q.   And who does that final inspection?
```

**(continued page 00102)**

```
   0102

01:          A.   Typically that's kind of done by both our

02:      quality technician and whomever is doing any of the

03:      final prep that wipes the tank down, cleans it, puts

04:      labels.  They're all sort of tasked with visual

05:      inspection.

06:          Q.   Is there also a heated mass spectrometer test

07:      completed?

08:          A.   Did you -- a heated mass spectrometer?  I'm not

09:      familiar with that term.  We do use a mass spectrometer.

10:      That is the helium leak detection.

11:          Q.   Ah.  That may have been a typo on my part for

12:      helium mass spectrometer test.

13:          A.   That would be correct.  It would be a helium

14:      mass spectrometer test.

15:          Q.   Okay.  And is that the helium leak test that

16:      you referred to earlier?

17:          A.   Yes.

18:          Q.   And who conducts that test?

19:          A.   We have a -- what we call a mass spec operator.

20:          Q.   Is that a single person who does the test on

21:      various tanks?

22:          A.   Yeah.  It's one person for all tanks.

23:          Q.   Who is that person currently?

24:          A.   Currently that is Tony Childers.

25:          Q.   And how long has Tony Childers done that?
```

**(continued page 00103)**

0103

```
01:              A.   I don't know.

02:              Q.   Has it been a long time?

03:              A.   Yes.

04:              Q.   Has it been decades?

05:              A.   He's been with the company decades.  I don't

06:        know if he's done that job decades.

07:              Q.   Okay.  Does Chart do a warm vacuum test on the

08:        tanks after manufacture?

09:              A.   After our evacuation process, yes.

10:              Q.   What is that testing for?

11:              A.   It basically ensures that the vacuum that we

12:        placed on the tank meets our standards, our

13:        expectations.  And that's directly coming off the

14:        evacuation manifold.

15:              Q.   And that's referring to what should be the

16:        final vacuum that's pulled before the tank is shipped

17:        out; correct?

18:              A.   Correct.  That is the vacuum level that the

19:        customer will receive with the freezer.

20:              Q.   And who conducts that test?

21:              A.   That is also Tony.

22:              Q.   Does Chart do anything to measure the weld

23:        thickness on any of the weld lines on an open top tank?

24:              A.   Typically, no.

25:              Q.   Is there a way to do so?
```

**(continued page 00104)**

0104

```
01:              A.   I'm sure there's a way, but I wouldn't be

02:        familiar with it.
```

```
03:             Q.   Is the helium leak test done to each tank

04:        produced at the 3055 facility?

05:             A.   Yes.  Every freezer produced receives a helium

06:        mass spec check -- leak check.

07:             Q.   And is the warm vacuum test done to every tank?

08:             A.   Yes.  Warm vacuum is done to every freezer as

09:        well.

10:             Q.   And the visual inspection is done on every

11:        tank?

12:             A.   Yes.

13:             Q.   Do the welders receive performance reviews?

14:             A.   Yes.

15:             Q.   Who conducts those reviews?

16:             A.   The supervisor does.

17:             Q.   For the open top tanks would that be Kyle

18:        Eubanks?

19:             A.   Currently, yes.

20:             Q.   When the supervisor used to be a hybrid

21:        position -- do you know what I'm referring to?

22:             A.   I do not.

23:             Q.   I think you had referred to earlier before Kyle

24:        took the position there was I believe Timothy?

25:             A.   Yes.  The production manager, yes.  Timothy
```

**(continued page 00105)**

```
      0105

01:        Logan.

02:             Q.   Thank you for the recollection.  Would the

03:        production manager at any point have done the

04:        performance reviews for the welders?

05:             A.   Yes, he would have done them.

06:             Q.   So production manager and the production
```

07:          supervisor may have done welder performance reviews over

08:          the years; is that correct?

09:               A.   Correct.

**Page 00106**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

19:               Q.   Are you aware of any instance where a weld

20:          failed to seal?

21:               A.   Yes.

22:               Q.   When?

23:               A.   Typically at our mass spec station, that's

24:          specifically what it's designed to do is to pinpoint any

25:          welds that aren't sealed properly.

**Page 00107**

*Defense Objections Dissimilar other occurrence; MIL No. 1; weld failed because of customer abuse; customer put a hole in the stainless steel:*

15:               Q.   Okay.  Are you aware of any instances where a

16:          weld failed after a tank was shipped out of the

17:          production facility?

18:               A.   We -- outside of this one?

19:               Q.   Outside of this subject tank in this

20:          litigation, correct.

21:               A.   Right.  We've had them.  We've had one recently

22:          due to customer abuse.

23:               Q.   What sort of abuse?

24:               A.   They had abused the inner wall in a manner that

25:          they basically put a hole through the stainless.

**Page 00108**

*Defense Objections Objection to "Excluding the subject tan in this litigation";  This is argumentative and the witness has not seen the subject tank; the question starts with "are you aware…"; references a 2020 incident with an unknown model tank; dissimilar other occurrence; MIL No. 1.:*

11:               Q.   Excluding the subject tank in this litigation,

12:          are you aware of any instance where a cryogenic freezer

13:          became deformed after production?

14:          A.   After production in customer usage?

15:          Q.   Sure.

16:          A.   Yes.  The one I just mentioned.  It was due to

17:     abuse.

18:          Q.   And the one you mentioned had a hole placed in

19:     the inner vessel; correct?

20:          A.   Correct.

21:          Q.   How did that happen?

22:          A.   We don't know exactly.  We can only assume what

23:     happened.

24:          Q.   When did you learn of that instance?

25:          A.   That tank was earlier this year.  Probably

**(continued page 00109)**

     0109

01:     around March.

02:          Q.   How big is the hole in it?

03:          A.   It's fairly tiny.

04:          Q.   Where is the hole located?

05:          A.   I think it was approximately 6 inches down from

06:     the top.

07:          Q.   Is it in a weld line?

08:          A.   No.

09:          Q.   Is it just in the sheet of stainless steel?

10:          A.   Yes.

11:          Q.   Have you seen that tank?

12:          A.   Yes.

13:          Q.   How is it deformed?

14:          A.   The whole inner shell is -- how do I describe

15:     it -- what we would call imploded.

16:          Q.   Have you ever seen that before?

17:          A.   That was the -- that's the only one I've seen.

18:          Q.   How extensive is the deformation?

19:          A.   I don't know how to define.  I mean, it's no

20:     longer usable.  It's not repairable.

21:        Q.   What do you think caused the deformation?

22:        A.   That was -- that was the inner -- excuse me --

23:   I mean, the hole in the inner, I'm presuming caused, you

24:   know, it was a leak to the vacuum space.  And without

25:   understanding the true science of what goes on, it's

**(continued page 00110)**

0110

01:   either the cold temperature inside that drew the metal

02:   in or liquid got into that space and caused a slight

03:   pressure build, enough to push the inner out.  I don't

04:   know enough about that to be 100 percent sure.

05:        Q.   Are you aware of any other reasons it might

06:   have deformed?

07:        A.   Those are the only two I can think of.

08:        Q.   What model of tank was that?

09:        A.   That I don't recall.  It was an open top

10:   though.

**Page 00111**

*Defense Objections Dissimilar other occurrence from March 2020; MIL No. 1; customer put a hole in the stainless steel:*

05:        Q.   I see.  Where is that tank now?

06:        A.   That should be scrapped now.

07:        Q.   Does that mean it's been destroyed?

08:        A.   Yes.

09:        Q.   Did Chart do any root cause analysis on that

10:   tank?

11:        A.   Other than our visual inspection and we quickly

12:   noticed the customer abuse to it, we weren't able to do

13:   any further analysis on it.

*Defense Counters Contingent on whether evidence of 2020 tank that was hammered on is admitted:*

14:        Q.   How did Chart determine that there had been

15:   customer abuse?

16:        A.   By looking at the inner walls, it was very

17:   obvious.

18:        Q.   Were there scuff marks on the inner vessel?

19:          A.   Yes.  Very, very deep scuff marks on two

20:          opposing sides of the vessel and other markings that

21:          appeared like a hammer.  But that is pure assumption.

*Defense Objections Dissimilar other occurrence from March 2020; MIL No. 1; customer put a hole in the stainless steel:*

22:          Q.   Was that tank returned to Chart?

23:          A.   Yes.

**Page 00113**

*Defense Counters Contingent on whether evidence of 2020 tank that was hammered on is admitted:*

05:          Q.   Did Chart document its conclusions about that

06:          tank?

07:          A.   I believe we did, yes.

**Page 00114**

04:          Q.   Excluding the subject tank in this litigation,

*Plaintiffs Objections 106 - incomplete excerpt; 402/403 - relevance, misleading, prejudicial, confusing:*

05:          are you aware of any instance where the weld failed

06:          where the annular tube attaches to the inner vessel in a

07:          Chart tank?

08:          A.   No.

**Page 00115**

*Defense Objections See objections to Trial Exhibit 192; to the extent this includes post-remedial measures taken in December 2018, it is objectionable per FRE 407:*

23:          Q.   Great.  Thank you.  Mr. Adams, do you recognize

24:          this document?

25:          A.   It appears to be a risk analysis.

**(continued page 00116)**

     0116

01:          Q.   What is a risk analysis?

02:          A.   It's usually a collection of PFMEA, DFMEA.

03:          It's sort of documenting the construction, the use, and

04:          the risks associated assigning severity and occurrence.

05:          Q.   And does this document apply to the MVE 808

06:          document -- or tank?

```
07:         A.   I see that it's for the HECO, VARIO, and
08:    CRYOSYSTEMS FULL AUTO.  So I don't know that it applies
09:    to the 808 specifically.
10:         Q.   Is the 808 -- let me -- sorry.  Allow me to
11:    rephrase that.  So this applies to the MVE cryogenic
12:    freezers; correct?
13:         A.   Yes.
14:         Q.   And the MVE 808 is an MVE cryogenic freezer?
15:         A.   It is, but all of these products are branded
16:    MVE.
```

**Page 00117**

*Plaintiffs Objections 402/403 - relevance, wastes time, confusing.*
*See Chart's Response to RFA Set 5 Nos. 15 and 16.:*

*Defense Counters Contingent on whether Trial Exhibit 192 is admitted;*
*this testimony explains that this version of was created in December*
*2018, post-incident:*

```
21:         Q.   And is there anything in the document that
22:    would show you when this version was created?
23:         A.   I notice there is -- there's a Risk Activities
24:    tab that has dates.  Last one in red says December of --
25:    it looks like December 14th, 2018.
```

**(continued page 00118)**

```
     0118
01:         Q.   And so your interpretation is that that would
02:    be the last edit date for this?
03:         A.   Based on this file, yes.
04:         Q.   And is there anything in the document that
05:    indicates to you what edits were made on December 14th
06:    of 2018?
07:         A.   It just says "Cassie Bartz (Regulatory)."
```

**Page 00128**

*Plaintiffs Objections 402/403 - relevance, wastes time:*

```
16:         Q.   Are the weld -- are the current welding
17:    parameter documents intended to be posted in the
18:    production area?
```

19:          A.   We no longer keep those posted because we have

20:     MasterControl available on PCs.   So the supervisors are

21:     able to go and print out a copy and you see the print

22:     and date stamp.

23:          Q.   At some point were they physically posted in

24:     the production area?

25:          A.   Yes.