# EXHIBIT B

# Brooks, Jeff

**Volume 1 - 01/23/2020**

Summary Proceeding with Highlighted Clips
Printed 05/23/2021 01:38AM CDT

CONFIDENTIAL

- 🟩 P counter-counters (Runtime - 00h:08m:25s)
- 🟦 Plaintiffs Designation (Runtime - 00h:18m:31s)
- 🟥 Plaintiffs Objections (Runtime - 00h:10m:49s)
- 🟧 Defense Counters (Runtime - 00h:51m:52s)
- 🟥 Defense Objections (Runtime - 00h:01m:33s)

**Page 00007**

01:                   THE VIDEOGRAPHER:   This begins the video

02:         deposition of Jeff Brooks as PMK for Chart, Inc.,

03:         being taken in the matter of Pacific -- In Re:

04:         Pacific Fertility Center Litigation.   Today's date

*Plaintiffs Objections Objection starts with "The time":*

05:         is January 23rd, 2020.   The time on the record is

06:         9:19 a.m.   My name is Brandyon Brantley.   I'm the

07:         videographer.   The court reporter is Laura MacKay.

**Page 00008**

10:                   Could you please state your full name for

11:         the record.

12:              A.   Jeffrey Steven Brooks.

**Page 00009**

13:                   Mr. Brooks, do you understand that today

14:         Chart, Inc., has designated you to testify on its

15:         behalf?

16:              A.   Yes.

17:              Q.   Okay.   And are you willing to testify on

18:         Chart's behalf today?

19:              A.   Yes.

20:              Q.   And in addition, we've also noticed your

21:         deposition in your individual capacity.   For

22:         purposes of today the majority of our questions I

23:         think will be to you as Chart's witness, and you

24:         should assume the questions are directed at Chart,

25:         unless indicated otherwise, as a means of

**(continued page 00010)**

     0010

01:         differentiating between Chart and your individual

02:         testimony.

**Plaintiffs Objections 402/403 - relevance, waste of time:**

03:                    MR. SMITH:  I'll just object to that to the

04:          extent it's not clear.  I'll make an objection at

05:          the time.

06:          BY MS. ZEMAN:

07:                    Q.  Mr. Brooks, what did you do to prepare for

08:          your deposition today?

09:                    A.  I looked at several binders full of emails

10:          and other documents.

**Page 00013**

02:                    Q.  Mr. Brooks, do you have a college degree?

03:                    A.  I do.

04:                    Q.  And what is that degree?

05:                    A.  It's a bachelor of science in mechanical

06:          engineering technology.

**Page 00013**

11:                    Q.  And who is your current employer?

12:                    A.  Chart, Incorporated.

13:                    Q.  And what's your position with Chart,

14:          Incorporated?

15:                    A.  I am currently titled innovation engineer.

16:                    Q.  And what is an innovation engineer?

17:                    A.  We do new product development.

18:                    Q.  And how long have you been an innovation

19:          engineer?

20:                    A.  About six years.

21:                    Q.  Were you with Chart before then?

22:                    A.  Yes.

23:                    Q.  What was your position with Chart before

24:          the innovation engineer?

25:                    A.  Sustaining engineer.

**(continued page 00014)**

0014

01:             Q.  And what does a sustaining engineer do?

02:             A.  Sustaining engineer does continuous

03:      improvement on the product and maintaining

04:      documentation like bills of material and drawings

05:      and such.

06:             Q.  Did you work with the MVE 808 in that

07:      position?

08:             A.  Yes.

09:             Q.  In what ways?

10:             A.  As the sustaining engineer in product

11:      engineering.

12:             Q.  What did you do specifically regarding the

13:      MVE 808 as a sustaining engineer?

14:                 MR. SMITH:  Overbroad.

15:      BY MS. ZEMAN:

16:             Q.  You can answer.

17:             A.  It was mainly sustaining activity:

18:      maintaining bills of material and drawings.

19:             Q.  Did you make any changes to the drawings?

20:             A.  There were changes to drawings, yes.

21:             Q.  What sort of changes did you make to the

22:      drawings of the MVE 808?

23:             A.  Miscellaneous, you know, sometimes to

24:      clarify material requirements or assembly

25:      requirements.

**(continued page 00015)**

0015

01:             Q.  So assembly requirements.  What did you say

02:      for that?

03:          A.   Material requirements.

04:          Q.   What sort of material requirements changed?

05:          A.   Sometimes it would be material length.

06:     Sometimes width.  I mean, just minor size changes,

07:     typically.  It's mature product, and very little

08:     maintenance was actually done to it.

09:          Q.   What do you mean by a "mature product"?

10:          A.   It was developed in the '80s or the '70s,

11:     probably, and no substantial changes have been done

12:     to it since that time.

13:          Q.   Can you give me some examples of the

14:     changes that have been made to it?

15:          A.   The only significant change would be the

16:     addition of annular lines for -- to allow the use of

17:     differential pressure censor for the controller.

18:          Q.   When were those added?

19:          A.   That would have been in the mid-'90s.

20:          Q.   And the tank has two annular lines,

21:     correct?

22:          A.   Correct.

23:          Q.   Were both of the lines added in the

24:     mid-'90s?

25:          A.   Yes.

**(continued page 00016)**

0016

01:          Q.   And you referred to continuous

02:     improvements.  What does that mean?

03:          A.   That generally means minor changes that

04:     would allow production to produce the -- the product

05:     easier, quicker, or to improve the user interface.

06:          Q.   Would the addition of the annular lines be

```
07:              considered a continuous improvement?

08:                   A.  Yes.

09:                   Q.  And were there any other significant

10:              changes to the MVE 808?

11:                   A.  None that I recall.

12:                   Q.  Have the materials used to construct the

13:              MVE 808 changed?

14:                   A.  No.

15:                   Q.  Not since it was initially designed in the

16:              '70s or '80s?

17:                   A.  Not since I've became involved with the

18:              product in the early '90s.  I can't speak to what

19:              might have happened before I became involved with

20:              the product.
```

*Plaintiffs Objections 402/403 - relevance, waste of time:*

```
21:                   Q.  Okay.  And during what time period were you

22:              assisting engineer?

23:                   A.  Could you restate that, please.

24:                   Q.  During what time period did you serve as a

25:              sustaining engineer at Chart?
```

**(continued page 00017)**

```
     0017

01:                   A.  I don't remember years very well anymore.

02:              They all kind of run together.  But I was sustaining

03:              engineer for about five or six years before I became

04:              an innovation engineer, and that was -- so it was

05:              probably 10 or 15 years ago.  Probably closer to 15,

06:              when I became -- a sustaining engineer became my

07:              title.

08:                   Q.  Okay.  And were you with Chart before you

09:              were a sustaining engineer?

10:                   A.  I was.
```

```
11:              Q.  Okay.  And what was your position?
12:              A.  Product engineer.
13:              Q.  And how long were you a product engineer?
14:              A.  Probably ten years.
15:              Q.  And what did you do as a product engineer?
16:              A.  The same thing as I did as a sustaining
17:        engineer.  That was -- that title change was not a
18:        job change.  It was just a title change.
19:              Q.  Okay.  Is that true for your entire period
20:        as a product engineer, that the work is comparable
21:        to what you did as a sustaining engineer?
22:              A.  Yes.
23:              Q.  And were you with Chart before you were a
24:        product engineer?
25:              A.  Yes.
```

**(continued page 00018)**

```
    0018
01:              Q.  What were you before a product engineer?
02:              A.  I was a lab technician.
03:              Q.  How long were you a lab technician?
04:              A.  Probably five years.  Well, make that
05:        three.
06:              Q.  And what did you do as a lab technician?
07:              A.  Testing of materials and finished product
08:        and components that go into the product.
```

**Page 00018**

*Plaintiffs Objections 402 relevance; 403 waste of time :*

```
22:              Q.  Okay.  And were you with Chart before you
23:        were a lab technician?
24:              A.  No.
25:              Q.  When did you start with Chart?
```

**(continued page 00019)**

0019

01:                    A.  I started at this location before it became

02:          Chart in 1989.

03:                    Q.  Were you with MVE?

04:                    A.  I was with CSI Cryogenic Services.

05:                    Q.  How did CSI come to be a Chart location?

06:                    A.  MVE purchased CSI two years after I went to

07:          work there, about two years after I went to work

08:          there, and then Chart purchased MVE in the mid to

09:          late '90s.

10:                    Q.  So you started with CSI in 1989?

11:                    A.  Correct.

12:                    Q.  And, then, CSI was purchased by MVE in

13:          maybe 1991 or so?

14:                    A.  Yes.

15:                    Q.  Okay.  And then mid to late '90s, CSI was

16:          purchased by Chart?

17:                    A.  Yes.

18:                    Q.  MVE was purchased by Chart.

19:                    A.  Yes.

20:                    Q.  Okay.  And what was your position with CSI

21:          when you started in 1989?

22:                    A.  Lab technician.

23:                    Q.  Is that the lab technician position that

24:          you described earlier?

25:                    A.  Yes.

**Page 00020**

*Plaintiffs Objections 402/403 - relevance, waste of time, cumulative:*

12:                    Q.  The MVE 808 is a vacuum-insulated freezer,

13:          correct?

14:                    A.  Correct.

15:                    Q.  Can you describe what that means?

16:                    A.  That means that it has an inner and outer

17:          wall that is sealed and evacuated to provided

18:          insulation, thermal insulation.

19:                    Q.  Does that mean the vacuum space provides

20:          the insulation?

21:                    A.  The vacuum space provides the bulk of the

22:          insulation, yes.

23:                    Q.  What else provides the insulation?

24:                    A.  There's a multi-layer insulation system

25:          wrapped around the inner container before it is

**(continued page 00021)**

     0021

01:          placed in the outer container.

02:                    Q.  Does that insulation reside inside the

03:          vacuum space?

04:                    A.  It does.

05:                    Q.  So the vacuum plus the insulation accounts

06:          for the insulation of the -- of the maintenance of

07:          the cold temperatures in the freezer?

08:                    A.  Yes.

09:                    Q.  And do the annular lines go through the

10:          vacuum space?

11:                    A.  They do.

12:                    Q.  Is there anything other than insulation in

13:          the vacuum space -- let me rephrase that.

14:                        Is there anything other than insulation and

15:          the annular lines inside the vacuum space?

16:                    A.  Yes.

17:                    Q.  What else?

18:          A.  There is a gettering system that absorbs

19:      gas molecules that enter into the vacuum space after

20:      it is sealed off.

21:          Q.  Is there anything else in the vacuum space?

22:          A.  No.

23:          Q.  And did you say that the gettering system

24:      would collect molecules that enter the vacuum space

25:      after it's been sealed?

**(continued page 00022)**

0022

01:          A.  Yes.

02:          Q.  How would anything enter the vacuum space

03:      after it's been sealed?

04:          A.  There are multiple ways.  The stainless

05:      steel material used for the inner and outer wall out

06:      gases molecules throughout the life of the

07:      container, and small gas molecules can migrate

08:      through the walls over time.

09:          Q.  Any other methods for molecules to get into

10:      the vacuum space?

11:          A.  Molecules mainly make their way through

12:      small molecular-size openings throughout the

13:      assembly over time.

14:          Q.  Even with the vacuum in place?

15:          A.  Yes.

16:          Q.  What types of molecules does the stainless

17:      steel outgas?

18:          A.  Mostly hydrogen.

19:          Q.  And what type of molecules would migrate

20:      through the stainless steel over time?

21:          A.  Any molecule of gas that is in the

22:          atmosphere can migrate through the structure.

23:               Q.  And as for the stainless steel off-gassing

24:          throughout its life, you said mostly hydrogen.

25:                    Is there something other than hydrogen that

**(continued page 00023)**

     0023

01:          it would off gas?

02:               A.  None that I'm aware of.  As far as I know,

03:          hydrogen is the -- is the molecule that outgasses

04:          from the material.

05:               Q.  And it would off-gas the hydrogen in a gas

06:          format?

07:               A.  Yes.  I mean, it releases molecules, and

08:          the pressures are low enough that it's in the

09:          gaseous state.  The temperature is warm enough that

10:          it's in a gaseous state.

11:               Q.  What other state could hydrogen be in?

12:               A.  Hydrogen can be in a liquid state.  If you

13:          get cold enough, it could be in a solid state, but

14:          that generally does not happen here.  Some other

15:          planet in the system where it's colder than you can

16:          get it here might freeze it.

17:               Q.  So for hydrogen to be in a solid state, it

18:          would have to be at a level of cold that is not

19:          reasonably possible?

20:               A.  Correct.

21:               Q.  How does the volume of the molecule of

22:          hydrogen in a gaseous compare to its volume in a

23:          liquid state?

24:               A.  I do not know that off the top of my head.

25:               Q.  Do you have any opinion on the comparison?

**(continued page 00024)**

0024

01:              A.  Well, at the molecular level, there's no --

02:         there's no difference.  The molecule size is

03:         consistent whether it be in a gaseous or a liquid

04:         state.  When the molecules come together in

05:         insufficient quantity at the right pressure it's a

06:         liquid.  Otherwise it's a gas.

07:              Q.  And the annular lines pass through the

08:         vacuum space and then open into the inner vessel,

09:         correct?

10:              A.  Correct.

11:              Q.  And where is that opening?

12:              A.  It is near the bottom of the shell of the

13:         inner container, just above the inner bottom head of

14:         the container.  Probably an inch or so above the

15:         head.  Probably two inches above the ultimate bottom

16:         of the container.

17:              Q.  And why are they in that location?

18:              A.  To measure the weight of the liquid column

19:         that is in the freezer to determine what the liquid

20:         level in the freezer is.  You want the entry port to

21:         be as close to the bottom of the container as

22:         possible.

23:              Q.  When it reads the level, is it reading just

24:         from the level of that port opening?

25:              A.  It does read from the weight of the liquid

**(continued page 00025)**

0025

01:         column that's above the port.

**Page 00025**

08:                    Q.  When the annular lines were added to the

09:          design, was there any testing done of the tank at

10:          that time?

11:                    MR. SMITH:  Vague.

12:                    A.  There was no testing done.

13:          BY MS. ZEMAN:

14:                    Q.  Was there any quality assessment done?

15:                    A.  No.

16:                    Q.  Was there any risk analysis done?

17:                    A.  No.

18:                    Q.  Does the MVE 808 have a false bottom?

19:                    A.  Yes.

20:                    Q.  And what does that mean?

21:                    A.  It's just an aluminum disk that is placed

22:          in the bottom to provide a level surface for the

23:          inventory system to be placed on.  The bottom head

24:          is not flat, so a level surface is required for the

25:          inventory system, so a false bottom is installed to

**(continued page 00026)**

     0026

01:          provide that.

02:                    Q.  How much space is below the false bottom?

03:                    A.  Perhaps an inch, but I do not know for

04:          certain.

05:                    Q.  And would it be a uniform inch?

06:                    A.  No.

07:                    Q.  Why not?

08:                    A.  The inner bottom head being -- having flat

09:          surfaces, when a vacuum is pulled on the back side

10:          of it, it deforms and becomes not flat.  So at the

11:          outer edges where it connects to the inner shell,

12:     the distance between the false bottom and the head

13:     would be smaller than it would be as you approach

14:     the center.

15:         Q.  So when you say about an inch below, would

16:     that be your estimate for the deepest gap, the

17:     biggest gap between the false bottom and the head?

18:         A.  Yes.

19:         Q.  Do you know what the volume of space is

20:     below the false bottom?

21:         A.  I do not.

22:         Q.  What is the proper process to fill an MVE

23:     808 with liquid nitrogen?

24:         MR. SMITH:  Vague.  Outside the scope.

25:     BY MS. ZEMAN:

**(continued page 00027)**

0027

01:         Q.  Go ahead.

02:         A.  So there's two different processes.  One

03:     applies to a freezer with the autofill assembly

04:     installed, and another applies to the freezer that

05:     does not have an autofill system installed.

06:         Which system do you want?

07:     BY MS. ZEMAN:

08:         Q.  Let's start with the autofill.

09:         A.  With an autofill system, you would connect

10:     a transfer hose from a liquid supply to the inlet

11:     connection to the plumbing assembly, and then open

12:     the supply valve at the liquid source, plug the

13:     power supply in; and the controller, after it boots

14:     up, will open the fill valves and allow liquid

15:     nitrogen to pass into the freezer.  It will then

```
16:        monitor the level during that fill proceeds, and

17:        close the valves and stop the flow of liquid

18:        nitrogen into the freezer when the level reaches to

19:        a programmed high fill setting.

20:            Q.  And if the tank were being put into service

21:        for the first time, would it start that process at

22:        room temperature?

23:            A.  Yes.

24:            Q.  Does Chart provide instructions for end

25:        users to initiate a fill?
```

**(continued page 00028)**

```
     0028

01:            A.  Yes.

02:            Q.  And to initiate a fill for an empty tank?

03:            A.  Just as I've just described.

04:            Q.  Where are those instructions?

05:            A.  There is a quick start guide that is

06:        provided the freezer, and there is a technical

07:        manual that is available for the freezer.

08:            Q.  Is the quick start guide physically

09:        provided with the freezer?

10:            A.  Yes.

11:            Q.  And what would be the procedure without an

12:        autofill?

13:            A.  You would connect the liquid transfer hose

14:        to the liquid supply, stall a face separator at the

15:        other end of the transfer hose, place that face

16:        separator inside the freezer, and open the valve to

17:        supply liquid from the supply.

18:            Q.  And that procedure, again, would be

19:        starting at room temperature?
```

```
20:              A.  If -- if the freezer is -- if it's the
21:         first fill, yes, it would be starting from room
22:         temperature.
23:              Q.  You mentioned that the vacuum space on the
24:         MVE 808 contains insulation.
25:              A.  Yes.
```

**(continued page 00029)**

```
     0029
01:              Q.  What is that insulation?
02:              A.  It's a multi-layer insulation.  There is a
03:         layer of foil and a layer of what's called paper,
04:         which is a fiberglass-based paper that are
05:         interleaved, and there's 30 layers of this
06:         alternating material.
07:              Q.  The first layer that you referred to, did
08:         you say full?
09:              A.  Foil, aluminum foil.
10:              Q.  So the first layer is aluminum foil?
11:              A.  One of the layers is aluminum foil, yes.
12:              Q.  And then the aluminum foil alternates with
13:         the fiberglass-based paper?
14:              A.  Yes.
15:              Q.  And is it 30 layers total?
16:              A.  Yes.  Well, there would be 30 layers of
17:         each material.
18:              Q.  So a total of 60 layers.
19:              A.  Correct.
20:              Q.  What's the outer layer?
21:              A.  Well, it does not matter which layer is the
22:         outer as long as the inner layer and the outer layer
23:         are not the same material.
```

24:          Q.  How much insulation is inside a single MVE

25:          808?

**(continued page 00030)**

0030

01:                A.  I -- other than, you know, 30 total layers

02:          of each material, I couldn't say how much it is.

03:          That information is available in our system, but I

04:          don't know it off the top of my head.

05:                Q.  Where in your system is that information?

06:                A.  It's on the bill of material.

07:                Q.  What's the bill of material?

08:                A.  Bill of material, that -- that's the --

09:          essentially a list of the material that the part

10:          numbers and quantities of materials that are used to

11:          build the freezer.

12:                Q.  Would the bill of material for the MVE 808

13:          essentially list the materials and quantities needed

14:          to build a single MVE 808 freezer?

15:                A.  Yes.

16:                Q.  And that document would be titled just bill

17:          of material?

18:                A.  Yes.

**Page 00031**

*Plaintiffs Objections 402 relevance; 403 waste of time :*

08:                Q.  Is the insulation absorbant?

09:                A.  No.

10:                Q.  Has the insulation material changed on the

11:          MVE 808?

12:                A.  No.

13:                Q.  It's been the same since it was originally

14:          designed?

15:          A.  It has been the same since I became

16:      involved with the product.

17:          Q.  And when was that again?

18:          A.  The mid-'90s.

**Page 00032**

16:          Q.  And does the MVE 808 contain a molecular

17:      sieve material?

18:          A.  It did contain a molecular sieve.

19:          Q.  And what is that material?

20:          A.  The name of it is Cryo-Sieve.  What the

21:      actual material is, I don't know.

*Plaintiffs Objections 403 waste of time :*

22:          Q.  Is Cryo-Sieve a brand?

23:          A.  It is a brand.

24:          Q.  And who produces?

25:          A.  Arkema, A-r-k-e-m-a.

**(continued page 00033)**

        0033

01:          Q.  And has Cryo-Sieve been the molecular

02:      material for the MVE 808 since the '90s?

03:          A.  Yes.

04:          Q.  And are there any other terms used within

05:      Chart for the sieve material?

06:          A.  No.

07:          Q.  Is it sometimes referred to as getter?

08:          A.  Yes.

09:          Q.  Any other terms like that?

10:          A.  No.

11:          Q.  So sieve or getter would be the only terms

12:      used to refer to it other than, perhaps, Cryo-Sieve?

13:          A.  Yes.

```
14:                    Q.  Can you describe that material?

15:                    A.  It is a small pellet, about a 16th-inch

16:          diameter, that is very porous.

17:                    Q.  Did you say you don't know the exact

18:          material?

19:                    A.  Correct, I do not.

20:                    Q.  What do you mean by "very porous"?

21:                    A.  It's an actual -- the actual surface area

22:          that's exposed to the vacuum space is several

23:          hundred times larger than what you would expect of a

24:          1/16th-inch pellet.  It probably has at least as

25:          much void area in it as it has actual sieve
```

**(continued page 00034)**

```
     0034

01:          material.

02:                    Q.  What is the purpose of that void area?

03:                    A.  To allow gas molecules to enter into the

04:          pellet.
```

*Plaintiffs Objections 602 speculation; incomplete hypothetical:*

```
05:                    Q.  What happens once the gas molecules get

06:          into the pellet?

07:                      MR. SMITH:  Incomplete hypothetical.

08:                    A.  It captures the molecule.  The molecule is

09:          captured by the pellet and kept there.

10:          BY MS. ZEMAN:

11:                    Q.  That means the molecule is unable to escape

12:          the pellet?

13:                      MR. SMITH:  Same objection.

14:                    A.  The pellet absorbs -- it captures molecules

15:          more efficiently as it gets colder.  When the pellet

16:          warms up, it will release that molecule.

17:          BY MS. ZEMAN:
```

18:          Q.  How much does it have to warm up to release

19:       the molecule?

20:               MR. SMITH:  Incomplete hypothetical.

21:          A.  There's a linear relationship there.  As it

22:       warms up, it releases more and more material as it

23:       gets warmer and warmer.

**Page 00037**

10:          Q.  Okay.  And the first item under -- on the

11:       parts list is described as "SIEVE MOLECULAR

12:       CRYOSIEVE 1/16th PALLADIUM OXIDE 76-80%-40 Mesh"; is

13:       that correct?

14:          A.  No.  The first item is "SIEVE MOLECULE

15:       CRYOSIEVE 1/16th".  The second item is "PALLADIUM

16:       OXIDE 76-80%-40 MESH."  Those are two part numbers.

17:          Q.  Okay.  And what's the difference between

18:       those two parts?

19:          A.  The -- they are both part of the gettering

20:       system.  The molecular sieve is what we've discussed

21:       already.  The palladium oxide reacts with hydrogen

22:       and converts it to water, and the water vapor is

23:       then absorbed by the molecular sieve.

24:          Q.  What are all of the elements of the

25:       gettering system?

**(continued page 00038)**

   0038

01:          A.  Those two are it.

02:          Q.  When you refer to the palladium oxide

03:       reacting with hydrogen and converting it to water,

04:       is it converting it to liquid water or gaseous

05:       water?

06:          A.  It would be gaseous water.

07:                    Q.   And where is that hydrogen coming from that

08:          it's converting?

09:                    A.   Hydrogen is out-gassed from the stainless

10:          steel material of the container, and it can also

11:          migrate through the material over time.

12:                    Q.   Does the palladium oxide convert anything

13:          other than hydrogen?

14:                    A.   Not to my knowledge.

15:                    Q.   And does the molecular sieve absorb

16:          anything other than gas molecules?

17:                    A.   No.

18:                    Q.   And what gases other than hydrogen are you

19:          familiar with being inside the vacuum space of a

20:          freezer?

21:                    A.   Any gas molecule that's found in the

22:          atmosphere.

**Page 00039**

11:                    Q.   Where are the molecular sieve and the

12:          palladium oxide located inside the MVE 808?

13:                    A.   The molecular sieve is -- is contained in a

14:          depression that is formed in the inner bottom head.

15:          The palladium oxide is in a packet form that is just

16:          placed inside the vacuum space.

17:                    Q.   Where inside the vacuum space?

18:                    A.   Typically they would place it on the

19:          insulation that covers the inner bottom head before

20:          the outer vessel is installed.

21:                    Q.   How big is the packet?

22:                    A.   Couple inches long, maybe a quarter inch in

23:          diameter.

24:                    Q.   And is it just a single packet of palladium

```
25:              oxide in each MVE 808?
```

**(continued page 00040)**

```
    0040
01:                   A.  I believe so, yes.
```

**Page 00040**

```
14:                   Q.  Is the sieve material placed in some sort
15:         of pan?
16:                   A.  In the case of the 808, there is a
17:         depression formed in the inner bottom head so that
18:         the pan is not required.  It is captured in that
19:         depression by a sheet of stainless that is placed
20:         over it and tack welded to the inner bottom head.
```

**Page 00042**

```
11:                   Q.  Why does the MVE 808 contain molecular
12:         sieve and palladium oxide?
13:                   MR. SMITH:  Asked and answered.
14:                   A.  It -- it is there to capture molecules of
15:         gas that enter the vacuum space after it is
16:         evacuated and sealed off.
17:         BY MS. ZEMAN:
18:                   Q.  Why is it necessary to do that?
19:                   A.  Because gas is -- gaseous molecules are
20:         entering the vacuum space continuously from the time
21:         it is sealed off.
22:                   Q.  Why do they need to be captured?  Why can't
23:         they just stay in the vacuum space?
24:                   A.  The major part of the insulation that
25:         allows it to contain in cryogenic liquid without
```

**(continued page 00043)**

```
    0043
01:         substantial evaporation of the cryogenic liquid and
```

02:          condensation or ice on the exterior, that requires a

03:          vacuum, and if enough molecules enter the vacuum

04:          space, there's no longer a vacuum and that vacuum

05:          insulation no longer exists.

06:              Q.  Why would the presence of gas molecules

07:          cause there to not be a vacuum?

08:              A.  The definition of a vacuum is the absence

09:          of stuff.  So those molecules, when they enter --

10:          you know, if they fill up the vacuum space, it's no

11:          longer a vacuum.

**Page 00049**

*Defense Objections Inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

13:              Q.  And how did you determine that the sieve

14:          material had released molecules?

15:              A.  Because the pressure in the vacuum space

16:          increased above ambient.

17:              Q.  Could anything else have caused the

18:          increase in pressure other than a release of

19:          molecules from the sieve?

20:              A.  If liquid nitrogen had entered the vacuum

21:          space, it could cause the pressure to increase above

22:          ambient.

23:              Q.  How would that occur?

24:                  MR. SMITH:  Incomplete hypothetical.

25:              A.  In its liquid form, it is much more dense

**(continued page 00050)**

     0050

01:          than in its gaseous perform.  So when it enters the

02:          vacuum space, it is no longer insulated from ambient

03:          temperatures.  It will evaporate at a higher rate

04:          and its volume dramatically increases, thus

05:          dramatically increasing its pressure, thus it

06:          could -- that pressure could increase to a pressure

07:          above ambient pressure.

**Page 00056**

23:                   Q.  How is the vacuum space sealed on an MVE

24:          808?

25:                   A.  Well, the --

**(continued page 00057)**

     0057

01:                        MR. SMITH:  Let me just object.  Vague and

02:          overbroad.  Go ahead.

03:                   A.  The -- the weld seams where the heads and

04:          shelves and neck are welded together are a sealing

05:          point, as is the evacuation port where the vacuum

06:          space is evacuated to create the vacuum is sealed

07:          with a plug with O-rings.

08:                   Q.  Other than at the evacuation port, is the

09:          vacuum space sealed by a weld?

10:                   A.  Other than at the evacuation port, yes, all

11:          of the other welds make all the other seals in the

12:          system.

13:                   Q.  And what material is used to form a weld?

14:                   A.  Typically it's a 308 stainless steel

15:          material.  That is what is commonly used when

16:          welding 304 stainless.

17:                   Q.  Is it machine-welded or hand-welded?

18:                   A.  The 808 specifically?

19:                   Q.  Correct.

20:                   A.  To my knowledge, it's all hand-welded.

**Page 00061**

13:                   Q.  Are there quality assurance measures in

14:          place to ensure the welds are done properly?

15:          A.  Yes.

16:          Q.  What are those measures?

17:          A.  There is a visual inspection for the

18:     cosmetic appearance, and the heated mass

19:     spectrometer test is done to identify any ingress

20:     points that would need to be corrected before it is

21:     evacuated.

22:          Q.  Are the quality assurance measures applied

23:     for every single tank?

24:          A.  Yes.

25:          Q.  So I think you had identified a visual

**(continued page 00062)**

     0062

01:          inspection and the mass spec test.  Are there any

02:     others?

03:          A.  For welding?

04:          Q.  Correct.

05:          A.  Those are the tests that -- you know, the

06:     inspections that are done prior to evacuation.

07:     After evacuation, there is a warm vacuum check that

08:     is done to measure the vacuum, which is another

09:     indicator that any ingress points larger than what

10:     mass spec is looking for do not exist after it has

11:     been evacuated and sealed off.

12:          Q.  What is a warm vacuum check?

13:          A.  It's simply measuring the vacuum pressure

14:     in the vacuum space of the individual unit after it

15:     has been evacuated on -- by the main vacuum

16:     manifold.

17:          Q.  It's checking the pressure within the

18:     vacuum space?

19:          A.  Yes.

20:          Q.  How does it do that?

21:          A.  There is a fixture that attaches to the

22:     evacuation port of the individual unit, and it has

23:     an operator that can remove the plug that seals the

24:     vacuum port.  And on the other end of it, it has an

25:     evacuation port identical to the one that's on the

**(continued page 00063)**

0063

01:     unit that will allow that -- the volume of that

02:     fixture to be evacuated.

03:          There is a gauge port for measuring the

04:     vacuum pressure inside that volume attached to it,

05:     and they attach it to the unit, evacuate that

06:     volume, seal off the port at -- the evacuation port

07:     of the fixture at that end, and then open the plug

08:     to the vacuum space of the unit so that the volume

09:     of the fixture is at the same pressure as the volume

10:     of the vacuum space for the unit, and read that

11:     pressure.  Once that pressure is read, they seal off

12:     the vacuum space for the unit and remove that

13:     fixture.

14:          Q.  So prior to evacuation, the quality

15:     assurance measures for the welds would be a visual

16:     inspection and the mass spec test, and then after

17:     the vacuum is evacuated, it would be the warm vacuum

18:     check?

19:          A.  Yes.

**Page 00063**

22:          Q.  Okay.  And what quality assurance is there

23:     completed for the tank overall?

| 24: | A.  There is, again, a visual inspection for |
| 25: | cleanliness and to make sure that all required |

**(continued page 00064)**

0064

| 01: | components are installed, and then there's a |
| 02: | complete function test on all units that have an |
| 03: | autofill system installed. |
| 04: | Q.  So a visual inspection and then a complete |
| 05: | function test for the units with autofill? |
| 06: | A.  Yes. |
| 07: | Q.  Anything else? |
| 08: | A.  There is a normal evaporation test that is |
| 09: | done on a -- on a -- on a sample basis.  It is |
| 10: | not -- not all units get that test.  It's a sample |
| 11: | inspection. |
| 12: | Q.  How many units get the NER test? |
| 13: | A.  One per model per month. |
| 14: | Q.  And how is that tank selected? |
| 15: | A.  Typically it would be the first -- a unit |
| 16: | from the first work order of a particular model |
| 17: | built each month chosen at random from that -- from |
| 18: | that batch. |
| 19: | Q.  So for the tank, overall, the quality |
| 20: | assurance measures are visual inspection, the |
| 21: | complete function test for those units with |
| 22: | autofill, and the NER test on a sample basis? |
| 23: | A.  Yes. |

**Page 00065**

| 01: | Q.  And how is the NER test done? |
| 02: | A.  They would fill it with liquid nitrogen to |
| 03: | a level prescribed by the work instruction.  I |

```
04:              don't -- I couldn't quote that value off the top of
05:              my head.  I know the general process.  And then it
06:              would be set aside and allowed to cool down the mass
07:              of the inner container to reach a state of thermal
08:              equilibrium.
09:                   It would then -- they would then take a
10:              weight with a scale recording the date and time and
11:              the weight, and then they would set it aside again
12:              for a prescribed amount of time prescribed by the
13:              work instruction, at which point a second weight
14:              would be taken and recording the weight, date and
15:              time.  And those values would be used to calculate
16:              an evaporation rate in liters per day.  That number
17:              would be compared to the allowable value that's in
18:              the work instruction as a pass/fail criteria.
```

**Page 00065**

```
21:              Q.  For the three quality assurance measures
22:              you identified for the welds, are those done for
23:              every single tank?
24:              A.  Yes.
25:              Q.  And is the material used for the welds on
```

**(continued page 00066)**

```
    0066
01:              the MVE 808 supplied from the same supplier for all
02:              MVE 808s?
03:              A.  Yes.
```

**Page 00067**

```
08:              Q.  Are you aware of weld failures occurring on
09:              Chart tanks?
10:                   MR. SMITH:  Vague.
11:              A.  What do you mean by "weld failure"?
```

12:          BY MS. ZEMAN:

13:               Q.  The weld failing to seal.

14:               A.  I am aware that on occasion welds do fail

15:          to seal, but those failures to seal would be

16:          normally detected by the mass spec process and would

17:          be corrected before evacuation.  Any that weren't

18:          found in the mass spec process should be indicated

19:          by an elevated pressure at the warm vacuum test,

20:          which would cause it to be rerouted back into

21:          production to -- to locate any ingress points that

22:          are -- you know, that have gone above what the mass

23:          spec test is looking for and, again, correct it, and

24:          it would go back through evacuation.

25:               Q.  Are you aware of any weld failures being

**(continued page 00068)**

          0068

01:          detected in the field?

02:               A.  I can't say that I do, no.

03:               Q.  Are you aware of any instance where a crack

04:          has been detected in a weld on a Chart stainless

05:          steel freezer?

06:               A.  I can't say that I recall hearing of that.

**Page 00070**

10:               Does Chart recommend that its stainless

11:          steel freezers be fully thawed at any point?

12:               A.  Yes.

13:               Q.  Where does Chart recommend that?

14:               A.  It is -- I believe it is in the technical

15:          manual.  I do not know if it is in any other

16:          document, but I believe it is in the technical

17:          manual.

```
18:            Q.  And what are the circumstances under which

19:        Chart recommends a tank be thawed?

20:            MR. SMITH:  Vague.  Best evidence.

21:            A.  It is recommended that it be taken out of

22:        service and warmed up to get all of the moisture out

23:        of it at some interval.  I do not recall what that

24:        interval is at this point.  But ice does accumulate

25:        inside of a freezer over time, and it should be
```

**(continued page 00071)**

```
    0071

01:        taken out of service at some interval to remove that

02:        moisture from the container.

03:        BY MS. ZEMAN:

04:            Q.  And is the expectation that the freezer

05:        would be put back in service after doing this thaw?

06:            A.  Yes.
```

**Page 00075**

```
06:            Q.  How is the vacuum drawn on an MVE 808?

07:            A.  There is a manifold, which is a long pipe,

08:        that is evacuated by a vacuum pump, and that pipe

09:        has ports along its length with valves to seal those

10:        ports off.  A hose is connected between the --

11:        those -- a valve at the port to the evacuation port

12:        on the individual unit, and the valve at the port on

13:        the manifold is opened to allow gas to be drawn from

14:        the vacuum space of the individual unit to evacuate

15:        it.

16:            Q.  And how is the plug put in place?

17:            A.  There's a fixture, cylindrical fixture,

18:        with a pipe coming out the side that the hose is

19:        connected to.  There is a plunger that is threaded
```

20:     at one end to fit the threads in the center of the

21:     plug, and that -- that plunger has a T handle at the

22:     top.  And before the fixture is attached to the

23:     unit, the plunger is threaded into the plug, and the

24:     plug is retracted back up into the fixture, and the

25:     fixture is placed on the evacuation port on the

**(continued page 00076)**

    0076

01:     freezer.

02:             Once the -- once the evacuation is

03:     complete, that plunger is used to push the plug down

04:     into the body of the evacuation port, and it's

05:     threaded back out of the plug and the fixture

06:     removed from the unit.

07:             Q.  How do you know the evacuation is complete?

08:             A.  The pressure of the complete manifold is

09:     monitored throughout the evacuation process.  And

10:     when the vacuum pressure in the manifold drops below

11:     a value prescribed in the work instruction, then it

12:     is assumed that all of the units connected to the

13:     manifold have been evacuated below that vacuum

14:     pressure as well, and they are then sealed off, and

15:     they go to the warm vacuum check station to confirm

16:     the vacuum level in the individual unit.

**Page 00077**

13:             Q.  And when is the getter placed inside the

14:     unit in relation to drawing the vacuum?

15:             A.  It is installed during the assembly

16:     process.  The sieve is attached, you know -- is

17:     either in that depression, in the case of the 808,

18:     or in other freezers.  It's -- there's a pan for

19:         that.  But that is part of the inner vessel

20:         assembly.  It is attached, and the sieve is put in

21:         place before the multi-layer insulation wrap is

22:         applied.

*Plaintiffs Objections 602 speculation:*

23:                So I don't know how to place that relative

24:         to the evacuation, but that's probably about halfway

25:         through the assembly process prior to evacuation.

**Page 00078**

21:                Q.  The depression that the sieve material sits

22:         in, is that depression in the inner vessel or the

23:         outer vessel?

24:                A.  It is the inner vessel.  The sieve needs to

25:         get cold to absorb as much material as it can.  The

**(continued page 00079)**

      0079

01:         sieve would be ineffective attached to the outer.

02:                Q.  The sieve is not in the inner vessel in the

03:         sense of being exposed to liquid nitrogen when the

04:         tank is in use, correct?

05:                A.  Correct, it is not in the inner vessel.  It

06:         is on the vacuum side of the inner vessel.

07:                Q.  And is the stainless steel sheet that you

08:         referred to tacked to the bottom of the inner

09:         vessel?

10:                A.  Yes.

**Page 00094**

19:                Q.  What is an annular line?

20:                A.  Well, it is line that passes through the

21:         vacuum space, generally speaking.  It is called an

22:         annular line because the vacuum space is technically

```
23:            referred to as the anulus.

24:                    Q.  What is the purpose of those two annular

25:            lines?
```

**(continued page 00095)**

```
    0095

01:                    A.  One is to allow a pressure reading to

02:            measure the level of liquid nitrogen in the freezer.

03:            The other is used for introducing more liquid

04:            nitrogen into the freezer for filling.

05:                    Q.  So one is a fill line and the other one is

06:            a level reading line?

07:                    A.  Level sensor line.

08:                    Q.  Level sensor line.  How does the level

09:            sensor line function?

10:                    MR. SMITH:  Asked and answered.

11:                    A.  The weight of the liquid nitrogen above the

12:            port in the freezer has a pressure associated with

13:            it that is greater than ambient pressure,

14:            differential pressure.  That -- the top end of that

15:            tube is connected through the plumbing to the

16:            differential pressure sensor inside the controller,

17:            and it monitors that pressure and calculates the

18:            liquid level in the freezer based on that pressure,

19:            and displays it, and also uses it to determine when

20:            it needs to fill -- initiate a fill and to end a

21:            fill.

22:                    Q.  Did you say that the level it calculates is

23:            displayed on the controller?

24:                    A.  Yes.

25:                    Q.  Does the level calculated always match the
```

**(continued page 00096)**

```
0096
```

01:            actual liquid nitrogen level in the tank?

02:                  MR. SMITH:  Incomplete hypothetical.

03:                  A.  Well, it is difficult to physically measure

04:            the level that's actually in the freezer.  So, you

05:            know, we provide a level measurement stick to be

06:            used to take a manual measurement.  Everyone reads

07:            that measurement differently because it causes the

08:            liquid to boil when you put the stick in it, which

09:            causes the frost line to be above the actual liquid

10:            level in the freezer.  And everyone that I have ever

11:            seen use that method to measure interprets that

12:            level differently.  Some add, some subtract to the

13:            frost line.

14:                  So it can be made to agree exactly with an

15:            individual's measurement with the measuring stick.

16:            But the next person that throws the measuring stick

17:            in there might read that stick differently and

18:            decide that what's on the display doesn't agree with

19:            it.

**Page 00103**

21:                  Q.  When the tank is filled through the annular

22:            fill line, does that line expand or contract as the

23:            liquid nitrogen goes through it?

24:                  A.  When it's cooled, it will contract.

25:                  Q.  Is that to say that when liquid nitrogen

**(continued page 00104)**

```
0104
```

01:            first starts to go through the fill line, the line

02:            would contract?

03:                  A.  As it is cooled, it will contract.  It will

04:          not initially come down to liquid nitrogen

05:          temperature when you first start flowing liquid

06:          nitrogen through it.  There's a time delay before

07:          the material actually begins to cool down.  But once

08:          it does begin to cool down, it will contract.

09:     BY MS. ZEMAN:

10:          Q.  Prior to a fill, would the annular fill

11:          line be at ambient temperature?

12:          A.  On the initial fill it would.  On

13:          subsequent fills, the top end where it enters the

14:          head would be near ambient temperature.  The bottom

15:          end of the tube where it enters the inner vessel

16:          would be near liquid nitrogen temperature.

17:          Q.  And in either instance, as you started to

18:          fill, it would begin to cool as liquid nitrogen runs

19:          through the tube?

20:              MR. SMITH:  Vague.  Asked and answered.

21:          A.  It would.

22:     BY MS. ZEMAN:

23:          Q.  And would that process where that annular

24:          line is contracting as it cools, would that put any

25:          stress on the weld line at the inner vessel?

**(continued page 00105)**

        0105

01:              MR. SMITH:  Outside the scope.  Calls for

02:          expert opinion.  Incomplete hypothetical.

03:          A.  From my perspective, yes, it would

04:          introduce stress, but the material is capable of

05:          handling an amount of stress.  I don't know the

06:          value off the top of my head.  But that stress would

07:          not come anywhere near enough stress to deform the

08:          material.

09:               Q.  Has any testing been done to evaluate the

10:          stress put on the weld?

11:               A.  No.

12:               Q.  By Chart or by MVE?

13:               A.  Not to my knowledge.

14:               Q.  Do you know why no testing has been done?

15:               A.  It was not believed that it was necessary.

16:               Q.  At what angle does the fill line enter the

17:          inner vessel?

18:               A.  The fill line itself is vertical.  It makes

19:          a 90-degree turn in the elbow.  And the elbow, you

20:          know, the liquid enters horizontally into the inner

21:          vessel.

22:               Q.  And does the sensor line connect with the

23:          90-degree elbow?

24:               A.  Yes.

25:               Q.  Is it the same elbow construction?

**(continued page 00106)**

    0106

01:               A.  It is the same part number.  It is the same

02:          elbow.

**Page 00107**

24:               Q.  Well, what would you -- where does Chart

25:          manufacture stainless steel freezers?

**(continued page 00108)**

    0108

01:               A.  Ball Ground, Georgia.

**Page 00108**

11:               Q.  Is the MVE 808 manufactured in Ball Ground?

12:               A.  It is.

13:                    Q.  How long has it been manufactured there?

14:                    A.  Sometime in the mid-'90s.  Previously, MVE

**Page 00110**

07:                    Q.  What is the expected service life for the

08:          MVE 808?

09:                    A.  I believe it's ten years.

10:                    Q.  Do you know how that was determined?

11:                    A.  I do not.

12:                    Q.  Do you know what tests or other analysis

13:          was done to identify ten years?

14:                    A.  I do not.

15:                    Q.  What does expected service life mean?

16:                    A.  It means that it would -- it should perform

17:          similar to new for that period of time.

**Page 00113**

22:                    Q.  Does failure mode effects -- and effects

23:          analysis sound familiar?

24:                    A.  Yeah, that's it.

25:                    Q.  That's what FMEA analysis is?

**(continued page 00114)**

     0114

01:                    A.  Yeah.

02:                    Q.  And is that the same thing as risk

03:          analysis?

04:                         MR. SMITH:  Vague.

05:                    A.  It is similar.  The analysis that we did

06:          for regulatory compliance was a risk analysis and --

07:          but the label on it is the FMEA.

08:                         (Plaintiffs' Exhibit 159 marked.)

09:          BY MS. ZEMAN:

10:                    Q.  And I am going to hand you a document

```
11:            that's been marked as Exhibit 159.  If you could

12:            take a look at that.

13:                A.  Okay.

14:                Q.  Mr. Brooks, do you recognize what this

15:            document is?

16:                A.  I do.

17:                Q.  What is this?

18:                A.  It is the DFMECA analysis for Chart's

19:            cryogenic freezers.

20:                Q.  And what is DFMECA analysis?

21:                A.  Design failure mode -- I can't remember

22:            what all of the letters stand for.  Maybe it's in

23:            here somewhere.

24:                Q.  Is it failure modes and effects criticality

25:            analysis?
```

**(continued page 00115)**

```
    0115

01:                A.  Yeah, that sounds right.

02:                Q.  And what is this used for at Chart?

03:                A.  It is required for compliance to the

04:            European Medical Device Directive, and the intent is

05:            to look at all of the characteristics and features

06:            of a product and make some assumptions about what

07:            types of malfunctions could occur, and grade them

08:            for frequency of occurrence, severity of occurrence,

09:            and the risk involved.
```

**Page 00128**

```
23:                Q.  Does any failure mode in this dewar section

24:            involve the release of absorbed molecules from the

25:            molecular sieve?
```

**(continued page 00129)**

0129

01:             A.  Well, whenever -- whenever the inner vessel

02:        warms up, molecules will be released from the sieve.

03:        So if -- if, as a result of any of those modes, the

04:        inner vessel were to warm up, then it would release

05:        molecules from the sieve.

06:             Q.  Is that identified, though, in this DFMECA

07:        document?

08:             A.  I would have to read through it to

09:        determine that.  DEW-12, dewar sieve.

10:             Q.  That failure mode refers to the sieve

11:        becoming saturated, correct?

12:             A.  Correct.

13:             Q.  Where does it refer to the sieve releasing

14:        molecules?

15:             A.  It doesn't specifically, but once it is

16:        saturated, and there's a vacuum failure, then it

17:        would warm up and potentially release molecules from

18:        the sieve.

19:             Q.  Why do you say "potentially"?

20:             A.  Well, I mean, all of this is really the

21:        group speculating what could happen.  And, yeah, if

22:        the sieve is indeed saturated, holding all of the

23:        molecules that it can hold, then any warmup of the

24:        sieve would release -- it doesn't say it

25:        specifically there, but that's the only line item

**(continued page 00130)**

0130

01:        that I saw that referred to the sieve.

**Page 00137**

02:                    Q.  What would you need to know to determine

03:            how quickly 14 inches of liquid nitrogen would burn

04:            off of an MVE 808?

05:                        MR. SMITH:  Outside the scope.  Calls for

06:            speculation.  Incomplete hypothetical.

07:                    A.  If I knew the actual evaporation rate test

08:            result and the -- and I knew that the freezer was

09:            left undisturbed, an estimate -- an estimation could

10:            be made using that consumption rate, evaporation

11:            rate, and the estimate of the actual level in the

12:            freezer.  All of our tests are done static with

13:            nobody disturbing the freezer in any way and with --

14:            with nothing stored in the freezer.

15:                        So, you know, to be as accurate as possible

16:            would have to have an evaporation test done with

17:            some -- you know, whatever they're storing -- stored

18:            in the freezer so that the impact of that on the

19:            consumption rate would be known.

20:                        So, you know, the original test value from

21:            the production test would not apply to a freezer

22:            that has something stored in it because that

23:            inventory and the inventory system it's stored in

24:            has an impact on the consumption rate.

**Page 00138**

11:                    Q.  Does Chart recommend that end users monitor

12:            liquid nitrogen usage?

13:                    A.  They do recommend that they monitor the

14:            usage that is calculated and displayed by the

15:            controller.

**Page 00139**

19:                        Q.  What are the signs of vacuum failure on a

```
20:        cryogenic tank?

21:                MR. SMITH:  Overbroad.  Outside the scope.

22:            A.  Increased consumption can be an indicator

23:        of vacuum degradation.  Condensation or frost on the

24:        outside surface of a freezer where it normally would

25:        not occur can be an indication of vacuum
```

**(continued page 00140)**

```
    0140

01:        degradation.  Those are the main things that come to

02:        mind.

03:            Q.  So increased consumption of liquid

04:        nitrogen, condensation and frost?

05:            A.  Yes.

06:            Q.  Why would frost occur?

07:            A.  When the insulation system degrades, then

08:        heat transfer allows the outside surface to be

09:        cooled by the liquid that is inside, and that can

10:        become cool enough to cause frost to accumulate if

11:        there is moisture in the air.
```

**Page 00203**

```
14:            Q.  At the bottom of this email from Ramon --

15:        it's on the next page --

16:            A.  Uh-huh.

17:            Q.  -- last paragraph says, "We should plan to

18:        take action immediately as we have just experienced

19:        another 10 or so controllers that failed because the

20:        SN is showing '0.'"

21:             Do you see that?

22:            A.  I see that.

23:            Q.  Okay.  Chart did not take action

24:        immediately, correct?
```

**Brooks, Jeff - Volume 1 - 01/23/2020**

```
25:                    MR. SMITH:  Asked and answered.
```

**(continued page 00204)**
```
    0204
01:                    A.  They -- they did not take action on the
02:          hardware implementation.
03:          BY MR. WOLF:
04:                    Q.  So this was written in February of 2016.
05:                    A.  Okay.
06:                    Q.  Did Chart take action immediately with
07:          regard to this issue in any way?
08:                    MR. SMITH:  Vague.
09:                    A.  There -- there may have been -- you know,
10:          the electronics guys may have looked into
11:          alternative methods, but I can't say what they might
12:          have considered his response to this.  I don't know.
13:          BY MR. WOLF:
14:                    Q.  Okay.  As you sit here today speaking for
15:          Chart, can you list for me any actions that Chart
16:          took immediately with regard to this issue from
17:          February 29th, 2016?
18:                    A.  I couldn't tell you.
19:                    Q.  Okay.  Two paragraphs up from that, Ramon
20:          writes, "We should modify the technical manual to
21:          update the customer to be sure to use shielded
22:          network cables."
23:                    Chart did not do that, correct?
24:                    A.  I cannot answer that.  I do not know.
25:                    Q.  Okay.  Let me ask the question differently.
```

**(continued page 00205)**
```
    0205
01:                    You have no knowledge that Chart did that, correct?
```

Brooks, Jeff - Volume 1 - 01/23/2020

02:          A.  That is correct.

03:          Q.  Okay.  And not just about updating the

04:      manual.  You have no information that Chart told its

05:      customers, in any way, to be sure to use shielded

06:      network cables for their TEC300s, correct?

07:          A.  That's correct.

08:              MR. SMITH:  Calls for speculation.

09:      BY MR. WOLF:

10:          Q.  He then writes, "We also need to modify our

11:      existing OFAF Master cable and Daisy Chain Kits to

12:      be sure they use shielded cables."

13:              Do you see that?

14:          A.  I see that.

15:          Q.  Okay.  You have no knowledge that Chart did

16:      that, too, right?

17:          A.  Correct.

18:          Q.  What's an OFAF?

19:          A.  One Fill All Fill.

20:          Q.  Okay.  What is an OFAF Master cable?

21:          A.  That is the cable that can connects between

22:      two controllers to enable the One Fill All Fill

23:      system to function.

24:          Q.  And what's a Daisy Chain Kit?

25:          A.  That is a cable, and basically it's an RJ45

**(continued page 00206)**

   0206

01:      network-type cable and a jack splitter, a jack T,

02:      that allows more than one table to be connected to a

03:      single RJ45 modular jack.

**Page 00266**
*Defense Objections 602 - Speculation:*

Case 3:18-cv-01586-JSC   Document 814-2   Filed 05/23/21   Page 45 of 45

```
16:              Q.  Okay.  You said you have seen people
17:       manually measure liquid nitrogen in a freezer,
18:       right?
19:              A.  Yes.
20:              Q.  Okay.  And I think what you said is that
21:       some people add or subtract to the ruler's frost
22:       line to get what they believe is the accurate liquid
23:       nitrogen measurements, right?
24:              A.  Yes.
25:              Q.  Okay.  What's the range of how much people
```

**(continued page 00267)**

```
     0267
01:       add to and subtract from the ruler's frost line?
02:              MR. SMITH:  Calls for wild speculation and
03:       incomplete hypothetical.
04:              MR. WOLF:  You know, it actually doesn't
05:       because he's seen it.
06:              MR. SMITH:  You said all people.
07:              A.  I don't know what the range is.  You know,
08:       I've seen people add an inch, add a half inch,
09:       subcontract an inch, subtract a half inch.
10:       BY MR. WOLF:
11:              Q.  Okay.  In that range.
12:              A.  Sure.
```