# EXHIBIT C

# Eubanks, Kyle

Volume 1 - 10/08/2020

## Summary Proceeding with Highlighted Clips
## Printed 05/23/2021 01:42AM CDT

CONFIDENTIAL

- **P counter-counters** (Runtime - 00h:01m:19s)
- **Plaintiffs Designation** (Runtime - 00h:28m:32s)
- **Plaintiffs Objections** (Runtime - 00h:04m:06s)
- **Defense Counters** (Runtime - 00h:05m:26s)
- **Defense Objections** (Runtime - 00h:19m:04s)

**Page 00006**

| | |
|---|---|
| 14: | The date today is Thursday, October 8, 2020, and |
| 15: | the time is approximately 8:02 a.m. Pacific Standard Time. |
| 16: | This deposition is taking place remotely via Zoom in the |
| 17: | matter of Pacific Fertility Center litigation with case |
| 18: | Number 3:18-cv-01586-JSC.  This is the videotaped |
| 19: | deposition of Kyle Eubanks. |

**Page 00013**

| | | |
|---|---|---|
| 11: | Q | And as of September 30th of 2020, did you work |
| 12: | | for Chart? |
| 13: | A | Yes. |
| 14: | Q | And what was your position at Chart as of |
| 15: | | September 30th? |
| 16: | A | Production supervisor. |
| 17: | Q | And is that still your title now? |
| 18: | A | Yes, ma'am. |
| 19: | Q | And how long had you been -- have you been a |
| 20: | | production supervisor? |
| 21: | A | As far as in this role, about two years, but, I |
| 22: | | mean, I've been a supervisor of other departments since |
| 23: | | 2008. |

**Page 00014**

| | | |
|---|---|---|
| 08: | | What have your -- would have been your |
| 09: | | responsibilities as a production supervisor? |
| 10: | A | I was just overseeing the daily activities in the |
| 11: | | production area and addressing any issues and organizing |
| 12: | | workflow. |
| 13: | Q | And what product lines are made in the area that |
| 14: | | you supervise? |
| 15: | A | The MVE freezers. |

**Page 00015**

| | | |
|---|---|---|
| 09: | Q | Is the MVE 808 an MVE freezer? |
| 10: | A | Yes. |
| 11: | Q | Are there any other product lines made in the |
| 12: | | area that you supervise? |
| 13: | A | No. |
| 14: | Q | And what were your supervisory responsibilities |
| 15: | | prior to this current position that you've held for about |
| 16: | | two years? |
| 17: | A | Essentially, basically the same.  They were just |
| 18: | | in different departments. |
| 19: | Q | Which department were you in before this one? |
| 20: | A | Before currently, I was a supervisor over just |
| 21: | | the final portion of the production assembly and the MVE; |
| 22: | | and then 2018, roughly, I became supervisor over the |
| 23: | | entire line; before 2016, I was a build service technician |
| 24: | | briefly. |

**Page 00017**

*Defense Objections Objection - 602, 701:*

| | | |
|---|---|---|
| 10: | Q | Are you familiar with the MVE 808 tank model? |
| 11: | A | I am. |
| 12: | Q | What do you know about that tank model? |
| 13: | A | I know -- I know what it is, and I don't know |
| 14: | | specifically what you want, but I know what it is.  I'm |
| 15: | | not -- I'm not -- I've never built it myself, but I know |
| 16: | | what it is. |
| 17: | Q | Have you seen it built on the line? |
| 18: | A | I have. |
| 19: | Q | How often does Chart build an 808? |
| 20: | A | I'm not sure.  One a month, maybe. |
| 21: | Q | Is that the current rate, roughly?  One a month? |
| 22: | A | No.  That's more of a guesstimation. |

| | | |
|---|---|---|
| 23: | Q | Okay.  Is it an open-top tank? |
| 24: | A | It is. |

**Page 00018**

| | | |
|---|---|---|
| 16: | Q | Is "open top" a term that's currently used in the |
| 17: | | department? |
| 18: | A | It is, and it generally refers to the 808 |
| 19: | | products.  808 -- sorry.  808 -- other like models, I |
| 20: | | guess. |

**Page 00019**

| | | |
|---|---|---|
| 14: | Q | For the open-top tanks, meaning the ones without |
| 15: | | lazy Susans, are there multiple models that fit that |
| 16: | | description? |
| 17: | A | Yes. |
| 18: | Q | And what are the differences, generally, amongst |
| 19: | | those models? |
| 20: | A | Mainly size. |
| 21: | Q | Are they generally manufactured with the same |
| 22: | | process? |
| 23: | A | Yes. |
| 24: | Q | Are there any differences between the |
| 25: | | manufacturing other than the size? |

**(continued page 00020)**

| | | |
|---|---|---|
| 0020 | | |
| 01: | A | No. |

*Plaintiffs Objections 402/403 - cumulative, wastes time:*

| | | |
|---|---|---|
| 02: | Q | Have you done any work with an MVE 808 tank |
| 03: | | before? |
| 04: | A | What do you mean by "work with"? |
| 05: | Q | So I think you said you'd never built one |
| 06: | | yourself; is that correct? |
| 07: | A | That's correct. |
| 08: | Q | Have you worked on any sub assembly for an MVE |

```
09:            808?

10:      A        On the plumbing end of the line, I have.

11:               (Reporter clarification.)

12:      BY MS. ZEMAN:

13:      Q        What's the work you did?

14:      A        Plumbing.

15:      Q        And what sort of work did you do with an 808 MVE

16:      on the plumbing end?

17:      A        I've done the function test.  I have plumbed

18:      those.  I pretty much -- on the plumbing side, I have done

19:      about everything with one.
```

*Plaintiffs Objections 106 - incomplete excerpt, 403 waste of time:*

```
20:      Q        What's the function test that you do?

21:      A        Function test is where we run the freezer through

22:      a series of basically normal operations and ensure that

23:      the valves and everything is working properly.

24:      Q        Do you do that for every tank that's built?

25:      A        We do if it has plumbing, yes.
```

**Page 00021**

*Plaintiffs Objections 402/403 - relevance, waste of time [re cold shock test]:*

```
09:      Q        And have you personally done a cold shock on an

10:      808?

11:      A        Yes.

12:      Q        Okay.  What is a cold shock?

13:      A        A cold shock is just a -- once the freezer is

14:      filled with liquid nitrogen, it's got to be held for four

15:      hours, and then after that four-hour period, we can dry

16:      out the nitrogen.  And basically ensuring that the --

17:      there's not any kind of frost built up on the outside of

18:      the freezer, any kind of abnormal frost, really.

19:      Q        How do you go about drawing it out?

20:      A        We blow warm air into the inside to warm up
```

21:     the -- or evaporate the nitrogen and dry out any

22:     condensation and such.

23:     Q       How much liquid nitrogen would you place in a

24:     tank for the cold shock test?

25:     A       Approximately seven inches.

**(continued page 00022)**

0022

01:     Q       And I think you said you were looking to ensure

02:     there was no frost buildup; is that correct?

03:     A       It is, yeah, but the -- mostly what you look

04:     for -- it is what you look for in the cold shock at the

05:     end of the process, yes.

06:     Q       And if you saw frost, what would that indicate?

07:     A       A thermal short or a vacuum issue.

08:     Q       Would it indicate that there was not sufficient

09:     vacuum to insulate the tank?

10:     A       If there was not sufficient vacuum, then, yes,

11:     you would see frost.

12:     Q       And is the cold shock test done to every tank

13:     that comes off the line?

14:     A       Yes, ma'am.

**Page 00025**

*Plaintiffs Objections 106 - incomplete excerpt; 402/403 - relevance, waste of time:*

18:     Q       So what were you specifically supervising in the

19:     final assembly area?

20:     A       Basically, once the freezers -- the dewar, the

21:     final portion is finished, we do all the plumbing, we test

22:     the plumbing along with the controller; like I said, the

23:     function test earlier, the cold shock, we do all that.

24:     And then once that is finished, we dry it out, put all the

25:     necessary labels, and put it in a crate.

**(continued page 00026)**

0026

01:        Q        Okay.  So when it came to you in the final

02:        assembly portion, would the inner vessel already be welded

03:        into the outer vessel?

04:        A        Yes.

05:        Q        And would the annular lines already be installed

06:        and in place?

07:        A        Yes.

**Page 00028**

20:        Q        Is there a particular criteria that a welder has

21:        to meet before they can work on the open-top tanks?

22:        A        Just for the open-tops, specifically criteria?

23:        No.

24:        Q        There's no certain amount of experience they need

25:        to have?

**(continued page 00029)**

0029

01:        A        No.

02:        Q        Are there any particular certifications they need

03:        to have?

04:        A        Not for open-tops, no.

**Page 00030**

07:        Q        How do you ensure that welders that are working

08:        on the open-top tanks are performing the welds correctly?

09:        A        Well, the best check, as far as that would go,

10:        would be our mass spec.

11:                 (Reporter clarification.)

12:                 MR. DUFFY:  S-p-e-c.

13:        BY MS. ZEMAN:

14:        Q        Is there any inspection done of welds as the tank

15:      is being built?

16:      A      Other than visual, no.

17:      Q      And is the visual inspection done just by the

18:      welder as he or she completes a weld, or does someone else

19:      also inspect?

20:      A      Just the welder.  Whoever is doing operation.

21:      Q      How often does a tank fail the mass spec test?

22:      A      Not often.

23:      Q      Do you think maybe once a month?

24:      A      Sure.  Yes.

25:      Q      And when a tank fails a mass spec, is it usually

**(continued page 00031)**

     0031

01:      possible to repair the problem?

02:      A      Yes.

03:      Q      Do you do any spot inspections of the welders

04:      during the manufacturing process?

05:      A      Not usually, no.

06:      Q      Do you sometimes?

07:      A      I mean, if there is a new welder, I would stop

08:      and check in on them, yes.

09:      Q      What would you check for with the new welder?

10:      A      Basically just do a visual inspection of their

11:      welds.

12:      Q      Okay.  And what would you be looking for in that

13:      visual inspection?

14:      A      Primarily cosmetics.

**Page 00032**

11:      A      I was just going to say most freezers, that I can

12:      remember, have two drawings.  You have your bottle, your

13:      dewar, and then you have your final drawing that includes

```
14:          your labels, plumbing, that stuff.
15:     Q    So one is sort of an overview of the tank, and
16:          one is more detailed?
17:     A    Yes.
18:     Q    Is the more detailed drawing considered an
19:          assembly drawing?
20:     A    Yes.
```

**Page 00032**

```
24:     Q    Sure.  What documents would the build team refer
25:          to while manufacturing an 808 tank?
```

**(continued page 00033)**

```
     0033
01:     A    I mean, the drawing.
02:     Q    Would that be the more detailed assembly drawing?
03:     A    That's correct.
04:     Q    Okay.  Anything else?
05:     A    Not that I can think of, no.
06:     Q    Would they start with the work order?
07:     A    Yes.
08:     Q    And would the work order explain exactly what
09:          model and how many they need to build?
10:     A    Yes, that's correct.
11:     Q    Okay.  Would they also refer to a weld procedure
12:          called a WPS?
13:     A    As far as the work order?
14:     Q    No.  In addition to the work order and the
15:          drawing, would the build team refer to a weld procedure?
16:     A    No.
17:     Q    Why not?
18:     A    Just not be normal daily operations to refer to
19:          WPS for every model, no.
```

**Page 00034**

*Plaintiffs Objections 106 - incomplete excerpt:*

| 04: | Q | And is there a WPS for each tank model? |
| 05: | A | No. |

**Page 00040**

| 22: | Q | Okay.  Are you familiar with the term "seal |
| 23: | | weld"? |
| 24: | A | Again, I've heard that one.  I'm not super |
| 25: | | familiar with it.  It's not a reference I would use, but I |

**(continued page 00041)**

0041

| 01: | | have heard it. |
| 02: | Q | What is a seal weld? |
| 03: | A | Basically just a vacuum-tight weld. |

**Page 00041**

| 14: | | THE WITNESS:  That was the same weld as just |
| 15: | | joining two pieces together.  It's just a vacuum-tight |
| 16: | | weld. |

**Page 00041**

| 24: | Q | Do you know what a "full penetration weld" is? |
| 25: | A | Yes. |

**(continued page 00042)**

0042

| 01: | Q | What's that? |
| 02: | A | That's basically just where you're breaking down |
| 03: | | the base metal of both -- both materials when you're |
| 04: | | welding it. |
| 05: | Q | Could a seal weld be a full penetration weld? |
| 06: | A | Could be. |

*Plaintiffs Objections 701 - improper opinion by a lay witness:*

| 07: | Q | And under what circumstances would you use a full |

```
08:          penetration weld?

09:     A        In a pressure-bearing vessel scenario.

10:              (Reporter clarification.)

11:     BY MS. ZEMAN:

12:     Q        Anything else?

13:     A        No.

14:     Q        Have you ever seen it used in any other context?

15:     A        As far as penetration?

16:     Q        Correct.

17:     A        Not that I recall, no.
```

**Page 00047**

```
11:     Q        And if you could open that up.  It's labeled as

12:              P666, and this is a document that has previously been

13:              entered as Plaintiff's Exhibit 666.

14:     A        Sorry.  I'm having trouble opening that one.

15:     Q        It's a little bigger.  It might take a minute to

16:              download.

17:     A        Okay.  I got it.

18:     Q        Okay.  Do you recognize this document?

19:     A        Yes.

20:     Q        What is this?

21:     A        It's an 808.

22:     Q        Is it the assembly drawing for the 808?

23:     A        Yes.
```

**Page 00048**

```
02:     Q        Okay.  And if you look at the top left, just

03:              underneath the bubble 43, there's a line with "GTAW" at

04:              the end.  Do you see that?

05:     A        Yes, I do.

06:     Q        Does that indicate a weld is to be applied in

07:              that location?
```

08:          A          That's correct.

09:          Q          And can you tell from the drawing here what type

10:                     of joint or what type of weld that is supposed to be?

11:          A          By the drawing, no.

12:          Q          Does the triangle shape underneath the line mean

13:                     anything to you?

14:          A          I believe it's a weld symbol, but what it means,

15:                     without looking it up, I don't know.

16:          Q          Okay.  So you recognize it as a weld symbol, but

17:                     you don't know any further detail about it?

18:          A          I believe it is, yes.

**Page 00049**

14:          Q          All right.  One more document coming through the

15:                     chat.  It's going to take a second to upload.  This will

16:                     be Plaintiff's Exhibit 377.

**Page 00049**

*Defense Objections Inadmissible other occurrence evidence not previously ruled on; not substantially similar (customer abuse with hammer markings on tank in 2020) (different model of tank); FRE 403/802/803:*

25:                     THE WITNESS:  I've got it open.

**(continued page 00050)**

      0050

01:                     BY MS. ZEMAN:

02:          Q          This is a photograph of the subject tank in this

03:                     litigation.  Can you describe the condition of it?

04:          A          It's a different failure.  It's definitely what I

05:                     call imploded.

06:          Q          Have you seen an imploded tank before?

07:          A          I have.

08:          Q          When was that, other than this one?

09:          A          The exact time, I don't know.  It's been quite a

10:                     few months, I guess.

```
11:        Q       Was it during 2020?

12:        A       Yes.

13:        Q       What were the circumstances under which you saw

14:        that tank?

15:        A       The most recent one was customer abuse.  As far

16:        as we could tell, it looked damaged from what we -- it'll

17:        be hard to say what it was, but it definitely looked like

18:        it'd been hit multiple times with some sort of an object

19:        that kind of resembled markings of a hammer, maybe.

20:        Q       How did you come to see that tank?

21:        A       It was returned here, and we uncrated it and took

22:        a look at it.

23:        Q       Were you part of a team analyzing that tank?

24:        A       I was with other individuals when I looked at it.

25:        I don't know if you'd say we were analyzing it, per se,
```

**(continued page 00051)**

```
0051
01:        but we were out there looking at it when it came back,

02:        yes.

03:        Q       What did you do with the tank after you looked at

04:        it?

05:        A       We left it -- or I left it.

06:        Q       Did Chart do something with it after that?

07:        A       Not that I'm aware of.

08:        Q       Did they just leave it there indefinitely?

09:        A       I don't know.

10:        Q       Is it still there?

11:        A       To my knowledge.  I mean, last I saw.

12:        Q       When's the last time you saw it?

13:        A       A month ago.

14:        Q       Where is it located?

15:        A       It was outside in our storage area.

16:        Q       What model of tank was it?
```

| 17: | A | 205, I believe. |
| 18: | Q | Is that an open-top? |
| 19: | A | It is. |
| 20: | Q | Do you know what tank series it's part of? |
| 21: | A | No, but -- sorry? |
| 22: | Q | Do you know what -- beyond it being an open-top, |
| 23: | | do you know what series of tanks it's a part of? |
| 24: | A | 200 series, I believe. |
| 25: | Q | Is it part of what's considered the MVE series? |

**(continued page 00052)**

0052

| 01: | A | It is an MVE freezer, yes. |
| 02: | Q | Okay.  And did it look like the tank that is in |
| 03: | | the photo we have as an exhibit? |
| 04: | A | I don't have them side by side, but, yes, it's |
| 05: | | very similar. |
| 06: | Q | Do you remember any differences? |
| 07: | A | Other than the hammer markings, nothing -- |
| 08: | | nothing comes to mind, no. |
| 09: | Q | Where were the potential hammer-looking markings? |
| 10: | A | I -- six or eight inches from the top, best I |
| 11: | | remember.  I don't remember exactly. |
| 12: | Q | Were the markings on the inner vessel or the |
| 13: | | outer vessel? |
| 14: | A | Inner. |
| 15: | Q | Were they along a weld line? |
| 16: | A | That, I don't recall. |
| 17: | Q | Have you seen an imploded tank other than this |
| 18: | | photo and this tank earlier in 2020? |
| 19: | A | I have. |
| 20: | Q | How many times? |
| 21: | A | I don't remember the exact number.  A couple. |
| 22: | | Two or three.  I honestly don't remember. |

```
23:         Q       So with the -- the hammer-marked tank and the
24:         subject tank in the litigation, does that make
25:         approximately five tanks that you've seen that have been
```

**(continued page 00053)**

```
    0053
01:         implodeded?
02:         A       Approximately, yes.
03:         Q       Before the hammer-marked tank, what's the most
04:         recent tank that you had seen that was imploded?
05:         A       There was another open-top dewar that was
06:         imploded.  It was a 1426.
07:         Q       When was that?
08:         A       Roughly around the same time frame.  I don't
09:         remember exactly when it came in either.
10:         Q       By "the same time frame," is that earlier in
11:         2020?
12:         A       Yes.
13:         Q       Would that have been -- for both tanks that
14:         you've mentioned in 2020, would that have been roughly
15:         March?
16:         A       I don't remember when they actually got here.
17:         Q       Did they come together?
18:         A       No.
19:         Q       Do you remember the tank with the potential
20:         hammer marks -- do you remember what industry the end user
21:         of that tank was in?
22:         A       I do not.
23:         Q       Do you remember the name of the customer who
24:         returned it to you?
25:         A       I do not.
```

**(continued page 00054)**

```
    0054
```

```
01:        Q        Do you remember what geographical area it came
02:        from?
03:        A        I -- I do not.
04:        Q        Did the 1426 look like the photo of the subject
05:        tank?
06:        A        Similar, yes.
07:        Q        In what ways was it different?
08:        A        They were both imploded.
09:        Q        Was it more or less damaged than the photo of the
10:        subject tank?
11:        A        Say -- hard to say, but less.
12:        Q        What did Chart do with the 1426 tank?
13:        A        I don't know.
14:        Q        Was there any root cause analysis done of it?
15:        A        If there was, I'm not aware of it.
16:        Q        Was the 1426 returned to Chart by a customer?
17:        A        Yes.
18:        Q        Does Chart usually conduct root cause analysis on
19:        products that are returned to it by customers?
20:        A        Not always involved with all of that; so it's
21:        hard for me to answer that.  I don't know.
22:        Q        What do you think caused the implosion of the
23:        1426?
24:        A        I'm unsure on that one.  It's -- parts of it you
25:        can't see; so it's hard to make a judgment call on it.
```

**(continued page 00055)**

```
        0055
01:        Q        The 1426 that was returned to Chart in early
02:        2020?
03:        A        Correct.
04:        Q        What parts were hard to see?
05:        A        It has a vapor platform in it; so what's below
06:        that, you can can't see.
```

```
07:        Q        Can the vapor platform be removed?

08:        A        Not easily, no.  From where the -- where the

09:                 freezer imploded, basically trapped that in there.

10:        Q        If the tank were not imploded, would it be

11:                 possible to remove the vapor platform?

12:        A        That's correct.

13:        Q        But the deformation has made it difficult to

14:                 remove it?

15:        A        That's correct.

16:        Q        Do you know if Chart or anyone at Chart did

17:                 anything to try to disassemble that tank?

18:        A        Not that I'm aware of.

19:        Q        Do you know where that tank is now?

20:        A        I believe we still have it here somewhere.

21:        Q        Do you have an opinion about what caused it to

22:                 deform?

23:        A        I don't.

24:        Q        Is there any -- any additional information about

25:                 how the customer was using that tank?
```

**(continued page 00056)**

```
    0056

01:        A        I have no idea how they were using it.

02:        Q        Do you know what they were storing inside of it?

03:        A        I do not.

04:        Q        Do you know what the 205 tank was being used to

05:                 store?

06:        A        I do not.

07:        Q        What was the tank before the 1426 that you saw

08:                 that was imploded?

09:        A        Those have been a while back.  I don't recall

10:                 what specific models they were.

11:        Q        How far back?

12:        A        Over a year.  I honestly don't remember.  It's
```

| | | |
|---|---|---|
| 13: | | been -- it's been a while. |
| 14: | Q | Has it been maybe a year or two? |
| 15: | A | I really don't recall. |
| 16: | Q | Has it been more than ten years ago? |
| 17: | A | No.  It would have been probably within the past |
| 18: | | four years, I guess. |
| 19: | Q | And has it been more than one tank in addition to |
| 20: | | the subject tank, the 205, and the 1426 that you've seen |
| 21: | | within, say, the last four years with an implosion? |
| 22: | A | I don't recall.  I don't recall. |
| 23: | Q | It's at least one more; is that correct? |
| 24: | A | I have seen one more, yes. |
| 25: | Q | Okay.  And is it possibly more than one? |

**(continued page 00057)**

0057

| | | |
|---|---|---|
| 01: | A | Could have been.  I don't remember.  I may be |
| 02: | | thinking of the same one.  I don't know. |
| 03: | Q | Okay.  Do you remember what model the one was? |
| 04: | A | No, I don't. |
| 05: | Q | Do you remember anything about the model, whether |
| 06: | | it was an open-top versus some -- something else? |
| 07: | A | It was an open-top, but I -- other than that, I |
| 08: | | don't remember. |
| 09: | Q | And are you using open-top there in the sense of |
| 10: | | not having a lazy Susan? |
| 11: | A | Correct. |
| 12: | Q | And do you know what caused that tank to deform? |
| 13: | A | The one before the 1426? |
| 14: | Q | Correct. |
| 15: | A | No.  No, I do not. |
| 16: | Q | Do you know what it was used to store? |
| 17: | A | I do not. |
| 18: | Q | Was it a tank that had been returned by a |

| 19: | | customer? |
|---|---|---|
| 20: | A | I do not recall that. |
| 21: | Q | Do you know where that tank is? |
| 22: | A | No. |
| 23: | Q | Do you think Chart still has it? |
| 24: | A | I -- not that I'm aware of. |
| 25: | Q | Do you know if there was any root cause analysis |

**(continued page 00058)**

0058

| 01: | | done of that tank? |
|---|---|---|
| 02: | A | I have no idea. |

**Page 00066**

| 07: | | Does the MVE 808 tank model have two annular |
|---|---|---|
| 08: | | lines? |
| 09: | A | It does. |
| 10: | Q | And when the MVE tank or an MVE 808 tank comes |
| 11: | | off of the production line as a complete tank ready to be |
| 12: | | shipped to a customer, are those annular lines straight? |
| 13: | A | Yes. |
| 14: | Q | They're not curved at all? |
| 15: | A | Sorry.  You cut out there.  Could you repeat it? |
| 16: | Q | The annular lines are not curved at all? |
| 17: | A | No. |

*Plaintiffs Objections 402/403 - relevance, waste of time:*

| 18: | Q | Have you seen a complete inner vessel with the |
|---|---|---|
| 19: | | annular lines attached before it's placed inside of the |
| 20: | | outer vessel? |
| 21: | A | I don't recall seeing one, I guess, no. |

**Page 00069**

| 04: | Q | And are the inner vessel and the top head made of |
|---|---|---|
| 05: | | the same material? |
| 06: | A | Sorry.  Can you say that again? |

| | | |
|---|---|---|
| 07: | Q | Are the inner vessel and the top head on the MVE |
| 08: | | 808 made of the same material? |
| 09: | A | Yes, they're both stainless steel. |
| 10: | Q | Is it stainless steel of the same thickness? |
| 11: | A | Not the same thickness, no. |
| 12: | Q | Is the outer -- is the top head thicker than the |
| 13: | | inner vessel? |
| 14: | A | Yes. |

**Page 00085**

*Defense Objections MIL No. 1 -- dissimiilar alleged other occurrence; FRE 403:*

| | | |
|---|---|---|
| 11: | | Did Chart want to prevent that failure where the |
| 12: | | serial number was going to 0 -- did Chart want to prevent |
| 13: | | that from happening in the field? |
| 14: | A | To my knowledge, yes. |
| 15: | Q | Why? |
| 16: | A | It generated an RMA.  Beyond that -- |
| 17: | Q | Is that the only reason? |
| 18: | A | It's the only one that I'm aware of.  Well -- |
| 19: | | yes, yes. |
| 20: | Q | What would the repercussions be for the end users |
| 21: | | experiencing that failure? |
| 22: | A | Traceability, the only one that I'm aware of. |
| 23: | Q | What do you mean by "traceability"? |
| 24: | A | Without the serial number, you lose your |
| 25: | | traceability for your data log-in. |

**(continued page 00086)**

0086

| | | |
|---|---|---|
| 01: | Q | Were there other problems with -- that the |
| 02: | | controllers were experiencing that had the serial number |
| 03: | | going to 0 issue? |
| 04: | A | Not that I can recall. |

05:        Q         Do you recall whether those controllers that were

06:        having the serial number going to 0 were also having

07:        trouble reading the liquid nitrogen levels?

08:        A         I can't remember.

09:        Q         Do you recall if those controllers were also

10:        wiping data off of the controllers?

11:        A         I don't remember that either.  I don't know.

12:        Q         Okay.  Were controllers that had the serial

13:        number going to 0 issue -- were those controllers rendered

14:        inoperable by that failure?

15:        A         I don't really recall that either.

16:        Q         Did you consider that issue to be a major field

17:        failure?

18:        A         I don't know if you'd say it was a major field

19:        failure.  I don't know what would qualify it as a major

20:        field failure, but definitely an issue.

21:        Q         Why -- it was an issue that concerned you?

22:        A         Sure.  Nobody wants their product to come back

23:        for any reason.  I certainly don't.

24:        Q         Was there any other reason it was concerning to

25:        you?

**(continued page 00087)**

0087

01:        A         Other than what I just said, I mean, we don't

02:        want to have to put a bad product out; so, no, I -- we

03:        don't want anything to go wrong.

**Page 00089**

*Defense Objections Objection - 602, 701:*

07:        Q         Do you think the controllers were flawed?

08:        A         I'm not a -- I'm not an engineer.  I'm afraid I

09:        can't really answer that one.

10:        Q        Based on your experience dealing with the RMA

11:        process, do you think they were flawed?

12:        A        It was definitely a recurring issue.  What caused

13:        it -- obviously Brendon has a little speculation here, but

14:        if he was correct, then, sure they were flawed.  But

15:        personally, I don't -- I don't know.