# EXHIBIT D

# Gonzalez, Ramon

Volume 1 - 02/18/2020

## Summary Proceeding with Highlighted Clips
Printed 05/23/2021 01:55PM CDT

CONFIDENTIAL

Plaintiffs Designation (Runtime - 00h:13m:22s)

**Page 00006**

| | | | |
|---|---|---|---|
| 05: | | | First of all, could you state your full |
| 06: | name for the record? | | |
| 07: | | A | Ramon Gonzalez. |

**Page 00009**

| | | | |
|---|---|---|---|
| 21: | | Q | Mr. Gonzalez, who is your employer? |
| 22: | | A | Chart Industries. |
| 23: | | Q | And how long have you been employed by |
| 24: | Chart Industries? | | |
| 25: | | A | Since 2008 of February.  Wow. |

**(continued page 00010)**

```
    0010
```

| | | | |
|---|---|---|---|
| 01: | | Q | And what is your current position? |
| 02: | | A | Product specialist. |
| 03: | | Q | How long have you been a product |
| 04: | specialist? | | |
| 05: | | A | Since 2014. |
| 06: | | Q | What were you before you were a product |
| 07: | specialist? | | |
| 08: | | A | Technician. |
| 09: | | Q | And how long were you a technician? |
| 10: | | A | Since 2008 to 2014. |

**Page 00012**

| | | | |
|---|---|---|---|
| 10: | | Q | So as a technician, you would issue part |
| 11: | numbers and you would do some troubleshooting. | | |
| 12: | | | Is there anything else you did as a |
| 13: | technician? | | |
| 14: | | A | Provided trainings. |
| 15: | | Q | To who? |
| 16: | | A | To technicians. |
| 17: | | Q | To other Chart technicians? |

```
18:         A    To other Chart technicians, yes.

19:         Q    Okay.  Anyone else?

20:         A    And to distributor technicians.

21:         Q    Anyone else?

22:         A    No.

23:         Q    What would you train other Chart techs on?

24:         A    On the product.

25:         Q    Anything more specific?
```

**(continued page 00013)**
```
    0013
01:         A    Just basically the product.

02:         Q    Which product?

03:         A    The freezers and aluminum tanks.

04:         Q    What do you mean by "freezers"?

05:         A    The stainless steel freezers.

06:         Q    Is that stainless steel cryogenic tanks?

07:         A    Yes.

08:         Q    So you would do trainings on stainless

09:      steel freezers and aluminum tanks?

10:         A    Yes.

11:         Q    And what sort of trainings would you do

12:      for the distributor technicians?

13:         A    The same.
```

**Page 00013**
```
17:         Q    So when you would do a training on a

18:      stainless steel freezer, what sort of topics would

19:      you cover?

20:         A    The controller and the freezer itself.
```

**Page 00016**
```
10:         Q    And what do you do as a product

11:      specialist?
```

```
12:          A    Train distributors on how to use the
13:     stainless steel products and aluminum tanks.
14:          Q    Is that training any different from what
15:     we discussed earlier?
16:          A    It's more of a sales training.
```

**Page 00025**
```
12:          Q    Mr. Gonzalez, are you familiar with an
13:     issue with the TEC 3000 controller where the serial
14:     number would display as zero, liquid levels would
15:     read as zero, and temperature readings would be
16:     inaccurate?
17:          A    Yes.
```

**Page 00025**
```
24:          Q    What do you know about that issue?
25:          A    Just that the serial number equaled zero.
```

**(continued page 00026)**
```
    0026
01:          Q    Did you know anything about the liquid
02:     levels also reading as zero?
03:          A    That was also reported, yes.
04:          Q    That was reported in conjunction with the
05:     serial number displaying as zero?
06:          A    It can be, but it's also reported at other
07:     times where it's a user error.
08:          Q    And in the instances where the serial
09:     number was displayed as zero, were there also
10:     instances where temperature readings were reported
11:     to be inaccurate?
12:          A    Yes.
```

**Page 00027**
```
08:               (Exhibit Number 245 was marked for
```

```
09:        identification.)

10:        BY MS. ZEMAN:

11:             Q    I've handed you a document marked as

12:        Exhibit 245.  It's Bates stamped CHART002854 through

13:        2855.

14:                  And do you recognize this as an e-mail

15:        chain that included your -- you as a Chart employee?

16:             A    Yeah, I see I was copied on it.

17:             Q    And in the first e-mail at the top of the

18:        first page, it refers to:  Customers report the

19:        freezers spontaneously read zero of liquid and temps

20:        way off.  And then it refers to:  The event log and

21:        SN recorded in the software are erased.

22:                  Does that match the -- your understanding

23:        of the issue we were just discussing?

24:                  MR. SMITH:  Vague.

25:             A    It appears to be.
```

**Page 00033**
```
22:             Q    Is there a touchscreen version of the TEC

23:        3000 controller?

24:             A    I like the way they say that.

25:                  The touchscreen you could say is a version
```

**(continued page 00034)**
```
    0034

01:        of the TEC 3000, but it's a totally different

02:        controller.

03:             Q    When did it go onto the market?

04:             A    2017.

05:             Q    Roughly when in 2017?

06:             A    May.  Around May of 2017.

07:             Q    Has Chart received any complaints about
```

```
08:        the serial number displaying as zero with the
09:        touchscreen controller?
10:                MR. SMITH:  Vague, calls for speculation.
11:           A    You have to check quality to see if there
12:        are any reports on that, but to my knowledge, no.
13:        BY MS. ZEMAN:
14:           Q    You're not aware of any such complaints?
15:           A    Right.  Correct.  Yes.
```

**Page 00093**

```
14:           Q    I've handed you a document marked as
15:        Exhibit 255.  It has Bates stamps CHART008310
16:        through 8320.
17:                And, again, this appears to be an e-mail
18:        chain within Chart that includes you on at least
19:        some of the e-mails; is that correct?
20:                For instance, you are on the cc line on
21:        the e-mail at the top of the first page.
22:           A    Okay.
23:           Q    Is that correct, what I described about
24:        this e-mail chain?
25:           A    That I'm on it, yes.
```

**(continued page 00094)**

```
     0094
01:           Q    And is this an e-mail chain you would have
02:        either sent or received within the normal course of
03:        business at Chart?
04:           A    Yes.
05:           Q    And is this chain generally talking about
06:        a Chart tank that suffered an implosion of the inner
07:        vessel?
08:           A    Yes, it appears so.  Don't think I really
```

**Page 00095**

```
06:         Q    And going to the first page of the
07:     exhibit, the second e-mail down is an e-mail from
08:     yourself on March 14th of 2016, correct?
09:         A    Yes.
10:         Q    And in the third paragraph of that e-mail,
11:     you describe what you suspect happened with the
12:     tank, correct?
13:         A    Based on the evaluation from engineering,
14:     yes.
15:         Q    And so when you say "we suspect" there,
16:     are you referring to Chart generally?
17:         A    Yes.
```

**Page 00098**

```
19:         Q    But what you're describing there is
20:     essentially that either a liquid or a gas got into
21:     the vacuum space, expanded, and then that caused the
22:     inner vessel to deform; is that accurate?
23:         A    That sounds right.
24:         Q    Did any frost form on this tank?
25:         A    Not that I recall.
```

**Page 00099**

```
08:         Q    And this document is regarding an MVE 1839
09:     tank, correct?
10:         A    Yes.
11:         Q    Is that tank similar to the MVE 808?
12:              MR. SMITH:  Vague.
13:         A    No.  I'll defer to engineering on that;
14:     but physically speaking, no, it's different.
15:     BY MS. ZEMAN:
16:         Q    How are they different?
```

```
17:         A     It's a larger vessel.

18:         Q     Any other differences?

19:         A     Yes, large lid.

20:         Q     So it's a larger vessel with a larger lid?

21:         A     Yes.

22:         Q     Anything else?

23:         A     Other than it being large.

24:         Q     And this tank had approximately 10 inches

25:     of liquid nitrogen in it at the time that it -- that
```

**(continued page 00100)**

```
    0100
01:     it suffered the deformation, correct, according to

02:     information included in the e-mail chain?

03:             MR. SMITH:  Foundation.

04:             The e-mail actually says 10 feet of liquid

05:     in it.

06:             THE WITNESS:  Where does it show that?

07:             MR. SMITH:  I was looking at the page

08:     ending 8319.

09:             THE WITNESS:  319.

10:         A   Well, that's a no-no right there.  So the

11:     freezer was transferred from one building to another

12:     with liquid.

13:     BY MS. ZEMAN:

14:         Q   And they shouldn't have transported it

15:     with the liquid nitrogen --

16:         A   That's correct.

17:         Q   -- present, right?

18:         A   That is correct.

19:         Q   But according to the information in the

20:     e-mail, they did so, correct?
```

```
21:          A    That's what it looks like, yeah.
```

**Page 00102**

```
19:          Q    And are you familiar with any instances
20:     where a distributor reported a problem that was
21:     found to be associated with the gettering system?
22:               MR. SMITH:  No foundation.
23:          A    Not that I can recall.
24:     BY MS. ZEMAN:
25:          Q    You don't recall any discussion of getter
```

**(continued page 00103)**

```
     0103
01:     problems or -- of getter problems resulting in any
02:     tank issues?
03:          A    Not that I recall.
04:          Q    Have you ever approved a tank replacement
05:     because of a problem associated with a gettering
06:     system?
07:          A    No, not that I'm aware of.
08:          Q    Have you ever approved a tank replacement
09:     where molecular sieve was discussed as part of the
10:     problem?
11:          A    What -- what?
12:          Q    Have you ever approved a tank replacement
13:     where molecular sieve was discussed as part of the
14:     problem?
15:          A    That's an engineering term.  I defer to
16:     engineering on that.
17:          Q    You're not familiar with the term being
18:     raised in the course of approving any tank
19:     replacements?
20:          A    I know it absorbs moisture.
```

```
21:         Q    Okay.

22:         A    That's it.

23:         Q    So just one more time.  So you're not

24:    familiar with that term being raised in the course

25:    of approving any tank replacements?
```

**(continued page 00104)**

```
   0104

01:         A    Not that I can recall.
```