# EXHIBIT E

# Junnier, Justin

**Volume 1 - 01/14/2020**

## Summary Proceeding with Highlighted Clips
## Printed 05/23/2021 01:49AM CDT

CONFIDENTIAL

| | | |
|---|---|---|
| 🟩 P counter-counters (Runtime - 00h:00m:30s) | 🟦 Plaintiffs Designation (Runtime - 00h:41m:26s) | 🟥 Plaintiffs Objections (Runtime - 00h:13m:42s) |
| 🟧 Defense Counters (Runtime - 00h:45m:29s) | 🟥 Defense Objections (Runtime - 00h:29m:31s) | |

**Page 00006**

| | |
|---|---|
| 01: | THE VIDEOGRAPHER:  This begins the video |
| 02: | deposition of Justin Junnier being taken in the |
| 03: | matter of In Re:  Pacific Fertility Center |
| 04: | Litigation.  Today's date is January 14th, 2020. |
| 05: | The time on the record is 9:35 a.m.  My name is |
| 06: | Brandyon Brantley.  I'm the videographer.  The court |
| 07: | reporter is Laura MacKay. |

**Page 00006**

| | |
|---|---|
| 25: | Q.  Mr. Junnier, we just met, but for the sake |

**(continued page 00007)**

0007

| | |
|---|---|
| 01: | of the record, do you mind stating your full name |
| 02: | for the record. |
| 03: | A.  Yes.  It's just Justin Edward Junnier. |

*Plaintiffs Objections 402 relevance; 403 waste of time:*

| | |
|---|---|
| 04: | Q.  Great.  So have you ever been deposed |
| 05: | before? |
| 06: | A.  No, ma'am. |

**Page 00013**

| | |
|---|---|
| 09: | Q.  Great.  So we're going to start, and I |
| 10: | would just like to get an idea of your educational |
| 11: | background. |
| 12: | A.  Okay. |
| 13: | Q.  Okay?  So what's the highest degree that |
| 14: | you received? |
| 15: | A.  My BS in biology. |
| 16: | Q.  Okay.  And where was that? |
| 17: | A.  University of Georgia. |
| 18: | Q.  Okay.  And what year did you graduate? |
| 19: | A.  2012. |

**Page 00013**

23:          Q.  Okay.  And can you give me an overview of

24:     your job history, starting from graduation to the

25:     present.

**(continued page 00014)**

0014

01:          A.  Okay.  So shortly after I graduated, I was

02:     basically the 1-800 number on the back of the box of

03:     Frontline --

04:          Q.  Okay.

05:          A.  -- receiving phone calls in regards to

06:     Frontline not working, so on and so forth.  And then

07:     I went to WuXi AppTec, where I became a lab

08:     technician.  Did that for a couple of years and then

09:     became an environmental lab technician, where I

10:     traveled around doing viable air sampling,

11:     environmental monitoring of water as well.  Then

12:     became a quality investigator, was the last position

13:     that I had at WuXi.  And that's what gave me a

14:     little bit more insight as when I went to Chart.  It

15:     gave me the experience to become a field service

16:     engineer at Chart.  And then now I am a quality

17:     engineer with CAIRE.

18:          Q.  Okay.  And when did you start with Chart?

19:          A.  September 2016.

20:          Q.  And you are now working at a separate

21:     company called CAIRE?

22:          A.  Yes.  It was a subsidiary of Chart.  We

23:     have now been purchased by another company, but it

24:     was under the umbrella of Chart.

*Plaintiffs Objections 402 relevance :*

```
25:              Q.  Okay.  And when did that change?  When did
```

**(continued page 00015)**

```
0015
01:      that shift?
02:              A.  Last year, right around this exact time.
03:              Q.  Okay.  So roughly January?
04:              A.  Yeah, December, January.
05:              Q.  Okay.  Okay.  And do you still do -- in
06:      your work at CAIRE, do you still do work for Chart?
07:                  Do you still answer questions?
08:              A.  No, ma'am.
09:              Q.  No?
10:              A.  Uh-uh.
11:              Q.  Okay.  All right.  So concentrating on your
12:      time at Chart --
13:              A.  Uh-huh.
14:              Q.  -- can you tell me a little bit more about
15:      what your responsibilities were in your role as a
16:      field service engineer.
17:              A.  Yes, ma'am.  So the main thing, when I was
18:      there in the office on a day-to-day basis, was
19:      answering emails, answering phone calls from our
20:      different clients in regards to concentrators and
21:      freezers, if there was any kind of part number
22:      inquiries, to troubleshooting a freezer, helping set
23:      up a freezer over the phone, setting up the person's
24:      concentrator over the phone.
25:                  Also working on side projects, testing.
```

**(continued page 00016)**

```
0016
01:      And also a big part it, we were also trainers, and
```

```
02:      so we would have training for our distributors,

03:      especially for my job.  I would lead freezer

04:      schools.  I would help teach our distributors how to

05:      troubleshoot freezers.  New products that were

06:      coming out, I would train them on that.  Train them

07:      on how to set up a freezer, because then that

08:      distributor would then teach our end users.

09:           Q.  Okay.  And did you ever have direct contact

10:      with end users or was it always more with

11:      distributors?

12:           A.  It was a mixture of both.  We would -- but

13:      we would explain to the end user, if we were working

14:      with them, that they would have to contact their

15:      distributor for any kind of training or anything

16:      else, to order parts or anything like that, since we

17:      do not work directly with end users.  But, yes, I

18:      have spoken to quite a few end users.

19:           Q.  Okay.  And would you ever give distributor

20:      instructions to pass on to an end user?

21:           A.  Yes, I would.  And I would say but first

22:      you need to contact your distributor.

23:           Q.  Right.  No, I'm saying, when you are

24:      speaking with a distributor, would you ever give

25:      that distributor instructions for them to pass on to
```

**(continued page 00017)**

```
    0017

01:      a specific customer or generally to pass on to

02:      customers?

03:           A.  Yes, ma'am.  Sorry for the

04:      misunderstanding.

05:           Q.  Okay.  No, no problem.
```

```
06:                    And did you -- were you also -- I have -- I
07:        did look at your LinkedIn, and I have that you are
08:        biomedical quality engineer from May 2018.
09:            A.  Yes.
10:            Q.  So is that also a position that you held at
11:        Chart?
12:            A.  This is -- yes, ma'am.  That's the quality
13:        engineering position I'm in now.
14:            Q.  Okay.  So field service engineer and
15:        quality engineer.  Can you tell me a little bit
16:        about the differences between those two roles.
17:            A.  Yes, ma'am.  So the big difference between
18:        those two, field service engineering is most on the
19:        post-market side.  I dealt with the customers.  And
20:        quality engineering, I'm in the manufacturing side.
21:        So I'm always doing continuous improvements,
22:        improving our processes, cleaning up waste, making
23:        our processes better so we continue building quality
24:        product.
25:            Q.  Okay.  And do those two -- do the people in
```

**(continued page 00018)**

```
     0018
01:        those two roles, then, work with each other?
02:            A.  Occasionally, yes, ma'am.
03:            Q.  Yeah?  If there are problems with a
04:        product, would the field service engineer then
05:        report that to the quality engineer in some way?
06:            A.  Yes, ma'am.  You're absolutely right.
```

**Page 00018**

```
09:            Q.  Okay.  And let's just talk about who else
10:        you were working with.
```

```
11:              A.  Uh-huh.

12:              Q.  When you were a field -- and again, let me

13:      just make sure I have this right.

14:                  You were -- from September 2016 to May 2018

15:      is when you were a field service engineer?

16:              A.  Yes, ma'am.

17:              Q.  Okay.  And who did you report to during

18:      that time?

19:              A.  Brendon Wade.

20:              Q.  Brendon Wade.  And what's Mr. Wade's role?

21:              A.  He is a tech service manager.
```

*Plaintiffs Objections 402 relevance; 403 waste of time :*

```
22:              Q.  Okay.  And do you know who his direct

23:      report was?

24:              A.  That bounced around a little bit.  But as

25:      of the tail end of it, it was Miguel Servantes.
```

**(continued page 00019)**

```
     0019
01:              Q.  Okay.  And did you have anyone working

02:      beneath you when you were a field service engineer?

03:              A.  No, ma'am.

04:              Q.  Okay.  And were there other field service

05:      engineers that you typically worked with?

06:              A.  Yes, ma'am.

07:              Q.  Okay.  Who would that be?

08:              A.  At the time, Matthew Barth.  He's no longer

09:      with us.  Joy Sandman, Shane Dockery, and that was

10:      it.

11:              Q.  Okay.  And is there anybody else that you

12:      worked with frequently or, you know, regularly while

13:      you were working as a field service engineer?

14:              A.  Yes, ma'am.
```

```
15:            Q.  Within Chart I should say.

16:            A.  Yes, ma'am.  Ramon Gonzalez.

17:            Q.  And what's his role in connection to what

18:    you were doing?

19:            A.  He was -- essentially he was the product

20:    manager, but he was the technical specialist, if you

21:    will.

22:            Q.  Okay.  And so how does he sort of fit into

23:    the hierarchy?

24:            A.  He was on the marketing side of it, but

25:    he's above Brendon.
```

**(continued page 00020)**

```
       0020
```

*Plaintiffs Objections 402 relevance; 403 waste of time :*

```
01:            Q.  Okay.  Got it.  Anybody else?

02:            A.  Yes.  Bruce Edel, Kevin Gilliland.  Those

03:    are two sales reps.

04:            Q.  Okay.

05:            A.  Buzz, Buzz Bies, and a number -- Jeff

06:    Brooks.

07:            Q.  Okay.

08:            A.  A number of engineers.

09:            Q.  Great.  And when you were the biomedical

10:    quality engineer, who did you report to in that

11:    role?

12:            A.  Then again, my management has been bounced

13:    around a little bit, but when I first started it was

14:    Kip Brewer.

15:            Q.  Okay.

16:            A.  Now I'm on to -- Kip is now a colleague of

17:    mine, and now it's Mike Tucker.

18:            Q.  Okay.  And Mike Tucker, has that been since
```

```
19:      the --

20:           A.  The diversion, yes, ma'am.  Yeah, he's only

21:      been here for maybe eight months.

22:           Q.  Okay.  So for the time you were at Chart,

23:      then --

24:           A.  Seven to eight months.  I can't really --
```

**Page 00021**

*Plaintiffs Objections 402 relevance; 403 waste of time :*

```
17:           Q.  Sorry.  All right.  So you were saying

18:      that -- we were talking about your superior, direct

19:      superior, when you were the quality engineer.

20:           A.  Yes.

21:           Q.  And I believe you said that was Kip Brewer;

22:      is that right?

23:           A.  Yes, ma'am, it was Kip Brewer, and now it's

24:      on to Mike Tucker.

25:           Q.  Okay.  And did you have anybody else that
```

**(continued page 00022)**

```
     0022

01:      you reported to in that role?

02:           A.  Chris Lynch, who is my director.

03:           Q.  Okay.  Anyone else?

04:           A.  Occasionally Edward Kim.

05:           Q.  Edward Kim.  And what's his role in

06:      connection?

07:           A.  VP of engineering.

08:           Q.  And is there -- are there any other quality

09:      engineers that you worked with during that time

10:      period when you were at Chart?

11:           A.  No, ma'am.

12:           Q.  No.  Okay.  And was there anybody that
```

```
13:      reported to you?
14:              A.  Yes, ma'am.
15:              Q.  Who was that?
16:              A.  Erica Court and Mia Hilliard.
17:              Q.  Okay.  And what are their roles?
18:              A.  They are quality technicians.
19:              Q.  Okay.  And what do they do?
20:              A.  A number of things, from x-raying our welds
21:      to calibrating our equipment, mechanical testing,
22:      any other kind of nondestructive testing, generating
23:      NCRs, incoming inspection.  A number of things.
24:              Q.  Okay.  And what's an NCR?
25:              A.  Oh, excuse me.  Nonconforming report.
```

**(continued page 00023)**

```
        0023
01:              Q.  Okay.
02:              A.  Or conformance report.
03:              Q.  Great.  And -- all right.  So I think we're
04:      going to skip on and get a little bit more into what
05:      you were doing.  And for the next, you know, number
06:      of questions, I'm going to be limiting my questions
07:      to the time that you were at Chart.
08:              A.  Okay.
09:              Q.  But I'm not necessarily differentiating
10:      between your roles.  Okay?
11:              A.  Yes, ma'am.
12:              Q.  All right.  So are you familiar with
13:      Chart's stainless steel line of freezers?
14:              A.  Yes, ma'am.
15:              Q.  Okay.  And what involvement did you have
16:      with the stainless steel line in your job?
```

17:          A.  It was a mixture -- like I said, it was

18:     mixture between concentrators and freezers.  So I --

19:     on the team I was kind of the go-to freezer guy, if

20:     you will, and would be the guy to answer a lot of

21:     the questions for clients, also work on technical

22:     manuals, and help with any kind of testing on the

23:     side.

24:          Q.  Okay.  And what sorts of questions did you

25:     typically get about the stainless steel line?

**(continued page 00024)**

     0024

01:          A.  Yes, ma'am.  So it would be part inquiries.

02:     It would be troubleshooting.  Any kind of technical

03:     support.  That may be setting up new freezers.

**Page 00026**

10:          Q.  How many field service engineers were there

11:     while you were there?

12:          A.  At the max, at one time there were five,

13:     but usually about three.

*Plaintiffs Objections 602 speculation:*

14:          Q.  Okay.  All right.  And for the ones that

15:     were reporting to you, did anyone investigate the

16:     reason for the failure?

17:          A.  I didn't have any field service engineers

18:     reporting to me directly.  But my coworkers, there

19:     were the occasional time that there was people

20:     reporting that there was a vacuum loss.  It ended up

21:     being pressure too high, the LN2 going in too high,

22:     the pressure, and it was evaporating too quickly,

23:     and it would throw up the usage alarm.  So it ended

24:     up being end-user error the majority of the time.

25:          Q.  Okay.  How did you -- how did you come to

**(continued page 00027)**

0027

01:    those conclusions?

02:          A.  Asking the questions, hey, what is your

03:    source pressure at your LN2 tank outside or wherever

04:    it may be?  And I would ask for maybe a download at

05:    the TEC3000, and kind of go through each data point

06:    to determine whether or not, okay, is it a vacuum

07:    issue or are we having a -- if there's something

08:    else going on.  Also ask about the preventative

09:    maintenance, if they're keeping up with that.

10:          I'm trying to think if there is really

11:    anything else.  If you see any kind of sweating or

12:    ice buildup around the outside of the tank, that

13:    would be a good indicator of a vacuum failure.

14:          Q.  Okay.  What about condensation under the

15:    tank?  Is that an indicator of a vacuum failure?

16:          MR. SMITH:  Incomplete hypothetical.

17:          A.  It -- it can be, but not really.  If -- if

18:    the -- there's a lot of moisture in the ambient air,

19:    and you will have some venting of the LN2.  Once it

20:    evaporates, it will build condensation, and it will

21:    drip --

22:          Q.  Okay.

23:          A.  -- on the outside of the tank.

24:          Q.  So there's oftentimes condensation around a

25:    tank regardless?

**(continued page 00028)**

0028

01:          A.  Yes, ma'am.  There are times that there

02:          could be, yes, ma'am.

03:              Q.  Okay.  Is that -- is that the normal

04:      occurrence?

05:              A.  It can be, yes, ma'am, depending upon

06:      how -- how the humidity is in that room.

07:              Q.  Okay.  And if -- so what -- what I'm

08:      getting from what you are saying is that you were

09:      the one who more or less investigated these tank --

10:      these reported tank failures; is that correct?

11:              MR. SMITH:  Misstates testimony.

12:              A.  No, not necessarily investigate.  I would

13:      help troubleshoot the freezers that ever did come

14:      back to us.  They would come in on an RMA.  And our

15:      production team would then investigate that and come

16:      up to a -- come up to a root cause.

**Page 00028**

18:              Q.  Okay.  And did that happen every single

19:      time that they sent -- sorry.  Let me restate that.

20:                  In every case where a vacuum failure was

21:      reported, would the end user then send the tank back

22:      to Chart to be investigated?

23:              A.  No, ma'am.  A lot of times they're so

24:      massive and a lot of times they were so old that

25:      they would just get rid of them --

**(continued page 00029)**

       0029

01:              Q.  Okay.

02:              A.  --- and purchase a new one.

**Page 00029**

*Defense Objections MIL No. 1 -- dissimiiilar alleged other occurrence;*
*FRE 403:*

05:              Q.  Did you -- as a field service engineer, did

```
06:     you ever travel to customer sites to repair or

07:     evaluate Chart stainless steel freezers?

08:             MR. SMITH:  Compound.

09:         A.  Yes, ma'am.

10:     BY MS. COWAN:

11:         Q.  Yes?  Was that to repair or evaluate?

12:         A.  Both.

13:         Q.  Both?  Okay.  And would you ever travel to

14:     an end-user site if there was not a report of a

15:     malfunction?

16:             MR. SMITH:  Vague.  Sorry.  Vague.

17:         A.  No, ma'am.

18:     BY MS. COWAN:

19:         Q.  Okay.  So typically, when you went to

20:     end-user sites, it was because they were

21:     experiencing some problem; is that correct?

22:         A.  Yes, ma'am.

23:         Q.  Okay.  And did you -- do you remember being

24:     asked to repair or evaluate any stainless steel

25:     freezers on your visits to end users?
```

**(continued page 00030)**

```
   0030
01:         A.  Yes, ma'am.

02:         Q.  Okay.  How many times?

03:         A.  Two visits that I went to.  I went to New

04:     York and I went to the CDC.

05:         Q.  Okay.  Can you tell me about the New York

06:     visit first.  When was that?

07:         A.  Oh, man, I can't.  I believe it was

08:     around -- no, I can't remember the year.  It was

09:     March -- I think it was March 2017, if I remember

10:     correctly.
```

11:      Q.  Okay.  And what occasioned that visit?

12:      A.  There were some issues with the freezer in

13:  regard -- potentially issues with two places.

14:  Actually, three places.  There was a fertility

15:  clinic at Cornell University, and the other place I

16:  can't -- I think it was another part of the

17:  hospital, but I can't really remember what it was.

18:  There was two distributors that I went -- that I

19:  went and saw.  There was three locations.

20:          We believe that there were some issues in

21:  regards to electrical interference, and I replaced

22:  the controllers on the couple of those freezers and

23:  added some ferrites with my belief that maybe that

24:  would help with the interference issue.

*Defense Counters Contingent on whether 29:5 - 30:24 is admitted:*

25:      Q.  Okay.  And what led you -- well, first of

**(continued page 00031)**

0031

01:  all, you said you visited with two different

02:  distributors?

03:      A.  Yes, ma'am.

04:      Q.  Okay.  Who were the distributors?

05:      A.  One was LabRepCo and the other one was Tech

06:  Air.

*Defense Objections MIL No. 1 -- dissimiilar alleged other occurrence; FRE 403:*

07:      Q.  Okay.  And you remember going to two

08:  different sites or three different sites?

09:      A.  There was -- there's two locations.

10:  There's two distributors.  There's two locations,

11:  but there was -- I went to two different places in

12:  one, if that makes sense.  Like, I was in two

13:  different floors and saw -- saw a different

14:  department.

```
15:          Q.  Okay.

16:          A.  Yeah.

17:          Q.  All right.  And one of those was Cornell.

18:      It was an IVF --

19:          A.  Yes, ma'am.

20:          Q.  -- facility?

21:          A.  Yeah.

22:          Q.  And what did they have in the freezer that

23:      you --

24:          A.  That, I can't really remember.  I know it

25:      was -- it was a fertility clinic or it was the
```

**(continued page 00032)**

```
   0032

01:      fertility department at the hospital, but I didn't

02:      ask what was really in there.

03:          Q.  Okay.

04:          A.  I never went into the freezer.  I dealt

05:      with the plumbing and the TEC3000.

06:          Q.  Okay.  And the TEC3000 is the controller?

07:          A.  Yes, ma'am.

08:          Q.  All right.  And to your knowledge, is the

09:      TEC3000 -- was that also the same controller that

10:      was on the other site that you went to?

11:          A.  Yes.
```

*Plaintiffs Objections 402 relevance; 403 waste of time :*
*Defense Counters Congtingent on wether other occurrence at Cornell*
*admitted -- electrical interference issue discussed:*

```
12:          Q.  Okay.  And you said that you believe

13:      that -- sorry.  Did anybody go with you from Chart?

14:          A.  No, just me.

15:          Q.  Okay.  And did you report back to anyone on

16:      this trip?

17:          A.  Yes, ma'am.

18:          Q.  Who did you report to?

19:          A.  Brendon.
```

20:         Q.  Brendon Wade?

21:         A.  Yes, ma'am.

22:         Q.  Okay.  Anybody else?

23:         A.  Yes.  Definitely would have been the sales

24:    rep at the time, which was Bruce Edel, and maybe in

25:    passing Ramon.

**(continued page 00033)**

     0033

01:         Q.  Okay.  Ramon Gonzalez?

02:         A.  Yes, ma'am.

03:         Q.  Okay.  And you said that you believed the

04:    problem to be electrical interference?

05:         A.  Yes, ma'am.

06:         Q.  You believed it to be the same problem with

07:    both -- with all of the controllers that you saw?

08:         A.  Yes, ma'am.

09:         Q.  How many controllers were affected?

10:         A.  If I remember correctly, there were two

11:    that I ended up replacing.

*Defense Counters Congtinget on wether other occurrence at Cornell admitted -- electrical interference issue discussed:*

12:         Q.  Okay.  And you didn't see any other

13:    problems with the other controllers?

14:         A.  No.

15:         Q.  Okay.  And what led you to believe that

16:    there was electrical interference with the

17:    controller?

18:         A.  At the hospital, at the time, they were

19:    under construction.  There was a lot of exposed

20:    wiring.  And also, in the -- in that department,

21:    just above them was the helipad.  And so you have

22:    the radio frequencies coming from the helicopter.

23:    They have the tower just above them.

24:            And so my thought was, okay, all of this

25:    interference, electrical interference, may be coming

**(continued page 00034)**

0034

01:     from any of the exposed wiring, the helicopter --

02:             THE COURT REPORTER:  Slow down.

03:         A.  My apologies.

04:             Coming from any of those locations.  And

05:     also, New York is very old infrastructure, and maybe

06:     from the power lines.

07:     BY MS. COWAN:

08:         Q.  Okay.  And was there anything before you

09:     headed out -- before you went and saw the site, was

10:     there any reason that you had to believe that

11:     electrical interference might be an issue with the

12:     TEC3000?

13:         A.  Yes, ma'am.

14:         Q.  What -- can you describe that, please.

15:         A.  Then again, that was a couple years ago,

16:     but I may have asked them to look at the freezer

17:     themselves, press the up and the down arrow at the

18:     same time.  It will get into a back door menu.  It

19:     will display the serial number and will say serial

20:     number equals zero and -- yeah.

21:         Q.  Okay.  And the serial number equalling

22:     zero, was that an indicator of something to you?

23:         A.  Yeah, potentially.  Then again, we still

24:     don't, truly -- I don't since I've left the company,

25:     but I still don't -- at the time we didn't know that

**(continued page 00035)**

0035

01:     truly was the root cause of the electrical

02:     interference.

03:         Q.  Okay.  So I'm just not quite following you.

04:     The serial number equalling zero is the cause of the

05:     electrical interference or is that just the symptom

06:     of the --

07:         A.  It's a symptom.  Excuse me.

08:         Q.  Okay.  And is that something -- the serial

09:     number equalling zero and there being potential

10:     electrical interference issues, is that something

11:     you had seen elsewhere affecting TEC3000s besides

12:     these two sites?

13:         A.  Yes, ma'am.

**Page 00035**

23:         Q.  Okay.  And did you ever -- so you said

24:     there were two different visits that you made.  So

25:     as to the Cornell, I want to finish that up.  You

**(continued page 00036)**

      0036

01:     said you replaced two controllers.

02:             Did that resolve the problem?

03:         A.  At Cornell, it fixed it when I was there.

04:     I left that freezer making sure that was up to par

05:     and everything was working correctly.  And then a

06:     couple of months later we get the phone call again

07:     that the same thing happened again.

08:         Q.  Okay.  So --

09:         A.  I believe in May.

10:         Q.  All right.  So the two things that you had

11:     said you did, you applied ferrites and you replaced

12:     the controllers, correct?

13:         A.  Yes, ma'am.  And one particular freezer I

14:     replaced a valve.

15:         Q.  Okay.  What valve?

16:         A.  It was the feed valve, the intake valve.

17:     It was a little low on the ohms, the resistance

18:     reading.

*Plaintiffs Objections 402 relevance; 403 waste of time and confusion of issues :*

19:         Q.  Okay.  Can you explain that a little bit in

20:     laymen's terms for me?

21:         A.  Yes, ma'am.  So essentially, when the

22:     resistance starts to lower, if you will -- there's a

23:     plunger inside, and if it -- it actually -- there's

24:     a coil, and then when -- that plunger is basically

25:     metal, and so it's magnetized.  So once that is

**(continued page 00037)**

0037

01:     engaged, that plunger will lift up.  And if it

02:     doesn't have enough resistance, it won't lift that

03:     plunger up enough and allow liquid nitrogen to go

04:     through.

05:         Q.  Okay.  And where is that valve in relation

06:     to the tank?  Where is it?

07:         A.  It's outside.

08:         Q.  It's outside?

09:         A.  Uh-huh.

10:         Q.  And is it -- you said it was the feed

11:     valve?  Is that where the LN2 goes in?

12:         A.  Yes, ma'am.

13:         Q.  Okay.  And so is that something that you

14:     just noticed visually could be a problem?

15:         A.  No, ma'am.  I asked when was the last time

16:     they did the preventative maintenance.  From my

17:     recollection, they didn't remember when was the last

18:     time they did it.  So I decided to check on the

19:     preventative maintenance for them, and there just

```
20:        that -- one of the feed valves was slightly on the
21:        low side.  So we recommend, if I remember
22:        correctly -- it's been a couple of years now since I
23:        even looked at a freezer.  It was on a two-year
24:        basis that you would swap out the valves.
25:             Q.  Okay.  But they had another tank; is that
```

**(continued page 00038)**

```
     0038
01:        correct?
02:             A.  It was with a different distributor, and
03:        that was -- but LabRepCo, I went and saw this one
04:        department, and then I went to a fertility clinic
05:        after that.  So there was one freezer there with
06:        LabRepCo.  Then I went to -- I forget.  Some
07:        fertility clinic eight blocks up the road for --
08:        AS -- ASM.  I forget what it was, but it was still
09:        with LabRepCo.
10:             Q.  Okay.
11:             A.  So there was two -- there was two freezers
12:        at LabRepCo and one freezer-ish with -- with Tech
13:        Air.
14:             Q.  Okay.  And so you visited two fertility
15:        clinics during that trip?
16:             A.  Yes.
17:             Q.  Okay.  And it sounds like you saw at least
18:        three tanks.
19:             A.  Yes.
20:             Q.  Okay.  At Cornell, did you replace all of
21:        the controllers on the tanks that you saw?
22:             A.  Just the one -- one with LabRepCo, yes, I
23:        just replaced that one controller.
```

24:        Q.  Okay.  Did they have other tanks there?

25:        A.  I only saw the one.

**Page 00039**

16:        Q.  So at the second location, how many -- how

17:    many tanks did you see?

18:        A.  There were two freezers.

19:        Q.  Okay.  And so did you replace a controller

20:    at that second location?

21:        A.  On one I did, yes.

22:        Q.  Okay.  You didn't see any problems with the

23:    other controller?

24:        A.  No, ma'am.

25:        Q.  Do you have an understanding from your

**(continued page 00040)**

    0040

01:    experience as to why electrical interference would

02:    only affect one controller if they're in the same

03:    location?

04:        A.  It would all be kind of circumstantial, if

05:    you will.  Electrical interference may just be able

06:    to hit a random wire like this, for instance, and

07:    just -- there's no protection on this microphone

08:    right here.  And so if electrical interference hits

09:    this, it's all circumstantial and could damage that

10:    piece of equipment.

11:        Q.  All right.  And so if you replace the

12:    controller, why -- why would the new controller in

13:    the same location not experience interference, for

14:    example?

15:        A.  We install ferrites to help better protect

16:    that.

17:          Q.  And what's -- tell me the purpose of the

18:      ferrites.

19:          A.  Ferrites essentially is just a lead ball,

20:      if you will, and it drowns out any of that

21:      interference and protects the cabling and the system

22:      itself.

23:          Q.  Okay.  And then at the second fertility

24:      clinic that you went to, did they have multiple

25:      tanks?

**(continued page 00041)**

   0041

01:          A.  Yes, ma'am.  They had two.

02:          Q.  They had two tanks.  And you replaced the

03:      controller on one of those?

04:          A.  Yes, ma'am.

05:          Q.  Okay.  Are you aware if that fixed the

06:      problem?

07:          A.  I have not heard anything back, so I'm

08:      expecting no news is good news.

09:          Q.  Okay.  Did you install ferrites there as

10:      well?

11:          A.  Yes, ma'am.

*Plaintiffs Objections 402 relevance; 403 confuses the issues and waste of time:*

12:          Q.  Okay.  You said you went on another trip.

13:      To the CDC?

14:          A.  Yes, ma'am.

15:          Q.  When was that?

16:          A.  Oh, to be honest with you, I can't remember

17:      the true date.  It was towards the tail end of me

18:      working as a field service engineer.

19:          Q.  So --

20:        A.  Maybe around March, April-ish of 2018.

21:        Q.  Okay.  And what prompted that trip?

22:        A.  I got a call from a sales rep stating that

23:    they could not install their -- they had a -- a

24:    locking mechanism that was triggered by a retina

25:    scan.

**(continued page 00042)**

0042

01:        Q.  Uh-huh.

02:        A.  And we -- we built a special freezer for

03:    the CDC, and it was a port that was welded on

04:    backwards, and they couldn't screw the threads into

05:    the retina scanner.

06:        Q.  Okay.  So totally different problems than

07:    the issues that you saw in your New York trip.

08:        A.  Yes, ma'am.

**Page 00042**

*Defense Objections MIL No. 1 -- dissimiilar alleged other occurrence;*
*FRE 403:*

18:        Q.  Sorry.  I think you testified that about

19:    80 percent of the time when you were in the field

20:    service role, you were dealing with customer

21:    questions or complaints or issues; is that correct?

22:        A.  Yes, ma'am.

23:        Q.  Okay.  So not every time that you received

24:    a customer complaint did you go and visit the site.

25:        A.  No, ma'am.  Our main priority is to help

**(continued page 00043)**

0043

01:    them over the phone.

02:        Q.  So why -- what was the difference for the

03:    New York trip, what prompted that, as opposed to

04:    just trying to troubleshoot over to phone?

```
05:          A.  I think it was the -- just trying to keep

06:     customer satisfaction.  That customer was really

07:     angry at the time.  As a company, as a whole, we

08:     decided as a business decision that we would go out

09:     there to see them.

10:          Q.  What -- why were they angry?

11:          A.  Just because --

12:             MR. SMITH:  Calls for speculation.

13:     BY MS. COWAN:

14:          Q.  Did they tell you why they were angry?

15:          A.  Just because they believed the freezer was

16:     malfunctioning multiple times.

17:     BY MS. COWAN:

18:          Q.  Okay.  Do you recall how frequently their

19:     freezer was malfunctioning?

20:          A.  For specifically the LabRepCo incident, the

21:     one at Cornell University, it ended up being three

22:     times.
```

**Page 00044**

```
11:          Q.  Have you ever encountered -- do you

12:     remember any issues in which a stainless steel Chart

13:     tank manufactured, and it was later found that it

14:     had any weld failures?

15:          A.  Yes.

16:          Q.  How many occasions?

17:          A.  Seldom.  Within the year and nine months I

18:     was a field service engineer, one, two.
```

*Plaintiffs Objections 403 confuses the issues :*

```
19:          Q.  Okay.  Can you tell me what you recall

20:     about those incidents.

21:          A.  One was the CDC welding that -- that port

22:     on backwards.  And the other one, the turntable on
```

23:     the inside, that wasn't -- I believe, if I'm not

24:     mistaken, that gets screwed on and it gets a tack

25:     weld.  And we had one of those that I can remember.

**(continued page 00045)**

0045

01:          Q.  Okay.  And what -- what was the effect of

02:     that weld failure?

03:          A.  The turn tray would just drop into the

04:     bottom of the freezer, and you can't spin it.

05:          Q.  Okay.  Do you remember any other issues

06:     with weld failures that affected the stainless steel

07:     line?

08:          A.  Not to my knowledge, no.

*Plaintiffs Designation End with "older":*

09:          Q.  Okay.  Do you remember any issues in which

10:     a Chart tanks, a stainless steel tank, had a crack?

11:          A.  Yes, but they were all older and out of

*Plaintiffs Designation Start with "And":*

*Defense Counters plaintiffs' designation is missing "and our of warranty".  Need this for context and to complete the sentence.:*

12:     warranty.  And then again, like older than me, 30,

13:     35 years old.

**Page 00046**

*Defense Objections Objection -- Plaintiffs' dismissed their failure to warn claim; any criticism of the product's manual is unduly prejudicial, confusing and not relevant to any remaning claim; FRE 403:*

04:          Did you help write the technical manual for

05:     the TEC3000?

06:          A.  I revised it, yes, ma'am, a number of

07:     times.

08:          Q.  Okay.  Did you -- do you recall that there

09:     was a section in that technical manual about

10:     electrical interference?

11:          A.  No, ma'am.

12:          Q.  Why not?

13:          A.  Because we still truly -- at the time that

14:      I was working there, still truly did not know the

15:      root cause of what was causing this electrical

16:      interference and did not have -- and to my

17:      knowledge, didn't have a proper fix for it.  So we

18:      didn't want to add something to a technical manual

19:      that may or may not have been the right fix.

20:          Q.  Okay.  You said that, as a field service

21:      engineer, you led cryobiological service schools for

22:      customers.

23:          A.  Uh-huh.

24:          Q.  Did you ever teach a program that covered

25:      any aspect of the 808 MVE line?

**(continued page 00047)**

0047

01:          A.  Specifically, no.  But as a whole, yes, we

02:      did cover it.

03:          Q.  Okay.  And those -- again, those programs

04:      were solely to distributors?

05:          A.  Yes, ma'am.

*Defense Objections Objection to 47:18-48:22 -- Plaintiffs' dismissed
their failure to warn claim; any criticism of the product's manual is
irrelevant, confusing and not relevant to any remaning claim; FRE 403:*

06:          Q.  Okay.  And did you ever teach a program

07:      that covered the TEC3000 controller?

08:          A.  Yes, ma'am.

09:          Q.  During that -- how many times did you teach

10:      a school about the TEC3000?

11:          A.  At least three or four times.

12:          Q.  Three or four times.  And those were to

13:      distributors as well?

14:          A.  Occasionally they were for internal new

15:      hires that we wanted to give product knowledge to.

16:      And then -- yeah, then the majority of the time it

17:     was with distributors, yes, ma'am.

18:         Q.  Did you or anyone else ever mention

19:     electrical interference during those sessions?

20:         A.  Yes and no.  A lot of times it was off line

21:     because we still didn't know the true root cause and

22:     didn't want to teach anyone something that may or

23:     may not fix the issue.

24:         Q.  Okay.  But did you ever tell anyone or any

25:     of your distributors that that was a concern?

**(continued page 00048)**

    0048

01:         A.  Yes, because they would bring it to our

02:     attention:  Hey, we've this.  What's a good fix for

03:     this?  Hey -- and I would say, hey, we're still

04:     working on this, trying to figure out that, hey,

05:     here's some part numbers to the ferrites.  Give this

06:     a shot.

07:         Q.  Okay.  And so, if I'm understanding you

08:     correctly, distributors would come to you when their

09:     end users are having problems --

10:         A.  Yes, ma'am.

11:         Q.  -- potentially with the TEC3000?

12:         A.  Yes, ma'am.

13:         Q.  And you would then give them potential

14:     solutions that you thought might help --

15:         A.  Yes, ma'am.

16:         Q.  -- is that right?

17:         A.  Yes, ma'am.

18:         Q.  Did you ever notify any of your

19:     distributors about there being electrical

20:     interference problems without them coming to you

21:     already with a problem?

22:         A.  No, ma'am.

Page 00049

*Defense Objections Chart's objection to Trial Exhibit 219 was*
*overruled by the Court (objection preserved):*

02:        Q.  Okay.  All right.  I'm going to mark as

03:    Exhibit 124 a document produced by Chart, starting

04:    with Bates CHART 20048.

05:        A.  Thank you.

06:        Q.  Okay.  So this is an email thread, and like

07:    most email threads, the beginning of it is at the

08:    end of the document.

09:        A.  Yes, ma'am.

10:        Q.  So I would like to start with the last

11:    email in the thread.  And this is from you to

12:    Jonathan Emerson --

13:        A.  Yes, ma'am.

14:        Q.  -- at LabRepCo.

15:        A.  Uh-huh.

16:        Q.  And this is on March 22nd, 2017.  Do you

17:    recall sending this email?

18:        A.  Just looking at this just now, yes, ma'am.

19:        Q.  Okay.  And did you send this in your role

20:    at Chart, as part of your duties at Chart?

21:        A.  Yes, ma'am.

22:        Q.  Yes.  Okay.  And who is -- who is

23:    Mr. Emerson?

24:        A.  He is a sales rep for that area.

25:        Q.  Okay.  And he sells Chart tanks and other

(continued page 00050)

0050

01:    products, then?

02:        A.  Yes, ma'am.

*Plaintiffs Objections 403 waste of time :*

03:        Q.  Okay.  And what area is that?

04:        A.  That was the New York area.  I don't really

```
05:      know his territory.

06:           Q.  All right.  And sounds like you are talking

07:      about going to New York traveling for work.

08:               Is this email about that trip that we

09:      already discussed?

10:           A.  Yes.  I was actually already going there to

11:      see Tech Air, the other distributor, and then this

12:      happened.  And so to knock two birds out with one

13:      stone, I would just knock out both distributors.

14:           Q.  Okay.  So let's skip up to Mr. Emerson's

15:      email to you on the 16th on page 20050.  You'll see

16:      it has that picture there.

17:           A.  Yes, ma'am.

18:           Q.  And this is -- this is after your trip,

19:      correct?

20:           A.  Yes, ma'am.  It's about roughly two months

21:      later.

22:           Q.  Okay.  And what was -- what did you gather

23:      from his email?
```

**Page 00051**

*Defense Objections Chart's objection to Trial Exhibit 219 was overruled by the Court (objection preserved):*

```
01:           Q.  What did you understand the purpose of his

02:      email?

03:           A.  Now with this photo here, essentially we're

04:      having the same issue again.  The serial number

05:      equals zero, and potentially the ferrites did not

06:      work.

07:           Q.  Okay.  And what did you advise Mr. Emerson

08:      to do next?

09:           A.  If I remember correctly from this email, I

10:      believe we replaced it again for customer

11:      satisfaction.

12:           Q.  Okay.  And was there any other fix to try
```

13:     and make sure that the second -- now second

14:     replacement would not experience the same issue?

15:          A.  I believe I asked them to double up on the

16:     ferrites to see if that helped.

*Defense Objections Chart's objection to Trial Exhibit 219 was overruled by the Court (objection preserved):*

17:          Q.  Okay.  And he is mentioning -- we've talked

18:     a number of times about the serial number equalling

19:     zero.

20:               What are the -- are there any other

21:     symptoms of electrical interference on a TEC3000?

22:          A.  Yes, ma'am.

23:               MR. SMITH:  I object.  That assumes facts

24:     in that the serial number equals zero equals

25:     electrical interference.

**(continued page 00052)**

0052

01:               MS. COWAN:  Sure.

02:          A.  We believed at the time that there could be

03:     some correlation with levels fluctuating and the

04:     temp -- the temperature readings to be off.

05:     BY MS. COWAN:

06:          Q.  Okay.  So the temperature reading being

07:     off, level readings being off, and serial number

08:     equals zero, am I correct that those are all

09:     symptoms of electrical interference?

10:          A.  Yes, ma'am.

11:          Q.  Okay.  What is the problem with having

12:     electrical interference?

13:               How does it -- how does it impact the end

14:     user's ability to use the controller, from your

15:     understanding?

16:          A.  There are times where they may not even see

17:     an issue ever, and then there times like this, where

18:     it may cause the levels to be reading low when there

19:     actually is enough LN2 in the freezer.  And also,

20:     the end user will not be able to get a significant

21:     or a true temperature reading because it will be

22:     reading minus 273, when in the reality it would

23:     either be around 180 to 196 depending on the

24:     location of those temperature probes.

25:         Q.  Okay.  And so how does that affect the tank

**(continued page 00053)**

      0053

01:     itself?

02:         A.  It really doesn't.  Essentially the TEC3000

03:     is the brains of the operation, but you can still

04:     use that freezer without that controller.

05:         Q.  Okay.  But you can't -- you can't use the

06:     controller itself to get a reading on the

07:     temperature, correct?

08:         A.  You can if you had a third party

09:     thermocoupler or temperature probe to stick in

10:     there.

11:         Q.  Right.  So what I asked was you can't use

12:     the controller to get that reading, correct?

13:         A.  Correct, yes, ma'am.

14:         Q.  And does the controller do anything else

15:     besides just tell you what the temperatures are?

16:         A.  Since it's the brains of the operation, if

17:     you have autofill set up, and you have an external

18:     LN2 storage tank, you can fill with that, but you

19:     don't necessarily have to have it to do so.

20:         Q.  Okay.  And so the autofill function would

21:     be interfered with if it's having this issue

22:     potentially.

23:             MR. SMITH:  Assumes facts.

24:     BY MS. COWAN:

25:         Q.  Is that correct?

**(continued page 00054)**

0054

01:         A.  It can if the readings -- if the TEC3000 is

02:     reading low, it's going to constantly and try to

03:     fill.

04:         Q.  If it's reading a low LN2?

05:         A.  Yes, ma'am.

06:         Q.  Okay.  Are there -- I see that this -- in

07:     his email, Mr. Emerson says, "The unit is alarming

08:     for Low Level."

09:             What's your understanding of that sentence?

10:         A.  That, like I was mentioning a moment ago,

11:     you would see levels that were off and that the

12:     level -- low level -- LL stands for low level, and

13:     the TEC3000 is thinking that it's below its low

14:     level set point.

15:         Q.  And so the TEC3000 sets off an alarm at

16:     that point?

17:         A.  Yes, ma'am.

18:         Q.  Okay.  And what -- what would the customer

19:     have to do to get that alarm to stop?

20:         A.  There were a couple of things that you

21:     could try to do to fix the symptoms.  You could

22:     restore the -- first of all, you can try to power

23:     cycle it, turning it on, turning it back off.  You

24:     can -- if that doesn't help the issue, you can

25:     restore the defaults, factory defaults.  Some of the

**(continued page 00055)**

0055

01:     times that would actually fix the issue, but the

02:     majority of the time we ended up just replacing the

```
03:      controller for customer satisfaction.

04:          Q.  Okay.  And in the meantime, you know, if

05:      they're waiting on a replacement, what -- what do

06:      they do to -- I mean, I assume that they don't just

07:      have an alarm going off as we had here for, you

08:      know, however many days or weeks it might take to

09:      replace the controller.

10:              What would they do to deal with that issue

11:      in the meantime?
```

**Page 00055**

*Plaintiffs Objections 403 prejudicial; 701 improper opinion of lay witness:*

```
16:          A.  Okay.  So what's really good about our MVE

17:      products -- I know I'm getting kind a little off

18:      kilter here, but I'll come right back to it.  So MVE

19:      is Security through Systems.
```

**Page 00055**

*Defense Objections See objection above;  Also objection to argumentative attorney colloquy 55:4-55:11; incomplete hypothetical; missing the answer provided on 55:16-19.:*

```
24:          So with Security through Systems, our

25:      freezers can -- if there ever is something
```

**(continued page 00056)**

```
     0056

01:      legitimately malfunctioning, our freezers can

02:      sustained LN2 for a lengthy amount of time.  It

03:      could be two weeks, three weeks.  And so that's kind

04:      of where I was getting at, is that there is security

05:      with their samples.
```

**Page 00056**

```
08:          Q.  I'm asking you just about the alarm.  What

09:      would they have to do about that alarm so that it's

10:      not going off for days or weeks --

11:          A.  Oh, alarm mute.

12:          Q.  Okay.  So do you have any knowledge that
```

13:       customers did mute their alarms when they were

14:       experiencing this issue?

15:            A.  Yes, ma'am.

**Page 00056**

18:                 All right.  So the next email in this

19:       thread is from Brendon Wade to you and a number of

20:       people.  I believe we've covered a lot of these.

21:                 But who is Michael Eck?

22:            A.  I do not know.

23:            Q.  Okay.  Do you know who Richard Leboff is?

24:            A.  Yes, ma'am.

25:            Q.  What's his role?

**(continued page 00057)**

     0057

01:            A.  Electrical engineering.

02:            Q.  Okay.  And who is Greg Mueller?

03:            A.  He was a contact at Extron.  I don't know

04:       his specific role.

05:            Q.  Okay.  And who is Daphne Thomas?

06:            A.  She was a quality analyst at the time.  She

07:       no longer works with the company.

08:            Q.  Okay.  And he says, "Hi Michael.  I

09:       appreciate you sending us those failure reports on

10:       TEC3000's.  Have the people evaluating these been

11:       able to find a common mode of failure for the units

12:       that have the SN=0?"

13:            A.  What page are you on?  I'm sorry.

14:            Q.  Oh, I'm so sorry.  It's 20049, at the

15:       bottom of the page.

*Plaintiffs Objections 402 relevance; 403 waste of time :*

16:            A.  Oh, okay.  Sorry.

17:            Q.  Got it?

```
18:            A.  Yes, ma'am.

19:            Q.  Okay.  So I just read into the record those

20:      first two sentences.

21:            A.  Uh-huh.

22:            Q.  Give you a second.

23:            A.  Okay.

24:            Q.  Okay.  So do you know if anyone was, in

25:      fact, evaluating these TEC3000 failure reports?
```

**(continued page 00058)**

```
      0058

01:            A.  At Extron or at Chart?

02:            Q.  Either.

03:            A.  At Extron, I do not know, and because of

04:      that, Chart took the initiative to voluntarily do

05:      testing on our own.

06:            Q.  Okay.  And who was involved in that

07:      testing?

08:            A.  I did some testing, and then it got pushed

09:      on to an actual electrical engineer.

10:            Q.  What testing did you do?

11:            A.  So any kind of reported serial number

12:      equals zero or any kind of symptoms, we would ask

13:      for those controllers back.  I would then take a

14:      freezer that was in our lab at the time and put that

15:      controller on that freezer and see if I can't mimic

16:      what was in the field.

17:            Q.  Okay.  And were you able to do that?

18:            A.  On just a couple of them, yes, ma'am.

19:            Q.  Okay.  But on some of them you weren't able

20:      to reproduce the problem?

21:            A.  I was not.
```

**Plaintiffs Objections 602 speculation:**

22:          Q.  Okay.  For the ones that you were able to

23:     reproduce it on, I'm assuming that you -- well, were

24:     you doing this test in an area that had a high

25:     amount of electrical interference?

**(continued page 00059)**

0059

01:          A.  Could be, yes, ma'am.

02:          Q.  Yeah?  Okay.  Why would you do testing in

03:     an area with a high amount of electrical

04:     interference?

05:          A.  Well, then again, I'm just speculating, but

06:     there could be, because at the time, we're still

07:     trying to figure out what the true root cause was,

08:     and by the end of my stint there at Chart, we

09:     believed the electrical interference could be coming

10:     from the solenoid valves on the freezer, the feed

11:     valve that I was telling you about.

12:          Q.  Okay.  So tell me -- tell me a little bit

13:     more about that.  What led you to believe that the

14:     solenoid valve on the freezer was causing electrical

15:     interference?

16:          A.  To be honest with you, I do not know.  That

17:     wasn't my project.  So I was just -- word of mouth,

18:     that's what I was hearing.

19:          Q.  You heard that from somebody else.

20:          A.  Yes, ma'am.

21:          Q.  Okay.  Do you remember who told you -- who

22:     mentioned the solenoid valve issue to you?

23:          A.  It was the electrical engineering team,

24:     Richard Leboff.  And then I can't remember what this

25:     guy's role was.  He was an engineer, but Ben Carey.

**(continued page 00060)**

```
      0060
01:          Q.  Okay.  And when was that?

02:          A.  To be honest with you, I can't remember the

03:      true dates.

04:          Q.  Okay.  Was it toward the end of your time?

05:          A.  Yes, ma'am.

06:          Q.  So probably 2019?

07:          A.  20 -- end of 2018, 2019-ish, yeah.  Sorry.

08:          Q.  Okay.  Great.  Thank you.  No, that's

09:      helpful.  And so up to that point, you had been

10:      doing some testing on your own?

11:          A.  Yes, ma'am.

12:          Q.  Did you ever form any conclusions about

13:      this SN=0 issue?

14:          A.  No, ma'am.  No, ma'am.  That's why we push

15:      it on electrical engineers.

16:          Q.  Okay.  So if you skip down a little bit,

17:      Mr. Wade says, "The SN=0 is usually accompanied by

18:      settings going haywire, level reading zero and both

19:      temps reading -273 [Celsius]."

20:          A.  Uh-huh.

21:          Q.  "Even if the controllers are functional

22:      afterward customers are not comfortable keeping the

23:      controllers installed as they see it as a failure

24:      regardless."

25:          A.  Yes, ma'am.
```

**(continued page 00061)**

```
      0061
01:          Q.  So he's listed here a couple

02:      characteristics:  level reading zero, both temps
```

```
03:        -273, and the serial number reading zero, correct?

04:            A.  Yes, ma'am.

05:            Q.  Were all of those characteristics present

06:        every time you saw this issue or --

07:            A.  No.  I'm sorry.

08:            Q.  Go ahead.

09:            A.  No, ma'am.

10:            Q.  They were not?

11:            A.  No.

12:            Q.  Okay.  Anything consistent about this issue

13:        that you remember that was always present?

14:                MR. SMITH:  Vague.

15:            A.  It was really one or the other or it was

16:        both.  It really just varies, level zero and then

17:        the temps reading off.

18:        BY MS. COWAN:

19:            Q.  Okay.  But if you saw -- if Chart saw any

20:        of these characteristics, did they essentially lump

21:        these all together as being this electrical

22:        interference issue?

23:                MR. SMITH:  Calls or speculation.

24:            A.  Yes, ma'am.
```

**Page 00065**

*Defense Objections Objection -- Plaintiffs dismissed their failure to warn claim; criticism of failure to warn is unduly prejudicial, confusing and not relevant to any remaning claim; FRE 403:*

```
03:            Q.  Did anyone ever tell you to tell Chart's

04:        customers, the distributors, anything about this

05:        electrical interference issue?

06:            A.  No, because we still didn't know the true

07:        root cause to it, and we didn't want to make our

08:        customers alarmed because we don't have a true -- we

09:        didn't have a true fix for it at the time that I was
```

```
10:     working there.

11:         Q.  Okay.  And so were you instructed not to

12:     tell your distributors about it because of this

13:     concern?

14:             MR. SMITH:  Misstates evidence.

15:         A.  Directly, no.  We weren't never [sic] told,

16:     hey, you can't tell them this.  If they ask,

17:     absolutely, hey, we're working on this, yes.

18:             (Plaintiffs' Exhibit 125 marked.)

19:     BY MS. COWAN:

20:         Q.  Okay.  All right.  I'm going to mark as

21:     Exhibit 125 document starting with Chart Bates

22:     CHART67350.
```

**Page 00066**

*Defense Objections See Objection to Trial Exhibit 266 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

```
01:         Q.  Okay.  I would like to turn to the page

02:     ending in 67352.  So this is an email from Jayde

03:     Laundess of Chart Australia to an email address

04:     techservice.usa@chartindustries.com.

05:             Who answers that email?

06:         A.  At that time, it was just the three to five

07:     of us.

08:         Q.  Okay.  So let me make sure I understand

09:     this correctly.  It would go to this general email,

10:     and then one of the three of you who were field

11:     service engineers would take that particular ticket?

12:             Is that how it works?

13:         A.  Essentially, yes, ma'am.

14:         Q.  Yeah?

15:         A.  Uh-huh.

16:         Q.  Okay.  And do you -- did you answer this

17:     ticket?
```

18:          A.  I believe -- does it -- yes.

19:          Q.  Okay.  And do you recall this email

20:     exchange?

21:          A.  Just up and to looking at it right now,

22:     yeah.

23:          Q.  Okay.

24:          A.  That I can remember.

25:          Q.  And she states in this email, We've "been

**(continued page 00067)**

0067

01:     experiencing" -- "We have been experiencing a spate

02:     of TEC3000 controllers in Australia going into the

03:     error of not showing any level on the display."  And

04:     then she states a little bit further down, "The

05:     Thermofisher technicians are attempting power reset,

06:     and reboot of the controller which does nothing, but

07:     a full system reset does resolve the issue, but then

08:     wipes the stored information in the process.  I have

09:     tallied 7 controllers malfunctioning in this way in

10:     the last 3 months."  And then she asks, "Is this

11:     issue happening elsewhere and is there anything we

12:     can do about it?"

13:              So are you familiar with Ms. Laundess?

14:          A.  Yes.  She's a sale rep for Australia.

*Plaintiffs Objections 602 no personal knowledge :*

15:          Q.  Okay.  And have you -- on the next page you

16:     responded to these questions that she raised, and it

17:     looks like you apologized and then you offered some

18:     suggestions.

19:          A.  Uh-huh.

20:          Q.  Is that correct?

21:          A.  Yes, ma'am.

22:          Q.  And one of the things that you state

23:     specifically is "Level issues may also be caused by

```
24:     third party remote alarm system, or possible
25:     interference from radio waves/tower, or fluctuation
```

**(continued page 00068)**

```
0068
01:     in nearby power lines."
02:         A.  Uh-huh.
03:         Q.  What was your basis for saying that?
04:         A.  Just from the training that I received from
05:     my higher ups.
06:         Q.  Who did that training?
07:         A.  It was not necessarily an official
08:     training, but it was Brendon and Ramon just saying,
09:     hey, it could potentially be interference from the
10:     third-party alarm system or the interference
11:     elsewhere that was stated in the email.
```

**Page 00069**

```
11:         Q.  Okay.  You say, "If the voltage is good
12:     remove any third party remote alarm system..."
13:         A.  Uh-huh.
14:         Q.  So at this point in time, did you -- my
15:     understanding and your testimony has been that
16:     third-party remote alarm systems could cause this
17:     kind of interference; is that correct?
18:             Is that what you believed at the time?
19:         A.  Potentially, yes, ma'am, it could the
20:     interference.  In this instance, we asked to first
21:     verify that the voltage and the power supply was
22:     good, and then also remove the remote alarm system
23:     to see if maybe that was culprit.  And then if that
24:     didn't fix the issue, plug that back in, of course,
25:     and then perform a restore to defaults.
```

**Page 00070**

*Defense Objections Objection -- argument :*

21:          Q.  Got it.  So when she said in her prior

22:      email that you -- that she has "tallied 7

23:      controllers malfunctioning in this way in the last 3

24:      months," did that seem like high number?

25:              Did that seem like a high failure rate to

**(continued page 00071)**

    0071

01:      you?

02:              MR. SMITH:  Vague.

03:          A.  Yes.  But then again, a lot of folks, a lot

04:      of customers, they'll -- especially overseas like

05:      that, they will gather them up and stockpile, if you

06:      will, for months on end, and this could be one of

07:      those instances.

*Plaintiffs Objections 602 speculation :*

08:          Q.  Did she tell you --

09:          A.  So it wasn't --

10:          Q.  -- that that's what happened here?

11:          A.  No, ma'am, but that's usually our thought

12:      process.

13:          Q.  Based on?

14:          A.  Just normal clientele.  They usually do

15:      something like that to save money on shipping to

16:      ship back.

**Page 00071**

25:          Q.  I'm just trying to understand what you're

**(continued page 00072)**

    0072

01:      saying.

02:          A.  Yes, ma'am.  So a lot of times they have --

03:     a lot of customers, they have TEC3000s on hand, and

04:     they can swap out or they purchase a new one.   So

05:     these are -- these may have -- in this instance, I

06:     can't -- I'm just speculating maybe these are --

07:     maybe these are already replaced, and they -- here

08:     is seven that they need to go back.

09:          Q.   Okay.   So -- but you don't have any --

**Page 00072**

14:          Q.   Okay.   Did it concern you, when you

15:     received this email, to hear that seven -- she was

16:     reporting that seven malfunctioned in the last three

17:     months?

18:          A.   Not necessarily because a lot of times

19:     issues with TEC3s -- TEC3000s, excuse me, end up

20:     being end-user error.   So that's why I'm asking for

21:     a download.   Can I please see the download so I can

22:     then kind of look at the true data and see whether

23:     or not there actually is an issue with the

24:     controller or if it's just kind of end-user error.

25:          Q.   So you are not concerned about a TEC3000

**(continued page 00073)**

     0073

01:     malfunctioning if it's caused by end-user error?

02:          A.   We are, but it's -- we are, and we want to

03:     fix those issues and help end users, absolutely.

04:     But I was not necessarily in alarm, if you will, me,

05:     lack for a better term, wigging out, if you will,

06:     because those freezers can maintain LN2 and

07:     temperature for quite a while, for weeks on end.

*Defense Counters Congtingent on whether Trial Exhibit 266 is admitted.:*

08:          Q.   Okay.   So she did send you a download,

09:     correct, from at least one of the tanks?

```
10:          A.  I can't remember.  I'd have to read through
11:     the email.
12:          Okay.  Yes, ma'am.  From the email just
13:     above, it does appear that I did receive a download,
14:     yes, ma'am.
```

*Defense Objections See Objection to Trial Exhibit 266 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

```
15:          Q.  Okay.  And she goes on to say, "This is the
16:     exact problem that we have been seeing often here in
17:     Aus" -- which I'm assuming is short for Australia --
18:     "- always on controllers with [version] 2.03
19:     software.  Any ideas as to what could be causing it?
20:     She says, "This particular site has 6 times
21:     CS6000FA - and this is the third controller to do
22:     this 0 level reading in the past 12 months."
23:          What is CS6000FA?
24:          A.  A CryoSystem 6000 Full Auto.
25:          Q.  Okay.  It's a type of freezer?
```

**(continued page 00074)**

```
0074
01:          A.  Yes, ma'am.  Actually, this one is in an
02:     aluminum dewar, but it's large enough to essentially
03:     become a freezer.  You put a plumbing stack, build
04:     it into the vacuum space, and attach a TEC3000 to
05:     it.
06:          Q.  Okay.  And so it used the same controller
07:     as was used on Chart's stainless steel line?
08:          A.  Yes, ma'am.
09:          Q.  Okay.  And she says, "They also had a 1500
10:     series freezer with the same problem about a year
11:     ago.  The complaint from users is that the alarms
12:     generate call outs for staff afterhours who come in
13:     to see the 0 level reading, when actually the tank
14:     is fine."
```

15:       A.   Uh-huh.

16:       Q.   Is that complaint that there were alarms

17:   going off when alarms shouldn't have been going off,

18:   was that a -- something that you heard commonly with

19:   people experiencing this electrical interference

20:   issue?

21:           MR. TARANTINO:   Objection.   Vague.

22:       A.   Yes, ma'am, and the freezers were fine.

**Page 00074**

*Defense Counters Congtingent on whether Trial Exhibit 266 is admitted.:*

24:       Q.   All right.   The first page, we have your

25:   last email in this thread?

**(continued page 00075)**

0075

01:       A.   Yes, ma'am.

02:       Q.   And you say you "completely understand how

03:   this could be annoying to the customer."   I'd agree

04:   with you.   And you say, "I believe I have a hunch as

05:   to what could be causing this issue."   And then you

06:   ask her to do a couple of steps to find out if the

07:   serial number -- what the serial number is.

08:           Were you trying to get to whether or not it

09:   said serial number equals zero?   Is that what the

10:   purpose was here?

11:       A.   Essentially, yes, ma'am.

12:       Q.   Okay.   Why wouldn't you have suggested that

13:   at the beginning?   I'm just trying to understand

14:   your thinking here.

15:       A.   Really, I start with the simple stuff first

16:   and then work towards the hardest stuff to see if we

17:   can try to vet out, because I would hate to go down

18:   the wrong path and do all of this hard intricate

19:     work, and then it would be something simple.

20:          Q.  Okay.  All right.  And then you state a

21:     little bit lower in your email, "You and have

22:     been" -- which I assume you meant "you and I have

23:     been" -- "discussing this scenario multiple times

24:     now for different customers in Australia.  We have

25:     noticed if a company's facility is near older power

**(continued page 00076)**

     0076

01:     lines, that have a lot of power fluctuations, they

02:     cause some electrical interference with the

03:     TEC3000."

04:          So you are stating here that you have

05:     discussed this multiple times with her.  About how

06:     many times would you say you had discussed with

07:     Ms. Laundess this issue in Australia?

08:          A.  To be honest with you, that being a couple

09:     years ago, I can't remember.

**Page 00076**

17:          Q.  Okay.  And you say, "We have noticed if a

18:     company's facility is near older power lines, that

19:     have a lot of power fluctuations, they cause some

20:     electrical interference."

21:          What was your basis for saying that?

22:          A.  It was just really through the training

23:     that I received, and also just in a -- from a

24:     scientific standpoint makes sense.

*Plaintiffs Objections 602 speculation:*

25:          Q.  Did you ever confirm that the facilities

**(continued page 00077)**

     0077

01:     experiencing these things were actually near older

02:     power lines?

03:         A.  There were a couple of instances, yes.

04:         Q.  Okay.  What did you do to confirm that?

05:         A.  Well, really, just kind of looking outside,

06:     really, and seeing -- first of all, one was in New

07:     York, and that's older infrastructure.  And then

08:     there was another time that Brendon went to a

09:     customer site, and they were out in the -- not

10:     towards any kind of city or anything like that.

11:     Kind of out in an old town, if you will.  I forget

12:     where the location was at.  But you kind of noticed

13:     it was an older town, and came to the same

14:     conclusion.

15:             But there was still no substantial evidence

16:     that that was truly the root cause.  It was just an

17:     assumption of ours and thought maybe the ferrites

18:     would help.

19:         Q.  Okay.  But you didn't you didn't do any of

20:     this confirmation in Australia; is that correct?

21:         A.  No, ma'am.

22:         Q.  Okay.

23:         A.  I just asked the question.

24:         Q.  Did you ever see the problem in a facility

25:     that was not near older power lines?

**(continued page 00078)**

    0078

01:         A.  Not to my recollection, no, ma'am.

02:         Q.  And how did you confirm -- in the ones that

03:     were near power lines, how did you confirm that they

04:     were having power fluctuations?

05:         A.  It was all assumption based.  In reality,

06:     in New York, it was really the exposed wiring from

07:     the construction that was going on at the hospital

08:     that I belive -- and the helipad being right above.

09:         Q.  All right.  In this next section, you say

10:     that "We do not have definitive data to support

11:     this, but you could add a ferrite on the power

12:     supply cord" and couple other places.

13:             So this is essentially the ferrite fix that

14:     we discussed before; is that correct?

15:         A.  Yes, ma'am.

16:         Q.  Okay.  Why wasn't there any definitive data

17:     to support this as a fix?

18:         A.  Because any of our testing that we've done,

19:     it was really inconclusive.  We couldn't pinpoint

20:     the root cause.

21:         Q.  Okay.  So what you're saying is sometimes

22:     it didn't fix the problem; is that correct?

23:         A.  Yes, as you can see from New York, yeah, it

24:     did not fix the issue.

**Page 00079**

07:         Q.  Did you report this -- this issue in

08:     Australia to anybody -- anybody else at Chart?

09:         A.  Yes.  It would have been -- since it's from

10:     the tech service email, Brendon Wade was copied on

11:     it, and he is my upper management.

12:         Q.  Okay.  Was there any follow-up on this

13:     particular issue within Chart?

14:         A.  That, I can't remember.

15:         Q.  Okay.

**Page 00080**

*Defense Objections See Objection to Trial Exhibit 266 (Doc. 783-1);*

*inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

06:        Q.  I'm going to mark as Exhibit 126 the

07:    document starting CHART20474.

08:        A.  Thank you.

09:        Q.  Mr. Junnier, have you seen this document

10:    before?

11:        A.  I mean, I wrote it, so, yeah, but this is

12:    the first time I'm looking at it right now.

13:        Q.  Okay.  Did you review it yesterday?

14:        A.  Yes.  Yes, I did review it yesterday.

15:        Q.  Okay.  Thank you.

16:        A.  Yeah.

17:        Q.  On the second to last and last pages of

18:    this exhibit, there's an email from Tom Quirk, at

19:    Pacific Science, on April 6th, 2017.

20:            Do you know who Tom Quirk is?

21:        A.  He's a sales rep.

22:        Q.  In what area?

23:        A.  I do not know.

24:        Q.  Okay.  So he writes, "Our good customer

25:    Kite Pharma had an issue with their 819HEco unit

**(continued page 00081)**

    0081

01:    last week.  The controller was reading 0" of liquid

02:    when there was actual liquid in the freezer.  Both

03:    temperature probes were reading -273C.  Controller

04:    currently has version 2.03."

05:        A.  Uh-huh.

06:        Q.  So is this -- to your understanding, does

07:    this seem like the same issue that we have been

08:    discussing and sort of calling electrical

09:    interference?

*Defense Counters Contingent on whether Trial Exhibit 220 is admitted:*

10:            MR. SMITH:  Vague.

**Plaintiffs Objections 402 relevance; 403 waste of time:**

11:          A.  Do you mind if I read over it again just --

12:     BY MS. COWAN:

13:          Q.  Take your time.

14:          A.  Thank you.

15:              Okay.  Sorry about that.  What was your

16:     question again?

17:          Q.  Not a problem.

**Defense Objections See Objection to Trial Exhibit 266 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:**

18:              Does this -- from his initial email to you,

19:     does that seem like the problem that we've been

20:     discussing under the heading "electrical

21:     interference"?

22:              MR. SMITH:  Vague and misstates evidence.

23:          A.  Potentially, yes, ma'am.

24:     BY MS. COWAN:

25:          Q.  Okay.  And he mentions that this is

**(continued page 00082)**

        0082

01:     happening at Kite Pharma.  Do you know what Kite

02:     Pharma is?

03:          A.  Other than I know it's a customer of

04:     theirs.

05:          Q.  A customer.  Okay.  But you don't know what

06:     kind of business they do?

07:          A.  No, ma'am.

08:          Q.  Okay.  And he says that controller

09:     currently has version 2.03.  I assume that's the

10:     software?

11:          A.  Yes, ma'am.

12:          Q.  Okay.  Essentially like an operating

13:     system; is that correct?

14:          A.  Yes.  Yes, ma'am.

15:          Q.  Okay.  And I believe that the the --

16:      Ms. Laundess had also mentioned that in her email.

17:          Did you ever have any reason to suspect

18:      that the version of software was contributing to

19:      this issue?

20:          A.  No, ma'am.  We never came to a root cause

21:      that that was even an issue at all.

22:          Q.  Okay.  He goes on to say, "Ron Pittner went

23:      out and reset the controller to factory setting and

24:      calibrated.  Unit seems to be working fine now, but

25:      customer wants to know the root cause of this

**(continued page 00083)**

0083

01:      issue."

02:          Do you know -- do you know who Ron Pittner

03:      is?

04:          A.  Yeah.  He's a sales rep as well.

05:          Q.  Okay.  And he says, "They have valuable

06:      product that's irreplaceable.  They are launching a

07:      full scale investigation on what caused these

08:      issues.  This is not the first time we have seen

09:      these issues.  I would like to set up a conference

10:      call with you to discuss."

11:          Is this concerning to you?

12:          A.  Yes and no, because -- because, then again,

13:      if these samples were in the freezer, if there is

14:      LN2 in the freezer, that can last for a couple of

15:      weeks.

**Page 00091**

*Defense Objections See Objection to Trial Exhibit 225 (Doc. 783-1);*
*inadmissible other occurrence evidence not previously ruled on; not*
*substantially similar; FRE 403/802/803:*

12:          (Plaintiffs' Exhibit 127 marked.)

13:          MS. COWAN:  I'm going to mark as

14:      Exhibit 127 a document with a Bates CHART029279.

15:          A.  Thank you.

16:          Q.  Okay.  Let's start with the last email

17:     again.  And this is a message to you from Juan

18:     Arevalo --

19:          A.  Uh-huh.

20:          Q.  -- on May 3rd, 2017.  Who is Mr. Arevalo?

21:          A.  Juan is actually the guy -- it was the

22:     other guy in New York that I met with.

23:          Q.  So he's a distributor?

24:          A.  He is -- essentially he's me but for a

25:     different company.  He's a tech service guy as well,

**(continued page 00092)**

     0092

01:     and the field service guy, and fixes units.  He was

02:     not a sales rep.

03:          Q.  Okay.  What -- what -- what company did he

04:     work for?

05:          A.  Tech Air.

*Defense Counters Contingent on whether Trial Exhibit 225 is admitted:*

06:          Q.  Tech Air.  Okay.  And he says, "I just need

07:     to know what are the RF signal's ranges that can

08:     affect the operation of the TEC-3000."

09:          A.  Uh-huh.

10:          Q.  Did you -- do you understand the RF here to

11:     stand for radio frequency?

12:          A.  Yeah.

13:          Q.  Okay.

14:          A.  Yes, ma'am.

15:          Q.  And do you know the answer to this

16:     question?

17:          A.  No, ma'am.

18:          Q.  Okay.  And what is your understanding of

19:     what he's asking here?

20:          A.  Really not much.  That's why in the email

```
21:      above it says that's a great question, and I -- I
22:      don't know.
```

**Page 00093**

*Defense Counters Contingent on whether Trial Exhibit 225 is admitted:*

```
08:          Q.  Okay.  And you respond, "I do not know if
09:      we've done any testing as to how far the range is
10:      for this interference to affect the TEC 3000.  Since
11:      this is not a common issue for our TEC 3000 we have
12:      not dug too much into the research other than using
13:      ferrites to help prevent this issue."
14:          Is everything in that that I just read, is
15:      that accurate?
16:          A.  Yes, ma'am.  Yeah.
17:          Q.  Okay.  Would you agree this is not a common
18:      issue?
19:          A.  Correct, yes, ma'am.
```

**Page 00094**

*Defense Objections See Objection to Trial Exhibit 225 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

```
14:          Q.  You said, "Juan was asking how far of a
15:      range could this interference issue begin to affect
16:      the TEC 3000.  Have we done any kind of testing for
17:      this?  I wouldn't think so since this is not that
18:      crucial for us to figure out since we are launching
19:      the TS controller this year."
20:          Does TS stand for touch screen?
21:          A.  Yes, ma'am.
22:          Q.  Okay.  Can you explain to me why this is
23:      not crucial for Chart to figure out?
24:          A.  It was our thought process that this touch
25:      screen controller would be the end -- hopefully the
```

**(continued page 00095)**

0095

01:     end-all, be-all to fix these interference issues,

02:     but then again, that was speculation.  We were

03:     optimistically hoping for the best.

04:          Q.  Okay.  And when Chart released it's touch

05:     screen controller, did it send a new controller to

06:     everybody had who controllers in the field?

07:          A.  No, ma'am.

08:          Q.  Okay.

09:          A.  We did have --

10:          Q.  And --

11:          A.  Sorry.

12:          Q.  Sorry.  Did you have further --

13:          A.  I was just going to say we had upgrade kits

14:     available.  So, yes, they could do so.

15:          Q.  Okay.  But I didn't replace all the

16:     TEC3000s in the field.

17:          A.  No, ma'am.  That would have been a lot

18:     of -- a lot of freezers.

**Page 00096**

*Defense Objections Objection -- Plaintiffs dismissed their failure to
warn claim; criticism of failure to warn is unduly prejudicial,
confusing and not relevant to any remaning claim; FRE 403:*

03:          Q.  Okay.  And did Chart inform all of its

04:     customers, when it released the touch screen

05:     controller, that the new touch screen controller had

06:     resolved the electrical interference issue that they

07:     had -- that Chart had seen with the TEC3000s?

08:          MR. SMITH:  Compound.

09:          A.  No, ma'am.  Their -- we did send a bulletin

10:     out letting everyone know, hey, we have the new

11:     touch screen.  But, no, we did not put anything in

12:     there stating that this will fix it because we still

13:     didn't know.

14:          Q.  Okay.  What would you say is the life span

15:     of the TEC3000?

16:          A.  Then again, I couldn't even speculate.

17:     Sometimes it would be five, six, seven years, no

18:     issue.  Sometimes, if there was a legitimate issue,

19:     it could last 90 days.  It varies.

20:          Q.  A controller can last 90 days?

21:          A.  Well, if there's actually a malfunction

22:     with one, yes.  Like if ,from Extron, the supplier.

**Page 00097**

*Defense Objections Chart's objection to Trial Exhibit 206 was overruled by the Court (objection preserved):*

17:              MS. COWAN:  I'm going to mark as

18:     Exhibit 128 a document starting with the Bates

19:     CHART7923.

**Page 00098**

*Defense Objections Chart's objection to Trial Exhibit 206 was overruled by the Court (objection preserved):*

07:          Q.  Okay.  So this thread begins with

08:     Mr. Arevalo, who we already discussed --

09:          A.  Uh-huh.

10:          Q.  -- sending a log file to Katy Haley at --

11:     also at Tech Air, for Dr. Klebanoff.

12:              Do you -- are you familiar with Ms. Haley?

13:          A.  Yes, ma'am.  She's the sales rep, and Juan

14:     works with Katy.

15:          Q.  Okay.  And they sell Chart products?

16:          A.  Yes, ma'am.

17:          Q.  Okay.  And do you know who Dr. Klebanoff

18:     is?

19:          A.  No, ma'am.

20:          Q.  Okay.  From this do you -- from this entire

21:     email thread do you conclude that that's an end user

22:     of Chart product?

23:          A.  Yes, ma'am.

**Page 00099**

*Defense Objections Chart's objection to Trial Exhibit 206 was overruled by the Court (objection preserved):*

10:      Q.  Oh.  I will just read it.  "Hi Justin- I

11:      need a quick favor.  Wondering if you can evaluate

12:      the attached logs going back to mid-February.

13:      Customer claims there was a significant temperature

14:      spike at some point over the last two weeks, but

15:      Juan doesn't think there was any issue.  Can you

16:      review and report your findings in writing so we can

17:      present to the customer."

18:              What do you understand her to be asking you

19:      to do here?

20:          A.  To review an event log and then also to

21:      give my findings and -- and -- and have it in

22:      writing.

23:      Q.  Okay.  And what kind of findings?

24:          A.  If there was any kind of issue with the

25:      TEC3000 or the freezer itself.  Looking at the event

**(continued page 00100)**

     0100

01:      log.

02:          Q.  Okay.  And do you understand that there's

03:      some difference of opinion, perhaps, as to whether

04:      or not there was the temperature spike?

05:          A.  Yes, ma'am.

**Page 00100**

08:          A.  Yes, it -- Juan -- Juan believes that he

09:      doesn't think there was any issue while the doctor

10:      believes there could be.

11:      BY MS. COWAN:

12:          Q.  Okay.  You did, in fact, look at those

13:     logs, correct?

14:         A.  If it was attached, yes, ma'am.

15:         Q.  Okay.  And then you send an email to

16:     Mr. Gonzalez, saying, you know, "Thank you for

17:     forwarding this... It definitely appears the supply

18:     tank was empty, which cause the low level and the

19:     high temp issue."

20:             First of all, so your conclusion is that

21:     there actually was not sufficient LN2 in the tank;

22:     is that correct?

23:         A.  Sufficient LN2 in the supply tank.

*Plaintiffs Objections 602 speculation:*

24:         Q.  Right.

25:         A.  Which happens -- it's end-user error and

**(continued page 00101)**

    0101

01:     happens -- I mean -- well, the majority of the time

02:     that's what ended up happening.

**Page 00101**

*Defense Objections Chart's objection to Trial Exhibit 206 was overruled by the Court (objection preserved):*

10:         Q.  The next thing that you write is, "My

11:     concern is the drop below the glass transition

12:     phase, which could destroy the cell structure of

13:     their samples."

14:             Can you explain that sentence to me?

15:         A.  Yes, ma'am.  So if -- if you were to heat

16:     up samples, you know, kind of like if it's something

17:     in your freezer, for instance, and you take it out,

18:     and you thaw it out, and you freeze it again, it

19:     just kind of tastes funny, similar -- kind of

20:     similar concept to this, where if you heat up

21:     samples, you actually -- you could damage the DNA

22:     structure of whatever sample may be in the freezer.

23:     Q.  Okay.  And that's what you are concerned

24:     about here?

25:     A.  That's what I'm potentially concerned

**(continued page 00102)**

0102

01:     about, but it's all assumption.

02:     Q.  Okay.  And that's because there was -- I'm

03:     just -- I'm assuming from your sentence here that

04:     you saw a drop below the glass transition phase.

05:     A.  Yes, ma'am, which is minus 135C, if I

06:     remember correctly.

07:     Q.  Okay.  So if I'm understanding correctly,

08:     from this it appears that you saw temperatures that

09:     were warmer than that.

10:     A.  Yes, ma'am.

11:     Q.  Okay.  And you are asking whether you

12:     should bring that up.  Why did you ask Mr. Gonzalez

13:     if you should bring that up?

14:     A.  Because, then again, I'm just assuming.

15:     Q.  Let me -- let me make the question a little

16:     better.

17:     A.  Thank you.

18:     Q.  So you say, "Do I even attempt to bring

19:     that up or should we let the customer make that

20:     assumption?  I definitely do not want to open up a

21:     can of worms on this one and wanted to see what your

22:     thoughts are."

23:     A.  Uh-huh.

24:     Q.  What's the can of worms that you are

25:     referring to there?

**(continued page 00103)**

0103

01:         A.   Just I don't want the customer freaking

02:    out, essentially, if it's not really a concern.

03:         Q.   Okay.

04:         A.   Because, then again, I'm not a

05:    microbiologist, and this is just my assumption,

06:    thinking that there was -- there could be an issue

07:    because of the glass transition phase.

08:         Q.   Okay.  And Mr. Gonzalez replies and says,

09:    "Please do not mention temp dropped below glass

10:    transition or that samples may have been

11:    compromised."

12:         Did you, in fact, mention that to either

13:    the people at Tech Air or the end user?

14:         A.   If it's not in this email, no, ma'am.

*Defense Counters Contingent on whether Trial Exhibit 225 is admitted:*

15:         Q.   Okay.  I would like to look at the logs

16:    that were attached to this thread.

17:         A.   Okay.

18:         Q.   And I'm -- it's an extensive document.

19:         A.   Oh, yeah.

20:         Q.   So I only have -- I've only printed the

21:    first 15 pages.  Okay?  Because that's just the time

22:    period that I'm interested in.

23:         (Plaintiffs' Exhibit 129 marked.)

24:         MS. COWAN:  And I'm going to mark that as

25:    Plaintiffs' Exhibit 129.  The Bates is CHART10477.

**(continued page 00104)**

   0104

01:         Q.   Okay.  Do you recognize this document?

02:         A.   Yes.  Yes, this is an event log.

03:         Q.   And is this, in fact, the log file for that

04:    controller?

05:         A.   Yes, ma'am.

06:        Q.  To the best of your knowledge?  Okay.

07:             And so this Chart that starts on the second

08:     page, what does this show?

09:        A.  It shows the data entries that are stored

10:     into the TEC3000.

11:        Q.  Sorry.  I mean the chart on the second

12:     page.

13:        A.  Oh, my bad.  This is showing a comparison

14:     between temperature probes A and B versus the liquid

15:     level.

16:        Q.  Okay.  And let's now get to the third page

17:     that you were looking at.  What does this table

18:     show?

19:        A.  As mentioned a second ago, that was --

20:     those are the actual data entry points that are

21:     saved into the TEC3000.

22:        Q.  Okay.  And this is -- there are readings

23:     taken at a number of different times, correct?

24:        A.  Yes, ma'am.

25:        Q.  And those readings are Temp A and Temp B,

**(continued page 00105)**

0105

01:     and liquid nitrogen level, and usage, correct?

02:        A.  Yes, ma'am.

03:        Q.  Okay.  What's the difference between Temp A

04:     and Temp B?

05:        A.  Temp A and Temp B, so there's two probes,

06:     and you can have -- usually we recommend to have one

07:     at the top box, which is right at the very top of

08:     the freezer, and one down below -- or in the actual

09:     LN2 itself.

```
10:          Q.  Okay.  So am I right that the reason to

11:      take different readings is that there might be

12:      slightly different temperatures within the tank

13:      itself?

14:          A.  Yes, ma'am.  Of course, heat rises, so you

15:      will have temperature differences at the top.

16:          Q.  Okay.  And am I correct in reading this

17:      that this is essentially a reverse chronological, so

18:      the -- the most recent is at the top and then it

19:      gets -- and then it goes down?

20:          A.  Yes, ma'am.

21:          Q.  Okay.  And --

22:              MR. SMITH:  I'll just note for the

23:      record -- I'm not sure if it makes any difference --

24:      but the event code --

25:              MS. COWAN:  Yeah, it should be lined up.
```

**(continued page 00106)**

```
      0106

01:              THE WITNESS:  Yeah, this is --

02:              MS. COWAN:  I'm not -- so this is a

03:      printout of a -- of an Excel.

04:              THE WITNESS:  Yeah.

05:              MS. COWAN:  I'm not going to ask any

06:      questions about the event code, so it doesn't really

07:      matter.

08:              THE WITNESS:  Okay.

09:      BY MS. COWAN:

10:          Q.  So I would like to look at two different

11:      sections of this.

12:              MR. SMITH:  It may matter to him.  I don't

13:      know if --
```

14:                MS. COWAN:   Oh, yeah, it may --

15:                THE WITNESS:  Yeah, that's my concern.

16:     BY MS. COWAN:

17:          Q.  I understand.  Sorry about that.

18:              The first one that I want to look at starts

19:     around Record 180.  And I'm looking at the period

20:     between 180 and 149-ish.

21:          A.  Okay.

22:          Q.  Okay.  And if you look at the -- the

23:     entries, I'm looking at the LN2 level, and it looks

24:     like it declined over, you know, a couple -- over a

25:     day and a half or so here, and then it was zero for

**(continued page 00107)**

          0107

01:     the end of February 16th and most of February 17th.

02:              Is that correct?  Am I reading this

03:     properly?

04:          A.  Yes, ma'am, that's what this seems.  But I

05:     really need to see the actual event codes to be the

06:     true storyteller.

07:          Q.  Okay.  So the event codes are on the next

08:     page.

09:          A.  In front or behind it?

10:          Q.  Behind it.

11:          A.  Okay.  Thank you.  Okay.

12:          Q.  So if you look at those, it's starting five

13:     up from the bottom up to, it looks to me, roughly

14:     where the event codes stop for a little while.

15:          A.  Okay.

16:          Q.  Does that help you determine what was going

17:     on with the liquid nitrogen level during this time

18:    period?

19:         A.  A little bit, yes, ma'am.  So I'm -- I'm

20:    looking back at the current settings of this freezer

21:    up here, and I'm trying to look at the high level

22:    alarm, high level set point, low level set point,

23:    low level alarm.  Five inches.  Let's go back to

24:    180.

25:         Q.  Is LL the event code for low level?

**(continued page 00108)**

　　0108

01:         A.  Yes, ma'am.

02:         Q.  Okay.  And what is FT?  What does that

03:    event code stand for?

04:         A.  Fill time.  So that means that the freezer

05:    is calling for a fill, but it's actually timed out

06:    because there's not a sufficient amount of LN2 going

07:    to the freezer.

08:         Q.  Okay.  So that problem, it looks like, was

09:    starting earlier.

10:         A.  Yes, ma'am.  I was actually looking back,

11:    and it started -- it actually tried to fill because

12:    it reached its low level set point.  And when it --

13:    and it hits fill time, there could be a couple of

14:    things that could be causing that, but the

15:    majority -- 99 percent of time it's because the LN2

16:    supply tank is empty.

17:         Q.  Okay.  All right.  So from this section

18:    from 180 to 149, is it your understanding, based on

19:    the event codes and the readout here, that the LN2

20:    level dropped to zero at some point?

21:         A.  Yes, ma'am.

22:       Q.  It decreased and then it dropped to zero?

23:       A.  Uh-huh.

24:       Q.  Okay.  And looking at this, looking at the

25:  log, did that have an effect on the temperature

**(continued page 00109)**

0109

01:  within the tank?

02:       A.  Yes, it eventually did.

03:       Q.  Okay.  Can you say a little bit more about

04:  that?

05:       A.  Yes.  So see here, so it's calling for a

06:  fill, calling for a fill, calling for a fill.  It's

07:  slowly depleting it's LN2 level.  And then about

08:  152, you see a top box temperature decrease, about

09:  7 degrees.

10:       Q.  Okay.

11:       A.  And then it drops another 10 degrees, and

12:  then continues to drop because there's nothing in

13:  the tank.

14:       Q.  Okay.  And so you were -- where do you see

15:  that it first starts calling for a fill and not

16:  having everything it needs?

17:       A.  So if you go to the next page, so starting

18:  on Record 185.

19:       Q.  Okay.

20:       A.  So one -- what number is that?  So if you

21:  go to the actual codes, one, two, three, four --

22:  fourth line down, one, two, three, four, so 188,

23:  when it hits its LN2 level of five inches, and

24:  that's what the end user had it set at, is when it

25:  hits that low level set point, it calls for a fill.

**(continued page 00110)**

0110

01:          Q.  Uh-huh.

02:          A.  And so when you look at the event code, the

03:     freezer acknowledges the fill, and then over time it

04:     went into a fill time alarm because there's no LN2

05:     in the supply tank.

06:          Q.  Okay.  So that was February 13th, when it

07:     started calling for --

08:          A.  Yes, ma'am.

09:          Q.  Okay.  And by a few days later, on the

10:     17th, the temperature in the tank is affected; is

11:     that correct?

12:          A.  Yes, ma'am.

13:          Q.  Okay.  And, in fact, it looks like it may

14:     have reached that last transition phase that you

15:     were talking about; is that correct?

16:          A.  Yeah, it almost did, yeah.

17:          Q.  Yeah.

18:             MR. SMITH:  Misstates testimony.

19:             MS. COWAN:  Okay.

20:             MR. SMITH:  Misstates evidence.

21:     BY MS. COWAN:

22:          Q.  All right.  So the next one I want to look

23:     at is Record 108.

24:          A.  108.  Okay.

25:          Q.  Okay.  So I want to look at the same --

**(continued page 00111)**

0111

01:     sort of want to go through the same exercise.  To me

02:     it looks like the LN2 level here is dropping from

03:     about 108, which is the afternoon of February 21st,

04:     and then it starts to drop through until on the

05:     24th; it hits zero again.

06:             Is that -- am I understanding that

07:     correctly?

08:         A.  You said on the 24th?

09:         Q.  Sorry.  It's Record 67.

10:         A.  67.  Yes, ma'am.

11:         Q.  Okay.  And same thing here.  Once the tank

12:     reaches, you know, no liquid nitrogen, the

13:     temperature in the tank started to rise; is that

14:     correct?

15:         A.  Yes, ma'am.  But if you look at the event

16:     code again, I see it tried to call for a fill when

17:     it hit its low level set point.  And looking at this

18:     event code, the fill time alarm was going off the

19:     entire time.  So when this happens, it's usually the

20:     supply tank is empty, and the end user didn't have

21:     their supply tank filled.

22:         Q.  Okay.  So there's an alarm going off this

23:     whole time.

24:         A.  Yes, ma'am.

25:         Q.  Unless the alarm is muted.

**(continued page 00112)**

        0112

01:         A.  Correct.  And it looks like they appear to

02:     have muted it a couple of times.

03:         Q.  Okay.

04:         A.  To ignore it.

05:         Q.  Okay.  And so you saw this.  You saw that

06:     that -- is that what you would have concluded when

```
07:        you looked at this?

08:              A.  Yes, ma'am.

09:              Q.  Okay.  And it looks like by the 25th, so

10:        the day after the liquid nitrogen ran out, we have

11:        temperatures that are lower than negative 135,

12:        correct?

13:              A.  Yes, ma'am, that Record 58.

14:              Q.  All right.  And, in fact, the temperature

15:        continues to increase.

16:              A.  Yes, ma'am.

17:              Q.  All right.  And from my reading of this,

18:        the highest temperature that we see is negative 60.1

19:        at Record 31.

20:                  Is that -- I'm not going to ask you if

21:        that's the highest, but --

22:              A.  I do see that, yes, ma'am.

23:              Q.  Yeah?  Okay.  And is it fair to say that

24:        negative 60 degrees, as well, well below -- sorry --

25:        well above glass transition phase, from your
```

**(continued page 00113)**

```
     0113

01:        understanding?

02:              A.  Uh-huh.
```

**Page 00113**

*Defense Objections See Objection to Trial Exhibit 263 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

```
09:              MS. COWAN:  All right.  I'm going to mark

10:        as Exhibit -- we're done with that one.  I'm going

11:        to mark as Exhibit 130 a document with the Bates

12:        CHART62204.
```

**Page 00113**

*Defense Counters Contingent on whether Trial Exhibit 263 is admitted:*

19:            MR. SMITH:  Take a look at it and see if

20:      you recognize it.

21:          A.  Yeah, if I can read through it.  I mean, I

22:      do see my name.

23:      BY MS. COWAN:

24:          Q.  Take your time.

25:          A.  Thank you.

**(continued page 00114)**

    0114

01:               (The witness reviews the document.)

02:          Q.  I'm only going to ask you about the final

03:      four pages of this exhibit.  Of course you can read

04:      whatever you want.

05:          A.  Okay.  Thank you.

*Defense Objections See Objection to Trial Exhibit 263 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

06:          Q.  Sure.  So I want to start with the last

07:      email.  And this is an email from Matt Kronenberger

08:      to Kelly Grimmett and Rod Harnden.

09:               Do you know who Matt Kronenberger is?

10:          A.  Yes and -- yes, I do.  Not much about him,

11:      though.

12:          Q.  What's his role?

13:          A.  I believe he's a sales rep for SRS.

14:          Q.  Okay.  And what's SRS?

15:          A.  It's another one of our distributors that

16:      we sell to.

*Defense Counters Contingent on whether Trial Exhibit 263 is admitted:*

17:          Q.  Okay.  And who -- who is Kelly Grimmett, if

18:      you know?

19:          A.  Really don't know her.

20:          Q.  And Rod Harnden?

21:          A.  Name sounds familiar, but like -- just like

22:      Matt, I may have worked with him in the past a

23:      number of times, yeah.

24:          Q.  Okay.  But he's at this distributor?

25:          A.  Yes, ma'am.

**(continued page 00115)**

0115

01:          Q.  Okay.  And in the email from

02:     Mr. Kronenberger, he is reporting an issue with two

03:     freezers, correct?

04:          A.  Yes, ma'am.

05:          Q.  All right.  He says that they were leaking

06:     and would create a giant pool of water on the floor

07:     directly beneath them, and also that they would use

08:     more LN2 than other freezers, and their temps were

09:     erratic, correct?

10:          A.  Yes, that's what -- yep, that's what's

11:     written.

12:          Q.  Okay.  And it sounds like they shut them

13:     down, cleaned it all up, turned them back on, and

14:     again they started -- pools of water started to form

15:     underneath them again, correct?

16:          A.  Yep.

17:          Q.  And then he noticed that once the LN2 got

18:     to about three inches on the display, "the bottom of

19:     freezers were sweating like crazy and very cold to

20:     touch."  So he says that "This, and the other

21:     symptoms described by the users, lead me to believe

22:     that they lost vacuum in the jacket."

23:              Can you explain that to me, what -- your

24:     understanding of that sentence?

25:          A.  Yes, ma'am.  So there's a vacuum-insulated

**(continued page 00116)**

0116

```
01:      space in between the inner vessel and the outer
02:      vessel.  That helps prevent the law of thorough
03:      dynamics.  Essentially, radiation from the ambient
04:      air that we are in, it actually heats the inner of
05:      that tank.  Does that explain...
06:          Q.  Sure.  And is your understanding here
07:      essentially that the tanks lost vacuum?
08:          A.  Essentially, yes, ma'am, is why we jumped
09:      on it.
10:          Q.  And you said you jumped on it.  What does
11:      that mean?
12:          A.  That we set up the replacement.
13:          Q.  Okay.  And he says that these symptoms led
14:      him to believe that this vacuum had failed.
15:              Do these symptoms also indicate to you that
16:      the vacuum had failed?
17:          A.  Yes, ma'am.
18:          Q.  Okay.  So as we discussed before, a pool of
19:      water or a sweating tank may be -- may be an example
20:      of a symptom or process?
21:          A.  It could be.  But there are times, like I
22:      was stating earlier, that the humidity in the air
23:      could cause the -- the LN2 venting out the tank to
24:      evaporate on the tank -- or, excuse me, condensate
25:      onto the tank.  And you will see some sweating
```

**(continued page 00117)**

```
0117
01:      around the neck.  That's not necessarily a vacuum
02:      failure; it's just the environment.  But, yes,
03:      around -- around the bottom of the tank, icing
04:      building up, yes, that --
```

**Page 00117**

*Defense Objections See Objection to Trial Exhibit 263 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

07:      Q.  Okay.  All right.  And then this email

08:   is -- Mr. Harnden sends a -- this thread to Bruce

09:   Edel, Ramon Gonzalez, Kelly Grimmett, and Tony

10:   Gandy.  And he has -- the first is "Two consecutive

11:   HECO units experience VACUUM FAILURE in San Antonio!

12:   And it's bolded and highlighted.

13:        So would you agree that this was a pretty

14:   significant issue?

15:      A.  Yes, ma'am.

16:      Q.  And he states that these units are used for

17:   bone marrow transplant.  "This is very serious and

18:   we don't want this to get around.....  I really want

19:   to know what happened when MVE gets these back for

20:   evaluation."

21:        Do you have any understanding of what he

22:   meant by saying "We don't want this to get around"?

23:      A.  No, ma'am.

24:      Q.  Okay.  What is your understanding of that?

25:      A.  To be honest with you, I don't know, since

**(continued page 00118)**

     0118

01:   I wasn't copied on this at the time.  It would be

02:   just an assumption that I guess they don't want

03:   customers getting worried, I guess, is my

04:   assumption.

*Defense Counters Contingent on whether Trial Exhibit 263 is admitted:*

05:      Q.  Okay.  But I'm gathering from his email

06:   that there was a desire to have these tanks

07:   inspected and evaluated; is that correct?

08:      A.  Yes, from this email, yes.

09:      Q.  Okay.  And it looks like from the next

10:   email in this thread that you were involved in that;

11:     is that correct?

12:          A.   Yeah.  I got involved to replace those

13:     freezers, yes.

14:          Q.  Okay.  Were you involved in the

15:     investigation as to what went wrong?

16:          A.  No, ma'am.

17:          Q.  Okay.  Did you hear from anyone involved in

18:     that investigation?

19:          A.  No, ma'am.

**Page 00130**

*Plaintiffs Objections 602 speculation :*
*Defense Counters Contingent on whether 133:13-133:23 is admitted:*

01:          Q.  How would the event log indicate if it was

02:     end-user error?

03:              MR. SMITH:  Calls for speculation.

04:     Incomplete hypothetical.

05:          A.  For instance, the events that we were just

06:     looking at previously, at the time it called for a

07:     fill.  It hit its low level set point.  The freezer

08:     called for a fill, and then it went into fill timing

09:     alarms and never filled because there's no supply to

10:     go into the freezer.  That would be an instance that

11:     would allude me to believe that there was no LN2 in

12:     the supply tank.

**Page 00132**

*Plaintiffs Objections 602 no personal knowledge; 701 improper opinion*
*by a lay witness :*

22:          Q.  Is it end-user error to mute the alarm if

23:     the liquid nitrogen level actually is fine, in your

24:     opinion?

25:              MR. SMITH:  Incomplete hypothetical.

**(continued page 00133)**

     0133

01:          A.  I mean, in my thought, yes, because they

02:     should treat every alarm as a concern, and they need

03:     to check the LN2 level.  If they're just

04:     continuously hitting alarm mute, then that's --

05:     that's...

06:     BY MS. COWAN:

07:        Q.  Right.  No, I'm asking you if they did, in

08:     fact, check the level.

09:        A.  Oh, I have no idea.

**Page 00133**

*Defense Objections Objection -- lacks context; confusing; incomplete hypothetical; FRE 403; this question is imbedded with several pages of testimony about an email related to the events at PFC:*

13:        Q.  If the controller goes off and it's

14:     alarming, and the tech checks the level, and the

15:     level is fine, would you consider it to be end-user

16:     error to then mute the alarm?

17:        A.  No, I don't --

18:           MR. SMITH:  Incomplete hypothetical.

19:           MR. TARANTINO:  Join.

20:     BY MS. COWAN:

21:        Q.  Go ahead, you can answer.

22:        A.  I don't consider that being end-user error

23:     at that point.