# EXHIBIT F

# Mueller, Gregory

Volume 1 – 08/21/2019

## Summary Proceeding with Highlighted Clips
## Printed 05/23/2021 09:00AM CDT

## CONFIDENTIAL

| | | |
|---|---|---|
| **P counter-counters** (Runtime - 00h:02m:58s) | **Plaintiffs Designation** (Runtime - 00h:04m:08s) | **Plaintiffs Objections** (Runtime - 00h:06m:54s) |
| **Defense Counters** (Runtime - 00h:26m:01s) | **Defense Objections** (Runtime - 00h:00m:48s) | |

Mueller, Gregory  - Volume 1 - 08/21/2019

**Page 00008**

| | |
|---|---|
| 02: | THE VIDEOGRAPHER:  We're on the |
| 03: | record.  Today's date is August 21st, 2019. |
| 04: | The time is now 1:46 p.m. |
| 05: | This is the deposition of Greg |
| 06: | Mueller in regards to the Pacific Fertility |
| 07: | Center Litigation.  We are located at |
| 08: | 1330 Jersey Avenue South, Minneapolis, |
| 09: | Minnesota. |

*Plaintiffs Objections 402 relevance; 403 waste of time:*

| | |
|---|---|
| 10: | The videographer's name is |
| 11: | David Jenkins appearing on behalf of |
| 12: | Depo International.  The court reporter's |
| 13: | name is Amy Larson, also appearing on behalf |
| 14: | of Depo International. |
| 15: | Will counsel please introduce |
| 16: | themselves and their affiliations, including |
| 17: | those on the phone. |

**Page 00010**

*Plaintiffs Objections 402 relevance; 403 waste of time:*

| | |
|---|---|
| 05: | Q.  And so just a couple of quick things to |
| 06: | start, Mr. Mueller.  The first is, can I -- |
| 07: | well, have you had a deposition taken before? |
| 08: | A.  No. |
| 09: | Q.  Okay.  This is your first deposition |
| 10: | experience? |
| 11: | A.  Yes. |

**Page 00011**

| | |
|---|---|
| 13: | Do you understand that you are here |
| 14: | today speaking on behalf of Extron, not |
| 15: | necessarily yourself? |
| 16: | A.  Yes. |

```
17:        Q.  Okay.  Do you currently work at Extron?

18:        A.  Yes.

19:        Q.  Okay.  What is your position there?

20:        A.  I am a design engineer.

21:        Q.  Okay.  How long have you worked at Extron?

22:        A.  I've worked at Extron since 2007.

23:        Q.  Okay.  And have you been a design -- design

24:            engineer at Extron since then?

25:        A.  No.
```

**(continued page 00012)**

```
0012

01:        Q.  Where -- what did you start doing at Extron?

02:        A.  I started as a part-time intern helping in

03:            the engineering department.

04:        Q.  Okay.

05:        A.  And then, I suppose, my position is more

06:            described as an engineering technician,

07:            before eventually becoming more peer

08:            engineer.

09:        Q.  Great.  When did you assume the role of

10:            design engineer?

11:        A.  That's the title more recently, I'd say, in

12:            the last year they've been referring to me

13:            as.  Before that, my business card said

14:            electronics engineer and that was probably --

15:            started around, I'd say, 2012.

16:        Q.  Okay.  Very good.
```

*Plaintiffs Objections 402 relevance; 403 waste of time:*

```
17:                        And working as an engineer at

18:            Extron, have you done that in a particular

19:            division or is that sort of more generally?

20:        A.  I don't understand.
```

21:     Q.  Sure.  Let me -- let me ask it differently.

22:             Are there different divisions that

23:         engineers are in at Extron?  For instance,

24:         you work on a certain product line and

25:         somebody else works -- and a different

**(continued page 00013)**

0013

01:         engineer works on a different product line?

02:     A.  It works out that way, that different

03:         engineers work on different product lines,

04:         but there's nothing official, and we at times

05:         cross and work on other projects that we

06:         don't normally work on.

07:     Q.  Okay.  From your time at Extron, what product

08:         lines have you worked on?

09:     A.  I've worked on a whole lot, so product lines

10:         for customers like Chart, Schneider.  I've

11:         worked with our -- sort of our Legacy

12:         products we've referred to, which are our

13:         line of DC motor drives, and there's

14:         certainly been other custom products for

15:         other customers.  I don't know that I can

16:         recall every single one off the top of my

17:         head.

18:     Q.  That's fine.

19:             Was this a particular product or

20:         products you worked on for Chart?

21:     A.  For Chart, I worked on their TEC 3000 units,

22:         TEC 2000C, Vario PRO, and most recently the

23:         MVE TS.

**Page 00016**

23:          Q.   Okay.  Chart still makes the TEC 3000 -- or

24:               excuse me, Extron still makes the Chart --

25:               TEC 3000, right?

**(continued page 00017)**

0017

01:          A.   Yes.

02:          Q.   Okay.  The -- do you know how many TEC 3000s

03:               Extron has made?

04:          A.   I don't know specifically.  I believe I've

05:               heard around 20,000.

06:          Q.   Okay.  And what I'm trying to get at is, do

07:               you know if that number is all four of these

08:               models of controller or is that just the

09:               TEC 3000?

10:          A.   I don't know.  The context I heard led me to

11:               believe it was just the TEC 3000.

12:          Q.   Okay.  Fair enough.

*Plaintiffs Objections 402 relevance; 403 waste of time:*

13:               We're going to talk primarily here

14:               about the design of the TEC 3000, both sort

15:               of, like, the process for the design and also

16:               the design itself, as well as any issues and

17:               potential fixes that have arisen with it,

18:               okay?

19:          A.   Okay.

20:          Q.   Did the TEC 3000 have a predecessor model?

21:          A.   Yes.  Not designed by Extron.  There's a

22:               previous TEC 2000 unit.  It was -- that the

23:               design was based on.

24:          Q.   Okay.  Do you know, is the -- does the

25:               TEC 3000 differ in design in any way from the

**(continued page 00018)**

0018

```
01:                    TEC 2000?

02:              A.  The main differences I know of is TEC 3000

03:                  has a four-line LCD display; the TEC 2000 had

04:                  a two-line LCD display.

05:                       I believe the connections were

06:                  configured in a different manner, but mostly

07:                  had the same functionality.

08:                       And I believe the TEC 3000 had more

09:                  memory for storing events.
```

**Page 00019**

```
09:              Q.  Okay.  Is there a user manual specifically

10:                  for the TEC 3000?

11:              A.  Yes.

12:              Q.  Okay.  Did -- who drafted that user manual?

13:              A.  I know the user manual is kept and updated by

14:                  Chart.  I'm not sure on the original origins

15:                  of it.

16:              Q.  Okay.  Let me -- let me just ask a couple of

17:                  clarifying questions to see if --
```

**Page 00020**

```
02:              Q.  So the user manual for the TEC 3000, is that

03:                  a standalone user manual just for the

04:                  TEC 3000 or is it embedded in a broader user

05:                  manual?

06:              A.  It was just a standalone for the TEC 3000.
```

*Plaintiffs Objections 602 speculation:*

```
07:              Q.  Okay.  Do you know if Extron had any say

08:                  in -- strike that.

09:                       Do you know if Extron played any

10:                  role in the drafting of that user manual?
```

```
11:              A.  I know they provided information that was
12:                  used in the manual.  I'm not sure if any
13:                  Extron employees worked on the document.
14:              Q.  How do you know that Extron provided details
15:                  for that manual?
16:              A.  I guess that's a bit of an assumption based
17:                  on the type of data would have come from us.
18:              Q.  Okay.
19:              A.  That Chart wouldn't have known without
20:                  Extron's input.
```

**Plaintiffs Objections 402 relevance; 403 waste of time:**

```
21:              Q.  Okay.  And so it's probably a fair point to
22:                  pause for a second and just say if you're
23:                  assuming something, which I totally get, just
24:                  let us know that as opposed to information
25:                  that you know for sure.
```

**(continued page 00021)**

```
     0021
01:                           Does that make sense?
02:              A.  Yes.
```

**Plaintiffs Objections 602 speculation; 402 relevance:**

```
03:              Q.  Okay.  And so what type of information is in
04:                  the TEC 3000 user manual that you assume came
05:                  from Extron?
06:              A.  Let's see, so there's descriptions of how
07:                  to -- or of the communications protocol, for
08:                  example, that would have been very precise on
09:                  various commands that could be sent to or
10:                  from the unit.  So Extron would have provided
11:                  those specifics to make sure the commands
12:                  were relayed correctly.
13:              Q.  And if it was doing -- if Extron was doing
14:                  that for a user manual, do you know if sort
```

Mueller, Gregory - Volume 1 - 08/21/2019

15:          of the questions for the type of information

16:          needed in that user manual would have come

17:          from Chart or would have Extron just provided

18:          that affirmatively?

19:     A.   I don't know.

**Page 00021**

21:               I want to talk about -- do you know

22:          what an FMEA is?

23:     A.   Yes.

24:     Q.   Okay.  What is it?

25:     A.   I believe it stands for failure mode effects

**(continued page 00022)**

    0022

01:          analysis.

02:     Q.   Okay.  Was an FMEA performed on the TEC 3000?

03:     A.   Yes.

04:     Q.   Who performed it?

05:     A.   It was performed by Extron, including myself

06:          and my boss at the time, Carson Ripple, along

07:          with several Chart employees.

08:     Q.   Where did it occur?

09:     A.   It occurred at Chart's facility in Ball

10:          Ground, Georgia.

11:     Q.   When did it occur?

12:     A.   I believe it was in 2011.

13:     Q.   Okay.  Why was an FMEA for the TEC 3000

14:          performed in 2011?

15:     A.   I don't know.

16:     Q.   Do you know if that would have been something

17:          that Chart requested was done or that Extron

18:          wanted to do?

19:     A.   My assumption would be that Chart requested

```
20:              it, as we typically wouldn't just do that

21:              type of work without the customer's input or

22:              request.

23:        Q.   Okay.  And was -- do you know what a DFMECA

24:              is?

25:        A.   DFMCA --
```

**(continued page 00023)**

```
      0023
01:        Q.   MECA.

02:        A.   MECA?  No, not exactly.

03:        Q.   Okay.  Do you know what a DFMA is -- DFMEA

04:              is?

05:        A.   Yes.

06:        Q.   What is that?

07:        A.   Design mode failure effects analysis, I

08:              believe is what it stands for.

09:        Q.   Was a DFMEA ever conducted for the TEC 3000?

10:        A.   Yes.  Now I'm thinking I might have been

11:              confusing FMEA and DFMEA because I believe we

12:              called our process an DFMEA and not just an

13:              FMEA.

14:        Q.   Okay.  Just so the record is clear on this,

15:              when you were talking about an FMEA occurring

16:              in -- I think you said 2011, you meant a

17:              DFMEA?

18:        A.   Yes.

19:        Q.   Okay.  Why -- why was an FMEA or a DFMEA not

20:              performed on a TEC 3000 before it went out

21:              into the field?

22:        A.   I don't know.

23:        Q.   Is that kind of -- have -- have you performed
```

```
24:              FMEAs or DFMEAs on products before they're

25:              put out into the field?
```

**(continued page 00024)**

```
     0024

01:         A.  No.

02:         Q.  Okay.  When you perform FMEAs or DFMEAs, is

03:              that an -- at Extron, is that done pursuant

04:              to a request from your customer or because

05:              Extron wants to do it?

06:         A.  The only formal DFMEA I took part in was with

07:              Chart, and I believe that was a request

08:              involving Chart.  We certainly would perform

09:              that work at the request of another customer

10:              as well.

11:         Q.  Okay.  And I may have asked this, my

12:              apologies if I did.  Do you know why Chart

13:              requested that the DFMEA occur?

14:         A.  No.

15:         Q.  Who at Extron would know that?

16:         A.  Presumably, I was informed about it by my

17:              boss at the time, Carson Ripple, so I would

18:              think -- I would assume he would know more

19:              info.

20:         Q.  Did Extron perform any prerelease testing of

21:              the TEC 3000?

22:         A.  I wasn't around at the time of prerelease,

23:              but as far as I understand from records and

24:              things, yes.

25:         Q.  What kind of testing?
```

**(continued page 00025)**

```
     0025
```

```
01:    A.  So -- again, I don't know the specifics, but

02:        in general for a product like that we would

03:        test each feature as designed to ensure it's

04:        working the way we intend it to.

05:    Q.  So I -- I understand from your answer

06:        that's -- might be typically what is done at

07:        Extron.

08:    A.  Uh-huh.

09:    Q.  Do you have any knowledge of that having been

10:        done with regard to the TEC 3000?

11:    A.  I have no specific knowledge of that.
```

*Plaintiffs Objections 402 relevance:*

```
12:    Q.  Do you know what a daily tree analysis is?

13:    A.  Can you repeat that, please?

14:    Q.  Do you know what a daily tree analysis is?

15:    A.  No.

16:    Q.  Do you know what a DFMECA is?

17:    A.  No.

18:    Q.  Do you know if a DFMECA was performed for the

19:        TEC 3000?

20:    A.  I don't know.
```

**Page 00026**

*Plaintiffs Objections 402 relevance; 403 waste of time:*

```
08:    Q.  Are there multiple versions of the TEC 3000?

09:    A.  Yes.

10:    Q.  How many?

11:    A.  I don't know the exact number.  I believe

12:        it's around six.

13:    Q.  Okay.  And how were -- how is each one

14:        different from the other?

15:    A.  So there's some differences.  The two -- I

16:        guess the three main model differences,
```

17:              there's a text version, which just refers to

18:              text on the buttons on the front plate so

19:              they're labeled with their function text.

20:                      There's a symbolic version, which

21:              the only difference is the front plate

22:              buttons are labeled symbols instead of text.

23:                      Then there is a cabinet version,

24:              which is the same internal parts

25:              functionality but has different packaging so

**(continued page 00027)**

   0027

01:              the display and the control board are mounted

02:              away from each other instead of in the same

03:              enclosure, and I believe that can be either

04:              symbolic or text version of that.

05:                      And then the other differences,

06:              there's some other versions that have

07:              specific branding, graphics on the faceplate.

08:              So instead of having the Chart logo, it has

09:              the logo of -- I don't recall the exact

10:              logos, but some other logo that Chart

11:              requested.

12:     Q.  Is it fair to say that the differences among

13:         those six types of TEC 3000s are cosmetic?

14:     A.  Yes.

15:     Q.  Okay.  They have the same internal parts,

16:         correct?

17:     A.  Yes.

18:     Q.  And they have the same functionality?

19:     A.  Yes.

20:     Q.  Okay.  Okay.  When was the TEC 3000 designed?

21:         A.   I believe the -- the design of the TEC 3000

22:              started in 2005.

23:         Q.   Okay.  And has the design of the TEC 3000

24:              changed in any way since its initial launch?

25:         A.   There have been some incremental changes to

**(continued page 00028)**

0028

01:              the firmware and some incremental changes to

02:              the hardware.  The overall functionality has

03:              remained consistent.

04:         Q.   Okay.  What changes to the hardware have

05:              there been?

06:         A.   There was certainly a few changes, I don't

07:              remember each one specifically, where maybe a

08:              an internal part was no longer available from

09:              a supplier so an equivalent part was found,

10:              tested, and replaced.

11:                   And what else to the hardware?  Oh,

12:              the style of buttons on the faceplate control

13:              were changed from a membrane style to a push

14:              button.

15:                   That's all the specifics I can

16:              recall.

17:         Q.   Okay.  Fair to say that there have been no

18:              major changes to the hardware to the TEC 3000

19:              since its launch?

20:         A.   Yes.

**Page 00028**

24:         Q.   And what changes to the firmware have there

25:              been?

**(continued page 00029)**

0029

```
01:              A.  I don't recall specifics, but there were
02:                  certainly, you know, mostly some small
03:                  changes in the way, you know, specific how
04:                  the screen displayed information, clarifying
05:                  language.
06:                        There were changes over time in how
07:                  warnings, alarms were displayed and
08:                  additional ones added, I believe.
```

*Plaintiffs Objections 403 confusing/misleading (function not present in controller at issue in this case); 402 relevance:*

```
09:                        There were -- I'm just trying to
10:                  think of another -- specific one I can recall
11:                  was a change in the autofill function so that
12:                  it no longer filled when the unit thought
13:                  there was a level of zero, it required user
14:                  action to initiate a fill.
15:                        That's all the specifics I can
16:                  recall off the top of my head.
```

**Page 00030**

```
08:              Q.  Okay.  And let me say it differently.  This
09:                  would have been a better way to ask that.
10:                        The firmware change of how the
11:                  screen displays information, was that a
12:                  change that Chart requested?
13:              A.  Yes.
14:              Q.  The firmware change regarding how warnings or
15:                  alarms are displayed, was that a change that
16:                  Chart requested?
17:              A.  Yes.
```

*Plaintiffs Objections 403 confusing/misleading (function not present in controller at issue in this case); 402 relevance:*

```
18:              Q.  The firmware change with regard to the
19:                  autofill function, was that a change that
```

20:          Chart requested?

21:     A.   Yes.

22:     Q.   Are those firmware changes that were made,

23:          could those have been pushed out to the

24:          machines that were still in the field?

25:     A.   Yes.

**(continued page 00031)**

    0031

01:     Q.   And were they, in fact, pushed out to the

02:          machines in the field?

**Page 00031**

05:                    THE WITNESS:  I don't know if they

06:          were pushed out to all of them.  I'm aware of

07:          certainly certain cases where they were.

**Page 00031**

10:     Q.   And in those cases that you're aware of, who

11:          was it -- well, let me put it this way:  Was

12:          it Extron who pushed out those changes to the

13:          units in the field?

14:     A.   No.

15:     Q.   Who was it?

16:     A.   I guess I don't -- Extron provided the new

17:          firmware to Chart, and Chart had an

18:          application that they could send that

19:          application and the firmware to the customer,

20:          and also I think Chart would update them, you

21:          know, units -- they already had in their

22:          facility at times before sending them.

23:     Q.   Right.  And so for firmware changes, while

24:          Extron may have made those changes so that

25:          the new firmware could be pushed out to the

**(continued page 00032)**

0032

01:                 end users, it was ultimately up to Chart to

02:                 determine if it was going to do so?

03:        A.  It was up to Chart whether to release it or

04:                 not.  I'm not sure who decided whether a

05:                 specific unit in the field got the update or

06:                 not.

07:        Q.  Okay.  I appreciate that.

08:                      And just so I'm clear in my own

09:                 mind, Extron was not a party who actually

10:                 pushed out any of the firmware changes to

11:                 units in the field, correct?

12:        A.  Correct.

13:        Q.  If it was done, to the best of your

14:                 understanding, that was done by Chart?

15:        A.  Yes.

16:        Q.  Okay.  I want to talk about the design of the

17:                 TEC 3000.  That occurred before you

18:                 personally, Mr. Mueller, before you joined

19:                 Chart -- or Extron, correct?

20:        A.  Yes.

21:        Q.  Okay.  But because you're speaking on behalf

22:                 of Extron, I want to ask you some questions,

23:                 and now when I'm saying, "You," I'm talking

24:                 about Extron, okay?

25:        A.  Okay.

**Page 00033**

01:        Q.  Did Extron -- are there specifications for

02:                 which the TEC 3 -- from which the TEC 3000

03:                 was originally made?

```
04:        A.  As far as the functionality of the TEC 2000,
05:            I know that was specification worked off of;
06:            other than that, I don't know.
07:        Q.  Let me put it this way:  So Chart says we
08:            want to make a controller that does A, B, and
09:            C, correct?
10:        A.  Correct.
11:        Q.  Okay.  Extron doesn't decide what A, B, and C
12:            are, right?
13:        A.  Correct.
14:        Q.  Okay.  It's then Extron's job to figure out
15:            how to build a controller that will satisfy
16:            functions A, B, and C, correct?
17:        A.  Yes.
18:        Q.  Okay.  Does Chart tell Extron how to make
19:            that happen, or does Extron come up with the
20:            details of how to make the machine?
21:                 MR. SMITH:  Calls for speculation.
22:                 THE WITNESS:  So that would be
23:            Extron -- so Chart would provide the -- what
24:            they wanted to do, how they wanted to do it,
25:            possibly form factor, things like that.
```

**(continued page 00034)**

```
      0034
01:                 Extron would make the decisions
02:            internally how to make those designs come to
03:            reality.
04:                 MR. WOLF:  Okay.
05:        BY MR. WOLF:
06:        Q.  And going forward, if there was a change to
07:            the design of the TEC 3000, Extron would do
```

```
08:             that only if Chart said -- if Chart gave the

09:             go ahead to do it, correct?

10:        A.   Correct.
```

**Page 00112**

```
23:        Q.   If the controller were reading the liquid

24:             level of zero, should that sound the alarm?

25:        A.   In most cases, yes.  I'm trying to think.  I
```

**(continued page 00113)**

```
     0113

01:             don't -- I don't recall off the top of my

02:             head if there's a way to set the alarm set

03:             point down to zero.  I believe that's no -- I

04:             don't recall that for a hundred percent, but

05:             under normal circumstances, zero would be an

06:             alarm.

07:        Q.   Okay.  And if your customer and even though

08:             the liquid level is not zero but it's reading

09:             at zero, the controller is reading it as

10:             zero, and the alarm was going off, what is

11:             the customer left to do?
```

**Page 00113**

```
22:        Q.   Technically.  I mean, as a technical matter

23:             working with the controller, what are the

24:             customer's options?

25:                  MR. HOLDER:  Same objections.
```

**(continued page 00114)**

```
     0114

01:                  THE WITNESS:  So in the case that

02:             it's reading zero, doesn't but they know it's

03:             not zero, I suppose they could try to

04:             recalibrate the level on the unit.
```

```
05:          BY MR. WOLF:

06:              Q.  Okay.  And you can do that through the

07:                  controller?

08:              A.  Yes.

09:              Q.  Okay.  And when it was experiencing this

10:                  problem with the static shock, were those

11:                  subject to re -- could those be recalibrated

12:                  at the facility?
```

**Page 00114**

```
17:                        THE WITNESS:  I recall some cases

18:                  where it was reported that a unit serial

19:                  number zero, there's a recalibration

20:                  attempted but it failed.

21:                        MR. WOLF:  Okay.

22:              BY MR. WOLF:

23:              Q.  Are you aware of any time that the static

24:                  shock issue happened, okay, and the end user

25:                  was able to recalibrate it at the facility
```

**(continued page 00115)**

```
      0115

01:                  right then and there?

02:              A.  I don't recall hearing about a unit like

03:                  that.

04:              Q.  Okay.  And so if they couldn't recalibrate

05:                  it, okay, what was the customer left to do?
```

**Page 00115**

```
08:                        THE WITNESS:  I would guess they

09:                  would contact Chart for technical support.

10:                        MR. WOLF:  Okay.

11:              BY MR. WOLF:

12:              Q.  But as a technical matter working with the
```

13:            controller, what would the customer's options

14:            be?

**Page 00115**

18:                   THE WITNESS:  The only thing I can

19:            guess they could do would be to manually

20:            monitor the unit for its level.

21:      BY MR. WOLF:

22:      Q.  And turn off the alarm?

23:                   MR. HOLDER:  Is that a question?

24:      BY MR. WOLF:

25:      Q.  Could they turn off the alarm, is my

**(continued page 00116)**

     0116

01:            question.

02:      A.  They could for sure mute it for a certain

03:            amount of time.

04:                   Again, I don't recall if that -- if

05:            a low-level alarm, if there's a way to figure

06:            the settings such that it wouldn't show up

07:            again, but if they muted it, it would come

08:            back.

09:      Q.  How long after?

10:      A.  I believe it's after 30 minutes.

11:      Q.  Okay.  I guess another option would be they

12:            can just unplug the controller, correct?

13:      A.  I would guess that's --

14:                   MR. HOLDER:  Calls for

15:            speculation.

16:                   THE WITNESS:  -- someone could

17:            choose to unplug the controller any time they

18:            wanted to.

```
19:          BY MR. WOLF:

20:          Q.  Okay.  So I'm just trying to figure out if

21:          you're the end user here and this has

22:          happened, right, it seems like your realistic

23:          options are, you can press the mute button

24:          for the alarm, but then it's just going to

25:          come back every 30 minutes, right?
```

**(continued page 00117)**

```
      0117

01:          A.  Uh-huh.

02:          Q.  Or you can unplug the controller, right?

03:                    Are there any other options?

04:                    MR. SMITH:  Misstates testimony.

05:                    THE WITNESS:  Just listen to the

06:          alarm.
```

**Page 00127**

*Defense Objections See Objection to Trial Exhibit 284 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

```
12:          Q.  Exhibit 20, starting with Bates stamp 290.
```

**Page 00127**

*Defense Objections See Objection to Trial Exhibit 284 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

```
18:          Q.  This is just an offshoot of this e-mail

19:          thread, right?  We've seen the bottom e-mail

20:          here from Brendon Wade about those two more

21:          TEC 3000s.

22:          A.  It looks the same.  I guess I didn't memorize

23:          serial numbers.  It had the other one, but

24:          yeah.

25:          Q.  And here, Ramon Gonzalez of Chart wrote to
```

**(continued page 00128)**

```
      0128

01:          you, right?
```

02:        A.  Yes.

03:        Q.  "We just lost a large" quality -- "quantity

04:            of freezer sales in Europe because of

05:            TEC 3000 issue."

06:                    Do you remember receiving this?

07:        A.  Specifically, no, but it seems familiar.

08:        Q.  Okay.  What was the TEC 3000 issue?

09:        A.  I assume the issue he's talking about is the

10:            one that caused the serial number to drop to

11:            zero.

12:        Q.  Okay.  And just to be clear, that's the one

13:            that Extron believed was due to static shock,

14:            correct?

**Page 00128**

17:                    THE WITNESS:  Static shock was one

18:            way we replicated that issue in our testing.

19:        BY MR. WOLF:

20:        Q.  And, in fact, that's the only way it

21:            replicated the issue in the testing, correct?

22:        A.  That we replicated that, yes.

*Defense Objections See Objection to Trial Exhibit 284 (Doc. 783-1);*
*inadmissible other occurrence evidence not previously ruled on; not*
*substantially similar; FRE 403/802/803:*

23:        Q.  Okay.  Now, Chart hierarchy needs an answer

24:            urgently why this is occurring.  So needless

25:            to say, this has turned into a high priority.

**(continued page 00129)**

    0129

01:            Now, this was written in July of 2015, right?

02:        A.  Yes.

**Page 00129**

04:            of your controller -- Ramon said.  I'm sorry,

05:            let me just ask this question again, strike

06:            that.

07:                    Ramon from Chart says, "We need to

08:                know results of your controller evaluation on

09:                the sudden level drop to zero and why the

10:                serial number disappears.  Download will also

11:                show random," and then those numbers and it's

12:                log.

13:                      Now, this is a different set of

14:                numbers, isn't it?  This is 255, 255, 0000.

15:        A.   Yes.

16:        Q.   That's different from what we saw before,

17:                wasn't it?

18:        A.   One of them is, yes.

19:        Q.   Yup.  That 0000 number is different, right?

20:        A.   Yes.

21:        Q.   Okay.  This seems to indicate that Extron had

22:                already conducted a controller evaluation, so

23:                I want to ask about that.

24:                      At this point, in July of 2015, had

25:                Extron conducted a controller evaluation to

**(continued page 00130)**

    0130

01:                figure out this issue of the drop in levels?

02:        A.   I know our production team had certainly

03:                gotten controllers back with those issues,

04:                ran them through the testing.

05:                      I don't recall if at this time

06:                anything beyond that had been done.

07:        Q.   Okay.  When did Extron start running tests

08:                regarding high-voltage transient events?

09:        A.   As related to TEC 3000, Extron did that -- I

10:                believe there was some of that done of a

11:                different nature during the original

12:                development of it.

13:            I'm trying to think.  Oh, that was

14:            done by Extron.  That was done by an external

15:            testing facility, sorry.

16:                So Extron, our first time I'm aware

17:            of, was in -- would have been around 2018

18:            that we did the -- no, that was -- with the

19:            ESD specifically.  You asked about

20:            high-energy transients.

21:                I believe earlier in 2018, and I

22:            don't recall the year [sic], we did

23:            conduct -- tried to use a spark gap to induce

24:            noise near TEC 3000 to try and replicate the

25:            issue.

**(continued page 00131)**

0131

01:        Q.  And that was done sometime prior to 2018?

02:        A.  Yes.

03:        Q.  Where was that done?

04:        A.  That was done at Extron.

05:        Q.  Which facility?

06:        A.  In our Plymouth facility.

07:        Q.  Is that in Minnesota?

08:        A.  Yes.

09:        Q.  Okay.  And that testing was done in response

10:            to the complaints received regarding the

11:            serial number and level issues, correct?

12:        A.  I -- I don't recall.  I remember the testing

13:            being done, and I don't believe we replicated

14:            whatever issue we were looking for at the

15:            time.  I don't recall what exactly prompted

16:            it.

**Page 00177**

| | | |
|---|---|---|
| 22: | Q. | Do you believe that firmware issues were, in |
| 23: | | fact, contributing to the static shock issue? |
| 24: | A. | I believe it was the firmware that created |
| 25: | | some of the specific symptoms the way the |

**(continued page 00178)**

0178

| | | |
|---|---|---|
| 01: | | firmware reacted to the static event. |
| 02: | Q. | But it wasn't -- my understanding that -- |
| 03: | | well, do you believe that the firmware caused |
| 04: | | the controller to have too much voltage going |
| 05: | | through it? |
| 06: | A. | No. |
| 07: | Q. | Okay.  And did the firmware exacerbate the |
| 08: | | consequences of too much voltage going |
| 09: | | through the controller? |
| 10: | A. | No. |
| 11: | Q. | So I'm -- now I'm confused. |
| 12: | | How was the firmware involved in |
| 13: | | this at all. |
| 14: | A. | So our understanding with the issue we saw |
| 15: | | the ESD event would cause basically random |
| 16: | | values to be assigned to certain memory |
| 17: | | locations, that could be any value.  The |
| 18: | | firmware would detect those values and then |
| 19: | | reset to a default state to correct those |
| 20: | | out-of-range values, and the default state |
| 21: | | was serial number zero, because by default, |
| 22: | | they're not assigned a serial number until |
| 23: | | they're assigned it. |