# EXHIBIT G

# Wade, Brendon S.

Volume 1 - 02/20/2020

## Summary Proceeding with Highlighted Clips
## Printed 05/23/2021 01:57AM CDT

CONFIDENTIAL

- **Defense Objections**
  (Runtime - 00h:14m:16s)
- **Plaintiffs Designation**
  (Runtime - 00h:20m:38s)
- **Plaintiffs Objections**
  (Runtime - 00h:04m:46s)
- **Defense Counters**
  (Runtime - 00h:25m:29s)

**Page 00007**

05:             THE VIDEOGRAPHER:  This will be the video

06:      deposition of Brendon Wade, being taken in the

07:      matter of In Re:  Pacific Fertility Center

08:      Litigation.

09:             Today's date is February 20th, 2020.  The

*Plaintiffs Objections 402/403 - relevance, waste of time:*

10:      time on the record is 9:34 a.m.  My name is

11:      Brandon Brantley.  I'm the videographer.  The

12:      court reporter is Julie Friedman.

13:             Counsel, please introduce yourselves for

14:      the record, after which the court reporter will

15:      swear in the witness.

**Page 00008**

15:             Just so that we have it on the record,

16: although we -- we just met each other off the

17: record --

18:      A.   Uh-huh.

19:      Q.   -- can you go ahead and state your full

20: name.

21:      A.   Sure.  My full name is Brendon Sanders

22: Brell Wade.

*Plaintiffs Objections 402/403 - relevance, waste of time:*

23:      Q.   Wonderful.  And have you been deposed

24: before?

25:      A.   No.

**Page 00015**

06:             Can please you tell me the highest degree

07: that you've received.

08:      A.   A Bachelor's of Engineering in Biomedical

09: and Chemical Engineering.

```
10:     Q.   And where was that from?

11:     A.   Vanderbilt University.

12:     Q.   Okay.  And what year was that?

13:     A.   Graduated in 2014.
```

*Plaintiffs Objections 402/403 - relevance, waste of time:*

```
14:     Q.   Okay.  And have you received any

15: certifications or other certificates since you --

16: that -- your graduation in 2014?

17:     A.   Yes.

18:     Q.   Okay.  What?  Which certifications?

19:     A.   So there was Lean Six Sigma Green Belt

20: Certification, which is a kind of a generic quality

21: system certification.

22:     Q.   Okay.

23:     A.   And then another was one Certified Durable

24: Medical Equipment Specialist, which more relates to

25: our respiratory products --
```

**(continued page 00016)**

```
01:     Q.   Okay.

02:     A.   -- at Caire.

03:     Q.   And anything else?  Are there any other

04: trainings or certification courses that you've

05: completed?

06:     A.   Not that I can recall official.  Right.

07: Just informal trainings internally on different

08: products.

09:     Q.   Okay.  Can you go through your jobs from

10: your graduation in 2014 to the present.

11:     A.   Certainly.  So when I graduated in 2014,

12: the field service engineer position that I started at

13: Chart Industries was my first job out of school.
```

14:                    And then that position and then my current

15: position as technical service manager are the -- the

16: only two full-time positions that I've held.

**Plaintiffs Objections 402/403 - relevance, waste of time:**

17:      Q.    Okay.  And you are currently a technical

18: service manager at Chart or at Caire?

19:      A.    Caire, I think.

20:      Q.    At Caire.

21:      A.    Uh-huh.

22:      Q.    Were you a technical service manager at

23: Chart before -- before coming to Caire?

24:      A.    Correct.  It is the same title.

25:      Q.    Okay.  So you were a field service

**(continued page 00017)**

01: engineer from the time of your graduation in 2014 --

02:      A.    Uh-huh.

03:      Q.    -- until when?

04:      A.    It was approximately September 2016, I

05: believe.

06:      Q.    Okay.

07:      A.    Could be a little bit off from that, but

08: that's been -- That's when I became the manager.

09:      Q.    Okay.  And what were your -- What was

10: your role?  What were your general responsibilities

11: in that -- in that role?

12:      A.    In the -- the manager role or the field

13: service engineer?

14:      Q.    Field service engineer.

15:      A.    Ah, okay.  So the main responsibilities

16: are fielding any sort of technical inquiry from

17: the -- from our customers in the field; and that can

18: be what we call end users or end customers, you know,

19: the people really working with the equipment day to

20: day, or a distribution network; and we have

21: distributors on -- for the respiratory products, as

22: well as the cryobio products.

*Plaintiffs Objections 402/403 - relevance, waste of time:*

23:      Q.   Okay.  And were those -- So respiratory

24: and cryobio, were -- were those the two divisions

25: that you answered service calls for?

**(continued page 00018)**

01:      A.   Correct.  There's some other delineations

02: within there, but those are the two broad categories.

03:      Q.   Okay.  Let's focus on cryobio.

04:      A.   Uh-huh.

05:      Q.   Can you describe for me what falls under

06: that umbrella?

07:      A.   That would --

**Page 00018**

*Plaintiffs Objections 402/403 - relevance, waste of time:*

10:           THE WITNESS:  Oh, so what falls under the

11:      umbrella of --

12:      Q.   (By Ms. Cowan)  When --  When you're

13: answering service calls for cryobio --

14:      A.   Uh-huh.

15:      Q.   -- what -- what sorts of products does

16: that involve?

17:      A.   So any of the aluminum or steel products

18: manufactured by Chart Industries for cryopreservation

19: purposes.

20:      Q.   Okay.

21:      A.   And there's actually other applications

22: that aren't necessarily for cryopreservation.  Some

23: people use them for aircraft parts and all sorts of

24: industrial uses as well.

25:     Q.    Okay.  And does that also include any

**(continued page 00019)**

01: peripheral --  So it also includes controllers, I'm

02: assuming, the service calls that you would answer?

03:     A.   Yes.  The controller being a -- optional

04: in some cases, but a common accessory part or part

05: you would attach to the freezer.

06:     Q.   Okay.  Great.  And so you answered --  You

07: said that you answered customer queries and end-user

08: queries.  Did --  Were you also involved in writing

09: manuals or training materials when you were a field

10: service engineer?

11:     A.   Yes, to some extent.  So we would be

12: assigned different products.  Again, so it may --

13: You know, one quarter might be mainly respiratory,

14: and then the next quarter might be cryobio.

15:          But yeah.  For all of our products, we

16: create technical manuals and technical documentation.

17:     Q.   Okay.  And did you create any technical

18: manuals or documentation relating to the TEC3000?

19:     A.   So the main technical manual for the

20: TEC3000 has existed for many years since before I got

21: there.  If I recall, I may have drafted or helped

22: revise at least one or two revisions.  I --  There's

23: several steps in the process.  I can't remember

24: exactly which ones I would have launched versus just

25: provided input.

**(continued page 00020)**

01:     Q.   Do you remember the subject matter of

02: those revisions?

03:     A.   Generally, minor changes.  I can't recall

04: any specifically.

05:     Q.   Okay.  And then your next position was

06: technical service manager?

07:     A.   Correct.

08:     Q.   Roughly September of '16?

09:     A.   Correct.

*Plaintiffs Objections 402/403 - relevance, waste of time:*

10:     Q.   And you were at Chart until when?

11:     A.   So this would have been, I guess whenever

12: the divestiture of Caire, Inc. from Chart Industries

13: to NGK would have occurred, so personally for me, it

14: was relatively seamless.

15:     Q.   Okay.

16:     A.   But I think that changeover happened

17: December of 2018 --

18:     Q.   Okay.

19:     A.   -- or roughly around December, January, in

20: that timeframe.

21:     Q.   And what were your --  What was your role

22: and what were your responsibilities when you were

23: in -- in your technical service manager position?

24:     A.   The current one at Caire, or under Chart?

25:     Q.   Under Chart.

**(continued page 00021)**

01:     A.   Oh, under Chart.  So now it's managing

02: the -- the other field service engineers in Georgia,

03: and basically, just supporting their mission of

04: answering customer inquiries, arranging trainings,

05: that sort of thing.

06:      Q.    Okay.  So if I'm understanding then,

07: originally, you were sort of at the troubleshooting

08: level; and now you are managing people that had

09: your -- your prior position; is that correct?

10:      A.    Correct.

*Plaintiffs Objections 402/403 - relevance, waste of time:*

11:      Q.    Okay.  When you were working as a field

12: service engineer, did you report to anyone?

13:      A.    Yes.

14:      Q.    Who did you report to?

15:      A.    So as field service engineer, it was --

16: Lanier Hogan was my supervisor.

17:      Q.    Okay.  And anyone else?

18:      A.    No.  Just Lanier.

19:      Q.    Okay.  And did anyone report to you in

20: that position?

21:      A.    No.  Not -- Not officially.

22:      Q.    Okay.  And in your current role --

23:            Well, when you were a technical service

24: manager at Chart, who reported to you?

25:      A.    So the -- the core group of field service

**(continued page 00022)**

01: engineers there, which typically numbered four to

02: five.  Of course, as -- as people rotated to

03: different departments or left the company, that

04: varied, but that core group of people; and the

05: individuals changed over time.

06:      Q.    Can you give me the names that you worked

07: with the most.

08:      A.    It depends on the timeframe.  We had a few

09: people.

10:            So Shane Dockery is still with the group

11: with Caire.  Matt Barth, Justin Junnier, Joy

12: Sandmann, Zongyan Zhang.

13:      Q.    Okay.  And anyone else aside from

14: people --

15:      A.    The current --  The current group there is

16: Leigh Hudgins, Jessica Mullins, John Shephard, and

17: Amber Atkins.

18:      Q.    Okay.  And who did you report to as

19: technical service manager while you were at Chart?

20:      A.    So initially, that was Deborah Childers,

21: director of customer and technical service.

22:      Q.    Okay.  And then?

23:      A.    So she took a different position at Chart;

24: and I believe immediately after her, I reported to

25: Dan Van Hise.

**(continued page 00023)**

01:      Q.    Okay.  And when was that changeover?

02:      A.    I honestly can't recall.  I don't

03: remember.

04:      Q.    Okay.  And anyone else?  Was there anybody

05: else in that position while you were at Chart?

06:      A.    At Chart, so after --  After I reported to

07: Dan Van Hise, he left the company as well; and I

08: reported to Miguel Cervantes, who's my current

09: supervisor.

10:      Q.    Okay.

11:       A.    I don't recall if that was before the

12: Chart transition or after the Caire transition.  I

13: don't remember.

14:       Q.    Okay.  So as we -- as you had mentioned

15: before, is it --

16:             Let me just confirm that as part of your

17: work, did you work with broken or malfunctioning

18: TEC3000 controllers?

19:             MR. SMITH:  Assumes facts.  Vague.

20:       Q.    (By Ms. Cowan)  You can answer.

21:       A.    So did I work with broken or

22: malfunctioning controllers.  Certainly, a lot of

23: allegedly broken controllers.  That was our --  The

24: main job with really any customer complaint is verify

25: what's actually faulty or defective and what's user

**(continued page 00024)**

01: error or something -- something not a manufacturing

02: defect.

03:       Q.    Okay.  So when someone had a complaint or

04: a concern about a TEC3000 per se --

05:       A.    Uh-huh.

06:       Q.    -- would you go on a site visit to try and

07: analyze that problem, or would it normally -- or

08: would they send the piece of equipment to you?

09:             How does --  How does that work?  What's

10: the workflow?

11:             MR. SMITH:  Overbroad.

12:             Go ahead, you can answer.

13:             THE WITNESS:  Okay.  So that --  Not very

14:    common that we, ourselves, as Chart would go out

15:    on -- in the field to look at those.

16:        And the business model for Chart, and

17:    especially in the cryobio realm, is to rely on

18:    that -- those distributors in the field to do a

19:    lot of that initial fieldwork; and then when

20:    they're stuck on a problem, they'll contact us.

21:    Q.    (By Ms. Cowan)  Okay.  Great.

22:        And -- So I'm just trying to skip

23: through.

24:        And so if a TEC3000 was sent to Chart or

25: was returned, did -- were you part of evaluating that

**(continued page 00025)**

01: process or part of evaluating that unit?

02:        MR. SMITH:  Incomplete hypothetical.

03:    Vague.

04:        THE WITNESS:  In per --  In certain cases,

05:    especially if it was a case that I had taken

06:    from the customer, I would generally try and

07:    follow up on those if it was something that we

08:    wanted to notify engineering or it was -- needed

09:    to send it back to the supplier.

10:    Q.    (By Ms. Cowan)  Okay.  And that supplier

11: is?

12:    A.    Extron, who manufactures the TEC3000.

**Page 00034**

08:        Can you tell me what an event log download

09: is.

10:    A.    Yes.  So it's a --  There's a hardware

11: system where we can connect into the TEC3000

12: controller with a serial cable, connect it to a PC,

13: and take an Excel file download of --  It's called an

14: event record.

15:          So an event is just a time point that

16: shows the current temperatures and relays at

17: different times and gives you a sort of history of

18: the controller.

19:     Q.    Okay.  And what was your purpose in taking

20: an event log download for the returned controllers

21: that you were evaluating?

22:     A.    The event log downloads are, with the --

23: the TEC3000 controllers, one of the better

24: troubleshooting tools to get an idea of the history

25: of the controller, how it's been operating over a

**(continued page 00035)**

01: long period of time.

02:     Q.    How would you use that as a tool to

03: evaluate these controllers?

04:          MR. SMITH:  Assumes facts.

05:          THE WITNESS:  So the -- the main way we

06:     would evaluate the event logs is looking for

07:     alarm codes, so high usage, fill time alarms,

08:     things like that.

09:     Q.    (By Ms. Cowan)  What would it tell you if

10: you saw those alarm codes about the functioning of

11: the controller?

12:     A.    So typically, the --  To my recollection,

13: one of the more common questions or troubleshooting

14: calls we would get was people complaining of long

15: fill times; and to my recollection, mainly, those

16: were improperly-sized source tanks or

17: improperly-sized piping and hosing to the freezer,

18: making the -- the setting -- or the fills take longer

19: than they -- they might otherwise need to.

20:          So basically, it's suboptimal settings

21: that still the freezer's operating just fine; but

22: it's causing basically nuisance alarms.

23:    Q.    Okay.  And is there any -- any other

24: information that you would be looking at those event

25: log downloads for?

**(continued page 00036)**

01:    A.    Just anything unusual, if temperatures are

02: fluctuating, levels are fluctuating.

03:    Q.    Okay.  And what does it tell you if

04: temperatures or levels are fluctuating?

**Page 00036**

*Defense Counters Congtingent on whether testimony on Trial Exhibit 216
is admitted:*

10:    A.    So if -- if temperatures or levels are

11: fluctuating, it could mean someone was taking the

12: temperature probe out of the tank to do a manual

13: calibration or test or verification or doing work on

14: the plumbing.

*Defense Objections See Objection to Trial Exhibit 216 (Doc. 783-1);
inadmissible other occurrence evidence not previously ruled on; not
substantially similar; FRE 403/802/803:*

15:          MS. COWAN:  Okay.  I'm going to go ahead

16:    and mark as Exhibit 257 another document.  This

17:    is Bates-stamped CHART 17011.

18:          (Exhibit 257 was marked for

19:    identification.)

**Page 00037**

*Defense Objections See Objection to Trial Exhibit 216 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

03:      Q.    (By Ms. Cowan)  Okay.  Was this e-mail

04: thread sent and received as part of your duties for

05: Chart?

06:      A.    Yeah.  It appears so.  Yeah.

07:      Q.    Okay.  Any reason to believe this is not a

08: true and correct copy of this e-mail thread?

09:      A.    Yeah.  Nothing makes me think this is not

10: true and correct.

11:      Q.    Okay.  Let's start with the first e-mail

12: in the thread, which is, again, at the end of the

13: document.  This is an e-mail from Ramon Gonzalez, to

14: you and Gregory Mueller.

*Defense Counters Congtingent on whether testimony on Trial Exhibit 216 is admitted:*

15:            Do you know who Gregory Mueller is?

16:      A.    Yes.  He was one of our contacts at

17: Extron.

18:      Q.    Okay.  And did --  Was he your contact

19: specifically with regard to the TEC3000 controllers?

20:      A.    Yes.  That was the --  I don't know if we

21: purchased other products from them.  That was the

22: primary part we purchased from Extron.

*Defense Objections See Objection to Trial Exhibit 216 (Doc. 783-1); inadmissible other occurrence evidence not previously ruled on; not substantially similar; FRE 403/802/803:*

23:      Q.    Okay.  Mr. Gonzalez writes here, We have

24: had several e-mails back and forth on the issue of

25: the sudden level drop of -- to zero and serial number

**(continued page 00038)**

01: disappearance.  Attached are e-mails related to this

02: issue.  I'm not sure what's happening here, but we're

03: receiving additional cases globalwide relating to

04: this issue, so it's not only overseas, but also

05: occurring in the USA.

06:        Are you familiar with this -- this issue

07: of a sudden level drop to zero and serial number

08: disappearance in connection with the TEC3000

09: controllers?

10:     A.    Yes.

11:     Q.    Okay.  Can you describe what that issue

12: was to me.

13:     A.    So essentially, how Ramon describes it

14: here, so sudden in that it's intermittent and hard

15: to -- or not always predictable, and the level drops

16: to zero.  Serial number disappears from the screen;

17: and typically, the temperatures will read below minus

18: 200 Celsius, which is indicating a -- a false reading

19: that --

20:        My experience, too, is in the field this

21: is generally resolved with powering the controller

22: off and the powering back on again; and the

23: controller will resume normal functionality.

*Defense Counters Congtingent on whether testimony on Trial Exhibit 216 is admitted:*

24:     Q.    Okay.  Were there --  So you -- you listed

25: a -- a couple of different symptoms of this problem.

**(continued page 00039)**

01: Were there any other symptoms that you recall?

02:     A.    So I think as part of the symptoms, it --

03: I think there were some --  We'd have to go back and

04: look at the -- the case data, but it didn't always

05: seem consistent, but sometimes the event log record

06: would be corrupted or portions of it would be

07: missing.

08:     Q.    Okay.  And were all of those symptoms

09: present each time?

10:        Was it, you know, reliable in that you're

11: going to see all of these different symptoms with

12: each controller; or were they sort of a mix of

13: symptoms?

14:      A.   It did seem to be a mix.  Again, I'd have

15: to look at my old notes to see if they were

16: consistent across-the-board; but there was certainly

17: allegedly faulty controllers returned that did have

18: the serial numbers still on them.

19:      Q.   Okay.  And you mentioned that the event

20: log would get corrupted or have pieces -- pieces

21: missing; is that correct?

22:      A.   It would appear so.

23:      Q.   Okay.

24:      A.   Yeah.

25:      Q.   And so how would you determine if that was

**(continued page 00040)**

01: the case?

02:      A.   So the typical --  The way we would

03: distinguish that, the most obvious sign we would

04: notice is at some point in the log, it would be

05: reading normally; and then prior to that time, the

06: date code would read 255, 255/1999, or some -- some,

07: you know, non -- nonrealistic date; and then the

08: levels and temperatures would read unrealistic values

09: as well.

*Defense Counters Congtingent on whether testimony on Trial Exhibit 216 is admitted:*

10:      Q.   Okay.  And how -- how could you tell that

11: the temperatures or level --

12:           Well, let's stick to one thing.  How could

13: you tell that the temperatures were unrealistic?

14:      A.   I --  I don't recall exactly.  The --  The

15: main thing we would see is the -- the date code being

16: off, so we would see the dates; and say, okay,

17: obviously, those dates are wrong.  If I remember

18: correctly -- and I could be wrong -- I believe it

19: reads zero, or yeah.  It'd be either minus 200 like.

20:      Q.    Okay.

21:      A.    Yeah.

22:      Q.    So you're saying there are temperatures

23: that just aren't possible?

24:      A.    Yeah.  Temperatures, yeah, that

25: wouldn't -- wouldn't logically make sense with what

**(continued page 00041)**

01: the freezer would be experiencing.

**Page 00042**

*Defense Counters Congtingent on whether testimony on Trial Exhibit 216 is admitted:*

14:      Q.    I think one of the other things that you

15: had mentioned earlier was that sometimes things would

16: be missing from the event log.

17:           How could you tell that there was time

18: missing from the event log?

19:           MR. SMITH:  Misstates testimony.

20:           THE WITNESS:  So that's --  That is harder

21:      to verify; and again, we're going based off of

22:      what the customer is telling us and when they

23:      claim that they installed the freezer.

24:           But there would be cases where they would

25:      state, oh, we installed this freezer in whatever

**(continued page 00043)**

01:      year, whatever date; and we only see data going

02:      back to, you know, a much earlier or much later

03:      timeframe.

```
04:              So the customer claims, oh, this freezer's

05:        been in operation for X amount of time; and we

06:        don't see data for that range.
```

**Page 00043**

*Defense Objections Attorney colloquy; mistates prior testimony; inadmissible other occurrence evidence; MIL No. 1; not substantiall similar; FRE 403/611(a)(1):*

```
17:      Q.    (By Ms. Cowan)  Okay.  Do you recall

18: attributing the serial number equals zero issue --

19:              And I'm going to sort of refer to all

20: those symptoms that we just discussed as the serial

21: number equals zero issue.

22:              Do you remember attributing any aspect of

23: that to user error?

24:      A.    Not that I recall.
```

**Page 00044**

*Defense Counters Congtingent on whether testimony on Trial Exhibit 216 is admitted:*

```
07:      Q.    (By Ms. Cowan)  Sure.  Let me know when

08: you're ready.

09:      A.    Okay.  Sorry.  Yeah.  I'm ready.

10:      Q.    No problem.

11:      A.    Uh-huh.

12:      Q.    So in your e-mail here at the top of the

13: page, it looks to me as though you're just describing

14: or discussing a group of controllers that you had

15: been evaluating; is that correct?

16:      A.    Yes.  Uh-huh.

17:      Q.    All right.  And these are controllers that

18: are not functioning properly or as expected?

19:      A.    Let's see.  So there --  There's a mix of

20: issues.  Right.  There's --  See, that's one of the

21: earlier e-mails.  There's some --  The serial

22: number's zero.  The thing that you had mentioned,
```

23: Temp A, yeah, Temp B reading open, which is a -- a

24: port issue, so there's -- there's a mix of several

25: different behaviors.

**(continued page 00045)**

01:        Q.     Okay.  Ah.  So you're -- you're referring

02: to this e-mail that you sent at 11:05 a.m.?

03:        A.     Yes.  On November 15th.  Yeah.  There's a

04: list of serial numbers that I gave to Greg with the

05: symptoms that we noticed on each.

06:        Q.     Okay.  And so would you differentiate

07: between the ones that have serial number equals zero,

08: and that's the only thing, and these ones with the

09: incorrect temperature readings?

10:        A.     Temps reading.  Yes.  They -- They seem

11: to have different -- different symptoms.

12:        Q.     Okay.  Going back to that first e-mail,

13: you say, "For" --  And this is sort of midway in that

14: paragraph.  For 277395, when first powered on the

15: temp B read negative 198.7 C regardless of whether

16: the probe was in LN2 or not.  The temp B calibration

17: completed.  (LN2 temp set to negative 195.8 C); and

18: then after, temp B read negative 195.8 C regardless

19: of the actual temp.  Connected to a --   Connected a

20: totally different probe, and it read the same.  Temp

21: A read negative 195.8 C from the start.

22:               It seemed like most of these read the low

23: temps immediately.  Either they were stuck at one

24: temp (see above), or they would vary slightly, but

25: still almost never cross the LN2 saturation temp

**(continued page 00046)**

01: programmed on the controller.

02:            Does that refresh your memory that

03: sometimes you would see returned controllers that

04: were stuck at one temperature?

05:      A.    Yes.  Yeah.  This -- this --  This looks

06: familiar and sounds familiar.  This was not very

07: common at all.  I --  I don't remember this being a

08: very -- very common issue.

09:      Q.    Okay.  And what --  What do you remember

10: being more common about the temperature readings?

*Plaintiffs Objections 402/403 - relevance, waste of time:*

11:            MR. SMITH:  Vague.

12:            THE WITNESS:  Temperature readings on

13:      return controllers?

14:      Q.    (By Ms. Cowan)  Yes.

15:            (Discussion ensued off the record.)

16:            THE WITNESS:  Generally, temperature --

17:      temperature readings are generally not one of

18:      the things that are reading off when we receive

19:      controllers back.

20:      Q.    (By Ms. Cowan)  Okay.  But as to the ones

21: you're discussing here --

22:      A.    Uh-huh.

23:      Q.    -- the temperature readings were off,

24: correct?

25:      A.    Correct.  Yeah.  For these -- these

**(continued page 00047)**

01: controllers here.

02:      Q.    Okay.  So for the controllers where the

03: temperature readings were not correct, what do you

04: remember as being the more common thing that you

05: would see, rather than what you said is not so common

06: of being stuck on one temperature?

07:          MR. SMITH:  Vague.  Assumes facts.

08:          THE WITNESS:  I guess I should clarify.

09:     The temperature readings being off or being

10:     stuck at one temperature like these here was not

11:     common over all across TEC3000 controllers in

12:     general, to my recollection.

**Page 00068**

*Defense Objections See Objection to Trial Exhibit 200 (Doc. 783-1);*
*post-remedial FRE 407 (April 2018 discussion of testing controllers);*
*inadmissible other occurrence evidence not previously ruled on; not*
*substantially similar; FRE 403/802/803:*

21:     Q.    (By Ms. Cowan)  Okay.  And, Mr. Wade,

22: you're looking at Exhibit 259, which starts with

23: CHART 4551.

24:          Are you familiar with this e-mail thread?

25:     A.    I'm looking over it.

**(continued page 00069)**

01:     Q.    So --

**Page 00069**

*Defense Objections See Objection to Trial Exhibit 200 (Doc. 783-1);*
*post-remedial FRE 407 (April 2018 discussion of testing controllers)*
*inadmissible other occurrence evidence not previously ruled on; not*
*substantially similar; FRE 403/802/803:*

09:     Q.    (By Ms. Cowan)  Okay.  And you would have

10: sent and received this as part of your duties at

11: Chart?

12:     A.    Yes.

**Page 00072**

*Defense Objections See Objection to Trial Exhibit 200 (Doc. 783-1);*
*post-remedial FRE 407 (April 2018 discussion of testing controllers)*
*inadmissible other occurrence evidence not previously ruled on; not*
*substantially similar; FRE 403/802/803:*

23:     Q.    Okay.  So let's skip up to your e-mail.

24:          You say here's some more background.  I

25: tested about 37 controllers last year myself, all

**(continued page 00073)**

01: returned for various reasons.  19 were missing the SN

02: on the controller, meaning they had undergone one of

03: these unintended resets.  Many returns never made it

04: to my desk, as shipping forwarded them immediately to

05: Extron, so this is only a fraction of total

06: controller returns.

07:          Starting just there, do you have any

08: reason to believe that the numbers you put in this

09: e-mail are incorrect?

10:     A.    No.  I do not at this time.

**Page 00076**

*Defense Objections See Objection to Trial Exhibit 200 (Doc. 783-1);*
*post-remedial FRE 407 (April 2018 discussion of testing controllers)*
*inadmissible other occurrence evidence not previously ruled on; not*
*substantially similar; FRE 403/802/803:*

08:     Q.    (By Ms. Cowan)  Okay.  Going back to your

09: e-mail, you say, "Some customers are becoming wary of

10: the TEC 3000 since losing the saved event log data is

11: troubling to them.  German Cryo and Woosung in Korea

12: have particularly sensitive customers."

13:          How did you become aware that some

14: customers are becoming wary of the TEC3000?

15:     A.    I recall either e-mails from our sales

16: managers or e-mail conversations with these

17: customers, in particular, alluding to the fact of,

18: hey, we had a controller fail; or we've had some, you

19: know, allegedly fail.  And, you know, what's the

20: resolution, what's causing this, that sort of thing.

21:     Q.    So you personally spoke to some customers

22: who were wary of the TEC3000?

23:     A.    I can't recall precisely.  I'm sure there

24: were -- again, stuff forwarded on from sales that

25: said, hey, we're getting this feedback from the field

**(continued page 00077)**

01: in general or this particular customer.  You know,

02: can we follow up and do more investigation.

**Page 00080**

*Defense Objections See Objection to Trial Exhibit 200 (Doc. 783-1);*
*post-remedial FRE 407 (April 2018 discussion of testing controllers)*
*inadmissible other occurrence evidence not previously ruled on; not*
*substantially similar; FRE 403/802/803:*

07:          Going back to your e-mail, you say,

08: "Kyle's group has the testing set up now and should

09: be gathering data from any controllers they come in

10: for return to verify how many have lost the SN."

11:          Who -- What's Kyle's group?

12:     A.   So that refers to Kyle Eubanks.  He was

13: production supervisor for the cryobio line or --

14: Again, it depends on the timeframe that we're

15: speaking of, so he was -- he was -- worked as a

16: operator/builder on the cryobio line; and then at a

17: later date, became the supervisor of it.  So I can't

18: remember -- don't remember when exactly that was.

19:     Q.   Okay.  And was -- Am I understanding that

20: this -- sort of the testing of returned controllers

21: was taken out of your hands at this -- at the time of

22: this e-mail and transferred to Kyle's group; is that

23: correct?

24:     A.   Yes.  So that -- that was the -- the --

25: the process where basically the testing that my group

**(continued page 00081)**

01: was doing, we had -- we're basically taking all the

02: data that we could feasibly take, or we thought we

03: feasibly could take.  And it was a --  It'd be fairly

04: routine to see does it operate on a freezer, do the

05: temperatures read normally, and then taking a

06: download.

07:          So we created an instruction to say, here,

08: here's the step-by-step checks.  Here's what we want

09: you to document and collect, save it here, and send

10: that to Extron.

11:     Q.   Okay.  And that -- that --  The

12: responsibility for doing those checks transferred to

13: Kyle's group; is that correct?

14:     A.   Correct.

**Page 00087**

15:     Q.   (By Ms. Cowan)  Okay.  So I'm just going

16: to make sure that I'm understanding.  We have this

17: theory that it was electrical or radiofrequency

18: interference.  We have this theory of diode

19: suppression.

20:     A.   Uh-huh.

21:     Q.   We'll just categorize that.

22:         Do you remember any other theories as to

23: what was causing the serial number equals zero issue

24: with the TEC3000 controllers at any point in time

25: when you were at Chart?

**(continued page 00088)**

01:     A.   Serial number zero.  Oh, there was one

02: other that we basically addressed early on; or it was

03: easy to address, 'cause it was user errors.

04:         Extron referred to ground loops on some of

05: the contacts, so there's the discrete global

06: contacts.  They mentioned something to the effect of

07: if those are wired improperly by the user, that could

08: cause a ground loop and cause memory loss.

**Page 00091**

24:     Q.   -- TEC3000.  Are you aware of any testing

25: that was done at Chart regarding this electromagnetic

**(continued page 00092)**

01: interference, radiofrequency interference with

02: TEC3000s?

03:     A.    Oh, I do recall.  So there was at one

04: point --  So this is when Richard Leboff was onboard.

05: Richard and Ben Carey, another of our engineers, were

06: both in combination tasked with investigating that --

07: that complaint further.

08:     Q.    Okay.  Do you remember the timeframe that

09: they were tasked with investigating that?

10:     A.    I don't recall offhand.

11:     Q.    Did you ever hear anything else about that

12: investigation besides the fact that they were tasked

13: with it?

14:     A.    I believe Ben had sent updates or maybe

15: just one update at some point, but I don't remember

16: ever there being a final conclusion or summary.

17:     Q.    Did you read --  Did you receive the

18: update?

19:     A.    I believe I received an e-mail from Ben

20: Carey saying that here's what we've tested so far.

21: Here's what we've found so far.  Here's what we

22: confirmed or disconfirmed (sic).

23:     Q.    Okay.  What do you remember about what

24: they've tested when you received that update?

25:     A.    To my recollection, it was sort of -- sort

**(continued page 00093)**

01: of along the lines of one of the Extron e-mails we

02: saw earlier where Greg Mueller said, you know, we've

03: confirmed that the serial number's gone; but we don't

04: know why it's missing.  Basically, he said -- he said

05: we can confirm that it's missing from this section of

06: the screen or sort of confirming the symptoms

07: basically is what I recall.

08:        Q.    Okay.  I --  I thought that you said that

09: what you -- that you remembered that it said here's

10: what we've tested.  Here's what we've confirmed; is

11: that correct?

12:        A.    True.  So --  So my recollection is Ben

13: had sent an e-mail to, you know, myself and whoever

14: else would have been engaged at the time to say, you

15: know, Richard and I are looking into this.  Here's

16: what we've tested, basically saying we've -- we've

17: taken a sample of controllers.

18:              I don't recall exactly what testing he

19: did, but it is --  His summary in that e-mail was to

20: the effect we've confirmed the serial number's

21: missing.  We don't quite know why at this point.

22:        Q.    Okay.  So --

23:        A.    We've confirmed the serial number is gone,

24: which is to my mind, right, something we've -- might

25: have been tested early on; and we're, okay, we --

**(continued page 00094)**

01: We're agreed on that point, that it's missing from

02: the screen.

03:        Q.    Okay.  But he didn't have --  You don't

04: recall there being any conclusions as to what was

05: causing it?

06:      A.    Yeah.  I don't recall any major news on

07: that front.


**Page 00101**

11:      Q.    When you received the --  So you received

12: the controllers as returns.  Have you usually spoken

13: to the end users or the customers before you receive

14: the return to discuss what -- why they're sending it

15: back?

16:      A.    Someone at Chart would, so with -- with

17: any return, we would just ask them what was -- what's

18: the complaint, what are the symptoms, for our own

19: quality records more than anything else and to verify

20: they're not just sending product back for no reason.

21:           So we would gather some detail as to why

22: they're sending it back, and there's a RMA process,

23: return materials authorization, which you may see in

24: some of the e-mails, so they're --

25:           To be able to receive it properly and


**(continued page 00102)**

01: track that inventory in our system, we ask that they

02: notify us so that we can create a record, so we're

03: basically expecting that part back; and when it comes

04: into shipping, they know what to do with it.


**Page 00121**

*Defense Objections Chart's objection to Trial Exhibit 223 was overruled by the Court (objection preserved):*

02:           MS. COWAN:  Okay.  I'm going to mark as

03:      Exhibit 262, Chart 28403.

**Page 00121**

*Defense Objections Chart's objection to Trial Exhibit 223 was overruled by the Court (objection preserved):*

10:      Q.    Great.  Are you familiar with this e-mail

11: thread?

12:      A.    Yeah.  Now looking at it, it looks

13: familiar.  Uh-huh.

14:      Q.    It this --  Did you send and receive the

15: e-mails in this thread as part of your duties for

16: Chart?

17:      A.    I would say so.

**Page 00122**

*Defense Objections Chart's objection to Trial Exhibit 223 was overruled by the Court (objection preserved):*

18:      Q.    Okay.  And you respond yep.  When they

19: have corrupted, slash, lost event logs, levels

20: dropping to zero and temps reading negative 20 -- 273

21: degrees Celsius or wild numbers.

22:            Usually all of these happen together, and

23: the SN changing to zero is the easiest way to tell,

24: as the unit often operates normally after turning off

25: and back on.

**(continued page 00123)**

01:            Do you --  That's essentially this SN

02: equals zero issue we've been discussing, correct?

03:      A.    Yeah.  So I'm recapping for him, hey --

04:            This is 2017.  So I can't recall at this

05: point what we had, you know, relayed to Jim or what

06: complaints he had received, so I'm kind of recapping

07: it for him to, yeah, make clear this, yeah,

08: unintended reset, serial number zero is for this

09: particular complaint.

10:      Q.    Okay.  And then you write, "We try not to

11: call attention to the issue with the customer

12: obviously, but it is good to note it internally for

13: quality to track."

14:          Why do you try not to call attention to

15: the issue with the customer?

16:          MR. SMITH:  Vague as to issue.

17:          THE WITNESS:  The --

18:          MS. COWAN:  Just using the word.

19:          THE WITNESS:  The serial number zero issue

20:     or --

21:     Q.   (By Ms. Cowan)  I'm talking about your

22: language.  You say --

23:     A.   Uh-huh.

24:     Q.   -- "We try not to call attention to the

25: issue with the customer obviously..."

**(continued page 00124)**

01:          So I'm -- I'm not going to interpret --

02:     A.   Yeah.

03:     Q.   -- what the issue is for you.  But what --

04: what did you mean when you wrote this?

05:     A.   So yeah.  Telling him, yeah, there's

06: no --  Or at least telling him there doesn't seem to

07: be a reason to call attention to this.  Mainly,

08: because there seems to be accounts that don't ever

09: seem to have the problem; and it is intermittent from

10: everything we can find.

11:          There doesn't seem to be anything that --

12: Or there's some that will have this transient serial

13: number zero event, and then go on to perform normally

14: for indefinitely, from what we can tell.

15:     Q.   And that's the reason why you try not to

16: call attention to the issue with the customer?

17:            MR. SMITH:   Asked and answered.

18:            THE WITNESS:   Yeah.

19:      Q.    (By Ms. Cowan)  Okay.  All right.  The

20: last --  I'm going to jump ahead to the last e-mail.

21:            Well, actually, let's look at Jim Gibson's

22: next e-mail to you.  He says, "I have a customer,

23: German Cryo; and they are complaining about quality

24: issues with the TEC.  They have multiple failures and

25: use surge protection.  They are checking straight

**(continued page 00125)**

01: away and noticing the serial 0 and demand for a swap

02: controller."

03:            Is this what you were talking about before

04: when you said that customers are wary of the TEC3000,

05: is this -- this kind of complaint what you were

06: referencing?

07:      A.    Yeah.  I think this would be the -- the

08: sort of complaint that would lead me to say that,

09: hey, we noticed some customers are noticing the issue

10: and wary of the controllers for that reason.

11:      Q.    Okay.  The last e-mail from you, you say,

12: We've seen the SN equals zero being reported on a

13: regular basis, but I don't recall overfilling

14: becoming a more common issue.  Adding Daphne and

15: Jason so they are aware.

16:            Engineering is confident that the new MVE

17: TS has much better resilience to electronic

18: interference than the TEC3000.  Maybe you can mention

19: this to Joseph/Ramon/Buzz to push forward the launch

20: of European MVE TS and retrofit kits.

21:            So let's unpack some of this.  Where you

22: say, "... I don't recall overfilling becoming a more

23: common issue," is that correct, to your recollection

24: now, that you didn't see overfilling as a common

25: issue associated with the serial number equals zero

**(continued page 00126)**

01: issue?

02:      A.     Correct.  Yeah.  The overfilling, to -- to

03: my mind, has never been conflated with the serial

04: number zero; and so here in this e-mail thread, I'm

05: kind of trying to figure out is that a separate issue

06: entirely, which would be my instinct, but that there

07: is --  Overfilling sounds like an entirely separate

08: thing to troubleshoot.

09:      Q.     Okay.  And then in the next part that I

10: read where you say that engineering is confident that

11: the new MV -- MVE TS has much better resilience to

12: electronic interference than the TEC3000, is MVE TS,

13: is that the touch screen controller that we talked --

14:      A.     Yes.

15:      Q.     -- about?

16:      A.     Uh-huh.  Yeah.

17:      Q.     Okay.

18:      A.     The touch screen.

19:      Q.     And so is essentially what you're saying

20: here Chart -- Chart is bringing out a new product

21: that's better at this, and maybe you can mention this

22: to push forward the launch of that?  Is that

23: essentially --

24:              MR. SMITH:  Assumes facts not --

25:      Q.     (By Ms. Cowan)  -- what you're --

**(continued page 00127)**

01:            MR. SMITH:  -- in evidence.

02:      Q.    (By Ms. Cowan)  -- what you're summarizing

03: here?

04:      A.    So I think that's what it's saying there.

05:            So yeah.  There -- or -- or --  From my

06: understanding from engineering is they believe the

07: MVE TS has better resilience for these sort of

08: interference events.  And yeah.  You can bring this

09: to the attention of Joseph, Ramon, Buzz for their

10: consideration if they want to move up the launch.

11:      Q.    The launch of the new product?

12:      A.    Of MVE TS.  Uh-huh.

13:      Q.    Okay.  Do you know when the touch screen

14: was released in the U.S.?

15:      A.    I don't recall specifically.

16:      Q.    Okay.  Would that have been when you were

17: at Chart?

18:      A.    Yes.  I believe it was during my time at

19: Chart that that was launched.

20:      Q.    Okay.  Do you --  Do you recall any

21: communications with customers suggesting that they

22: swap out existing TEC3000s for the touch screen

23: controller?

24:      A.    I don't recall specifically.

25:      Q.    Okay.  Do you remember --  Do you recall

**(continued page 00128)**

01: it generally?

02:      A.    No.

03:      Q.    Okay.  Would you know if that kind of

04: communication had gone out?

05:            MR. SMITH:  Vague.

```
06:              THE WITNESS:  To -- So to recap, so

07:       communication to say, that if I'm understanding

08:       correctly, the MVE TS can be replaced -- can

09:       replace a TEC3000 if you're experiencing the

10:       serial number zero issue.

11:       Q.    (By Ms. Cowan)  That's not exactly my

12: question.

13:       A.    Okay.

14:       Q.    So I'm glad you summarized it.

15:              I think that you had already testified

16: that there weren't -- that you're not aware of any

17: communications referencing the serial number zero

18: issue going out generally to customers or end users?

19:       A.    In a mass communication, no.

20:       Q.    Okay.  And the specific communications

21: that you recall, those were only in reference to

22: people who had already reported the problem; is that

23: correct?

24:       A.    Correct.  Case by case for customers that

25: are experiencing it.
```

**Page 00221**

*Defense Objections FRE 403; confusing; incomplete hypothetical:*

```
06:       Q.    Okay.  If I -- If I reference a gettering

07: system, did -- is that familiar to you?

08:       A.    Yes.  Of a -- and I -- I may be

09: misinterpreting it.  I've heard it called the vacuum

10: getter system or -- --

11:       Q.    Sure.

12:       A.    -- or getter system.  Yeah.

13:       Q.    Okay.  And are you aware of any instance

14: in which there was a -- a problem caused or an issue
```

15: caused with a tank that was caused by the getter

16: system?

17:      A.    Not that I'm aware of that I can recall.

18: No.

19:      Q.    Okay.  Have you ever heard of a stainless

20: steel, open-top tank that lost, you know, more than

21: ten inches of liquid nitrogen in the space of less

22: than a day?

23:      A.    I can't recall exactly; and it would

24: depend on the size, too, or the model, so there's --

25: There's a inches-to-liters conversion we would use in

**(continued page 00222)**

01: tech service.

02:            We would get that question.  A lot of if I

03: fill --  Or for initial fills, for example, if I fill

04: my tank from zero to five inches or five to

05: eight inches, approximately how many liters am I

06: going to consume for that, which is a -- a good

07: practical question to ask, because they want to know

08: how much supply to have on hand.

09:            And that varies widely for the models just

10: based on the size of the necks and the inner diameter

11: of the tanks, so you can have very skinny or very

12: wide tanks, so the inches would correlate to a

13: different liter volume.

14:            MS. COWAN:  I'm going to strike that as

15:      nonresponsive.

16:      Q.    (By Ms. Cowan)  Have you ever heard of a

17: tank that -- that lost a significant amount, like 10

18: to 13 inches or more of liquid nitrogen in the space

19: of a single day?

20:          MR. SMITH:  Asked and answered.

21:          THE WITNESS:  I don't recall specifically

22:     that -- that number --

23:     Q.   (By Ms. Cowan)  Okay.  Do you remember --

24:     A.   -- or that volume of loss.

25:     Q.   -- any cases in which there was a

**(continued page 00223)**

01: significant loss, you know, that approximated that

02: number?

03:          I --  I'm not asking you specifically

04: those numbers.

05:     A.   Uh-huh.

06:     Q.   But do you recall cases in which, you

07: know, a significant -- perhaps the entire volume of a

08: tank was lost in the space of day?

09:          MR. SMITH:  Vague.  Asked and answered.

10:          THE WITNESS:  Yeah.  I can't --  I can't

11:     recall exactly.

12:     Q.   (By Ms. Cowan)  Okay.  Have you ever heard

13: of that happening for an 808 tank?

14:     A.   808 series freezer, not that I --

15:          MR. SMITH:  Okay.  I'll belated --

16:     belatedly object.  Same objections.

17:          THE WITNESS:  Not that I can recall.  Not

18:     for an 808 model freezer.

*Defense Objections FRE 403; confusing; incomplete hypothetical:*

19:     Q.   (By Ms. Cowan)  Okay.  Do you have any

20: sense of the -- of how a tank might lose its entire

21: volume of liquid nitrogen in the space of a day?  Do

22: you have any sense of what sorts of conditions could

23: lead to that?

24:           MR. SMITH:  Assumes facts.  Calls for

25:      expert opinion.

**(continued page 00224)**

01:           THE WITNESS:  Yeah.  Vacuum failure could

02:      be a contributing factor to that.  It also

03:      depends, again, right, the -- the approximate

04:      starting volume or starting level both

05:      correlated to size of the tank, so it's --

06:           We always try and --  Or one metric of

07:      performance for the freezers is liquid nitrogen

08:      usage in liters per day or liters per time, so

09:      those are the numbers that we would be closest

10:      to, and we can use --

11:           You know, you could manually measure with

12:      measuring sticks to get inches lost per day and

13:      then convert that to liters to get an

14:      approximation.

15:           But the vacuum failure would be a

16:      contributing factor; but, also, usage and how

17:      many racks you've added, those sorts of things

18:      would all affect that.

19:      Q.    (By Ms. Cowan)  Do you know the average

20: evaporation rate for an -- an 808 series tank?

21:      A.    I wouldn't call -- wouldn't recall

22: precisely.  I -- I want to say they range --  All the

23: MV freezers, the steel lines range from --

24:           MR. SMITH:  So the question is:  Do you

25:      know the average evaporation rate for an 808

**(continued page 00225)**

01:      series tank?

02:             THE WITNESS:  No.  No.  Yeah.  There's --

03:      there's a -- slightly different usage rates

04:      between high efficiency and open tops, depending

05:      on the model.

06:      Q.    (By Ms. Cowan)  Yeah.  That's fine.  You

07: started to answer something, and then your --  well,

08: then Mr. Smith --

09:      A.    Yeah.  I was going to --

10:      Q.    -- interrupted you.

11:      A.    I was going to give a -- a range of all

12: different -- different MV models --

13:      Q.    Please do.

14:      A.    -- to my recollection, but I realize it

15: doesn't answer the 808 question.

16:      Q.    No.  I'd --  I'd love to know what the

17: range you were going to provide was.

18:      A.    And this may be -- may be incorrect.  My

19: recollection is somewhere between 5 to 10 liters per

20: day.  Again, depending on the model, the size, and

21: the usage all impact that.

22:      Q.    Okay.  So 5 to 10 liters.  And do you know

23: how many inches that would translate to in an 808?

24:      A.    I don't know offhand.  I'd need that

25: conversion table.