John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
Andrew A. Lothson (SB No. 6297061)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100; Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com
alothson@smbtrials.com

Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN**
1033 Willow Street
San Jose, California 95125
Tel: (408) 288-9700; Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

*Counsel for Defendant Chart Inc.*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC<br><br>**CHART'S OBJECTIONS TO PLAINTIFFS CALLING JEAN POPWELL ON MAY 26, 2021**<br><br>Judge: Hon. Jacqueline Scott Corley |

1  Defendant Chart, Inc. ("Chart"), submits this Trial Brief regarding its objections to
2  Plaintiffs calling Jean Popwell on Wednesday, May 26, 2021.
3  On Monday, May 24, in accordance with the Court's order for disclosing trial witnesses
4  (and exhibits) two days before the witness would testify, Plaintiffs disclosed only Dr. Joseph
5  Conaghan for live trial testimony on Wednesday, May 26.  Three depositions are also set to be
6  played on May 26.
7  On Tuesday, May 24, shortly before 4 pm, Plaintiffs emailed Chart to inform that they
8  "might" begin Jean Popwell's direct examination on Wednesday, May 26 (instead of Thursday,
9  May 27).  Chart objects to this disclosure as untimely.

Respectfully submitted,

Dated: May 25, 2021

By:  /s/*Andrew A. Lothson*
Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN**
1033 Willow Street,
San Jose, California 95125
Tel: (408) 288-9700
Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
Andrew A. Lothson (SB No. 6297061)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100
Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com
alothson@smbtrials.com

*Counsel for Defendant Chart, Inc.*