Volume 2

Pages 113 - 300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE JACQUELINE SCOTT CORLEY, MAGISTRATE JUDGE

IN RE PACIFIC FERTILITY CENTER ) **No. 18-1586 JSC**
LITIGATION                      )
_____ )
                                  San Francisco, California
                                  Monday, May 24, 2021

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
                        GIRARD SHARP LLP
                        602 California Street, Suite 1400
                        San Francisco, California 94108
                BY:     **DENA C. SHARP, ESQ.**
                        **ADAM E. POLK, ESQ.**
                        **NINA R. GLIOZZO, ESQ.**

                        GIBBS LAW GROUP LLP
                        505 14th Street, Suite 1110
                        Oakland, California 94612
                BY:     **AMY M. ZEMAN, ESQ.**
                        **JOHN BICKNELL, ESQ.**
                        **GEOFFREY A. MUNROE, ESQ.**

            (APPEARANCES CONTINUED ON FOLLOWING PAGE)

Reported By:    Katherine Powell Sullivan, CSR #5812, RMR, CRR
                Marla F. Knox, CSR, RMR, CRR
                Official Reporter - U.S. District Court

1   **APPEARANCES:** (continued)

2   For Defendant Chart Industries:

3                           SWANSON, MARTIN AND BELL, LLP
                            330 N Wabash, Suite 3300
                            Chicago, Illinois 60611

4                   BY:  **JOHN J. DUFFY, ESQ.**
                         **KEVIN M. RINGEL, ESQ.**

5                        **ANDREW LOTHSON, ESQ.**
                         **KRISTINE C. REVEILLE, ESQ.**

6

7                        SHEUERMAN, MARTINI, TABARI,
                          ZENERE & GARVIN

8                        1033 Willow Street
                         San Jose, California 95125

                    BY:  **MARC G. COWDEN, ESQ.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## <u>I N D E X</u>

Monday, May 24, 2021

|                                      | <u>PAGE</u> | <u>VOL.</u> |
|--------------------------------------|------|------|
| Jury Instructions                    | 129  | 2    |
| Opening Statement by Ms. Sharp       | 143  | 2    |
| Opening Statement by Mr. Duffy       | 179  | 2    |

### <u>PLAINTIFFS' WITNESSES:</u>

### <u>KASBEKAR, ANAND</u>
| (SWORN)                              | 208  | 2    |
| Direct Examination by Ms. Zeman      | 208  | 2    |

- - - - -

## <u>E X H I B I T S</u>

| <u>TRIAL EXHIBITS</u>      | <u>IDEN</u> | <u>EVID</u> | <u>VOL.</u> |
|----------------------------|------|------|------|
| 1                          |      | 207  | 2    |
| 4                          |      | 207  | 2    |
| 5                          |      | 207  | 2    |
| 68                         |      | 207  | 2    |
| 118                        |      | 207  | 2    |
| 121-A and 121-B            |      | 207  | 2    |
| 122-A through 122-F        |      | 207  | 2    |
| 126-A through 126-S        |      | 207  | 2    |
| 130-A through 130-Z        |      | 207  | 2    |
| 131-A through 131-I        |      | 207  | 2    |
| 134-A through 134-F        |      | 207  | 2    |
| 192                        |      | 207  | 2    |
| 208                        |      | 207  | 2    |
| 272                        |      | 207  | 2    |

**I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 528 | | 207 | 2 |
| 531 | | 207 | 2 |
| 532 | | 207 | 2 |
| 533 | | 207 | 2 |

1    **Monday - May 24, 2021**                          **8:25 a.m.**

2                    **P R O C E E D I N G S**

3                        **---oOo---**

4         (Proceedings held outside the presence of the jury:)

5              THE CLERK:  Court is now in session.

6              THE COURT:  Good morning.

7              MS. SHARP:  Good morning.

8              MR. DUFFY:  Good morning, Your Honor.

9              THE COURT:  All right.  So we will start right at

10    8:30.

11             MONIQUE WILSON:  Who are you identified as?  Because I

12    don't even see a CRD option in the panel.

13             THE COURT:  Monique, this is Judge Corley.  We just

14    have to start the trial now, so we are just going to have to --

15    we are just going to have to do it -- I don't have time.  I'm

16    not going to make the jury wait.

17                  (Discussion held off the record.)

18             THE CLERK:  Hello?

19                      (Pause in proceedings.)

20             THE COURT:  All right.  Good morning, everyone.

21             MS. SHARP:  Good morning, Your Honor.

22             MR. DUFFY:  Good morning, Your Honor.

23             THE COURT:  So the first -- so let's first talk about

24    what we are going to do this morning.

25         When we bring the jury in, I'm going to read the

**PROCEEDINGS**

1   preliminary jury instructions.

2        At plaintiffs' request over defendant's objection, I

3   struck the -- the contract language.  As you know, I was

4   inclined not to give any instructions about arbitration at all.

5   So I will just strike that.

6        And I don't think -- I know Chart mentioned, well, the

7   contracts will be in evidence.  They will.  But there won't be

8   any discussion about the arbitration provision because it is

9   irrelevant.

10       The second issue is the implicit bias instruction, which I

11  am going to give.  And I note that the judges in this district

12  now have given it in several trials, and it was carefully

13  created by the Minnesota courts after a comprehensive review

14  process which included input from a variety of stakeholders,

15  and not solely for the Chauvin trial, but for potential use

16  more broadly instructing jurors to guard against their own

17  implicit and unconscious bias.  It's is not novel or

18  unprecedented.

19       The Ninth Circuit's model civil jury instructions make

20  express reference to unconscious biases.  Many Courts,

21  including this Court, regularly show introductory videos to

22  prospective jurors in addressing the topic, including our

23  jurors here today.  They saw one upstairs.

24       The awareness of the phenomenon of unconscious, implicit

25  bias is designed to enhance the quality of jury deliberations.

PROCEEDINGS

1      And the Minnesota instruction provides an accurate and

2  substantive explanation of implicit bias and gives sound,

3  concrete advice to jurors on how to safeguard against

4  unconscious biases as they consider the evidence and

5  deliberate.

6      And I will note, the language isn't based on one category

7  or anything.  It deals with gender, socioeconomic status, all

8  sorts of things.

9      And when we bring jurors together from all different

10  backgrounds, I think it is important.  And the lawyers, too,

11  come from -- and witnesses as well.  So I'm going to overrule

12  that objection and give that instruction.

13      So are there any -- so you got your tanks.

14      Oh, so in terms of schedule, I think what we will do is I

15  will give my preliminary instructions.  We will move straight

16  to Plaintiffs' opening, and then maybe we will take our

17  10-minute break a little early so that Mr. Duffy can get set

18  up.  And then we will do Chart's opening, and then we will move

19  straight to the first witness.

20      And are your clients here today?

21      **MS. SHARP:**  Yes, they are, Your Honor.  Three of them

22  are here.  Ms. Poynton, Ms. Enfield, and Ms. Sletten are here.

23      **THE COURT:**  Good morning and welcome.

24      **MS. SHARP:**  Your Honor, there is one issue that was

25  raised with the Court last night regarding Juror Number 5.  I'm

PROCEEDINGS

 1  not sure if the Court has been briefed on this issue.

 2          **THE COURT:**  I have not.

 3          **MS. SHARP:**  We learned from Chart late last night that

 4  Juror Number 5, it has been disclosed by one of Chart's experts

 5  that there is a connection between Juror Number 5 and

 6  Mr. Parrington, Chart's expert.

 7          Specifically, Mr. Parrington's brother attended and was

 8  the best man at Juror Number 5's wedding a few years ago.

 9          This information was only revealed to us last night.  And

10  it became clear to us as we looked into it that Chart's

11  witnesses were not identified in the questionnaire that was

12  sent out to the jurors.

13          So what we would propose -- and we have met and conferred

14  with Chart about it -- would be that we read the entire list of

15  witnesses to the remaining jurors this morning just to make

16  sure that we have a clean record on this.

17          **THE COURT:**  Yes.  So was that our mistake, that it

18  just didn't get in the Survey Monkey?

19          **MS. SHARP:**  Well, Your Honor, to be honest, we are not

20  exactly sure.  We provided -- all the Plaintiffs' witnesses

21  were identified, and Chart's witnesses were not in the

22  questionnaire.  Not exactly sure how that happened.

23          **THE COURT:**  Okay.  All right.

24          **MR. DUFFY:**  On behalf of Chart, I agree, Your Honor.

25  I think we should read them again, just to make sure,

1    obviously.

2            **THE COURT:**  All right.  Number 5 then, since we know

3    this, should we voir dire him?

4            **MS. SHARP:**  Number 5?

5            **THE COURT:**  Yes.

6            **MS. SHARP:**  Sure, Your Honor.  Although from our

7    perspective, given the very close connection to this expert, we

8    would have very significant concerns.

9        We would also note that had we known this in advance, had

10   Chart actually provided the witness list to the jurors, we

11   would have conducted our voir dire and peremptories

12   differently.  But we are where we are, and none of us want to

13   lose this jury now.

14           **THE COURT:**  All right.  So I need this list.

15           **MS. SHARP:**  We have it, Your Honor.

16           **MR. DUFFY:**  All right.

17                   (Pause in proceedings.)

18           **MS. SHARP:**  May I approach, Your Honor?

19           **THE COURT:**  Yes.

20           **MR. DUFFY:**  Your Honor, in an abundance of caution,

21   the list I think we filed has the anonymity names of the

22   Plaintiffs.

23           **MS. SHARP:**  Oh, yes.  And Ms. Balassone's name is on

24   there, Your Honor.  We would note that we could skip her.

25           **THE COURT:**  I wonder if I can just read the

PROCEEDINGS

 1   defendants, since the Plaintiffs were on the survey.

 2          **MS. SHARP:**  That would be --

 3          **THE COURT:**  I don't know why.

 4          **MS. SHARP:**  Yes, Your Honor, that would be fine with

 5   us.

 6      My colleague, Ms. Gliozzo, has a list of the witnesses who

 7   were not on the questionnaire list.  Maybe that would be best.

 8          **THE COURT:**  All right.  So I have the list in front of

 9   me, that you just handed to me.  Just tell me where to start.

10          **MS. SHARP:**  If I may approach again, here is the more

11   streamlined list of those who were not identified.

12          **THE COURT:**  Thank you.

13          **MR. DUFFY:**  I will defer to the Court on this.  I

14   think it may make sense to read them all.

15          **THE COURT:**  Why?

16          **MR. DUFFY:**  We have already had one problem.  I'm just

17   worried.  I will defer to the Court.

18          **THE COURT:**  Well, you saw the survey.  Is there any

19   Plaintiffs' witness missing from the survey?

20          **MR. DUFFY:**  I don't know, Your Honor.

21          **MS. SHARP:**  No, Your Honor.  We checked last night.

22          **THE COURT:**  All right.  Then I'm not going to read it

23   again.

24          **MS. SHARP:**  It was Chart who didn't read the names in

25   the first place, so we would only have those names read.  Thank

PROCEEDINGS

```
1    you.
2              THE COURT:  All right.  So all these names starting
3    with Brendon Wade through Arun Sharma should be read?
4              MS. SHARP:  Yes, I believe so, Your Honor.
5              THE COURT:  All right.  But maybe we should just speak
6    to Mr. Hanson first; right?  Because I don't want to bring them
7    all out.
8              MS. SHARP:  It is not Mr. Hanson, Your Honor.  It is
9    Ms. Fredrickson.
10             THE COURT:  Oh, Ms. Fredrickson.
11             MR. DUFFY:  No, no.  It is Mr. Hanson.  It is the best
12   man.  That's the one who knows one of our experts.
13             THE COURT:  That's what you said at the beginning, I
14   thought, Ms. Sharp.
15             MS. SHARP:  Well, 5 was her number in selection.
16             MR. DUFFY:  It is Mr. Hanson, correct.
17             MS. SHARP:  Well, that is news to us.
18             MS. ZEMAN:  Yes.  We were told Juror Number 5.
19             MS. SHARP:  The only way that you identified the juror
20   last night was as Juror 5.  We will check our records, but
21   I believe Juror 5 is Ms. Fredrickson.
22             THE COURT:  You are correct that Juror Number 5, in
23   terms of number.  But, I guess, letter E, I guess, is maybe
24   what they were referring to.
25             MS. SHARP:  Well, letters and numbers are different.
```

PROCEEDINGS

1          **THE COURT:**  Right.

2          **MS. SHARP:**  Your Honor, we would take the position at

3    least that we should do voir dire on Mr. Hanson.

4          **THE COURT:**  First, I guess.

5          **MS. SHARP:**  Agreed.

6          **MR. DUFFY:**  Agreed.

7          **THE COURT:**  Ms. Means, can we bring in Mr. Hanson.

8          **THE CLERK:**  Yes.

9                    (Pause in proceedings.)

10              (Juror Hanson entered the courtroom.)

11         **THE COURT:**  It is okay, Mr. Hanson.  You haven't done

12   anything wrong.

13        Good morning, Mr. Hanson.

14         **JUROR HANSON:**  Good morning.

15         **THE COURT:**  Thank you for being here this morning.

16        It has come to our attention the Survey Monkey that the

17   jurors received was supposed to have listed all the potential

18   witnesses in the case so you could see if you knew anyone.

19        It has come to our attention that the witnesses for Chart

20   were not listed on that.

21        And it has also come to our attention that you may know

22   one of the witnesses, Ron Parrington, who is going to be one of

23   Chart's experts and is from Plymouth, Minnesota.

24        Does that name ring a bell to you?

25         **JUROR HANSON:**  Yes.

1          **THE COURT:**  And how do you know Mr. Parrington?

2          **JUROR HANSON:**  I worked with him at Knolls Atomic

3    Power Laboratory --

4          **THE COURT:**  Could you speak into the microphone there?

5          **JUROR HANSON:**  I worked with him at Knolls Atomic

6    Power Laboratory in Schenectady, New York.

7          **THE COURT:**  And for how long did you work with him?

8          **JUROR HANSON:**  About five years.

9          **THE COURT:**  And when was that?

10         **JUROR HANSON:**  From about 1993 to 1998 or '99.

11         **THE COURT:**  All right.  So you are familiar, then,

12   with his experience, just his scientific background, his

13   education, knowledge.  You have personal experience with that?

14         **JUROR HANSON:**  Yes.  I'm aware that he is a material

15   science expert and a failure analysis expert.

16         **THE COURT:**  Okay.

17         **JUROR HANSON:**  If it is the same Ron Parrington I

18   know.

19         **THE COURT:**  It is, yeah, the same Ron Parrington.

20         **JUROR HANSON:**  It has been a long, long time.

21         **THE COURT:**  Yeah, no.  I understand.

22      Does -- do -- do the parties have any questions for him?

23         **MS. SHARP:**  I do actually, if I may.

24         **THE COURT:**  If you could, into the microphone.

25         **MS. SHARP:**  Of course.  Apologies.  Good morning,

**PROCEEDINGS**

 1   Mr. Hanson.

 2          **JUROR HANSON:**  Good morning.

 3          **MS. SHARP:**  We received information last night that we

 4   would like to ask you just a little bit about.

 5       We understand that you may have attended a wedding or that

 6   Mr. Parrington's brother may have attended a wedding related to

 7   your family.  Does that ring a bell?

 8          **JUROR HANSON:**  Yes, Ron Parrington's brother is Joe

 9   Parrington.  And he was the best man at my wedding.

10          **MS. SHARP:**  At your wedding?

11          **THE COURT:**  His brother was the best man at your

12   wedding?

13          **JUROR HANSON:**  Joe is a very, very good friend of

14   mine.

15          **THE COURT:**  Okay.  All right.  So I'm going to have to

16   excuse Mr. Hanson.

17       So, Mr. Hanson, through no fault of your own, we are going

18   to have to excuse you as a witness -- I mean as a juror because

19   of your close relationship with an expert in this case.

20       I'm sure you would do your best to evaluate his testimony

21   objectively, but you can understand how one side or the other

22   would have concerns about that.

23       I'm terribly sorry that we didn't pick this up before and

24   that you traveled here today.  And I'm sure you would have been

25   an outstanding juror.

PROCEEDINGS

1      But unfortunately I'm just going to have to excuse you

2  because of your connection to Mr. Parrington.

3           **JUROR HANSON:**  It is a small world.

4           **THE COURT:**  It is a very small world.

5                         (Laughter.)

6           **THE COURT:**  Who would have thought?  This is the first

7  time I have had a trial where a juror actually did know one of

8  the witnesses.  And this witness is from Minnesota.

9           **JUROR HANSON:**  I did not know he was in Minnesota now.

10  I lost track of where Ron went.

11          **THE COURT:**  Well, that's where he is.  So --

12          **JUROR HANSON:**  Can I comment on his value?

13          **THE COURT:**  No.  Nothing.

14          **JUROR HANSON:**  Okay.

15          **THE COURT:**  Nothing at all.

16      Again, thank you so much for your service.  And I'm sorry

17  you weren't able to serve this time.

18          **JUROR HANSON:**  I'm sorry that happened.

19          **MS. SHARP:**  Thank you, Mr. Hanson.

20          **JUROR HANSON:**  What do I do?

21                         (Laughter.)

22          **THE COURT:**  Yeah.  You can go back in the jury room;

23  get your stuff.  And if you need to check out of the -- back to

24  the 18th floor, and just tell them that you have been excused

25  through no fault of your own.

PROCEEDINGS

```
 1          THE CLERK:  Nineteenth floor.

 2      I don't know if anyone is up there.  Can I take your juror

 3  badge?  They get very upset when you walk away with that.

 4          JUROR HANSON:  Okay.

 5          THE COURT:  Thank you, Mr. Hanson.

 6          MS. SHARP:  Thank you, Mr. Hanson.

 7          MR. DUFFY:  Thank you, Mr. Hanson.

 8              (Juror Hanson exited the courtroom.)

 9          THE COURT:  All right.  You can be seated.  Ada is

10  going to connect us.  We are not connected yet to the AT&T

11  line, and then we will bring the jury in.

12      I will read them the names of all the witnesses, and then

13  I will do the preliminary instructions.

14      This is why we picked 10.

15                  (Pause in proceedings.)

16  (Proceedings were heard in the presence of the jury:)

17          THE COURT:  Good morning, members of the jury.  Thank

18  you for being so prompt this morning.

19      As you may have heard, we are going to start by -- we

20  realized that the Survey Monkey that you had did not have

21  the -- oh, the lawyers, you may be seated -- did not have the

22  names of all the potential witnesses that might appear in the

23  case.

24      As it turns out, Mr. Hanson was aware of one of the

25  witnesses so we had to excuse him.
```

**JURY INSTRUCTIONS**

1    So I'm going to read some names to you now, and could you

2    please raise your hand if you know any of these persons.

3    So I'm going to read you some names now, and these people

4    all live in Ball Ground, Georgia:  Brendan Wade, Buster Ingram,

5    Frank Bies, Jeff Brooks, Jeffrey Dresow, Justin Junnier, Kyle

6    Eubanks, Ramon Gonzalez, and Seth Adams.

7    All right.  Then we have Dr. Angela Lawson from Chicago,

8    Illinois; Dr. Eve Feinberg from Chicago, Illinois; Dr. Franklin

9    Miller from Stanton, Wisconsin; Dr. Grace Centola from Florida;

10   Eldon Leaphart from Texas; John Cauthen from Indian Rocks

11   Beach, Florida; Ron Parrington from Plymouth, Minnesota;

12   Gregory Mueller, Minnesota; William Pickell, Minnesota; Alden

13   Romney, San Francisco; Anya Sokolova in Hawaii; Dr. Jinnuo Han

14   in San Francisco; Hana Lamb from Colorado; Jennifer Andres.

15   These next witnesses all are from San Francisco:  Jennifer

16   Andres, Kathrin Buchanan, Valerie Hines, Dr. Carl Herbert,

17   Dr. Carolyn Givens, Dr. Eldon Schriock, Dr. Isabelle Ryan,

18   Dr. Liyun Li, Dr. Philip Chenette.

19   And then Arun Sharma from Chicago.

20   Do any of you believe you know any of these witnesses?

21   (No response.)

22   **JURY INSTRUCTIONS**

23   **THE COURT:**  Okay.  Great.  Thank you.

24   All right.  Now what I'm going to do is give you some

25   preliminary jury instructions.

**JURY INSTRUCTIONS**

1   You are now the jury in this case.  And I want to take a

2   few minutes to tell you something about your duties as jurors

3   and to give you some preliminary instructions.

4   At the end of the trial I will give you more detailed

5   instructions that will control your deliberations.

6   When you deliberate, it will be your duty to weigh and to

7   evaluate all the evidence received in the case and in that

8   process to decide the facts.

9   To the facts as you find them, you will apply the law as I

10  give it to you, whether you agree with the law or not.

11  You must not -- you must decide the case solely on the

12  evidence and the law before you.  You will recall that on

13  Thursday you took an oath to do so.

14  At the end of the trial I will give you final

15  instructions.  It is the final instructions that will govern

16  your duties.

17  Please do not take anything I may say or do during the

18  trial as indicating what I think of the evidence or what the

19  verdict should be.  It is entirely up to you, the jury.

20  We all have feelings, assumptions, perceptions, fears, and

21  stereotypes about others.

22  Some biases we are aware of and others we might not be

23  fully aware of, which is why they are called implicit or

24  unconscious biases.

25  No matter how unbiased we think we are, our brains are

1  hardwired to make unconscious decisions.  We look at others and

2  filter what they say through our own personal experience and

3  background.

4      Because we all do this, we often see life and evaluate

5  evidence in a way that tends to favor people who are like

6  ourselves or who have had life experiences like our own.

7      We can also have biases about people like ourselves.  One

8  common example is the automatic association of male with career

9  and female with family.

10     Bias can affect our thoughts, how we remember what we see

11  and hear, who we believe or disbelieve, and how we make

12  important decisions.

13     As jurors, you are being asked to make an important

14  decision in the case.

15     You must, one, take the time you need to reflect carefully

16  and thoughtfully about the evidence.

17     Two, think about why you are making the decision you are

18  making and examine it for bias.

19     Reconsider your first impressions of the people and the

20  evidence in this case.

21     If the people involved in this case were from different

22  backgrounds; for example, richer or poorer, more or less

23  educated, older or younger, or of a different gender, gender

24  identity, race, religion, or sexual orientation, would you

25  still view them and the evidence in the same way.

1    Three, listen to one another.  You must carefully evaluate

2  the evidence and resist -- and help each other resist any urge

3  to reach a verdict influenced by bias for or against any party

4  or witness.

5    Each of you have different backgrounds and will be viewing

6  this case in light of your own insights, assumptions, and

7  biases.

8    Listening to different perspectives may help you to better

9  identify the possible effects these hidden biases may have on

10  decision making.

11    And, four, resist jumping to conclusions based on personal

12  likes or dislikes, generalizations, gut feelings, prejudices,

13  sympathies, stereotypes, or unconscious biases.

14    The law demands that you make a fair decision based solely

15  on the evidence, your individual valuations of that evidence,

16  your reasoning and common sense, and these instructions.

17    Plaintiffs, Laura and Kevin Parsell, Chloe Poynton,

18  Rosalynn Enfield, and Adrienne Sletten each engaged with

19  Pacific Fertility Center to provide them with fertility

20  services.

21    Plaintiffs' eggs and embryos were stored in a cryogenic

22  tank referred to as Tank 4, which was designed and manufactured

23  by Defendant Chart, Inc.

24    Plaintiffs allege that Tank 4 lost liquid nitrogen during

25  an incident that occurred the weekend of March 4, 2018,

 1   damaging or destroying their eggs and embryos.

 2       The Plaintiffs assert that the tank malfunctioned because

 3   a defect in the way it was designed or manufactured by Chart

 4   and that Chart negligently failed to recall the tank's

 5   controller.

 6       The Plaintiffs have the burden of proving these claims.

 7       The Defendant Chart denies Plaintiffs' allegations and

 8   denies that Plaintiffs are entitled to an award of damages.

 9       Chart contends that Pacific Fertility Center's misuse of

10   the tank caused the incident and any alleged damage to

11   Plaintiffs' frozen eggs and embryos.

12       The Defendant Chart has the burden of proof on its

13   affirmative defenses, including that Pacific Fertility Center

14   misused Tank 4.

15       The Plaintiffs deny Chart's affirmative defenses.

16       When a party has the burden of proving any claim or

17   affirmative defense by a preponderance of the evidence, it

18   means you must be persuaded by the evidence that the claim or

19   affirmative defense is more probably true than not true.

20       You should base your decision on all of the evidence,

21   regardless of which party presented it.

22       When a party has the burden of proving any claim or

23   defense by clear and convincing evidence, it means that the

24   party must present evidence that leaves you with a firm belief

25   or conviction that it is highly probable that the factual

1  contentions of the claim or defense are true.

2      This is a higher standard of proof than proof by a

3  preponderance of the evidence, but it does not require proof

4  beyond a reasonable doubt.

5      You should decide the case as to each Plaintiff

6  separately.  Unless otherwise stated, these instructions apply

7  to all parties.

8      The evidence you are to consider in deciding what the

9  facts are consist of:  The sworn testimony of any witness, the

10  exhibits that are admitted into evidence, any facts to which

11  the lawyers have agreed, which we will read to you, and any

12  facts that I may instruct you to accept as proved.

13      In reaching your verdict, you may consider only the

14  testimony and exhibits received into evidence.

15      Certain things are not evidence and you may not consider

16  them in deciding what the facts are.  I will list them for you.

17      Arguments and statements by lawyers are not evidence.  The

18  lawyers are not witnesses.

19      What they may say this morning in their opening

20  statements, closing arguments, and at other times is intended

21  to help you interpret the evidence; but it is not evidence.

22      If the facts as you remember them differ from the way the

23  lawyers have stated them, your memory of them controls.

24      Questions and objections by lawyers are not evidence.

25      Attorneys have a duty to their clients to object when they

**JURY INSTRUCTIONS**

believe a question is improper under the rules of evidence.

You should not be influenced by the objection or by the Court's ruling on it.

Testimony that is excluded or stricken or that I instruct you to disregard is not evidence and must not be considered.

In addition, some evidence may be received only for a limited purpose.

When I instruct you to consider certain evidence only for a limited purpose, you must do so and you may not consider that evidence for any other purpose.

Anything you may see or hear when the Court was not in session is not evidence.

You are to decide the case solely on the evidence received at trial.

Some evidence may be admitted only for a limited purpose.

When I instruct you that an item of evidence has been admitted only for a limited purpose, you must consider it only for that limited purpose and not for any other purpose.

Evidence may be direct or circumstantial.

Direct evidence is direct proof of a fact, such as testimony by a witness about what the witness personally saw or heard or did.

Circumstantial evidence is proof of one or more facts from which you could find another fact.  You should consider both kinds of evidence.

**JURY INSTRUCTIONS**

1   The law makes no distinction between the weight to be

2   given to either direct or circumstantial evidence.

3   It is for you, the jury, to decide how much weight to give

4   to any piece of evidence.

5   You will hear evidence about Pacific Fertility Center,

6   Pacific MSO, and Prelude Fertility.

7   These entities are not defendants in this lawsuit.

8   Instead they are defendants in separate and ongoing

9   arbitration proceedings brought by Plaintiffs.

10   Arbitration is a form of alternative dispute resolution.

11   There are rules of evidence that control what can be

12   received into evidence.

13   When a lawyer asks a question or offers an exhibit into

14   evidence and a lawyer on the other side thinks that it is not

15   permitted by the rules of evidence, that lawyer may object.

16   If I overrule the objection, the question may be answered

17   and the exhibit received.

18   If I sustain the objection, the question cannot be

19   answered and the exhibit cannot be received.

20   Whenever I sustain an objection to a question, you must

21   ignore the question and must not guess what the answer might

22   have been.

23   In deciding the facts of this case, you may have to decide

24   which testimony to believe and which testimony not to believe.

25   You may believe everything a witness says or part of it or

1    none of it.

2        In considering the testimony of any witness, you may take

3    into account the opportunity and ability of the witness to see

4    or hear or know the things testified to; the witness' memory;

5    the witness' manner while testifying; the witness' interest in

6    the outcome of the case, if any; the witness' bias or

7    prejudice, if any; whether other evidence contradicted the

8    witness' testimony; the reasonableness of the witness'

9    testimony in light of all the evidence; and any other factors

10   that bear on believability.

11       Sometimes a witness may say something that is not

12   consistent with something else he or she said.

13       Sometimes different witnesses will give different versions

14   of what happened.

15       People often forget things or make mistakes in what they

16   remember.  Also, two people may see the same event but remember

17   it differently.  You may consider these differences, but do not

18   decide that testimony is untrue just because it differs from

19   other testimony.

20       However, if you decide that a witness has deliberately

21   testified untruthfully about something important, you may

22   choose not to believe anything that witness said.

23       On the other hand, if you think the witness testified

24   untruthfully about some things but told the truth about others,

25   you may accept the part you think is true and ignore the rest.

1        The weight of the evidence as to a fact does not

2   necessarily depend on the number of witnesses who testify.

3        What is important is how believable the witnesses were and

4   how much weight you think their testimony deserves.

5        I will now say a few words about your conduct as jurors.

6        First, keep an open mind throughout the trial; and do not

7   decide what the verdict should be until you and your fellow

8   jurors have completed your deliberations at the end of the

9   case.

10       Second, because you must decide this case based only on

11  the evidence received in the case and on my instructions as to

12  the law that applies, you must not be exposed to any other

13  information about the case or to the issues it involves during

14  the course of your jury duty.

15       Thus, until the end of the case or unless I tell you

16  otherwise, do not communicate with anyone in any way and do not

17  let anyone else communicate with you in any way about the

18  merits of the case or anything to do with it.

19       This includes discussing the case in person, in writing by

20  phone, tablet or computer, or any other electronic means via

21  e-mail, text messaging, or internet chat room, blog, website,

22  or application including not limited to Facebook, YouTube,

23  Twitter, Instagram, LinkedIn, SnapChat, TikTok, or whatever the

24  latest app is.

25       This applies to communicating with your fellow jurors

1   until I give you the case for your deliberations.

2       So this is important and this is hard, right.  You are

3   going to be sitting in court listening to this; but when you go

4   back to your jury room, what I'm asking you is to not talk

5   about the case with your fellow jurors.

6       And to not communicating with the -- your family members,

7   your employer, the media or press, and the people involved in

8   the trial although you may notify your family and your employer

9   that you have been seated as a juror in this case and how long

10  you expect the trial to last.

11      But if you are asked or approached in any way about your

12  jury service or anything about this case, you must respond that

13  you have been ordered not to discuss the matter and report the

14  conduct -- contact to the Court.

15      You may -- although less now that we are doing these

16  precautions -- but you may run into parties or lawyers in the

17  hallways in the lobby and the like, and they may nod; but they

18  are not going to say anything to you.  And that's because they

19  have been ordered not to communicate with you.  They are not

20  being rude.

21      Because you will receive all the evidence and legal

22  instruction you properly may consider to return a verdict, do

23  not read, watch, or listen to any news or media accounts or

24  commentary about the case or anything to do with it.

25      Do not do any research such as consulting dictionaries,

**JURY INSTRUCTIONS**

1  searching the Internet or using other reference materials.  And

2  do not make any investigation or in any other way try to learn

3  about the case or the lawyers or the parties on your own.

4     Do not visit or view any place discussed in this case, and

5  do not use the internet or any other research to search for or

6  view any place discussed during the trial.

7     And do not do any research about this case, the law or the

8  people involved until you have been excused as jurors.

9     If you happen to read or hear anything touching on this

10 case in the media, turn it -- turn away and report it to me as

11 soon as possible.

12    These rules protect each parties' right to have this case

13 decided only on evidence that has been presented here in court.

14    Witnesses here in court take an oath to tell the truth,

15 and the accuracy of their testimony is tested through the trial

16 process.

17    If you do any research or investigation outside the

18 courtroom or gain any information through improper

19 communications, then your verdict may be influenced by

20 inaccurate, incomplete, or misleading information that has not

21 been tested by the trial process.

22    Each of the parties is entitled to a fair trial by an

23 impartial jury.  And if you decide the case based on

24 information not presented in court, you will have denied the

25 parties a fair trial.

1    Remember, you have taken an oath to follow the rules, and

2  it is very important that you follow these rules.

3    A juror who violates these restrictions jeopardizes the

4  fairness of these proceedings and a mistrial could result that

5  would require the entire process to start over.

6    If any juror is exposed to any outside information, please

7  notify the Court immediately.

8    If there is any news media account or commentary about the

9  case or anything to do with it, you must ignore it.

10    You must not read, watch, or listen to any news media

11  account or commentary about the case or anything to do with it.

12    The case must be decided by you solely and exclusively on

13  the evidence that will be received in the case and on my

14  instructions on the law that applies.

15    Again, if any juror is exposed to outside information,

16  please notify me immediately.

17    I urge you to pay close attention to trial testimony as it

18  is given.

19    During deliberations you will not have a written

20  transcript of the trial testimony.

21    If you wish, you may take notes to help you remember the

22  evidence.  If you do take notes, please keep them to yourself

23  until you go to the jury room to decide the case.

24    Do not let note taking distract you.  When you leave your

25  notes should be left in the jury courtroom.  No one will read

 1  your notes.

 2      Whether or not you take notes, you should rely on your own

 3  memory of the evidence.  Notes are only to assist your memory.

 4  You should not be overly influenced by your notes or those of

 5  other jurors.

 6      From time to time during the trial it may become necessary

 7  for me to talk with the attorneys out of the hearing of the

 8  jury, either by having a conference at the bench when the jury

 9  is present in the courtroom, but that's unlikely I think in

10  present times.  Most likely by calling a recess.

11      Please understand that while you are waiting, we are

12  working.

13      The purpose of these conferences is not to keep relevant

14  information from you, but to decide how certain evidence is to

15  be treated under the rules of evidence and to avoid confusion

16  and error.

17      Of course, we will do what we can to keep the number and

18  length of these conferences to a minimum; and I may not always

19  grant an attorney's request for a conference.

20      Do not consider my granting or denying a request for a

21  conference as an indication of my opinion of the case or of

22  what your verdict should be.

23      The trial is going to proceed in the following way.

24  First, each side may make an opening statement.  An opening

25  statement, as I said earlier, is not evidence.  It is simply an

1   outline to help you understand what that party expects the

2   evidence will show.

3        A party is not required to make an opening statement.

4        The Plaintiffs will then present their evidence, and

5   Counsel for the Defendant may cross-examine.

6        Then the Defendant may present evidence, and Counsel for

7   the Plaintiffs may cross-examine.

8        After the evidence has been presented, I will instruct you

9   on the law that applies to the case and the attorneys will make

10  closing arguments.

11       And after that, you will go to the jury courtroom to

12  deliberate on your verdict.

13       Thank you for your attention.

14       And, Ms. Sharp, would the Plaintiffs like to make an

15  opening statement?

16       **MS. SHARP:**  We would.  Thank you, Your Honor.

17                       **OPENING STATEMENT**

18       **MS. SHARP:**  In March of 2018 a freezer tank holding

19  thousands of human eggs and embryos catastrophically failed.

20       Chart, Incorporated manufactured and designed that tank.

21       The evidence in this trial will show that a weld cracked

22  and the tank failed and imploded in exactly the way Chart,

23  Incorporated had predicted years earlier.

24       But Chart did nothing.  Said nothing.  Chart still hasn't

25  taken responsibility for the failure of its product.  That's

1  why we are all here today.

2      Tank 4, as it was known, and -- it is right here in the

3  courtroom.  You can see it for yourself -- was a vacuum

4  insulated storage tank, kind of like a big coffee Thermos, a

5  bit like this (indicating), a familiar object, a coffee

6  Thermos.

7      In a coffee Thermos the inner vessel holds the contents.

8  The outer vessel is separate.  It is the vacuum insulation

9  layer between the two that is so critical.

10     It must stay totally airtight.  That's the trick to

11 keeping the contents of the inner vessel insulated from and

12 unaffected by the temperature of the outside world.

13     Now, unlike a coffee Thermos, Tank 4 had welds in its

14 inner vessel.  And you will hear how the cracked weld in Tank 4

15 allowed liquid nitrogen to escape into that vacuum insulation

16 layer causing the nitrogen to warm up, to flash from a liquid

17 to gas, and expand to almost 700 times its original volume,

18 causing the tank to implode like a crushed soda can.

19     It suffered a total vacuum loss.  We will talk about that

20 a lot.

21     But the weld in Tank 4 wasn't its only problem.  Tank 4

22 came with a controller, which is a computerized panel meant to

23 monitor conditions inside the tank and trigger an alarm if

24 anything goes outside the norm.

25     The controller on Tank 4 had malfunctioned a little more

1    than two weeks before the tank failed in March of 2018.

2         So no alarm sounded to notify anyone of the disaster as it

3    was unfolding.

4         The failure subjected the eggs and embryos inside the tank

5    to an uncontrolled thaw, damaging or destroying them.  The

6    results, as you will see, were devastating.

7         This trial involves five people whose lives have been

8    irreversibly changed by the tank failure:  Adrienne Sletten,

9    Rosalynn Enfield, Laura and Kevin Parsell, and Chloe Poynton.

10        These are all people who were proactively trying to

11   preserve their fertility options, options that Chart took away,

12   as the evidence will show.

13        Their eggs and embryos were in Tank 4 when it failed.  You

14   will hear their stories.

15        Now, Tank 4 -- slide, please -- Tank 4 held human eggs and

16   embryos frozen and submerged in a bath of liquid nitrogen.  It

17   looked like.

18        This trial is about how Tank 4 went from looking like this

19   to looking like that -- my clicker isn't going to work here.

20   Now it's working -- like that.

21        Now, just to be clear, the picture you are looking at is

22   the tank that is here in the courtroom.  It is just a picture

23   from above since we are all spread out in the courtroom.

24        Now, this trial will focus on three main questions.

25   First, how Tank 4 failed.  That first and last line of defense

1  for the eggs and embryos inside and the choices Chart,

2  Incorporated made about it, the things that only Chart knew

3  that led to that failure.

4      Second question:  Chart's responsibility for what

5  happened.  The tank failed at an IVF clinic.

6      Chart will present evidence trying to blame the clinic,

7  and only the clinic, for the tank failure because Chart does

8  not accept responsibility.

9      **MR. DUFFY:**  Objection.  Argumentative.

10     **THE COURT:**  Overruled.

11     **MS. SHARP:**  As Judge Corley just instructed you, the

12  IVF is being sued in different legal proceedings called

13  arbitrations and will be answerable then.

14     Even so, you will hear from the clinic staff in this

15  trial.  The clinic director, Dr. Conaghan, will come here; and

16  he will testify in person, as will several of the embryologists

17  from the clinic.

18     They will tell you about that day.  They will tell you

19  about how they felt when they realized the tank had failed.

20  They will tell you about the aftermath at the clinic.

21     Now, neither the IVF clinic nor the embryologists who work

22  there are defendants in this trial, though.

23     This trial is against Chart, Incorporated.  And this trial

24  is about whether Chart will take responsibility for the failure

25  of its own product.

 1          What you will not see in this trial is a single person

 2     from Chart, Incorporated who could be bothered to come and

 3     testify live in this courtroom.

 4          **MR. DUFFY:**  Objection, Your Honor.  Motion for a

 5     mistrial.

 6          **THE COURT:**  Sustained.  We will address it later.

 7          Go ahead.

 8          **MS. SHARP:**  Now, even though Chart's people know the

 9     tanks better than anyone else, you will hear from their

10     experts.

11          Now, the third question in this trial will be how the

12     Tank 4 failure impacted the lives of these five individuals.

13          These individuals are people from different walks of life

14     who all are brought together by the misfortune of having had

15     their eggs or embryos, that precious cargo, those hopes and

16     dreams in that tank on that fateful day in March of 2018.

17          Now, a quick note here on the difference between eggs and

18     embryos.

19          An embryo is an egg that has been fertilized so it is a

20     little further along developmentally.  Whether.

21          They had eggs or embryos in that tank, none of these

22     people can turn back the biological clock to where they were

23     before that day.

24          You will hear in this trial that a 34-year-old egg has

25     better odds than a 38-year-old egg, which has better odds than

**OPENING STATEMENT / SHARP**

1   a 42-year-old egg and so on.

2       As a result, a 34-year-old egg can't just be replaced by

3   another one.  It is not that simple.  That's not how it works.

4       Time was of the essence for each of these five people back

5   when they decided to go ahead with IVF.  They will tell you

6   about that.

7       Time is still of the essence for them now.  You will hear

8   it for yourselves.

9       Now, because we are the Plaintiffs, it is up to us to

10  prove our case.  As Judge Corley just explained, we have the

11  burden of proof.

12      What that means is that it is our job to prove to you more

13  likely than not that Chart is responsible for the tank failure.

14      We will talk more about the burdens later, and we will

15  talk about how they are different from the reasonable doubt

16  standard we see on crime shows on TV.

17      For now, just know that we have our burdens.  Chart has

18  its burdens.  And you should hold us both to our burdens.

19      Now, to help us get to the right answers together, let's

20  start with the facts and a timeline of events and what we

21  believe the evidence will show.

22      But before that, I would like to introduce our trial team,

23  the lawyers for the Plaintiffs who you will see day in and day

24  out in the coming days.  To my left is Amy Zeman.  Next to her

25  is Jeff Munroe, Adam Polk, John Bicknell, Nina Gliozzo.  I'm

OPENING STATEMENT / SHARP

1    Dena Sharp.

2        And we, of course, thank you jurors; and we thank the

3    Court and the staff for being here for making this happen.

4        Without all of you here, these Plaintiffs would still be

5    waiting for their day in court more than three years after the

6    tank failed.  So let's get to work.

7        The tank, something happened to Tank 4.  On the outside,

8    as you can see, it might look fine.  On the inside -- again, as

9    you can see -- it does not.

10       In the Plaintiffs' case you will learn about Chart's

11   failure analysis, the results of forensic testing of the tank,

12   expert analysis of what caused the failure; and you will have

13   the evidence to decide for yourselves whose version of events

14   holds up.

15       Now, Chart holds itself out as the world's leading

16   manufacturer of vacuum-insulated products and cryogenic

17   systems.

18       According to Chart, it has set the standard for storage of

19   biological materials for more than 50 years, as you can see

20   the -- from the document in front of you.

21       It also says that its tanks have a 10-year life

22   expectancy.

23       Chart's tank have one job:  To keep biological material

24   ultra cold and ultra safe.

25       But something obviously went wrong with that tank.  What

1  was it?  What happened?  That will be a central issue in this

2  case.

3       You will hear from Dr. Kasbekar, a mechanical engineer,

4  first.  He will be our first witness today.  He will teach all

5  of us about the decisions that go into making a tank like this.

6       He conducted an investigation.  He did testing.  He will

7  explain his findings.

8       He will explain that one important difference between an

9  ordinary Thermos like this one (indicating) and Tank 4 is that

10 there were welds on the bottom of the inner vessel of Tank 4,

11 as I mentioned.

12      The slide in front of you now shows a rendering of a

13 cross-section of the tank.  The welds at the bottom of the

14 inner vessel connected the tank's liquid nitrogen fill tube,

15 which is one of these tubes that you can see that runs from the

16 top of the tank down through the vacuum insulation layer and

17 connects to the tank's inner vessel with a small piece called

18 an elbow fitting.

19      That elbow fitting was then welded to the inner vessel,

20 and that is the weld that cracked.

21      There is the crack on the picture in front of you.  You

22 can see it for yourself.  It might look small -- and it is --

23 but it doesn't take a lot to have enormous consequences for the

24 tank and its contents.

25      The red dye in the photograph in front of you shows the

1   crack.  It is a little faint because it seeps in, but there it

2   is.

3       And here is a video of a test that was done on the crack.

4   Now, this is the actual tank.  This one in the courtroom too --

5   the actual crack and gas bubbling right on through that crack.

6       The camera work is a little shaky, but the crack, it's

7   undeniable.

8       Dr. Kaskebar will also explain how he participated in

9   testing with Chart and its experts that revealed to all

10  involved, that crack in the tank.

11      Even Chart now acknowledges, as it must, that the weld

12  cracked.  So the question will be why.

13      The evidence will show that the weld wasn't manufactured

14  to its designed specification.  Chart's plan called for this

15  weld to be what is known as a full or complete penetration

16  weld, a robust weld that goes all the way through the full

17  thickness of the metal.  It is supposed to bind together.

18      Why?  Why specify that this should be a thick weld?

19  Because it is an important weld responsible for safeguarding

20  human tissue.  That's why.

21      And because it is on the fill tube for liquid nitrogen, it

22  is a weld that is subject to the stress of heating and cooling,

23  expansion and contraction.

24      I mean, those are good reasons for it to be a strong weld.

25      But despite all that, Chart used thinner and, therefore,

1   weaker partial penetration welds instead.

2       As the name implies -- and as Dr. Kaskebar will explain --

3   partial welds don't go all the way through the metals being

4   enjoined.  The welds on Tank 4 were paper thin.  No more than

5   the breadth of a human hair.

6       You will see evidence of the difference between strong

7   welds and Chart's welds on Tank 4.

8       What you are looking at here on the slide now are three CT

9   scans of welds.

10      The green circles show good strong welds; whereas the red

11  circles show incomplete welds.  Let's walk through them.

12      On the right-hand side of the screen, you can see a proper

13  full penetration weld as was called for in Chart's design

14  specifications.

15      Note that there are no sharp angles.  Note how full the

16  welds are.

17      In the middle panel you see a weld on a different Chart

18  tank, which shows superior weld penetration, at least at the

19  top.

20      And on the left-hand side, you can see Tank 4's partial

21  penetration weld.

22      Now, compounding matters, as you will learn, is the fact

23  that Chart used a fitting that didn't fit.

24      You have heard about a square peg in a round hole.  Same

25  idea here.  A flat fitting on a round tank doesn't work that

OPENING STATEMENT / SHARP

1    well.

2         You can see in the CT scan on the left side of your screen

3    the V-shaped notches in Tank 4's welds.  Those notches created

4    sharp points that concentrated and intensified the stress

5    precisely where that weld crack started, as you will learn.

6         That sharp angle created a divot.  And you will hear from

7    Dr. Kaskebar about how that divot in the metal is kind of like

8    an indentation in a Hershey's bar that makes it easy to break

9    apart.  Over time the fatigue crack propagated through the

10   entire thickness of the weld, as the evidence will show.

11        You will also hear that Chart only welded the fitting on

12   one side instead of both.

13        Now, Chart could have welded the fitting on both sides of

14   the inner vessel.  The resulting weld would have been stronger.

15   It would have eliminated those sharp points and the stress

16   concentrator at the root of that weld.  But Chart didn't do

17   that.

18        Dr. Kaskebar will walk you through the sequence of the

19   tank failure that he concludes resulted from that cracked weld.

20        He will explain how that crack allowed liquid nitrogen to

21   escape into Tank 4's inner vessel into that critical vacuum

22   insulated layer we talked about.

23        He will explain how the nitrogen was warmed by the

24   surrounding air; how it flashed from a liquid to gas.  And,

25   again, how it expanded almost 700 times its original volume.

1    The presence of so much liquid nitrogen trapped between

2   the tank's inner and outer vessels exerted a significant amount

3   of pressure.  That's why the inner vessel imploded.  That's why

4   it ended up looking like that.

5    And even more importantly, once that vacuum layer filled

6   with high-pressured nitrogen gas was there, there were plenty

7   of molecules to facilitate heat transfer, Tank 4 could no

8   longer protect its contents from the surrounding air.  It could

9   no longer keep its contents cold.  The result:  Total vacuum

10   loss, loss of function.

11    Now, as it turns out, Chart knew what the consequences of

12   a weak weld like this would be.  And in a failure analysis that

13   Chart had conducted years before the tank failed, Chart

14   predicted what would happen to Tank 4 to a T.

15    The document now on the screen in front of you is an

16   internal document where Chart engineers analyzed and predicted

17   the ways in which their tanks might fail.

18    Chart's internal analysis says, clear as day:  If this

19   weld fails the tank can implode.

20    Let's take a moment with this document.  As you can see

21   the title of the document is Chart's Design Failure Mode,

22   Effects and Criticality Analysis.  Dr. Kaskebar may slip into

23   alphabet soup sometimes and call it a DFMECA.  That's what he

24   is talking about is this document.

25    The item that it is analyzing is the dewar annular lines.

1   The item function is the fill line from the outer to the inner

2   vessel we have been talking about.

3        Let's focus on the highlighted language.  Potential design

4   failure mode, crack, or leak.  Check.

5        Potential cause of design failure mode, weld line failure.

6   Check.

7        Immediate effect of failure.  These are the words on the

8   page.  I will read them exactly:  Liquid nitrogen draws into

9   vacuum space expanding rapidly and causing an inner vessel

10  implosion, total vacuum loss, loss of function of the freezer.

11  Check, check, check.

12       You will hear in more detail shortly about how

13  Dr. Kaskebar's explanation maps exactly onto what Chart had

14  predicted could happen back in 2012.

15       Chart didn't disclose any of that.  Chart alone knew.

16  Before it even supplied the tank to Pacific Fertility, Chart

17  knew.  Chart also knew, and still knows, what the tanks are

18  safeguarding.

19       The evidence will show that Chart cut corners.

20       Now, despite all that, we expect that you will hear from

21  Chart that it must have been user error at the clinic.

22       Chart's defense, as best as we can make it out so far,

23  will be that the folks at the clinic somehow let that tank run

24  dry in the days and weeks before March 4th, somehow causing

25  that tank to implode, which in turn led to the cracked weld.

1      But the evidence will show that that defense is the

2  opposite of what Chart itself predicted by 2012, as we just

3  reviewed.

4      Even Chart's own document created long before this lawsuit

5  was ever filed says that a crack causes an implosion, not the

6  reverse.

7      Again, the highlighted language at the bottom:  Liquid

8  draws into vacuum space expanding rapidly and causing an inner

9  vessel implosion.  That's the key language.  Those are the

10  words on the page.  That's a crack causing an implosion, not

11  the reverse.

12      Now, Chart's defense that by letting the tank drain of

13  liquid nitrogen the clinic staff somehow broke it is also

14  contrary to Chart's own recommendations that customers may

15  periodically drain, thaw, and clean their tanks for

16  preventative maintenance.

17      They don't warn about implosions, though.  The simple fact

18  is these tanks are designed to be thawed out and emptied out.

19      If just drying out the tank would make it implode, we

20  would see these implosions all the time.  And yet you will hear

21  from one expert after the next, one embryologist after the

22  next, with collective decades of experience, who will tell you

23  how rare tank implosions like this are.

24      No one at the clinic with their decades of experience had

25  ever seen anything like it.

OPENING STATEMENT / SHARP

1        Now on top of all that, the evidence will also show

2   activity in Tank 4 leading up to March 4th.  And that's

3   significant in at least a couple of ways.

4        One is by being in and out of the tanks the staff kept a

5   close eye on the liquid nitrogen levels.  They couldn't help

6   but do so.

7        The embryologist could see the liquid nitrogen levels in

8   the tank with their eyes, plain as day.  The embryologist could

9   see -- they will explain how they could see the eggs and

10  embryos are kept submerged in that bath of liquid nitrogen.

11       They are held in canisters or boxes that they will tell

12  you are about 11 inches tall.  They will tell you how they can

13  tell just by eyeballing it if there is not enough liquid

14  nitrogen to keep the tissue safely submerged.

15       Now, the activity in the tanks leading up to March 4 is

16  significant in a second way.  And that's because dozens of

17  procedures were successfully performed involving eggs or

18  embryos that came from that tank in those days when the tank

19  was, according to Chart, low or out of liquid nitrogen.

20       You will hear how there have been successful births from

21  Tank 4 tissue that was retrieved in the days leading up to

22  March 4th.

23       And there is no dispute -- we all agree -- that the tissue

24  stays safe only if there is enough liquid nitrogen to keep it

25  submerged.

OPENING STATEMENT / SHARP

1        Would the clinic staff just have missed that?  Would they

2   have just let the liquid nitrogen run out of the tank?

3        Now, Chart would apparently have you believe that every

4   one of the clinic witnesses -- the embryologists, the Ph.D.s,

5   all of them -- must not be telling the truth, must all be part

6   of some big coverup.

7        What the forensic evidence will show, though, is that

8   Tank 4 had plenty of liquid nitrogen every day until the

9   failure.

10       The embryologists will tell you how they made sure the

11  tank was full, just like they had every day for years; the same

12  routines to ensure they kept the tanks filled with more than

13  12 inches of liquid nitrogen to keep the eggs and embryos cold

14  and safe, because as they will tell you, that's their job.

15       You will learn that it is normal for an inch or two of

16  liquid nitrogen to evaporate out of the tanks each day.

17       So at the end of the day staff at the clinic would check

18  the level and top off each tank with liquid nitrogen, if

19  needed.

20       You will also hear that the more a tank's lid is off for

21  procedures, to retrieve and place tissue into it, the more

22  liquid nitrogen will evaporate that day, leading to variability

23  in the amount of liquid nitrogen any given tank may need on any

24  given day.

25       So it may take longer to fill the tank from one day to the

1    next.  A lot of factors go into that.  The embryologists will

2    explain that too.

3         And you will hear how the daily fluctuations are normal.

4    And they are exactly why the clinic carefully monitored the

5    tanks and had quality control data monitoring for trends and

6    outliers.

7         At the end of the case you will decide what caused the

8    tank to end up looking like that (indicating).

9         The obvious thing, the thing Chart predicted years before

10   this tank failed, or something else?

11        Now, we have talked a lot about the tank failure itself,

12   but why does it matter?  Well, it matters because, as you will

13   learn over the coming days, what this case is really about is

14   what was inside that tank and the way the tank failure has

15   changed the Plaintiffs' lives forever.

16        The tank had one job:  To keep its contents ultra cold and

17   ultra safe and fully submerged in liquid nitrogen.

18        You will hear Dr. Somkuti, a reproductive endocrinologist,

19   and he will talk about the difficult process of retrieving and

20   storing eggs and embryos in IVF.

21        He will talk about how reproduction is one of the most

22   basic of human impulses and how the prospect of losing that

23   option can be so stressful.

24        He will talk about how deciding to make the emotional,

25   physical, and financial investment to do IVF is not like buying

1  a handbag or a car; not even like acquiring a family heirloom

2  or precious jewelry.  It is so different than all that.

3      You will hear Dr. Wininger, an embryologist with 30 years

4  of experience, explain just how critical it is to keep

5  cryopreserved eggs and embryos at a consistently very low

6  temperature, to keep that tissue safe until it is intentionally

7  and carefully thawed under tightly controlled circumstances.

8      You will hear from Dr. Jewell, a statistician, as well as

9  Dr. Wininger and Dr. Somkuti about how the uncontrolled thaw on

10  March 4, 2018, destroyed or damaged the eggs or embryos in

11  Tank 4.

12      They will explain what success rates usually look like in

13  general, what they look like historically at PFC; and they will

14  explain how poorly Tank 4's post-failure outcomes compare.

15      The bar graphs on the screen in front of you show some of

16  that data.  The blue bars show outcomes from PFC in 2017, and

17  the red bars show the post-Tank 4 incident outcomes.

18      You don't need a statistics degree to see just how poorly

19  Tank 4's outcomes compare.  The bar graphs say it all.

20      You have egg thaw success rates, embryo thaw success

21  rates.  And on the next slide -- on the next slide, please --

22  we have overall success rates.

23      Now, all those figures are against the backdrop of knowing

24  that it is not even recommended for Tank 4 patients to try to

25  use the tissue because there may be added risks.

1        The tissue so far has more than doubled the chance of low

2   birth weights, which are a known indicator of health

3   complications.

4        And, of course, it is just too soon to know about any

5   unknown or latent effects.

6        You will hear from the Plaintiffs themselves in this

7   trial, all of whom had their own fertility journey.

8        You will hear what they all have in common is that they

9   had eggs and embryos on Tank 4 in that fateful day in March of

10  2018.  You will meet them all soon.  They are here today in the

11  courtroom and via Zoom.

12       They will have a chance to tell each of you how their

13  lives were changed by the tank failure.

14       You will hear from Dr. Elizabeth Grill.  She is a

15  reproductive psychologist.  She will tell you about how

16  traumatic the failure and the loss has been for each of the

17  Plaintiffs, how it has caused each of them grief, sadness,

18  suffering, panic, anxiety.

19       And now there are a lot of dates to remember in this case

20  so we put together a timeline that we hope you find useful.  It

21  will help us keep track of what happened and when and who knew

22  what when.

23       So let's start at the beginning.  January 24, 2012, Chart,

24  Incorporated supplied Tank 4 to Pacific Fertility.  And a

25  couple months later PFC began storing eggs and embryos in

OPENING STATEMENT / SHARP

1   Tank 4.

2        In February of 2013, Rosalynn Enfield froze 18 eggs.  This

3   is a picture of Ms. Enfield.  She is in the courtroom today

4   too.  Ms. Enfield was 34 when she decided to freeze her eggs in

5   February of 2013.

6        She will tell you about how she knew that age 35 is an

7   important milestone in a woman's life as it relates to

8   fertility, with egg quality and quantity degrading

9   precipitously after that age.

10       Ms. Enfield had not yet met the right guy in 2013, so she

11   planned ahead and preserved her options.

12       At age 34, she froze 18 eggs.  They were all stored in

13   Tank 4.

14       In 2013 Laura and Kevin Parsell created seven embryos.

15   They transferred one successfully and they froze the remaining

16   six.  Here are Laura and Kevin Parsell.  The Parsells are with

17   us via Zoom today as they are currently in Ohio where they are

18   tending to their farm and watching their two kids.

19       They will be here in person when they testify later on in

20   the trial, though.  And Laura and Kevin will each tell you how

21   each of them was diagnosed with a serious fertility condition,

22   how they were faced with seemingly insurmountable odds, and how

23   after multiple procedures so many doctors, tireless efforts.

24       You will hear them testify about the joy and the relief

25   that they felt when they learned that they had successfully

OPENING STATEMENT / SHARP

1   created multiple embryos.

2        They made concrete plans to use every one of those

3   embryos.  They will tell you they wanted a large family.

4        The first transfer gave them a first child, a son, leaving

5   six embryos in Tank 4.

6        In September of 2015, Laura and Kevin Parsell transferred

7   a second embryo from Tank 4 but they ultimately miscarried.

8        In April of 2016 -- again, long before the incident -- the

9   Parsells tried again.  They transferred a third embryo from

10  Tank 4.  This time happily a success.

11       A second child, a daughter, was born, a daughter who came

12  from an embryo frozen in Tank 4 alongside four others who

13  shared genetic material.

14       In May of 2016, Adrienne Sletten froze two eggs.  This is

15  Ms. Sletten on your screen.  She, too, is in the courtroom

16  today.

17       Ms. Sletten was 38 when she decided to freeze her eggs.

18  She will tell you that she always knew she wanted to be a mom.

19  She is close with her own parents and family; but by 2016 when

20  she was 38, she had not yet met the right partner to start a

21  family with.

22       She will tell you how she decided to be proactive about

23  freezing eggs before it was too late.  Although Ms. Sletten was

24  only able to retrieve two eggs after a difficult IVF process,

25  she will be the first to tell you that two is a lot more than

OPENING STATEMENT / SHARP

 1   zero.

 2        Those two eggs were stored in Tank 4.

 3        In August of 2016, Chloe Poynton froze nine eggs.  This is

 4   Ms. Poynton.  She is in the courtroom today too.

 5        She was 34 when she decided to freeze her eggs.

 6   Ms. Poynton will tell you that she was in 2016 in an unstable

 7   relationship and felt the march of time.

 8        So she wanted to give herself a chance to find the right

 9   partner and to build the family she had always wanted, much

10   like the family she grew up in.

11        She had nine eggs that were stored in Tank 4.  And then in

12   March of 2018, the tank failed.

13        Everything changed for these individuals on that day.

14        You will hear all about what happened on March 4th at the

15   clinic.  You will hear from Dr. Popwell, who has been an

16   embryologist for more than 20 years.

17        She will testify about topping off the tank in the days

18   before March 4th, how she saw no issues with the tank itself,

19   how she went about her usual routine.

20        You will hear from Dr. Conaghan, the clinic director,

21   about how on Sunday, March 4th, he arrived at the lab early as

22   usual and noticed nothing unusual at all.

23        But when he started shutdown procedures, Dr. Conaghan will

24   tell you that he suddenly discovered that Tank 4's lid was

25   stuck in place and condensation had pooled onto the tank.

1    He will testify about how he knew at that moment he had a

2    serious problem on his hands.

3    He will tell you about how he and Dr. Popwell, an

4    embryologist with decades of experience, worked together

5    quickly to try to pry the lid off that tank.  That tank

6    (indicating).  How they looked inside the tank, and their

7    measurements indicated that there was little or no liquid

8    nitrogen left in the tank.

9    The embryologists will tell you how the tank already began

10   to buckle and dent when they found it, and how they carefully,

11   delicately transferred the eggs and embryos to a back-up tank

12   as quickly as they could once they discovered the state of

13   Tank 4.

14   You will hear how they hadn't seen any problems or warning

15   signs with Tank 4 in the days and weeks leading up to the

16   tank's failure; though they are trained to look for those

17   things.  They know what to look for.

18   How they and other experts, like Dr. Wininger, would

19   expect a tank to fail gradually, to exhibit warning signs like

20   frost on the exterior, how they wouldn't expect a sudden and

21   catastrophic failure like this from a tank like that.

22   And how in the hours and days after they discovered the

23   failure, the tank continued to crumble.  By the next day it had

24   buckled, and it ultimately imploded.

25   They will tell you how they had never seen anything like

OPENING STATEMENT / SHARP

1    it before.

2        Now, let's look at a different timeline.  Let's look at a

3    timeline showing what Chart knew but didn't tell.

4        Now, as to the tank, you've already seen what Chart knew

5    about what the damage a crack could do.

6        By January of 2012, Chart, Incorporated predicted that a

7    weld crack could result in an implosion and a total tank

8    malfunction.  This is the document we looked at before.

9        As a reminder, this document shows that before Chart's

10   supplied Tank 4 to PFC, and six years before the tank failed in

11   March of 2018, Chart predicted that a weld could crack and the

12   tank could fail and implode.

13       Just like it did.

14       Chart called it.  But it didn't tell its customer PFC.

15   Chart didn't share this failure analysis.  No one at the clinic

16   had reason to know.  Only Chart knew.

17       Now, we have talked about Tank 4 and its cracked weld a

18   lot.  There is another important part of the story, though.

19   The controller.  So let's pause.  What is a controller?

20       Chart's MVE 808 tank comes as a unit with an integrated

21   controller.  It is called a TEC 3000.  It is a monitor.  It is

22   used to help track the tank's conditions, to sound an alarm,

23   and automatically start to refill the tank if the liquid

24   nitrogen drops below a certain level.

25       The controller is part of the tank unit that Chart shipped

1    PFC in 2012.

2         Though the controller comes with the tank, the tank can

3    work perfectly well without the controller because, again, the

4    tank works like a Thermos.

5         It is the liquid nitrogen inside that keeps it cold.  It

6    is not otherwise plugged into the wall or dependent on power;

7    but the controller, which is a mini computer, does need to be

8    plugged in.

9         Chart's controller on Tank 4 malfunctioned on February 15,

10   2018, just a couple weeks before the tank failed.

11        Dr. Conaghan, the clinic director, will tell you about how

12   he tried to troubleshoot it but was unable to fix it.

13        Now, we have already talked about how Chart will try to

14   deflect responsibility and blame the clinic.

15        One way is by trying to blame the tank failure itself on

16   the clinic.

17        Another is by claiming the clinic for not replacing or

18   fixing Chart's broken controller fast enough.

19        So let's preview know what Chart knew but didn't tell

20   about that controller that came along with the tank.

21        By May of 2015, nearly three years before the tank failed,

22   Chart knew that its controller had a malfunction.  They even

23   had a name for it.  They called it the SN=0.

24        Serial number would display as 0, hence the name SN=0.

25   The controller would no longer be able to accurately read

1  temperature of liquid nitrogen levels.

2      It would falsely read one or both as basically 0.  And

3  alarms, constant piercing false alarms.

4      If left plugged in, the controller would keep on filling

5  with liquid nitrogen, too regardless of how full the tank may

6  already be.

7      By October of 2015, complaints of the same malfunctions

8  were happening worldwide, globally.

9      By February of 2016, at least some Chart employees

10  recognized the problem.

11      In the e-mail on your screen now a Chart employee says:

12  We should plan to take action immediately as we have just

13  experienced another 10 or so controllers that failed.

14      This is February of 2016, more than two years before

15  Tank 4 failed.  Did Chart take action immediately?  It did not.

16      In May of 2017, more than a year later, a Chart employee

17  sent an e-mail noting as follows:  SN=0, the name they gave

18  that malfunction, is usually accompanied by settings going

19  haywire.  Level reading 0 and both temps reading minus

20  273 degrees Celsius.

21      In other words, the controller was misreading both the

22  liquid nitrogen levels and the temperature.

23      Even if controllers are functional afterwards, he wrote:

24  Customers are not comfortable keeping the controllers installed

25  as they see it as a failure regardless.

1    What this tells us is that Chart was aware by

2    February 2016 that, one, the controllers were going haywire;

3    and, two, the users would disable them.

4    The controller below was replaced in late March, he wrote,

5    and the same issue has happened again.

6    The malfunction happened repeatedly.

7    Now, by the end of 2017 Chart had developed a retrofit to

8    fix the SN=0 haywire problem.

9    But just like it chose not to disclose the defect, Chart

10   chose not to disclose the fix, at least to Pacific Fertility.

11   In November of 2017, a Chart employee wrote:  Chart --

12   that Chart chose to, quote, try not to call attention to the

13   issue with the customer, obviously.

14   And sure enough, three months later on February 15, 2018,

15   the controller on Tank 4 at Pacific Fertility malfunctioned.

16   You will hear from Dr. Conaghan that when it malfunctioned

17   on February 15, the controller exhibited these same symptoms,

18   the surrounding -- the sounding false alarms for low liquid

19   nitrogen levels.

20   Though Dr. Conaghan, himself, was there that day, he

21   looked into the tank; and he will tell you that there was

22   plenty of liquid nitrogen in that tank that day when the alarm

23   was going off showing that it had nothing.  It was continuously

24   filling with liquid nitrogen.

25   The controller was showing a temperature colder than the

1  coldest temperature on earth.  The controller's malfunction

2  made it both infective and unsafe.

3      Now, since he couldn't fix it, all Dr. Conaghan could do

4  right then was unplug it.  And predictably, like Chart's other

5  customers with malfunctioning controllers, the clinic didn't

6  trust the controller that was on the frits and moved on to

7  manual monitoring.

8      All that means is they checked the tank using a dipstick,

9  a big ruler, in their end-of-day procedures instead of using

10  the controller to measure the levels of liquid nitrogen in the

11  tank.

12      Now, Chart may suggest that Dr. Conaghan and the staff in

13  the clinic ignored hundreds of alarms on the controller; but

14  keep in mind that those alarms were coming from a

15  malfunctioning controller, kind of like the smoke alarm when

16  there is no smoke and no fire.

17      The one thing the clinic did continue to use the

18  controller for was its autofill function.  They will tell you

19  how they could press a button -- they would plug it in; press a

20  button; and it would activate to fill the tank with liquid

21  nitrogen when they needed it because those lines were already

22  plumbed.

23      Plugging in the malfunctioning controller would cause the

24  piercing alarm to sound regardless of the actual conditions in

25  the tank.

1   So the controller would alarm, say there was no liquid

2   nitrogen, even though the embryologist could see for themselves

3   right there that there was plenty.

4   All the same, Chart will try to criticize the clinic staff

5   for making do with Chart's defective controller as best they

6   could after it failed.

7   Now, the tank was still working fine.

8   The clinic had asked the supplier for a fix for the

9   controller but hadn't received a replacement yet when Tank 4

10   failed on March 4th.

11   The upshot of all this, yes, both the cracked weld and the

12   controller contributed to the loss.

13   The evidence will show that Chart bears most, if not all,

14   responsibility for the controller not working at the time.  And

15   the tank?  That's all Chart.

16   Now, Chart will critique the clinic staff in this trial

17   for the way they did their jobs between when the controller

18   failed on February 15th and when the tank failed on March 4th.

19   Chart may suggest that to make up for Chart's faulty

20   controller, Dr. Conaghan should have, in those 17 days, done

21   things differently; like gotten a new controller, or

22   cannibalized it with another, or put some other alarm on the

23   tank to make up for Chart's faulty controller.

24   But as you listen to the evidence, think about who knew

25   what and when.

1    Now, Chart, for its part, had known about the dangerous

2  weld crack in the tank for more than six years before the tank

3  failed.

4    Chart had known about the controller issues, that they

5  would go, quote, haywire; that customers didn't feel

6  comfortable using them after that for almost three years.

7    And even though one Chart employee had the right instinct,

8  as you saw, to take action immediately, in the end, Chart chose

9  to try not to call attention to it with the customers,

10  obviously.

11    Meanwhile, the lab staff will explain how, in those 17

12  days, between when the controller failed and the tank failed,

13  they had seen no problems with the tank itself; though, again,

14  they are trained to -- and they know how to recognize the signs

15  of failure.  They will tell you about that.

16    They will tell you how they would expect a vacuum failure

17  to happen gradually, not fast.  And how they were at any rate

18  monitoring that tank every single day since someone is in the

19  clinic 365 days a year.

20    They were in and out of the tank, often several times a

21  day, as you will hear the embryologist explain.

22    And unplugging the controller didn't affect the

23  performance of the tank at all.

24    And, of course, as you saw earlier, Chart holds out its

25  tank as having a 10-year life-span, whether a controller is

1    attached or not.

2        Remember that by March 2018 Tank 4 had only been in

3    service at PFC for six years, well within that life-span.

4        You will hear from a Chart employee who testifies in his

5    video deposition that Chart tanks can maintain liquid nitrogen

6    for weeks on end.

7        Chart also touted its hold times of at least 7 days.  What

8    this means is that a tank could be left unattended for a long

9    time, so long as the liquid nitrogen was safely sealed up in

10   there.

11       Just like Chart knew its tanks had problems, it knew about

12   the problems with its controllers too.  And just like Chart

13   didn't disclose the problems with its tank, it didn't disclose

14   the problems with its controllers either.

15       Did Chart cut corners even though it knew products were

16   used to safeguard human eggs and embryos?  You will decide.

17       One thing is for sure:  You will hear how those

18   unfortunate enough to have had their tissue in Chart's tank

19   that day in March 2018 are still paying the price.

20       So now you have the basics of the timeline and what

21   happened to that tank.

22       So what is next in this trial?  After you have heard me

23   out today, Chart will give its opening statement.  Then we will

24   put on the evidence, as Judge Corley said.

25       First we, the Plaintiffs, will put on our case.  And then

 1  Chart will put on its defense.  We will both deliver closing

 2  arguments.

 3      When we come back for closing argument, we will ask you to

 4  think about the most common sense explanation for how Tank 4

 5  ended up like this.  After closing arguments, the Judge will

 6  instruct you.

 7      While the five Plaintiffs in this case cannot replace what

 8  Chart has taken from them and cannot turn back the biological

 9  clock, at the end of the case after you have heard all the

10  evidence, we will ask you to try to decide how best to

11  compensate them for what they have lost, for what they have

12  gone through.

13      You will be presented -- you will be presented with a

14  verdict form.  It will have blank spaces on it for you to write

15  in how much money each Plaintiff should receive to compensate

16  for the losses that Chart has caused.

17      It is up to you -- it is up to us to show you what these

18  individuals have lost.

19      Now, there are two kinds of damages in this case as we

20  discussed in jury selection; and I will acknowledge neither is

21  easy.  Neither is straightforward.

22      First are economic damages to compensate for the loss of

23  the eggs and embryos themselves such as they are.

24  Irreplaceable, the most personal of property, as strange as it

25  even is to call it property.

**OPENING STATEMENT / SHARP**

1      They don't have a market value, of course; but we will try

2  to establish their value starting with the time, expense, and

3  difficulty in obtaining the eggs and embryos, their

4  irreplaceable nature and character given they are human genetic

5  material, given the use for which they are intended.

6      We will note their time sensitivity, given that a

7  38-year-old woman can never get back her 34-year-old eggs.

8      The second category of damages are non-economic damages.

9  Those try to compensate for the experience of losing the eggs

10  and embryos and all that entails.  There is no formula for how

11  to compensate for emotional distress.  You will, again, be

12  asked to use your common sense.

13      We will ask you to require Chart to compensate the

14  Plaintiffs for these experiences they have had as a result of

15  the tank failure.

16      We will ask you to consider how the Plaintiffs' lives were

17  changed by the Tank 4 failure.  You will be asked to use your

18  judgment to decide a reasonable amount based on the evidence

19  and common sense.  It will be up to you.

20      Now, you have heard a bit about each of these individuals

21  and the unique stories of how they each came to have eggs or

22  embryos in Tank 4.

23      Slide, please.

24      When they testify, you will also hear where they are

25  today, how the losses still impact their lives every day.

**OPENING STATEMENT / SHARP**

1    Adrienne Sletten, Rosalynn Enfield, Laura and Kevin

2    Parsell, Chloe Poynton.

3    As you see and listen to the evidence in this trial, ask

4    yourself if any of these people would be where they are today

5    had Chart made different choices, had that tank done the job it

6    was supposed to do, had that controller done the job it was

7    supposed to do.

8    After all is said and done in this trial, you will be

9    asked to deliberate.  All we ask is that you focus on the

10   evidence, focus on what actually matters, focus on the three

11   questions we talked about earlier.

12   One, what happened to that tank?

13   Two, who should answer for it?

14   And three, how did it affect these people's lives?

15   There are a lot of different issues wrapped up in this

16   case.  You will hear evidence about engineering and metallurgy,

17   mini computers, QC data, IVF labs and all the equipment that

18   comes in them, tiny and small, large, unwieldily.

19   And, of course, you will hear the evidence of the most

20   complex textured issues of all:  The human psyche and emotion,

21   the sadness, grief, joy, hope, sorrow, love, and ultimately

22   loss that these people have experienced.  How they have each

23   felt that most basic human impulse to reproduce, to have

24   children, to bring life into the world.

25   You will hear how each of their stories has unfolded.

**PROCEEDINGS**

 1      But in the end the case is pretty simple.  Chart,

 2  Incorporated made a tank that it knew would be used to

 3  safeguard human eggs and embryos.

 4      The tank had one job:  Keep those eggs and embryos ultra

 5  cold and ultra safe.  But the weld cracked and the tank failed

 6  and imploded in ways Chart, but not anyone else, predicted.

 7      Chart's tank is what these Plaintiffs have in common.  It

 8  will be up to you to decide whether to hold Chart responsible

 9  and how to try, or at least begin to try, to compensate these

10  people for the losses Chart has caused them and all those

11  losses entailed.

12      We look forward to the privilege of presenting you with

13  the evidence you need to render a verdict.

14      Thank you.

15          **THE COURT:**  Thank you, Ms. Sharp.

16      Members of the jury, we will now take our first morning

17  break.  We will take a 10-minute break.

18      As always, please do not discuss the case.  Keep an open

19  mind.  And we will resume in ten minutes or so.  Thank you.

20      (Proceedings were heard outside the presence of the jury:)

21          **THE COURT:**  If I can ask the guests that we have in

22  our very last row, if you can please sit 6 feet apart.

23      The reason our lawyers are allowed to be together is

24  because they all have vaccinated pods.  And I don't know as to

25  the other people.  But it's important that we keep 6 feet.

PROCEEDINGS

 1  Thank you.

 2        **MS. SHARP:**  The two of them are in our pod, Your

 3  Honor, but we will --

 4        **THE COURT:**  Are they?  I think it is just better for

 5  the jury as well.

 6        **MS. SHARP:**  Absolutely.  Thank you, Judge.

 7        **THE COURT:**  Mr. Duffy, did you want to raise an issue?

 8      I did sustain the objection.  I think you crossed over

 9  into argument there.

10      I think it is a fact that all the Chart witnesses are

11  appearing by deposition; but that was an argument that you made

12  there, which is why I sustained the objection.

13        **MR. DUFFY:**  Your Honor, I also had a motion for a

14  mistrial.  I think that very comment is prejudicial to my

15  client, and I don't think we can get a fair trial based upon

16  the argument that she made, which is, frankly, inappropriate.

17        **THE COURT:**  I don't know that's the case.  It is a

18  fact.  It would be one thing if it was said about third

19  parties; right.  But what she was doing was commenting that all

20  of Chart's witnesses are appearing by deposition.

21      So the mistrial is overruled, but she is not going to

22  argue it anymore.

23        **MS. SHARP:**  I will not anymore.  I will argue it in

24  closing argument.

25        **THE COURT:**  Well, we will discuss it in advance.

1          **MS. SHARP:**  Very well.

2          **THE COURT:**  It might be more appropriate maybe in the

3    next phase as to that.

4          **MS. SHARP:**  Fair enough.  Thank you, Your Honor.

5          **MR. DUFFY:**  I think I want to set up the camera.

6          **THE COURT:**  Oh, okay.  We will take a 10-minute or

7    maybe a 9-minute break now.

8               (Recess taken at 10:09 a.m.)

9               (Proceedings resumed at 10:25 a.m.)

10         **THE COURT:**  Thank you, members of the jury.

11    Now Chart will give its opening statement.

12                    **<u>OPENING STATEMENT</u>**

13         **MR. DUFFY:**  Good morning.  My name is John Duffy, and

14    I represent Chart.

15     In the opening statements of my opposing counsel you heard

16    the phrase "there were no alarms for two weeks."  "There were

17    no alarms for two weeks."  That's wrong.

18     You also heard from opposing counsel that there were no

19    warning signs.  That's also wrong.  You heard from my opposing

20    counsel that PFC had never seen anything like this before.

21    That is also wrong.

22     I would like to introduce you to Laura Ashby from Chart,

23    who is here with us today.  I am also joined by my colleagues

24    in this trial, Kevin Ringel, Kristine Reveille, who you met in

25    jury selection, and Andrew Lothson.

1     The employees that helped design and build this freezer

2   are now ex-employees working on freezers for the vaccines.

3     Now, what did happen?  What did happen?  You didn't get a

4   lot of facts in the opening statement about what did happen.

5     On February 15th, 2018, the controller on Tank 4 started

6   to have a functionality problem.  It was reading low liquid

7   nitrogen when there was sufficient liquid nitrogen in there.

8   So what did it do?  The very thing you heard supposedly never

9   happened.  It alarmed.  It alarmed.

10    Now, Tank 4 not only has an audible alarm at the tank --

11  loud; sufficiently to jar you to do something -- but after a

12  period of time, if you don't do something, our product sends a

13  signal to a device called a Sensaphone.

14    What is a Sensaphone?  It's a dialer.  It calls the lab

15  personnel, and it also sends them a text message.

16    On February 15, Dr. Joseph Conaghan, a Ph.D. embryologist,

17  walked over and unplugged Tank 4 with human tissue inside of

18  it.  That's what caused this loss.

19    Now, how does this freezer work?  It's important.  The

20  freezer that we have here is an MVE 808, made by my client.

21  And what does it do?  It keeps human tissue extremely cold so

22  that it does not begin to degrade.

23    In order to do that, liquid nitrogen is absolutely

24  necessary.  And liquid nitrogen is called for by the computer

25  controller that I put -- I put the exemplar MVE 808 there with

 1   the controller up on the arm.  That calls for liquid nitrogen

 2   to go inside that dewar.  And when it does, it helps maintain

 3   that temperature where you can freeze human tissue

 4   indefinitely.  Indefinitely.

 5        Now, the controller also does something that humans simply

 6   cannot do.  It monitors the samples 24 hours a day, seven days

 7   a week, 365 days a year.

 8        The other part of our product that's important is, you've

 9   heard this word the dewar; right?  It's a phrase, really, for a

10   thermos.

11        This is a pretty industrial thermos, obviously, because it

12   is performing a very special task, which is keeping samples

13   very, very cold.  It has to hold liquid nitrogen.

14        Now, in combination, the dewar can keep the temperature

15   cold.  The computer controller will call for liquid nitrogen to

16   make sure it's maintaining that temperature and level.

17        Now, you heard me say earlier, Dr. Conaghan unplugged our

18   product.

19        My client bears the burden of showing to you a defense,

20   and it's called misuse.  Under the law, we have to prove to you

21   that the product was misused.  And if the misuse was so highly

22   extraordinary, the law tells you, you should consider that as

23   the sole cause of the plaintiffs' harm.  The sole cause.

24        But notice that the law says "consider."  We respectfully

25   submit to you we will prove that they misused this product in

1  such an extraordinarily unbelievable way that you should

2  consider it.  But we're not going to stop there.  We're going

3  to call witnesses to prove that PFC is the actual cause of any

4  of the damage to the tissue.

5      Now, let's talk about those facts about how PFC misused

6  the freezer.  First, Dr. Conaghan made the fateful decision to

7  unplug a cryogenic freezer with human tissue in it.

8      Then he began an unusual if not bizarre new monitoring

9  method.  He instructed his employees to plug back in the

10  controller, that was alarming, to initiate the fill cycle.  He

11  then instructed his employees to go about manually measuring

12  with a dipstick the liquid nitrogen level.

13      Now, if this was for one day or two days or even three,

14  could you really criticize him?  You have to get somebody out

15  there.  There's going to be a delay of some kind.  Maybe a day,

16  maybe two, maybe three.  He began this procedure for 17

17  consecutive days.

18      Plaintiffs alluded to you that Dr. Conaghan called; he

19  just didn't show up yet, the service guy.

20      Dr. Conaghan sent an email 13 days after the -- after the

21  issue arose with the controller.  13 days, on February 28th.

22      The service technician on March 1 responds and says, "Well

23  what's wrong?"  You'll hear Dr. Conaghan testify, when I put it

24  to him, and say, "Why didn't you call and get the controller

25  serviced?"  "I don't know, Mr. Duffy.  It just didn't get

1    done."

2         Fourth, opposing counsel told you that there were no

3    alarms for almost two weeks.  And I told you in my opening part

4    of my comments here that that was untrue.  It is absolutely

5    untrue.

6         There were 128 alarms that came from the controller on

7    Chart's freezer that were received by the PFC personnel.  And

8    do you know what they did with them?  They muted them.  They

9    muted 128 alarms in 17 days.

10        Mr. Ringel is now putting up for us a chart that we have

11   put together for you to simplify this evidence.

12        You didn't hear about the 17 days in the opening statement

13   of my opposing counsel.  It's the critical period of time.

14   February 15 is the day in which the controller begins to not

15   have level.  On that day, there are 19 alarms from our

16   controller that are muted.  19 alarms.  On the 16th, 17th, and

17   the 18th there are six alarms that are muted; on the 19th

18   there's four; on the 20th there are eight.

19        And then there's just a gap, which you'll see.  That gap

20   means that someone in PFC didn't bother, that day, to plug back

21   in the controller Dr. Conaghan told them to plug in.

22        We respectfully submit to you, when you don't plug the

23   controller back in you're not filling it.  Remember what's in

24   there.

25        Now, the next day, February 22, there's 13 alarms that PFC

 1  personnel received and mute.  And notice now what's happening.

 2  One of the alarms on the 13th says "hot gas bypass."  "Hot gas

 3  bypass."

 4      What does that mean?  It means that warm air is now coming

 5  in through the piping system at PFC and is blowing into the

 6  freezer.  It suggests that there's also a supply issue at

 7  Pacific Fertility Center that is here as well.

 8      The next day, 23rd, we have seven alarms that are muted by

 9  personnel for Pacific Fertility.  And, again, what do we see?

10  "Hot gas bypass."

11      Now, February 24 you're going to notice one other thing.

12  There's no data here.  Remember Dr. Conaghan told his

13  personnel, "Plug it back in."  Nobody plugged it in.

14      I respectfully submit to you that on February 24 we will

15  prove to you that no one filled the freezer that day.  There

16  are buckets that they can use in these circumstances.  Those

17  buckets would have to be carried through four doors, into --

18  well, you have to go through four doors, go across the hall,

19  fill it with liquid nitrogen, come back through the four

20  doors --

21          MR. POLK:  Objection, Your Honor.

22          MR. DUFFY:  -- pour it in.

23          MR. POLK:  Pursuant to court order, this has been

24  excluded as misleading and confusing.

25          THE COURT:  Not quite.  Overruled.

1    Go ahead.

2       **MR. DUFFY:**  We respectfully submit to you they did not

3    fill on February 24.

4       Now, things start to get particularly dire on

5    February 26th.  A lab personnel named Kathrin Buchanan mutes 25

6    alarms.  She's also getting two hot gas bypassing alarms at the

7    top.

8       Now, on the 27th we have 20 alarms being muted with PFC

9    personnel, with more hot gas bypassing happening as well.  On

10   the 28th we have hot gas bypassing twice.  And 17 alarms are

11   being muted that day.  Now, on Friday, the 1st, we have 12

12   alarms that are muted that day.  On Saturday the 2nd, we have

13   24 alarms -- or Friday the 2nd, 24 alarms muted by PFC

14   personnel.  Now, on Saturday the 3rd, the day before the

15   incident we have 14 alarms muted.

16      We respectfully submit to you we'll prove that PFC misused

17   our product and that you should consider that to be the sole

18   cause.  But we will not stop there.  We will prove that PFC

19   caused any damage to the plaintiffs' samples.

20      How will we do that?  The only expert who will testify in

21   this case, that has what we would call subject matter

22   expertise, is an individual named Dr. Franklin Miller.

23      Who is he?  Dr. Miller is a cryogenic engineer who comes

24   from a humble background and gets his way into MIT to get a

25   Ph.D. in cryogenic engineering in the foremost cryogenic

OPENING STATEMENT / DUFFY

1   engineering school in the country.  From there, he goes on to

2   NASA, and he helps build spaceships.

3       When spaceships go into space and they go through the

4   shadows, they experience cryogenic temperatures; and

5   individuals with Mr. Miller's experience are needed.  He has 21

6   years of experience in designing and manufacturing cryogenic

7   dewars.

8       You heard about the name from the plaintiff, Dr. Kasbekar.

9   He is not -- he's not a cryogenic engineer.  He has never

10  designed a cryogenic vessel before.  But he has opinions about

11  this.

12      Now, Dr. Miller will tell us that our cryogenic dewar is,

13  in fact, reasonably safe, that it did not cause the sample --

14  any damage to the samples.  And I'll get into more detail about

15  his testimony on that.

16      I will also bring in Dr. Grace Centola.  Grace Centola is

17  a high-complexity lab director who, like Dr. Conaghan, runs a

18  reproductive lab.  She will testify that Dr. Conaghan deviated

19  from the standard of care, as the lab director, in running

20  Tank 4 the way he did for 17 days.

21      There will not be an expert from the plaintiffs to defend

22  what Dr. Conaghan did.  Not one expert.  Dr. Conaghan will

23  defend himself.

24      Next, when we heard there were 17 days, when we heard

25  there was this manual measurement policy, something struck us

1    as odd, so we hired a retired FBI agent to get into the data.

2    You'll hear from him too.  His name is John Cauthen.

3        Now, one of the things that Grace Centola will help you

4    understand is how what PFC did caused any damage to the

5    plaintiffs' samples.

6        One of the things that PFC has, that all labs that store

7    cryogenic -- or that store human tissue, they have to have a

8    backup freezer.  Why?  If there's a functionality issue, if

9    something needs to be serviced, you have to have a backup.

10        Thankfully, PFC had a backup freezer.  It's one of our own

11   products.  It's an MVE 808, and it's sitting in the basement of

12   Pacific Fertility.  And when this happens on February 15, the

13   testimony will be that no one went to get it.

14        You know the day they went there to get it?  It was

15   March 4.  It's still being used today at PFC, the backup

16   freezer.

17        Now, Dr. Centola will help us understand if you just go

18   get the backup freezer in the basement the samples are saved.

19   But for 17 days they didn't do that.

20        Two, they also don't call for service for the 17 days.

21        Now, another thing that you'll hear in this case, there's

22   going to be three lab directors that you will hear testimony

23   from on the stand.  All three have a written policy.  And it's

24   really, really important.  And it means that every freezer

25   holding human tissue must be connected to the alarm system all

1    the time, without exception.

2        In PFC, Dr. Conaghan had a quality control manual.  And

3    this is where he writes down this policy.  And Mr. Ringel will

4    show us, now, Section 3.10.  This is the policy that

5    Dr. Conaghan wrote for his own lab.  Notice what it says.

6            "All critical laboratory equipment and liquid nitrogen

7        storage tanks are to be linked to an appropriate alarm

8        system."

9        And then point 2 is the liquid nitrogen tanks, sperm and

10   embryo storage tanks.

11       Now, toward the last paragraph Dr. Conaghan wrote:

12           "The laboratory alarm system is linked to several cell

13       phones and home phone numbers, laboratory director" --

14       that's Dr. Conaghan -- "medical director, embryologists,

15       and is monitored 24 hours a day, seven days a week, 52

16       weeks a year, holidays included."

17       When an instrument or tank goes into an alarm state, there

18   is both a local, which is the audible alarm you hear from the

19   freezer, and a remote signal to the laboratory director's cell

20   phone.

21       So notice what Dr. Conaghan did when he decided, on

22   February 15th, "Ah, it's alarming, I'm just going to unplug

23   it."  When he does that, he violates his own policy.  He has

24   disconnected the human tissue from 24/7 monitoring.  He then

25   begins a policy that, frankly, doesn't make sense.  He

1   instructs his subordinates to plug it back in.  Every day, just

2   plug it back in.

3        That's misuse.  If our product is not functioning

4   correctly, call someone or go get the backup freezer.  Don't

5   keep using it.

6        When they plug it back in, what they're looking for is to

7   not have to carry liquid nitrogen manually and pour it through

8   the top.  They want to use the piping system in the lab.  So

9   they plug it in so it will initiate a fill cycle, and then

10  liquid nitrogen that they actually need will flow into Tank 4.

11       Now, the next thing he had them do, because the controller

12  wasn't accurately measuring the amount of liquid nitrogen, was

13  to use one of these (indicating).  This comes with our product.

14  It comes with the Chart freezer, and it is used by personnel.

15       And Dr. Centola will help you understand this.  They use

16  this so that you can measure liquid nitrogen before you fill

17  and after you fill.  Why?  You want to keep recording the

18  amount of the liquid nitrogen consumption.

19       But PFC doesn't do it that way.  Instead, what they had is

20  a policy where they would hit the fill cycle on the computer,

21  let the fill cycle run its course, and then they would come

22  over and look at the computer, and they would just write down

23  the number of what the level was.

24       Now, if the controller is not functioning correctly in

25  that regard, they replace it with this (indicating).

1      Now, what we've put up here on the screen is a blowup of

2    the actual sticks.  And this is one of the ones in Pacific

3    Fertility on March 4.  This picture shows you a couple of

4    things.

5      If you believe the PFC personnel on this case, they will

6    testify that they -- they measured every day.  If they did,

7    they were holding in their hands a telephone number they could

8    have called.  That's our number.  But, instead, they just keep

9    stabbing it in there, allegedly, taking measurements.

10      This whole procedure that Dr. Conaghan enacted for 17 days

11    after the incident is a deviation from the standard of care of

12    a high complexity lab director.  Dr. Centola will help explain

13    to you this is so extraordinary what he did.  And, again, there

14    will be no one here to defend Dr. Conaghan but himself.

15      Now, the other way that we will prove to you that the

16    actual cause of any damage to the patient samples comes from

17    the fact that the PFC personnel, despite being told by

18    Dr. Conaghan, did not fill and measure as they were verbally

19    instructed to do.

20      Now, we have put together a timeline to help you

21    understand what we have learned.  Remember that on February 15,

22    we have the incident where Dr. Conaghan unplugs the freezer.

23    On February 15, there is no measurement for liquid nitrogen on

24    the day he unplugs the freezer.

25      On February 21st, the controller is not even turned on, so

1    they're not filling.  On Saturday, February 24, the controller

2    is not even turned on.  They're not filling.  On February 28,

3    there is no measurement, whatsoever, for a liquid nitrogen

4    level in Tank 4.

5         That, ladies and gentlemen, is simple proof that they

6    didn't fill and they didn't measure.

7         Now, what we also know is, during that 17-day period of

8    time I was talking to you earlier about, the hot gas bypassing

9    alarms have fill time errors, fill time issues.

10        You'll hear testimony from the stand, it should take 20 to

11   30 minutes to simply add 1 inch of liquid nitrogen to Tank 4.

12   The fill times on this or so extraordinary, some of them are as

13   long as 2 hours and 36 minutes.

14        There's something wrong with the supply of liquid nitrogen

15   in the lab.  We have fill times on February 26 of 2 hours and

16   25 minutes.  On February 27, we have fill times of 2 hours and

17   18 minutes.

18        And then as we get close to the incident, we begin to see

19   more concerning evidence of fill time problems.  On March 1st,

20   1 hour and 50 minutes.  On Thursday, March 2nd, we have 2 hours

21   and 36 minutes.  And then on the day before the incident is

22   discovered, Saturday, March 3rd, we have a fill time of 1 hour

23   and 56 minutes.

24        You will hear from the stand Dr. Conaghan admit that he

25   never investigated what was going on with the LN2 supply in his

OPENING STATEMENT / DUFFY

1   lab in late February and early March.  He didn't investigate

2   it.

3        Now, how did I learn all of this?  How did we learn all of

4   this?

5        We had to work pretty hard.  Why?  Because PFC covered all

6   of this up.  Why did they do that?

7        The incident happened on March 4.  And an incident as

8   serious as this one requires action from regulators, and

9   they're coming to PFC to inspect the facility.

10       The entity is known as the College of American

11  Pathologists.  They help regulate labs that store human tissue.

12  They're coming on March 27th.

13       Now, you will hear testimony from Dr. Conaghan and one of

14  his embryologists.  Her name is Gina Cirimele.  To prepare for

15  this inspection by the College of American Pathologists they

16  need to get ready.  And when they do, they discover what I

17  showed you, is that the LN2 measurements are missing.

18       That's not good.  That's not good for PFC.  So

19  Dr. Conaghan, the evidence will show, he told Gina Cirimele to

20  fill in what she could.  That's human tissue in that freezer.

21       So on March 20, 2018, Ms. Cirimele goes about backdating

22  LN2 measurements in Tank 4 for three days; February 15,

23  February 28, and March 4.

24       She also makes alterations to comments that go into this

25  software.  In one of those changes she makes it alludes to a

 1   problem with the LN2 supply.

 2        So how did I -- how did we figure this out?  Data.  Two

 3   sources.  Our controller contains memory device, like a black

 4   box on a car or a plane, and it keeps operational data of

 5   what's happening with our product.  We went there first.

 6        **MR. POLK:**  Objection, Your Honor.  Reference to black

 7   box has been excluded, pursuant to court order, as misleading.

 8        **THE COURT:**  Sustained.  Go ahead.

 9        Ladies and gentlemen, remember this is just oral argument,

10   not evidence.

11        Go ahead, Mr. Duffy.

12        **MR. DUFFY:**  Thank you.

13        The memory device in our controller helped us learn, one,

14   they didn't plug it in.  Two, 128 alarms were muted by PFC

15   personnel.  128 alarms.  Three, we have very, very long fill

16   times that are very concerning and, of course, the hot gas

17   bypass alarms which are bad, are just bad.

18        Now, the next thing.  Where did we find the other data to

19   prove this?  This is where I had to hire the FBI agent to help

20   us.

21        So personnel at PFC would enter into a database program,

22   known as Reflections, the measurements that they were

23   supposedly making.

24        Mr. Ringel, would you have it up.  Thank you very much.

25        So what we put in front of you here is what PFC told the

1  world.  Look at every single one of these days, ladies and

2  gentlemen.  Do you see a measurement?  Yeah.  That wasn't true.

3     They produced this document in a PDF format.  Not in a

4  native format; in a PDF format.  The digital evidence was not

5  there.  So investigation was conducted.

6     Please turn to the next page.

7     We asked for the lab schedules at the lab.  And there's a

8  measurement attributed, on February 23rd, to a lab technician

9  named Hana Lamb.  She's not even scheduled to work that day.

10    We know for the data download that was done for the memory

11 device on our controller that the individuals were putting

12 measurements on February 21 and February 24 didn't even turn on

13 our controller.  Begging the question:  Where do you get liquid

14 nitrogen from?

15    Next slide.

16    And on February 15, we now know because we got to the

17 metadata.  What happened on February 15?  Gina didn't measure

18 on February 15.  This measurement she puts in on March 20.

19 March 20, over a month later.  In the original metadata it's

20 blank.

21    February 28 Gina's back at it again supposedly measuring

22 12.3 inches.  That's not true.  That number is entered on

23 March 20.  The real evidence is that it was left blank.

24    Now, I was talking earlier about these measuring sticks

25 which are really supposed to be used to calculate LN2

1    consumption of the dewar.

2        These measuring sticks are measured in eighths.  In

3    eighths.  Remember, they're supposedly using these to measure.

4        On February 17 Gina's back at it again, and now she's

5    measuring in tenths of an inch.  Not eighths, which is what the

6    measuring provisions are of this measuring stick.

7        Then Anya's back on February 21.  And remember

8    February 21's the date they don't turn on the controller.

9    Anya's putting in a measurement in tenths.

10       February 26 Kathrin is putting in 13.3, in tenths.  This

11   measures in eighths.

12       Finally, February 28.  Think about this.  This is one of

13   the ones that's blank.  It's blank.  Gina comes in and measures

14   in tenths, backdates it in tenths.

15       Now, the data download that we did from our controller

16   also helped us learn about the fill times that I discussed with

17   you earlier.  And you'll notice this concerning trend, really,

18   in late February.

19       And I'll start here on the 27th, with Kathrin, a 2 hour

20   and 18 minute fill.  Gina, February 28, 55-minute fill time.

21   March 1st, Jean, 1 hour and 50 minutes.

22       Now, on March 2 we have two fills, for a total of 2 hours

23   and 36 minutes.  It's supposed to take 20 to 30 minutes.

24       Saturday, the 3rd, very important day in this case, Gina

25   now is trying to fill, and she is recording -- what we have in

1  the data is she's actually taking an hour and 56 minutes to

2  fill the freezer.

3      Again, remember, Dr. Conaghan is going to tell us,

4  "Mr. Duffy, I didn't investigate whether there was a supply

5  issue after all this happened."

6      Now, let's go to the next slide.  Here is the truth:  Of

7  the 17 days that Dr. Conaghan deviated from the standard of

8  care in this measuring regimen that he started, there are only

9  four days where there is no evidence undermining substantially

10  that any of this work was done.  That's in white.

11      In red, that's all the things that I've covered.  Not

12  turning it on; not measuring; backdating; measuring in tenths.

13  And remember, this is what they told the world.  "We measured

14  every day."

15      Now, Ms. Sharp had told you about the controller.  Notice

16  the one thing that the controller has that has a fail-safe

17  design.  And you will hear about that in this case.

18      A fail-safe design is a design that's used when human life

19  is involved.  It really comes from the nuclear power industry

20  but was later adopted by automakers and aircraft manufacturers

21  and those that work in space.  Why?  Because they carry people.

22  So if a part of the system is not functioning correctly, a

23  fail-safe design is supposed to alert you of that problem.

24      Ms. Sharp told you there were no alarms for two weeks.

25  That's just simply not true.  The controller is telling them

1    128 times do something.  Please.

2        When Dr. Conaghan unplugs Tank 4, the fail-safe design is

3    disabled.  You will hear evidence from the stand of the PFC

4    personnel who will admit that when they did that they converted

5    it to human monitoring.

6        Remember what our product can do 24/7, 365 days a year.

7    So if you get the backup freezer, that's what you get.  But,

8    instead, manual monitoring is what's chosen.

9        Maybe it's an hour a day they peek at them.  Maybe they

10   measure once a day.  Maybe.  It's totally different than having

11   a backup freezer, that looks just like that, to move them into.

12       Now, when he unplugs that and disables our fail-safe

13   system, he does something unusual.  He instructs them, of

14   course, to plug it back in.  And that's where the alarms come

15   in, and they're muted and ignored.

16       There's a way to go on there and mute it.  But there's a

17   timer on it because if you mute it they're not -- our designers

18   are not saying, "We'll just let it sit.  That's fine, you can

19   turn it off."  No.  It will come back.  And that's why you see

20   in that chart so many of them being muted.  They're coming back

21   saying, "Do something."  "Do something."

22       Now, you heard Ms. Sharp say that there was a problem with

23   our weld.  And, ladies and gentlemen, that's just simply not

24   true.  Tank 4, that's sitting there in front of the jury box,

25   that's what it looked like two days after they pulled the

1   samples out of it.  Two days.  And there's a photograph of it.

2        Now, it is our position in this case that the weld that

3   you saw with the bubbling and the crack in it and everything,

4   that occurred after it imploded, after the samples were pulled

5   out of it.

6        Dr. Miller, the NASA -- former NASA scientist, will be

7   able to help us understand that, based on photographs taken by

8   Dr. Conaghan, that the dewar is maintaining its vacuum seal on

9   March 4.

10       Now, as part of his training at MIT, studying under one of

11  the most preeminent cryogenic engineers in the world,

12  Dr. Miller got to learn about welding.  And he will tell you

13  that in a cryogenic vessel you apply only seal welds.  You do

14  not apply full-penetration welds.

15       Full-penetration welds do not work with a cryogenic dewar.

16  The thin metal of the inner part of the vessel cannot be

17  penetration welded.  Dr. Kasbekar did it, but even he will

18  admit that he got burn-through as part of it.

19       Now, Dr. Miller, before he ended up going to MIT, ended up

20  working at a boiler manufacturer as a design engineer.  And

21  there, in that industry, you must have full-penetration welds.

22  Why?  Because pressure vessels are dangerous, and if you don't

23  have full-penetration welds they can explode.

24       But cryogenic dewars only need seal welds.  And, in fact,

25  it's best for the functionality of the product that only seal

OPENING STATEMENT / DUFFY

1  welds with thin metal be used.

2      Now, we're also going to bring to you a metallurgist named

3  Ron Parrington.  He's going to be able to look at the weld and

4  help you understand how Dr. Kasbekar is wrong.  That's the

5  plaintiffs' metallurgist; he will testify too.

6      And in Ron Parrington's conclusions we have a sudden

7  failure of the dewar after it implodes.  That's two days after

8  the incident.  And he calls it monotonic ductile overload.

9      Now, Dr. Kasbekar has a different theory.  He says the

10  fill pipe where this weld is expands and contracts based on a

11  thing called thermal cycling.  He's just wrong.

12      Now, what we know from Dr. Miller's work in this case is

13  that there is a very small leak in Tank 4.

14      After 60 months in service, an end user like PFC is

15  supposed to dry out our freezer and then inspect it for

16  problems.  PFC didn't do that.

17      So what Dr. Miller thinks is the most likely small leak

18  that we have in our dewar is at a thing called the O-ring port.

19  And that has a polymer that goes around the O-ring that if that

20  starts to get old it will crack.  And that's something that you

21  need to look for and then replace if necessary.

22      Well, after this incident, PFC hired engineers, and they

23  inspected the freezer.  And they didn't invite my client, and

24  they didn't invite their own patients either.  And they took

25  off the O-ring so no one can test it.

1      But Dr. Miller thinks it's the most likely small leak that

2   we have.

3      Now, there's a design inside our dewar that is there to

4   catch small leaks.  It's called a molecular sieve, which is

5   fancy, and I'm just going to refer to it the way that witnesses

6   in the case talk about it.  It's a getter.  What does it do?

7   It gets leaks.

8      Because all dewars are going to leak.  It's part of the

9   process.  And in this pan at the bottom, in the center of our

10  design, this molecular sieve is taking in the small leaks.

11  Now, when it does that, the leak will start to increase the

12  pressure inside the vacuum space.

13     Now, Dr. Kasbekar says that there's a crack in a weld that

14  will cause this pressure buildup.  We will show you that is

15  not, in fact, what happened.

16     Would you please play the thermal pressure animation.

17     (Animation played.)

18     **MR. DUFFY:**  As you can see in this animation, what

19  we've done is shown you how our product looks.  And then if you

20  open the first outside layer you can see these two fill lines

21  here; the fill line and sensor line.  Those are the two lines

22  you see protruding out of the top of the exemplar; one that

23  we've brought here.

24     Now, as we keep going, we open up the inner vessel.  And

25  you can see in white that's our liquid nitrogen.  Now, as we

1    keep going, you can see the vacuum space on the other side.

2    And here's this fill line that we have and this weld that

3    Dr. Kasbekar thinks is what happened caused the problems here.

4         Now, as we go through this, this is Dr. Kasbekar's theory,

5    and he thinks this crack is going to cause a leak of liquid

6    nitrogen into the vacuum space and that that is how the liquid

7    nitrogen gets out of the inside of Tank 4 and into the vacuum

8    space.

9         But the problem with that is -- and Dr. Kasbekar's doing

10   the best he can.  He's not a cryogenic engineer.  He doesn't

11   design dewars.

12        What he really doesn't understand is the vacuum space is

13   pressurized.  So what happens when you do have a leak?  Even if

14   he's right; and this is only if he's right.  watch what

15   happens.  The interior pressure in the vacuum space pushes back

16   the leak back through the crack and creates equilibrium.

17        How do we know that?  Dr. Miller.  Dr. Miller does

18   understand vacuum space, does understand pressures, does

19   understand heat transfer, does understand thermal dynamics,

20   because that's what he does.

21        Now, an important photograph was taken by Dr. Conaghan on

22   March 4.  That photograph is him hanging over the top of Tank 4

23   on the Sunday when he discovers the incident.

24        Notice here it doesn't look like what's in front of you.

25   It looks more like the exemplar, with one small thing.  There

OPENING STATEMENT / DUFFY

1  is a small evidence of a buckle.  Now, that buckle proves to

2  Dr. Miller that the dewar is holding and the samples are

3  inside.

4      So what happened?  All that evidence I just showed you of

5  them not measuring and them not filling, that has an impact on

6  the science.  When you don't fill and you don't measure, the

7  inside of the dewar begins to warm up.

8      If we have a small leak and it warms up, the vacuum space

9  is going to get gas in it because the getter, itself, is going

10  to, what Dr. Miller says, outgas.

11      So remember what our getter does.  It's getting these

12  small leaks that happen all the time in a cryogenic dewar.

13  Once it warms up, though, it's going to have gas coming out of

14  the top and increasing the pressure.

15      We've got another demonstration for you so you can see it.

16      (Animation played.)

17      **MR. DUFFY:**  This is our outer vessel.  And then we

18  peel it back to show you an inner vessel.  That's our sensor

19  line where we can monitor the LN2 level and the temperature.

20  And here's the fill line.  This is connected to the supply of

21  liquid nitrogen.

22      Now, we peel back the inner layer to show you the liquid

23  nitrogen.  And notice the blue-purple thing underneath it.

24  That's the getter.  That's our molecular sieve.  And you see

25  the yellow is the vacuum space.

OPENING STATEMENT / DUFFY

1          Now, because we have a small leak somewhere, and it's

2     warming up because they let this thing go dry, the molecular

3     sieve begins to outgas.  This is its normal operation where

4     it's bouncing back and forth with a one-inch evaporation every

5     day on a fill.

6          But then watch what happens when it goes dry.  Now, here's

7     the picture here, obviously showing it's picking up some of the

8     other material that's coming into the vacuum space.  Now it's

9     drying out.

10         Now that tray with the molecular sieve is what Dr. Miller

11    says is outgassing.  There's your pressure.  Now, watch what

12    happens next.  This pressure is coming inside the vacuum space.

13    And as it's pressuring, those fill lines are bending and

14    buckling.  And then look where our crack is showing up.

15         Also, look at one other thing.  The false bottom, it's

16    creating an important mark in the case.  The false bottom is

17    coming up because of the implosion and leaving a mark at the

18    bottom of the weld.

19         Now, here's a photo of the fill line, from the inspection.

20    It's bent.  And there's the fill line too, bent.  That's what

21    causes this crack.  And that's what causes that mark at the

22    bottom where the false bottom comes up and dings it.  You can

23    see it there.

24         Now, there is liters or gallons and gallons and gallons of

25    liquid nitrogen in these freezers.  And you saw that little

 1   bubble test, didn't you, that were played by the plaintiffs?

 2       If we have anywhere between 120 and 150 liters of liquid

 3   nitrogen, how does that go through that crack in 22 hours?

 4   How?  That's the longest period of time it could possibly have

 5   been.

 6       The problem with that is, even if Dr. Kasbekar was right,

 7   when a cryogenic dewar loses vacuum seal, it doesn't do so

 8   without leaving all kinds of signs and symptoms of it.

 9       What's inside there is extraordinarily cold.  So if you

10   lose the vacuum seal, you're going to see water sweating on the

11   outside of that freezer.  There's a vent path that's

12   specifically designed in there that when you lose that vacuum

13   seal ice begins to form on the outside of the rim of that

14   freezer.  And while its vacuum seal is going, you start seeing

15   a chimney plume of nitrogen gas, and you have water gathering

16   on the floor

17       Now, Dr. Conaghan will testify that there was no ice on

18   the rim, no big ball of ice, no plume.  He's only seeing water

19   at the very bottom of the freezer and a little bit on the

20   floor.

21       Dr. Kasbekar concludes then that, well, it just must have

22   slipped out that crack in 22 hours.  Nobody saw it.  Nobody

23   could have picked up on it.

24       Please show a picture of the lab.

25       (Photograph displayed.)

1        **MR. DUFFY:**  This is a tight quarters.  Where they work

2   versus where that freezer is, only a handful of feet.

3        The laws of physics, I submit to all of you, exist in this

4   lab.  There is no way you can lose 120 to 150 liters of liquid

5   nitrogen and nobody notices.  They're working right there.

6   Look at the desks.  Look at the chairs.  Look at the computers.

7   But to be believed, it had to evaporate with no one seeing

8   anything.

9        Now, you've heard me refer to what's in Tank 4; it's human

10  tissue.  And it's the human tissue of the plaintiffs.

11       You met my colleague, Kristine Reveille, during jury

12  selection.  She's going to help us bring one more expert in

13  here to help us all understand human reproduction better.  And

14  it's Dr. Eve Feinberg, from Northwestern's medical school in

15  Chicago.  She's a very well-respected reproductive

16  endocrinologist, and she is going to talk to you about if the

17  plaintiffs came to her, and they were her patients after this

18  incident, what reproductive options do they have.

19       And Ms. Reveille is a highly skilled medical/legal

20  attorney.  She will help us all understand that.

21       So, ladies and gentlemen, when we finish and you are given

22  the case to deliberate, I'm going to ask you to find that there

23  was misuse of this product, and that that misuse was the cause

24  of any damage to the tissue, and enter a verdict for Chart.

25       Thank you very much.

1         **THE COURT:**  Thank you, Mr. Duffy.

2      Are the plaintiffs prepared to call your first witness?

3         **MS. ZEMAN:**  We are, Your Honor.  If we could have just

4    a moment to set the podium up.

5         **MR. LOTHSON:**  Your Honor.

6         **THE COURT:**  Yes.

7         **MR. LOTHSON:**  There was an admissibility objection at

8    one of the exhibits with Dr. Kasbekar that was never addressed.

9    And we were going to talk about that before trial started every

10   day.

11        **MS. ZEMAN:**  I believe that exhibit has actually been

12   addressed for use by Dr. Kasbekar.  It's Exhibit 208.  And I

13   believe the Court has ruled that it is admissible for his use.

14        **MR. LOTHSON:**  No.  Also, Exhibit 192, if we could --

15        **THE COURT:**  192 has been -- I ruled on as well.

16        **MR. LOTHSON:**  And 208?  It's not the subject tank.

17   It's a different tank.

18        **MS. ZEMAN:**  Your Honor has ruled on both 208 and 192

19   and allowed both them to be used.

20        **MR. LOTHSON:**  Your Honor, I think that each morning we

21   were going to plan to talk about exhibits for today.

22        **THE COURT:**  That's right.  We were together this

23   morning.  It wasn't raised with me.

24        **MR. LOTHSON:**  Well, we went right to --

25        **THE COURT:**  Let's go on.  And we're going to take

 1  another break at noon, in any event.

 2          MR. LOTHSON:  Thank you, Your Honor.

 3          THE COURT:  But 192, I know, has -- was overruled.

 4          MS. ZEMAN:  Before we call the witness, Your Honor, I

 5  think we had talked about preadmitting some exhibits.

 6          THE COURT:  Yes.

 7          MS. ZEMAN:  If I could move to preadmit a long list

 8  here, those will be Exhibit 1, Exhibit 4, Exhibit 5, Exhibit

 9  68, Exhibit 118, Exhibit 121-A through B, Exhibit 122-A through

10  F, Exhibit 126-A through S, as in Sam, Exhibit 130-A through Z,

11  Exhibit 131-A through I, Exhibit 134-A through F, Exhibit 192,

12  Exhibit 208, Exhibit 272, Exhibit 528, Exhibit 531, Exhibit

13  532, and Exhibit 533.

14          THE COURT:  All right.  Except for Exhibit 208, which

15  we'll hold in abeyance for the moment, is there any objection?

16          MR. LOTHSON:  Besides 208, no.

17          THE COURT:  Okay.  All right.  Those exhibits -- I'm

18  not going to repeat -- are admitted.

19      Just so you know, members of the jury, the parties have

20  worked very hard so that at the beginning of a witness we can

21  just admit all the exhibits at once, so we don't have to take

22  the time during their testimony.

23      And 208 we'll discuss at the break.

24          MS. ZEMAN:  Understood.

25      And, in addition, we have prepared two demonstratives that

KASABEKAR - DIRECT / ZEMAN

1    have already been shared with defendants.  Can we go ahead and

2    publish those as needed, or do we need to ask permission?

3            THE COURT:  No, you can publish as needed.

4            MS. ZEMAN:  Thank you.

5        Plaintiffs would like to call Dr. Anand Kasbekar to the

6    stand.

7            THE COURT:  Good morning.  And we do actually have a

8    clear mask that you can put on.  And this will be a test to see

9    if you put it on the right way.

10       (Laughter)

11       (Pause.)

12           THE COURT:  I think that looks correct.

13           THE CLERK:  Sir, can I have you raise your right hand.

14                       **ANAND KASBEKAR**,

15   called as a witness for the Plaintiffs, having been duly sworn,

16   testified as follows:

17           THE CLERK:  Can state your name and spell your last

18   name for the record.

19           THE WITNESS:  Yes ma'am.  It's Anand Kasbekar.  Last

20   name is spelled K-a-s-b-e-k-a-r.

21           THE COURT:  Thank you.

22                    **DIRECT EXAMINATION**

23   BY MS. ZEMAN:

24   Q.   Dr. Kasbekar, could you introduce yourself to the jury.

25   A.   Yes.  My name is Anand Kasbekar, and I am a mechanical and

1   materials engineer.

2   **Q.**   Dr. Kasbekar, how did you become involved in this case?

3   **A.**   I was contacted in, I think it was April of 2018, and

4   asked to assist in analyzing a cryogenic tank that had failed

5   and was involved in the loss of some human tissue that was

6   stored in the tank.

7   **Q.**   Were you asked to conduct a failure analysis of Tank 4?

8   **A.**   Yes, I was.

9   **Q.**   Why are you qualified to do a failure analysis of Tank 4?

10  **A.**   For -- since about 1985'ish, I have focused on mechanical

11  engineering material science with a subspecialty of forensic

12  engineering and failure analysis.

13         So for the past 30, almost 35 years or more, I have

14  engaged in looking at broken pieces of equipment from a wide

15  variety of structures and mechanical devices.  And my specialty

16  is essentially in looking at the features of the broken

17  equipment and trying to determine what the root cause of the

18  failure was.

19  **Q.**   Do you hold any degrees relevant to helping you to do

20  that?

21  **A.**   I do.  I have an undergraduate degree in mechanical

22  engineering, a master's degree in mechanical and materials, and

23  a Ph.D. also in mechanical and materials.

24  **Q.**   Do you have any teaching experience?

25  **A.**   I do.  Starting after I received my Ph.D., in about 1995,

1   I took an adjunct position teaching at Duke University in their

2   School of Engineering.

3   **Q.**   How long did you teach at Duke?

4   **A.**   Between about 1995 and 2015 or so.

5   **Q.**   What did you teach at Duke?

6   **A.**   I primarily taught a class called Failure Analysis and

7   Prevention.  I also taught some introductory engineering

8   classes sometimes, but my main role was to assist in the

9   Failure Analysis and Prevention class.

10          **MS. ZEMAN:**  If we could please look at Exhibit 68.

11       (Document displayed.)

12  **BY MS. ZEMAN:**

13  **Q.**   Do you recognize this document, Dr. Kasbekar?

14  **A.**   I do.

15  **Q.**   What is it?

16  **A.**   It's a copy of my curriculum vitae.

17  **Q.**   Is there anything in particular within your CV that you'd

18  like to highlight for the jury?

19  **A.**   I would point out that -- I don't know if this is in my

20  CV, but in addition to teaching that class, when I was in

21  graduate school for several years I was also the lab instructor

22  for the Failure Analysis and Prevention class.

23       Over the years I've been a member of a number of

24  professional societies, primarily the American Society of

25  Mechanical Engineers, and then, also, the Materials Information

1   Society and the Metallurgy Society.

2           **MS. ZEMAN:**  We can close that exhibit.

3   **BY MS. ZEMAN:**

4   **Q.**   Dr. Kasbekar, have you done any work for the United States

5   Army?

6   **A.**   I have.

7   **Q.**   What did that work entail?

8   **A.**   Uhm, I've started a company in about 1995, after receiving

9   my Ph.D., and we received a number of research contracts with

10  the Department of Defense, primarily on developing design tools

11  for analyzing head-mounted protective equipment.

12  **Q.**   In getting back to your involvement in this case, was

13  anyone else involved in evaluating Tank 4?

14  **A.**   Yes.

15  **Q.**   Who else was involved?

16  **A.**   There were engineers working on behalf of Chart as well as

17  engineers working on behalf of PFC.  All were involved in the

18  investigation we did of the fill tank.

19  **Q.**   Why were multiple parties' engineers involved in that

20  investigation?

21  **A.**   Well, it's a normal practice when you have a failure in a

22  large loss like this.  But at some point it was evident to me,

23  and I believe to the other parties, that we would likely need

24  to do disassembly and destructive testing to determine how and

25  why this tank failed.  And when that's done, all parties have

1   some say in how that -- how we go about doing that.

2   Q.   Through your failure analysis of Tank 4, were you able to

3   conclude what caused its failure?

4   A.   Yes, I was.

5   Q.   And what did you conclude caused that?

6   A.   I concluded that a crack in the lower half of the fill

7   port weld had occurred over time due to cyclic loading of that

8   weld.

9   Q.   Did that cause a loss of vacuum in Tank 4?

10  A.   Yes.

11  Q.   Had you worked with cryogenic tanks before you became

12  involved in this case?

13  A.   I have.

14  Q.   In what capacity?

15  A.   As a user of cryogenic tanks.

16  Q.   Did you use them during your research for the Department

17  of Defense?

18  A.   We did.  Some of the materials testing we did for our work

19  involved low-temperature testing of the strength of certain

20  materials.  And in order to do that, I had to build a chamber

21  that we could put in a tensile test machine that could be

22  cooled and heated.  And we used liquid nitrogen as a cooling

23  media.

24  Q.   Did you use cryogenic tanks in any other capacity?

25  A.   Yes.  For my research at Duke University, and also in the

1  failure analysis lab, we have a scanning electron microscope

2  with what's called an EDX probe.  And that device required

3  being maintained with liquid nitrogen in order for it to

4  operate properly.

5  **Q.**   How does a cryogenic tank keep things cold?

6  **A.**   The cryogenic tank is actually a fairly simple device.

7  It's very much like a thermos with a high vacuum that is

8  between the inner and outer tank.  And the vacuum is a --

9  provides the insulation.

10      In addition, cryogenic tanks also have a -- it almost

11  looks like a space blanket, but a foil and insulative wrap

12  around the inner tank.  So it's a very high-end thermos.

13  **Q.**   Dr. Kasbekar, is that very similar to the thermos that was

14  displayed in the opening statement?

15  **A.**   I don't know if it's very similar, but it certainly is

16  similar.  And the structure is essentially equivalent.

17          **MS. ZEMAN:**   Could we approach to provide him with that

18  demonstrative?

19          **THE COURT:**   Yes.

20          **THE WITNESS:**   Thank you.

21  **BY MS. ZEMAN:**

22  **Q.**   So to recap, did you describe there was an inner vessel

23  and an outer vessel?

24  **A.**   That's correct.

25  **Q.**   Can you show us that on the thermos?

1   **A.**   Yes.   Trying to figure out where the -- okay.

2       So just like a thermos or your insulated coffee cup,

3   there's an outer vessel, which is a shiny blue piece of metal

4   called -- it says "Thermos" right on it.

5       And then I've cut away a portion of the outer vessel.   And

6   there's an inner vessel, which is this stainless portion right

7   here.

8       And the inner vessel in the cryogenic tank in front of

9   you, basically, it's suspended from the neck, from this area

10  right here.   And in between the inner and outer vessel is the

11  vacuum space, which is below and all around the inner vessel.

12  **Q.**   And why is vacuum space a part of that thermos?

13  **A.**   So when you don't have air or gas in there, it's a very

14  efficient insulator because of the manner in which heat is

15  transferred between the ambient environment and the inside

16  environment.   If there's no air, there's no molecules, and

17  there's no way for the heat to be transferred.

18  **Q.**   What model is Tank 4?

19  **A.**   It's an MVE 808, made by Chart Industries.

20      **MS. ZEMAN:**   If we could pull up the demonstrative that

21  shows us the anatomy of the tank.

22      (Photographs displayed.)

23  **BY MS. ZEMAN:**

24  **Q.**   If you could, first of all, talk about these first two

25  photos.   What do these two photos show us, Dr. Kasbekar?

1   **A.**   So the photo that is on the left shows the -- a

2   replacement tank.  And the vials that you're looking at are

3   contained in metal boxes.  And those are the thousands of eggs

4   and embryos that are stored in the tank.  And then the image to

5   the right of that is the ultimate condition that Tank 4 ended

6   up buckling and deforming into.

7   **Q.**   Dr. Kasbekar, is this an exemplar of the boxes that would

8   have been stored in Tank 4?

9   **A.**   Yes, it is.  And in that photo you're actually looking

10  down at the very top of that box.  And multiple boxes,

11  actually.

12          **MS. ZEMAN:**  If we could go to the next slide.

13      (Demonstrative displayed.)

14  **BY MS. ZEMAN:**

15  **Q.**   What are these images showing us?

16  **A.**   So these are renderings that from left to right show a

17  normal tank.  And we've turned the outside of it transparent so

18  that you can see the inner vessel as well as the vacuum space.

19  And then we've highlighted a 26-inch section of line, which is

20  the fill line for this tank.  Unlike a thermos, you can fill

21  this tank with liquid nitrogen from an external source.

22          And then the middle image is showing you essentially the

23  inside of the tank as it existed after it deformed.  And then

24  to the right you're seeing another rendering of the inside of

25  the tank after it deformed.

1        And these renderings are based upon data collected on the

2    subject tank to document the deformed geometry of the tank.

3    **Q.**   To a layperson are these sort of, effectively, x-rays

4    showing us the internal inner vessel as it currently looks?

5    **A.**   That's exactly what it's doing.  It's showing you the

6    comparison the way it should look and the way it looks due to

7    the deformation that occurred in Tank 4.

8        **MS. ZEMAN:**  If we could go to the next slide, please.

9        (Slide displayed.)

10   **BY MS. ZEMAN:**

11   **Q.**   And, Dr. Kasbekar, if you could walk through the different

12   components of the Tank 4 for the jury, please.

13   **A.**   Absolutely.

14       So the first thing, if we go from top to bottom, is

15   there's a Styrofoam lid.  It's essentially 8 inches thick.  And

16   it does have a provision to allow gas to escape from it.  And

17   that's because, otherwise, this gas would pressurize if it

18   could not evaporate off.  So there's actually a part of the lid

19   that does not normally seal up against the tank.

20       Go to the next slide, please.

21       The next slide we've highlighted in yellow the inner

22   vessel, which is essentially what I have shown in this -- with

23   the thermos.

24       And in the upper right-hand corner is a photograph of a

25   Chart tank that is undamaged but with the outer skin or the

 1   outer tank removed.  So, essentially, what you're looking at

 2   now, if I use the thermos as an example, we have essentially

 3   taken this outer skin, cut it along the top edge and pulled it

 4   off so we could see what's inside the tank.

 5        And what you're seeing there are two vertical lines.  One

 6   is the fill line and the other is a sense line or sensor line.

 7            MS. ZEMAN:  Next slide.

 8        (Slide displayed.)

 9            THE WITNESS:  That's just a shot of the outer tank

10   with the control box mounted to the side.

11            MS. ZEMAN:  Next slide.

12        (Slide displayed.)

13            THE WITNESS:  Here what we've done is simply

14   highlighted the inner space between the inside tank and the

15   outside tank, and that's the vacuum space that we've been

16   talking about this morning.

17            MS. ZEMAN:  Next slide.

18        (Slide displayed.)

19            THE WITNESS:  What we're showing here is essentially

20   the inside of the tank and the tank contents.  The blue liquid

21   is intended to depict the liquid nitrogen in the tank, which

22   typically ranges from up to about 14 inches or so when it's

23   filled.

24        And then the metal boxes that hold the canes and cryotips

25   that store the eggs and embryos are shown below that.  They're

1   the metal boxes with the circular openings in them.

2   **BY MS. ZEMAN:**

3   **Q.**   Dr. Kasbekar, do those samples sit directly on the bottom

4   of the inner vessel?

5   **A.**   No, they don't.  There's actually something called a false

6   bottom or a shelf, which is a flat piece of metal.  And it's

7   placed in there because the bottom of the inner vessel is

8   actually curved, very much like in this thermos.  So it's got a

9   rounded bottom.  And then they put a shelf in there so that the

10  samples will sit flush on the shelf.

11          **MS. ZEMAN:**  Next slide.

12      (Slide displayed.)

13          **THE WITNESS:**  So what we're looking at now is the

14  underside of the inner tank.  So I'm going to keep going back

15  to the thermos because I think it's clear.  But we're looking

16  at the inner tank.  And underneath of it there's a sieve pan

17  that is tack welded or spot welded in several places that holds

18  the sieve material that the attorneys had spoken about earlier.

19  It's sometimes called a getter.  It looks a lot like kitty

20  litter.

21          **MS. ZEMAN:**  Next slide.

22      (Slide displayed.)

23          **THE WITNESS:**  What we're showing here is the underside

24  of the tank.  And you're seeing the casters, but we've

25  highlighted in both the photograph and the rendering what's

 1   called the vacuum port.

 2        And that's what Chart uses to suck a vacuum on the tank

 3   when they initially manufacture it.  And then it's plugged with

 4   an O-ring seal and a cap.

 5        It's important to understand that that vacuum port is on

 6   the outside of the vessel.  It's not exposed to liquid nitrogen

 7   unless the inner vessel leaks.

 8        This is a picture of me when I was inspecting the vacuum

 9   port and also taking measurements of the diameter of the vacuum

10   port.

11        **MS. ZEMAN:**  Next slide.

12        (Slide displayed.)

13        **THE WITNESS:**  This is a controller that was talked

14   about earlier this morning that's sitting on the exemplar tank.

15   It's the electronic portion of the tank.

16        **MS. ZEMAN:**  Next slide.

17        (Slide displayed.)

18        **THE WITNESS:**  Next slide is pointing out, again, the

19   fill line, which is an important component to understanding how

20   this failure occurred.

21        And the fill line is a stainless steel tube about

22   three-eighths of an inch in diameter.  And when the tank calls

23   for nitrogen or the lab staff pushes a button to fill the tank

24   with nitrogen, that nitrogen flows down that fill line and into

25   the bottom of the tank, through the port where we had the weld

1   failure.

2           **MS. ZEMAN:**  Next slide.

3       (Slide displayed.)

4           **THE WITNESS:**  So what we're showing you now is the

5   fill port that's at the bottom of the fill line.  And in the

6   upper right-hand corner you're seeing the vacuum space.  And I

7   think I can maybe highlight on this screen.  Yeah.

8           So this area right here -- not going doing a great job --

9   is all vacuum space.  And then this area here is where the

10  liquid nitrogen resides.

11  **BY MS. ZEMAN:**

12  **Q.**   I'm not sure that's coming through.

13  **A.**   Okay.  It's showing up on my screen.

14  **Q.**   My apologies.  I can't see it, but it is on the main

15  screen --

16  **A.**   Okay.

17  **Q.**   -- so proceed.

18  **A.**   So, basically, you're seeing a section through the inner

19  wall.  The right side of that image that I've marked up green

20  first is the vacuum space side, and then the left side is the

21  liquid nitrogen space side.

22          And in the photo below we're showing you a view looking

23  from the inside of the tank directly at the fill port.  And the

24  weld in question -- actually, this might be the sense port.

25  But the weld in question is -- this is an awful drawing, but

1    it's that circular weld around there.

2    **Q.**   And the last image, is that just --

3    **A.**   The last image is a close-up of the fill port.  And we're

4    looking at it from the vacuum space side.  And that fitting is

5    the elbow fitting that was talked about earlier today.

6    **Q.**   I believe that is the last slide.

7         Oh, is there one last image to point out?

8    **A.**   We're just pointing out the sensor port, which is

9    identical to the fill port in construction.  They're both made

10   the same way.

11        The big difference -- and this is an important

12   difference -- between the fill port and the sensor port and the

13   fill line and the sense line is the fill port has liquid

14   nitrogen flowing through it; so the entire line gets cooled

15   when liquid nitrogen comes into it.

16        The sense port is just there to monitor the level of the

17   liquid nitrogen.  So the majority of the time the sense port

18   tubing is just filled with air inside a vacuum space.  And the

19   lower part of the sense port means nitrogen in it.

20            **MS. ZEMAN:**  We can close out that demonstrative.

21   **BY MS. ZEMAN:**

22   **Q.**   Now that we've had that backgrounds explaining the tank

23   components, can you walk us through your failure analysis of

24   Tank 4?

25   **A.**   Yes.

KASABEKAR - DIRECT / ZEMAN

1  Q.   When did you first exam it?

2  A.   The first examination was in the fall.  I think it was

3  September of 2018.

4  Q.   How many times did you end up personally examining Tank 4?

5  A.   There were three separate occasions.  Each occasion

6  spanned over two to three days.

7  Q.   When was the second inspection, roughly?

8  A.   It was in the September-October 2019 time period; about a

9  year later.

10 Q.   How many days did that testing session last?

11 A.   That was a 2-day session.

12 Q.   And then was there a third inspection?

13 A.   Yes.  That was in March of 2020.  And that was a 3-day

14 inspection session.

15 Q.   Were representatives from Chart present for all three

16 testing sessions?

17 A.   Yes.

18 Q.   What did you observe about Tank 4 during that first

19 examination in 2018?

20 A.   I observed there was extensive buckling of the inner tank.

21      MS. ZEMAN:  If we could please look at Exhibits 134-A

22 through D.  If you could cycle through those briefly.

23      THE WITNESS:  Give me a second to navigate the mask

24 and the water bottle.

25      (Photographs displayed.)

1          **THE WITNESS:**  So what we're looking at, this is

2   Tank Number 4.  The controller has been removed from it.  And

3   we're looking down at the inside of the tank.  And you can see

4   there's very extensive crumpling, buckling, and deformation of

5   the inner tank wall.

6   **BY MS. ZEMAN:**

7   **Q.**   Were those photos taken before any destructive testing was

8   done to Tank 4?

9   **A.**   That's correct.

10         **MS. ZEMAN:**  Is there two more photos?  There we go.

11  And one more.

12      (Photographs displayed.)

13         **THE WITNESS:**  So this is, again, showing the inside.

14  This is a top down view.  It shows the false bottom, which is a

15  the flat surface in the bottom.  The wiring going down there

16  are temperature probes.  It's essentially, again, showing the

17  significant deformation.  What might be noteworthy is the

18  deformation is more significant on the opposite side of the

19  fill and sense ports.

20         **MS. ZEMAN:**  We can close out those exhibits.

21  **BY MS. ZEMAN:**

22  **Q.**   Was anything done to Tank 4 during that first examination

23  other than documenting its condition?

24  **A.**   No.  The purpose of the examination was to allow all the

25  engineers and experts involved to view the tank, photograph it,

1  videotape it prior to doing in sort of destructive testing.

2  **Q.**   Were you able to draw any conclusions about Tank 4's

3  failure from that examination?

4  **A.**   The only conclusion I could draw is it appeared that

5  vacuum space, instead of having a vacuum in it, had become

6  pressurized.

7  **Q.**   Is that what led to the buckling and deformation?

8  **A.**   There was little question in my mind, at that point, that

9  pressure inside of the vacuum space had led to the deformation

10  and buckling of the tank.

11  **Q.**   What did you want to do next in your evaluation of Tank 4?

12  **A.**   The next step was to leak test the tank to determine if we

13  could find any locations where there was a leak into the vacuum

14  space.

15  **Q.**   Why did you want to look for a leak?

16  **A.**   Well, it wasn't just me, but all of us were interested,

17  all of the engineers were interested in determining whether or

18  not there was a leak in this tank.  Because a leak in the tank

19  would explain loss of insulation, because you'd lose your

20  vacuum.

21      Once you lose your vacuum, your thermos is no good.  If

22  you have a very old thermos, that's years old or cracked, it's

23  not going to keep things warm or cold the way it used to.

24      So we were looking for a leak that would explain the

25  compromised vacuum space.  We were also looking for a leak that

1  would explain liquid nitrogen getting into the vacuum space

2  because we know when it gets in there it expands and it could

3  be easily responsible for the extensive damage that we see to

4  the tank.

5  **Q.**   Were all further steps to examine Tank 4 done by agreement

6  of the parties?

7  **A.**   Yes.

8  **Q.**   What generally took place during the second examination of

9  Tank 4 in late 2019.

10  **A.**   It was primarily leak testing.  I'd say the bulk of the

11  first day was devoted to leak testing using a

12  helium-leak-detection system and a sensing probe.

13  **Q.**   How did the helium leak test function?

14  **A.**   So the helium leak test that we all agreed upon for this

15  tank involved basically putting a small amount of pressure into

16  the vacuum space through the vacuum port that we showed you

17  earlier.

18      So the vacuum port is on the outside.  We plumbed in a

19  helium tank and allowed a small amount of pressure to fill up

20  that vacuum space.  And then we used -- it's a mass

21  spectrometer, but basically it's a sniffer.  It's very

22  sensitive to helium.  And it's got, like, a pencil-point probe.

23      And a technician or another engineer working at the

24  facility probed all around the outside and the inside of the

25  tank, looking for helium.  And the reason we use helium is

1  helium is a very small molecule, so even the tiniest of leaks

2  helium can get through.

3          MS. ZEMAN:  Could we see Exhibit 131-A.

4      (Photograph displayed.)

5  BY MS. ZEMAN:

6  Q.    What is this a photo of?

7  A.    It's a picture of the engineer or technician using the

8  sniffer probe to look for evidence of helium leakage.

9  Q.    During this helium leak test, did you focus on any

10  particular or you collective focus on any portion of the tank?

11  A.    We sniffed the entire tank, but we paid particular

12  attention to all the external and internal welds, and

13  particularly to the interior welds.

14  Q.    Why was there particular attention paid to the interior

15  welds?

16  A.    Because, again, welds are an area of concern.  They're

17  where parts joined together.  The materials are not

18  homogeneous; they're not the same.  So it's a likely place for

19  a problem.  That's one reason.

20      The other reason that we looked in the interior is

21  because, again, a breach of the interior, whether it's in a

22  weld or in the wall, would explain liquid nitrogen entering

23  into the space between the inner tank wall and the outer tank

24  wall.

25      And if that liquid nitrogen can accumulate in there over

1   some time, and eventually warms up, it can cause the level of

2   damage that we have here because of how much it expands.

3           MS. ZEMAN:  We can close that exhibit.

4   BY MS. ZEMAN:

5   Q.   Dr. Kasbekar, did that helium sniffer detect any leaks?

6   A.   It did.

7   Q.   Can you tell us more about that?

8   A.   So the helium test showed us that we had signs of helium

9   leaking from the vacuum space into the inner tank.  And that

10  leakage was essentially occurring during the lower

11  circumferential weld at the area at the bottom and seemed to be

12  somewhat centered around the fill port weld.

13  Q.   What did you do next during that inspection?

14  A.   The next step, I think, that we took was to use another

15  type of leak test methodology.  And it's equivalent to a bubble

16  test using, like, a soap solution, but we use an industrial

17  grade leak-detection solution called Snoop.  And Snoop was

18  applied in the area where we had noticed helium was being

19  detected near the bottoms of the tanks and areas that we

20  suspected were leaking.

21  Q.   And that test was done, again, with the participation of

22  all parties; correct?

23  A.   That's correct.  All parties.  Chart's engineers, PFC,

24  myself.

25          MS. ZEMAN:  If we could look at slides 1 and 2,

1    please.

2         (Photograph displayed.)

3    **BY MS. ZEMAN:**

4    **Q.**   What does this show us, Dr. Kasbekar?  We'll switch to the

5    second one in a moment.

6    **A.**   So this is one of the technicians or other engineers

7    working for the lab applying the Snoop leak-detection solution

8    to the area around the fill port.

9    **Q.**   And the next slide?

10        (Photograph displayed.)

11   **A.**   The next slide is showing bubbles forming in that area,

12   which was an indicator to us that there was some leakage going

13   on at that particular area.

14        **MS. ZEMAN:**  Could we please take a look at Exhibit

15   131-B.

16        (Video played.)

17   **BY MS. ZEMAN:**

18   **Q.**   What does this describe or show us, Dr. Kasbekar?

19   **A.**   This is a video that I took with my cell phone.  That's

20   the r reason for the shaky hands.  What it's showing is the

21   Snoop leak-detection solution picking up a leak in the lower

22   half of the fill port weld.

23        **MS. ZEMAN:**  Could we see Exhibit 131-C.

24        (Video played.)

25

1    BY MS. ZEMAN:

2    Q.    Dr. Kasbekar, can you describe what this video shows?

3    A.    So once we found evidence of leakage, what I showed in my

4    cell phone camera, the next step is we put a digital microscope

5    on a boom structure and put it into the tank so that we could

6    get close-up on the area where we are seeing the bubbles form.

7    And this is video shot through that digital microscope.   It's

8    called a Keyence microscope.

9              MS. ZEMAN:   Could we replay that video, please.

10         (Video played.)

11             THE WITNESS:   So that's a leak-detention solution

12   being applied.   And you can see the bubbles are emanating

13   between about the, you know, four o'clock and six o'clock

14   position on that crack, where six o'clock is the very bottom of

15   the crack and twelve o'clock would be the very top of the weld.

16   BY MS. ZEMAN:

17   Q.    What does the formation of these bubbles tell you?

18   A.    It tells me that we've got a through-wall crack that goes

19   from the vacuum space to the inner tank space where the

20   nitrogen is stored.

21   Q.    Was this bubble test applied anywhere else on Tank 4 other

22   than at the fill port weld?

23   A.    It was.   Before we were all said and done, we had applied

24   Snoop detection solution to virtually, I think, all of the

25   welds on the inside of Tank 4 and perhaps some of the welds on

1   the outside of Tank 4 also.

2   **Q.**   Did bubbles form anywhere else?

3   **A.**   Excuse me?

4   **Q.**   Did the bubbles form anywhere other than at the fill port

5   weld?

6   **A.**   The only area we saw bubbles was in the area of the fill

7   port weld.

8         **MS. ZEMAN:**  We can take down the slide.

9   **BY MS. ZEMAN:**

10  **Q.**   Let me see.  What did you do next during your

11  investigation of Tank 4's failure?

12  **A.**   The next step, I think, that we took was to use an

13  additional detection method to look for leaks or cracks.  And

14  we used something called Magnaflux dye-penetrant testing to

15  look for cracks inside of the tank, especially around the weld

16  areas and around the fill port.

17  **Q.**   Was this the third version of leak testing that was

18  performed on Tank 4?

19  **A.**   At that point, yes.

20  **Q.**   How does dye-penetrant testing work?

21  **A.**   So dye-penetrant testing involves taking -- it's

22  essentially a red dye.  And you can either brush it on -- I

23  believe we sprayed it on.  So we sprayed it in any of the areas

24  where we suspected there may be leaks.

25        And then what you do is you wipe it off and you clean it

1    off very well.  And then you spray a developer, which is really

2    a white talcum powder-like substance over there.  And anywhere

3    there's a small crack, the red dye tends to seep into that

4    crack due to capillary action.

5         And when you put the white powder on top of it, that red

6    dye will seep back out and interact with the powder and show us

7    pretty clearly where we might have any small cracks that you

8    simply could not see otherwise.

9    **Q.**   What did the dye-penetrant testing on Tank 4 show you?

10   **A.**   It showed us we had a crack at the fill port weld, from

11   about the four o'clock to the seven o'clock position of the

12   weld.

13        **MS. ZEMAN:**  Could we look at slide 3, please.

14   (Photograph displayed.)

15   **BY MS. ZEMAN:**

16   **Q.**   What is this image showing us?

17   **A.**   So that's after the dye-penetrant testing and after the

18   developer has been generally wiped off.  And what you can see

19   is the residual dye in the opening of the crack.  And, also,

20   there was an absence of any of that in the weld that is below

21   the crack.  So that told us that there really wasn't any

22   evidence of cracking of that circumferential weld.  It seemed

23   to be limited to the fill port.

24   **Q.**   Did you conduct a microscopic inspection of the fill port

25   weld?

1   **A.**   I did.

2          **MS. ZEMAN:**   Could we look at Exhibit 126-A.

3      (Photograph displayed.)

4   **BY MS. ZEMAN:**

5   **Q.**   What does this image show us?

6   **A.**   So we're looking at, again, the Keyence microscope focused

7   in on the fill port weld.   And you're seeing a crack that

8   runs -- once again, this is what I'm saying is about maybe the

9   four o'clock position to about the seven o'clock position.

10  **Q.**   And the crack runs between those two markers?

11  **A.**   It does.

12         **MS. ZEMAN:**   If we could look at Exhibit 126-B, please.

13     (Photograph displayed.)

14  **BY MS. ZEMAN:**

15  **Q.**   What does this show?

16  **A.**   This is a close-up of that same crack.   And it's again

17  showing -- it looks almost like a smile.   And, again, it tends

18  to end at about that position and that position, and with the

19  widest opening at the six o'clock position.

20         And I would also note that if you look at it as a smile,

21  there's no overbite or underbite.   The upper surface and the

22  bottom surface are approximately in the same plane.   One is not

23  coming out of the screen or going back into the screen.

24  **Q.**   After the three forms of leak testing you've described,

25  were you or any of the other engineers or party representatives

1  present at the testing able to identify any other leak on

2  Tank 4?

3  **A.**   We were not.

4  **Q.**   Were Chart representatives present for all of that

5  testing?

6  **A.**   Yes, they were.

7  **Q.**   About how much time was spent looking for leaks over those

8  two days in late 2019?

9  **A.**   It was the better part -- almost the entire first day and

10  the better part of the second day.

11  **Q.**   Was the false bottom on Tank 4 present for all of that

12  leak testing?

13  **A.**   No.  After the first day, we removed the false bottom so

14  we could do additional leak testing below the false bottom.

15  **Q.**   What was the process to remove that false bottom?

16  **A.**   We had to cut it.  So we tilted the tank on its side, and

17  a technician had to gear up and literally had his head in the

18  tank with a grinding wheel and a grinder and had to section the

19  bottom up so we could pull it out piece by piece.

20  **Q.**   Why was it necessary to cut it up?

21  **A.**   Because the deformation of the tank above the false bottom

22  was preventing us from getting it out.  So we kind of had a

23  hole that had closed down.  And the false bottom was still the

24  same size so, we couldn't pull it through that hole in a single

25  piece.

1           **MS. ZEMAN:**  Could we look at slide 4, please.

2       (Photograph displayed.)

3   **BY MS. ZEMAN:**

4   **Q.**   What does this show us, Dr. Kasbekar?

5   **A.**   So that's the technician who worked quite hard inside of

6   there to make the various cuts that were needed to remove the

7   false bottom, and he's using the grinding wheel.  You can see

8   the sparks coming off the grinding wheel.  It was a pretty

9   aggressive, intense process to be able to cut that and get it

10  out of there.

11  **Q.**   Was Tank 4 also digitized during any of the testing that

12  was done with you present?

13  **A.**   Yes, it was.  So after we removed the false bottom, we did

14  additional leak testing.  And I think we did additional dye

15  penetrant, perhaps.  And then we proceeded to digitize the

16  tank.

17  **Q.**   And what does that mean, to digitize the tank?

18  **A.**   So a laser scanner was used to basically take measurements

19  all the way along the surface of the tank.  And what it does is

20  it preserves the geometry of the tank.  So you're literally

21  waving this laser scanner, and the scanner is reproducing the

22  surface of the tank inside the computer.

23  **Q.**   Is there a spray used during 3D scanning?

24  **A.**   There is.  When you have an object like this, that's

25  curved and also shiny, the problem with the laser is it hits a

1  curved surface and will reflect and bounce everywhere.

2      So the common practice, when doing this, is to spray it

3  with a light coating of talc in order to allow the laser to

4  pick up the surface accurately.

5  **Q.**   Is that talc powder similar to baby power?

6  **A.**   It is similar to that.  It's almost like a spray chalk.

7  **Q.**   Did Chart's representatives agree to do that 3D scan using

8  talc spray?

9  **A.**   They did.  They did.  And, in fact, they were present

10  during the spraying and the scanning process.

11  **Q.**   Did you hear any of Chart's representatives express any

12  concern about the talc spray being able to plug a leak that

13  might exist?

14          **MR. DUFFY:**  Objection.  Relevance.

15          **THE COURT:**  Overruled.

16          **THE WITNESS:**  I did not.

17  BY MS. ZEMAN:

18  **Q.**   Is that something that you think could happen?

19  **A.**   The leak?

20  **Q.**   Do you think talc spray could block a leak?

21  **A.**   I think, given the way that we tested this tank, I think

22  it would be next to impossible because we're pressurizing the

23  vacuum space.  And if any particles got caught in something,

24  that pressure should have dislodged that particle to the point

25  that we would have detected helium in that area or seen bubbles

1    in that area.

2    **Q.**   Did you use similar powder to detect the crack in the weld

3    with the dye penetrant testing that you described earlier?

4    **A.**   Yes.

5    **Q.**   Have you used talc spray and dye penetrant on other

6    failure analysis that you've done?

7    **A.**   Absolutely.   It's a common practice in the industry.

8    **Q.**   What did you want to do in your analysis of Tank 4 after

9    that second inspection was completed?

10   **A.**   After the second inspection, I was ready to try to isolate

11   the fractured weld and the adjacent weld of the sense port and

12   to do additional inspection and microscopy, particularly of the

13   fracture surface.

14   **Q.**   Is that what happened during the third inspection?

15   **A.**   No.

16   **Q.**   How does the third inspection start?

17   **A.**   It started off with additional leak testing.

18   **Q.**   Why was additional leak testing done?

19   **A.**   One of the engineers working for Chart had requested to do

20   additional testing with pressurized gas and a flow meter

21   attached to monitor flow rates from the vacuum space.

22   **Q.**   Was that flow meter test completed?

23   **A.**   It was.

24   **Q.**   Did it reveal any leaks?

25   **A.**   It did not.   In fact, we sealed the crack itself with the

1   flow meter attached.  And what that showed us is that -- it was

2   a very sensitive flow meter -- showed us that there was

3   absolutely no flow out of the vacuum space.

4        So the crack -- once we sealed that one crack, there was

5   no flow.  And what that meant to me was that there were -- very

6   unlikely there were any other leak sites.

7   **Q.**   Did you do anything else to test for leaks during that

8   inspection?

9   **A.**   Ultimately, we also filled the lower part of the inner

10  vessel with water up to a certain level, to go completely above

11  the welds, to see if we could see any bubbling of gas coming

12  through the water.  So essentially looking for bubbles in

13  water.

14  **Q.**   Did that reveal any leaks?

15  **A.**   It showed us that there were no leaks in the bottom of the

16  tank, at all, other than the one that we had sealed.

17  **Q.**   After that, did you begin disassembling the tank with all

18  of the parties present?

19  **A.**   We did.

20  **Q.**   We don't need a play-by-play, but can you walk the jury

21  generally through the process of disassembling the tank?

22  **A.**   Absolutely, yes.

23            **THE COURT:**  Is now a good time for a break?

24            **MS. ZEMAN:**  I think it's probably a good spot.

25            **THE COURT:**  Okay.  Members of the jury, we will take

**PROCEEDINGS**

1    our second and last break of the day.  Another 10-, 15-minute

2    break.  As always, please do not discuss the case with anyone.

3                (Recess taken at 12:02 p.m.)

4                (Proceedings resumed at 12:12 p.m.)

5          (Proceedings held outside the presence of the jury:)

6          **THE COURT:**  Docket number 806, page 2, I ruled on

7    Exhibit 208 expressly.

8          **MR. LOTHSON:**  True.  But you said let's see.  And then

9    you said it goes to notice.  And I would point out that notice

10   is not an element of any claim that Kasbekar is up there to

11   testify about.  Notice is not an the element of strict

12   liability.

13      The incident involved is about --

14         **THE COURT:**  Let me hear from Ms. Zeman what the expert

15   is going to use the exhibit for.

16         **MS. ZEMAN:**  He will testify that he relied on that

17   document, that it is an example of this exact failure mode

18   happening and Chart being aware and Chart itself actually

19   suggesting it as a failure mode, which is sort of inherently

20   being notice of it being a workable failure mode as Chart

21   itself is the one that described it.

22         **MR. LOTHSON:**  Your Honor, if I may, it's a different

23   model tank.  An MVE 1839 freezer --

24         **THE COURT:**  Okay.  That's an issue for

25   cross-examination.

PROCEEDINGS

1          **MR. LOTHSON:**  It was hit with a forklift.

2          **THE COURT:**  Okay.  That's an issue for

3    cross-examination.

4          **MR. LOTHSON:**  But --

5          **THE COURT:**  All right.  Objection overruled again.

6    208 is in evidence.

7          **MR. LOTHSON:**  Well, Your Honor, just for

8    clarification, is it a substantially similar other occurrence.

9    Is that the finding?  Because that's the admissibility to put

10   it in --

11         **THE COURT:**  I'm going to see how the testimony comes

12   in.  It's statements of a party opponent, so it's not hearsay

13   or things like that.

14      So objection overruled, again, from for the second time.

15   I dealt with it before when you -- well, three times now.  We

16   had the other occurrences motion *in limine*, and you chose not

17   to attach that or argue that particular exhibit.

18      Then we had it again, raised again, and I ruled on it.  So

19   I don't actually know what's different here now, and I'm

20   overruling the objection for the third time.

21         **MS. ZEMAN:**  Thank you, Your Honor.

22         **MR. LOTHSON:**  Your Honor --

23         **THE COURT:**  No more.

24         **MR. LOTHSON:**  I'm not giving you any more.  I'm

25   understanding your ruling, that's all.

1          **THE COURT:**  Okay.  All right.  Is your rest of your

2   team around?

3          **MR. LOTHSON:**  I'll go tell them.

4          **THE CLERK:**  I'm going to go this way and grab the jury

5   and come out this way.

6      (Jury enters at 12:15 p.m.)

7          **THE COURT:**  Thank you, members of the jury.

8      You may resume Ms. Zeman.

9          **MS. ZEMAN:**  Thank you, Your Honor.

10     If we can see slide 5, please.

11         **THE COURT:**  Thank you, members of the jury.

12     You may resume, Ms. Zeman.

13         **MS. ZEMAN:**  Thank you, Your Honor.

14     If we could see slide 5, please.

15     (Photograph displayed.)

16  **BY MS. ZEMAN:**

17  **Q.**  Dr. Kasbekar, I think where we had left off, I was just

18  about to ask you to kind of take us through, generally, the

19  steps of disassembling the tank.

20     We have a couple of slides here.  We can cycle through

21  those as you describe for us.

22  **A.**  Okay.  So the first thing we did is we marked an area of

23  interest where the fill line tubes and sense tubes were

24  located.  You see the word "grind."  We want to be particularly

25  careful about cutting through that part so that we didn't

1   interact with those tubes.

2       So the first thing we did is we cut a partial cut in the

3   area where those tubes will go down, which is between here and

4   somewhere in here.  And we just made a very precise cut in that

5   area.

6       Prior to that, we had drilled with a hole saw, a hole

7   right here, and that was done to use something called a power

8   nibbler that we use to cut around the top edge, kind of like an

9   industrial can opener.

10  Q.   So it's essentially cutting the outer vessel away -- the

11  process of cutting the outer vessel away from the inner vessel?

12  A.   Exactly.  We made a cut that was right along the top edge.

13  And then we literally lifted the inner vessel from the outer

14  vessel.  The outer vessel is much heavier and more robust than

15  the inner vessel.

16       **MS. ZEMAN:**  If we could see the next slide.

17       (Photograph displayed.)

18  **BY MS. ZEMAN**

19  Q.   Is that what we're seeing here, lifting that inner vessel

20  out?

21  A.   Yeah.  After we completed the cut, the inner vessel was

22  attached to a hoist and we lifted it out.  And you're seeing

23  the multilayered insulation wrap that encapsulates the inner

24  vessel.

25       **MS. ZEMAN:**  Next slide.

1          (Photograph displayed.)

2          **THE WITNESS:**  This is a picture just showing the

3   bottom where you can see, again, I think there's about 60 wraps

4   of insulation, foil, and a paper-type insulation that

5   encapsulates the inner vessel for further insulation.

6          **MS. ZEMAN:**  Next slide, please.

7          (Photograph displayed.)

8          **THE WITNESS:**  That's after we cut away the insulation

9   wrap.  And what you're seeing now is the buckled inner vessel.

10  And you're seeing the fill and sense tubes that run from the

11  top.  So here and here.  And the ports are down at the bottom.

12         **MS. ZEMAN:**  Next slide.

13         (Photograph displayed.)

14         **THE WITNESS:**  Again, this is showing the buckled inner

15  vessel.  This is the fill port that we've been talking about,

16  or the fill line going to the fill port.  And you can see the

17  extensive implosion of the inner vessel.

18         **MS. ZEMAN:**  Next slide, please.

19         (Photograph displayed.)

20         **THE WITNESS:**  This is a sieve pan that we talked about

21  earlier, that's located at the bottom of the -- attached to the

22  very bottom of the inner vessel.  And it's attached with spot

23  welds that are just tap welds in a few places that hold that

24  pan to the bottom of the inner vessel.

25         **MS. ZEMAN:**  Next slide.

1          (Photograph displayed.)

2          **THE WITNESS:**  This is the sieve material, the

3    molecular sieve.  The getter.  Looks, like I said, kind of like

4    a kitty-litter-type appearance to it.

5          **MS. ZEMAN:**  Next slide.

6          (Photograph displayed.)

7          **THE WITNESS:**  This is the -- again, the tank where

8    we've marked the fill and sense lines.  And we're getting ready

9    to cut those lines free to separate them from the tank so we

10   have better access to the area of interest, which is the welds

11   at the fill and sense port.

12         **MS. ZEMAN:**  Next slide.

13         (Photograph displayed.)

14         **THE WITNESS:**  So this is where we've marked where

15   we're going to make our cut after we've cut those lines.  The

16   next cut was to take out this big section here so that we could

17   gain access to the fill port weld.

18         **MS. ZEMAN:**  Next slide.

19         (Photograph displayed.)

20         **THE WITNESS:**  This is a cutting process, again, with

21   the grinder.  And you notice the individual holding the weld

22   ports with gloves because of the heat that the grinder

23   generates.

24         **MS. ZEMAN:**  Next slide.

25         (Photograph displayed.)

1        **THE WITNESS:**  We're looking now at the inner tank

2   after we've cut out that section to isolate the fill and sense

3   ports.

4   **BY MS. ZEMAN:**

5   **Q.**   When you say "we," who are you referring to?

6   **A.**   "We" is all of the parties.  Chart, the clinic, myself,

7   their engineers, and their attorneys were all present during

8   this process.

9   **Q.**   About how many people were present during that inspection

10  in March of 2020?

11  **A.**   More than ten.

12  **Q.**   Was it a fairly large group?

13  **A.**   It was a fairly large group.

14       **MS. ZEMAN:**  Next slide, please.

15       (Photograph displayed.)

16       **THE WITNESS:**  This is a section that was removed so

17  that we could more closely evaluate the area of interest at the

18  ports.

19       **MS. ZEMAN:**  Next slide.

20       (Photograph displayed.)

21       **THE WITNESS:**  Again, prior to doing any cutting, we

22  had a written protocol for most of the inspection, and part of

23  the protocol was that we would mark areas.  And that's a normal

24  way of going about it so that everybody knows where the cuts

25  are going to be made prior to cutting.

KASABEKAR - DIRECT / ZEMAN

1     So we've marked this as to how we're going to section it

2  up in pieces so that there's no misunderstandings.

3          **MS. ZEMAN:**  Next slide.

4     (Photograph displayed.)

5          **THE WITNESS:**  This is the Leco cutoff saw that was

6  used to make the cuts through the stainless steel section to

7  the inner tank.

8          **MS. ZEMAN:**  The next slide.

9     (Photograph displayed.)

10         **THE WITNESS:**  Again, after every step we would

11  photograph it to preserve what we had done.  Everybody had an

12  opportunity to photograph.  So this is showing those cuts that

13  we marked after they were made.

14  **BY MS. ZEMAN:**

15  **Q.**  About how many photos did you take during your analysis of

16  Tank 4?

17  **A.**  Several hundred.  I don't know the exact number.  I mean,

18  it may be close to a thousand photos.

19         **MS. ZEMAN:**  All righty.  The next image.

20     (Photograph displayed.)

21         **THE WITNESS:**  This is where we've isolated the fill

22  port weld.  And you can see the crack in this area right here.

23  And what's been done here is a saw cut was intentionally made

24  on both sides leading up to the weld and up to the crack but

25  not into the crack.

KASABEKAR - DIRECT / ZEMAN

1      And this is a typical procedure we use because we want to

2  separate that crack so that we can look at the actual fracture

3  surface instead of just down into the crack.  But we don't want

4  to cut into it with the saw, which would damage a fracture

5  surface, so we make these cuts.

6      And they're basically notches leading up to the crack.

7  And then we put it in a tensile test machine, and that will

8  pull them apart.  And we'll be able to tell which part of the

9  crack had existed before we pulled it apart and which part is

10  due to the pulling apart process.

11  **BY MS. ZEMAN:**

12  **Q.**   Why were you wanting to pull the crack apart?

13  **A.**   It was very important to me to be able to look at the

14  fracture surface because that's one of the key elements of

15  failure analysis is to look at the broken part, look at the

16  fracture, because it often contains key physical evidence that

17  tells us where the fracture started and how the fracture took

18  place.

19      Does it take place due to one single event, being pulled

20  apart, or an explosion or an impact, or was it something where

21  it was a cyclic load, from the load going up and down, up and

22  down.  It leaves different telltale features on the fracture

23  surface that we would look for.

24          **MS. ZEMAN:**  Next slide please.

25      (Photograph displayed.)

1          **THE WITNESS:**  So this is showing the separated

2     fracture surfaces after we pulled them apart.  We actually

3     drilled two holes at the top, in part of the metal, in order to

4     grip it better in the tensile test machine.

5          **MS. ZEMAN:**  Next slide.

6        (Photograph displayed.)

7          **THE WITNESS:**  This is the back side of that same part.

8        Can we go to the previous slide for just one second?

9        (Photograph displayed.)

10         **THE WITNESS:**  So this is what we call the lower

11    fracture surface.  I'm sorry.  This is actually upside-down.

12    No, it's not.

13        Lower fracture surface, upper fracture surface, because

14    that's the way they were warranted in the tank.

15    **BY MS. ZEMAN:**

16    **Q.**   Back to the next slide?

17    **A.**   Please.  Yeah.

18        And that's just the backside.  So the weld is on the front

19    side, which is inside the tank where the liquid nitrogen and

20    the eggs and embryos are stored.

21        Now we're looking at the backside from the vacuum space.

22    And what you're seeing here is the backside of the weld where

23    it's come through into that metal.

24        And this is a fill port.  And then this hole is where we

25    cut the tubing that would normally go up and be plumbed into a

1    supply tank of liquid nitrogen.

2         **MS. ZEMAN:**  Next slide.

3         (Photograph displayed.)

4         **THE WITNESS:**  Again, this is a close-up where we're

5    looking at the upper fracture surface.  And this kind of

6    textured gray area -- I'll try to highlight it with my finger,

7    that area.  That's the actual fracture surface.  That's what

8    I'm, at that point, most interested in looking at.

9         This shiny material here, that's the thin wall of the

10   inner vessel.  And so you can see it basically leads up, and

11   then this is the weld area right in here and right in here.

12        And we'll see this more clearly in other photos, but what

13   you'll see is that this weld is not even the thickness of this

14   metal.

15        It'd be better to use arrows.

16   **BY MS. ZEMAN:**

17   **Q.**   Should the weld have been as thick as that bright metal?

18   **A.**   In my opinion, it should be.  Generally, when you join two

19   parts, you don't want your weld to be the weak link.  You want

20   it to join those parts.

21        And, normally, there's actually a reinforcing section of

22   the weld.  So the weld, from a structural standpoint, a

23   strength standpoint, should never be thinner than the thinnest

24   of the two parts that you're joining.

25   **Q.**   And for this fill port, is the inner vessel wall the

1    thinnest metal of the two parts being joined?

2    **A.**   Yes, it is.

3    **Q.**   And that's the bright metal that we see in the photo?

4    **A.**   Yeah.  It's this area right here and this area right here.

5    **Q.**   I think we have one more photo in this segment.

6         (Photograph displayed.)

7         **THE WITNESS:**  So this is the lower half of the smile

8    of the lower fracture surface.  And, again, you can kind of see

9    a textured silvery area in there.  That's the fracture surface

10   that we would want to look at under the microscope to look for

11   any sort of characteristics or features that would tell us more

12   about how this fracture took place; what caused it to happen,

13   where did it start, and which direction did it run.

14   **BY MS. ZEMAN**

15   **Q.**   Dr. Kasbekar, was the fill port weld in these fracture

16   surfaces, were they put under a CT scan?

17   **A.**   They were.  In fact, prior to us separating the parts or

18   even making the saw cuts, these welds were put into a

19   industrial CT scanner, which, just like a medical CT scanner,

20   but maybe with even a little bit more resolution, allows us to

21   collect a set of x-rays and be able to look at the part

22   internally.

23        **MS. ZEMAN:**  Could we look at slide 25, please.

24        (Photograph displayed.)

25

1    BY MS. ZEMAN:

2    Q.    What does this image show us?

3    A.    So this is an image from the CT scan.   And I'd start in

4    the upper right-hand corner in order to explain it.   But what

5    we're looking at, you can kind of see this is from the CT scan,

6    but we're looking at the back side of that port.

7         And that thin red line that you can see right -- ah,

8    missed it.   But kind of right there at the left edge of that

9    green, that thin red line is where we told the CT scanner to

10   section through the data and let us look at it.

11        So it's almost like we cut through the part in that place.

12   We haven't cut it, but we're using the computer to cut it.   And

13   then this is what it shows us, this area right here

14   (indicating) through that plane that we've cut.

15        It's a little complicated to look at, but I think once you

16   understand it, it will be much more simple.   What you're

17   looking at is the fill port itself, that elbow fitting we

18   talked about.

19        This is the lower wall and the upper wall of the interior

20   tank.   So that's that sheet metal we talked about earlier.

21        And then this is the fill tube that goes up and out of the

22   tank and is eventually connected to a supply tank.

23        So the liquid nitrogen comes down here, goes through this

24   port, and into the -- into the tank.

25        So what's important about this is what I saw leading up to

1    the weld, which is almost this -- so we're in the -- the vacuum

2    space is on the left side of that line, and on the right is the

3    nitrogen space.

4         But leading up to the weld, you kind of see that channel

5    of black that's like a notch.  That creates a stress

6    concentrator.  And the best way to explain that is, when you

7    have a sharp feature like that, from an engineering standpoint

8    it's undesirable.  It can cause crack initiation, especially

9    when you have a part that's being repetitively loaded.

10        So the first thing I noticed, we have a very sharp feature

11   leading up to the weld.  And that's bad.  Then at the bottom,

12   this is where the crack actually went through, where we saw the

13   bubbles come through.

14        We've got this red box.  And we've enlarged that red box

15   area here.  And what this is showing me is that we've got a

16   crack that runs from the nitrogen space into the vacuum space.

17   And that, in my opinion, creates a path for nitrogen to seep

18   into the vacuum space.

19        And, again, we've got this unwelded, unfused area that

20   creates a sharp notch right at what's called the root of the

21   weld.  It's an important concept.

22        This is the face of the weld in the liquid nitrogen space.

23   And this is the root of the weld that's in the vacuum space.

24   And later on I'm going to explain how I could tell that the

25   crack started here and ran that direction, from the vacuum

KASABEKAR - DIRECT / ZEMAN

1  space, the root of the weld, toward the nitrogen space.

2  **Q.**  Dr. Kasbekar, let me try to back up a little bit.  That

3  was a lot of information.

4      A couple of different things you mentioned.  I think you

5  mentioned that there's a stress raiser or stress concentrator

6  visible in this CT scan.  Is that right?

7  **A.**  Yes.

8  **Q.**  And what was your explanation of what a stress raiser is?

9  **A.**  So a stress raiser is a sharp feature.  And an example

10 would be in a candy bar.  I think probably the ultimate example

11 would be a Kit Kat Bar.  It has those notches so that when you

12 apply a load to it, it breaks right along that notch.  In a

13 Kit~Kat Bar, in that case, it's a designed-in feature to allow

14 it to break.

15     In a structure like this, you don't want that feature.

16 The classic example that I use when I teach a failures class is

17 the British, a long time ago, made a plane called the Comet.

18 And the window openings were all square, and those corners are

19 sharp.  Well, they flew fine for a while, but then all of a

20 sudden cracks started at all those corners and ran to the point

21 where the outside skin of the airplane would just fall apart.

22     So stress concentrators are -- unless they're designed

23 like in the Kit~Kat Bar, they're not desirable features.  They

24 immediately draw engineers' attention to a potential problem

25 area.

1   Q.   Is the end of that Concord story why windows in airplanes

2   are curved?

3   A.   Yes.  Comet.  Not the Concord; the Comet.

4   Q.   Sorry.

5        Does this CT scan also tell you anything about the fit-up

6   of the fitting to the inner vessel?

7   A.   It does.  It's hard to see just from the CT scan, but the

8   issue with the fit-up is the inner vessel is round.  It's got a

9   curved surface.  And the face of the port fitting that we're

10  trying to fit up -- Chart is trying to fit up there is flat.

11  So you end up with a gap between the flat surface and the

12  curved surface.  And that's not a good fit-up for making a

13  weld.

14  Q.   Would it be better if the fitting were curved, as well, to

15  match up to the inner vessel curve?

16  A.   It would be a much better fit-up.

17  Q.   Does this weld at the fill port on Tank 4 have a

18  full-penetration weld?

19  A.   It does not.

20  Q.   What is a full-penetration weld?

21  A.   So a full-penetration weld -- when you weld something, you

22  have a joint.  You have a space between two parts.  That's your

23  joint. A full-penetration weld completely penetrates and fuses

24  both surfaces for the entire length of the joint.

25       So probably the best way to explain this -- I don't know

1   if I can -- you can see my hands.  If the joint I'm trying to

2   weld are the palms of my hands, a full-penetration weld, if we

3   use glue as the weld, it would be as if I put glue on both

4   palms of my hands and glued them together.  That's a

5   full-penetration weld.  It's a strong weld.

6       Partial-penetration weld would be the equivalent of maybe

7   I just put glue on my index fingers and then only glued that

8   part of the joint together.  And the partial-penetration is a

9   much easier weld to have fail or break apart because if only my

10  index fingers are glued and I have a force that wants to open

11  up this joint from this direction, it's going to tear that

12  welded part of the joint right apart.

13  **Q.**   Should the weld on Tank 4 have been a full-penetration

14  weld?

15  **A.**   Yes, it should have, in my opinion, but also based upon

16  the specifications in the drawing that was supplied for this

17  particular tank and that particular weld.

18  **Q.**   Did you review the design specification for Tank 4?

19  **A.**   I did.

20  **Q.**   And did it call for a full-penetration weld?

21  **A.**   It did.

22       **MS. ZEMAN:**   Could we see -- let me try that again.

23  Could we see slide 26.

24       (Document displayed.)

25

 1   **BY MS. ZEMAN**

 2   **Q.**   Dr. Kasbekar, what is this?

 3   **A.**   It's a drawing for Tank 4 or for the MVE 808 tanks.

 4         **MS. ZEMAN:**   And if we could move to slide 27.

 5         (Document displayed.)

 6   **BY MS. ZEMAN:**

 7   **Q.**   This is zoomed in on the upper left corner of that same

 8   image.  Can you explain what we're seeing here?

 9   **A.**   The upper right corner.

10   **Q.**   I'm sorry, the upper right corner.  Thank you.

11   **A.**   So what we're looking at, this drawing is turned on the

12   side so it's as if the tank has been turned and laid flat on

13   its side.  So this would be the lower corner right here.

14         And what we're looking at is -- this is the fill port that

15   we've been talking about, or the sense port.  Vacuum space in

16   here.  Nitrogen space in here.  And this is the specification

17   for the weld, or the weld call-out.

18   **Q.**   Is that the weld that goes around the fill port on the

19   inside of the inner vessel?

20   **A.**   It is.  And what that symbol tells the welder, and the

21   reason the engineer put it there, was to spec out the type of

22   weld.  And what it tells them is that this is a butt joint

23   where the two pieces come together, like my hand.

24         And there's supposed to be a weld that has a convex space.

25   That's why it's got that shape at the bottom.  So the two

1    vertical lines, with that symbol, show butt joint, and the

2    curve shows how the face of the weld should be finished.  And

3    then the fact that it's on the lower side of the line tells us

4    that it should be done on the inside of the tank.

5        And then it says "typical" here.  And it's typical because

6    there's two welds there, and there's no other information.  In

7    contrast to, say, where the sieve port -- this is a weld for

8    the sieve pan, where it attaches.  And the information here

9    says to tack it in four places.

10       So that tells the welder it doesn't need to be a complete

11   weld; it can just be tapped.  The absence of information like

12   that over here is -- tells a welder it needs to be a

13   full-penetration weld.

14       If it was supposed to be a partial-penetration weld, there

15   would be a fraction there, like one-half.  Typically, I believe

16   it's put in parentheses.  And that tells the welder that you

17   only have to weld through half the thickness of the gap or the

18   joint in the two parts.

19       And when that is not there, it tells the welder you have

20   to weld the full-penetration of the joint.

21   Q.   So, Dr. Kasbekar, to me, all of these symbols you just

22   described look a little bit like hieroglyphics.  But are you

23   telling us that to engineers and individuals who work with

24   these drawings those have a specific meaning?

25   A.   Yes.  I mean, what it tells me is the person who designed

1   the tank called for a butt joint, full-penetration weld with a

2   convex finish on the face of the weld.

3   **Q.**   And is this the assembly drawing that would be used by a

4   team manufacturing Tank 4 or other tanks of that same model?

5   **A.**   That's my understanding.  And it's the only information we

6   have from Chart related to this -- what was called for for this

7   weld.  At least only printed document that we have.

8   **Q.**   Why would it be necessary to put a full-penetration weld

9   in this location?

10  **A.**   Excuse me one second.

11      Well, in my opinion, it's necessary, number one, because

12  that's the way it was drawn.  And when things are not built

13  that way, that's what we call a manufacturing defect.

14      And then, number two, in my opinion, that port is

15  subjected to significant stresses called thermal stresses.  And

16  that happens when this long length of 26-inch tubing goes from

17  being at room temperature, the way it's manufactured, down to

18  liquid nitrogen temperature.  It's going to want to get

19  shorter.  It's a known engineering principle.

20      When it wants to get shorter, it's going to pull that

21  fitting in this direction.  And that weld's got to resist all

22  of that force, so it's important that that weld have good

23  strength, good structural qualities.

24  **Q.**   Is the basic concept that you just described that metal

25  contracts when it gets cold?

1    **A.**    That's correct.  Metal contracts when it gets cold and it

2    expands when it gets warm.

3    **Q.**    And did you say that the fill line then would contract

4    when liquid nitrogen runs through it?

5    **A.**    It absolutely will.

6    **Q.**    Would the fill port weld essentially act as a hinge as

7    that fill port -- as that fill tube contracts?

8    **A.**    What's going to happen is that when this length of tubing

9    tries to get shorter, it's essentially going to -- because the

10   top of the tank is so thick, it's going to pull that port in

11   this direction, toward the top of the tank.  And it's going to

12   make that port want to twist and rotate -- that's supposed to

13   be an arrow at the end of that -- rotate in that direction.

14        And what that does is it puts a lot of tension at the

15   bottom of that weld, right at the six o'clock position at the

16   root of the weld where the stress concentrator is.

17   **Q.**    Did you do anything to analyze the thermal stress on

18   Tank 4?

19   **A.**    I did.

20   **Q.**    What did you do?

21   **A.**    We modeled the tank in the computer, and the fitting, and

22   the 26-inch section of line.  And what's important to

23   understand about that 26-inch section of line is, when this

24   tank is made in Georgia, it is welded.  And when you weld

25   something like this, that tubing is going to get hot.  I mean,

 1    too hot to touch.  Welders wear gloves to handle the parts.

 2         And then once that second weld solidifies, you've locked

 3    that 26-inch long section of tubing between that top weld and

 4    the bottom weld.  It's fixed in there by the weld even though

 5    the tubing is still warm.  So that's kind of an equilibrium

 6    point right there.

 7         Then the surface conditions for a cryogenic tank are

 8    temperatures equivalent to the cryogenic fluid, the liquid

 9    nitrogen, which is minus 196C.  So when that nitrogen flows

10    through that fill tube and goes down into the tank, it's taking

11    that tube that was fixed at higher temperatures than room

12    temperatures and it's cooling that entire tube to liquid

13    nitrogen temperature.  So that's over a 200-degree C

14    temperature drop.  It's pretty significant.

15         And that tube is going to contract, and when it contracts

16    it's going to pull up on that weld.  And engineers know about

17    thermal stresses.

18         I mean, an example would be when you drive across a

19    bridge, like the Golden Gate Bridge, you're going to have

20    expansion joints in there.  Those expansion joints are in there

21    so that the bridge won't fail.

22         Temperatures go from maybe, I don't know, San Francisco,

23    90 degrees down to pretty cold temperatures.  Well, that bridge

24    needs to be able to grow and contract.  And if it was all one

25    piece, it would buckle and fail.

1          **MS. ZEMAN:**  Could we see slide 28, please.

2      (Document displayed.)

3  **BY MS. ZEMAN:**

4  **Q.**    What is this image, Dr. Kasbekar?

5  **A.**    So slide 28 is the computer model I started talking about

6  before I got off on a tangent.  And it's a finite element

7  model.

8          And what it is, is the computer models the geometry, and

9  then we can tell the computer how we want to load it.  If we

10  want to hang a weight from it, we want to blow wind at it, we

11  want to shake it.

12          In this case what we told the computer is to take that

13  26-inch section of line and to cool it down from room

14  temperature.  Not from above room temperature but from room

15  temperature.

16          And then we asked the computer, well, what type of

17  stresses are we going to see?  What type of forces are going to

18  be in the material?  So it's showing us the forces for

19  everything you see on the screen.

20          Blue is a low force.  And, in fact, dark blue is a

21  compressor force.  So we have forces that tend to push things

22  together, that's compressive, and forces that tend to pull

23  things apart.

24          And what this is telling me is when you cool that 26-inch

25  section of line, the forces at the root of the weld between

 1   that kind of four o'clock and seven o'clock position are really

 2   between about three o'clock and nine o'clock, that lower half

 3   of the smile, there's a high-tensile force there.

 4        This particular image shows about 29,000-psi of force,

 5   which is pretty close to the yield strength of the stainless

 6   steel.  So -- and what that is, a yield strength is the point

 7   at which the steel starts to deform and it won't recover.  So

 8   steel you can pull on a little bit and it'll spring right back

 9   to its original state.  You pull it too much and it won't

10   recover.

11        Engineers do not like to see stresses that are near the

12   yield point of a material.  That's no factor of safety there.

13   Once you get near the yield point, little defects like cracks,

14   stress concentrators, imperfection in a weld that's not a

15   complete penetration weld and is irregular, those all create

16   problems.

17        So this is telling me we've got some significant stress in

18   the weld when you cool that tube down.

19   Q.   And, Dr. Kasbekar, did that FEA analysis show that

20   particular stress where right where the crack opened up on the

21   fill point for Tank 4?

22   A.   Correct.  It's right at the six o'clock position, right at

23   the lower part of the smile, right where I believe the crack

24   initiated.

25   Q.   And did that analysis indicate that the fill port weld was

1    subjected to enough stress to crack it?

2    **A.**   It absolutely shows me that the stresses are at a level.

3    And when you combine that with the stress concentrators,

4    there's no question that that potential exists.

5         And what's important to understand, when you have a stress

6    concentrator, especially if you have a crack, that magnifies

7    the stress by a factor of two, three, four, depending on how

8    sharp it is.  So that's a significant thing.

9         So if you take that 29,000 and you magnify it by 2, you're

10   well above the yield strength.

11        **MS. ZEMAN:**  Could we see slide 30, please.

12        (Document displayed.)

13        **THE WITNESS:**  So this is a cross-section through the

14   finite element model --

15   **BY MS. ZEMAN:**

16   **Q.**   I think we actually skipped ahead to the CT scan here.

17   **A.**   Oh, okay.

18   **Q.**   Do you want us to go back to the prior one?

19   **A.**   Since we put it up, let's go back for a second.

20        **MS. ZEMAN:**  If we could go back to the prior slide.

21        **THE WITNESS:**  This is where we're looking inside the

22   weld.  So it's kind of upside-down.  This is the fill port area

23   and the weld -- I'm sorry -- this is sheet metal and this is a

24   weld.

25        And that orange area is showing us we're getting pretty

 1   high tension inside of the weld area because of that stress

 2   concentrator that's geometric.  Not specifically because of a

 3   crack but just because of the way the parts were fit up.

 4        And that's a tension that is right up there, in fact, a

 5   little bit above the yield point in the material.

 6             MS. ZEMAN:  All right.  If we could go to slide 30.

 7        (Photograph displayed.)

 8   BY MS. ZEMAN:

 9   Q.   Dr. Kasbekar, what is this image showing us?

10   A.   This image is showing us three separate parts and CT scans

11   of those parts.  So A, on the left, is the subject tank.

12   Q.   Tank 4?

13   A.   Yeah.  And the fill port weld where it failed.

14        And then B is a new exemplar tank which I procured from

15   Chart and removed the weld just the way we did in the subject

16   tank.  But this tank was never, ever put into service.  It was

17   brand-new as delivered from Chart.

18        And then the one on the right is a test weld that I had

19   done after machining an exemplar port and getting the stainless

20   steel tubing.

21        And what this shows is the difference in weld penetration.

22   So in the red circles, that's where you have poor weld

23   penetration.  And you can see it in the subject.  It's even

24   better to see -- I don't know, can we zoom in on this part of

25   the image?

1  **Q.**   I don't think we can.

2  **A.**   Okay.  No problem.

3        So if you look at that, you'll see that black space

4  between the fitting and between the sheet metal in the weld.

5  And that arrow not in the right place.

6        Do that again.

7        Between the fitting --

8  **BY MS. ZEMAN:**

9  **Q.**   Sort of a dark pizza pie --

10 **A.**   Yes.

11 **Q.**   -- between those two?

12 **A.**   Yeah, a dark channel that leads up right to the root of

13 the weld.  And that channel is what forms a stress

14 concentrator.  It shows that we're not getting complete

15 penetration.  And it's showing that we have a bad fit-up; we

16 have this gap between the two parts that we're trying to weld.

17       Now, the exemplar tank that I bought had better places.

18 Part of the weld was still showing this issue down here, but up

19 here this is a much better portion of the weld.  We've got

20 fusion completely through the weld.  There's no gap there.

21 There's no stress concentrator.

22       And then in the welds that I had a welder perform for me,

23 same situation.  We have no gap, a good fit-up, because we've

24 adequately penetrated that joint.

25 **Q.**   That middle image, is that the same tank model as Tank 4?

1  **A.**    Yeah, it should be exactly the same tank model as Tank 4.

2  **Q.**    And is the area in the red circle a poor weld,

3  essentially?

4  **A.**    It is, in my opinion.

5  **Q.**    And is that in essentially the exact same area as failed

6  on Tank 4?

7  **A.**    Yes, it is.

8        **MS. ZEMAN:**  Could we see slide 31.

9        (Photograph displayed.)

10  **BY MS. ZEMAN:**

11  **Q.**    What are we seeing here, Dr. Kasbekar?

12  **A.**    So slide 31 is the upper half of the fracture surface

13  that's attached to the fill port fitting.

14        And this is taken under the Keyence microscope.  And what

15  we're seeing is the kind of textured area right here, that

16  silvery area, that's a fracture surface.  That's really what

17  I'm interested in ultimately looking at at higher magnification

18  under a microscope.

19  **Q.**    Is that the upper fracture surface?

20  **A.**    It is.  It's the upper half of the smile, so it's the

21  upper fracture surface.

22        Then these yellow arrows are the part of the fitting where

23  I would have expected a full-penetration weld to attach the

24  inner tank wall to that fitting.  But what you can see in this

25  area where the yellow arrows I've drawn -- this is a little bit

 1   too far to the right.  Let me try one more time.  I apologize.

 2        That area, there's no weld material.  And at least a

 3   portion of that area should have weld material if you had good

 4   penetration in the weld.

 5        And then we've kind of zoomed in on what's out of the

 6   picture here, but in this area right here.  And what you're

 7   seeing, again, is the absence of weld material in this area

 8   right here.

 9        And this shiny part is a saw cut through the sheet metal

10   right there.  And that's the thickness of the sheet metal.

11   Well, you can compare the thickness of that sheet metal with

12   the thickness of the weld area, and you see that the weld is

13   substantially less thick than the sheet metal that it's

14   supposed to join to that fitting.

15   **Q.**   Dr. Kasbekar, according to Chart's design specifications,

16   should there be weld material where the yellow arrows are on

17   this image?

18   **A.**   There should be weld material where the yellow arrows are

19   at least to the depth of the thickness of the sheet metal for

20   full-penetration weld.

21   **Q.**   And do you say that just because, in your engineering

22   opinion, you think that or because Chart's design documents

23   actually require it?

24   **A.**   No, that's what the drawing requires.

25        **MS. ZEMAN:**  Could we --

KASABEKAR - DIRECT / ZEMAN

1   BY MS. ZEMAN

2   Q.   Did you have anything to tell us about the last image at

3   the far right?

4   A.   Well, what the last image is doing is, again, just

5   comparing this arrow down here.  It's showing the thickness of

6   the sheet metal.  And then this arrow up here is showing the

7   thickness of the weld.

8        The weld varies in thickness.  There's a very thin section

9   of weld here.  That section is, in fact, paper thin.  But I do

10  think it's important and fair to point out that some of that

11  thinness could have occurred either during the final parts of

12  fracture or in the laboratory when we separated it.

13       So the weld is definitely too thin.  It's thinner in some

14  spots than in other spots.

15  BY MS. ZEMAN:

16  Q.   But at all points it's too thin; correct?

17  A.   Based on the drawing and based upon my opinion that there

18  should be a full-penetration weld to accommodate and deal with

19  the thermal stresses, it is too thin.  It's not built the way

20  the drawing says it should have been manufactured.

21       MS. ZEMAN:  Could we see slide 33, please.

22       (Photograph displayed.)

23  BY MS. ZEMAN:

24  Q.   What is this image?

25  A.   This is an image from the scanning electron microscope.

KASABEKAR - DIRECT / ZEMAN

1   And what that is, is it's a microscope that lets us go up to

2   pretty high magnifications and still keep the entire part in

3   focus.  So it has something called good depth of field.  So,

4   like a camera, I could focus on the person close to me and also

5   get the person sitting a little farther away both in focus.

6       The electron microscope does a good job of that.  And it's

7   one of the most critical tools of the trade for metallurgists

8   and failure analysts.

9   **Q.**   Do you use this to analyze the fractography of the crack?

10  **A.**   I do.  And what we're looking at is the lower half of the

11  smile, or the lower section of the fracture.  And I actually

12  put together this is a series of one, two, three, four images

13  from the electron microscope that I have composited together to

14  see the entire fracture surface.

15      And this shows us where the saw cut was made and the

16  thickness of the sheet metal.  Same here.  Other saw cut.  And

17  then the rough area -- so let me say this first.

18      This is the inside of the tank where the liquid nitrogen

19  and the samples are.  This is the vacuum space side of the

20  tank.  And this is going to be a little hard for me to draw,

21  but I'll try, this wavy irregular shape, that's the root of the

22  weld.

23      This weld is made by hand.  It's not -- some welds are

24  made by machine, like most of the welds on your car are made by

25  robots.  This is done by hand.

1    Q.   And is the area that was sort of between the wavy line and

2    the lower green line, is that the fitting?

3    A.   Yes.  So this is the surface of the fitting right here.

4    Q.   Got it.

5         MS. ZEMAN:  Could we see the next slide, please.

6         (Photograph displayed.)

7    BY MS. ZEMAN:

8    Q.   Dr. Kasbekar, could you tell us a little bit about what

9    the fractography analysis showed and what this image reveals?

10   A.   Yes.  So, for this particular slide, number one, we'll

11   point out we're looking at a magnification of 500X in the

12   microscope.  And the bottom of the image, again, that's the

13   root of the weld in the vacuum space.  And the top of the image

14   is really the face of the weld.

15        And what we're looking at is some damage where the two

16   halves of the fracture surface, like -- if you look at it as

17   the top fracture surface is the biting surface of your upper

18   teeth and the bottom is the biting surface of your lower, they

19   come together.

20        And these areas, I'll try to highlight them where you can

21   see that this material has been mashed down.

22   Q.   And what does mashing down suggest to you?

23   A.   That tells me that we probably got a cyclic process here

24   of where a crack opened up because the stresses were high and

25   then the stresses relaxed, perhaps when the liquid nitrogen

1   came out of part of the tube and it closed back down on itself.

2        So these rub marks or contact marks are pretty classic

3   signs indicating a fracture from cyclic loading.  And that's a

4   load where the load goes up and then it comes back down.

5   That's very different than a fracture where the load just

6   continually goes up.

7        I mean, even if the load goes up and stops and then starts

8   again, you're not going to have this contact damage because

9   it's got to release the loads.  So that's what we're seeing

10  here.

11       And then this is a little harder to see unless you've

12  looked at this a lot, but down at the bottom this is really

13  featureless fracture surface.  It doesn't have fresh fracture

14  surface on it.  That's near the root of the weld.

15       Well, if you have a crack -- if my fingertips are the root

16  of the weld and it opens up there, that area, when it closes,

17  is going to get the most repeated loading.  And if something

18  happens to cause the crack to open up in the other direction,

19  it's going to mash those surfaces at the crack origin down.

20  And that's what that image is showing me, is that we've got

21  mashed-down surface here, contact mashed-down surfaces in these

22  areas also.

23  Q.   Is that essentially saying that the oldest part of the

24  crack is going to be the smoothest part?

25  A.   It'll be -- yeah, smoothest or the least features on it.

1    Yeah.  And the most mashed-down material.

2         **MS. ZEMAN:**  If we could go to the next slide, please.

3         (Photograph displayed.)

4         **THE WITNESS:**  All right.  This is a particularly

5    important image from the electron microscope because, when you

6    look at this image, what's immediately apparent to me is you'll

7    see kind of these lines almost like wave patterns of different

8    zones.

9         And what those are called are beach marks, or sometimes

10   called clamshell marks, crack arrest marks.  And what that

11   tells me is there were multiple cycles in that after a certain

12   number of cycles with a certain load, the crack either stopped

13   or the load changed, kind of equivalent to maybe one day the

14   tank gets filled up 2 inches, the next day 4 inches, the other

15   day a half-inch.  All variations in the load, and they're going

16   to leave different types of marks.

17        This isn't every single step of the crack.  These are just

18   zones that have existed for some period of time when the crack

19   moved.

20        And what's important about this, not only does it, number

21   one, tell me that it's due to repeated up and down cyclic

22   loading consistent with that fill line expanding and

23   contracting, but the shape and the curvature of it tells me

24   where the crack initiated because the curvature points to the

25   origin almost like a dartboard points to the center.

1          So this is telling me the crack originated on this side of

2     the fracture at the root of the weld where the stress

3     concentrator is.  And that's an important finding.  And it

4     tells me that the cracks ran in that direction from the vacuum

5     space toward the liquid nitrogen space.

6     **BY MS. ZEMAN:**

7     **Q.**   So those markings tell you that the crack started in the

8     vacuum space and worked its way into the liquid nitrogen space?

9     **A.**   That's correct.

10         And, also, we can see -- again, I'll try to outline it,

11    but somewhat below these areas you can see the texture of the

12    fracture surface is different than when you get into this area.

13         And the reason for that is this is where the crack is

14    starting, so these are the most worn-out areas from the cracked

15    surfaces contacting themselves.

16         **MS. ZEMAN:**  Could we see the next slide, please.

17    (Photograph displayed.)

18         **MS. ZEMAN:**  And the next one.

19    (Photograph displayed.)

20         **THE WITNESS:**  Okay.  This is also another important

21    feature.  It's secondary to the beach marks we talked about,

22    but when you have a fatigue crack that progresses due to cyclic

23    loading, often what you'll see is secondary cracks or micro

24    cracks.

25         And what's important to understand is this -- again, this

1    image at the bottom is a vacuum space.  The top is a liquid

2    nitrogen space.  And, in my opinion, the crack ran from the

3    bottom, where it originated down here, and it ran toward the

4    top.

5        Well, all the literature that I've ever read, all the

6    training I've got, when you're looking at a fatigue crack, you

7    tend to have micro cracks that run perpendicular to the

8    direction to the crack.  So if the crack is running up, those

9    micro cracks run perpendicular in that direction.

10       So if you look in these red boxes -- again, I don't know

11   if we can zoom on this --

12   **BY MS. ZEMAN:**

13   **Q.**   I don't think we can.

14   **A.**   Okay.  If you look at the center red box, you'll see these

15   little gaps that are dark areas.

16       There we go.  That would be great if we could do that.

17           **MS. ZEMAN:**  Were you able to zoom in?

18       I think that's the --

19           **THE WITNESS:**  Oh, that's great.  Thank you.

20       So inside of those boxes --

21       (Laughter)

22   **BY MS. ZEMAN:**

23   **Q.**   Oh, well.  Let's carry on.

24   **A.**   Okay.  Inside of those boxes, you see these gaps.  Those

25   are the cracks, and they're running from left to right.  So the

1    crack direction is this way.  The primary crack direction.

2        And the micro cracks are running this way, perpendicular

3    to the crack direction.  That's another sign that we look for.

4    And we're taught in our fractography and our fracture mechanic

5    classes to look for as a sign of a fracture that occurred due

6    to repeated loads, cyclic loads that go up and down.

7    Q.   Are those features that you taught your students at Duke

8    to look for when doing failure analysis?

9    A.   Yes.

10        MS. ZEMAN:  We can close out the slides.

11   BY MS. ZEMAN:

12   Q.   After all the testing and examination you did of Tank 4,

13   Dr. Kasbekar, were you able to come to a conclusion about what

14   caused Tank 4 to fail?

15   A.   I was.

16   Q.   What is that conclusion?

17   A.   A progressive crack due to cyclic loading that occurred at

18   the root of the weld at the -- starting at the six o'clock

19   position, running from the inside of the vacuum space, between

20   the inner and outer tank, toward the inside of the tank toward

21   the liquid nitrogen space.

22   Q.   Would Tank 4 perhaps have behaved differently had it had a

23   full-penetration weld at that spot?

24   A.   It certainly would have been significantly stronger

25   because there would have been more material.  It's a very basic

1  principle.  A 2-by-4 is not going to be as strong as a 6-by-6,

2  so you would add more material.

3      You also would have -- a full-penetration weld would

4  eliminate the geometrical stress concentrator that comes up to

5  the root of the weld.

6  **Q.**  Would Tank 4 perhaps have behaved differently had it had a

7  better fit-up between the fitting and the inner vessel wall?

8  **A.**  Yes.  Again, that would have reduced or eliminated the

9  stress concentrator, the notch that leads up to the root of the

10  weld.

11  **Q.**  Would it perhaps have behaved differently had the fitting

12  not been designed to have stress raisers in it?

13  **A.**  Yes.  I mean, if the fitting -- if you could eliminate the

14  stress risers, you would substantially not only improve the

15  strength, but you would make it much less susceptible to cyclic

16  loading because fatigue cracks tend to initiate at stress

17  raisers.  They're very, very sensitive to that.

18  **Q.**  Dr. Kasbekar, how do you think-- strike that.

19          **MS. ZEMAN:**  Could we please look at Exhibit 192.

20          **MR. DUFFY:**  Objection, Your Honor.  Just to perfect

21  the record on the knowledge component we've been arguing as to

22  this document, Your Honor.

23          **THE COURT:**  All right.  Noted.

24      Go ahead.

25

1    BY MS. ZEMAN:

2    **Q.**   Dr. Kasbekar, do you recognize this document?

3    **A.**   I do.

4    **Q.**   What is this?

5    **A.**   It's a -- what's called a DFMECA, or design failure

6    modes -- DFMECA, D-F-M-E-C-A, which stands for Design Failure

7    Modes and Effects Criticality Analysis.

8    **Q.**   Does that mean something to engineers?

9    **A.**   It does, yes.

10   **Q.**   What does it mean?

11   **A.**   It's where a team of engineers, who are familiar with a

12   product, whether it's an automobile, a bicycle, refrigerator,

13   use their combined knowledge to look for failure modes that

14   could occur in that product and determine what could cause the

15   failure, how likely is it to occur, and how severe are the

16   consequences if the failure does occur.

17       And then to identify ways to either redesign the product

18   to make it fail-safe or find a way other than that, if you

19   can't design out the problem, to mitigate it by a secondary

20   measure, doing something to prevent the consequences or to

21   reduce the severity of the consequences.

22   **Q.**   Is this failure analysis done by Chart of its own

23   products?

24   **A.**   Yes, that's exactly what we're looking at here.

25   **Q.**   Have you worked with failure analysis documentation like

1   this before?

2   **A.**   I have.

3   **Q.**   And in what context?

4   **A.**   Well, part of the process of teaching students in the

5   failure analysis and prevention classes, as well as in design

6   classes, is to have them -- one of the exercises is to try to

7   define or design a reasonably safe product.

8       And you have to go through the steps of identifying how

9   that product could fail, be abused, be misused, and what can

10  you control as an engineer in the design to prevent those

11  failures.

12      I also see it frequently in analyzing other failures where

13  the manufacturer's team has gone through a similar process.

14  The general process is failure modes and effects criticality or

15  failure modes and effects analysis.  It applies to the

16  manufacturing steps as well as the design steps.

17  **Q.**   Does this failure analysis apply to Tank 4?

18  **A.**   It does.

19  **Q.**   What did you learn from reviewing this document?

20  **A.**   Uhm, I learned that there's only two entries in this

21  entire document, which actually has multiple, multiple pages to

22  it, that relate to implosion of the inner tank similar to what

23  we see on the subject Tank 4.

24  **Q.**   Is there a particular failure mode that you're referring

25  to?

1   **A.**   Yes.  I think it's DEW-3 and DEW-4.

2   **Q.**   Okay.  Could you walk us through DEW-3 and what this

3   document says about it?

4   **A.**   So DEW-3 and DEW-4 are the IDs assigned to this failure

5   mode.  And then the next column over for DEW-3 identifies the

6   specific subcomponent of the dewar that is at question.

7        And here they're talking about the annular lines.  And the

8   annular lines are the fill port and the sense port lines.  And

9   that line that runs through -- they're called annular because

10  they run through the annular space between the inner and outer

11  vessel.

12  **Q.**   Is that to say the annular line is just another way of

13  referring to the fill line and the sense line?

14  **A.**   That's correct.

15       And then in item function, they narrow it down

16  specifically to just the fill line that goes from the outer

17  vessel, where the nitrogen comes in, to the inner vessel.  So

18  they're talking specifically in DEW-3 about the fill line.

19       And then the next column over talks about the potential

20  design failure mode; what could happen, what could break.  And

21  they talk about a crack or a leak in that particular line.

22       And then the next column over hones in on it just a little

23  bit more as what would the cause be.  And they talk about a

24  failure of the weld, a weld line failure; precisely what we're

25  looking at in Tank 4 and all the images we showed you of that

1    crack.

2        And then it was particularly interesting, the next column

3    over talks about what could happen, what's the consequence from

4    an engineering standpoint if you have that crack in the weld

5    line.  And that reads:

6            "Liquid draws into the vacuum space, expanding

7        rapidly, causing the inner vessel implosion, total vacuum

8        loss.  Loss of function of the freezer."

9        So this, essentially, is something that was done prior to

10   this incident, when these vessels were being manufactured and

11   designed, that indicates what could happen if you had a weld

12   line failure in the fill port weld.  And the consequences are

13   very similar to what we see here.

14       And then --

15   Q.   So is this failure mode described by Chart in its own

16   failure analysis consistent with what happened to Tank 4?

17   A.   It is in my opinion, yes.

18   Q.   How does the DEW-4 failure analysis compare to the DEW-3

19   failure analysis mode that you just described?

20   A.   It's talking specifically about the inner vessel, and the

21   reason being, it holds the liquid nitrogen.  So that's the

22   function of the inner vessel.

23       And, again, they talk about the potential failure mode as

24   being a crack or a leak in the inner vessel.  And then they

25   hone in on weld line failure as a potential failure mode.

1        And then the effect of having a failure at a weld line in

2    the inner vessel, again, is the liquid nitrogen drawing into

3    the vacuum space, expanding and causing a collapse or implosion

4    of the inner vessel.  And, of course, prior to the implosion,

5    you have a total loss of the vacuum in the vacuum space.

6    **Q.**    Are there any other failure modes within this failure

7    analysis from Chart that discuss an implosion of the inner

8    vessel?

9    **A.**    None that I could find.  And I looked through the document

10   fairly closely.

11   **Q.**    Is there a failure mode akin to DEW-3 for the sense line?

12   **A.**    No, there's not.

13   **Q.**    Why do you think that is?

14   **A.**    Uhm, as I was trying to explain earlier, the difference

15   between the fill and the sense is the fill line has a liquid

16   nitrogen coming from the supply tank down into the tank, and

17   that cools that entire 26-inch length of fill line that's

18   trapped or fixed between the two welds.

19        The sense line, on the other hand, never has nitrogen

20   flowing into it.  It only has nitrogen in the part of the sense

21   line that's below the level of the nitrogen in the tank.  So

22   it's not subjected to the same type of thermal loading that the

23   fill line is subjected to.

24        The fill line is taken from the equilibrium point, the

25   point at which those two welds cool and freezes that line in

KASABEKAR - DIRECT / ZEMAN

1  that 26-inch length down to the liquid nitrogen temperatures,

2  the entire length of the 26 inches.

3  **Q.**   Are these two failure modes within Chart's failure

4  analysis that discuss inner vessel implosion, are both of those

5  dependent on a crack first opening up from the -- in the inner

6  vessel?

7  **A.**   Yes.

8  **Q.**   Could you take a look at DEW-0, the failure mode just a

9  few above DEW-3 there.

10     What is this failure mode?

11 **A.**   It's talking about a general failure of the dewar itself.

12 And it talks about the function of the dewar.

13 **Q.**   What is the immediate effect of the failure of the dewar

14 as a whole?

15 **A.**   The effect -- when you say "immediate effect of the

16 failure of the dewar," you mean a leak?  That's similar to what

17 we've been discussing.  And the immediate effect is loss of

18 vacuum and loss of insulation.

19     So it's no longer doing what it was intended to do because

20 it's no longer insulating, the liquid nitrogen, the eggs and

21 the embryos from the ambient or outside air temperatures.

22 **Q.**   So, essentially, the tank would not be able to hold the

23 temperature that it was designed to hold?

24 **A.**   It would result in the liquid nitrogen, depending on the

25 nature of the vacuum failure, evaporating at a much higher rate

KASABEKAR - DIRECT / ZEMAN

1    of evaporation than if the vacuum was intact.

2    **Q.**   Dr. Kasbekar, Chart has stipulated that it manufactured

3    Tank 4 in January of 2012.

4        Do you know whether these three DFMECA entries we've

5    discussed were part of Chart's failure analysis at that time?

6    **A.**   My understanding, based upon some documents Chart

7    provided, indicated that they were in existence in 2012.

8        **MS. ZEMAN:**   Your Honor, I'd like to read the RFA

9    responses from Chart into the record.   I hate to take up the

10   time to do it.   I'm wondering if we could just represent what

11   the takeaway was.

12       **THE COURT:**   Is there -- do they know what numbers

13   you're referring to?

14       **MS. ZEMAN:**   They should.   It's in RFAs that were put

15   forward as an exhibit.   This is Exhibit 005, Chart's Answers to

16   Plaintiffs' Requests for Admissions, Set 5.

17       **THE COURT:**   So it's in evidence?

18       **MS. ZEMAN:**   Correct.

19       **THE COURT:**   All right.   Yeah.   What number?

20       **MR. DUFFY:**   What number?

21       **MS. ZEMAN:**   Request 14, Request 15, and Request 16.

22       **MR. DUFFY:**   Please wait until we call it up.

23       **MS. ZEMAN:**   What's that?

24       **MR. DUFFY:**   Please wait until we call it up.

25       **THE COURT:**   Go ahead.

1   BY MS. ZEMAN:

2   Q.   So these three RFA responses essentially indicate that the

3   three DFMECA modes that we've just discussed were all part of

4   that documentation as of January 1st, 2012.

5        Is that consistent with your understanding, Dr. Kasbekar,

6   that those modes existed in the documentation before Tank 4 was

7   manufactured?

8   A.   It is.  That's my understanding.

9   Q.   What does that DFMECA analysis and the timing of those

10  entries within its failure analysis tell you about the Tank 4

11  failure on March 4th of 2018?

12  A.   Well, it tells me that Chart's engineers were aware that

13  you could have a crack in the areas that we just discussed, and

14  they were --

15       MR. DUFFY:  Objection.  Relevance to the knowledge.

16  It's not an element of the plaintiffs' claim.

17       THE COURT:  Overruled.

18       THE WITNESS:  Essentially, Chart's engineers had

19  foreseen the possibility of these cracks occurring and the

20  consequences of them occurring.

21       So their team of experts, with regard to this tank,

22  were -- in their failure analysis, were able to tell that if

23  you have a crack here, you're going to get an implosion and

24  you're going to have a loss of vacuum.

25       And it shows me that, similar to my thought process, that

1   they know weld lines are of particular concern.

2   **BY MS. ZEMAN:**

3   **Q.**   Would this failure analysis that we've looked at have been

4   provided to PFC when it purchased Tank 4?

5   **A.**   No.  Not to my knowledge.

6   **Q.**   You acquired a tank like Tank 4 as part of your

7   investigation; correct?

8   **A.**   I did.

9   **Q.**   Did you receive any documentation like this?

10  **A.**   Nothing like this.  I received documentation, but this

11  certainly was not part of it.

12  **Q.**   You mentioned earlier that you worked with failure

13  analysis documentation like this in other contexts.

14       Have you ever seen an instance where such documentation

15  was provided to consumers or end users of a document -- of a

16  product?

17       **MR. DUFFY:**  Objection, Your Honor.  There is no

18  warnings claim in this case.  I don't know why he's talking

19  about giving internal documents to customers.

20       **THE COURT:**  I think it's stipulated it was not given

21  to Pacific Fertility.  Is that right?  It's not -- it's

22  undisputed.

23       **MR. DUFFY:**  Your Honor, it isn't relevant.  There is

24  no warnings claim.

25       **THE COURT:**  Well, okay.  Overruled.

1      Go ahead.

2      Well, I ruled with respect to a jury instruction, maybe.

3   Is that what I ruled?

4          MS. ZEMAN:   I think we've actually covered what I was

5   hoping to communicate.

6      Could we look at Exhibit 208.

7      (Document displayed.)

8   BY MS. ZEMAN:

9   Q.   Dr. Kasbekar, do you recognize this document?

10  A.   I do.

11  Q.   What is this?

12  A.   It's an email from a Chart employee describing the tank

13  implosion.

14  Q.   Did you review this as part of your investigation of

15  Tank 4?

16  A.   I did.

17  Q.   When did you first see this document?

18  A.   I don't remember the exact date.  I think it was pretty

19  late in the process after we had done all of our inspections

20  and completed a majority of my analysis and work.

21  Q.   Could you read the second-to-last paragraph on the first

22  page to the jury.

23  A.   (Read:)

24          "As far as the vacuum failure, we suspect the impact

25      caused gas to leak into the vacuum space and the immediate

1              vaporization of a liquid to a gas expansion caused a

2              sudden increase in pressure that made the inner collapse."

3    **Q.**    Is that paragraph significant to you in any way?

4    **A.**    Well, it's certainly consistent with liquid nitrogen being

5    able to cause the damage that we see ultimately in Tank 4.  It

6    supports my opinion that liquid nitrogen did enter into the

7    vacuum space.

8              And it's also consistent with the DFMECA we were just

9    discussing that describes that if liquid nitrogen enters

10   through a crack into the vacuum space, you can have this type

11   of damage.

12            **MS. ZEMAN:**  We can close that exhibit.

13   **BY MS. ZEMAN:**

14   **Q.**    Are you aware of any safety alerts regarding the implosion

15   of cryogenic tanks?

16   **A.**    Yes, I'm aware of a -- one from the UK, or England.

17   **Q.**    What was -- was that -- was that safety alert significant

18   to you in the course of this investigation?

19   **A.**    It was one more piece of information that was consistent

20   with my analysis and findings.

21   **Q.**    What was significant about it to you?

22   **A.**    Two things.  It describes -- it's a much bigger tank

23   that's used to store cryogenic fluids.  But it talks about a

24   failure of a weld in the area where the weld attaches the fill

25   line, or cryogenic fluid line, to the tank due to thermal

 1   contraction of the line.

 2        And then the result is even more catastrophic than what we

 3   see here in terms of it not crumpling.  The result is when

 4   liquid nitrogen gets into the vacuum space is it causes that

 5   tank to explode also.

 6   Q.   Is it your opinion with -- that Tank 4's fill port weld

 7   cracked and then some amount of liquid nitrogen entered the

 8   vacuum space, then expanded and caused the implosion that we

 9   see with the tank here?

10   A.   I think that's eventually what happened is that the

11   nitrogen migrated into there and ultimately expanded to the

12   point to cause that level of deformation.

13   Q.   Would the vacuum have been totally lost as soon as the

14   crack opened?

15   A.   Yes.  I mean, maintaining a high vacuum is very difficult.

16   I do have experience with that from my research in graduate

17   school.  Even a very, very small leak would result in you

18   losing vacuum.

19   Q.   So once the crack opened, would the tank still be

20   maintaining insulative properties around the liquid nitrogen in

21   the inner vessel?

22   A.   It would be to a much, much lesser degree because a

23   vacuum -- really, your primary insulation of that tank is a

24   vacuum.  You have that foil wrap which helps, but that's also

25   designed to prevent radiative heat transfer.

1          So radiative is, for example, when the sun hits your skin.

2     That's the reason it's a reflective foil.  So the vast majority

3     of the insulation would be gone and the liquid nitrogen would

4     deplete more rapidly.

5     **Q.**   From the moment that crack opened, would the liquid

6     nitrogen that remained in Tank 4's inner vessel begin

7     evaporating off much more quickly than it had been?

8     **A.**   Yes.

9     **Q.**   Dr. Kasbekar, you've described a failure mode for Tank 4

10    where the crack opened from the vacuum space under the inner

11    vessel, and then an implosion occurred after that crack opened

12    up.

13         Is it possible that the opposite happened; that is, that

14    the implosion actually caused the crack?

15    **A.**   Not in my opinion, it's not.

16    **Q.**   What is your opinion based on?

17    **A.**   It's based upon the physical evidence that I just went

18    through with regard to the scanning electron micrographs and

19    the nature of the cracked surface.  That shows me really two

20    things.  One is, it's due to cyclic loading.  The final rupture

21    is due to monotonic loading; "mono" meaning signal.  So it

22    doesn't support it in that sense.

23         In addition, if this was due to the overload, the loads on

24    the fitting would be the opposite of the thermal contraction.

25    So because that tank is crumpling and trying to get shorter,

1   the bottom of the tank is actually being forced upwards.  When

2   it buckles, it causes those lines to push down on the fitting.

3   And what that does is it causes a crack to open up at that six

4   o'clock position not from the vacuum space side but from the

5   inside of the tank.

6        And I believe that's eventually what happened, but that's

7   not what caused the vacuum loss.  It was a crack coming from

8   the vacuum space at the root of the weld that caused the vacuum

9   loss.

10  **Q.**   Do you think the implosion of Tank 4 affected the crack

11  that had already opened up at the fill port weld?

12  **A.**   Yes, it absolutely did.

13  **Q.**   How so?

14  **A.**   Because, as I was trying to explain earlier, if we have --

15  if my fingertips are the vacuum space at the root of the weld,

16  if we have a crack that opens in this direction, because when

17  that tube contracts it pulls up on my fingertips, and then all

18  of a sudden we have an implosion that pushes this up, that tube

19  is now going to push down.  And it's going to close the crack

20  where it originally started, but it's going to open the crack

21  on the inner side of the vessel.  It's the opposite direction.

22  **Q.**   If, in fact, the crack had been caused by the implosion,

23  would you expect to see beach marks on the fractographic

24  analysis?

25  **A.**   Absolutely not.

1    Q.    Would you expect to see rub marks on the fractographic

2    analysis?

3    A.    We could have some, but not the way we see it isolated

4    primarily around the crack origin.

5    Q.    What about secondary cracks?

6    A.    I would not expect to see the level of secondary cracks

7    that we have.

8         And the biggest thing I wouldn't expect to see is the

9    beach marks pointing to an origin at the root of the weld.

10         MS. ZEMAN:   Could we see slide 41.

11         (Photograph displayed.)

12   BY MS. ZEMAN:

13   Q.    What is this image showing, Dr. Kasbekar?

14   A.    So remember we talked earlier about pulling the fracture

15   surfaces apart in a tensile test machine to separate them?  And

16   I said we could identify the part of the fracture that was from

17   when we pulled the fracture apart, the laboratory-induced

18   fracture.

19         Well, what these images show is, on the right side, B,

20   this whole image is of the laboratory fracture.  You can kind

21   of see how pristine, how sharp the features are.  That's fresh

22   fracture surface from monotonic overloading.  That's what it

23   looks like.

24         A is the part of the fracture that was already there when

25   we found this crack.  This is what happened, in my opinion, to

 1  cause the loss of vacuum.  This is a field fracture.

 2       What's important to note is both of these images are taken

 3  at the exact same magnification, 500X.  So you can look at

 4  these for yourself.  You don't need me, as an expert, to tell

 5  you they don't look the same.  They look different.

 6       And the reason they look different is the one on the left

 7  is due to progressive failure that occurred over time due to

 8  cyclic loading, and the one on the right is due to monotonic

 9  overload from us pulling it apart in the lab.

10  **Q.**   And image A is the failure surface in Tank 4's weld;

11  correct?

12  **A.**   Yes.  Image A is what happened and caused the loss of

13  vacuum.  Image B is a part of the weld that we tore apart in

14  the lab.

15  **Q.**   What does it mean to you to see evidence of both

16  progressive and monotonic cracking on Tank 4's fill port weld?

17  **A.**   It means it supports my opinion that the crack initiated

18  at the root of the weld and progressed due to cyclic loading.

19       And it also supports the conclusion that the crack was

20  affected by the final implosion.  And that's not at all

21  uncommon to see in failure analysis.

22       And one of the places we see things like that is in boiler

23  explosions where a crack starts.  And once that crack allows

24  the hot water in the boiler to be exposed to atmospheric

25  temperature or pressure, the water that wasn't boiling in the

1   boiler all of a sudden starts to boil and then the whole boiler

2   explodes.

3        We have lots of fractures.  We have lots of bent metal.

4   We have parts of the fracture surface that occurred first that

5   have been damaged by contacting other things.

6        So it's not uncommon in failure analysis to have the

7   primary cause of the fracture and then other things that

8   happened afterwards.  And in this particular case, the root

9   cause of the fracture -- no pun intended -- is a fracture, a

10   crack, that initiated at the root of the weld that didn't match

11   the design specifications.

12   Q.   Would there have been any disadvantage to applying a

13   full-penetration weld at that spot, that crack?

14   A.   The only possible disadvantage is you have to be careful

15   when welding thin materials.  And it takes a talented welder or

16   machine to do so effectively, because if you have too much

17   heat, you'll burn right through it.  I mean, you'll literally

18   burn a hole through the sheet metal.

19        So the full-penetration weld, you need to be careful as to

20   whether or not you could do that without burning holes through

21   the sheet metal, which is one of the things -- one of the

22   reasons I did some -- I had -- not me.  I can weld, but not at

23   this level.  But I had a seasoned welder who's particularly

24   good with these materials make weld passes on it.  And he very

25   quickly was able to do that.

1        We did have some instances of burn-through, as Mr. Duffy

2   said, but that's not burn-through with holes going through.

3   All that means is that you can see the -- some of the effect of

4   the weld going through the metal.  And you see that in Chart's

5   tanks that they manufacture, too.  If you look at the backside

6   of the weld, you'll see where there's some bubbling of the

7   metal on the backside of the weld.

8   **Q.**   Does it harm the integrity of the tank to have a little

9   bit of visible burn-through that you just described?

10  **A.**   A little bit of burn-through is fine as long as it doesn't

11  create a leak path.  And that's something that, in my opinion,

12  can be dealt with by an experienced welder, proper fit-up,

13  proper materials.

14        **THE COURT:**  Ms. Zeman, it's 1:30.  I don't know if you

15  only have a little bit with the witness or if we should break

16  now.

17        **MS. SHARP:**  I think it would be good to break now.

18  He'll have to be back tomorrow for cross anyway.

19        **THE COURT:**  So, members of the jury, as we said, we

20  will conclude at 1:30.  Please remember not to discuss the case

21  at all.  We'll see you tomorrow morning.

22        And I think, again, Ms. Means has arranged for you to have

23  coffee and pastries for your planning purposes.

24        Thank you very much.

25        (Jury out at 1:30 p.m.)

1       **THE COURT:**  Thank you, Doctor.  You may step down.

2    But you are not excused.

3       Okay.  So I know I have to go through those deposition

4    excerpts.  Who do you intend to put on tomorrow, just so I know

5    to prioritize?

6       **MS. ZEMAN:**  I believe we are starting with Adams.  I

7    don't have the list in my head, exactly, but I think Adams

8    would be the first, and then Eubanks.  Either Brooks or

9    Eubanks.

10      Depending on the cuts, I think we could potentially get

11   through a good chunk of them tomorrow.  If it does involve

12   using most of the counter-designations from Chart, then that

13   would change that analysis quite a bit though.

14      **THE COURT:**  Okay.  All right.  Adams, Eubanks.  And

15   who was the third.

16      **MS. ZEMAN:**  Brooks.

17      **THE COURT:**  Brooks.  All right.  Okay.  Anything else

18   we should discuss before we leave?

19      **MS. ZEMAN:**  It's possible we could get through Junnier

20   as well.

21      **THE COURT:**  I'll see if I can get through them all,

22   but in case I can't, I just wanted to know --

23      **MS. ZEMAN:**  Could we possibly address the Gonzalez

24   testimony?

25      **THE COURT:**  Yes.  So my indication is to allow it to

PROCEEDINGS

1  come in given that you thought that those witnesses were going

2  to be live, but Chart's not.  They have the right not to call

3  them live, but that's a changed circumstance.

4      Since it's just depo testimony, there's no prejudice

5  because Chart doesn't have to prepare for any additional

6  witness.

7          **MS. ZEMAN:**  We appreciate that.

8          **THE COURT:**  If Chart wants to be heard.

9          **MR. LOTHSON:**  Your Honor, we filed a brief on this

10  last night.  I'm sure you read it.  I wouldn't add anything to

11  the record on that.

12          **THE COURT:**  All right.  Thank you.  So we'll allow

13  that.  But he would come after those four?

14          **MS. ZEMAN:**  Correct, after those 4.

15          **THE COURT:**  Four.

16      All right.  Brief, in any event.

17          **MS. ZEMAN:**  Correct.

18          **MR. LOTHSON:**  Your Honor, I hesitate --

19          **THE COURT:**  No, it's okay.  Please, I'm sorry I raised

20  my voice.  Don't hesitate.

21          **MR. LOTHSON:**  Sorry, I'm a little taller than this

22  microphone.  Let me pull it up here.

23          **THE COURT:**  That's a good idea.

24          **MR. LOTHSON:**  So there were trial exhibits, as well,

25  that were other occurrence stuff, and things like that, that

PROCEEDINGS

```
 1  haven't been ruled on that are related to the deposition
 2  designations.  I assume you can work through those, as well, in
 3  conjunction?
 4          THE COURT:  Those are the ones identified in the
 5  brief.
 6          MR. LOTHSON:  They are identified in plaintiffs'
 7  brief.  And then we had a statement on our objections to them
 8  as well.
 9          THE COURT:  Yes, I'll rule on all those so we'll have
10  that done.
11          MR. LOTHSON:  Thank you, Your Honor.
12          MR. DUFFY:  Thank you, Your Honor.
13          MS. ZEMAN:  One more question.  Would it be possible
14  tomorrow to have the jury instruction regarding RFAs read to
15  the jury to let them know the significance of those?
16      It's Ninth Circuit 2-point --
17          THE COURT:  I don't know -- are you going to be using
18  them again?
19          MS. ZEMAN:  It is possible.
20          THE COURT:  I mean, why don't I do it at a time when
21  they come up begin.
22          MS. ZEMAN:  That's fine.
23          THE COURT:  I do intend, before the depositions are
24  started, to read into the record the instruction about how
25  deposition testimony should be treated the same as live
```

1  testimony.

2          **MS. ZEMAN:**  Thank you.

3          **THE COURT:**  I'll do that at the time.

4          **MR. RINGEL:**  Your Honor, also, if we could get some

5  kind of indication of what the testimony is going to be on

6  Wednesday as well.

7          **MS. ZEMAN:**  I think we have a question regarding -- on

8  one of the RFAs that we will probably use tomorrow, there is a

9  partial objection or an objection that is answered subject to

10  the objection.  When we read it into the record, will we need

11  to read the objection as well?

12          **THE COURT:**  Well, what -- it's Exhibit 5?

13          **MS. ZEMAN:**  It may not be 5.  It may be 4.  I think

14  there are two sets of RFAs that we referred to with

15  Dr. Kasbekar.  So it would either be Exhibit 4 or Exhibit 5.

16          **THE COURT:**  All right.  So which one?  Let's just look

17  at it now.  I don't think there's any point -- well, I don't

18  know.

19          **MS. ZEMAN:**  An example would be in Exhibit 4.  Request

20  11, where the answer, you know, includes an objection that then

21  ends with "as limited by, subject to, and without waiving the

22  foregoing objection, admitted."

23          **THE COURT:**  I think it's just admitted.

24          **MS. ZEMAN:**  Correct.  That's an example.

25          **MR. LOTHSON:**  There is an objection related to

PROCEEDINGS

 1   feasibility.

 2        THE COURT:  Right.  But if you couldn't answer it,

 3   then you didn't have to answer it.  But Chart did answer it, so

 4   I don't know why it wouldn't be -- it's admitted.  Chart

 5   admitted it was feasible.

 6        And I guess the plaintiffs will argue what feasible means,

 7   and chart could argue that it interpreted it as something else

 8   because all it is is admitting it was feasible without

 9   definition, I guess.  I mean, I guess -- but the exhibit itself

10   is in evidence.

11        So the question Ms. Zeman has is, does she have to read

12   the objection?  I would say, no, you don't have to read the

13   objection.  However, the jury will have it.  And Chart can do

14   whatever they want with it because the objection will be given

15   to the jury.

16        MS. ZEMAN:  Of course.

17        THE COURT:  All right.

18        MS. ZEMAN:  Thank you.

19        THE COURT:  Chart wanted to know, after tomorrow, when

20   are you going to tell them who your witnesses are?

21        MS. SHARP:  We can disclose now we plan to call

22   Dr. Conaghan on Wednesday, after Dr. -- sorry after the Chart

23   depositions are played.  Dr. Conaghan.

24        THE COURT:  After all --

25        MS. SHARP:  Of course, when that happens will depend

1  on how Your Honor rules about the sequencing of how the

2  depositions are played.

3          **THE COURT:**  Okay.  All right.

4          **MR. LOTHSON:**  Your Honor, one other minor item related

5  to exhibits in general.

6      There has been a lot of exhibits that have confidentiality

7  stamps or attorneys' eyes only.  I don't think it's a huge

8  issue with the jury seeing them right now, but perhaps down the

9  line -- I'm not saying we go back and redact all of those

10 right, now but those are called extracurricular information

11 that's not a part of the native document.  Perhaps maybe an

12 instruction from the Court, once the jury takes exhibits back,

13 however you plan to handle that.  But I would like to note that

14 for the record.

15         **THE COURT:**  Sure.  I mean, why don't you discuss it.

16 When I do my final instructions, I can say something to the

17 jury that there might be -- you know, material is sometimes

18 admitted for the purposes of the lawsuits, but they're

19 confidential material, so it was shown to the jury, and that

20 they were added after.  Shouldn't infer anything from it,

21 right, one way or the other.  Other than, I suppose, they may

22 want them to keep it confidential.

23         **MR. LOTHSON:**  Well, once they're in open court and

24 made an exhibit, I don't think that they have confidentiality

25 anymore.

**PROCEEDINGS**

1      I think it's the connotation that goes with something

2  being classified as confidential or attorneys' eyes only.  If

3  the juror were to think, oh, that was how it left Chart, when

4  in fact that's not true at all, there could be a negative

5  association with that.

6          **THE COURT:**  Sure.  If you want to work on something to

7  show to the plaintiffs, even at the time that something is

8  introduced in trial, I'm happy to give that instruction.

9          **MR. LOTHSON:**  Thank you, Your Honor.

10          **THE COURT:**  Okay.  We'll see you tomorrow, at

11  8:00 a.m.  I'll try to get something out by this evening.

12      (Counsel thank the Court.)

13      (At 1:39 p.m. the proceedings were adjourned, to resume on

14  Tuesday, May 25, 2021, at 8:00 a.m.)

15                  ---oOo---

1

2

3                    <u>**CERTIFICATE OF REPORTERS**</u>

4          We certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:   Monday, May 24, 2021

8

9

10

11    _____

12          Marla F. Knox, CSR, RMR, CRR
              U.S. Court Reporter

13

14

15

16    _____

17       Katherine Powell Sullivan, CSR #5812, RMR, CRR
                  U.S. Court Reporter

18

19

20

21

22

23

24

25