1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

| IN RE: PACIFIC FERTILITY CENTER LITIGATION | Case No.  18-cv-01586-JSC |
|---|---|
| | **PROPOSED VERDICT FORM NO. 3** |

7
8
9
10
11
12
13

We the jury answer the questions submitted to us as follows:

14
15

**I.  CHART'S AFFIRMATIVE DEFENSE: MISUSE OR MODIFICATION**

16

    1. Was the Product misused or modified after it left Chart's possession?

17
18

        ____ Yes ____ No

19
20

        *If you answered yes to question 1, then answer question 2. If you answered no, skip question 2 and go to question 3.*

21
22

    2. Was the misuse or modification so highly extraordinary that it was not reasonably

23

    foreseeable to Chart and therefore was the sole cause of Plaintiffs' harm?

24
25

        ____ Yes ____ No

26

        *If you answered no to question 2, then answer question 3. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form on the last page.*

27
28

United States District Court
Northern District of California

United States District Court
Northern District of California

## II. CLAIM 1: MANUFACTURING DEFECT

3. Did Tank 4 contain a manufacturing defect when it left Chart's possession?

_____ Yes _____ No

*If your answer to question 3 is yes, answer question 4. If you answered no, do not answer question 4 and go to question 5.*

4. Was the manufacturing defect a substantial factor in causing harm to Plaintiffs?

**Rosalynn Enfield**:     _____ Yes _____ No

**Laura Parsell**:     _____ Yes _____ No

**Kevin Parsell**:     _____ Yes _____ No

**Chloe Poynton**:     _____ Yes _____ No

**Adrienne Sletten**:     _____ Yes _____ No

*Proceed to question 5.*

## III.  DESIGN DEFECT

### CLAIM 2: CONSUMER EXPECTATIONS TEST

5. Did Tank 4 fail to perform as safely as an ordinary user of cryogenic storage tanks would have expected when used or misused in an intended or reasonably foreseeable way?

_____ Yes _____ No

*Regardless of your answer to question 5, proceed to question 6.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**CLAIM 3: RISK BENEFIT TEST**

6. Did the benefits of the tank's design outweigh the risks of the design?

_____ Yes _____ No

- *If you answered yes to question 5 or no to question 6, answer question 7.*
- *If you answered no to question 5 and yes question 6, skip question 7 and proceed to question 8.*

7. Was the tank's design a substantial factor in causing harm to plaintiffs?

**Rosalynn Enfield**:        _____ Yes _____ No

**Laura Parsell**:            _____ Yes _____ No

**Kevin Parsell**:            _____ Yes _____ No

**Chloe Poynton**:           _____ Yes _____ No

**Adrienne Sletten**:        _____ Yes _____ No

*Proceed to question 8.*

United States District Court
Northern District of California

## IV.  CLAIM 4: NEGLIGENT FAILURE TO RECALL OR RETROFIT

8. Did Chart know or should it reasonably have known that Tank 4's controller was dangerous or was likely to be dangerous when used in a reasonably foreseeable manner?

_____ Yes _____ No

*If your answer to question 8 is yes, then answer question 9.  If you answered no, do not answer questions 9 - 12 and go to question 13.*

9. Did Chart become aware of this defect after the tank was sold?

_____ Yes _____ No

*If your answer to question 9 is yes, then answer question 10. If you answered no, do not answer questions 10 - 12 and go to question 13.*

10. Did Chart fail to recall or retrofit the tank's controller?

_____ Yes _____ No

*If your answer to question 10 is yes, then answer question 11. If you answered no, do not answer questions 11 - 12 and go to question 13.*

11. Would a reasonable manufacturer under the same or similar circumstances have recalled or retrofitted the tank's controller?

_____ Yes _____ No

*If your answer to question 11 is yes, then answer question 12. If you answered no, do not answer question 12 and go to question 13.*

//
//

4

12. Was Chart's failure to recall or retrofit the tank's controller a substantial factor in causing harm to plaintiffs?

**Rosalynn Enfield**:     _____ Yes _____ No

**Laura Parsell**:     _____ Yes _____ No

**Kevin Parsell**:     _____ Yes _____ No

**Chloe Poynton**:     _____ Yes _____ No

**Adrienne Sletten**:     _____ Yes _____ No

*Proceed to next page*

## V.  COMPENSATORY DAMAGES

- *If you answered yes to **any** of questions 4, 7, or 12 (as to at least one plaintiff), answer question 13 as to each plaintiff for whom you answered yes in questions 4, 7, or 12.*

- *If you answered no to or skipped questions 4, 7, **and** 12 as to every plaintiff, stop here, answer no further questions, and have the presiding juror sign and date this form on the last page.*

13. What are each plaintiff's damages?

**Rosalynn Enfield:**

Economic loss

Value of damaged/lost eggs: $ _____

Noneconomic loss

Pain, suffering, and emotional distress: $_____

Rosalynn Enfield TOTAL $ _____

**Laura & Kevin Parsell:**

Economic loss

Value of damaged/lost embryos: $ _____

Noneconomic loss

Laura Parsell pain, suffering, and emotional distress: $_____

Kevin Parsell pain, suffering, and emotional distress: $ _____

Laura & Kevin Parsell TOTAL $ _____

**Chloe Poynton:**

Economic loss

Value of damaged/lost eggs: $ _____

Noneconomic loss

Pain, suffering, and emotional distress: $_____

Chloe Poynton TOTAL $ _____

**Adrienne Sletten:**

Economic loss

Value of damaged/lost eggs: $ _____

Noneconomic loss

Pain, suffering, and emotional distress: $_____

Adrienne Sletten TOTAL $ _____

*Proceed question 14.*

United States District Court
Northern District of California

1

## VI.  APPORTIONMENT OF FAULT

2

3       14. Was Pacific Fertility Center negligent with respect to Tank 4?

4

5               \_\_\_\_ Yes \_\_\_\_ No

6

7          *If your answer to question 14 is yes, then answer question 15. If you answered no, insert the number zero next to Pacific Fertility Center in question 16.*

8

9        15. Was Pacific Fertility Center's negligence a substantial factor in causing harm to the

10  plaintiffs?

11

12              \_\_\_\_ Yes \_\_\_\_ No

13

14         *If your answer to question 15 is yes, then answer question 16. If you answered no, insert the number zero next to Pacific Fertility Center in question 16.*

15

16      16. What percentage of responsibility for the plaintiffs' harm do you assign to:

17

18          Chart:                _____ %

19          Pacific Fertility Center:    _____ %

20          TOTAL           100 %

21

22

23       *Proceed to the next question.*

24

25

26

27

28

8

Signed: _____ Presiding Juror

Dated: _____

 After this verdict form has been signed, notify the clerk that you are ready to present your verdict
in the courtroom.

United States District Court
Northern District of California