Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

*Plaintiffs' counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>No. 3:18-cv-01586<br>(A.B., C.D., E.F., G.H., and I.J.) | Master Case No. 3:18-cv-01586-JSC<br><br>**EXHIBITS ADMITTED AT TRIAL** |

1    Attached as Exhibit A is a list the exhibits admitted into evidence at trial, provided to the court
2 on a flash drive.

4  Dated: June 9, 2021                                  Respectfully submitted,

5                                                       By:   /s/ Amy M. Zeman

6                                                       Eric H. Gibbs (State Bar No. 178658)
                                                        Amy M. Zeman (State Bar No. 273100)
7                                                       **GIBBS LAW GROUP LLP**
                                                        505 14th Street, Suite 1110
8                                                       Oakland, CA 94612
9                                                       Tel: (510) 350-9700
                                                        Fax: (510) 350-9701
10                                                      ehg@classlawgroup.com
                                                        amz@classlawgroup.com
11

12                                                      Dena C. Sharp (State Bar No. 245869)
                                                        Adam E. Polk (State Bar No. 273000)
13                                                      Nina R. Gliozzo (State Bar No. 333569)
14                                                      **GIRARD SHARP LLP**
                                                        601 California Street, Suite 1400
15                                                      San Francisco, CA 94108
                                                        Tel: (415) 981-4800
16                                                      Fax: (415) 981-4846
17                                                      dsharp@girardsharp.com
                                                        apolk@girardsharp.com
18                                                      ngliozzo@giradsharp.com

19
                                                        Adam B. Wolf (State Bar No. 215914)
20                                                      Tracey B. Cowan (State Bar No. 250053)
                                                        **PEIFFER WOLF CARR KANE &**
21                                                      **CONWAY, APLC**
22                                                      4 Embarcadero Center, Suite 1400
                                                        San Francisco, CA 94111
23                                                      Tel: (415) 766-3545
                                                        Fax: (415) 402-0058
24                                                      awolf@peifferwolf.com
25                                                      tcowan@peifferwolf.com

26                                                      *Plaintiffs' Counsel*

27
                                                        By:   /s/ Kevin M. Ringel
28                                                      John J. Duffy (SB No. 6224834)

| | |
|---|---|
| 1 | Kevin M. Ringel (SB No. 6308106) |
| 2 | **SWANSON, MARTIN & BELL, LLP** |
|   | 330 N Wabash, Suite 3300 |
| 3 | Chicago, Illinois 60611 |
|   | Tel: (312) 321-9100 |
| 4 | Fax: (312) 321-0990 |
|   | jduffy@smbtrials.com |
| 5 | kringel@smbtrials.com |
| 6 | |
|   | Marc G. Cowden (SB No. 169391) |
| 7 | Adam Stoddard (SB No. 272691) |
|   | **SHEUERMAN, MARTINI, TABARI, ZENERE** |
| 8 | **& GARVIN** |
|   | 1033 Willow Street |
| 9 | San Jose, California 95125 |
|   | Tel: (408) 288-9700 |
| 10 | Fax: (408) 295-9900 |
|   | mcowden@smtlaw.com |
| 11 | astoddard@smtlaw.com |
| 12 | |
| 13 | *Counsel for Defendant Chart, Inc.* |

2