# EXHIBIT A

| Exhibit No. | Description | Beginning Bates No. | Ending Bates No. | Received in Evidence |
|---|---|---|---|---|
| 1 | Defendant Chart Inc.'s Answers to Plaintiffs' Interrogatories (Set 6), signed August 25, 2020 | - | - | 5/24 |
| 4 | Defendant Chart Inc.'s Answers to Plaintiffs' Requests for Admission (Set 4), signed August 25, 2020 | - | - | 5/24 |
| 5 | Defendant Chart Inc.'s Answers to Plaintiffs' Requests for Admission (Set 5), signed October 5, 2020 | - | - | 5/24 |
| 13 | Pacific MSO, LLC's Amended Response to Defendant Chart Inc.'s Subpoena for 30(b)(6) Deposition by Written Questions, signed November 30, 2020 | | - | 5/26 |
| 68 | Curriculum vitae of Dr. Anand Kasbekar | - | - | 5/24 |
| 70 | Curriculum vitae of Dr. David Wininger | - | - | 6/2 |
| 71 | Curriculum vitae of Dr. Elizabeth Grill | - | - | 6/3 |
| 75 | Curriculum vitae of Dr. Nicholas Jewell (Exhibit A to 2020 Report) | - | - | 6/1 |
| 76 | Curriculum vitae of Dr. Stephen Somkuti | - | - | 6/1 |
| 78 | Curriculum vitae of John Cauthen | - | - | 6/7 |
| 118 | DSC_0340 [Color Photograph] | - | - | 5/24 |
| 121a-b | Exemplar CT scans (Kasbekar) | - | - | 5/24 |
| 122a-f | Exemplar MVE808 Fill & Sense Met Sections (Kasbekar) | - | - | 5/24 |
| 126a-s | March 2020 Exponent CT scans, videos, and photos (Kasbekar) | - | - | 5/24 |
| 130a-z | Photos and Video from Tank Inspection and Testing on March 11-13, 2020 (Kasbekar) | - | - | 5/24 |
| 131a-i | Photos and Video from Tank Inspection and Testing on September 30, 2019 and October 1, 2019 (Kasbekar) | - | - | 5/24 |
| 131j-k | Photos and Video from Tank Inspection and Testing on September 30, 2019 and October 1, 2019 (Kasbekar) | - | - | 6/7 |
| 134a-f | Photos from Tank Inspection on September 25, 2018 (Kasbekar) | - | - | 5/24 |
| 144 | Color Photograph | CLASS_PLFS_000075 | CLASS_PLFS_000075 | 6/8 |
| 146 | 1006 Summary of Outcome Data | - | - | 5/27 |
| 167 | Put It in the Drawing and Make it Like the Drawing, by R.J. Parrington and D.M. Christie | - | - | 6/7 |
| 180 | PFC Outcome Data - 10-19-20 | - | - | 5/26 |
| 181 | Letter to Ms. Otey from Joe Conaghan | CDPH0001174 | CDPH0001175 | 6/1 |
| 184 | Chart, Inc., SN: CAB2112020013 | CHART000058 | CHART000060 | 6/7 |
| 186 | Temperature and Level Data | CHART000127 | CHART000127 | 5/27 |

| Exhibit No. | Description | Beginning Bates No. | Ending Bates No. | Received in Evidence |
|---|---|---|---|---|
| 187 | Chart Cryogenic Freezer MVE TEC 3000 Controller Technical Manual (Rev K) | CHART000524 | CHART000684 | 6/7 |
| 190 | MVE TEC 3000 Technical Freezer Manual (Rev F) | CHART001059 | CHART001205 | 6/8 |
| 192 | Risk Assessment Form | CHART001432 | CHART001432 | 5/24 |
| 197 | CHART Email Chain - FW: Extron Controller Quality Information | CHART002854 | CHART002855 | 5/25 |
| 200 | Chart Email Chain - RE: CASE 346085 | CHART004551 | CHART004553 | 5/25 |
| 201 | Chart Email Chain - RE: Trouble with MVE Freezers case 467249 | - | - | 5/26 |
| 206 | Chart Email Chain - RE: | CHART007923 | CHART007925 | 5/25 |
| 208 | Chart Email Chain - RE: freezer picture & information | CHART008310 | CHART008320 | 5/24 |
| 210 | Chart Email Chain - RE: HEco series 1800-190 MVE tank - Problem (Condensation and ice formation) (Case 243565) | CHART009354 | CHART009361 | 6/7 |
| 214 | Chart MVE CryoBio Presentation 2016_Feb (Chart/MVE Cryobiological Training 2016) | CHART016303 | CHART016538 | 6/1 |
| 216 | Chart Email Chain - RE: TEC3000 Level "0" SN "0" (Critical Issue is Increasing Globally) | CHART017011 | CHART017015 | 5/25 |
| 219 | Chart Email Chain - RE: Trouble with MVE Freezers case 467249 | CHART020048 | CHART020053 | 5/25 |
| 220 | Chart Email Chain - RE: Issues with 819 Controller at Kite Pharma in Santa Monica (CASE 500604) | CHART020474 | CHART020479 | 5/25 |
| 223 | Chart Email Chain: RE: New Related Items Code Available | CHART028403 | CHART028405 | 5/25 |
| 225 | Chart Email Chain - FW: RF ranges | CHART029279 | CHART029280 | 5/25 |
| 234 | Chart Email Chain - RE: 1536P, S/N - CVCU06J102 | CHART034331 | CHART034333 | 6/7 |
| 235 | MVE Cryogenic Freezer with MVE TEC 3000 System Monitor Technical Manual (Rev D) | CHART036457 | CHART036589 | 6/1 |
| 239 | Chart Email Chain - RE: Issue with TEC3000 controller and the solution we developed | CHART038721 | CHART03725 | 5/25 |
| 247 | Letter re Chart MVE Freezer Life Expectancy | CHART050770 | CHART050770 | 6/1 |
| 253 | Chart Email Chain - RE: RE:MVE 3; serial No CAB2111170013 Liquid Nitrogen vessel; 2015/004/024/401/002 | CHART055224 | CHART055231 | 6/2 |
| 263 | Chart Email Chain - RE: Info for Ft. Sam Houston BAMC LN2 freezers S/N's: CAB21115320721 & CAB2115320720 (CASE 617050) | CHART062204 | CHART026213 | 5/25 |
| 266 | Chart Email Chain - RE: TEC3000 controller (Case 461412) | CHART067350 | CHART067354 | 5/25 |

| Exhibit No. | Description | Beginning Bates No. | Ending Bates No. | Received in Evidence |
|---|---|---|---|---|
| 270 | 10-18-2019-134119 Maximum Event Log | CHART070093 | CHART070093 | 5/27 |
| 272 | I/O ASSY | CHART070444 | CHART070444 | 5/24 |
| 284 | Chart Email Chain - RE: TEC 3000 Controllers (Urgent) | EXTRON-000290 | EXTRON-000291 | 5/25 |
| 294 | PFC Billing Records for E.F. | MSO_GS_000116 | MSO_GS_000118 | 6/3 |
| 298 | PFC Medical File for I.J., including Patient Chart Note and Miscellaneous documents | MSO_GS_000155 | MSO_GS_000243 | 6/3 |
| 299 | PFC Billing Records for I.J. | MSO_GS_000244 | MSO_GS_000247 | 6/3 |
| 300 | PFC Billing Records for G.H. | MSO_GS_000248 | MSO_GS_000251 | 6/3 |
| 301 | PFC Medical File for G.H., including Patient Chart Note and Miscellaneous documents | MSO_GS_000252 | MSO_GS_000344 | 6/3 |
| 322 | PFC Billing Records for A.B. | MSO_PWCK_000293 | MSO_PWCK_000298 | 6/3 |
| 341 | Photos of Tank 4 | MSO000065 | MSO000079 | 6/1 |
| 343 | Reflections Summary Reports, dated January 1, 2018 through March 31, 2018 | MSO000310 | MSO000363 | 5/26 |
| 348 | College of American Pathologists (CAP) March 23, 2018 Submittal Materials | MSO001982 | MSO002220 | 5/26 |
| 349 | Letter from J. Conaghan, PFC to Dr. D. Carlson, CAP, dated March 23, 2018 | MSO001984 | MSO001992 | 5/26 |
| 350 | Photos of Tank 4, March 4, 2018, 4:44 P.M. | MSO001994 | MSO001995 | 5/27 |
| 351 | Photos of Tank 4, March 6, 2018, 9:02 A.M. and 9:03 A.M. | MSO001996 | MSO001997 | 5/27 |
| 354 | Reflections for Pacific Fertility Center, All data entered between Thu, Mar 1 2018 and Sat, Mar 31 2018 | MSO005305 | MSO005305 | 5/26 |
| 355 | 4-11-18 Letter To Dr. Conaghan From Dr. Datto | MSO005350 | MSO005351 | 6/1 |
| 358 | Email re Response to CAP letter | MSO008208 | MSO08260 | 6/1 |
| 370 | Inspector's Summation Report, signed March 27, 2018 | MSO011472 | MSO011481 | 6/1 |
| 374 | 4-20-18 Letter To Dr. Datto From Dr. Conaghan, Bates MSO012108 - MSO012109 | MSO012108 | MSO012109 | 6/1 |
| 378 | Quality Management Plan | MSO013198 | MSO013247 | 5/27 |
| 393 | Praxair Email Chain - Re: New Tank | MSO022641 | MSO022641 | 5/26 |
| 394 | Romney-Hertzberg Texts | MSO023986 | MSO023991 | 5/26 |

| Exhibit No. | Description | Beginning Bates No. | Ending Bates No. | Received in Evidence |
|---|---|---|---|---|
| 402 | PFC Email Chain - RE: Tank inventory and installation sheets | MSO024061 | MSO024061 | 5/26 |
| 403 | MVE Tank Inventory (2018_03_07) | MSO024062 | MSO024062 | 5/26 |
| 404 | PFC-Next Gen Email Chain - RE: need isolette controller. | MSO024063 | MSO024064 | 5/26 |
| 410 | Curriculum Vitae, Joseph Conaghan | MSO026339 | MSO026347 | 5/26 |
| 414 | Excel Spreadsheet | MSO026859 | MSO026859 | 5/27 |
| 415 | Reflections metadata | MSO026866 | MSO026866 | 5/26 |
| 422 | PFC electronic lab schedules for 12/17, 1/18 and 2/18 (but mistakenly dated 2017) | MSO027040 | MSO027042 | 5/27 |
| 423 | PFC handwritten lab schedules | MSO027043 | MSO027046 | 5/27 |
| 426 | A.B. and C.D. Transaction Detail by Account, 5/21/13 - 9/30/2014 | PLTF-ABCD-000079 | PLTF-ABCD-000082 | 6/3 |
| 427 | E.F. Credit Card Purchase Notice for Walgreens, August 4, 2016 | PLTF-EF-000001 | PLTF-EF-000001 | 6/3 |
| 435 | Email from @gmail.com to E.F., Subject: I am . . ., on March 12, 2018 | PLTF-EF-000019 | PLTF-EF-000019 | 6/3 |
| 437 | Email from @pacificfertility.com to E.F., Subject: Important Confidential Message, on March 11, 2018 | PLTF-EF-000022 | PLTF-EF-000023 | 6/3 |
| 457 | E.F. Text Exchange, March 11-12, 2018 | PLTF-EF-000252 | PLTF-EF-000253 | 6/3 |
| 465 | G.H. Citicard Statements | PLTF-GH-000290 | PLTF-GH-000292 | 6/3 |
| 468 | Email from @pacificfertility.com to G.H., Subject: Important Confidential Message, on March 11, 2018 | PLTF-GH-000300 | PLTF-GH-000301 | 6/3 |
| 474 | Email from @pacificfertility.com to G.H., Subject: Important Confidential Message, on April 19, 2018 | PLTF-GH-000353 | PLTF-GH-000353 | 6/3 |
| 490 | I.J. Credit Card Receipts, PFC Patient Receipt, and Walgreens Patient Receipt | PLTF-IJ-000097 | PLTF-IJ-000101 | 6/3 |
| 499 | Email from @pacificfertility.com to I.J., Subject: Important Confidential Message, on March 11, 2018 | PLTF-IJ-000438 | PLTF-IJ-000438 | 6/3 |
| 500 | UCSF Medical Center Medical Records for I.J. | PLTF-IJ-000444 | PLTF-IJ-000583 | 6/3 |
| 528 | Aluminum box, sleeves, canes, goblets, and Cryolocks | - | - | 5/24 |
| 529 | Dipstick used with Tank 4 | - | - | 5/27 |
| 531 | Tank 4 Controller | - | - | 5/24 |
| 532 | Tank 4, with Lid | - | - | 5/24 |
| 533 | Exemplar MVE 808 | - | - | 5/24 |
| 539 | Data Download 1006 | - | - | 6/7 |