UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACIFIC FERTILITY CENTER LITIGATION | Case No. 18-cv-01586-JSC<br><br>**ORDER RE: PARTIES MAINTAINING PHYSICAL TRIAL EXHIBITS** |

The trial exhibits in this case include certain physical exhibits including Tank 4, an exemplar tank, the controller, and other laboratory equipment. The parties are ordered to retain these physical exhibits following the jury's verdict.

**IT IS SO ORDERED.**

Dated: June 10, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge