1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: PACIFIC FERTILITY CENTER
LITIGATION

Case No.  18-cv-01586-JSC

**VERDICT FORM**

We the jury answer the questions submitted to us as follows:

## I. CHART'S AFFIRMATIVE DEFENSE: MISUSE OR MODIFICATION

1. Was the Product misused or modified after it left Chart's possession?

_____ Yes   ✓ No

*If you answered yes to question 1, then answer question 2. If you answered no, skip question 2 and go to question 3.*

2. Was the misuse or modification so highly extraordinary that it was not reasonably foreseeable to Chart and therefore was the sole cause of Plaintiffs' harm?

_____ Yes   ✓ No

*If you answered no to question 2, then answer question 3. If you answered yes, stop here, answer no further questions, and have the presiding juror sign and date this form on the last page.*

## II. CLAIM 1: MANUFACTURING DEFECT

3. Did Tank 4 contain a manufacturing defect when it left Chart's possession?

$\underline{\quad X \quad}$ Yes $\underline{\qquad}$ No

*If your answer to question 3 is yes, answer question 4. If you answered no, do not answer question 4 and go to question 5.*

4. Was the manufacturing defect a substantial factor in causing harm to Plaintiffs?

| **Rosalynn Enfield:** | ___✓ Yes ___ No |
|---|---|
| **Laura Parsell:** | ___✓ Yes ___ No |
| **Kevin Parsell:** | ___✓ Yes ___ No |
| **Chloe Poynton:** | ___✓ Yes ___ No |
| **Adrienne Sletten:** | ___✓ Yes ___ No |

*Proceed to question 5.*

## III. DESIGN DEFECT

### CLAIM 2: CONSUMER EXPECTATIONS TEST

5. Did Tank 4 fail to perform as safely as an ordinary user of cryogenic storage tanks would have expected when used or misused in an intended or reasonably foreseeable way?

___✓ Yes ___ No

*Regardless of your answer to question 5, proceed to question 6.*

United States District Court
Northern District of California

**CLAIM 3: RISK BENEFIT TEST**

6. Did the benefits of the tank's design outweigh the risks of the design?

_____ Yes _____ No

- *If you answered yes to question 5 or no to question 6, answer question 7.*
- *If you answered no to question 5 and yes question 6, skip question 7 and proceed to question 8.*

7. Was the tank's design a substantial factor in causing harm to plaintiffs?

**Rosalynn Enfield:**    _____ Yes _____ No

**Laura Parsell:**    _____ Yes _____ No

**Kevin Parsell:**    _____ Yes _____ No

**Chloe Poynton:**    _____ Yes _____ No

**Adrienne Sletten:**    _____ Yes _____ No

*Proceed to question 8.*

3

1

## IV.  CLAIM 4: NEGLIGENT FAILURE TO RECALL OR RETROFIT

2

3    8. Did Chart know or should it reasonably have known that Tank 4's controller was

4    dangerous or was likely to be dangerous when used in a reasonably foreseeable manner?

5

6    ____✓ Yes ____ No

7

8    *If your answer to question 8 is yes, then answer question 9.  If you answered no, do not*
*answer questions 9 - 12 and go to question 13.*

9    9. Did Chart become aware of this defect after the tank was sold?

10

11    ____✓Yes ____ No

12

13    *If your answer to question 9 is yes, then answer question 10. If you answered no, do not*
*answer questions 10 - 12 and go to question 13.*

14

15    10. Did Chart fail to recall or retrofit the tank's controller?

16

17    ____✗es ____ No

18

19    *If your answer to question 10 is yes, then answer question 11. If you answered no, do*
*not answer questions 11 - 12 and go to question 13.*

20

21    11. Would a reasonable manufacturer under the same or similar circumstances have

22    recalled or retrofitted the tank's controller?

23    ____✓Yes ____ No

24

25    *If your answer to question 11 is yes, then answer question 12. If you answered no,*
*do not answer question 12 and go to question 13.*

26

// 27 //

28

*United States District Court*
*Northern District of California*

12. Was Chart's failure to recall or retrofit the tank's controller a substantial factor in causing harm to plaintiffs?

**Rosalynn Enfield:** _✓_ Yes _____ No

**Laura Parsell:** _✓_ Yes _____ No

**Kevin Parsell:** _✓_ Yes _____ No

**Chloe Poynton:** _✓_ Yes _____ No

**Adrienne Sletten:** _✓_ Yes _____ No

*Proceed to next page*

5

United States District Court
Northern District of California

## V. COMPENSATORY DAMAGES

- *If you answered yes to **any** of questions 4, 7, or 12 (as to at least one plaintiff), answer question 13 as to each plaintiff for whom you answered yes in questions 4, 7, or 12.*

- *If you answered no to or skipped questions 4, 7, **and** 12 as to every plaintiff, stop here, answer no further questions, and have the presiding juror sign and date this form on the last page.*

13. What are each plaintiff's damages?

**Rosalynn Enfield:**

Economic loss

Value of damaged/lost eggs: $ _100,000_

Noneconomic loss

Pain, suffering, and emotional distress: $ _2,500,000_

Rosalynn Enfield TOTAL $ _2,600,000_

**Laura & Kevin Parsell:**

Economic loss

Value of damaged/lost embryos: $ _200,000_

Noneconomic loss

Laura Parsell pain, suffering, and emotional distress: $ _3,5_

Kevin Parsell pain, suffering, and emotional distress: $ _3,5_

Laura & Kevin Parsell TOTAL $ _7,200,000_

**Chloe Poynton:**

Economic loss

Value of damaged/lost eggs: $ _100,000_

6

Noneconomic loss

    Pain, suffering, and emotional distress: $ _3,000,000_

Chloe Poynton TOTAL $ _3,100,000_

**Adrienne Sletten:**

    Economic loss

        Value of damaged/lost eggs: $ _75,000_

    Noneconomic loss

        Pain, suffering, and emotional distress: $ _2,000,000_

Adrienne Sletten TOTAL $ _2,075,000_

*Proceed question 14.*

7

## VI.  APPORTIONMENT OF FAULT

14. Was Pacific Fertility Center negligent with respect to Tank 4?

               ✓ Yes _____ No

*If your answer to question 14 is yes, then answer question 15. If you answered no, insert the number zero next to Pacific Fertility Center in question 16.*

15. Was Pacific Fertility Center's negligence a substantial factor in causing harm to the plaintiffs?

               _____ Yes _____ No

*If your answer to question 15 is yes, then answer question 16. If you answered no, insert the number zero next to Pacific Fertility Center in question 16.*

16. What percentage of responsibility for the plaintiffs' harm do you assign to:

       Chart:                   90 %

       Pacific Fertility Center:      10 %

       TOTAL             100 %

*Proceed to the next question.*

1  Signed: _____    Presiding Juror

2

3  Dated: _____June 10, 202_____

4

5   After this verdict form has been signed, notify the clerk that you are ready to present your verdict

6  in the courtroom.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

9