UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JACQUELINE SCOTT CORLEY          Case No. 18-cv-01586-JSC

CASE NAME: In Re: Pacific Fertility Center Litigation

NOTE FROM THE JURY

Note No. _____1_____

Date _____June 9_____

Time _____4:41_____

1.    The Jury has reached a unanimous verdict ( )

      or

2.    The Jury has the following question:

_can we have Dr. Conaghn's testimony_
_regarding the email #404 and are there any exhibits_
_Showing any contacts between PFC and NextGen_
_regarding ordering a replacement TEC 3000 prior to #28 email_

Foreperson of the Jury

also was the other controller referenced in
the email a T3000 and if so which Tank