UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE JACQUELINE SCOTT CORLEY        Case No. <u>18-cv-01586-JSC</u>

CASE NAME: <u>In Re: Pacific Fertility Center Litigation</u>

NOTE FROM THE JURY

Note No. _____2_____

Date _____5/10_____

Time _____12_____

1. The Jury has reached a unanimous verdict ( ✓ )

   or

2. The Jury has the following question:

_____

_____

_____

_____
Foreperson of the Jury