| | |
|---|---|
| Dena C. Sharp (State Bar No. 245869)<br>Adam E. Polk (State Bar No. 273000)<br>Nina R. Gliozzo (State Bar No. 333569)<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>dsharp@girardsharp.com<br>apolk@girardsharp.com<br>ngliozzo@girardsharp.com<br><br>Eric H. Gibbs (State Bar No. 178658)<br>Amy M. Zeman (State Bar No. 273100)<br>**GIBBS LAW GROUP LLP**<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Tel: (510) 350-9700<br>Fax: (510) 350-9701<br>ehg@classlawgroup.com<br>amz@classlawgroup.com<br><br>*Counsel for Plaintiffs*<br><br>[Additional Counsel on Signature Page] | Marc G. Cowden<br>Adam Stoddard<br>**SHEUERMAN, MARTINI, TABARI,<br>ZENERE & GARVIN**<br>A Professional Corporation<br>1033 Willow Street<br>San Jose, California 95125<br>(408) 288-9700<br>Fax: (408) 295-9900<br>mcowden@smtlaw.com<br>astoddard@smtlaw.com<br><br>John J. Duffy<br>Kevin M. Ringel<br>**SWANSON, MARTIN & BELL, LLP**<br>330 N Wabash, Suite 3300<br>Chicago, Illinois 60611<br>Tel: (312) 321-9100<br>Fax: (312) 321-0990<br>jduffy@smbtrials.com<br>kringel@smbtrials.com<br><br>*Counsel for Defendant Chart Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION | Case No. 3:18-cv-01586-JSC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Jacqueline Scott Corley |

Pursuant to Local Rule 16-10(d), the parties provide this Joint Case Management Statement in advance of the Further Case Management Conference scheduled for July 1, 2021.

## I. DEVELOPMENTS SINCE LAST STATUS CONFERENCE

Since the last case management conference, the parties tried the first case. The jury reached a verdict on June 10, 2021. Dkt. 858. Plaitntiffs filed a Request for Entry of Judgment on June 22. Dkt. No. 871.

## II. ADDITIONAL CASES

With respect to the first Additional Case (November 8, 2021 trial), fact discovery has concluded and expert discovery is ongoing. On June 15, 2021, the parties entered a Stipulation with a Proposed Order regarding the trial schedule. Dkt. 866. Under the stipulation, the deadline to file summary judgment and Daubert motions would be July 30, 2021.

With respect to the second Additional Case (April 11, 2022 trial), the parties have commenced discovery in accordance with the case schedule. Dkt. 695.

## III. ARBITRATION PROCEEDINGS

The approximately 200 arbitrations subject to a coordination protocol have been initiated, a schedule has been entered, and the cases are proceeding.

## IV. ADR UPDATE

The parties have previously agreed to proceed with private mediation before Michael G. Ornstil with JAMS San Francisco following the first trial. The parties have conferred andare working to confirm a date with Mr. Ornstil.

Dated: June 22, 2021  **GIRARD SHARP LLP**

By: */s/ Dena C. Sharp*

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Eric H. Gibbs (State Bar No. 178658)
Dylan Hughes (State Bar No. 209113)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
amz@classlawgroup.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, APLC**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Plaintiffs' Counsel*

Dated: June 22, 2021

By: */s/ Kevin M. Ringel*
Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN**
1033 Willow Street
San Jose, California 95125
Tel: (408) 288-9700
Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100

Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com

*Counsel for Defendant Chart, Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Dena C. Sharp attest that concurrence in the filing of this document has been obtained.

Dated: June 22, 2021

*/s/ Dena C. Sharp*
Dena C. Sharp