# EXHIBIT A

**Designation Run Report**

# IB-618

_____

**Ingram, Buster 10-05-2020**
_____

_____

**Our Designations  01:06:19**
_____

**Total Time  01:06:19**



| Page/Line | Source | ID |
|---|---|---|
| | **IB-618-IB-618** | |

| Page/Line | Source | ID |
|---|---|---|
| 6:18 - 7:01 | **Ingram, Buster 10-05-2020 (00:00:37)**<br>6:18 California 94111.  The date today is Monday, October<br>6:19 5th, 2020, and the time is approximately 8:02 a.m.<br>6:20 Pacific Standard Time.  And if I'm correct, our witness<br>6:21 is three hours ahead of us; so that would be 11:30 a.m.<br>6:22 Eastern Standard Time.<br>6:23 This deposition is taking place remotely via<br>6:24 Zoom in the matter of the Pacific Fertility Center<br>6:25 litigation with case number 3:18-CV-01586-JSC.  This is<br>7:1 the videotaped deposition of Buster Ingram. | **IB-618.0** |
| 9:06 - 9:16 | **Ingram, Buster 10-05-2020 (00:00:31)**<br>9:6  Q. Mr. Ingram, is your first name Buster?<br>9:7  A. No, ma'am.<br>9:8  Q. Is that a nickname?<br>9:9  A. Yes.<br>9:10  Q. What is your given name?<br>9:11  A. Beldon Ingram, Jr.<br>9:12  Q. Within -- are you currently employed by Chart?<br>9:13  A. Yes, ma'am.<br>9:14  Q. And within Chart does everyone know you as<br>9:15 Buster?<br>9:16  A. Yes, ma'am. | **IB-618.0** |
| 10:10 - 10:22 | **Ingram, Buster 10-05-2020 (00:00:49)**<br>10:10  Q. Got it.  Mr. Ingram, what is your educational<br>10:11 background?<br>10:12  A. Graduated high school and then attended Pickens<br>10:13 State Vocational School to take welding.<br>10:14  Q. Got it.  Do you have some sort of certification<br>10:15 in welding?<br>10:16  A. Yes, ma'am.<br>10:17  Q. What is that certification?<br>10:18  A. Well, I have ASME, DOT certs.<br>10:19  Q. Are those two separate certifications?<br>10:20  A. Yes, ma'am.<br>10:21  Q. Okay.  What is an ASME certification?<br>10:22  A. Pressure vessel code. | **IB-618.0** |
| 11:02 - 11:17 | **Ingram, Buster 10-05-2020 (00:01:12)**<br>11:2  Q. BY MS. ZEMAN:  ASME is the code for vessels?<br>11:3  A. Pressure vessels.  Yes, ma'am.<br>11:4  Q. Got it.  Okay.  And what is the DOT | **IB-618.0** |

| Page/Line | Source | ID |
|---|---|---|

IB-618-IB-618

11:5 certification?
11:6   A. Same thing.  It's also a pressure vessel code.
11:7   Q. Okay.  When did you get your ASME
11:8 certification?
11:9   A. I probably couldn't remember when.  I've been
11:10 here 35 years.  So....
11:11   Q. You've been with Chart for 35 years?
11:12   A. Yes.
11:13   Q. Okay.  And did you have your ASME certification
11:14 when you started with Chart?
11:15   A. No, ma'am.
11:16   Q. Did you receive it after you started at Chart?
11:17   A. Yes.

**11:25 - 17:18**    **Ingram, Buster 10-05-2020 (00:12:15)**                          **IB-618.0**

11:25   Q. Have you had that certification longer than ten
12:1 years?
12:2   A. Yes.
12:3   Q. Have you had it longer than 20 years?
12:4   A. Yes.
12:5   Q. Have you had it longer than 30 years?
12:6   A. Don't recall.  It would be close.
12:7   Q. Okay.  And what did you do to receive the ASME
12:8 certification?
12:9   A. Take a physical welding test.  They x-ray them,
12:10 do a bend test.  That determines whether you pass or
12:11 fail.
12:12   Q. And who did you take the test with?  Was it
12:13 with Chart or with some -- with an ASME entity?
12:14   A. With Chart.
12:15   Q. What is a bend test?
12:16   A. They take your test plate, they saw it, put it
12:17 in a hydraulic machine and bend it to see if it
12:18 withstands the stress.
12:19   Q. Do you hold a vocational license in welding?
12:20   A. Yes.
12:21   Q. When did you receive that?
12:22   A. In 1985.
12:23   Q. Did you have to do a -- any sort of physical
12:24 weld test to obtain that vocational license?
12:25   A. Not a physical test.  We had so many hours we

| Page/Line | Source | ID |
|---|---|---|

13:1 had to complete at school is what cleared us for the

13:2 test.

13:3   Q. And when did you receive the DOT certification?

13:4   A. It would have been along the same line with the

13:5 ASME.

13:6   Q. And why did you obtain the ASME certification?

13:7   A. You have to be certified to weld on pressure

13:8 vessels.

13:9   Q. What's a pressure vessel?

13:10   A. It is a cryogenic vessel inner and outer that's

13:11 held with liquid and holds pressure.

13:12   Q. What's an inner and an outer?

13:13   A. You have an inner cylinder that's insulated

13:14 that inside an outer jacket that's sealed with vacuum on

13:15 it.  But basically like a big thermos bottle.

13:16   Q. And is that a pressure vessel?

13:17   A. Yes, ma'am.

13:18   Q. Are all of the cryogenic freezers that Chart

13:19 manufactures pressure vessels?

13:20   A. No, ma'am.

13:21   Q. Which ones aren't?

13:22   A. Biological freezer.  They're not.

13:23   Q. Do biological freezers have an inner and an

13:24 outer?

13:25   A. Yes.

14:1   Q. And are they insulated?

14:2   A. Yes.

14:3   Q. And are they sealed with a vacuum?

14:4   A. They have vacuum.

14:5   Q. Are they basically a big thermos bottle?

14:6   A. No, ma'am.

14:7   Q. In what way are they not?

14:8   A. They have an open top.

14:9   Q. What's that mean?

14:10   A. That means that you can put liquid in, but

14:11 there's no way for it to build pressure.  It's open.  It

14:12 can vent at any stage.

14:13   Q. What's an example of a cryogenic freezer

14:14 manufactured by Chart that is a pressure vessel?

14:15   A. I don't know of a freezer that's manufactured

| Page/Line | Source | ID |
|---|---|---|

14:16 as a pressure vessel.

14:17   Q. So earlier when I asked you what a pressure

14:18 vessel is your answer was that it's a cryogenic vessel

14:19 inner and outer that's -- holds liquid and holds

14:20 pressure.  And then you described a cylinder, an inner

14:21 cylinder insulated with an outer jacket, etcetera.  Were

14:22 you not describing what a pressure vessel is?

14:23 MR. DUFFY:  Objection.  Form of the question.

14:24 Confusing.  Maybe restate that, Amy.  I'm sorry.

14:25   Q. BY MS. ZEMAN:  Mr. Ingram, are you able to

15:1 answer that question?

15:2   A. Yes.

15:3   Q. Could you do so, please.

15:4   A. It's like I told you.  It's you have an inner

15:5 and an outer, both heads welded on with attachments.

15:6 And the tank is completely sealed.  For a freezer, a

15:7 biological freezer, is not.  It has an open neck at all

15:8 times.

15:9   Q. Does Chart manufacture any pressure vessels?

15:10   A. Yes.

15:11   Q. Okay.  What's an example of a product that

15:12 Chart manufactures that is a pressure vessel?

15:13   A. $CO_2$ tanks.

15:14   Q. Anything else?

15:15   A. You have LNG tanks.

15:16   Q. Anything else?

15:17   A. You have Trifectas.

15:18   Q. Are those examples you just provided, are those

15:19 cryogenic vessels?

15:20   A. Yes.

15:21   Q. What makes them cryogenic vessels?

15:22   A. Contents of the liquid that goes inside the

15:23 tank.

15:24   Q. Just to make sure I understand, so you're

15:25 saying a $CO_2$ tank is a cryogenic vessel?

16:1   A. Yes, ma'am.

16:2   Q. Based on the contents?

16:3   A. The temperature and the liquid.

16:4   Q. And what is it that makes a $CO_2$ tank a

16:5 cryogenic vessel?

| Page/Line | Source | ID |
|---|---|---|

16:6   A. I just told you.  The contents, the

16:7 temperature, and the liquid that goes inside the tank.

16:8   Q. Okay.  What are the contents of a CO2 tank?

16:9   A. CO2.

16:10   Q. And what's the temperature within a CO2 tank?

16:11   A. I can't give you the exact temperature for CO2.

16:12 But it's cold.

16:13   Q. And what's the liquid inside a CO2 tank?

16:14   A. The liquid is CO2.

16:15   Q. What is the liquid?

16:16   A. Liquid carbon dioxide.

16:17   Q. Thank you.  Mr. Ingram, what is your current

16:18 position at Chart?

16:19   A. Maintenance and continuous improvement.

16:20   Q. Was that continuous improvement?

16:21   A. Yes.

16:22   Q. What's your current title?

16:23   A. Maintenance, continuous improvement.  No title.

16:24   Q. Is there -- how long have you been doing

16:25 maintenance and continuous improvement?

17:1   A. Two years.

17:2   Q. What was your position with Chart before then?

17:3   A. Welder.

17:4   Q. And how long were you a welder?

17:5   A. Thirty-four years.

17:6   Q. Have your only positions at Chart been as a

17:7 welder and as a maintenance and continuing improvement

17:8 -- continuous improvement?  Sorry.

17:9   A. No.  First year I worked in fabrication.

17:10   Q. What did you do in fabrication?

17:11   A. Fabricated small parts that goes on the tanks.

17:12   Q. But you were not welding products at that

17:13 point?

17:14   A. No, ma'am.

17:15   Q. Did you hold any positions with Chart other

17:16 than in fabrication, as a welder, and as a maintenance

17:17 and continuous improvement?

17:18   A. No, ma'am.

| 17:23 - 18:08 | **Ingram, Buster 10-05-2020 (00:00:52)** | **IB-618.0** |

17:23   Q. What are your current responsibilities at

| Page/Line | Source | ID |
|---|---|---|
| | IB-618-IB-618 | |

17:24 Chart?

17:25   A. Make sure the main line, all equipment stays up

18:1 and running and safety.

18:2   Q. What product lines do you work with?

18:3   A. As far as product lines, I don't work with a

18:4 product line.  I just maintain the equipment, make sure

18:5 it stays functional, operational.

18:6   Q. What products are manufactured on the line that

18:7 you keep running?

18:8   A. Bio freezers.

**18:13 - 18:25        Ingram, Buster 10-05-2020 (00:00:50)**                    **IB-618.0**

18:13   Q. What products did you work on when you were a

18:14 welder at Chart?

18:15   A. Pressure vessel.

18:16   Q. Anything else?

18:17   A. I worked on a few bio freezers.

18:18   Q. Anything else?

18:19   A. Vacuum-jacketed pipe.

18:20   Q. Anything else?

18:21   A. No.

18:22   Q. So as a welder at Chart you've worked on

18:23 pressure vessels, a few bio freezers, and

18:24 vacuum-jacketed pipe; is that correct?

18:25   A. Yes.

**19:07 - 19:15        Ingram, Buster 10-05-2020 (00:00:32)**                    **IB-618.0**

19:7   Q. And what type of welding work did you do on the

19:8 1800 series freezers?

19:9   A. TIG welding.

19:10   Q. On all joints within that tank model?

19:11   A. They're all TIG welded.

19:12   Q. Did you work on all of the different joints?

19:13   A. No.

19:14   Q. Which joints did you work on?

19:15   A. The neck and inner and outer heads.

**21:11 - 21:15        Ingram, Buster 10-05-2020 (00:00:25)**                    **IB-618.0**

21:11   Q. Are you familiar with the MVE 800 series?

21:12   A. Yes.

21:13   Q. What can you tell me about the MVE 800 series?

21:14   A. It's a smaller version of the 15- and the 1800

21:15 built on the same complicity, just smaller.

| | | |
|---|---|---|
| **IB-618-IB-618** | | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 21:21 - 21:25 | **Ingram, Buster 10-05-2020 (00:00:18)** | **IB-618.1** |

21:21   Q. What is an open top tank?
21:22   A. What is an open top tank?
21:23   Q. Correct.
21:24   A. Basically the easiest way for me to explain it,
21:25 it looks like a bucket.

| Page/Line | Source | ID |
|---|---|---|
| 23:01 - 25:07 | **Ingram, Buster 10-05-2020 (00:05:21)** | **IB-618.0** |

23:1   Q. Do Chart's welding procedures ever address what
23:2 type of weld to apply?
23:3   A. Yes.
23:4   Q. How are Chart's welding procedures organized?
23:5   A. Meaning?
23:6   Q. Is there a welding procedure for each series of
23:7 cryogenic freezer?
23:8   A. Yes.  There's a welding procedure for each
23:9 joint.
23:10   Q. If you were to manufacture an 1800 tank, what
23:11 procedures would apply for welding on that tank?
23:12   A. Well, the whole tank has always been gas
23:13 tungsten arc weld.  TIG.
23:14   Q. I'm asking a slightly different question.  So
23:15 let me try to rephrase.  So what written procedures
23:16 would apply for the manufacture of an 1800 tank?
23:17   A. What written procedures?
23:18   Q. Correct.
23:19   A. It depends on the engineering, what they want
23:20 to put on the drawing, whether it's MIG or whether it's
23:21 TIG.
23:22   Q. All right.  The 1800 tank model currently
23:23 exists; right?
23:24   A. The 1800, yes.
23:25   Q. So if you were asked right now to manufacture
24:1 one of those, what welding procedures would you go
24:2 gather to determine what needed to be done?
24:3   A. Each joint, each procedure has its own
24:4 parameters.  So you look at the drawing, then you pull
24:5 the procedure.  It will define the range within which
24:6 you have to stay in.
24:7   Q. And would that procedure also tell you what
24:8 type of weld to apply?

| Page/Line | Source | ID |
|---|---|---|

**IB-618-IB-618**

24:9   A. Yes.
24:10   Q. How would you know what drawing to pull?
24:11   A. By the travel card when the order's released to
24:12 build the tank.
24:13   Q. Does that essentially mean that the work order
24:14 for a specific tank will indicate what drawing applies?
24:15   A. Yes.
24:16   Q. And so if you were on the line as a welder and
24:17 you received a work order for a tank, would your normal
24:18 practice be to pull the drawing?
24:19   A. Yes.  You go to a computer, look at the
24:20 drawing, go forward.
24:21   Q. And so in that scenario once you pulled the
24:22 drawing up on the computer what would be your next step?
24:23   A. Depends on the process and what you're working
24:24 on.  If you're building a head, you look at what parts
24:25 go inside the head.
25:1   Q. And you would pull the welding procedures based
25:2 off of the drawing?
25:3   A. Yes.
25:4   Q. Is there anything else -- is there any other
25:5 documentation you would need to look at in order to
25:6 complete the welds?
25:7   A. No.

| 28:11 - 31:06 | **Ingram, Buster 10-05-2020 (00:07:51)** | IB-618.0 |
|---|---|---|

28:11   Q. What is this document?
28:12   A. A tank drawing for an MVE 808.
28:13   Q. Is this the sort of drawing that a welder would
28:14 pull up when manufacturing a tank?
28:15   A. This particular one, no.
28:16   Q. Why not this particular one?
28:17   A. Because it's showing you a completed tank.
28:18   Q. How is that different from the drawings that a
28:19 welder would pull up while manufacturing a tank?
28:20   A. You always start with your inner.  You got an
28:21 inner drawing, an outer drawing, and a final drawing.
28:22   Q. Is the document in front of you a final
28:23 drawing?
28:24   A. It says spec drawing, but it's closer to a
28:25 final drawing than it is a manufacture drawing.

| Page/Line | Source | ID |
|---|---|---|

29:1   Q. Did you say that this document is a spec
29:2 drawing?
29:3   A. That's what it says.
29:4   Q. And is a spec drawing different than a
29:5 manufacturing drawing?
29:6   A. Well, all this is doing right here, what I'm
29:7 looking at, is giving me the dimensions of the overall
29:8 completed tank.  Spec.  There's nothing showing me
29:9 anything about the tank itself internally or externally.
29:10   Q. What type of drawing would a welder have access
29:11 to during the manufacturing process?
29:12   A. He would have all of his subassembly drawing.
29:13   Q. Is there a general name for those drawings
29:14 other than subassembly drawing?
29:15   A. Like I said earlier, they'll get the -- release
29:16 the work order, the operator will go over to the
29:17 computer, enter whatever design, whatever model
29:18 particular tank they're building, they'll pull their
29:19 drawing and start with the inner and go from there.
29:20   Q. Would a welder have any access to spec
29:21 drawings?
29:22   A. Yes.  It will be in the drawing package.
29:23   Q. Does each tank have a drawing package?
29:24   A. Yes, ma'am.
29:25   Q. What type of drawings are included in the
30:1 drawing package?
30:2   A. Well, from beginning to end.
30:3   Q. And when you say each tank, are you referring
30:4 to each individual tank model or each tank series?
30:5   A. Each model has its own drawing.
30:6   Q. And each model has its own drawing package?
30:7   A. Yes, ma'am.
30:8   Q. So the MVE 808 should have a drawing package;
30:9 is that correct?
30:10   A. Yes.
30:11   Q. As a welder would the document in front of you
30:12 be utilized during the manufacture of a tank?
30:13   A. Yeah.  I mean, the dimensions of where the top
30:14 of your neck is down to your seams.  But them will be on
30:15 the assembly drawings just as well as they are on the

| Page/Line | Source | ID |
|---|---|---|

30:16 spec drawings.

30:17   Q. Are assembly drawings the type of documents

30:18 that a welder would refer to during manufacture of a

30:19 tank?

30:20   A. Yes.

30:21   Q. Okay.  And how are assembly drawings different

30:22 from spec drawings?  Do they have more detail?

30:23   A. Yes.

30:24   Q. Are they broken down into more subassemblies?

30:25   A. Depending on the component, the part of the

31:1 tank you're working on, yes.

31:2   Q. Are drawings sometimes shared across tank

31:3 models?

31:4   A. No.  Each tank has its own drawing.

31:5   Q. All right.  You can close that document out.

31:6 Thank you.  And I will add another one.  I've just added

**31:12 - 36:08**   **Ingram, Buster 10-05-2020 (00:11:46)**                     **IB-618.0**

31:12   Q. What is this document?

31:13   A. This is a actual assembly drawing.

31:14   Q. What tank does it apply to?  What was that

31:15 again?

31:16   A. Inner/outer assembly of an 808.

31:17   Q. Does this document tell you what weld

31:18 procedures to refer to?

31:19   A. Let me....  It just shows you welds.  I don't

31:20 see anything specifying in front of me what type.

31:21   Q. Does that surprise you?

31:22   A. No.

31:23   Q. Why not?

31:24   A. Because this tank has been TIG welded forever.

31:25 It's impossible to MIG weld it.  So everybody that's

32:1 worked here and worked on it has -- knows it's TIG

32:2 welded.

32:3   Q. So this document does not tell you that it

32:4 needs to be TIG welded, but it's common knowledge at

32:5 Chart that it would be?

32:6   A. Yes.

32:7   Q. How would someone using this document know what

32:8 amperage to use?

32:9   A. Well, looking at this document, it just tells

| Page/Line | Source | ID |
|-----------|--------|-----|

**IB-618-IB-618**

32:10 you typical fill welds, fill weld.  There's nothing here

32:11 -- it's not a very -- your inner is very thin.  So it's

32:12 -- it's impossible to MIG weld it.  It's impossible to

32:13 use higher amperages.

32:14   Q. Does this document refer to a WPS?

32:15   A. I am looking to see if there's any WPS

32:16 indicators on it.  I don't see any WPS information.  The

32:17 only thing I see, it flat out tells you that it's TIG

32:18 welded.  You see your GTAW.  That's it.

32:19   Q. Whereabout on the page do you see that?

32:20   A. Double number 11.  Four places.

32:21   Q. So I see 11 in a circle at the roughly the top

32:22 left corner.

32:23   A. Yes.

32:24   Q. Is that one of the bubbles you're referring to?

32:25   A. Yes.

33:1   Q. And where does that indicate that it's a TIG

33:2 weld?

33:3   A. Well, the little line up above it, it said GTAW

33:4 four places.

33:5   Q. And so that symbol where the GTAW is with the

33:6 line attaching onto the drawing, is that a symbol that

33:7 indicates a weld to be applied in that location?

33:8   A. Yes.

33:9   Q. And does it indicate what type of weld should

33:10 be applied in that location?

33:11   A. Yes.

33:12   Q. What type of weld is it?

33:13   A. A fillet weld.

33:14   Q. And what's a fillet weld?

33:15   A. A fillet weld is -- you've got -- you're

33:16 marrying two surfaces together of almost on a -- as a T

33:17 joint plane.  It's a fillet.  So you have to actually

33:18 fillet.

33:19   Q. And what part of that little symbol there

33:20 indicates that it's a fillet weld?

33:21   A. The little triangular symbol you see on the

33:22 bottom of the line.

33:23   Q. About halfway along the line there?

33:24   A. Yes.

| Page/Line | Source | ID |
|---|---|---|

33:25   Q. Okay.  And over more at the top right of the

34:1 drawing there's what appears to be a cutaway image of a

34:2 tank on its side.  Do you see that?

34:3   A. I do.

34:4   Q. And at the top right corner of that particular

34:5 tank image there is a line with a caret at the end and

34:6 it says T-Y-P in it, and it sort of attaches and points

34:7 up to something that has a 30 in a circle indicated.

34:8   A. Yes.

34:9   Q. Do you follow that?

34:10   A. I do.

34:11   Q. Does that symbol indicate that a weld should be

34:12 placed in the location indicated?

34:13   A. Just a typical fill weld.  Just the seal.

34:14 That's all it's saying.

34:15   Q. What does T-Y-P mean?

34:16   A. Typical.

34:17   Q. And is typical a type of weld?

34:18   A. It's your typical weld around that particular

34:19 joint.

34:20   Q. How would a new welder know what the typical

34:21 weld is to put on that joint?

34:22   A. Actually, a new welder would not be working on

34:23 that joint.

34:24   Q. Why is that?

34:25   A. Because that's so thin.

35:1   Q. Does that mean it needs to be a more

35:2 experienced welder working on it?

35:3   A. Yes.

35:4   Q. How would an experienced welder new to Chart

35:5 know what type of weld is typical to be a place -- to be

35:6 placed there?

35:7   A. Because, like I said, it's a typical TIG weld

35:8 saying a seal weld.  Anybody that's been doing it for

35:9 years and knows what they're doing, they'll look at the

35:10 drawing and know.

35:11   Q. When you say "anybody that's been doing it,"

35:12 what do you mean by "it"?

35:13   A. Welding.

35:14   Q. Welding generally?

| Page/Line | Source | ID |
|---|---|---|
| | IB-618-IB-618 | |

35:15  A. Yes.  If you -- if you asked -- you said if
35:16 someone has experience -- or a new experienced person,
35:17 they would come in and know exactly what to do on that
35:18 particular joint.
35:19  Q. So based on this drawing, you think any welder,
35:20 regardless of their knowledge of Chart's practices,
35:21 would know what type of weld to apply here?
35:22  A. Yes.  Because you don't just turn somebody
35:23 loose on one of these tanks that's never done it.  They
35:24 have somebody with them that trains them our first step.
35:25  Q. But aside from someone telling them, is there
36:1 anything on this drawing that would indicate them as to
36:2 the type of weld?
36:3  A. It's like I told you earlier, it's a TIG weld.
36:4 There's no indications for any other type of weld on
36:5 this drawing.
36:6  Q. Is a fillet weld a TIG weld?
36:7  A. A fillet weld is a joint that can be welded by
36:8 any process, MIG, TIG, or anything else.

**Ingram, Buster 10-05-2020 (00:09:04)**                                    **IB-618.0**

38:3  Q. BY MS. ZEMAN:  No problem.  Mr. Ingram, looking
38:4 back at the weld symbol at the sort of the top right
38:5 corner of Plaintiffs' Exhibit 666, what does the symbol
38:6 along the bottom of the line indicate?
38:7  A. That is just a fill weld.
38:8  Q. And are you referring to the symbol that are
38:9 essentially two vertical lines with a curved line
38:10 connecting them?
38:11  A. Yes.
38:12  Q. And that indicates a fill weld?
38:13  A. A fill weld.
38:14  Q. Is that different from a fillet weld?
38:15  A. Yes.
38:16  Q. How is it different?
38:17  A. It's a different joint.
38:18  Q. How so?
38:19  A. The little tube that you see protruding
38:20 through, it is just filled from the inner shell to the
38:21 nozzle on it.  There's no fillet there.  It's just a
38:22 fill --

Page/Line: 38:03 - 42:16

| Page/Line | Source | ID |
|---|---|---|

IB-618-IB-618

38:23   Q. Is a fillet a 90 --

38:24 MR. DUFFY:  Objection.  Let him just finish.

38:25 Buster, if you wanted to finish there.

39:1 THE WITNESS:  Yes.  It's just a seal weld, just

39:2 to fill that and seal that tube up to that inner shell.

39:3 That's all that is.

39:4   Q. BY MS. ZEMAN:  Is a fillet weld used at a

39:5 90-degree angle?

39:6   A. Most of the time.

39:7   Q. So looking at this drawing just above the

39:8 indication for the weld, does the drawing show an

39:9 annular tube going through the vacuum jacket of the

39:10 tank?

39:11   A. That tube goes through the top head there, the

39:12 top ring, yes.

39:13   Q. And it extends through the vacuum space toward

39:14 the bottom of the tank; correct?

39:15   A. If you're looking at what I'm looking at,

39:16 you've got your bubble on 30 that we've been talking

39:17 about.  The top of the tank is actually up 36.  That's

39:18 where your tube extends through the vacuum-jacketed area

39:19 of the tank, not through the bottom.

39:20   Q. And is the bubble 26 pointing toward the

39:21 annular line?

39:22   A. Yes.

39:23   Q. And that annular line is inside of the vacuum

39:24 space of the tank; correct?

39:25   A. Correct.

40:1   Q. So it's between the inner vessel and the outer

40:2 vessel?

40:3   A. Correct.

40:4   Q. And at the bottom of the annular line is there

40:5 a fitting?

40:6   A. If you're referring to where the bubble is at

40:7 30, that's a little fitting on the end of the line.

40:8   Q. Does bubble 30 indicate a fitting that connects

40:9 the annular line to the inner vessel of the tank?

40:10   A. Yes.

40:11   Q. And is that fitting then welded to the inner

40:12 vessel?

| Page/Line | Source | ID |
|---|---|---|

IB-618-IB-618

40:13   A. Yes.
40:14   Q. Why does the annular line attach to the inner
40:15 vessel?
40:16   A. It's a fill line.  I assume that's where
40:17 they're going to fill the tank.
40:18   Q. Would you expect liquid nitrogen to be run
40:19 through that line to fill the tank?
40:20   A. Yes.
40:21   Q. And that fill line is then attached to the
40:22 inner vessel by a fitting; correct?
40:23   A. No.  That's attached to the inner vessel by a
40:24 weld.
40:25   Q. By a weld on the fitting; correct?
41:1   A. The tube is welded to the fitting.  Then the
41:2 fitting is welded on the inside of the inner shell.
41:3   Q. Why is it welded?
41:4   A. Well, it would leak if it wasn't.
41:5   Q. What would leak?
41:6   A. Liquid nitrogen.  You wouldn't be able to fill
41:7 the tank.
41:8   Q. Would the liquid nitrogen leak into the vacuum
41:9 space?
41:10   A. Yes.
41:11   Q. Is there anything attaching that fitting to the
41:12 inner vessel other than a weld line?
41:13   A. There's nothing touching that -- attaching that
41:14 tube to the inner except that weld.
41:15   Q. Does the weld there need to be of a particular
41:16 thickness?
41:17   A. Given the thickness of the inner, which is very
41:18 thin, you're just looking to seal it.  You just want
41:19 enough weld to seal that joint.  It is a non-pressurized
41:20 joint.
41:21   Q. Is there any guidance provided at all by Chart
41:22 as to how thick the weld should be there?
41:23   A. Just telling you it's a typical fill weld.  So
41:24 it's up to the operator to determine what seals that
41:25 joint.  And given the thickness of the inner to that
42:1 tube, it don't take very much.
42:2   Q. Is it up to the individual welder to determine

| Page/Line | Source | ID |
|---|---|---|
| | **IB-618-IB-618** | |

42:3 how thick the weld will be on any given tank at that
42:4 weld location?
42:5   A. On this particular drawing it's up to the
42:6 welder.  It's just telling you to fill it and seal it.
42:7   Q. For someone manufacturing it -- let me start
42:8 over.
42:9 For someone welding on a MVE 808 during the
42:10 manufacturing process, is there another drawing that
42:11 they would refer to for this specific weld?
42:12   A. Not that I'm aware of.
42:13   Q. In your opinion is this document providing
42:14 sufficient information to a welder to apply this weld on
42:15 an MVE 808?
42:16   A. Yes.

**48:25 - 55:12**     **Ingram, Buster 10-05-2020 (00:13:54)**     **IB-618.0**

48:25   Q. You can close that document, by the way.  Mr.
49:1 Ingram, do you know what a full penetration weld is?
49:2   A. Yes.
49:3   Q. What is it?
49:4   A. Obviously just as you stated.  You weld from
49:5 the top.  You penetrate through the bottom of the joint.
49:6   Q. Is full penetration weld a term you're familiar
49:7 with from your welding experience?
49:8   A. Yes.
49:9   Q. Is it a term used at Chart?
49:10   A. Yes.
49:11   Q. Do you know what a partial penetration weld is?
49:12   A. Yes.
49:13   Q. What is it?
49:14   A. Well, you've got a joint where you're attaching
49:15 two pieces together, partial penetration, they'll define
49:16 how far down they want you to penetrate the particular
49:17 joint, the two pieces married together.  It's usually
49:18 called out on a drawing.
49:19   Q. How would it be called out?
49:20   A. The depth of the penetration.
49:21   Q. Is there a symbol for a partial penetration
49:22 weld?
49:23   A. Yes.
49:24   Q. Is there a particular symbol for a full

| Page/Line | Source | ID |
|---|---|---|

49:25 penetration weld?

50:1   A. Yes.

50:2   Q. What's that symbol look like?

50:3   A. You'll have a little black dot on the bottom of

50:4 your line.  That's showing you the bottom side of the

50:5 penetration.  You'll either have a concave symbol on the

50:6 top with a black dot on the bottom of it.

50:7   Q. Under what circumstances is a full penetration

50:8 weld ever appropriate to join material?

50:9   A. That's determined by the engineers.

50:10   Q. So in your experience as a welder under what

50:11 circumstances do you usually see a full penetration weld

50:12 called for?

50:13   A. On pressure joints.

50:14   Q. Anything else?

50:15   A. You wouldn't need it.  If it's not contained in

50:16 pressure or high pressure, there's no need in it.

50:17   Q. Have you ever applied a full penetration weld

50:18 on something other than a pressure joint?

50:19   A. No.

50:20   Q. And under what circumstances would a partial

50:21 penetration weld be appropriate to use?

50:22   A. That's to be determined by engineering.

50:23   Q. So in your experience as a welder, under what

50:24 circumstances do you usually use a partial penetration

50:25 weld?

51:1   A. To attach a handle, a lifting glove.

51:2   Q. Anything else?

51:3   A. No.

51:4   Q. What is a seal weld?

51:5   A. You just stated it.  You're sealing two pieces

51:6 of steel together.

51:7   Q. Does a full penetration weld seal two pieces of

51:8 metal together?

51:9   A. It can.

51:10   Q. So how is a seal weld different from a full

51:11 penetration weld?

51:12   A. Well, full pen depends on the joint.  A seal

51:13 weld depends on the joint.  The particular joint you're

51:14 welding.

| Page/Line | Source | ID |
|---|---|---|

51:15   Q. I'm going to ask my question again.  So how is
51:16 a seal weld different from a full penetration weld?
51:17   A. Like I just stated, it depends on the joint.
51:18   Q. How so?
51:19   A. You have T joints, lap joints, butt joints,
51:20 laps and Ts.  You can either have full or you can have
51:21 partial.  It will be called out -- it will be called on
51:22 the drawing.  Butts, it's usually on long seams or circ
51:23 seams.  On pressure vessels they're all full pen.
51:24   Q. What type of weld would you typically use on a
51:25 butt joint?
52:1   A. A long seam.
52:2   Q. A long seam is a type of weld?
52:3   A. A long seam is the type of joint.  You roll a
52:4 shell, you tack it together, that's your long seam.
52:5 That is a butt joint.
52:6   Q. And what weld geometry would you use on a butt
52:7 joint?
52:8   A. What weld geometry would you use on a butt
52:9 joint?  That don't really make sense to me.
52:10   Q. Okay.  My -- let's try to back up a little bit.
52:11 So we were talking about a full penetration weld as a --
52:12 that's a weld geometry; correct?
52:13   A. Well, it's -- yes, to a certain degree.
52:14   Q. What would you call it?
52:15   A. Depends on the joint, ma'am.
52:16   Q. I think you testified earlier that you're
52:17 familiar with the term full penetration weld; is that
52:18 correct?
52:19   A. That is correct.
52:20   Q. Do you consider a full penetration weld to be a
52:21 type of weld?
52:22   A. Yes.  It is a type of weld.
52:23   Q. Okay.  So a full penetration weld is a type of
52:24 weld; correct?
52:25   A. Yes.
53:1   Q. And is a partial penetration weld a type of
53:2 weld?
53:3   A. Yes.
53:4   Q. Okay.  And it's a different type of weld from a

| Page/Line | Source | ID |
|---|---|---|

53:5 full penetration weld; correct?

53:6   A. Yes.  Beings it's partial.

53:7   Q. Okay.  And is a seal weld a type of weld?

53:8   A. Yes.

53:9   Q. So those are three different types of welds;

53:10 correct?

53:11   A. Yes.

53:12   Q. And those types of welds can be used to weld

53:13 joints; correct?

53:14   A. Correct.

53:15   Q. And a butt joint is a type of joint; correct?

53:16   A. Yes.

53:17   Q. Is a long seam a type of joint?

53:18   A. The long seam is a butt joint.  It depends on

53:19 the joint.  Long seam, it depends on the joint, the

53:20 tank, or whatever it is you're working on.

53:21   Q. So if you wanted to weld a butt joint, you

53:22 would have to select a type of weld to use; correct?

53:23   A. Well, that -- from where I'm sitting, that

53:24 don't make sense.  But yes, you're either -- you're

53:25 going to have a partial pen or a full pen or a fusion

54:1 weld on a butt joint depending on what surface the joint

54:2 is going to be holding.

54:3   Q. Is a fusion weld a type of weld?

54:4   A. Yes.

54:5   Q. How is it different from a full penetration

54:6 weld?

54:7   A. On a fusion weld you're just fusing two pieces

54:8 of metal together without filler.

54:9   Q. To weld a butt joint could you use a full

54:10 penetration weld, a partial penetration weld, or a

54:11 fusion weld?

54:12   A. Yes.

54:13   Q. Those would all be appropriate weld types for

54:14 that type of joint?

54:15   A. Depending on the application of the joint, yes.

54:16   Q. Could you use a seal weld on a butt joint?

54:17   A. The seal weld wouldn't be much different

54:18 between the fusion or the partial penetration.

54:19   Q. But it is a different type of weld from those

| Page/Line | Source | ID |
|---|---|---|

IB-618-IB-618

54:20 two types; correct?
54:21   A. No.  I mean, I know welding.  You're either
54:22 going to marry two pieces together, you're going to fuse
54:23 it lightly, you're going to partially penetrate it, or
54:24 you're going to completely penetrate it.  And a seal
54:25 weld would fit all three of those.
55:1   Q. What do you mean by a seal weld could fit all
55:2 three of those?
55:3   A. You are sealing a joint.  That's it.  You're
55:4 sealing it where you don't want anything to leak or any
55:5 access from inside or outside.  You're sealing it up.
55:6   Q. Is seal weld a term that's used at Chart?
55:7   A. Yes.
55:8   Q. In what context?
55:9   A. To just marry two pieces together.  To seal two
55:10 pieces of steel together.
55:11   Q. Is a full penetration weld a seal weld?
55:12   A. Absolutely.

Our Designations = 01:06:19
**Total Time = 01:06:19**