# EXHIBIT B

**Designation Run Report**

# PW-202

**Pickell, William 08-21-2019**

**Our Designations  00:02:07**

**Their Counters  00:00:09**

**Total Time  00:02:15**



**ID:PW-202**

**PW-202-PW-202**

| Page/Line | Source | ID |
|---|---|---|
| 2:02 - 2:12 | **Pickell, William 08-21-2019 (00:00:04)**<br>2:2<br>2:3<br>2:4<br>2:5 ORAL AND VIDEOTAPED RULE 30(b)(6) DEPOSITION OF<br>2:6 WILLIAM PICKELL, taken on this 21st day of August,<br>2:7 2019, at the offices of Depo International,<br>2:8 1330 Jersey Avenue South, Suite 200, Minneapolis,<br>2:9 Minnesota, before Amy L. Larson, Registered<br>2:10 Professional Reporter and Notary Public for the<br>2:11 State of Minnesota.<br>2:12 | PW-202.0 |
| 6:04 - 6:06 | **Pickell, William 08-21-2019 (00:00:09)**<br>6:4 The time is now 9:38 a.m.  This is the<br>6:5 deposition of William Pickell in regards to<br>6:6 the Pacific Fertility Center Litigation. | PW-202.0 |
| 7:10 - 7:16 | **Pickell, William 08-21-2019 (00:00:10)**<br>7:10 THE VIDEOGRAPHER:  Will the court<br>7:11 reporter please swear in the witness.<br>7:12<br>7:13 WILLIAM PICKELL,<br>7:14 a witness in the above-entitled action,<br>7:15 after having been first duly sworn, was<br>7:16 deposed and says as follows: | PW-202.0 |
| 10:22 - 10:24 | **Pickell, William 08-21-2019 (00:00:03)**<br>10:22   Q. All right.  Have you ever been deposed<br>10:23 before?<br>10:24   A. No, I have not. | PW-202.0 |
| 18:09 - 18:18 | **Pickell, William 08-21-2019 (00:00:34)**<br>18:9 What did you discuss with<br>18:10 Mr. Mueller?<br>18:11   A. I asked him to explain the operation of the<br>18:12 TEC 3000 as -- as it had existed.  I asked<br>18:13 him questions about the performance of the<br>18:14 unit, whether there was anything that I<br>18:15 should know about the unit in terms of its<br>18:16 performance, and I asked him about the number<br>18:17 of units that -- that he believed had been<br>18:18 manufactured. | PW-202.0 |
| 20:05 - 20:06 | **Pickell, William 08-21-2019 (00:00:04)** | PW-202.0 |

| | PW-202-PW-202 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 20:08 - 21:10 | 20:5   Q. Great.  What did Mr. Mueller say about how<br>20:6 many units had been manufactured?<br>**Pickell, William 08-21-2019 (00:01:06)**<br>20:8 THE WITNESS:  His response was,<br>20:9 quite a few, and I subsequently had to ask<br>20:10 more questions about that and came up with a<br>20:11 number of total units of just a little over<br>20:12 22,000.<br>20:13 BY MR. WOLF.<br>20:14   Q. And that's 22,000 -- what does 22,000<br>20:15 represent?<br>20:16   A. Total controllers manufactured.<br>20:17   Q. By Extron?<br>20:18   A. By Extron.<br>20:19   Q. A particular type of controller?<br>20:20   A. The TEC 3000.  There are variants of it,<br>20:21 several different part numbers for it, but<br>20:22 the TEC 3000.<br>20:23   Q. Okay.  Which is to say that from the<br>20:24 beginning of the TEC 3000's existence through<br>20:25 the present, Extron has manufactured<br>21:1 approximately 22,000?<br>21:2   A. Yes, sir.<br>21:3   Q. Okay.  Great.<br>21:4 You said you followed up to find out<br>21:5 the number of units manufactured, right?<br>21:6   A. Yes.<br>21:7   Q. Okay.  With whom did you follow up?<br>21:8   A. The person who would be responsible for<br>21:9 actually handling the purchase orders for<br>21:10 those. | PW-202.0 |
| 23:02 - 23:05 | **Pickell, William 08-21-2019 (00:00:10)**<br>23:2   Q. Okay.  Would you say that Mr. Mueller was the<br>23:3 primary contact at Extron to Chart regarding<br>23:4 the TEC 3000?<br>23:5   A. Yes. | PW-202.0 |

Our Designations = 00:02:07

**Our Designations**   **Their Counters**

**PW-202-PW-202**

| Page/Line | Source | ID |
|---|---|---|

Their Counters = 00:00:09
**Total Time = 00:02:15**

**Our Designations**   **Their Counters**