# EXHIBIT C

**Designation Run Report**

# LH-618

---

**Lamb, Hana 09-29-2020**

---

---

**Defense Designations  00:47:55**

**Total Time  00:47:55**



| | LH-618-LH-618 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 6:18 - 7:5 | **Lamb, Hana 09-29-2020 (00:00:44)** | LH-618.0 |
| | 6:18 California.  The date today is Tuesday, September 29th, | |
| | 6:19 2020, and the time is approximately 7:32 a.m. Pacific | |
| | 6:20 Standard Time and 8:32 a.m. Central Time where our | |
| | 6:21 witness is. | |
| | 6:22 MR. DUFFY:  I think it's Mountain time, Philip. | |
| | 6:23 Sorry. | |
| | 6:24 THE VIDEOGRAPHER:  It is Mountain Time.  I | |
| | 6:25 stuttered there.  So 8:32 Mountain Time where our | |
| | 7:1 witness is. | |
| | 7:2 This deposition is taking place remotely via | |
| | 7:3 Zoom in the matter of Pacific Fertility Center | |
| | 7:4 litigation with case number 3:18-cv-01586-JSC.  This is | |
| | 7:5 the videotaped deposition of Hana Lamb. | |
| 8:3 - 8:7 | **Lamb, Hana 09-29-2020 (00:00:06)** | LH-618.0 |
| | 8:3 just get a little understanding.  Are you currently in | |
| | 8:4 Colorado? | |
| | 8:5   A. Uh-huh. | |
| | 8:6   Q. What city in Colorado do you live in? | |
| | 8:7   A. Aspen. | |
| 8:17 - 9:6 | **Lamb, Hana 09-29-2020 (00:00:35)** | LH-618.0 |
| | 8:17   Q. Where did you grow up? | |
| | 8:18   A. I grew up in Sebastopol, California. | |
| | 8:19   Q. And do you have a college degree? | |
| | 8:20   A. Yes. | |
| | 8:21   Q. Where is that from? | |
| | 8:22   A. The University of Oregon. | |
| | 8:23   Q. And what year did you receive that degree? | |
| | 8:24   A. 2016. | |
| | 8:25   Q. What degree did you get? | |
| | 9:1   A. I got a bachelor's in human physiology, and I | |
| | 9:2 also got a bachelor's in psychology. | |
| | 9:3   Q. Do you have any further education beyond the | |
| | 9:4 degree from the University of Oregon in 2016? | |
| | 9:5   A. Yes.  I am working toward my master's at USC | |
| | 9:6 for education, and I will graduate in May of 2021. | |
| 9:11 - 11:21 | **Lamb, Hana 09-29-2020 (00:02:38)** | LH-618.0 |
| | 9:11   Q. Oh, sorry.  When you graduated from the | |
| | 9:12 University of Oregon, what was the first job that you | |
| | 9:13 held? | |

| Page/Line | Source | ID |
|---|---|---|

LH-618-LH-618

9:14   A. I was a medical assistant for a podiatry
9:15 clinic.
9:16   Q. And where was that located?
9:17   A. San Francisco, California.
9:18   Q. What was the name of the clinic?
9:19   A. Financial District Foot & Ankle Center.
9:20   Q. How long did you work there for?
9:21   A. A year.
9:22   Q. And that would have taken you to about 2017, is
9:23 that right, or 2018?
9:24   A. The end of 2017, beginning of 2018.
9:25   Q. What job did you take after leaving the
10:1 podiatrist?
10:2   A. PFC.
10:3   Q. And do you recall when you started there?
10:4   A. In -- sometime in February of 2018.
10:5   Q. Was there a period of time where you weren't
10:6 working between the job for the podiatrist and starting
10:7 at PFC?
10:8   A. No.  I've always been a waitress.  So I just
10:9 would pick up more shifts.
10:10   Q. Okay.  I guess my question was a little
10:11 different though.  When you left the podiatrist, did you
10:12 start immediately at PFC as an employee or did you have
10:13 a gap?
10:14   A. I had a little gap.
10:15   Q. How long was that gap?
10:16   A. I don't -- I don't know.  Not long.
10:17   Q. And then you would also make extra money by
10:18 being a waitress?
10:19   A. Yeah.
10:20   Q. Do you have any certifications in addition to
10:21 your education?
10:22   A. Lifeguard certification.  I was a lifeguard.
10:23 CPR.  But that's all for -- and then stuff for teaching.
10:24   Q. Oh, okay.  And any certifications for working
10:25 in an IVF lab?
11:1   A. No.
11:2   Q. What was your title when you were hired by PFC?
11:3   A. Laboratory assistant.

| | LH-618-LH-618 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

11:4   Q. And what were the job duties of a laboratory
11:5 assistant in February of 2018?
11:6   A. I don't remember.  Many different things.
11:7   Q. Like what?
11:8   A. I put in data for them.
11:9   Q. And what kind of data would you put in?
11:10   A. Data from, like, the day's work.
11:11   Q. And specifically what kind of data?
11:12   A. How the embryos were developing.
11:13   Q. Okay.  Any other data?
11:14   A. I don't remember.
11:15   Q. Okay.
11:16   A. Specifics.
11:17   Q. And did your title -- did your title ever
11:18 change at PFC?
11:19   A. No.
11:20   Q. It was always laboratory assistant?
11:21   A. Yep.

| 13:22 - 14:4 | **Lamb, Hana 09-29-2020 (00:00:19)** | **LH-618.2** |

13:22   Q. All right.  Have you ever been in a lawsuit as
13:23 a party or a witness before?
13:24   A. No.
13:25   Q. Have you ever given testimony before?
14:1   A. No.
14:2   Q. Not in a deposition or at a trial?
14:3   A. No.
14:4   Q. I'm going to show you a document.  And it's

| 14:16 - 17:14 | **Lamb, Hana 09-29-2020 (00:03:50)** | **LH-618.0** |

14:16   Q. Oh, okay.  Has everyone else been able to
14:17 download the document?
14:18   A. Oh, yeah.  I forgot about these.  That's funny.
14:19   Q. Okay.  So you've been able to download the
14:20 document that I've given to you?
14:21   A. Yeah.
14:22 MR. DUFFY:  I've gone ahead and marked this as
14:23 Chart Exhibit No. 216.  It's the PFC handwritten lab
14:24 schedules from February and March of 2018.
14:25 //
15:1 (Defendant's Exhibit 216 marked for
15:2 identification.)

| Page/Line | Source | ID |
|---|---|---|

**LH-618-LH-618**

15:3   Q. BY MR. DUFFY:  Ms. Lamb, would you turn to page
15:4 3 of Exhibit 216?
15:5   A. Yeah.
15:6   Q. Does this appear to be the handwritten lab
15:7 schedules for PFC in February of 2018?
15:8   A. Yeah.
15:9 MR. TARANTINO:  Objection.  Lacks foundation.
15:10   Q. BY MR. DUFFY:  Are you familiar with these kind
15:11 of documents?
15:12   A. Yeah.
15:13   Q. So it was your memory that you started sometime
15:14 in February of 2018; is that right?
15:15   A. Yeah.  It looks like February 12th.
15:16   Q. Okay.  That's what I was going to ask you.  So
15:17 you knew where I was going.  So on February 12 there's a
15:18 handwritten note here on page 3 of Exhibit 216, and it
15:19 says lab assistant Hannah Lamb; is that right?
15:20   A. My name is Hana.
15:21   Q. Hana.  I'm sorry.
15:22   A. It's okay.
15:23   Q. And it says lab assistant Hana Lamb; is that
15:24 right?
15:25   A. Yeah, uh-huh.
16:1   Q. And there's a list of people who are scheduled
16:2 to work for the first 16 days of February there on the
16:3 left.  Do you see that?
16:4   A. Yes.
16:5   Q. And your name is not there; correct?
16:6   A. Yes.
16:7   Q. I'm correct that your name is not there?
16:8   A. Yeah.  I don't see my name on the left.
16:9   Q. All right.  Now if you'd go to the fourth page
16:10 of Exhibit 216 and let me know when you're there.
16:11   A. Okay.  I'm there.
16:12   Q. On the fourth page of Exhibit 216 we have the
16:13 PFC handwritten lab schedule for February 17 through
16:14 February 28 of 2018; is that right?
16:15   A. Yes.
16:16   Q. And in the names on the left column, do you see
16:17 your name?

| Page/Line | Source | ID |
|---|---|---|

LH-618-LH-618

16:18   A. No.
16:19   Q. And if you look specifically for February 23rd,
16:20 there's no indication on the handwritten lab schedules
16:21 that you were scheduled to work that day; correct?
16:22   A. No.  Or correct.  You're correct.  Sorry.  You
16:23 are.
16:24   Q. That's all right.  Let me ask that again.  I
16:25 know this is a very unusual process.  It really is.  So
17:1 let me just ask that question again.  Okay?
17:2 So on February 23 there's no indication here
17:3 that -- in Exhibit 216 that you were scheduled to work
17:4 on February 23; correct?
17:5   A. Yes.
17:6   Q. Okay.  Now I'm going to show you through this
17:7 chat feature another document.  Let me know when you've
17:8 had an opportunity to download it.
17:9   A. I got it.
17:10 MR. DUFFY:  All right.  Exhibit 27 -- or
17:11 Exhibit 217 are -- for identification is the Pacific
17:12 Fertility electronic lab schedules for December 2017,
17:13 January 2018, and February 2018.  But I've been told
17:14 that the February 2018 schedule was misdated 2017.

**18:6 - 19:11**   **Lamb, Hana 09-29-2020 (00:01:17)**   **LH-618.0**

18:6 Have you come to learn in any way that this document has
18:7 been misdated?
18:8 MR. TARANTINO:  Objection.  Assumes facts.  Go
18:9 ahead.
18:10   Q. BY MR. DUFFY:  I couldn't hear you, Ms. Lamb.
18:11   A. Just now?  Besides just now?
18:12   Q. I guess did you learn from me?
18:13   A. Yes.
18:14   Q. All right.  So again when we were looking at
18:15 the handwritten schedules for February 2018, your start
18:16 date was February 12.  Do you remember that?
18:17   A. Uh-huh.
18:18   Q. Okay.  And so here on Exhibit 217 we go to
18:19 February 12 and there's a note there.  Do you see that?
18:20   A. Yes.
18:21   Q. It says "Welcome Hana!"; right?  So that's the
18:22 same start date here in this electronic version schedule

| | LH-618-LH-618 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

18:23 as in the handwritten; correct?

18:24   A. Yes.

18:25   Q. Now let's turn to February 23.  And in this

19:1 version of the lab schedule you are not scheduled to

19:2 work on February 23; correct?

19:3   A. Yeah.

19:4   Q. And the late person designated on February 23

19:5 is Anya.  Do you see that?

19:6   A. Yes.

19:7   Q. And when a late person is scheduled to be the

19:8 late person, do they do the quality control measurements

19:9 for the freezers?

19:10 MR. TARANTINO:  Objection.  Lacks foundation.

19:11 THE WITNESS:  No, not necessarily.

**19:23 - 28:5**        **Lamb, Hana 09-29-2020 (00:10:03)**        **LH-618.0**

19:23 MR. DUFFY:  All right.  So exhibit -- Chart

19:24 Exhibit No. 211 are the Tank 4 data entries produced by

19:25 Pacific MSO.

20:1 (Defendant's Exhibit 211 marked for

20:2 identification.)

20:3   Q. BY MR. DUFFY:  And I'd like you to turn to page

20:4 3, if you could.

20:5   A. Okay.

20:6   Q. And there's an entry there for February 23,

20:7 2018.  Do you see that?

20:8   A. Yes.

20:9   Q. And that has an entry of 14.  Do you see that?

20:10   A. Yes.

20:11   Q. And it has a person who is associated with that

20:12 measurement.  Do you see that?

20:13   A. Yep.

20:14   Q. And what name is there?

20:15   A. Hana Lamb.

20:16   Q. And that's you?

20:17   A. Yeah.

20:18   Q. All right.  And there's a date that is put

20:19 right to the right of your name.  Do you see that?

20:20   A. Yes.

20:21   Q. And it says February 23, 2018; is that right?

20:22   A. Yep.

| Page/Line | Source | ID |
|---|---|---|

LH-618-LH-618

20:23   Q. Did you make that measurement?

20:24   A. I guess so.

20:25   Q. Well, when you say you guess so --

21:1   A. I don't remember specifically.

21:2   Q. All right.  Well, let me just go back and just

21:3 ask you a couple more questions.  We've gone through the

21:4 records showing that you weren't scheduled to work on

21:5 February 23; correct?

21:6   A. Yes.

21:7 MR. TARANTINO:  Objection.  Mischaracterizes

21:8 evidence.

21:9   Q. BY MR. DUFFY:  And your name is associated with

21:10 a measurement on February 23; is that right?

21:11   A. Yes.

21:12   Q. And you said you guess you made that

21:13 measurement.  Do you recall that?

21:14   A. Yes.

21:15   Q. What makes you say that?

21:16   A. Because my name is on the log.

21:17   Q. And do you have a personal memory of making

21:18 that measurement on February 23?

21:19   A. No.

21:20   Q. What would you need to do to refresh your

21:21 memory to see whether you were the person who made the

21:22 measurement?

21:23   A. Go back in time two years.

21:24   Q. Anything else, Ms. Lamb?

21:25   A. No.  I mean, it says my name.  So....

22:1   Q. Okay.  Were you aware that -- well, let me lay

22:2 a little foundation.  So there was an electronic

22:3 software for measuring liquid nitrogen levels in the

22:4 tanks known as Reflections.  Do you recall that?

22:5   A. Yes.

22:6 MR. TARANTINO:  Objection.  Mischaracterizes

22:7 the evidence.

22:8 MR. DUFFY:  Cherree, did you get the answer?

22:9 Sorry?

22:10 THE REPORTER:  I got the "Yes."

22:11   Q. BY MR. DUFFY:  And were you trained in how to

22:12 use the software?

| Page/Line | Source | ID |
|---|---|---|

LH-618-LH-618

22:13   A. Yes.

22:14   Q. Who trained you?

22:15   A. Gina.

22:16   Q. Gina Cirimele?

22:17   A. Yeah.

22:18   Q. And were you authorized to make measurements

22:19 and record them in Reflections?

22:20   A. Yes.

22:21   Q. Were you familiar with the program's ability to

22:22 have one person enter a measurement and then have the

22:23 name changed to a different person?

22:24 MR. TARANTINO:  Objection.  Assumes facts.

22:25 Mischaracterizes evidence.

23:1 THE WITNESS:  I don't -- I don't know.

23:2   Q. BY MR. DUFFY:  Was there a drop-down menu that

23:3 would allow someone to assign a measurement to a

23:4 different person?  Do you recall that?

23:5   A. It would assign a measurement to a person.

23:6   Q. To a person, correct.  But you do you recall

23:7 that feature?

23:8   A. Yes.

23:9   Q. So do you recall the ability for you to sign in

23:10 in Reflections and then use that drop-down menu and

23:11 record a measurement, for example, for Anya?

23:12   A. Yes.

23:13   Q. Shortly after you started at PFC do you recall

23:14 an incident with Tank 4 and Dr. Conaghan asking that it

23:15 be unplugged?

23:16 MR. TARANTINO:  Objection.  Assumes facts not

23:17 in evidence.  Mischaracterizes the evidence.

23:18 Speculation.

23:19 THE WITNESS:  I'm not going to lie.  I missed

23:20 the question.  Can you --

23:21 MR. DUFFY:  Sure.  Sure.

23:22 THE WITNESS:  Sorry.

23:23 MR. DUFFY:  Cherree, would you just read it

23:24 back.

23:25 (Whereupon the record was read as requested.)

24:1 MR. TARANTINO:  Same objections.

24:2 THE WITNESS:  I don't recall.

| Page/Line | Source | ID |
|---|---|---|

LH-618-LH-618

24:3  Q. BY MR. DUFFY:  Do you recall being trained on a
24:4 different monitoring procedure for Tank 4 in the lab
24:5 shortly after --
24:6 MR. TARANTINO:  Objection.  Sorry.
24:7 THE WITNESS:  Yeah.
24:8  Q. BY MR. DUFFY:  Okay.  Tell me what you recall
24:9 about the change in the monitoring procedure for Tank 4.
24:10  A. I just -- the controller was broken.  So they
24:11 would turn it off.
24:12  Q. By turning it off, do you mean unplugging it?
24:13  A. Yes.  The controller.
24:14  Q. And what were you trained in in terms of how to
24:15 deal with that situation?
24:16 MR. TARANTINO:  Objection.  Vague.
24:17 THE WITNESS:  I don't know.  I wasn't really
24:18 trained.
24:19  Q. BY MR. DUFFY:  You weren't trained in how to
24:20 deal with Tank 4 and how to monitor it?
24:21 MR. TARANTINO:  Objection.  Vague.
24:22 Mischaracterizes testimony.
24:23 THE WITNESS:  Not that I recall.
24:24  Q. BY MR. DUFFY:  Okay.  Do you recall any --
24:25 well, strike that.
25:1 What was the procedure that was in place for
25:2 all tanks other than Tank 4 when you were doing
25:3 measurements of liquid nitrogen levels?
25:4  A. We'd go around and take the measurements.  And
25:5 then the dewars we would dipstick with the measurement.
25:6  Q. Okay.  So if you had a tank you would just look
25:7 at the display and get the measurement there; correct?
25:8  A. Yes.
25:9  Q. And if it was a dewar you would open the top
25:10 and then use a dipstick and measure the liquid nitrogen
25:11 manually; correct?
25:12  A. Yes.
25:13  Q. Tank 4 had a computer controller; correct?
25:14  A. Yes.
25:15  Q. And when it was unplugged, what was the
25:16 procedure you were given for how to measure liquid
25:17 nitrogen levels in Tank 4?

| Page/Line | Source | ID |
|---|---|---|

LH-618-LH-618

25:18   A. I don't specifically recall.

25:19   Q. Do you recall it being a different procedure

25:20 that you had to do something different other than look

25:21 at the level reading on the controller?

25:22   A. I don't remember.

25:23   Q. Were you there on March 4, 2018, when Dr.

25:24 Conaghan had discovered that there was water on the

25:25 floor and there was a problem with Tank 4?

26:1   A. No.  No.

26:2   Q. On February 23rd did you fill the freezer with

26:3 liquid nitrogen?

26:4 MR. TARANTINO:  Objection.  Vague.

26:5 THE WITNESS:  What do you mean "freezer"?

26:6   Q. BY MR. DUFFY:  Excuse me.  I'll miss -- let me

26:7 restate the question.  On February 23rd of 2018 did you

26:8 fill Tank 4 with liquid nitrogen?

26:9   A. I don't remember.

26:10   Q. On February 23rd of 2018 did you use a dipstick

26:11 to manually measure the liquid nitrogen in Tank 4?

26:12   A. I don't remember.

26:13   Q. On February 23rd did you plug in the freezer

26:14 and hit a fill cycle?

26:15 MR. TARANTINO:  Objection.  Vague.

26:16 THE WITNESS:  You mean the tank?

26:17   Q. BY MR. DUFFY:  Yeah.

26:18   A. Okay.  I don't remember.

26:19   Q. Do you recall on February 23rd hearing an

26:20 audible alarm from Tank 4?

26:21   A. Oh that -- no, I don't remember.

26:22   Q. Do you recall what the display read on February

26:23 23rd, 2018?

26:24   A. No.

26:25 MR. TARANTINO:  Objection.  Vague.

27:1   Q. BY MR. DUFFY:  Were you on the call list for

27:2 alarms?

27:3   A. No.

27:4   Q. And specifically you were not on the call list

27:5 for alarms associated with Tank 4?

27:6   A. Yes.  I was not on the call list.

27:7   Q. Did you enter the measurement on February 23,

| Page/Line | Source | ID |
|---|---|---|

**LH-618-LH-618**

27:8 2018, in Reflections for Tank 4?

27:9 MR. TARANTINO:  Objection.  Asked and answered.

27:10 THE WITNESS:  I -- yeah, like I said before, I

27:11 guess so.

27:12   Q. BY MR. DUFFY:  Did you ever change that

27:13 measurement?

27:14 MR. TARANTINO:  Objection.  Asked and answered.

27:15 Lacks foundation.  Badgering.

27:16 THE WITNESS:  No.

27:17   Q. BY MR. DUFFY:  I'm sorry?

27:18   A. No.  No.

27:19   Q. On February 23rd, 2018, did you calculate the

27:20 LN2 consumption from Tank 4 that day?

27:21 MR. TARANTINO:  Objection.  Vague.

27:22 THE WITNESS:  Is my name there?  If my name is

27:23 there, then maybe.

27:24   Q. BY MR. DUFFY:  Just from your personal memory,

27:25 ma'am.

28:1   A. No, I don't remember.

28:2   Q. Do you have a recollection on February 23,

28:3 2018, in calculating the fill time associated with the

28:4 fill on February 23, 2018, for Tank 4?

28:5   A. No.

| 28:15 - 35:7 | **Lamb, Hana 09-29-2020 (00:07:38)** | **LH-618.0** |

28:15   Q. Do you know why you were asked to do LN2

28:16 measurements of tanks?

28:17   A. Because it was my job.

28:18 MR. TARANTINO:  Objection.  Lacks foundation.

28:19 Calls for speculation.

28:20   Q. BY MR. DUFFY:  Do you know why -- did you know

28:21 why they asked you to do that as apart of your job?

28:22 MR. TARANTINO:  Same objections.

28:23 THE WITNESS:  To make sure that the levels were

28:24 high, filled.

28:25   Q. BY MR. DUFFY:  Were you told anything else

29:1 about why you needed to measure LN2?

29:2   A. Not that I can recall.

29:3   Q. What were you told about the reasons you had to

29:4 use the Reflections software?

29:5   A. I don't -- to measure QC.

| Page/Line | Source | ID |
|---|---|---|

**LH-618-LH-618**

29:6  Q. And what's that?

29:7  A. Quality control.

29:8  Q. And why did you have to measure QC?

29:9  A. To make sure that everything was functioning

29:10 normal every day and every evening.

29:11  Q. Were you familiar with the possibility of a

29:12 tank losing vacuum seal?

29:13  A. Not at that --

29:14 MR. TARANTINO:  Objection.  Calls for spec --

29:15 calls for speculation.

29:16  Q. BY MR. DUFFY:  Not in -- not in February and

29:17 March of 2018; is that right?

29:18  A. No.  Not until --

29:19 MR. TARANTINO:  Same objections.

29:20 THE WITNESS:  -- after.  Same objections.

29:21  Q. BY MR. DUFFY:  All right.  So let me just make

29:22 sure we get this clear, Ms. Lamb, because we're in this

29:23 remote virtual world.

29:24 So in February and March of 2018 you did not

29:25 know about vacuum seal potentially being lost on tanks

30:1 in the IVF lab; is that right?

30:2  A. Yes.

30:3 MR. TARANTINO:  Objection.  Calls for

30:4 speculation.  Lacks foundation.  If you could just give

30:5 me a split second to object, that would be great.

30:6 Thanks.

30:7 THE REPORTER:  Was the answer yes?

30:8 THE WITNESS:  Yeah.  I didn't know that that

30:9 was a thing before.

30:10  Q. BY MR. DUFFY:  I'm sorry.  You did or did not

30:11 know?

30:12  A. I did not know that that happened.

30:13  Q. Do you know why people looked at Reflections

30:14 information?

30:15 MR. TARANTINO:  Objection.  Lacks foundation.

30:16 THE WITNESS:  What do you mean?  Like, lawyers

30:17 or our people?

30:18  Q. BY MR. DUFFY:  Lab.  Lab people.

30:19  A. Why they looked at it?

30:20  Q. Yeah.

| Page/Line | Source | ID |
|---|---|---|

30:21   A. I -- no.  Ask Joe, I guess.

30:22   Q. But you don't know why people look at it?  Is

30:23 that fair?

30:24   A. I --

30:25 MR. TARANTINO:  Same objection.

31:1 THE WITNESS:  I mean, the same reason I said

31:2 for quality control.

31:3   Q. BY MR. DUFFY:  And beyond that do you have any

31:4 other understanding as to why lab personnel would be

31:5 looking in Reflections?

31:6 MR. TARANTINO:  Objection.  Lacks foundation.

31:7 THE WITNESS:  Not really.

31:8   Q. BY MR. DUFFY:  When you say "not really," is

31:9 there a part of it maybe that you might know something

31:10 about?

31:11   A. No.  I mean --

31:12 MR. TARANTINO:  Same objection.

31:13 THE WITNESS:  -- it's not my -- I'm sorry.

31:14 MR. TARANTINO:  Same objection.

31:15   Q. BY MR. DUFFY:  You can answer.

31:16   A. There's a little lag, I think.  Yeah, I mean,

31:17 that's not my area of expertise.  So....

31:18   Q. BY MR. DUFFY:  Okay.  Who would look at the

31:19 Reflections data?

31:20 MR. TARANTINO:  Objection.  Lacks foundation.

31:21 THE WITNESS:  Joe.

31:22   Q. BY MR. DUFFY:  Anyone else?

31:23 MR. TARANTINO:  Same objection.

31:24 THE WITNESS:  Probably Erin.

31:25   Q. BY MR. DUFFY:  Anyone else?

32:1 MR. TARANTINO:  Same objection.

32:2 THE WITNESS:  I don't know.

32:3   Q. BY MR. DUFFY:  After the incident did you come

32:4 to learn that the inspector for the College of American

32:5 Pathologists was going to be coming to the Pacific

32:6 Fertility lab?

32:7   A. Yes.

32:8 MR. TARANTINO:  Objection.  Assumes facts.

32:9   Q. BY MR. DUFFY:  And how did you come to learn

32:10 that?

| Page/Line | Source | ID |
|-----------|--------|-----|

LH-618-LH-618

32:11   A. Joe told us.
32:12   Q. Do you recall lab personnel preparing for that
32:13 CAP inspection in March of 2018?
32:14   A. Yes.
32:15   Q. What do you recall about it?
32:16   A. We did a lot of preparation.
32:17   Q. When you say you "did a lot of preparation,"
32:18 what do you mean?
32:19   A. We cleaned and organized.  And just that.
32:20   Q. Anything else?
32:21   A. That was mostly what I remember.
32:22   Q. Okay.  Can you recall anything else other than
32:23 cleaning and organizing?
32:24   A. No.  We did a lot of -- lot of organizing,
32:25 cleaning.
33:1   Q. Okay.  And during the time that you were
33:2 preparing for the inspection, did you come to learn that
33:3 there were missing measurements of LN2 levels for Tank 4
33:4 in Reflections?
33:5 MR. TARANTINO:  Objection.  Mischaracterizes
33:6 evidence.  Assumes facts not in evidence.  Lacks
33:7 foundation.
33:8 THE WITNESS:  I don't remember.
33:9   Q. BY MR. DUFFY:  Did you ever have a conversation
33:10 with Joe Conaghan about possibly five to ten missing LN2
33:11 measurements in Reflections?
33:12 MR. TARANTINO:  Objection.  Mischaracterizes
33:13 testimony.  Speculation.  Asked and answered.
33:14 THE WITNESS:  I don't -- I don't remember.
33:15   Q. BY MR. DUFFY:  Did you ever speak with Gina
33:16 Cirimele about possibly five to ten missing LN2
33:17 measurements in Reflections?
33:18 MR. TARANTINO:  Objection.  Assumes facts.
33:19 Speculation.  Lacks foundation.
33:20 THE WITNESS:  I don't remember.
33:21   Q. BY MR. DUFFY:  Do you remember any
33:22 conversations with any lab personnel about missing LN2
33:23 measurements prior to the CAP inspection?
33:24 MR. TARANTINO:  Objection.  Assumes facts.
33:25 THE WITNESS:  Not -- no.

| Page/Line | Source | ID |
|---|---|---|

**LH-618-LH-618**

34:1   Q. BY MR. DUFFY:  Do you have any general
34:2 recollection whatsoever of missing LN2 measurements in
34:3 Reflections prior to the CAP inspection?
34:4 MR. TARANTINO:  Objection.  Vague.  Lacks
34:5 foundation.
34:6 THE WITNESS:  Generally, I do remember that
34:7 they were maybe talking about that in the lab.
34:8   Q. BY MR. DUFFY:  And was this in the context of
34:9 getting ready for the CAP inspection?
34:10   A. Yeah.  Well, we had -- we had a few CAP
34:11 inspections.  So I don't remember which one.
34:12   Q. Okay.  Do you -- what do you recall about the
34:13 discussions about missing LN2 measurements?
34:14   A. Just that they were.  It wasn't a good thing.
34:15 And, I mean, we put in places so it would never happen
34:16 again.
34:17   Q. Okay.  What was the -- what was the negative
34:18 connotation of not having LN2 measurements?  What do you
34:19 recall about that?
34:20 MR. TARANTINO:  Objection.  Lacks foundation.
34:21 Speculation.
34:22 THE WITNESS:  I don't remember.
34:23   Q. BY MR. DUFFY:  When you said it was not a good
34:24 thing, what did you mean?
34:25   A. I mean, it's not good missing anything, any
35:1 data; right?
35:2   Q. Yeah.  Why is it not a good thing to have
35:3 missing data?
35:4 MR. TARANTINO:  Objection.  Asked and answered.
35:5 THE WITNESS:  Because it could, you know, skew
35:6 your results or, you know, you don't know what's
35:7 happening that day if you don't have data.

**35:18 - 38:20**   **Lamb, Hana 09-29-2020 (00:04:29)**   **LH-618.1**

35:18 Did someone from the lab, and I'm talking about
35:19 a lab person, come to you and ask you about LN2
35:20 measurements that were missing?
35:21 MR. TARANTINO:  Objection.  Assumes facts.
35:22 Lacks foundation.
35:23 THE WITNESS:  I don't remember.
35:24   Q. BY MR. DUFFY:  Do you recall anyone from the

| Page/Line | Source | ID |
|---|---|---|

35:25 lab asking you about the February 23 measurement from
36:1 2018?
36:2 MR. TARANTINO:  Objection.  Assumes facts.
36:3 Foundation.  Asked and answered.
36:4 THE WITNESS:  No.
36:5  Q. BY MR. DUFFY:  Do you recall anyone coming to
36:6 you about any missing measurement for February 23, 2018?
36:7 MR. TARANTINO:  Objection.  Lacks foundation.
36:8 Assumes facts.  Asked and answered.
36:9 THE WITNESS:  No.
36:10  Q. BY MR. DUFFY:  Do you recall anyone coming to
36:11 speak with you about dates where they thought you may
36:12 have measured, but it didn't make its way into
36:13 Reflections?
36:14  A. No.
36:15 MR. TARANTINO:  Objection.  Mischaracterizes
36:16 evidence.
36:17 THE WITNESS:  No.
36:18  Q. BY MR. DUFFY:  Were any of the missing
36:19 measurements for Tank 4 on days where you were supposed
36:20 to measure it?
36:21 MR. TARANTINO:  Objection.  Lacks foundation.
36:22 Calls for speculation.  Assumes facts not in evidence.
36:23 Mischaracterizes the evidence.
36:24 THE WITNESS:  I don't know.
36:25  Q. BY MR. DUFFY:  Do you recall who had first told
37:1 you that there were missing LN2 measurements for Tank 4
37:2 prior to the CAP inspection?
37:3 MR. TARANTINO:  Objection.  Mischaracterizes
37:4 evidence.  Speculation.
37:5 THE WITNESS:  I don't know.
37:6  Q. BY MR. DUFFY:  Do you recall anyone from the
37:7 lab checking the work schedules for the dates where
37:8 there were missing LN2 measurements for Tank 4?
37:9 MR. TARANTINO:  Objection.  Assumes facts.
37:10 Foundation.
37:11 THE WITNESS:  Yeah, I don't know.
37:12  Q. BY MR. DUFFY:  Did you check the work schedule
37:13 to see whether you were working on any of the days where
37:14 LN2 measurements were missing for Tank 4?

| LH-618-LH-618 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

37:15 MR. TARANTINO:  Objection.  Assumes facts.
37:16 Mischaracterizes evidence.  Lacks foundation.
37:17 THE WITNESS:  I don't -- no.  I don't even know
37:18 what the dates are.
37:19   Q. BY MR. DUFFY:  Who did you have conversations
37:20 with about the missing measurements?
37:21 MR. TARANTINO:  Objection.  Assumes facts.
37:22 Mischaracterizes testimony.
37:23 THE WITNESS:  I have no clue.
37:24   Q. BY MR. DUFFY:  Okay.  Are you familiar with the
37:25 probes that can go inside a dewar and a tank that are
38:1 connected to the Sensaphone?
38:2   A. Yes.
38:3   Q. Those were not used for Tank 4 prior to the
38:4 incident; correct?
38:5 MR. TARANTINO:  Objection.  Lacks foundation.
38:6 Vague.
38:7 THE WITNESS:  I don't remember.
38:8   Q. BY MR. DUFFY:  After the Tank 4 incident, did
38:9 the lab use probes for dewars?
38:10 MR. TARANTINO:  Objection.  Vague.
38:11 THE WITNESS:  Yes.
38:12   Q. BY MR. DUFFY:  And did they also use probes for
38:13 tanks?
38:14 MR. TARANTINO:  Objection.  Vague.
38:15 THE WITNESS:  Yes.
38:16 MR. TARANTINO:  Lacks --
38:17   Q. BY MR. DUFFY:  Do you have a memory prior to
38:18 March 4 of 2018 that a probe was used for Tank 4?
38:19 MR. TARANTINO:  Objection.  Vague.
38:20 THE WITNESS:  No.  I don't remember.

| 39:4 - 44:23 | **Lamb, Hana 09-29-2020 (00:06:30)** | **LH-618.0** |

39:4   Q. BY MR. DUFFY:  Did you ever read the owner's
39:5 manual for Tank 4?
39:6   A. No.
39:7   Q. Do you know who in the lab would be the person
39:8 who would be reviewing the owner's manual for Tank 4?
39:9 MR. TARANTINO:  Objection.  Calls for
39:10 speculation.  Lacks foundation.
39:11 THE WITNESS:  Joe or Erin.

| Page/Line | Source | ID |
|---|---|---|

39:12   Q. BY MR. DUFFY:  Anyone else?

39:13 MR. TARANTINO:  Same objections.

39:14 THE WITNESS:  Huh-huh.  No.

39:15   Q. BY MR. DUFFY:  The measuring stick that we used

39:16 in the lab in March of 2018, was that -- well, strike

39:17 that.

39:18 Was there a measuring stick dedicated just to

39:19 Tank 4?

39:20   A. No.

39:21   Q. It could have been any of the measuring sticks

39:22 that were available in the lab that would be used to

39:23 measure LN2 levels?

39:24   A. Unless they were for infectious diseases.  We

39:25 had specific ones for those.

40:1   Q. Oh.  But if -- but for Tank 4 there wasn't a

40:2 specific dedicated dipstick; correct?

40:3   A. No, there wasn't.

40:4   Q. The LN2 supply for Tank 4 was in the tank room;

40:5 is that right?

40:6   A. Yes.

40:7   Q. And it was connected through some plumbing that

40:8 would go up into the ceiling and down into the lab.  Do

40:9 you recall that?

40:10   A. Yes.

40:11   Q. In the lab in March of 2018 was there a manual

40:12 fill line that you could use to manually fill Tank 4?

40:13   A. Yes.

40:14   Q. And where was that located?

40:15   A. The fill line?

40:16   Q. Yeah.

40:17   A. In the ceilings.

40:18   Q. Was the -- was the fill line in the IVF lab

40:19 itself?

40:20   A. It would go from the tank room to the IVF lab.

40:21 So yes.

40:22   Q. And then but where in the IVF lab would the

40:23 fill line be in March of 2018?

40:24   A. It would be connected to all the tanks.

40:25   Q. Oh, I see.  I guess I'm asking a little bit of

41:1 a different question, Ms. Lamb.  I'm talking about a

| Page/Line | Source | ID |
|---|---|---|

41:2 manual fill line, one that's not already connected to
41:3 any of the tanks that you could then open the lid and
41:4 fill through the top.
41:5 Was there that kind of a plumbing apparatus
41:6 that allowed you to do a manual fill in Tank 4 in March
41:7 of 2018?
41:8   A. Oh, no.
41:9   Q. So if in March -- in February and March of 2018
41:10 if you wanted to do a manual fill of Tank 4, you'd have
41:11 to use a LN2 supply from the tank room; is that right?
41:12   A. Yeah.
41:13   Q. And you could wheel in the supply tank to fill
41:14 it?  Is that one way to do it?
41:15   A. Yeah, that was one way to do it.
41:16   Q. And another way to do it would be you could
41:17 just fill a bucket; right?
41:18 MR. TARANTINO:  Objection.  Lacks foundation.
41:19 THE WITNESS:  Yes.
41:20   Q. BY MR. DUFFY:  Any other ways to manual fill
41:21 Tank 4 in February and March of 2018?
41:22 MR. TARANTINO:  Objection.  Lacks foundation.
41:23 Speculation.
41:24 THE WITNESS:  Not that I remember.
41:25   Q. BY MR. DUFFY:  Were lab assistants required to
42:1 order LN2 supply for the lab?
42:2 MR. TARANTINO:  Objection.  Lacks foundation.
42:3 THE WITNESS:  Yes.
42:4   Q. BY MR. DUFFY:  Was that one of your job duties?
42:5   A. Yes.
42:6   Q. And how would you go about ordering new LN2
42:7 supply?
42:8   A. I would call Praxair, who was our supplier, and
42:9 -- well, we have -- we would have, like, a standing
42:10 delivery.  And I would tell them, you know, "I need four
42:11 low pressures and two high pressures."
42:12   Q. Was that the standing order?
42:13   A. It --
42:14 MR. TARANTINO:  Objection.  Lacks foundation.
42:15 THE WITNESS:  It would change.
42:16   Q. BY MR. DUFFY:  It would change.  Was it your

| Page/Line | Source | ID |
|---|---|---|

42:17 job, then, to calculate what the consumption of LN2 was
42:18 in the lab before you did your order?
42:19   A. Yes.  But that was after the whole incident.
42:20 That all kind of started after the incident.
42:21   Q. So before the incident when you first started
42:22 in February and early March, did you calculate LN2
42:23 consumption?
42:24 MR. TARANTINO:  Objection.  Vague.
42:25 THE WITNESS:  No.
43:1   Q. BY MR. DUFFY:  How would you determine how much
43:2 LN2 was needed by the lab?
43:3 MR. TARANTINO:  Objection.  Lacks foundation.
43:4 Vague.
43:5   Q. BY MR. DUFFY:  During the February, March 2018
43:6 time frame.
43:7 MR. TARANTINO:  Same objections.
43:8 THE WITNESS:  They would -- I mean, if we were
43:9 low, you could tell.
43:10   Q. BY MR. DUFFY:  Okay.  So you're moving your
43:11 hand like you're shaking a supply --
43:12   A. Oh, you could shake it.  Sorry.
43:13   Q. No.  No.  That's okay.  And that way you could
43:14 gauge whether it was full or empty; right?
43:15   A. Yeah.
43:16   Q. In February of 2018 when you started at PFC,
43:17 were you trained in how to take a supply can and shake
43:18 it to determine how much was in it?
43:19 MR. TARANTINO:  Objection.  Assumes facts.
43:20 THE WITNESS:  Yes.
43:21   Q. BY MR. DUFFY:  Who taught you how to do that?
43:22   A. Anya.
43:23   Q. And can you tell me what you remember about
43:24 that training?
43:25   A. I don't -- I -- remember much, just that she
44:1 showed me where the tanks were, what they looked like,
44:2 how to move them.
44:3   Q. And then how to tip them and shake them to see
44:4 if they're getting close to being empty?
44:5   A. Yeah.  You would not --
44:6 MR. TARANTINO:  Objection.  Assume -- lacks

| Page/Line | Source | ID |
|---|---|---|

**LH-618-LH-618**

44:7 foundation.  Assumes facts.
44:8 THE WITNESS:  I would not tip them.  But, yeah,
44:9 you can -- how you can tell.
44:10   Q. BY MR. DUFFY:  Okay.  All right.  I'm taller.
44:11 So when I get -- tip them.  How tall are you, if don't
44:12 mind my asking?
44:13   A. I'm 5-9.
44:14   Q. Okay.  All right.  So were you tall enough to
44:15 be able to tip them or no?
44:16   A. I would not tip them.
44:17   Q. You would not.  Okay.  All right.  So you would
44:18 just shake them and determine the level inside the can;
44:19 right?
44:20   A. Yeah.  You can move it and feel it.
44:21   Q. Okay.  And then do you remember the dials that
44:22 were on top of those supply cans?
44:23   A. Yeah.

**45:5 - 51:25**   **Lamb, Hana 09-29-2020 (00:07:57)**                          **LH-618.0**

45:5   Q. BY MR. DUFFY:  So there's a -- one of the dials
45:6 that's on those supply cans, does it have a full or
45:7 empty gauge on it?
45:8   A. Yes.
45:9   Q. And sometimes did those not work?
45:10 MR. TARANTINO:  Objection.  Lacks foundation.
45:11 Vague.  Speculation.
45:12 THE WITNESS:  Yes.
45:13   Q. BY MR. DUFFY:  And is that why, then, you had
45:14 to figure out yourself manually by shaking the supply
45:15 can how much was still in it?
45:16   A. Yes.
45:17   Q. Other than just shaking it in February and
45:18 March of 2018, were you -- were you taught anything else
45:19 to determine how much liquid nitrogen should be ordered?
45:20 MR. TARANTINO:  Objection.  Lacks foundation.
45:21 Assumes facts.
45:22 THE WITNESS:  Yeah.  If you -- if you turn it
45:23 on and nothing comes out, that also tells you that
45:24 there's nothing in there.
45:25   Q. BY MR. DUFFY:  Okay.  When you say "turn it on
46:1 and nothing comes out," where would it be coming out

| Page/Line | Source | ID |
|---|---|---|

LH-618-LH-618

46:2 that you could visually see that?

46:3  A. Through a hose.

46:4 MR. TARANTINO:  Objection.  Mischaracterizes

46:5 testimony.

46:6 THE WITNESS:  Through the hose.

46:7  Q. BY MR. DUFFY:  Oh, the manual fill hose?

46:8  A. Uh-huh.

46:9  Q. Is that a yes?

46:10  A. Yes.  Sorry.

46:11  Q. No, that's all right.  And have you had

46:12 occasions when you came to the tank room and tested the

46:13 supply can and initiated a manual fill into a bucket

46:14 where nothing came out?

46:15  A. Yes.

46:16  Q. Did that happen in February of 2018, to your

46:17 memory?

46:18  A. I don't -- I don't know.

46:19  Q. How about in March of 2018, did you ever go

46:20 into the tank room and initiate a manual fill into a

46:21 bucket and nothing came out of the supply can?

46:22  A. I don't remember.  I don't remember any

46:23 specifics.  I know it happened, but I couldn't tell you

46:24 when.

46:25  Q. In those instances where you tried -- where you

47:1 initiated a fill manually into a bucket and nothing came

47:2 out, was that supply can connected to the plumbing

47:3 system feeding into the IVF lab?

47:4 MR. TARANTINO:  Objection.  Lacks foundation.

47:5 Calls for speculation.  Assumes facts.

47:6 THE WITNESS:  No.  They're different systems.

47:7  Q. BY MR. DUFFY:  Okay.  So the supply tank that

47:8 you would test for the level by initiating a manual fill

47:9 into a bucket was not a fill tank connected to the

47:10 plumbing system?

47:11 MR. TARANTINO:  Objection.  Mischaracterizes

47:12 testimony.  Lacks foundation.

47:13 THE WITNESS:  So we had tanks for the plumbing

47:14 system, as you call it, and then we had our manual fill

47:15 tank.

47:16  Q. BY MR. DUFFY:  Okay.  I see.  Had you ever

| Page/Line | Source | ID |
|-----------|--------|----|

LH-618-LH-618

47:17 checked the level of a LN2 supply tank that was
47:18 connected to the plumbing system for the tanks in the
47:19 IVF lab and had that -- have no LN2 in it?
47:20 MR. TARANTINO:  Objection.  Vague.
47:21 Speculation.
47:22 THE WITNESS:  Yes.
47:23  Q. BY MR. DUFFY:  When did that happen?
47:24  A. I don't know.
47:25  Q. Was it a frequent occurrence?
48:1 MR. TARANTINO:  Objection.  Vague.
48:2 THE WITNESS:  No.
48:3  Q. BY MR. DUFFY:  If you could provide me your
48:4 best estimate the number of times where you tested a
48:5 level of LN2 in a supply can connected to the plumbing
48:6 and discovered that there was no LN2 in the supply can?
48:7 MR. TARANTINO:  Objection.  Vague.
48:8 Speculation.
48:9 THE WITNESS:  Maybe, like, four or five times.
48:10 And also they were all after the Tank 4 incident.
48:11  Q. BY MR. DUFFY:  Okay.  So it's your memory,
48:12 then, that these incidents where there was no supply of
48:13 liquid nitrogen in those supply tanks feeding into the
48:14 plumbing system for the IVF lab all took place after the
48:15 March 4 incident?
48:16 MR. TARANTINO:  Objection.  Mischaracterizes
48:17 testimony.  Vague.
48:18 THE WITNESS:  Yeah.  I'm not sure, but yeah.
48:19  Q. BY MR. DUFFY:  Is it -- is it possible that in
48:20 some of those instances where the supply cans supplying
48:21 the tanks in the IVF lab went dry occurred before the
48:22 incident?
48:23 MR. TARANTINO:  Objection.  Objection.  Asked
48:24 and answered.  Mischaracterizes testimony.
48:25 THE WITNESS:  Maybe.  I don't remember.
49:1  Q. BY MR. DUFFY:  In those situations where you
49:2 observed that a supply tank supplying the tanks in the
49:3 IVF lab had gone dry, what did you do about that?
49:4 MR. TARANTINO:  Objection.  Mischaracterizes
49:5 testimony.  Lacks foundation.  Speculation.  Assumes
49:6 facts.

| Page/Line | Source | ID |
|---|---|---|

49:7 THE WITNESS:  We'd switch out the empty with
49:8 the full.
49:9  Q. BY MR. DUFFY:  Okay.  And that would allow,
49:10 then, a supply to feed the tanks in the IVF lab; is that
49:11 right?
49:12 MR. TARANTINO:  Objection.  Lacks foundation.
49:13 Speculation.
49:14 THE WITNESS:  Yes.
49:15  Q. BY MR. DUFFY:  And did you inform anyone in the
49:16 lab that one of the supply tanks supplying the tanks in
49:17 the IVF lab had gone dry?
49:18 MR. TARANTINO:  Objection.  Assumes facts.
49:19 Speculation.
49:20 THE WITNESS:  Probably.  I don't remember
49:21 specifically.  Yeah.
49:22  Q. BY MR. DUFFY:  Who would normally -- who would
49:23 normally be the person you would report that condition
49:24 to?
49:25  A. Joe or Erin.
50:1 MR. TARANTINO:  Objection.  Assumes facts.
50:2 THE WITNESS:  Joe or Erin.
50:3  Q. BY MR. DUFFY:  And in the instances where you
50:4 did report that, do you have a memory of just what they
50:5 did about it?
50:6 MR. TARANTINO:  Objection.  Mischaracterizes
50:7 testimony.  Assumes facts.
50:8 THE WITNESS:  No, I don't.
50:9  Q. BY MR. DUFFY:  How do you determine which lab
50:10 personnel was assigned to manually measure Tank 4?
50:11 MR. TARANTINO:  Objection.  Lacks foundation.
50:12 THE WITNESS:  Sorry.  One more -- can you
50:13 repeat the question?
50:14  Q. BY MR. DUFFY:  Sure.  If you were going to try
50:15 and determine which lab personnel was assigned to
50:16 manually measure Tank 4 on a particular day, how would
50:17 you go about learning that?
50:18 MR. TARANTINO:  Same objection.
50:19 THE WITNESS:  I would look at the Reflections
50:20 log.
50:21  Q. BY MR. DUFFY:  Okay.  And if, as we discussed,

| Page/Line | Source | ID |
|---|---|---|

**LH-618-LH-618**

50:22 some of those measurements were missing, what else would
50:23 you do to determine the name of the lab person who was
50:24 assigned to do the measurement on the day where there
50:25 was no measurement in Reflections?
51:1 MR. TARANTINO:  Objection.  Mischaracterizes
51:2 testimony.  Mischaracterizes documents.  Assumes facts.
51:3 Speculation.
51:4 THE WITNESS:  I don't know.  Ask them.
51:5  Q.  BY MR. DUFFY:  Okay.  Other than Reflections,
51:6 though, do you have any other document that you could
51:7 point me to to help me figure out who was supposed to
51:8 measure on the days when there was no measurement?
51:9 MR. TARANTINO:  Objection.  Assumes facts not
51:10 in evidence.  Mischaracterizes testimony.
51:11 THE WITNESS:  No -- we would write it down, but
51:12 that wasn't until after Tank 4.  We started writing it
51:13 down and putting it in Reflections.  But that --
51:14  Q.  BY MR. DUFFY:  That's after?
51:15  A.  Yeah.
51:16  Q.  Okay.  How about before?
51:17 MR. TARANTINO:  Objection.  Vague.
51:18 THE WITNESS:  I don't remember writing it then.
51:19 We'd just put it into Reflections.
51:20  Q.  BY MR. DUFFY:  So can you think of any other
51:21 document that might be out there that could help me
51:22 determine who was responsible for measuring Tank 4 on
51:23 the days when measurements might be missing?
51:24 MR. TARANTINO:  Objection.  Assumes facts.
51:25 THE WITNESS:  No.  Sorry.

| 54:13 - 55:23 | **Lamb, Hana 09-29-2020 (00:01:45)** | LH-618.0 |

54:13 So this will be marked as Plaintiffs' Exhibit
54:14 372.
54:15 (Plaintiffs' Exhibit 372 marked for
54:16 identification.)
54:17  Q.  BY MS. ZEMAN:  Ms. Lamb, do you recognize the
54:18 contents of this photo?
54:19  A.  Yeah.  It looks like it's a tank inside of the
54:20 lab.
54:21  Q.  Okay.  So this is the lab space where Tank 4
54:22 was in March of 2018?

| Page/Line | Source | ID |
|---|---|---|

<strong>LH-618-LH-618</strong>

54:23   A. Not the exact spot.  But it's in the lab.

54:24   Q. Okay.  Where is this located in relation to

54:25 where Tank 4 would have been on March 4th of 2018?

55:1   A. It's, like, maybe 30 feet away on the other

55:2 side of that wall.

55:3   Q. Okay.  And what is this tank?

55:4   A. It's a -- it's a liquid nitrogen tank, like a

55:5 filler -- manual filler tank like I was just talking

55:6 about with John.

55:7   Q. Okay.  So could this -- is this a tank that

55:8 contains liquid nitrogen that could be used to manually

55:9 fill one of the tanks in the lab at PFC?

55:10   A. It looks like it.

55:11   Q. Okay.  Do you know if this or a similar tank

55:12 was located in the lab on March 4th of 2018?

55:13   A. I don't know.

55:14   Q. Was a tank like this contained in and located

55:15 in the PFC lab when you started working at PFC?

55:16   A. No.

55:17   Q. Was a tank like this kept in the lab on a

55:18 regular basis?

55:19   A. No.

55:20   Q. Do you know why this tank is there?

55:21 MR. TARANTINO:  Objection.  Lacks foundation.

55:22 THE WITNESS:  Probably because after Tank 4 we

55:23 started keeping a tank close by.

Defense Designations = 00:47:55

**Total Time = 00:47:55**