Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

Marc G. Cowden
Adam Stoddard
**SHEUERMAN, MARTINI, TABARI,
ZENERE & GARVIN**
A Professional Corporation
1033 Willow Street
San Jose, California 95125
(408) 288-9700
Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

John J. Duffy
Kevin M. Ringel
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100
Fax: (312) 321-0990
jduffy@smbtrials.com
kringel@smbtrials.com

*Counsel for Defendant Chart Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Applies to:<br><br>No. 3:20-cv-05047 (A.J. and N.J.)<br>No. 3:20-cv-04978 (L.E. and L.F.)<br>No. 3:20-cv-05030 (M.C. and M.D.)<br>No. 3:20-cv-04996 (O.E.)<br>No. 3:20-cv-05041 (Y.C. and Y.D.) | Master Case No. 3:18-cv-01586-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL SCHEDULE** |

WHEREAS, the Court held a case management conference on July 1, 2021 and rescheduled the November 8, 2021 trial to January 2022;

WHEREAS, the Court further ordered the parties to submit a stipulation modifying the existing schedule in accordance with the continued trial date;

NOW THEREFORE, the parties through their respective counsel and subject to the Court's approval, hereby stipulate that the following schedule will be implemented:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to serve rebuttal expert reports | June 18, 2021 | July 29, 2021 |
| Expert Discovery Cut-Off | July 2, 2021 | August 10, 2021 |
| Deadline to file summary judgment and Daubert motions | July 16, 2021 | August 24, 2021 |
| Deadline to file oppositions to summary judgment and Daubert motions | August 20, 2021 | September 23, 2021 |
| Deadline to file replies to summary judgment and Daubert motions | September 3, 2021 | October 14, 2021 |
| Hearing on summary judgment and Daubert motions | September 23, 2021 | November 4, 2021 |
| Parties to serve, but not file, motions in limine and exchange proposed jury instructions | October 7, 2021 | December 6, 2021 |
| Parties to serve, but not file, oppositions to motions in limine | October 14, 2021 | December 20, 2021 |
| Deadline for Parties to meet and confer regarding motions in limine and proposed jury instructions | October 19, 2021 | January 6, 2022 |
| In lieu of preparing a Joint Pretrial Conference Statement, the parties shall meet and confer in person or via videoconference, and then prepare and file: (1) a jointly signed Proposed Final Pretrial Order; (2) a joint set of proposed instructions on substantive issues of law arranged in a logical sequence; (3) a separate memorandum of law in support of each party's disputed instructions; (4) proposed voir dire questions; (5) trial briefs on controlling issues of law; (6) proposed verdict forms; (7) objections to exhibits; and (8) a joint simplified Statement of the Case | October 21, 2021 | January 13, 2022 |
| Parties to file motions in limine and oppositions together, back-to-back, in properly identified separate memoranda | October 21, 2021 | January 13, 2022 |

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL SCHEDULE
CASE NO. 3:18-cv-01586-JSC

| Pretrial Conference | October 28, 2021 | January 20, 2022 |
| Trial of First Additional Case | November 8, 2021 | January 31, 2022 |

**IT IS SO STIPULATED.**

Dated: July 8, 2021

By: ___/s/ Adam E. Polk___
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com

By: ___/s/ Amy M. Zeman___
Eric H. Gibbs (State Bar No. 178658)
Amy M. Zeman (State Bar No. 273100)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
ehg@classlawgroup.com
amz@classlawgroup.com

By: ___/s/ Adam B. Wolf___
Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR & KANE, A PROFESSIONAL LAW CORPORATION**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@pwcklegal.com

*Plaintiffs' Counsel*

By: ___/s/ Kevin M. Ringel___
John J. Duffy (SB No. 6224834)
Kevin M. Ringel (SB No. 6308106)
**SWANSON, MARTIN & BELL, LLP**
330 N Wabash, Suite 3300
Chicago, Illinois 60611
Tel: (312) 321-9100
Fax: (312) 321-0990
jduffy@smbtrials.com

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL SCHEDULE
CASE NO. 3:18-cv-01586-JSC

kringel@smbtrials.com

Marc G. Cowden (SB No. 169391)
Adam Stoddard (SB No. 272691)
**SHEUERMAN, MARTINI, TABARI,**
**ZENERE & GARVIN**
1033 Willow Street
San Jose, California 95125
Tel: (408) 288-9700
Fax: (408) 295-9900
mcowden@smtlaw.com
astoddard@smtlaw.com

*Counsel for Defendant Chart Inc.*

**IT IS SO ORDERED that the foregoing Stipulation is approved.**

Dated:   July 8, 2021



Hon. Jacqueli...

GRANTED
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3