# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates to:<br>No. 3:18-cv-01586<br>(A.B., C.D., E.F., G.H., and I.J.) | Master Case No. 3:18-cv-01586-JSC<br><br>[~~PROPOSED~~] **FINAL JUDGMENT AS TO DEFENDANT CHART INC.** |

The Court has ordered that:

Plaintiff Rosalynn Enfield, previously identified as Plaintiff I.J., recover from Defendant Chart Inc. the amount of $2,350,000.00, plus post-judgment interest, along with costs.

Plaintiffs Laura Parsell & Kevin Parsell, previously identified as Plaintiffs A.B. and C.D., recover from Defendant Chart Inc. the amount of $6,500,000.00, plus post-judgment interest, along with costs.

Plaintiff Chloe Poynton, previously identified as Plaintiff E.F., recover from Defendant Chart Inc. the amount of $2,800,000.00, plus post-judgment interest, along with costs.

Plaintiff Adrienne Sletten, previously identified as Plaintiff G.H., recover from Defendant Chart Inc. the amount of $1,875,000.00, plus post-judgment interest, along with costs.

This action was tried by a jury with Magistrate Judge Jacqueline Scott Corley presiding, and the jury has rendered a verdict.

Date: August 13, 2021

_____

CLERK OF COURT   (Susan Soong)

Ada Means- Deputy Clerk