UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACIFIC FERTILITY CENTER LITIGATION | Case No. 18-cv-01586-JSC<br><br>**ORDER RE: NOVEMBER 4, 2021 HEARING** |

At the hearing on November 4, 2021, the parties should be prepared to discuss Plaintiffs' motion for summary judgment (Dkt. No. 908) and Chart's motion for judgment as a matter of law and motion for new trial (Dkt. Nos. 936, 937). The Court will not hear argument on the other pending motions on November 4, 2021.

**IT IS SO ORDERED.**

Dated: November 1, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge