Amy M. Zeman (State Bar No. 273100)
Geoffrey A. Munroe (State Bar No. 228590)
John E. Bicknell (State Bar No. 331154)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
amz@classlawgroup.com
gam@classlawgroup.com
jeb@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates To All Cases | Case No. 3:18-cv-01586-JSC<br><br>**PLAINTIFFS' STATEMENT REGARDING STAY PENDING APPEAL**<br><br>Judge:  Hon. Jacqueline Scott Corley |

Pursuant to the Court's November 12, 2021 Order (ECF No. 1000) and in advance of the status conference scheduled for December 7, 2021, Plaintiffs submit this statement indicating their position regarding whether the consolidated related actions should be stayed pending Chart's appeal of the judgment in the first action.

In light of the precedent of staying cases pending appeal of a related action which may have preclusive effect,[1] Plaintiffs are amenable to a stay of proceedings in these consolidated related actions pending resolution of Chart's appeal of the first trial judgment.

However, to allow the Parties to move expeditiously into trying the remaining cases once the stay is lifted, Plaintiffs respectfully request that the Court allow the parties to complete during the pendency of Chart's appeal the limited punitive damages discovery that was initiated in mid-2021. Plaintiffs served an amended Rule 30(b)(6) deposition notice and an amended Eighth Set of Requests for Production of Documents on October 5 as allowed by the Court's September 23 Order (ECF No. 949); to date, Chart has not responded to either the notice or the document requests. Plaintiffs propose that Chart produce its written responses to the Eighth Set of Requests for Production of Documents by December 10, responsive documents by January 31, 2022, and its corporate representative for a Rule 30(b)(6) deposition to occur no later than February 28, 2022.

Additionally, if the judgment is affirmed on appeal, Plaintiffs respectfully request that they be permitted to file a renewed motion for partial summary judgment seeking collateral estoppel within one week of when the Ninth Circuit issues its mandate.

Dated: December 1, 2021

Respectfully submitted,

By: ___/s/ Amy M. Zeman___
Amy M. Zeman (State Bar No. 273100)
Geoffrey A. Munroe (State Bar No. 228590)
John E. Bicknell (State Bar No. 331154)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700

---

[1] *See, e.g.*, ECF No. 1000 at 10 (citing *Larsen v. City of Los Angeles*, No. 12-04392, 2012 WL 12887557, at *8 (C.D. Cal. Aug. 3, 2012); *Stafford v. Rite Aid Corp.*, No. 17-01340 AJB-JLB, 2020 WL 4366014, at *5 (S.D. Cal. July 30, 2020; *Leyva v. Certified Grocers of California, Ltd.*, 593 F.2d 857, 863-64 (9th Cir. 1979).

Fax: (510) 350-9701
amz@classlawgroup.com
gam@classlawgroup.com
jeb@classlawgroup.com

Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
Fax: (415) 402-0058
awolf@peifferwolf.com
tcowan@peifferwolf.com

*Counsel for Plaintiffs*