Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)
**PEIFFER WOLF CARR KANE & CONWAY, LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 766-3545
awolf@peifferwolf.com
tcowan@peifferwolf.com

Amy M. Zeman (State Bar No. 273100)
Geoffrey A. Munroe (State Bar No. 228590)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
amz@classlawgroup.com
gam@classlawgroup.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *IN RE PACIFIC FERTILITY CENTER LITIGATION*<br><br>This Document Relates to All Cases | Master Case No. 3:18-cv-01586-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE PUNITIVE DAMAGES DISCOVERY** |

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE
PUNITIVE DAMAGES DISCOVERY
CASE NO. 3:18-CV-01586-JSC

Pursuant to Civil Local Rules 6-2, 7-3, and 7-12, Plaintiffs and Defendant Chart Inc., by and through their respective counsel, respectfully submit this Stipulation and [Proposed] Order extending the deadline to complete punitive damage discovery:

WHEREAS, Plaintiff propounded requests for production of documents and a Rule 30(b)(6) deposition notice following the conclusion of the first trial directed towards issues relevant to Plaintiffs' claim for punitive damages (Polk Decl., ¶ 2);

WHEREAS, on September 23, 2021, after the submission of a joint discovery letter brief, the Court entered an Order granting Plaintiffs' requests for discovery regarding: (1) Chart's officer, director, and managing agent's knowledge of the TEC3000 controller failures; and (2) Chart Inc.'s financial condition (Dkt. No. 949);

WHEREAS, on December 7, 2021, the Court ordered that punitive damages discovery (which consists of requests for production and a Rule 30(b)(6) deposition) "shall be completed by the end of March 2022" (Dkt. No. 1011);

WHEREAS, since December 7, the parties have engaged in settlement discussions (Polk Decl., ¶ 5);

WHEREAS, the Parties conferred on February 9, 2022, and agreed, subject to Court approval as follows:

(1) Chart will respond to Plaintiffs' punitive damages related requests for production on March 9, 2022; and

(2) Chart will produce two Rule 30(b)(6) witnesses to testify in response to Plaintiffs' punitive damages related Rule 30(b)(6) deposition notice on or before April 15, 2022 (Polk Decl., ¶ 6);

WHEREAS, the Parties agreed that there would be no further requested extension of the punitive damages discovery deadlines (Polk Decl., ¶ 7);

1

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE PUNITIVE DAMAGES DISCOVERY
CASE NO. 3:18-CV-01586-JSC

NOW THERFORE, the Parties through their respective counsel and subject to the Court's approval hereby stipulate as follows:

(1) Chart will respond to Plaintiffs' punitive damages related requests for production on March 9, 2022; and

(2) Chart will produce two Rule 30(b)(6) witnesses to testify in response to Plaintiffs' punitive damages related Rule 30(b)(6) deposition notice on or before April 15, 2022.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: February 10, 2022

By: ___*/s/ Adam E. Polk*___
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
Nina R. Gliozzo (State Bar No. 333569)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846
dsharp@girardsharp.com
apolk@girardsharp.com
ngliozzo@girardsharp.com

Dated: February 10, 2022

By: ___*/s/ Amy M. Zeman*___
Amy M. Zeman (State Bar No. 273100)
Geoffrey A. Munroe (State Bar No. 228590)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701
amz@classlawgroup.com
gam@classlawgroup.com

Dated: February 10, 2022

By: ___*/s/ Adam B. Wolf*___
Adam B. Wolf (State Bar No. 215914)
Tracey B. Cowan (State Bar No. 250053)

|   |   |   |
|---|---|---|
|   |   | **PEIFFER WOLF CARR KANE & CONWAY, LLP** <br> 4 Embarcadero Center, Suite 1400 <br> San Francisco, CA 94111 <br> Tel: (415) 766-3545 <br> Fax: (415) 402-0058 <br> awolf@peifferwolf.com <br> tcowan@peifferwolf.com <br><br> *Counsel for Plaintiffs* |
| Dated: February 10, 2022 | By: | /s/ Kevin M. Ringel <br> John J. Duffy <br> Kevin M. Ringel <br> **SWANSON, MARTIN & BELL, LLP** <br> 330 N Wabash, Suite 3300 <br> Chicago, Illinois 60611 <br> Tel: (312) 321-9100 <br> Fax: (312) 321-0990 <br> jduffy@smbtrials.com <br> kringel@smbtrials.com <br><br> Marc G. Cowden <br> Adam Stoddard <br> **ZENERE COWDEN & STODDARD APC** <br> 2005 De La Cruz Blvd., Suite 240 <br> Santa Clara, California 95050 <br> (408) 430-3551 <br> mcowden@zcslawfirm.com <br> astoddard@zcslawfirm.com <br><br> *Counsel for Chart Inc.* |

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Adam E. Polk attest that concurrence in the filing of this document has been obtained.

By: /s/ Adam E. Polk

JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO COMPLETE PUNITIVE DAMAGES DISCOVERY
CASE NO. 3:18-CV-01586-JSC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: _February 11, 2022_

_____
HON. JACQUELINE S. CORLEY
United States Magistrate Judge