1 | Eric H. Gibbs (Bar No. 178658)
2 | ehg@classlawgroup.com
  | Amy M. Zeman (Bar No. 273100)
3 | amz@classlawgroup.com
  | Geoff A. Munroe (Bar No. 228590)
4 | gam@classlawgroup.com
  | Steven M. Tindall (SBN 187862)
5 | smt@classlawgroup.com
6 | **GIBBS LAW GROUP LLP**
  | 1111 Broadway, Suite 2100
7 | Oakland, California 94607
  | Telephone: (510) 350-9700
8 | Facsimile:  (510) 350-9701
9 |
10 | *Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| In re Pacific Fertility Center Litigation, | Case No. 3:18-cv-01586-JSC |
|---|---|
|  | **NOTICE OF CHANGE OF FIRM ADDRESS** |

NOTICE OF CHANGE OF FIRM ADDRESS

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** effective immediately, Gibbs Law Group LLP, Counsel for Plaintiffs A.B., C.D., E.F., G.H., I.J., O.J., A.J., N.J., L.E., L.F., M.C., O.E., Y.C., Y.D., Y.J., Z.J., W.J., X.J., A.K., B.K., E.K., G.K., H.K., A.I., F.B., J.A., U.B., X.C., O.K., P.K., and R.K., has relocated its Oakland address. The new address is as follows:

>Eric H. Gibbs (Bar No. 178658)
>ehg@classlawgroup.com
>Amy M. Zeman (Bar No. 273100)
>amz@classlawgroup.com
>Geoff A. Munroe (Bar No. 228590)
>gam@classlawgroup.com
>Steven M. Tindall (SBN 187862)
>smt@classlawgroup.com
>**GIBBS LAW GROUP LLP**
>1111 Broadway, Suite 2100
>Oakland, California 94607
>Telephone: (510) 350-9700
>Facsimile:  (510) 350-9701

The firm name, telephone number, fax numbers, and email addresses will remain the same.

DATED: May 11, 2022                               Respectfully submitted,

   /s/ Amy M. Zeman

Eric H. Gibbs (Bar No. 178658)
ehg@classlawgroup.com
Amy M. Zeman (Bar No. 273100)
amz@classlawgroup.com
Geoff A. Munroe (Bar No. 228590)
gam@classlawgroup.com
Steven M. Tindall (SBN 187862)
smt@classlawgroup.com
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701

*Plaintiffs' Counsel*