Case 3:18-cv-01586-JSC   Document 1033   Filed 06/22/22   Page 1 of 2

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: PACIFIC FERTILITY CENTER LITIGATION,

------------------------------

A. B.; et al.,

   Plaintiffs-Appellees,

 v.

CHART, INC.,

   Defendant-Appellant.

No. 21-17016

D.C. No. 3:18-cv-01586-JSC
Northern District of California,
San Francisco

ORDER

  The Clerk is directed to temporarily close this court's docket for administrative purposes until November 15, 2022. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order. At any time, any party may request that this appeal be reopened.

  A dial-in telephone conference will be held on November 8, 2022, at 10:00 a.m. Pacific Time.

  Each participant will receive an email with dial-in information.

Mediation

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

FOR THE COURT:

By: Kyungah Suk
Circuit Mediator