FORREST BOOTH (SBN 74166)
Forrest.Booth@kennedyslaw.com
SHAIN WASSER (SBN 293706)
Shain.Wasser@kennedyslaw.com
KENNEDYS CMK LLP
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone:	415-323-4461
Facsimile:	415-323-4445

Attorneys for Starr Indemnity & Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE PACIFIC FERTITLITY CENTER LITIGATION<br><br>This Document Relates to:<br><br>*All Cases* | Case No. 3:18-cv-01586-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR STARR INDEMNITY & LIABILITY COMPANY TO RESPOND TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** |

It is hereby stipulated by and between Plaintiffs A.B., C.D., E.F., G.H., and I.J ("Plaintiffs"), and STARR INDEMNITY & LIABILITY COMPANY ("Starr"), that the time to respond to Plaintiffs' Motion to Consider Whether Cases Should be Related, be extended from Monday July 25, 2022 to Friday, July 29, 2022. Plaintiffs filed their Administrative Motion to Consider Whether Cases Should be Related on Thursday July 21, 2022. Starr's Opposition, pursuant to Local Rule 7-11, is due Monday July 25, 2022 leaving two business days to prepare the Opposition. Principle counsel for Starr, Tara McCormick is out of the office handling a family matter through Monday. The parties met and conferred on July 22. Starr requested additional time in order to prepare its response, and the parties agreed that Starr could file its response on July 29, 2022.  Starr submits that this extension is a

reasonable and sufficient time within which to file Defendant's response, and Plaintiffs do not oppose Starr's request. IT IS SO STIPULATED

DATED:  July 22, 2022                    KENNEDYS CMK LLP

By: [signature: Shain Wasser]
Forrest Booth
Shain Wasser
Attorneys for STARR INDEMNITY & LIABILITY COMPANY

DATED:   July 22, 2022

By: /s/ Adam Polk
ADAM POLK
Attorneys for Plaintiffs

I, Shain Wasser, am the attorney under whose ECF login and password this Stipulation is being filed. I hereby attest that Adam Polk has assented to its form and filing.

/s/ Shain A. Wasser

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, STARR INDEMNITY & LIABILITY COMPANY shall file response to Plaintiffs' Administrative Motion to Consider Whether Cases Should be related on July 29, 2022.

DATED:  July 25, 2022                    Hon. JACQUELINE SCOTT CORLEY