UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACIFIC FERTILITY CENTER LITIGATION<br><br>This Document Relates To All Cases | Case No. 18-cv-01586-JSC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Civil Local Rule 72-1, this matter is referred

    [ ]    for random assignment to a United States Magistrate Judge

    [x]    to United States Magistrate Judge Joseph C. Spero

to conduct a settlement conference.

The parties will be advised of the date, time and place of the next appearance by notice from Judge Spero.

**IT IS SO ORDERED.**

Dated: August 23, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge

*Rev. 10-18*