# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 18-cv-01586-JSC (JCS)

**Case Name:** In Re: Pacific Fertility Center Litigation

**Date:** August 31, 2022    **Time:** 30 M

**Deputy Clerk:** Karen Hom    **Court Reporter:** Not Reported

**Attorney for Plaintiff:** See below for attendee names
**Attorney for Defendant:** See below for attendee names

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

    ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )   Further Zoom Settlement Conference

    ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

(X)   Zoom Scheduling Conference to set Settlement Conference - Held

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:**   Settlement Conference set for 10/4/2022 at 10:00 AM by Zoom. Court to issue Settlement Conference Order.

18-cv-1586 JSC (JCS) In Re Pacific Fertility Center Litigation

| On Behalf of Trial and Federal Plaintiffs: | | |
|---|---|---|
| **Counsel** | **Firm Name** | **Email** |
| Dena Sharp | Girard Sharp LLP | dsharp@girardsharp.com |
| Adam Polk | Girard Sharp LLP | apolk@girardsharp.com |
| Amy Zeman | Gibbs Law Group LLP | amz@classlawgroup.com |
| Geoffrey Munroe | Gibbs Law Group LLP | gam@classlawgroup.com |
| Adam Wolf | Peiffer Wolf Carr Kane Conway & Wise, LLP | awolf@peifferwolf.com |
| Joe Peiffer | Peiffer Wolf Carr Kane Conway & Wise, LLP | jpeiffer@peifferwolf.com |
| **On Behalf of State Court Plaintiffs:** | | |
| **Counsel** | **Firm Name** | **Email** |
| Sarah R. London & Tisene Zegeye | Lieff Cabraser Heimann & Bernstein LLP | slondon@lchb.com; tzegeye@lchb.com |
| Doris Cheng | Walkup, Melodia Kelly + Schoenberger | dcheng@walkuplawoffice.com |
| Mike Kelly | Walkup, Melodia Kelly + Schoenberger | mkelly@ walkuplawoffice.com |
| **On Behalf of Defendant Chart:** | | |
| **Counsel** | **Firm Name** | **Email** |
| Molly Lane | Morgan, Lewis & Bockius LLP | molly.lane@morganlewis.com |
| Austin Bersinger | Barnes & Thornburg, LLP | Austin.Bersinger@btlaw.com |
| Tara McCormack | Kennedy Law (insurer in litigation against Chart) | Tara.mccormack@kennedyslaw.com |
| Travis Wall | Kennedy Law (insurer in litigation against Chart) | Travis.wall@kennedyslaw.com |