UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 18-cv-01586-JSC (JCS)

**Case Name:** In Re: Pacific Fertility Center Litigation

**Date:** November 1, 2022  **Time:** 6.5 Hours

**Deputy Clerk:** Karen Hom  **Court Reporter:** Not Reported

**Attorney for Plaintiff:** See Attached
**Attorney for Defendant:** See Attached

## ZOOM PROCEEDINGS

(X)  Zoom Settlement Conference - Held

   ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )  Further Zoom Settlement Conference

   ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )  Zoom Scheduling Conference to set Settlement Conference

( )  Further Zoom Settlement Conference

( )  Discovery Conference – Lead Trial Counsel Meet and Confer

( )  Zoom Status Conference

( )  Other

**Notes:**
Further settlement conference set for **12/6/2022 at 10:00 AM** by Zoom. Counsel and parties can use the same **Zoom Meeting ID: 161 664 4640. Passcode: 841312**. Updated confidential settlement conference statements due **11/29/2022** and should be emailed to jcssettlement@cand.uscourts.gov.

*3:18-cv-01586-JSC (JCS)*

*In re Pacific Fertility Center Litigation*

**Attendance List for November 1, 2022 Settlement Conference**

| Counsel on Behalf of Trial and Federal Plaintiffs | Firm Name |
|---|---|
| Dena Sharp | Girard Sharp LLP |
| Adam Polk | Girard Sharp LLP |
| Amy Zeman | Gibbs Law Group LLP |
| Geoffrey Munroe | Gibbs Law Group LLP |
| Adam Wolf | Peiffer Wolf Carr Kane Conway & Wise, LLP |
| Joe Peiffer | Peiffer Wolf Carr Kane Conway & Wise, LLP |
| Tracey Cowan | Peiffer Wolf Carr Kane Conway & Wise, LLP |
| **Counsel on Behalf of State Court Plaintiffs** | **Firm Name** |
| Doris Cheng | Walkup, Melodia Kelly + Schoenberger |
| Mike Kelly | Walkup, Melodia Kelly + Schoenberger |
| Sarah R. London | Lieff Cabraser Heimann & Bernstein LLP |
| Tiseme Zegeye | Lieff Cabraser Heimann & Bernstein LLP |
| Anne Marie Murphy | Cotchett Pitre McCarthy LLP |
| **Counsel / Client on Behalf of Defendant Chart** | **Firm Name** |

| | |
|---|---|
| Molly Lane | Morgan, Lewis & Bockius LLP |
| Austin Bersinger | Barnes & Thornburg, LLP |
| John Duffy | Swanson Martin Bell LLP |
| Herb Hotchkiss | Chart Industries |
| Laura Ashby | Chart Industries |
| **Counsel / Client on Behalf of Insurer Starr Indemnity & Liability** | **Firm Name** |
| Travis Wall | Kennedys CMK LLP |
| Gary Kull | Kennedys CMK LLP |
| Tara McCormack | Kennedys CMK LLP |
| Judy F. Marotti | Starr Adjustment Services, Inc. |
| **Counsel / Client on Behalf of Other Insurers in the Tower** | **Insurer / Firm Name** |
| Angel Muth | The Hartford |
| Terese Kerrigan | Zurich |
| AJ Patel | Allianz |
| Jennifer Elson | AXA XL |
| Brad Harding | Great American, represented by Clyde & Co. |
| Sean Simpson | Great American, represented by Clyde & Co. |
| Guy Gruppie | Liberty Mutual, represented by Murchison & Cumming, LLP |
| Georgiana Nikias | Liberty Mutual, represented by Murchison & Cumming, LLP |

| Caroline Speranza | Travelers |
| --- | --- |
| Tracey Seitz | Travelers |