# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.**: 18-cv-01586-JSC (JCS)

**Case Name:** In Re: Pacific Fertility Center Litigation

**Date:** January 17, 2023   **Time:** 5.5 Hours

**Deputy Clerk:** Karen Hom   **Court Reporter:** Not Reported

**Attorney for Plaintiff:** See Attached
**Attorney for Defendant:** See Attached

## ZOOM PROCEEDINGS

( )   Zoom Settlement Conference

    ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

(X)   Further Zoom Settlement Conference - Held

    ( ) Case Settled   ( ) Case Did Not Settle   ( ) Partial Settlement

( )   Zoom Scheduling Conference to set Settlement Conference

( )   Further Zoom Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Zoom Status Conference

( )   Other

**Notes:**
Parties to complete drafting. Parties to contact the court if there are any issues.

**3:18-cv-01586-JSC (JCS)**
**In re Pacific Fertility Center Litigation**
**Attorney List for January 17, 2023 Settlement Conference**

| Counsel on Behalf of Trial and Federal Plaintiffs | Firm Name |
|---|---|
| Dena Sharp | Girard Sharp LLP |
| Adam Polk | Girard Sharp LLP |
| Amy Zeman | Gibbs Law Group LLP |
| Geoffrey Munroe | Gibbs Law Group LLP |
| Adam Wolf | Peiffer Wolf Carr Kane Conway & Wise, LLP |
| Joe Peiffer | Peiffer Wolf Carr Kane Conway & Wise, LLP |
| Tracey Cowan | Peiffer Wolf Carr Kane Conway & Wise, LLP |
| **Counsel on Behalf of State Court Plaintiffs** | **Firm Name** |
| Doris Cheng | Walkup, Melodia Kelly + Schoenberger |
| Mike Kelly | Walkup, Melodia Kelly + Schoenberger |
| Sarah R. London | Lieff Cabraser Heimann & Bernstein LLP |
| Tiseme Zegeye | Lieff Cabraser Heimann & Bernstein LLP |
| Anne Marie Murphy | Cotchett Pitre McCarthy LLP |
| **Counsel / Client on Behalf of Defendant Chart** | **Firm Name** |
| Molly Lane | Morgan, Lewis & Bockius LLP |
| David Cox | Morgan, Lewis & Bockius LLP |

| | |
|---|---|
| Austin Bersinger | Barnes & Thornburg, LLP |
| John Duffy | Swanson Martin Bell LLP |
| Herb Hotchkiss | Chart Industries |
| Laura Ashby | Chart Industries |
| **Counsel / Client on Behalf of Insurer Starr Indemnity & Liability** | **Firm Name** |
| Travis Wall | Kennedys CMK LLP |
| Gary Kull | Kennedys CMK LLP |
| Tara McCormack | Kennedys CMK LLP |
| ~~Judy F. Marotti~~ | ~~Starr Adjustment Services, Inc.~~ |
| **Counsel / Client on Behalf of Other Insurers in the Tower** | **Insurer / Firm Name** |
| Angel Muth | The Hartford |
| Terese Kerrigan | Zurich |
| AJ Patel | Allianz |
| Jennifer Elson | AXA XL |
| Brad Harding | Great American, represented by Clyde & Co. |
| Sean Simpson | Great American, represented by Clyde & Co. |
| Guy Gruppie | Liberty Mutual, represented by Murchison & Cumming, LLP |
| Georgiana Nikias | Liberty Mutual, represented by Murchison & Cumming, LLP |
| Caroline Speranza | Travelers |

| Tracey Seitz | Travelers |