

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: PACIFIC FERTILITY CENTER LITIGATION,

------------------------------

A. B.; C. D.; E. F.; G. H.; I. J.,

        Plaintiffs-Appellees,

 v.

CHART, INC.,

        Defendant-Appellant.

No. 21-17016

D.C. No. 3:18-cv-01586-JSC
Northern District of California,
San Francisco

ORDER

The parties' joint motion to voluntarily dismiss the appeal (Dkt. No. 52) is granted. *See* Fed. R. App. P. 42(b). This order constitutes the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7