FILED

MAR 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: PACIFIC FERTILITY CENTER LITIGATION, <br><br> ------------------------------ <br><br> A. B.; C. D.; E. F.; G. H.; I. J., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHART, INC., <br><br> Defendant-Appellant. | No. 21-17016 <br><br> D.C. No. 3:18-cv-01586-JSC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The parties' joint motion to voluntarily dismiss the appeal (Dkt. No. 52) is granted. *See* Fed. R. App. P. 42(b). This order constitutes the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7